Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -4 AM 11: 27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Daniel David Zuck
vs
Federal Bureau of Investigation

**SUMMONS IN A CIVIL ACTION**
Case No. 08CV 476 H LSP

TO: (Name and Address of Defendant)

Federal Bureau of Investigation
9797 Aero Drive
San Diego, CA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Daniel David Zuck
Home: 1346 Alita Lane
Escondido, CA
Cell: 760 807-1986

Work: 9250 Brown Deer Rd
San Diego, CA 92121
Msg 760-740-0342

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

J. HINKLE

By _____, Deputy Clerk

APR 04 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)