```
                                              FILED
                                         2008 AUG -7 PM 2: 15
Daniel David Zuck
1346 Alita Lane                          CLERK US DISTRICT COURT
Escondido, CA 92027                      SOUTHERN DISTRICT OF CALIFORNIA
(760) 740-0342 home
(760) 7807-1986 cell                  BY _____ DEPUTY
                                          NUNC PRO TUNC
Attorney for In-Pro-Per.                    AUG  6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel David Zuck,<br>　　　Plaintiff,<br>vs.<br><br>Federal Bureau of Investigation,<br>　　　Defendant. | ) CASE NO.  '08CV476HLSP<br>)<br>) NOTICE OF MOTION AND MOTION<br>) TO RENDER JUDGEMENT<br>)<br>) Date: *Not scheduled yet.*<br>)　　　　　　　*Daniel Zuck*<br>) Time: .....................<br>)<br>) |

(font change from to)

　　To FBI's attorney Daniel Foore and the Court mentioned above.

　　Notice is hereby given that I, Daniel David Zuck, am requesting of the Court that (the plaintiff as In-Pro-Per) default judgement be rendered per the further text of this motion so as to thereby give to me (the plaintiff) default judgement providing profound protection of my free speech.  The original complaint mentions a violation of the first amendment of the U.S. constitution by the FBI in the original filing of the complaint for 08CV476HLSP--from any interference covertly or overtly by the FBI.  This default judgement is spelled out in detail in this motion in the further text below.  This motion is brought on the following grounds: the response deadline mentioned in the docket for this case, '08CV476HLSP, in item 4 on that docket, namely July 29th 2008, was not responded to by the defendant against whom I am requesting this default judgement.  Attached to the filing of this motion is the certified copy of the docket as it stood on 08/04/2008 printed out directly from the Clerk's desk on August 8th, 2008 at 11:53AM.  There we see no response to the July 29th 2008 deadline.
Also attached to the filing of this notice is a 652 page paper the plaintiff wrote during the year 2007, and which is referenced elsewhere below in the text of this motion.  The title of that 652 page paper is "The Holy Bible's True Spiritual Meanings of Marriage as Pictured By the Details of Human Sexuality, which God

*(A document of service is being pursued to give this package to FBI)*
*Daniel Zuck*
*6 Aug 2008*

1

Created", written solely by Daniel David Zuck, born 12/14/57 (version 254, Nov 12, [2007] 11:08pm). In the text below there are 20 listed items, and then the certified copy of the docket, and then the copy of the 652 page paper. This motion is 15 pages not counting the certified copy of the docket and the 652 page paper.

1) Primary relief being sought
The relief being sought for by the plaintiff is extraordinary protection for his free speech to expose in that said speech the unconstitutional investigational techniques used by the FBI that the plaintiff believes both were and are even presently in an on-going-sense being applied in his life. The highly complex details being requested to effect that extraordinary protection for the plaintiff's free speech rights will be given later in the text of this motion in a section entitled "Creation of Extraordinary Protection for Free Speech".

2) Why I must operate In-Pro-Per
I, Daniel David Zuck, the plaintiff of case 08CV476HLSP, the case to which this motion applies, am operating In-Pro-Per, or as my own lawyer or legal representative. I must represent myself because I believe that the free speech that I desire to have highly protected exposes what the FBI would internally regard, as I speculate, to be highly protected investigational procedures classifiable as state secrets. Hence, in the inaccessible mind of the FBI the FBI asserts their influence secretly (by the nature of a secret search warrant) towards other entities, even any lawyer that I, the plaintiff, might use to effect this civil case. Consequently I can not get legally safe, private, and effective legal representation--I state this not as a provable fact, for how could I prove it if the FBI uses their excessive governmental institutional power justified on the concept of a state secret to block effective use of a lawyer for my case and cause against the FBI?

3) Request for Extreme Magnanimity in all procedural matters by the court.
Extreme Magnanimity by the court is requested towards the plaintiff in both actions of the court towards the plaintiff and in court responses to the plaintiff's actions towards the court, the defendant, and any third parties--as long as my requests and actions are reasonable or at least tolerable and within my full constitutional rights. I do not want this case disabled, pointlessly delayed, or thrown out due to stupid procedural details when the serious matter of a vast over-reaching of government power by the FBI is perpetrated upon the U.S. population in investigation after investigation if my unproven though circumstantially suggested accusations concerning the FBI are in fact reasonably true. If I, the plaintiff, happen to be correct in supposing that I am yet presently being investigated by the FBI, and if the FBI justifies their actions behind the scenes against me based on a very strong motivation to protect state secrets--since my free speech needing protection constitutes exposure of those over-reaching actions--and because the U.S. Supreme court has historically refused to hear cases involving accusations of torture (which the US Constitution strictly prohibits as cruel and unusual punishment) when the defendant or U.S. federal government is the alleged effector

of the alleged torture when the U.S. federal government sites reference to the "state secrets act" or some such term (this happens in the news occasionally, and has happened at least once per my memory formed over the duration of the term of President Bush since 2001); then I have strong grounds to fear FBI influence over the U.S. District Court itself.  Thus I have reason to fear collusion and cooperation by the U.S. District Court with the FBI.  Please suggest no such collusion; do this suggesting by showing the above requested extreme magnanimity towards the very weak, legally disadvantaged single person In-Pro-Per plaintiff, please.  Judge, thank you very much for your tolerance concerning this statement and understanding and magnanimity towards the plaintiff.  Thank you again, very much.

4)The Plaintiff's Perceived need for witnesses of proceedings via public viewing area of court room during court hearings and sessions.
I deeply apologize to the court for the likely insult to the court that the following comments in this paragraph are to result in, but to conceal these comments would be dishonest and put into question my sincerely.  So to support my sincerely, I must say the following.  Since the plaintiff is very concerned regarding a possible collusion by the U.S. District Court itself with the FBI due to the government's extreme interest in protecting state secrets, I make the request upon the magnanimity of the court, and consistent with my first amendment free speech rights, that the reasonable attempt be made to secure a public viewing audience seated in the public viewing area for certain persons of the plaintiff's choice such that substantive debate and substantive subject mater exposure both be delay until those certain persons are present.  After that reasonable attempt has been made, the proceedings advance whether or not those persons have been successfully motivated to attend.  I believe that the FBI would not favor this viewing because they are attempting to protect state secrets, so such viewing is in the favor of me, the plaintiff, and in support of my first amendment free speech rights.  The federal government should not run from the light of the public's eye.

5) Monetary Relief also being Sought
I, the plaintiff, do possess much documentation/circumstantial evidence by which I am willing to attempt to show to the court that a suggestion does exist that the FBI mostly has and perhaps still is investigating me.  This circumstantial evidence can not possibly arise to the level of proof required to request direct monetary relief.  Nevertheless, monetary relief is sought for if and only if certain testimony is achieved by extraordinary means from various parties that perhaps there was and/or is an FBI investigation in my life.  Those extraordinary means by which such testimony may be obtained are rooted in the plaintiff's very deep religious beliefs.  The details of this extraordinary means will be given later in the text of this motion.

6) Many other details of relief are set forth subsequently in the text of this motion.

7) Testimony by Extraordinary Means mentioned in 4) will lead to the primarily

requested relief, namely the as yet undetailed extraordinary protection for my free speech.
This same testimony mentioned in 4) above by various parties sought for by the plaintiff via later-stated extraordinary means shall also establish the extraordinary protection needed by the plaintiff for his free speech to expose the unconstitutional investigational techniques of the FBI.

8) Judgement by Default is now required.
The United States District Court Southern District of California form "Summons in a Civil Action" states to the defendant being served that "If you fail to do so [i.e., to answer the summons], judgment by default will be taken against you for relief demanded in the complaint". The relief demanded in the complaint is clearly implied to be the restoration of my civil rights, including my right of free speech, by the hand written entry in the "Civil Cover Sheet" in the section entitled "VI. CAUSE OF ACTION" where I write "Violates 1,4, and 5th adments, especially 4th with secret search warrant." I am, in this hand written note, stating that my U.S. constitutional right of free speech guaranteed by the 1st amendment is violtated, my U.S. constitutional right to the government being restricted to a search warrant (not a secret search warrant that is by me unverifiable) by the 4th amendment, my U.S. constitutional right to avoid forced confession by the 5th amendment by visual and auditory bugs being everywhere around me collecting statements and actions for which I have not been previously overtly given my Moranda statement that anything may be used against me. The FBI has effectively arrested me by putting me into this investigation bubble but has not overtly read to me my Moranda rights; this FBI activity in my life therefore strongly compromises my 5th amendment rights. The FBI has failed to respond, as the docket shows, by the required date of July 29th, 2008. The original complaint includes an embedded document entitled "Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof". Since this document is a direct attack against the FBI's alleged investigational techniques, I am seeking my free speech to broadcast this embedded document. But to ensure that the FBI is not behind-the-scenes blocking the free communication of this document, my request for relief includes the to-be-subsequently-detailed-in-this-motion extraordinary protection for that free speech detailed in the section entitled "Creation of Extraordinary Protection for Free Speech". For me to attempt ("attempt" as distinct from "achieve") to gain this extraordinary protection is quite low cost towards the FBI and all third parties; though it very much most likely will be extremely costly for me, the plaintiff, in that to pursue these processes/actions (before any achievement of the desired protection) may cause such doubt upon my mental health that I may be viewed as unemployable and a worthless member of society. So I may pay a very high price reputational to pursue these actions and processes; yet these actions and processes have a strong foundation in my religious beliefs and first amendment rights. But the FBI and third parties will pay very little price if I fail to achieve my goal; and achievement of my goal, when you, the Judge, read the statement of the requested actions and processes, will seem very extremely dubious at the very

best. So there should be very little real fear in granting my details for relief in terms of the requested actions and processes to be detailed subsequently in this motion in the section entitled "Creation of Extraordinary Protection for Free Speech", and all other details contingent upon the achievement of the desired extraordinary protection. Also, noncontingent upon this extraordinary protection is needed official court protection and the eventual return to the plaintiff possession of the backpacks and all their contents--without compromise to that contents--that are mentioned in the original filling of '08CV476HLSP.

9) Creation of Extraordinary Protection for Free Speech.
The actions/processes I desire by which to achieve extraordinary protection for my free speech is based upon my interpretation of four passages of the King James Holy Bible at 2Kings 13:14-25, Psalms 127, Galatians 6:16, Romans 2:29, and Acts 5:1-10. The interpretation I hold for 2Kings 13:14-25 states that the "arrows" mentioned in verse 18 (you will need a King James Holy Bible in your hands to follow this discussion) represent people, as is supported by Psalm 127. And since in 2Kings 13:14-25 mentioned smiting these arrows to the ground, we have by that "smiting to the ground" a spiritual reference to people dying in battle, and these people are the enemies of Israel per the context of 2Kings 13:14-25, historically being Syria mentioned in verse 19.
    (a) Notice in verse 19 the reference to "five or six". I choose to take this reference to "five or six" in application to my situation so as to be referring to five or six people. ( Of course, other students of the Bible with variations of the same interpretation may apply this Bible text differently to their situation, as long as those students are faithful to the principle of this passage, namely that five or six deaths or some sort occur, whether physical or spiritual or metaphorical or some such occur.). My proposal that should result in the extraordinary protection for my free speech if God sides with me, as I desire him to do, is that five or six people, when giving testimony in what I call "God's court", will die if they lie during that testimony in answer to my questions. Clearly I am saying that God will kill five or six people in very direct and immediate answer to my prayer if they lie in court, deliberately or even undeliberately and ignorantly; As frightening as this sounds, I propose the following safeguards so as to prove that God does the killing, and not me: I propose that this testimony be given outside in open air, so there is little question about some sort of poisoning in the ventilation system. Second, I propose that numerous policemen be deployed in protective position both in front of the people being questioned and all around the people being questioned--this may require as many as 30 policemen to do convincingly. I propose that two or more further policemen be deployed very closely in front of me with their guns directly pointed at my head to threaten me in case I do something mysterious that kills people that the policemen may wish to stop from progressing. I other words, they may--but without God's permission--attempt to pull their gun's trigger at the first sign that someone has fallen down and appears to be dying that I am questioning. I am suggesting that God will cause that attempt to kill me by the policemen to fail; either his gun will fail, or he, the policemen will die before he gets that gun fired, or he will faint

and consequently miss-aim that gun and fire it into the air; and so by some such means God will protect me, and the proceedings will continue until all five or six people will die. The people will not be able to run away at the sign of the first dying person because God will strike those seeking to flee with debilitating pain that makes them fall to the ground and to then force them to crawl back to position in their questioning line-up. Also, snipers with their high-power guns pointed at my head from concealed positions may attempt to kill me as will, but God will similarly protect me from them as well. The extraordinary protection that results from this event I call God's court is that if these five or six people die, then that shall send an overwhelmingly powerful message to government authorities that they must keep all of the details of this remedy for '08CV476HLSP because God is watching, and is on my side, and even answer's my prayers as far as possibly killing people who deal deceitfully with me. Hence, with this extraordinary protection, I may, for example, go to the U.N. in New York and seek to read my document on Psychological torture by the FBI before the entire body of the nations to thereby effect thorough execution of my free speech. I may also seek other means specified and/or unspecified for distribution and publication and free speech of this document of psychological torture by the FBI, and the FBI and any other entity may not interfere, lest I pray to God against that opposition to kill them. God may or may not answer that prayer, but it is a real threat.
    (b) The concept to people dying as a consequence of lying is clearly established in Acts 5:1-10 in the Bible.
    (c) The concept that Israel in 2Kings 13 is a picture of the church of all true believers in Jesus Christ is supported by Galatians 6:16 and Romans 2:29, as well as 1Corin 10:11. This then means that all enemies of the true believers are spiritually pictured by Syria, also referenced in 2Kings 13:17-25.
    (d) Why the FBI is the enemy of true Christians, and hence is identifiable as a part of that spiritual enemy of spiritual Israel, that spiritual enemy being identified as "Syria" in 2Kings 13:
        (i) The FBI's speculated behavior and mode of operation, in my speculation, is so far from that prescribed by the U.S. Constitution that they are not a defender of my religious rights and civil rights, but an enemy to those rights. Hence the FBI falls into a category contrary to the prescribed functionality of government in Romans 13:1-7, because by their techniques contrary to the U.S. Constitution they must harm innocent people and are not a defender of the good, but a harm to that good. They do not trust my God, but rather have sold themselves to the devil in the name of national security. True national security would rather come from trusting God and operating consistent with the U.S. Constitution. Abraham Lincoln erred and did not trust God when he suspended habeas corpus temporarily for the civil war; and in so doing Abraham Lincoln set a precedent that the President of the U.S. is free to override the U.S. Constitution when he deems a national security threat. This is wrong, because Abraham Lincoln should have rather trusted God in prayer to get the North through that war without violating the law that was, properly, *above* the U.S. President's office, which law the U.S. president must also obey. By setting this precedent, Abraham

Lincoln sewed the seeds of where we are now today, with the FBI operating above the U.S. constitution with the excuse being national security. God could help this nation without violating the U.S. Constitution.

      (ii) Furthermore, in order for the FBI to protect a secret search warrant and/or a national security issue, the FBI most likely may coerce people in the unfortunate circumstance of being in a court situation and having to give false testimony at the requirement of the FBI to achieve that protection. This evil behavior could even happen to a true Christian, thus causing that Christian to violate the ten commandments of the Holy Bible where the Holy Bible says to not bare false witness. This would then violate that Christian's first amendment's rights to practice his religion as he desires.

   (e) Concerning these five or six people who may die for lying in God's court, there is another passage that allows the increase of the total number of people being questioned in God's court to a multiple of 9, with 5 or 6 out of each set of 9 possibly dying. That passage is Zechariah 13:7-9. I will deploy this passage in God's court.

   (f) The man who I suspect has accused me to the FBI, or at least mentioned my name as interesting to the FBI, should be forced to confess that he so accused me or mentioned my name per the following rules, which rules extend the event of God's court, which I desire to happen in a matter of weeks from the establishing of a judgement by the U.S. District Court, California South, in this case '08CV476HLSP, to April 2nd, 2010. That table of rules follows, with a heading descriptive paragraph:

The following table of rules defines the contest portion of the first God's court; this contest portion is to be initiated immediately on the very day of and upon the event of five or six of each set of 9 people dying in the first session of God's court . This contest portion extends through April 2, 2010.
As discussed in my 652 page paper, the actual end of the 3.5 years from Sep 19th, 2007 is deemed to be at April 1st, 2011, not April 1st 2010. But my spiritual imprisonment caused by the continually watching of my life by the FBI to this point ends on April 1st, 2011 when I expect to leave for Europe for political asylum from the corrupt federal government that refuses to be the government defined by the U.S. Constitution, but is some other form of government adverse to and dangerous to its citizens because that rogue government violates the 1st, 4th, and 5th amendments of the U.S. constitution. This contest portion involves a challenge to the supposed person that I believe must have mentioned my name to the FBI sometime before April 1st, 2001. The purposes of this contest are multiple. One purpose is that, if my supposed accuser confesses to mentioning my name to the FBI, then that will powerfully confirm that there was a secret search warrant against me from sometime early in year 2001. A second purpose is to force the distribution of my 652 page paper on the spiritual meaning of human sexuality, since that is my argumentation and self representation in the eyes of the churches and religions of the world in the context of the first God's court. People may not give money to the trust fund mentioned in this contest in good conscience unless they read this

document thoughtfully and fairly thoroughly; otherwise they have not heard my defense. A request will be made of the government of the Netherlands to post this 652 page paper on the spiritual meaning of human sexuality in pdf format at a web site, perhaps with an address something like www.twowitnesses.org.ne or some such similar address, which address will be well published in the video and newspaper media of the world, hopefully because the government of the Netherlands will kindly promote, if they are willing, that publishing of that web site address. The idea of the trust fund mentioned in the table of rules below is that when churches take up a monetary collection to give to that trust fund, that collection is money that votes for my accuser such that, in effect, if the value of that trust fund exceeds 16,128,000,000.00 euros before the midnight between April 1st, 2010 and April 2nd, 2010 for the time zone that my supposed accuser lives in, and my supposed accuser does not confess having ever given my name to the FBI sometime before April 1st, 2001, then that money goes to my accuser per the table of rules below. And, if the trust fund remains with money because, per the rules, events happen such that my supposed accuser does not collect the money of that trust fund, then the trust fund money is to be distributed to sub-funds throughout the world in every nation on a per-population proportional basis to support the expense of psychotherapy for people who have been sexually molested as a child--since such therapy can be expensive, if this fund is large enough, then it could help people all over the world who otherwise could not get such help. Once a donation is contributed into the trust fund, no contributor may receive a refund. The money must be distributed on the time schedule and purposes of the table of rules. The trust fund that is contributed to for the voting process becomes the Psychology therapy fund to be distributed to sub-funds throughout the world for psychotherapy purposes if at the end of the contest on April 3rd, 2010, it still has money present in it. (table on next page)

| Below are actions of supposed accuser | Below is trust fund euro value in case of accuser action in left most column | Below is the reward to the supposed accuser per accuser action given in left most column | Below is the reward to Daniel David Zuck born 12/14/57 in case of accuser action in left most column | Below is the value in the psychology therapy fund in euros in case of accuser action given in leftmost column |
|---|---|---|---|---|
| Before April 2, 2010 he confesses that he went to FBI against me. | irrelevant | He is noted to be guilty; he gets no money; He must never be arrested for lying to the FBI. But if he did not go to FBI, he is lying and God may kill him for that. | U.S. Federal Government pays untaxable amount of 16,128,000,000.00 euros. | value of trust fund. |
| By reaching the date of April 2, 2010, and saying nothing, he states by silence is that he never mentioned my name to the FBI | less than 16,128,000,000.00 euros. | The world vote is against him, so he gets nothing. God may kill him for not confessing within first hour April 2, 2010 if he actually did give my name to FBI. | U.S. Federal Government pays untaxable amount of 16,128,000,000.00 euros | value of trust fund. |
| By reaching the date of April 2, 2010, and saying nothing, he states by silence that he never mentioned my name to the FBI | at least 16,128,000,000.00 euros. | The world vote supports him, so he gets value of trust fund, if and only if God does not kill him within first hour of April 2, 2010. | Gets nothing if God does not kill my supposed accuser within first hour of April 2, 2010 | nothing. |
| By reaching the date of April 2, 2010, any saying nothing, he | at least 16,128,000,000.00 euros. | The world vote supports him, so he gets value of | Gets untaxable 16,128,000,000.00 euros from U.S. Government if | value of trust fund because God killed supposed accuser |

9

| | | | |
|---|---|---|---|
| states by silence that he never mentioned my name to the FBI | trust fund, if and only if God does not kill him within first hour of April 2, 2010. | accuser dies within first hour of April 2, 2010, because God voted against my supposed accuser by killing him. | within first hour of April 2, 2010. |
| Within first hour of April 2, 2010 he foolishly tests if God, kills him and he nevertheless within that first hour confesses that he mentioned my name to the FBI. | irrelevant | nothing. | Gets untaxable 16,128,000,000.00 euros from U.S. Government. | value of trust fund. |

My supposed accuser must never be arrested in any case for lying to the FBI concerning me between Jan 1st 2000 and April 1st 2001.

10

      (g) Notice the very large sums of money stated in this table; those sums only become active when this table of rules becomes active, and this table of rules only becomes active if five or six per set of 9 people die in the near term session of God's court. If no or insufficient people die, then this table of rules does not come into play. Since the idea of five or six people dying per 9 persons in a witnessing situation should be absurd to my opponents, the FBI, then they should not fear this table of rules ever coming to play; so they should be able to agree to this table without any fear.

      (h) Technically, I am requiring that only that five or six people *appear* to die per each set of 9 people, since I believe that after the apparently dead people are taken off of the location where the near-term God's court is being held, that the Government will attempt to deny those deaths, though that will be very difficult for them. "Appear to die" will be defined, for the purposes of this remedy and the event of God's court, to be ascertained when a person fails to perform simple body movement at my command, such as shake your head or do a jumping jack or some such command by me, and generally gives the appearance of being non-responsive to verbal commands. I will not touch anybody; and in fact I will stay at a good distance across a small street, since I envision the people being on one side of a quite industrial street, and I am on the other side of that industrial street, with the policemen separating between me and the people that I am questioning.

10) The matter of collection of evidence in backpacks.
The backpacks mentioned in the original filing must be placed into the active protection of the U.S. District Court until this event of God's court occurs, or until a final court decision against ever having this matter of God's court occurs.

      (a) If God's court leads to 5 or 6 out of each 9 dying, the backpacks will all contents shall be immediately returned to me.

      (b) If and only if insufficient people die (less than 5 per each 9) in this near term event I call God's court, including none, then only the contents of the backpacks that does not contain information directly accusatory against the FBI shall be immediately returned to me. The FBI may keep the remainder. And all such similar accusatory information in my physical possession at home in my computers etc shall be destroyed. This may be an unpleasant task in this case. I especially want all my personal paper returned.

11) If five or six out of each 9 people appear to die, then the FBI shall agree to not ever seek any charges criminal or civil against me for any of my behavior between the dates I suspect the primary secret search warrant existed over, namely from April 1st 2001 to April 1st 2008.

12) If five or six out of each 9 people appear to die, then the FBI shall strongly petition the office of the President to prohibit the U.S. representative at the U.N. from vetoing my effort to present and read any and all of my statements regarding the FBI. I shall have complete free speech before the U.N. as far as the U.S. is

concerned, and the U.S. shall in fact honestly encourage that free speech in a truly non-deceitful way.

13) If five or six out of each 9 people appear to die, then the FBI shall fully vacate the criminal record of four people I shall identify in U.S. District Court hearings for '08CV476HLSP. This is a free speech object lessen, just as burning an American flag is a free speech object lesson, illustrating how a person is set free with his sins completely forgotten per Psalm 103:12 and Luke 23:18. For evidence that the Bible does communicate (speak) truth by object lessons, see Jeremiah 13:1-14 and Isaiah 20:1-6. The U.S. Supreme Court has seen this same principle in deeming burning an American flag as an object lessen of protected free speech.

14) If five or six out of each 9 people appear to die, then a certain other family that is experiencing a broken sister-sister relationship by virtue of the two young sisters being cared for by two different families will be given the legal latitude or room to allow me to offer $1,000,000.00 to one of the families with one of the sisters to encourage that family being offered the money to allow that sister kept by them to be adapted out to the other family so that the two sisters may grow up together. This separation of these two sisters was caused by unconscionable government action, and I wish to have the legal room to reverse this action, if and only if the family being offered the money accepts that money for the purpose of adapting out the sister of interest to the other family. This offer of money shall have no time limit, and may be accepted at any time after this offer is first made. The primary family of interest to receive the other sister shall be identified during further proceedings of '08CV476HLSP. This is a free speech illustration of adaption and how adaption illustrates a person becoming saved. Consider Romans 8:15-17 and Galatians 4:5-6. For evidence that the Bible does communicate (speak) truth by object lessons, see Jeremiah 13:1-14 and Isaiah 20:1-6. The U.S. Supreme Court has seen this same principle in deeming burning an American flag as an object lessen of protected free speech.

15) If the supposed accuser--I shall identify him by name during proceedings of '08CV476HLSP--wishes after seeing that five or six people appear to die during the first session of God's court, he (the supposed accuser) shall be given the offer of signing a document that specifies that he is willing to accept protection by 24 security agents originating from the government of the Netherlands and under live, direct, and sole military/government command control originating from the Netherlands in Europe. The U.S. federal government shall fully reimburse the government of the Netherlands for the cost of maintaining these protective security agents. The protection period is to be from two weeks after the signing of this said document; and shall extend to May 1st, 2011 or until the supposed accuser wishes to terminate this protection at some earlier date. This protection is very necessary because the U.S. Government, most likely the FBI, is very motivated to tamper with this man, the supposed accuser, as a witness to motivate him to not reveal that he mentioned my name to the FBI some time in 2000 or 2001 because the FBI does

not wish to acknowledge the existence of that secret search warrant that started this whole mess. I suggest 24 agents, perhaps 12 men and 12 women, to facilitate full 7 day round-the-clock protection monitoring direct human contact and phone contact and filtering out of dangerous-mail without gruesome rotating sleeping shifts imposed upon these security agents. An insufficient number of these agents would undesirably necessitate such rotating sleeping shifts; which I wish to avoid, so that the security agents stay here is enjoyable.

16) If five or six out of each 9 people appear to die in the first event of God's court, I request that the judge beforehand (before the first session of God's court) set forth a contingent ruling contingent upon those apparent five or six deaths with that judgement being per the request of the following paragraph text: My 652 page paper on the spiritual meaning of human sexuality is a strong expression of religious speech, and I wish to be able to freely illustrate that expression with actual pornographic video recording at any time freely showing all aspects of human sexuality, as I deem artistically interesting and meaningfully communicative, and to distribute that art anyway I wish, with no legal consequences to me nor to any who receive and/or view this same art. I suspect, as I have a memory to this effect, that the reason that a normal human sexual union showing the process of the woman's nipples going erect during the union has not been found by me in all of the pornographic viewing of DVDs that I have done is that the FBI supports some rule or law prohibiting the display of that aspect of a normal human sexual union. To further justify this request, I wish to have the judge presiding over '08CV476HLSP to read my 652 page paper to see the powerful religious statement that it is, and that such illustration would be quite appropriate in conjunction with this paper and its subject matter content. To this end the plaintiff (me) is willing to pay up to $300.00 per hour for up to 30 hours ($9000 worth of time) for the Judge's time to read this paper at a slow, thoughtful rate of 2.5 minutes per page. So I am requesting that after said reading by the judge, that the judge will see fit to declare all laws and rules against depicting this particular aspect of the erection of women's nipples in any visual sexual context or other visual context (such as breast feeding) as an unconstitutional transgression of free speech. But if the FBI refuses to reply in time after serving notice with the court memo that this paragraph is a part of, then I request that the judge declare said laws and/or rules restricting viewing of the erection of women's nipples in sexual and non-sexual context an unconstitutional violation of free speech rights, irrespective of whether five or six out of 9 people die, and irrespective of whether the event of God's court occurs at all or not.

17) If five or six out of each 9 people appear to die, then pursuant my free speech I request a sufficiently authoritative promise from the executive branch of the U.S. Federal Government and the FBI to fully support internationally my free visual speech so as to use the strong influence of the U.S.A. abroad to avoid any arrest and to allow full display via pictures electronically to show the sex of my children from the "fraternal twins event" mentioned in my paper from page 572 through 585.

These pictures include the mothers also, who may be fully nude and under 18 years of age, and distribution and creation of these images including both the children and the mothers shall be supported without any arrests for me and anyone else whatsoever anywhere on earth--the U.S.A.. shall use its strong foreign presence to ensure this total lack of arrests and total lack of filing charges throughout the world.  Though, this event most likely shall include 7 pairs of fraternal twins, not merely one pair, and showing the sex visually of all seven pairs should be fully supported--in other words, this shall be a child pornographic event that shall be legally declared as a non-crime pursuant my free speech rights, even with full distribution of these images of the sex of all these my 7 twin pairs of children and their mothers perhaps nude as well even if these mothers are under the age of 18.  This is an expression of my free speech supporting communication of my form of Christianity.  A copy of my 652 page paper shall be served with the summons service that applies to this court motion.  Also the filing of this court motion with the court clerk shall include a copy of my 652 page paper.  This shall be a beautiful fulfillment of Isaiah 66:10-14; and as far a visual pornographic display, note the reference to "seeing" in verse 14 of Isaiah 66.  This must be a visual display that shows the naked children suckling from their respective voluptuous mother described in verse 11 with that phrase "abundance of her glory".  And this shall be protected speech with all of the mothers and all of their children which I may visually put on display.  This visual display is contrary to the statements of modesty regarding the mother in my 652 page paper, and so I am requesting that no such modesty be any further expected but rather be abandoned, and that consistent with my 652 page paper the sex of all of the 7 pairs of fraternal twins be put on visual display as a non-crime event such that these pictures may be distributed around the world on the internet without any crime of child pornography being charged against any person transmitting, viewing, or possessing these images.  This is a necessary expression of my free speech because the blessing of these children in this God-synchronized set of pregnancies with most mother's each having one or more pairs of fraternal twins for a total of 7 pairs minimum (some mother's may have no children, but 7 pairs of children shall be requested of God by prayer) shall be deemed so statistically unlikely that it is a very strong statement of God's blessing on me and the gospel that I preach and represent to be a true and valid form of Christianity fully supported by the King James Holy Bible and by God himself.  Satan only kills, but only God gives life.  This event is a very necessary and powerful statement that I do preach the true gospel that is pleasing to Almighty God Himself, and described in the King James Holy Bible.

18) If five or six out of each 9 people appear to die at the first event of God's court, then within 24 hours of that event starting with the point in time that the 5th person appears to die, the U.S. Federal Government shall establish a fund of 8,068,000,000.00 euros in one of the top three sized major Swiss banks in Switzerland an anonymous, numbered bank account, and shall regard that money as untaxable by all Federal, State, and Local authorities in the U.S., and a separate account of

$10,000,000.00 dollars (as opposed to euros) shall be established in the Bank of America in my full name and social security number with my thumb print, and that money shall also be fully regarded as untaxable by all Federal, State, and Local authorities in the U.S.; by implied decree of the judge overseeing this case, '08CV476HLSP all this untaxability shall be established unconditionally merely if five or six out of each 9 people appear to die at the first event of God's court; the judge need not actually make this decree--it is implied by the five or six out of each 9 people appearing to die at the first event of God's court. This extra $10,000,000.00 is necessary liquid money to facilitate my international movements, including traveling to Europe to better secure that numbered Swiss bank account, and to perhaps communicate with the Netherlands' government concerning matters of posting of my 652 page paper and protecting my suspected accuser and my eventual arival to the Netherlands under political asylum protection from the U.S. and the FBI. All visa and passport needs of me and up to 20 friends of my choice will be very directly expedited in one week or less to facilitate the above mentioned travel needs.

19) Of the three or four people of each 9 people of which five or six died, those people shall be given a document on FBI letterhead to each sign which has already been signed by the director of the FBI that releases and protects these three or four people and indemnifies them from all statements made by them during this first event of God's court so that the FBI shall not be able to threaten them with consequences after they have revealed secrets that these people were afore time prohibited from revealing.

20) If five or six out of each 9 people appear to die, the judge shall rule that all these promises throughout this court motion must be binding upon the all executive branch presidents and the entire U.S. Federal Government and not be restricted merely to the particular president that agreed to these promises by implication via the FBI.

This motion was written on 6Aug2008.
Author of this court motion in operation as In-Pro-Per is Daniel David Zuck, born 12/14/57.