# The Holy Bible's True Spiritual Meanings of Marriage as Pictured By the Details of Human Sexuality, which God Created

Written solely by Daniel David Zuck, born 12/14/57
(version 254, Nov 12, 11:08pm)

WARNING: This paper would be regarded by many as pornographic in its English; there are no pictures. The intention is not pornography, but rather a serious, thoughtful consideration of the spiritual meanings that the Bible implies strongly or less strongly to the various features of human sexuality. The author of this study was motivated to do this study because he felt the need to look at God's intended and proper view of sexuality. The author of this study is strongly of the persuasion that when one looks to the pattern set forth by Jesus, as Hebrews 12:2 teaches—looking to the author and finisher of our faith—one will see the true meanings that God has given to things, and the author believes that such knowledge of God's view will bless him to put this subject into a healthier, more sanctified viewpoint within his heart. NEVERTHELESS, many people would regard some paragraphs as pornographic, because the author is driving for meaningful, deep understanding, and not more surface considerations. _Do not read this paper if this warning disturbs you._ On the other hand, if you wish, please copy this paper freely and give copies to others that they may hear the true Gospel as well as you. I hereby put this paper into the public domain, and make no copyright claim on it though I am the sole author of it; you are free to copy out portions of it and use those portions as you wish or use the whole paper as well as you wish. God bless you as you spread the true Gospel. My preference, though, would be that always the entire paper is given out, rather than mere portions, and unaltered at that; and with my authorship noted just below the title, as the original was written. But I know that this paper is large, and so you should feel welcome to give out only a portion if that is necessary—please include reference to me as the author for that portion. And if you copy only the scripture that you find within this paper, then do _not_ reference me as the author; just say from the King James Bible, if you wish. Thank you in all cases. Anyone who wishes to translate this paper into other languages is free to do so. Such would be a huge amount of work because it is very long—maybe you can split up the task into sections and have many faithful Bible believers help as you target some particular language, and then shift each person-section-assignment so that the translation work done by one person may be checked by another person. God bless you for spreading the true Gospel.

IMPORTANT NOTE: I wrote this paper over a period of about 7 months. It is a record of my explorations in the Bible of the topic of the spiritual meaning of human sexuality; it is also a record of my explorations into the topic of the timing of the end of the universe and the return of Jesus Christ on the clouds of glory. Because this paper was written in difficult circumstances, and because it is very long (about 652 pages), another year and a half would be required to make it fully consistent and to patch the grammar and spelling errors throughout it. I do not have that time. So, you may find in the middle of this document I say one thing, and at the end I am saying something different. That is partly because this paper is a record of my learning process as I went through and studied these topics of Biblical sexuality and end time timing in the Bible, and so it shows the learning and sequencing of my thinking processes. This change in understanding is particularly evident in the difference between how section 16 ends before section 17

ends. At the end of section 16 I suppose that Jesus Christ is going to return on Dec 17th, 2013, and at the end of section 17 I suppose that Jesus Christ is going to return on Dec 31st, 2013. This is because my understanding of the numbers of the end times deepened during a time break between when I wrote section 16 and when I decided that section 17 needed to be written and added. The Lord bless you as you study my studies. Be sure to exhaust the Bible very far above my words, and take everything I say with some doubt, but be sure to trust the Bible in everything it says. God bless you.

2

# 1 Introduction

This paper is focused on finding the main spiritual meanings that human sexuality pictures as God defines those meanings in the Holy Bible (this author uses the King James Version of the Holy Bible). This is a valid consideration because the same God who wrote the Holy Bible also created human sexuality, and human sexuality referenced in one way or another features very prominently throughout the Holy Bible as a reference point that God uses for picturing human faithfulness or unfaithfulness between the human race and the God of the Holy Bible. For example, we read in the Holy Bible in the book of James 4:4 (to be normally represented as Jas 4:4, where the colon separates the chapter number of that internal book from the verse number or numbers in that same chapter; also the book names are normally abbreviated, so the normal reference to James 4:4 would be written as Jas 4:4; the abbreviations for the all of names of the books of the Holy Bible as they are referenced in this paper are shown in an appendix at the end of this paper, so that the reader may convert an abbreviation to the full name, in case he or she is not sure what book is being referenced by an abbreviated name) we read:

Jas 4:4 Ye adulterers and adulteresses, know ye not that the friendship of the world is enmity with God? whosoever therefore will be a friend of the world is the enemy of God.

Notice here in this verse that God is referencing the concept of human sexual adultery as a picture of unfaithfulness between humans and God. God references human sexuality in one way or another very frequently throughout the Holy Bible to communicate important truths. It is this author's unshakable conviction that God created human sexuality exactly so that it would be a communication reference point to picture both the beautiful relationship between Jesus Christ and the subset of humans out of the human race that Jesus Christ came and died on the cross 2000 years ago to save for eternity, and also the ugly relationship that exists between God and the other people in the human race that God is not going to save.

Before significant discussion on the spiritual meanings of human sexuality should be presented, a correct understanding of some major doctrines of the Bible must be understood. Without correct understanding of these major doctrines, correct understanding of the adultery of mankind towards God and the pictures of human sexuality can not be understood either. These major doctrines have the names of _total depravity_, and _election_, and _limited atonement_. There are two further major doctrines that follow directly from these first three. These two further major doctrines are named _irresistible grace_, and _the perseverance of the saints_. These last two major doctrines follow so strongly and are such obvious conclusions from the first three that these last two will not be mentioned very much in this paper. These first three, in fact all five for

1

that matter, are so foundational to a correct understanding of the true Gospel of the Bible that if we deny any one of them there is a serious concern that we may in fact not be saved. So the next three sections are on total depravity, election, and limited atonement.

## 2  Man's Total Depravity Before Salvation

The following scriptures show powerfully the absolute sinfulness of mankind. Please read them as presented below, and the read the considerations that follow.

Jer 17:9-9  The heart *is* deceitful above all *things*, and desperately wicked: who can know it?

Jer 16:12  And ye have done worse than your fathers; for, behold, ye walk every one after the imagination of his evil heart, that they may not hearken unto me:

Ge 6:5  And GOD saw that the wickedness of man *was* great in the earth, and *that* every imagination of the thoughts of his heart *was* only evil continually.

Ge 8:21  And the LORD smelled a sweet savour; and the LORD said in his heart, I will not again curse the ground any more for man's sake; for the imagination of man's heart *is* evil from his youth; neither will I again smite any more every thing living, as I have done.

Job 15:14  What *is* man, that he should be clean? and *he which is* born of a woman, that he should be righteous?

Job 15:15  Behold, he putteth no trust in his saints; yea, the heavens are not clean in his sight.

Job 15:16  How much more abominable and filthy *is* man, which drinketh iniquity like water?

Ps 51:5  Behold, I was shapen in iniquity; and in sin did my mother conceive me.

Ps 53:1  ¶ <<To the chief Musician upon Mahalath, Maschil, *A Psalm of David*>> The fool hath said in his heart, *There is* no God. Corrupt are they, and have done abominable iniquity: *there is* none that doeth good.

Ps 53:2  God looked down from heaven upon the children of men, to see if there were *any* that did understand, that did seek God.

Ps 53:3  Every one of them is gone back: they are altogether become filthy; *there is* none that doeth good, no, not one.

Pr 28:26  ¶ He that trusteth in his own heart is a fool: but whoso walketh wisely, he shall be delivered.

Ec 9:3  This *is* an evil among all *things* that are done under the sun, that *there is* one event unto all: yea, also the heart of the sons of men is full of evil, and madness *is* in their heart while they live, and after that *they* go to the dead.

Mt 15:19  For out of the heart proceed evil thoughts, murders, adulteries, fornications, thefts, false witness, blasphemies:

Mr 7:21  For from within, out of the heart of men, proceed evil thoughts, adulteries, fornications, murders,

Mr 7:22  Thefts, covetousness, wickedness, deceit, lasciviousness, an evil eye, blasphemy, pride, foolishness:

Heb 3:12  Take heed, brethren, lest there be in any of you an evil heart of unbelief, in departing from the living God.

Jas 1:14  But every man is tempted, when he is drawn away of his own lust, and enticed.

Jas 1:15  Then when lust hath conceived, it bringeth forth sin: and sin, when it is finished, bringeth forth death.

Ro 3:9  What then? are we better *than they*? No, in no wise: for we have before proved both Jews and Gentiles, that they are all under sin;

10  As it is written, There is none righteous, no, not one:

11  There is none that understandeth, there is none that seeketh after God.

12  They are all gone out of the way, they are together become unprofitable; there is none that doeth good, no, not one.

13  Their throat *is* an open sepulchre; with their tongues they have used deceit; the poison of asps *is* under their lips:

14  Whose mouth *is* full of cursing and bitterness:

15  Their feet *are* swift to shed blood:

16  Destruction and misery *are* in their ways:

17  And the way of peace have they not known:

18  There is no fear of God before their eyes.

19  ¶ Now we know that what things soever the law saith, it saith to them who are under the law: that every mouth may be stopped, and all the world may become guilty before God.

20  Therefore by the deeds of the law there shall no flesh be justified in his sight: for by the law *is* the knowledge of sin.

21  But now the righteousness of God without the law is manifested, being witnessed by the law and the prophets;

22  Even the righteousness of God *which is* by faith of Jesus Christ unto all and upon all them that believe: for there is no difference:

23  For all have sinned, and come short of the glory of God;

Ps 14:1  ¶ <<To the chief Musician, *A Psalm of David*>> The fool hath said in his heart, *There is* no God. They are corrupt, they have done abominable works, *there is* none that doeth good.

2  The LORD looked down from heaven upon the children of men, to see if there were any that did understand, *and* seek God.

3  They are all gone aside, they are *all* together become filthy: *there is* none that doeth good, no, not one.

In Matthew we read

Mt 19:17  And he said unto him, Why callest thou me good? *there is* none good but one, *that is*, God: but if thou wilt enter into life, keep the commandments.

And we see that Jesus tells the rich young ruler in Mt 19:17 (the rich and young per Mt 19:22 and Lu 18:25; he is a ruler per Lu 18:18; he has everything men desire: youth, monetary wealth, and power) that there is none good but God, and that if the rich young ruler wishes to have eternal life, he must keep the commandments. By the way, only Jesus (who himself is God) kept the commandments absolutely perfectly and righteously from his heart and outwardly throughout his entire time on earth. All men, but Jesus, before a man is saved, are wicked sinners in an absolute and complete sense, though they may lie to themselves and convince themselves that there is something good in them. And they will look at their deeds and convince themselves that these deeds prove that there is something good in them; but it is a lie and self deception and they are headed for

hell and deserve it absolutely fully, because God can see a person's heart even better than a person can see his or her own heart—God sees all and every bit of our sin that exists even from the deepest parts of our heart. Unless and until God put's Jesus' salvation into the mind and heart of a person, there remains absolutely nothing good in a person. When a person is saved by God, the new righteousness within that newly saved person is within and will affect his or her life outwardly as well, but to some degree that righteousness within will remain cloaked or covered by his or her yet-to-be-saved body that still sins, even though his or her inward soul has now experienced salvation and no longer sins at all. Nevertheless, there should be a considerable improvement in outward righteousness and reduction in sin as well, thereby reflecting the new inward righteousness. We see this cloaking principle in Ro 7:14-25, Php 3:21, Ga 5:14-26. In the case of saved humans, we still actually sin outwardly on occasion, but we begin to truly and sincerely hate that sin when God has put his salvation within any one of us; but in the case of Jesus, he never sinned outwardly nor inwardly, yet even this same cloaking or covering principle applies to him as well, with the special understanding that the body that causes Jesus to sin is strictly understood as a spiritual reference to the elect believers whom Jesus came to save and within whom Jesus is inside of; the elect are the sinners that Jesus had to die for to pay the eternal debt of sin for those elect before God. All true believers are of this flesh and his body, as Adam spoke of Eve in Gen 2:23, and as God says in Eph 5:28-30 and 1Co 12:12 and, if you understand that Ro 7:1 spiritually pointing to Jesus, and his Bride the true believers the elect being his members, then Ro 7:23 applies as well.

Another way to see the true doctrine that men are totally depraved is to understand the Bible's teaching that men, before salvation within from God, are spiritually dead. They are not alive to God. This truth of spiritual death and subsequent spiritual life after salvation is clearly taught in Eph 2:1-10 (the old English word "quicken" in the text below means to make alive):

Eph 2:1 ¶ And you hath he quickened, who were dead in trespasses and sins;
2  Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience:
3  Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind; and were by nature the children of wrath, even as others.
4 ¶ But God, who is rich in mercy, for his great love wherewith he loved us,
5  Even when we were dead in sins, hath quickened us together with Christ, (by grace ye are saved;)
6  And hath raised us up together, and made us sit together in heavenly places in Christ Jesus:
7  That in the ages to come he might shew the exceeding riches of his grace in his kindness toward us through Christ Jesus.
8  For by grace are ye saved through faith, and that not of yourselves: it is the gift of God:
9  Not of works, lest any man should boast.
10  For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

5

We also see this concept of spiritual death, and the implication of spiritual life in those who God saves, in the following Bible passages:

Mt 8:22 But Jesus said unto him, Follow me; and let the dead bury their dead.
Lu 9:60 Jesus said unto him, Let the dead bury their dead: but go thou and preach the kingdom of God.

In Mt 8:22 Jesus is saying to a man, let the spiritually dead bury their physically dead. He is saying the same also in Lu 9:60.

And since there is nothing good in a spiritual corpse, there is nothing good whatsoever in unsaved mankind. All men, apart from those who have experienced God's salvation by having the goodness of Jesus put into them, are totally depraved. This is the doctrine of total depravity that the Bible teaches. Incidentally, there are people who call themselves Christians, and think they are saved, but they have another Jesus, as 2Co 11:4 teaches, which says:

2Co 11:4 For if he that cometh preacheth another Jesus, whom we have not preached, or if ye receive another spirit, which ye have not received, or another gospel, which ye have not accepted, ye might well bear with him.

If one has another Jesus, then that one does not have the goodness of the only true Jesus within them. In that case they are self deceived or deceived by others who have preached lies to them in the name of Jesus, and have convinced them that they are saved, when in fact they are not saved. In this case such deceived people are still totally depraved and headed for hell, unless God intervenes and saves them with the true Jesus. In their deception they may live a very upstanding life before others, who may be convinced that they are fine people, yet they still headed for hell; there is nothing good in them. They are still totally depraved.

If indeed people are spiritual corpses and are spiritually dead, even as they walk around in their physical bodies that are spiritually dead and with souls within them that are spiritually dead that can not truly love God, then because a corpse can not even have a thought within itself concerning true life, the Bible ought to teach that no man can come to God unless God does the work of salvation. And it does indeed teach this truth, as wee see in:

Joh 6:44 No man can come to me, except the Father which hath sent me draw him; and I will raise him up at the last day.
45  It is written in the prophets, And they shall be all taught of God. Every man therefore that hath heard, and hath learned of the Father, cometh unto me.

Joh 6:65 And he said, Therefore said I unto you, that no man can come unto me, except it were given unto him of my Father.

Joh 1:12 But as many as received him, to them gave he the power to become the sons of God, even to them that believe on his name:

6

8

16   So then *it is* not of him that willeth, nor of him that runneth, but of God that sheweth mercy.

17   For the scripture saith unto Pharaoh, Even for this same purpose have I raised thee up, that I might shew my power in thee, and that my name might be declared throughout all the earth.

18   Therefore hath he mercy on whom he will *have mercy*, and whom he will he hardeneth.

19   Thou wilt say then unto me, Why doth he yet find fault? For who hath resisted his will?

20   Nay but, O man, who art thou that repliest against God? Shall the thing *formed* say to him that formed *it*, Why hast thou made me thus?

21   Hath not the potter power over the clay, of the same lump to make one vessel unto honour, and another unto dishonour?

22   *What* if God, willing to shew *his* wrath, and to make his power known, endured with much longsuffering the vessels of wrath fitted to destruction:

23   And that he might make known the riches of his glory on the vessels of mercy, which he had afore prepared unto glory,

24   Even us, whom he hath called, not of the Jews only, but also of the Gentiles?

25 ¶ As he saith also in Osee, I will call them my people, which were not my people; and her beloved, which was not beloved.

26   And it shall come to pass, *that* in the place where it was said unto them, Ye *are* not my people; there shall they be called the children of the living God.

27   Esaias also crieth concerning Israel, Though the number of the children of Israel be as the sand of the sea, a remnant shall be saved:

28   For he will finish the work, and cut *it* short in righteousness: because a short work will the Lord make upon the earth.

29   And as Esaias said before, Except the Lord of Sabaoth had left us a seed, we had been as Sodoma, and been made like unto Gomorrha.

30 ¶ What shall we say then? That the Gentiles, which followed not after righteousness, have attained to righteousness, even the righteousness which is of faith.

31   But Israel, which followed after the law of righteousness, hath not attained to the law of righteousness.

32   Wherefore? Because *they sought it* not by faith, but as it were by the works of the law. For they stumbled at that stumblingstone;

33   As it is written, Behold, I lay in Sion a stumblingstone and rock of offence: and whosoever believeth on him shall not be ashamed.

Also, John 1:12 is badly twisted, even deliberately by freewill churches who hate the doctrine of election because it takes the power of salvation out of their hands and puts that power back into God's hands alone, because they deliberately overlook verse John 1:13, which just follows. So to quote both verses:

John 1:12   But as many as received him, to them gave he power to become the sons of God, *even* to them that believe on his name:

13   Which were born, not of blood, nor of the will of the flesh, nor of the will of man, but of God.

7

13   Which were born, not of blood, nor of the will of the flesh, nor of the will of man, but of God.

God must give life to a spiritual corpse before it has spiritual life. In other words, a spiritual corpse can not spiritually resurrect itself to spiritual life. Since there is nothing good within an unsaved person, where would the goodness of spiritual life come from within a spiritual corpse in order to raise again that person to spiritual life? This is an impossible task for spiritually dead men. Only God gives life to whom he wishes to save. This leads to the next important truth of the Bible, that God chooses whom he wishes to save, and that man has no say nor influence whatsoever in that choosing process by God, because man is totally incapacitated and unable to choose God because of his spiritual deadness. This choosing process is called the doctrine of election, and it refers to the people that God chooses to save as the elect or chosen people of God.

## 3   The Doctrine Election

God elects whom He wishes to save. We can not dictate to God that He save us; we only deserve hell because of our sins. We are completely at His mercy, which He may or may not extend to us. As Romans 9 teaches:

Ro 9:1 ¶ I say the truth in Christ, I lie not, my conscience also bearing me witness in the Holy Ghost,

2   That I have great heaviness and continual sorrow in my heart.

3   For I could wish that myself were accursed from Christ for my brethren, my kinsmen according to the flesh:

4   Who are Israelites; to whom *pertaineth* the adoption, and the glory, and the covenants, and the giving of the law, and the service *of God*, and the promises;

5   Whose *are* the fathers, and of whom as concerning the flesh Christ *came*, who is over all, God blessed for ever. Amen.

6 ¶ Not as though the word of God hath taken none effect. For they *are* not all Israel, which are of Israel:

7   Neither, because they are the seed of Abraham, *are they* all children: but, In Isaac shall thy seed be called.

8   That is, They which are the children of the flesh, these *are* not the children of God: but the children of the promise are counted for the seed.

9   For this *is* the word of promise, At this time will I come, and Sara shall have a son.

10   And not only *this*; but when Rebecca also had conceived by one, *even* by our father Isaac;

11   (*For the children* being not yet born, neither having done any good or evil, that the purpose of God according to election might stand, not of works, but of him that calleth;)

12   It was said unto her, The elder shall serve the younger.

13   As it is written, Jacob have I loved, but Esau have I hated.

14 ¶ What shall we say then? *Is there* unrighteousness with God? God forbid.

15   For he saith to Moses, I will have mercy on whom I will have mercy, and I will have compassion on whom I will have compassion.

9

And these freewill churches misunderstand and twist John 3:16 by taking that word "whosoever" and construe that word to imply that men, of their own power, are so able to believe. John 3:16 says:

John 3:16 For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life.

But really, only God causes the faith to believe in God, as John 6:29 and 44 clearly imply:

John 6:29 Jesus answered and said unto them, This is the work of God, that ye believe on him whom he hath sent.

John 6:44 No man can come to me, except the Father which hath sent me draw him: and I will raise him up at the last day.

So the "whosoever" in John 3:16 is really "whosoever God will draw and cause to believe" in order to be consistent with the Bible. The doctrine of election is all about God choosing whom He wishes to save, and man really has no say in the matter whatsoever. Imagine Jesus walking into a cemetery where 1000 dead people are buried. We know from the Bible that Jesus is able to raise the dead. So Jesus could in fact raise each and every one of those 1000 dead people back to life and vibrant health. At the moment, they are all dead men's bones six feet or two meters under ground, and totally lifeless. They have no awareness of Jesus walking on the surface. And if Jesus chooses to walk up to the grave of some old man who died as a hated, despised drunk, and raises that old man from the grave to new and vibrant life and health, what say did the other 999 dead people have in the matter? Can they say anything in complaint? They can not even speak. They are dead. Furthermore, Jesus has the power to show mercy on whom He will choose, and on whom He will not choose to life. He shows no mercy. Because there is nothing good in us, the remainder of us who are still unsaved can not complain. Jesus has done us no injustice whatsoever. Are we angry because Jesus is merciful to somebody else, all the while we are getting what we deserve, which is to go to hell? In our sin we can not fault Jesus for his mercy on another. Sin has no right to speak. As we read in Ps:

Ps 107:42 The righteous shall see it, and rejoice: and all iniquity shall stop her mouth.

Ps 63:11 But the king shall rejoice in God; every one that sweareth by him shall glory: but the mouth of them that speak lies shall be stopped.

Since we all start out as spiritually dead, wicked sinners, we do not even have the understanding nor life to complain, nor do we have a just reason to complain. We deserve to be dead because of our sins. If Jesus paid for each and every sin of that old drunk, then those sins are indeed paid for, and Jesus has the right to give that man life.

Some freewill churches attempt to teach a deception whereby they lie and say something like "God looked down the tunnel of time and saw who would choose God so that before time God choose those people who choose God as God looked down the tunnel of time."

10

This stupid idea makes man into God, and turns the true God into a weak, powerless wimp who depends upon man for God to have a people to himself for the Bride of Christ. Can the true God of all eternity be reduced to depending upon spiritually dead men to love God first? Is the Almighty Creator God of Eternity on his knees praying to men begging men to believe? Men what to think this way, that God answers to them and begs them to believe, because men have an attachment to their pride, and a need for security within themselves rather than in God alone; and want to believe the lie that there is something good within themselves, and that God is honoring that supposed goodness by giving them the place to believe apart from the intervening power of God to put faith within a person. In other words, they suppose that they self-generated their faith in God; but this is impossible, because they are spiritually dead. They fear that God may not have chosen them, and they do not want to be honest about that fear; so they lie to themselves and teach themselves that they have the ability to choose God, and think that God will honor that self dependence of man upon man, rather than have utter dependence upon God alone. But evidence of true spiritual life in a person is to have an utter dependence upon God alone, and not on one's self in anyway whatsoever. The Bible teaches rather that God must love us first and give us life—because we start out spiritually dead and have hearts of hatred towards God. But after he puts his love within our hearts, for those he chooses to save, then we can love him in return. As the Bible reads:

Ro 5:5 And hope maketh not ashamed; because the love of God is shed abroad in our hearts by the Holy Ghost which is given unto us.

1John 4: 19 We love him, because he first loved us.

Therefore God must do the choosing, and those choices of God do not depend upon man whatsoever.

Jesus did not pay for all of the sins of every human that ever lived. He did not need to pay for more sins than the sins of the elect, because for a non-elect to truly believe in Jesus is impossible, because all non-elect are spiritually dead and can not self-generate a true faith in Jesus; though the non-elect might self-deceive themselves and convince others with this deception that they believe in Jesus and are true Christians—yet they are not true Christians. Jesus only paid for the sins of the elect scattered throughout the world over time; this is what 1John 2:2 is saying when it mentions "the sins of the whole world"; it is really saying the "the sins of the elect scattered throughout the whole world world"—and that no other man in the world besides Jesus can pay for sins. The whole world depends upon Jesus and only Jesus to pay for sins. And he pays only for the sins of the elect, his chosen ones; and true justice would be violated if Jesus paid for the sins of a person, and that person still ended up in hell to pay for his sins again. Even a child understands that justice demands that a sin be paid for exactly once. Yet we know from the Bible that most of mankind is going to hell. Hence, Jesus could not have paid for the sins of those people going to hell; that would violate justice if he did pay for non-elect people's sins. This is the doctrine of limited atonement; Jesus only paid for the sins of the elect. The doctrine of limited atonement is discussed in the next section.



11

## 4  The Doctrine of Limited Atonement

A classic passage for showing limited atonement is Isaiah 53:10-12:

Isa 53:10 ¶ Yet it pleased the LORD to bruise him; he hath put *him* to grief: when thou shalt make his soul an offering for sin, he shall see *his seed*, he shall prolong *his days*, and the pleasure of the LORD shall prosper in his hand.
11 He shall see of the travail of his soul, *and* shall be satisfied: by his knowledge shall my righteous servant justify many; for he shall bear their iniquities.
12 Therefore will I divide him a *portion* with the great, and he shall divide the spoil with the strong; because he hath poured out his soul unto death: and he was numbered with the transgressors; and he bare the sin of many, and made intercession for the transgressors.

Notice the phrase in verse 11 "...justify many; for he shall bear their iniquities...", and notice the phrase in verse 12 "...he bare the sin of many...". These phrases show that a certain people are in view for which Jesus has paid for their sins. But some will say that these phrases only suggest that Jesus paid for the sins of many people, and they twist that to mean all people who ever lived over the entire history of the human race. They are wrong, and they twist such scriptures because they wish to deny God's power of choice to save only the elect; why should Jesus pay for the sins of people he does not love, in addition to the people Jesus does love? Oh, you may object, you may say, does not Jesus love everyone? After all, does not Joh 3:16 say "For God so loved the world..."? Consider the following powerful observation, you whoever you are, who refuse to think honestly and deeply on the Scriptures, and that take cover in your heart in your favorite lies and false doctrines. Consider the following Scripture, which the apostate churches of the world turn on its head and by doing so show that they have absolutely no understanding of the truth:

Eze 18:23  Have I any pleasure at all that the wicked should die? saith the Lord GOD: *and not that he should return from his ways, and live?*

Eze 33:11  Say unto them, *As* I live, saith the Lord GOD, I have no pleasure in the death of the wicked; but that the wicked turn from his way and live: turn ye, turn ye from your evil ways; for why will ye die, O house of Israel?

2Pe 3:9 ¶ The Lord is not slack concerning his promise, as some men count slackness; but is longsuffering to us-ward, not willing that any should perish, but that all should come to repentance.

Do you think, oh fool, that the above three scriptures support the perverse idea (the author of this paper asserts that the idea in view is indeed perverse, though you may disagree with me) that God is pleading with every last human that ever existed--or at least that comes into exposure to the Holy Bible and these scriptures--to be saved? Notice in the two Ezekiel scriptures that God says that he has no pleasure in the death of the wicked; are the wicked every last human that God ever created? We are all sinners you know; so I suppose you think so. Well, consider our introductory passage of Isa 53:10. There the Bible says that God was pleased to bruise

12

him. We are talking about Jesus dieing on the cross here in Isa 53:10. Jesus was the only man who ever lived who never sinned. HE NEVER SINNED!!!! GET THAT STRAIGHT IN YOUR HEAD! Why would God be pleased to kill the only righteous man who ever lived, and not be pleased to kill the wicked? Have you ever thought of that, you fool? Oh, you may object, and foolishly say that God loves all the wicked more than his righteous son, and so God was pleased to bruise his righteous son, but is not pleased to kill any of the wicked of the human race; and all the human race are wicked, or at least were wicked before any became saved--we both agree on that. Have you read the remainder of the Bible, or do you just ignore it? Consider Ps 58:10-11:

Ps 58:10  The righteous shall rejoice when he seeth the vengeance: he shall wash his feet in the blood of the wicked.
11  So that a man shall say, Verily *there is* a reward for the righteous: verily he is a God that judgeth in the earth.

Do you see the reference to the righteous rejoicing in the vengeance against the wicked? Who is more righteous that God Almighty? None. So, here the true believers, who are the righteous, are taking the lead from the Almighty Righteous God, and are participating in judgment day condemning the non-elect to eternity in hell! God is clearly rejoicing in the death of the non-elect wicked. And we have even stronger scriptures to make this point:

De 28:63  And it shall come to pass, *that* as the LORD rejoiced over you to do you good, and to multiply you; so the LORD will rejoice over you to destroy you, and to bring you to nought; and ye shall be plucked from off the land whither thou goest to possess it.

Pr 1:26  I also will laugh at your calamity; I will mock when your fear cometh;

Eze 5:13  Thus shall mine anger be accomplished, and I will cause my fury to rest upon them, and I will be comforted: and they shall know that I the LORD have spoken *it* in my zeal, when I have accomplished my fury in them.

Ps 2:4  He that sitteth in the heavens shall laugh: the Lord shall have them in derision.

Ps 37:13  The Lord shall laugh at him: for he seeth that his day is coming.

And in anger, those who were being bidden to the wedding feast of Jesus Christ with his Bride, are hatefully denied access to the wedding feast by God:

Lu 14:24  For I say unto you, That none of those men which were bidden shall taste of my supper.

Put a hundred exclamation points after that Lu 14:24 verse, because that strong denial to those who refused God's wedding feast carries a tone of condemnation to eternal damnation. God is rejoicing at the thought of the coming destruction of these refusers of God's wedding feast of Jesus and his Bride.

13

Now, if Jesus had paid for the sins of the non-elect and suffered the full equivalent of eternal damnation to secure their salvation, how could God be rejoicing in Jesus' failure to save these who are going to hell? This question must be asked because the Bible, as quoted above, clearly teaches that God rejoices in sending the non-elect to hell? Because Rev 20:15 is very clear that people do exist that are going to be put into the lake of fire, whose names are not written in the book of life. So these people going to the lake of fire, if Jesus indeed paid for their sins, constitute complete failure by Jesus to save them—for which he repeatedly died, if unlimited atonement is true (of course, if you believe like the author of this paper, unlimited atonement is *not* true). But without doubt God never fails in anything he does, nor does God rejoice even in the idea of God failing. So for Jesus to have paid for the sins of the non-elect and see them continue unsaved would make God into an utter fool and failure. God is not a fool nor is he a failure. You are a fool if you argue with these scriptures and refuse to acknowledge that Jesus only paid for the sins of the elect scattered throughout the world over all time; and he paid for no other sins—hence the atonement is limited to the sins of the elect only—and there is no one else besides Jesus by which a man may have his sins paid for anywhere in the world or in all history. Consequently, Eze 18:23 and Eze 33:11 must be referring to the elect when God identifies them as the wicked and that he is not pleased when they die—in other words, God is insisting that the elect must become saved. And this is also how 2Peter 3:9 is to be understood:

2Pe 3:9 ¶ The Lord is not slack concerning his promise, as some men count slackness; but is longsuffering to us-ward, not willing that any should perish, but that all should come to repentance.

This scripture is saying that God must persist in sending forth the true Gospel until every last one of the elect is saved. In other words, the Bride of Christ must have absolutely no blemish by having a missing elect. In fact, if Satan succeeds in causing even just one elect to never become saved, that would be total victory for Satan over God. Jesus may not and must not fail. He will save each and every one of the elect exactly because he has paid for the sins of each and every one of the elect, and no others! What does Joh 17:12 say?

Joh 17:12 While I was with them in the world, I kept them in thy name: those that thou gavest me I have kept, and none of them is lost, but the son of perdition; that the scripture might be fulfilled.

Jesus lost none of the elected disciples; Judas was not elected to salvation and so he was lost. Now, Jesus prays in verse 20 of Joh 17 for all who would in the future believe on Jesus through the word of the disciples. As we read:

Joh 17:20 ¶ Neither pray I for these alone, but for them also which shall believe on me through their word;

Do you think that Jesus' prayers on this matter will ever not get answered exactly as Jesus intended them? Consider what Jesus prays in verse 9 of Joh 17. There we read:

14

Joh 17:9 I pray for them: I pray not for the world, but for them which thou hast given me; for they are thine.

Here we see that Jesus did not pray for the world, but only for them which God the Father gave to God the Son. Jesus, to save out of the world of mankind. Now, if Jesus does not pray universally for every last human to be saved, and prayers are cheap, then how in your foolish mind have you convinced your self that Jesus went to the eternal pain and trouble of suffering for the non-elect who would never get into heaven. If Jesus does not pray universally for mankind, then of completely undeniable logic Jesus did not pay for the sins of all mankind either.

What we really have in Isa 53:10 where God says that he was pleased to bruise him is a display of the loving heart of Jesus as exposed in Heb 12:2, which says:

Heb 12:2 Looking unto Jesus the author and finisher of *our* faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.

That word "joy" in Heb 12:2 above is a direct revelation of the heart of Jesus showing his love for the Bride of Christ to be much stronger than his revulsion for the ugliness and infinite pain of being found guilty for each and every sin of each and every one of the elect; the Bride of Christ, before Almighty God in order to pay the full equivalent of eternal damnation for the Bride of Christ. He loved his Bride so greatly that he "despising the shame" as Heb 12:2 puts it, looked down his nose at the shame of being found guilty for all manner of vile sins of the elect, and regarded such shame as a very small thing in comparison to his love and joy in saving his Bride. This is the correct understanding of the text "despising". He saw the shame as a very small thing in comparison to his love and joy in saving his Bride. This concept of despising is found in 1Sa 17, where we read the story of David (to become King David eventually) opposing Goliath the Philistine. The text of interest is in verses 1 through 51, which say:

1Sa 17:1 ¶ Now the Philistines gathered together their armies to battle, and were gathered together at Shochoh, which *belongeth* to Judah, and pitched between Shochoh and Azekah, in Ephesdammim.

2 And Saul and the men of Israel were gathered together, and pitched by the valley of Elah, and set the battle in array against the Philistines.

3 And the Philistines stood on a mountain on the one side, and Israel stood on a mountain on the other side; and *there was* a valley between them.

4 And there went out a champion out of the camp of the Philistines, named Goliath, of Gath, whose height *was* six cubits and a span.

5 And *he had* an helmet of brass upon his head, and he *was* armed with a coat of mail; and the weight of the coat *was* five thousand shekels of brass.

6 And *he had* greaves of brass upon his legs, and a target of brass between his shoulders.

7 And the staff of his spear *was* like a weaver's beam; and his spear's head *weighed* six hundred shekels of iron: and one bearing a shield went before him.

29 And David said, What have I now done? *Is there not* a cause?

30 And he turned from him toward another, and spake after the same manner: and the people answered him again after the former manner.

31 ¶ And when the words were heard which David spake, they rehearsed *them* before Saul: and he sent for him.

32 And David said to Saul, Let no man's heart fail because of him; thy servant will go and fight with this Philistine.

33 And Saul said to David, Thou art not able to go against this Philistine to fight with him: for thou *art but* a youth, and he a man of war from his youth.

34 And David said unto Saul, Thy servant kept his father's sheep, and there came a lion, and a bear, and took a lamb out of the flock:

35 And I went out after him, and smote him, and delivered *it* out of his mouth: and when he arose against me, I caught *him* by his beard, and smote him, and slew him.

36 Thy servant slew both the lion and the bear: and this uncircumcised Philistine shall be as one of them, seeing he hath defied the armies of the living God.

37 David said moreover, The LORD that delivered me out of the paw of the lion, and out of the paw of the bear, he will deliver me out of the hand of this Philistine. And Saul said unto David, Go, and the LORD be with thee.

38 And Saul armed David with his armour, and he put an helmet of brass upon his head; also he armed him with a coat of mail.

39 And David girded his sword upon his armour, and he assayed to go: for he had not proved *it*. And David said unto Saul, I cannot go with these; for I have not proved *them*. And David put them off him.

40 ¶ And he took his staff in his hand, and chose him five smooth stones out of the brook, and put them in a shepherd's bag which he had, even in a scrip; and his sling *was* in his hand: and he drew near to the Philistine.

41 And the Philistine came on and drew near unto David; and the man that bare the shield *went* before him.

42 And when the Philistine looked about, and saw David, he disdained him: for he was *but* a youth, and ruddy, and of a fair countenance.

43 And the Philistine said unto David, *Am* I a dog, that thou comest to me with staves? And the Philistine cursed David by his gods.

44 And the Philistine said to David, Come to me, and I will give thy flesh unto the fowls of the air, and to the beasts of the field.

45 Then said David to the Philistine, Thou comest to me with a sword, and with a spear, and with a shield: but I come to thee in the name of the LORD of hosts, the God of the armies of Israel, whom thou hast defied.

46 This day will the LORD deliver thee into mine hand; and I will smite thee, and take thine head from thee; and I will give the carcases of the host of the Philistines this day unto the fowls of the air, and to the wild beasts of the earth; that all the earth may know that there is a God in Israel.

47 And all this assembly shall know that the LORD saveth not with sword and spear: for the battle *is* the LORD'S, and he will give you into our hands.

48 ¶ And it came to pass, when the Philistine arose, and came and drew nigh to meet David, that David hasted, and ran toward the army to meet the Philistine.

49 And David put his hand in his bag, and took thence a stone, and slang *it*, and smote the Philistine in his forehead, that the stone sunk into his forehead, and he fell upon his face to the earth.

8 And he stood and cried unto the armies of Israel, and said unto them, Why are ye come out to set *your* battle in array? *am* not I a Philistine, and ye servants to Saul? choose you a man for you, and let him come down to me.

9 If he be able to fight with me, and to kill me, then we will be your servants: but if I prevail against him, and kill him, then shall ye be our servants, and serve us.

10 And the Philistine said, I defy the armies of Israel this day; give me a man, that we may fight together.

11 When Saul and all Israel heard those words of the Philistine, they were dismayed, and greatly afraid.

12 ¶ Now David *was* the son of that Ephrathite of Bethlehemjudah, whose name *was* Jesse; and he had eight sons: and the man went among men *for* an old man in the days of Saul.

13 And the three eldest sons of Jesse went *and* followed Saul to the battle: and the names of his three sons that went to the battle *were* Eliab the firstborn, and next unto him Abinadab, and the third Shammah.

14 And David *was* the youngest: and the three eldest followed Saul.

15 But David went and returned from Saul to feed his father's sheep at Bethlehem.

16 And the Philistine drew near morning and evening, and presented himself forty days.

17 And Jesse said unto David his son, Take now for thy brethren an ephah of this parched corn, and these ten loaves, and run to the camp to thy brethren;

18 And carry these ten cheeses unto the captain of *their* thousand, and look how thy brethren fare, and take their pledge.

19 Now Saul, and they, and all the men of Israel, *were* in the valley of Elah, fighting with the Philistines.

20 And David rose up early in the morning, and left the sheep with a keeper, and took, and went, as Jesse had commanded him; and he came to the trench, as the host was going forth to the fight, and shouted for the battle.

21 For Israel and the Philistines had put the battle in array, army against army.

22 And David left his carriage in the hand of the keeper of the carriage, and ran into the army, and came and saluted his brethren.

23 And as he talked with them, behold, there came up the champion, the Philistine of Gath, Goliath by name, out of the armies of the Philistines, and spake according to the same words: and David heard *them*.

24 And all the men of Israel, when they saw the man, fled from him, and were sore afraid.

25 And the men of Israel said, Have ye seen this man that is come up? surely to defy Israel is he come up: and it shall be, *that* the man who killeth him, the king will enrich him with great riches, and will give him his daughter, and make his father's house free in Israel.

26 And David spake to the men that stood by him, saying, What shall be done to the man that killeth this Philistine, and taketh away the reproach from Israel? for who *is* this uncircumcised Philistine, that he should defy the armies of the living God?

27 And the people answered him after this manner, saying, So shall it be done to the man that killeth him.

28 ¶ And Eliab his eldest brother heard when he spake unto the men; and Eliab's anger was kindled against David, and he said, Why camest thou down hither? and with whom hast thou left those few sheep in the wilderness? I know thy pride, and the naughtiness of thine heart; for thou art come down that thou mightest see the battle.

18

50 So David prevailed over the Philistine with a sling and with a stone, and smote the Philistine, and slew him; but *there was* no sword in the hand of David.

51 Therefore David ran, and stood upon the Philistine, and took his sword, and drew it out of the sheath thereof, and slew him, and cut off his head therewith. And when the Philistines saw their champion was dead, they fled.

Notice in verse 42 that the Philistine, who is Goliath, when he looked on David "disdained" David. David was, as verse 40 above says, a huge man, as verse 4 says, Goliath's cubits and a span, which makes Goliath over 9 feet, or about 3 meters tall. So no wonder Goliath looked down on the young man David and disdained him. Now, the Hebrew word translated "disdained" in verse 42 is 959 in the Strongs numbering system of the Hebrew (the Hebrew from which the King James Bible was translated). There are a total number of 43 occurrences of that Hebrew word 959 in the Hebrew Old Testament. That Hebrew word, 959, in the King James Bible is translated into the English word "despised" and word "disdained" exactly 36 times, and it is translated into the English word "disdained" exactly once, here in 1Sa 17:42. Never mind the fact that the two English words "despised" and "disdained" are virtually equivalent in meaning in English, that Hebrew word 959 is almost always translated as despised, 36 out of 43 occurrences. So, Goliath despised David. Goliath looked down upon David as a piece of dung; as a "little nothing" to be snuffed out in no time; as a rock in Goliath's shoe at best, to be removed as promptly as possible. This is the concept of despising. Furthermore, David spiritually represents Jesus Christ, and Goliath represents Satan (who had the power of death, as Heb 2:14 teaches, along with the fact that death is the last enemy, as 1Co 15:26 teaches), who Jesus had to get victory over by dying on the cross and resurrecting the third day. Well, you see from the story of David and Goliath that Satan or Death despised Jesus Christ. Satan looked down upon Jesus Christ and despised Jesus Christ. We see evidence of this despising in Satan's heart towards Jesus out of the mouths of unsaved people (who are in Satan's kingdom and subject to Satan's power to speak Satan's views, as taught directly or implied by Ac 5:3, Joh 8:44, 2Co 11:1-15, Eph 2:2-3, 2Co 4:3-4, Gen 3:15, Ac 13:10, 1Jo 3:8, 1Jo 3:10, 1Jo 3:12, Rev 9:11, Rev 13:8, 2Th 2:9-11, Rev 13:14, Isa 14:20, and the result of communicating Satan's messages: Rev 21:8, Rev 22:15) who witnessed the crucifixion. For example we read:

Isa 53:3 He is despised and rejected of men; a man of sorrows, and acquainted with grief; and we hid as it were *our* faces from him; he was despised, and we esteemed him not.

Mt 27:39 And they that passed by reviled him, wagging their heads,
40 And saying, Thou that destroyest the temple, and buildest *it* in three days, save thyself. If thou be the Son of God, come down from the cross.
41 Likewise also the chief priests mocking *him*, with the scribes and elders, said,
42 He saved others; himself he cannot save. If he be the King of Israel, let him now come down from the cross, and we will believe him.
43 He trusted in God; let him deliver him now, if he will have him: for he said, I am the Son of God.
44 The thieves also, which were crucified with him, cast the same in his teeth.

Ps 22:6 But I *am* a worm, and no man; a reproach of men, and despised of the people.

7 All *they* that see me laugh me to scorn: they shoot out the lip, they shake the head, *saying,*

Ps 31:12 I am forgotten as a dead man out of mind: I am like a broken vessel.
13 For I have heard the slander of many: fear *was* on every side: while they took counsel together against me, they devised to take away my life.

Ps 69:7 Because for thy sake I have borne reproach; shame hath covered my face.
8 I am become a stranger unto my brethren, and an alien unto my mother's children.
9 For the zeal of thine house hath eaten me up; and the reproaches of them that reproached thee are fallen upon me.
10 When I wept, *and chastened* my soul with fasting, that was to my reproach.
11 I made sackcloth also my garment; and I became a proverb to them.
12 They that sit in the gate speak against me; and I *was* the song of the drunkards.
...20 Reproach hath broken my heart; and I am full of heaviness: and I looked *for some* to take pity, but *there was* none; and for comforters, but I found none.

Mt 15:29 And they that passed by railed on him, wagging their heads, and saying, Ah, thou that destroyest the temple, and buildest *it* in three days,
30 Save thyself, and come down from the cross.

Lu 23:35 And the people stood beholding. And the rulers also with them derided *him*, saying, He saved others; let him save himself, if he be Christ, the chosen of God.
36 And the soldiers also mocked him, coming to him, and offering him vinegar,
37 And saying, If thou be the king of the Jews, save thyself.
38 And a superscription also was written over him in letters of Greek, and Latin, and Hebrew, THIS IS THE KING OF THE JEWS.
39 And one of the malefactors which were hanged railed on him, saying, If thou be Christ, save thyself and us.

1Pe 2:22 Who did no sin, neither was guile found in his mouth:
23 Who, when he was reviled, reviled not again; when he suffered, he threatened not; but committed *himself* to him that judgeth righteously:
24 Who his own self bare our sins in his own body on the tree, that we, being dead to sins, should live unto righteousness: by whose stripes ye were healed.

All these numerous scriptures quoted above show the despising in the hearts of Jesus' enemies against Jesus as he endured the cross. Now 1Pe 2:23 just above says that Jesus did not revile back upon his enemies; but his enemies reviled Jesus. This restraint by Jesus is because Jesus is waiting on God the Father to be the ultimate true Judge who will judge righteously, eventually, and Jesus is committing himself to that. (The way God the Father does this, is God the Father has committed all judgment to Jesus to be executed on the last day at the end of time—but Jesus will not exercise this privilege while Jesus is on the cross; see Job 5:22).

So after reading the above scriptures we should clearly understand the term to "despise". Now, if Heb 12:2 says that Jesus "despised the shame", that means that he looked down upon the shame as a small thing, just as Goliath looked down upon David and despised

19

David as a youth. Just as we have no record in the story of David and Goliath of David despising Goliath (though David did use the term "uncircumcised"), but rather that David referred to Goliath as defying the armies of God (see 1 Sa 17:36), David committed himself to God to be the source of victory and of judgment over Goliath; David was not trusting in himself. If David of his own strength would have despised Goliath in David's own heart, David would have been in sin towards Almighty God, because only Almighty God gives victory. But David in committing himself to God ensured that the Almighty God was going to do the despising of Goliath in Almighty God's heart, and not David. Because Almighty God is the Judge. Hence, Jesus Christ could not despise those who were despising him, but Jesus Christ could despise the shame itself. He looked down upon the very shame of vile sin and death that was upon him and despised that as a small thing in view of his joy at bringing eternal salvation to his bride. That is how much he loves his bride. But at the same time Jesus was committing the non-elect enemies who where involved in Jesus' crucifixion to be judged by Almighty God himself. Hence, we see a separation in Jesus heart between his infinite love for his bride on one hand, and his trust in Almighty God to bring judgment against his enemies, including the non-elect which are of Satan's kingdom, on the other hand. This strongly supports the doctrine of limited atonement.

Now, you may object, and say did not Jesus pray "Father, forgive them; for they know not what they do", and suggest that Jesus did not want God the Father to judge his enemies? Well, Jesus did say those words:

Lu 23:34 Then said Jesus, Father, forgive them; for they know not what they do. And they parted his raiment, and cast lots.

But who really put Jesus on the cross, and who really is Jesus praying for to be forgiven? Hebrews 6:5-6 says:

Heb 6:5 And have tasted the good word of God, and the powers of the world to come,
6 If they shall fall away, to renew them again unto repentance; seeing they crucify to themselves the Son of God afresh, and put him to an open shame.

This passage is clearly teaching that those who we involved in Christianity and are supposedly true Christians in fact crucify Jesus a second time if they depart from truth, and become apostate and show that they were never true Christians after all. This idea of a second crucifixion proves that there was a first crucifixion. That first crucifixion was in fact the reality that God placed onto Jesus Christ all of the sins of the elect, for which Jesus was to be crucified to make eternal payment for those sins. And when somebody turns away from true, sound doctrine and true Christianity, they basically give God the "finger", and crucify Jesus Christ a second time, this time perhaps as Satan and the non-elect did, and not as the elect did.

We see this truth also in 1Co 11:27 and Heb 10:29, which say:

1Co 11:27 Wherefore whosoever shall eat this bread, and drink this cup of the Lord, unworthily, shall be guilty of the body and blood of the Lord.

20

Heb 10:29 Of how much sorer punishment, suppose ye, shall he be thought worthy, who hath trodden under foot the Son of God, and hath counted the blood of the covenant, wherewith he was sanctified, an unholy thing, and hath done despite unto the Spirit of grace?

I dare say that when Jesus prayed "Father, forgive them, for they know not what they do", that that prayer was answered exactly 100%. Not more, not less. Only the true elect where forgiven, and the non-elect who are destine for hell were never forgiven, because Jesus did not pray for them, even as Joh 17:9 says: Which, to quote again, says:

Joh 17:9 I pray for them: I pray not for the world, but for them which thou hast given me; for they are thine.

And if this undeniable logic is still not convincing to you, have you considered the plethora of what are called the "imprecatory Psalms" in the book of Psalms? Psalm 58 quoted some distance above is an example of an imprecatory Psalm.

The word "imprecatory" is a religious word to identify Psalms where the author of the Psalm is pleading with God for the vengeance of God to come against the enemies of the author, and to destroy those enemies. The author of the Psalm is calling upon God to help the author against his or her enemies, and to destroy those enemies. Many people wonder at best Psalms. What they wonder is how could these Psalms be in the Bible, since Jesus taught that we are to love our enemies? Psalm 94 is a strong example of an imprecatory Psalm. The following is a quote of all of Ps 94:

Ps 94:1 ¶ O LORD God, to whom vengeance belongeth; O God, to whom vengeance belongeth, shew thyself.
2 Lift up thyself, thou judge of the earth: render a reward to the proud.
3 LORD, how long shall the wicked, how long shall the wicked triumph?
4 How long shall they utter and speak hard things? and all the workers of iniquity boast themselves?
5 They break in pieces thy people, O LORD, and afflict thine heritage.
6 They slay the widow and the stranger, and murder the fatherless.
7 Yet they say, The LORD shall not see, neither shall the God of Jacob regard it.
8 Understand, ye brutish among the people: and ye fools, when will ye be wise?
9 He that planted the ear, shall he not hear? he that formed the eye, shall he not see?
10 He that chastiseth the heathen, shall not he correct? he that teacheth man knowledge, shall not he know?
11 The LORD knoweth the thoughts of man, that they are vanity.
12 ¶ Blessed is the man whom thou chastenest, O LORD, and teachest him out of thy law;
13 That thou mayest give him rest from the days of adversity, until the pit be digged for the wicked.
14 For the LORD will not cast off his people, neither will he forsake his inheritance.
15 But judgment shall return unto righteousness: and all the upright in heart shall follow it.
16 Who will rise up for me against the evildoers? or who will stand up for me against the workers of iniquity?

21

17 Unless the LORD had been my help, my soul had almost dwelt in silence.
18 When I said, My foot slippeth; thy mercy, O LORD, held me up.
19 In the multitude of my thoughts within me thy comforts delight my soul.
20 Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law?
21 They gather themselves together against the soul of the righteous, and condemn the innocent blood.
22 But the LORD is my defence; and my God is the rock of my refuge.
23 And he shall bring upon them their own iniquity, and shall cut them off in their own wickedness; yea, the LORD our God shall cut them off.

Is the author of this Psalm in a strictly hateful attitude towards his enemies? It sure seems to read that way. Is it right for us to harbor hatred in our hearts towards others? Does not the Bible teach strongly against such an attitude towards our enemies? So you see, many people likely have difficulty understanding how such passages could even appear in the Bible. Yet there are quite a few imprecatory Psalms in the Book of Psalms in the Holy Bible. Now, in contrast to these imprecatory Psalms we read in Ro 12 verses 17 through 21:

Ro 12:17 Recompense to no man evil for evil. Provide things honest in the sight of all men.
18 If it be possible, as much as lieth in you, live peaceably with all men.
19 Dearly beloved, avenge not yourselves, but rather give place unto wrath: for it is written, Vengeance is mine; I will repay, saith the Lord.
20 Therefore if thine enemy hunger, feed him: if he thirst, give him drink: for in so doing thou shalt heap coals of fire on his head.
21 Be not overcome of evil, but overcome evil with good.

And of course, many people are aware of the words of Jesus in Mt 5:43-48, where we read:

Mt 5:43 ¶ Ye have heard that it hath been said, Thou shalt love thy neighbour, and hate thine enemy.
44 But I say unto you, Love your enemies, bless them that curse you, do good to them that hate you, and pray for them which despitefully use you, and persecute you;
45 That ye may be the children of your Father which is in heaven: for he maketh his sun to rise on the evil and on the good, and sendeth rain on the just and on the unjust.
46 For if ye love them which love you, what reward have ye? do not even the publicans the same?
47 And if ye salute your brethren only, what do ye more than others? do not even the publicans so?
48 Be ye therefore perfect, even as your Father which is in heaven is perfect.

Now we know that Jesus is the Word made flesh, as John 1:14 says:

Joh 1:14 And the Word was made flesh, and dwelt among us, (and we beheld his glory, the glory as of the only begotten of the Father,) full of grace and truth.

22

Let us read some further scriptures before we discuss the meaning of the Word made flesh.

Consider Mt 5:17-18, and Lu 24:25-27, and Jo 1:14 and 1Jo 1:1, which are all quoted below:

Mt 5:17 ¶ Think not that I am come to destroy the law, or the prophets: I am not come to destroy, but to fulfil.
18 For verily I say unto you, Till heaven and earth pass, one jot or one tittle shall in no wise pass from the law, till all be fulfilled.

Lu 24:25 Then he said unto them, O fools, and slow of heart to believe all that the prophets have spoken:
26 Ought not Christ to have suffered these things, and to enter into his glory?
27 And beginning at Moses and all the prophets, he expounded unto them in all the scriptures the things concerning himself.

Joh 1:1 ¶ In the beginning was the Word, and the Word was with God, and the Word was God.
2 The same was in the beginning with God.
3 All things were made by him; and without him was not any thing made that was made.
4 In him was life; and the life was the light of men.

1Joh 1:1 ¶ That which was from the beginning, which we have heard, which we have seen with our eyes, which we have looked upon, and our hands have handled, of the Word of life;

In view of the above scriptures, starting with Joh 1:14, and then following with the others scriptures Mt, Lu, Joh, and 1Joh quoted above, if we get no other understanding of the concept of "the Word made flesh", at least we should get the concept that the Word made flesh clearly teaches that Jesus Christ was the Word of God personified. And the author of this paper indeed believes that this is true, that Jesus Christ when he appeared as a man in a human body 2000 years ago was the Word of God personified; the personification of the entire Bible or the Word of God personified as he walked about on Earth, but this author also believes that the concept of the Word made flesh has yet deeper meaning, which deeper meaning has to do with the concept that the Bride of Christ is bone of his bone, flesh of his flesh, as Adam described Eve, and that the Law of God is written on hearts of flesh, the hearts of Jesus' Bride, and the Bride of Christ after each elect therein is saved begins to learn to love the Law of God and walk according thereto both inwardly and outwardly with love towards God and man, and hence are showing thereby that they are a member of that Bride, the Word made flesh; consider 1Joh 4:2-3 with this idea in view.

Now if Jesus is the Word made flesh, because the imprecatory Psalms are part of the Word of God, then Jesus must personify those Psalms as well as any other part of the scriptures, somehow, right? This must be absolutely so. Jesus must personify the imprecatory Psalms. It can be no other way. Or do you despise the imprecatory Psalms,

23

and perversely say that they are not from the mouth and mind of God? You must realize that if the imprecatory Psalms are from the mouth of God, then Jesus, who is Almighty God himself—the fullness of the Godhead bodily as Col 2:9 speaks—holds these truths deeply in his heart. Jesus' heart being the very heart of God. Hence, Jesus must personify the imprecatory Psalms. Jesus both lived and lives always honestly from his heart. He is not a liar; it is impossible for God to lie, as the Bible says:

Heb 6:18 That by two immutable things, in which *it was* impossible for God to lie, we might have a strong consolation, who have fled for refuge to lay hold upon the hope set before us:

Nu 23:19 *God is* not a man, that he should lie; neither the son of man, that he should repent: hath he said, and shall he not do *it?* or hath he spoken, and shall he not make it good?

1Sa 15:29 And also the Strength of Israel will not lie nor repent: for he *is* not a man, that he should repent.

Ro 3:4 God forbid: yea, let God be true, but every man a liar; as it is written, That thou mightest be justified in thy sayings, and mightest overcome when thou art judged.

2Ti 2:13 If we believe not, *yet* he abideth faithful: he cannot deny himself.

Tit 1:2 In hope of eternal life, which God, that cannot lie, promised before the world began:

1Joh 1:9 If we confess our sins, he is faithful and just to forgive us *our* sins, and to cleanse us from all unrighteousness.

10 If we say that we have not sinned, we make him a liar, and his word is not in us.

God does not like it when we make him a liar, because he is not a liar.

So, if Jesus is not a liar, then Jesus must actually love the imprecatory Psalms, because he loves truth, because the imprecatory Psalms are truth, being part of the Word of God. One who can not lie must love truth deeply from his heart. And, if you do not love truth deeply from your heart, you are a liar. Once a person becomes a true believer in the true Jesus Christ of the Bible, that person has the truth-loving-mind of Christ in this very soul, as both 1Cor 2:16 and Ro 8:1-7 teach. Hence, true believers are no longer liars either, because they now love the truth which their dear, blessed, Almighty Sovereign Savior, Jesus Christ, also loves. Hence, if you do not love the truth, the true Jesus Christ of the Bible is not in your heart; you may have some other Jesus, as 2Co 11:2-4 teaches. This reasoning is undeniable and can not be argued against honestly. You must argue against it using lies, and that proves, if you do so, that you yourself are a liar, and do not have the mind of Christ in you. So you must agree with me that Jesus Christ loves deeply in his soul the imprecatory Psalms, and fully agrees with them.

Consequently, we have a deep mystery. How could Jesus Christ have spoken the words of Mt 5:43-48, quoted again below?:

24

Mt 5:43 ¶ Ye have heard that it hath been said, Thou shalt love thy neighbour, and hate thine enemy.

44 But I say unto you, Love your enemies, bless them that curse you, do good to them that hate you, and pray for them which despitefully use you, and persecute you;

45 That ye may be the children of your Father which is in heaven: for he maketh his sun to rise on the evil and on the good, and sendeth rain on the just and on the unjust.

46 For if ye love them which love you, what reward have ye? do not even the publicans the same?

47 And if ye salute your brethren only, what do ye more *than others?* do not even the publicans so?

48 Be ye therefore perfect, even as your Father which is in heaven is perfect.

And Jesus also have a deep love for Psalm 94, also quoted below?:

Ps 94:1 ¶ O LORD God, to whom vengeance belongeth; O God, to whom vengeance belongeth, shew thyself.

2 Lift up thyself, thou judge of the earth: render a reward to the proud.

3 LORD, how long shall the wicked, how long shall the wicked triumph?

4 *How long shall* they utter *and* speak hard things? *and* all the workers of iniquity boast themselves?

5 They break in pieces thy people, O LORD, and afflict thine heritage.

6 They slay the widow and the stranger, and murder the fatherless.

7 Yet they say, The LORD shall not see, neither shall the God of Jacob regard *it.*

8 Understand, ye brutish among the people: and ye fools, when will ye be wise?

9 He that planted the ear, shall he not hear? he that formed the eye, shall he not see?

10 He that chastiseth the heathen, shall he not correct? he that teacheth man knowledge, *shall not he know?*

11 The LORD knoweth the thoughts of man, that they *are* vanity.

12 ¶ Blessed *is* the man whom thou chastenest, O LORD, and teachest him out of thy law;

13 That thou mayest give him rest from the days of adversity, until the pit be digged for the wicked.

14 For the LORD will not cast off his people, neither will he forsake his inheritance.

15 But judgment shall return unto righteousness: and all the upright in heart shall follow it.

16 Who will rise up for me against the evildoers? or who will stand up for me against the workers of iniquity?

17 Unless the LORD *had been* my help, my soul had almost dwelt in silence.

18 When I said, My foot slippeth; thy mercy, O LORD, held me up.

19 In the multitude of my thoughts within me thy comforts delight my soul.

20 Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law?

21 They gather themselves together against the soul of the righteous, and condemn the innocent blood.

22 But the LORD is my defence; and my God *is* the rock of my refuge.

23 And he shall bring upon them their own iniquity, and shall cut them off in their own wickedness; *yea,* the LORD our God shall cut them off.

25

How could this be? Yet Jesus, who is the Word of God personified, must love both of these two passages equally deeply.

The resolution of this deep mystery, how Jesus could equally love both of these scriptures Mt 5:43-48 and Ps 94, is found in realizing that the Judgment of God was upon each of the three crosses present when Jesus was crucified. There at Jesus' crucifixion we have Jesus on his cross, and two criminals also, each one also on a cross, for a total of three crosses. This we read about:

Mt 27:38  Then were there two thieves crucified with him, one on the right hand, and another on the left.

Mr 15:27  And with him they crucify two thieves; the one on his right hand, and the other on his left.
28  And the scripture was fulfilled, which saith, And he was numbered with the transgressors.

Lu 23:32 ¶ And there were also two other, malefactors, led with him to be put to death.
33  And when they were come to the place, which is called Calvary, there they crucified him, and the malefactors, one on the right hand, and the other on the left.

Joh 19:18  Where they crucified him, and two other with him, on either side one, and Jesus in the midst.

The Mr 15:28 verse that says "he was numbered with the transgressors" in order to fulfill the scriptures is a reference to Isa 53:12, which, to be quoted again, says:

Isa 53:12  Therefore will I divide him a portion with the great, and he shall divide the spoil with the strong; because he hath poured out his soul unto death: and he was numbered with the transgressors; and he bare the sin of many, and made intercession for the transgressors.

This concept of being "numbered with the transgressors" is really teaching that the whole human race, which constitutes the transgressors as represented by the two thieves, one thief representing the non-elect portion of the human race, and the other thief representing the elect portion of the human race, included Jesus Christ also, the only human that never sinned. This teaches that Jesus was reckoned as a sinner, even though he did no sin whatsoever. He was bearing the sins of the elect and the elect were being pictured as taking up their cross and following Jesus, as well as showing that even as Jesus was on the cross, God reckoned the situation as though the elect thief himself was also paying the full equivalent of eternal damnation also—even though the thief himself was suffering nothing of an eternal nature. Jesus promised that thief that this day he shall be with Jesus in paradise, proving that that thief was saved, and that he had nothing eternal to pay:

Lu 23:43  And Jesus said unto him, Verily I say unto thee, To day shalt thou be with me in paradise.

26

But Jesus himself, being infinite, eternal Almighty God himself, could make an eternal payment for all the elect's sins in the finite time that Jesus went to and hung on the cross.

Now Ps 94, the imprecatory Psalm we are discussing, represents the whole situation with Jesus and these two thieves on each side of Jesus, representing the whole human race, both elect and non-elect and Jesus in the midst, all under judgment. To quote that Psalm again:

Ps 94: 1 ¶ O LORD God, to whom vengeance belongeth; O God, to whom vengeance belongeth, shew thyself.
2  Lift up thyself, thou judge of the earth: render a reward to the proud.
3  LORD, how long shall the wicked, how long shall the wicked triumph?
4  *How long* shall they utter *and* speak hard things? *and* all the workers of iniquity boast themselves?
5  They break in pieces thy people, O LORD, and afflict thine heritage.
6  They slay the widow and the stranger, and murder the fatherless.
7  Yet they say, The LORD shall not see, neither shall the God of Jacob regard *it*.
8  Understand, ye brutish among the people: and ye fools, when will ye be wise?
9  He that planted the ear, shall he not hear? he that formed the eye, shall he not see?
10  He that chastiseth the heathen, shall not he correct? he that teacheth man knowledge, *shall not he know?*
11  The LORD knoweth the thoughts of man, that they *are* vanity.
12 ¶ Blessed is the man whom thou chastenest, O LORD, and teachest him out of thy law;
13  That thou mayest give him rest from the days of adversity, until the pit be digged for the wicked.
14  For the LORD will not cast off his people, neither will he forsake his inheritance.
15  But judgment shall return unto righteousness: and all the upright in heart shall follow it.
16  Who will rise up for me against the evildoers? *or* who will stand up for me against the workers of iniquity?
17  Unless the LORD *had been* my help, my soul had almost dwelt in silence.
18  When I said, My foot slippeth; thy mercy, O LORD, held me up.
19  In the multitude of my thoughts within me thy comforts delight my soul.
20  Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law?
21  They gather themselves together against the soul of the righteous, and condemn the innocent blood.
22  But the LORD is my defence; and my God is the rock of my refuge.
23  And he shall bring upon them their own iniquity, and shall cut them off in their own wickedness; yea, the LORD our God shall cut them off.

You see, Ps 94 is a prayer from God (Jesus) to God (the Father) for full satisfaction of the payment of sins to the full satisfaction of God (both the Son and the Father). We do not understand the trinity—the simultaneous oneness and threeness of the Godhead--but when God prays to God, we get a glimpse of the inner thoughts of God Almighty Himself. This is what we have in Ps 94, and certainly is also the case for all of the other

27

imprecatory Psalms as well. Hence, in Jesus' great love for the Bride of Christ, the elect, he is praying for full and abundantly satisfactory payment for each and every sin of each and every member of the Bride of Christ, the elect, who are his enemies that he is loving even as his enemies; this way as well he himself in the place of the elect. Jesus is in effect making himself and enemy of himself in the place of his enemies, the elect that he is saving; so he must pray for God's wrath to fully come down upon his enemies to ensure full payment for the sins of the elect. This prayer, Ps 94, of Jesus is actually Jesus showing his very great love for the elect Bride as he dies eternally in her place and prays to ensure full payment.

To quote Joh 17:9 again:

Joh 17:9 I pray for them: I pray not for the world, but for them which thou hast given me; for they are thine.

So, with the fact that Jesus only prays for the elect, as Joh 17:9 shows, we see that the prayer of Ps 94 is also only to the benefit of the elect. In fact, Ps 94, as Jesus being Almighty God himself is praying in judgment against himself on behalf of the elect is thereby establishing God's hatred for sin, and by that establishing his commitment to also judge the non-elect. If the sinless Son of God must die eternally, how much more true sinners? As we read:

1Pe 4:17 For the time *is* come that judgment must begin at the house of God: and if *it* first *begin* at us, what shall the end *be* of them that obey not the gospel of God?
18 And if the righteous scarcely be saved, where shall the ungodly and the sinner appear?

Pr 11:31 ¶ Behold, the righteous shall be recompensed in the earth: much more the wicked and the sinner.

Jer 25:29 For, lo, I begin to bring evil on the city which is called by my name, and should ye be utterly unpunished? Ye shall not be unpunished: for I will call for a sword upon all the inhabitants of the earth, saith the LORD of hosts.

Notice the phrase in the Jer 25:29 verse just quoted that says "upon all the inhabitants of the earth". Again, God is making the point that the entire human race is under God's judgment. Even as we read:

2 Co 5:9 Wherefore we labour, that, whether present or absent, we may be accepted of him.
10 For we must all appear before the judgment seat of Christ; that every one may receive the things done in *his* body, according to that he hath done, whether *it be* good or bad.
11 Knowing therefore the terror of the Lord, we persuade men; but we are made manifest unto God; and I trust also are made manifest in your consciences.

And:

28

Ro 14:11 For it is written, *As* I live, saith the Lord, every knee shall bow to me, and every tongue shall confess to God.
12 So then every one of us shall give account of himself to God.

Does this concept of everyone giving account of himself to God teach the idea that the elect will be required in heaven on Judgment Day to admit or acknowledge his or her sins? Consider:

Eze 33:16 None of his sins that he hath committed shall be mentioned unto him: he hath done that which is lawful and right; he shall surely live.

The elect have had all of their sins payed for by Jesus on the cross so that the elect are now covered by the righteousness of Jesus Christ, as we read:

Jer 23:6 In his days Judah shall be saved, and Israel shall dwell safely: and this *is* his name whereby he shall be called, THE LORD OUR RIGHTEOUSNESS.
Jer 33:16 In those days shall Judah be saved, and Jerusalem shall dwell safely: and this *is* *the name* wherewith she shall be called, The LORD our righteousness.
Jer 51:10 The LORD hath brought forth our righteousness: come, and let us declare in Zion the work of the LORD our God.

You see that word "our" in the three Jer scriptures shown above refers to the elect, and the term "LORD" refers to Jesus, so that we are reading that Jesus' righteousness is given to the elect. The terms "Israel" and "Judah" and "Jerusalem" and "Zion" all are spiritual language for the Bride of Christ (see Ga 6:16 and Re 21:2 for example).

Hence this concept of giving account of himself to God, as Ro 14:12 says, is really teaching that we must understand that no sin ever goes unpaid for. Hence, if Jesus satisfies this principle of giving account to God for our sins in our place, then we realize the great act of love that Jesus has shown to us, and as Eze 33:16 teaches we now know that we ourselves will not give account for our own sins—Jesus has done that for us (the elect) and so Jesus has saved us totally and thoroughly. This is why following the 2Co 5:9-11 passage, which teaches basically the same thing as the Ro 14:11-12 passage, we read how the love of Christ must capture our hearts. As we read (verses 14-15 are the focus, but the entire remainder of 2Co 5 is quoted because it is very relevant, especially verse 21):

2Co 5:12 ¶ For we commend not ourselves again unto you, but give you occasion to glory on our behalf, that ye may have somewhat to answer them which glory in appearance, and not in heart.
13 For whether we be beside ourselves, *it is* to God: or whether we be sober, *it is* for your cause.
14 For the love of Christ constraineth us; because we thus judge, that if one died for all, then were all dead:
15 And *that* he died for all, that they which live should not henceforth live unto themselves, but unto him which died for them, and rose again.
16 ¶ Wherefore henceforth know we no man after the flesh: yea, though we have known Christ after the flesh, yet now henceforth know we *him* no more.

29

17 Therefore if any man *be* in Christ, *he is* a new creature: old things are passed away; behold, all things are become new.

18 And all things *are* of God, who hath reconciled us to himself by Jesus Christ, and hath given to us the ministry of reconciliation;

19 To wit, that God was in Christ, reconciling the world unto himself, not imputing their trespasses unto them; and hath committed unto us the word of reconciliation.

20 Now then we are ambassadors for Christ, as though God did beseech *you* by us: we pray *you* in Christ's stead, be ye reconciled to God.

21 For he hath made him *to be* sin for us, who knew no sin; that we might be made the righteousness of God in him.

So you see again that Jesus Christ is the Word made flesh, the Word personified, because he personified Ps 94 even as he died on the cross in his absolute abhorrence and hatred for sin and love for the Bride of Christ, the elect, as he died in her place only. And Jesus Christ also as he personified Ps 94 is thereby condemning the non-elect to eternal torments in eternal hell fire even as Jesus Christ himself paid the full equivalent of eternal damnation on the cross for the elect only. Jesus Christ could do this because he, being infinite God himself, could have the entirety of (=eternal) damnation for the elect mapped onto his infinite self in a finite time, his time on the cross; time is irrelevant in the mapping process because we have an infinite bucket (Jesus is the infinite bucket) that can take an infinite amount of evil (the elect's sin payment requirement in infinite) immediately. The non-elect must pay for themselves, because Jesus did not pay for them. But Jesus example condemns the non-elect to the same fate. This is the significance and meaning of the non-elect criminal who was on a cross next to Jesus. And because the non-elect are not infinite Almighty God, but rather ordinary human beings, they must remain in hell for eternity in order to make infinite payment for their sins against an infinitely holy, righteous Almighty God. One sinful finite human times an infinite, holy God equals an infinite price to be paid to that God. One times infinity is infinity.

So, the two criminals crucified around Jesus when Jesus was himself crucified together represent the entire human race in two groups, the criminal that became saved represents the elect or Bride of Christ, and the other criminal that did not become saved represents the non-elect. This is in fulfillment of Ez 2:12 which teaches that all humanity must follow in the pattern of the King, and Jesus is the King:

Ez. 2: 12 ¶ And I turned myself to behold wisdom, and madness, and folly: for what *can* the man *do* that cometh after the king? *even* that which hath been already done.

Every man must take up their cross and follow Jesus, both the elect and the non-elect. The difference between the elect and the non-elect is that this life is the worst hell that the elect must endure and is their cross; and at the same time this life is the best heaven that the non-elect will have. These two truths are taught by the parable of Lazarus and the rich man, which says:

Lu 16:19 ¶ There was a certain rich man, which was clothed in purple and fine linen, and fared sumptuously every day:

20 And there was a certain beggar named Lazarus, which was laid at his gate, full of sores,

30

21 And desiring to be fed with the crumbs which fell from the rich man's table: moreover the dogs came and licked his sores.

22 And it came to pass, that the beggar died, and was carried by the angels into Abraham's bosom: the rich man also died, and was buried;

23 And in hell he lift up his eyes, being in torments, and seeth Abraham afar off, and Lazarus in his bosom.

24 And he cried and said, Father Abraham, have mercy on me, and send Lazarus, that he may dip the tip of his finger in water, and cool my tongue; for I am tormented in this flame.

25 But Abraham said, Son, remember that thou in thy lifetime receivedst thy good things, and likewise Lazarus evil things: but now he is comforted, and thou art tormented.

26 And beside all this, between us and you there is a great gulf fixed: so that they which would pass from hence to you cannot; neither can they pass to us, that *would come* from thence.

27 Then he said, I pray thee therefore, father, that thou wouldest send him to my father's house:

28 For I have five brethren; that he may testify unto them, lest they also come into this place of torment.

29 Abraham saith unto him, They have Moses and the prophets; let them hear them.

30 And he said, Nay, father Abraham: but if one went unto them from the dead, they will repent.

31 And he said unto him, If they hear not Moses and the prophets, neither will they be persuaded, though one rose from the dead.

See what verse 25 of Lu 16:25 quoted above says. Effectively, this life was Lazarus's hell, and the rich man's heaven. Lazarus was done paying his price when he died, and the rich man must begin to pay his price after he dies. The rich man can not avoid his cross. We all must follow the King, King Jesus. Jesus is the example that the whole world should fear in utter terror. If the only one who never sinned had to die, how much for sinners? This is the whole point of the book of Ecclesiastes in the Holy Bible, as we read in its concluding statement:

Ec 12: 13 ¶ Let us hear the conclusion of the whole matter: Fear God, and keep his commandments: for this *is* the whole *duty* of man.

14 For God shall bring every work into judgment, with every secret thing, whether *it be* good, or whether *it be* evil.

Another classic passage that implies limited atonement is Ro 5:6-11, which says:

Ro 5: 6 ¶ For when we were yet without strength, in due time Christ died for the ungodly.

7 For scarcely for a righteous man will one die: yet peradventure for a good man some would even dare to die.

8 But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us.

9 Much more then, being now justified by his blood, we shall be saved from wrath through him.

10 For if, when we were enemies, we were reconciled to God by the death of his Son, much more, being reconciled, we shall be saved by his life.

11 And not only so, but we also joy in God through our Lord Jesus Christ, by whom we have now received the atonement.

Now people who believe the lie of unlimited atonement merely twist this passage by saying that the people referred to by the terms "ungodly" in verse 6, "us...we" in verse 8, "we" in verse 9, "we" in verse 10, and "we" in verse 11 are all referring to the entire human race. Well, this is a lie indeed. Those terms only refer to the elect—not to the entire human race—and the atonement is limited strictly to the elect. The Bible clearly teaches that there are two classes of people, not one. Those people in the kingdom of Satan, and those translated into the Kingdom of God's dear Son, Jesus Christ:

Col 1:12 ¶ Giving thanks unto the Father, which hath made us meet to be partakers of the inheritance of the saints in light:

13 Who hath delivered us from the power of darkness, and hath translated us into the kingdom of his dear Son:

14 In whom we have redemption through his blood, even the forgiveness of sins:

Mt 16:18 And I say also unto thee, That thou art Peter, and upon this rock [this rock=Jesus (consider the Greek, Peter is a much smaller rock)] I will build my church [the church, the Bride of Jesus]; and the gates of hell [the locks on Satan's kingdom shall be opened and let the elect out] shall not prevail against it.

Mt 12: 29 Or else how can one enter into a strong man's [Satan is the strong man] house, and spoil his goods [the true goods are the elect still unsaved in Satan's kingdom], except he first bind the strong man? [Jesus bound the strong man, Satan, per Hebrews 2:14-15] and then he will spoil his house [spoil means that Jesus will take the elect out of the kingdom of Satan and place them by salvation into the Kingdom of God].

And we know that Jesus will seek and save that which was lost, as we read:

Lu 19:10 For the Son of man is come to seek and to save that which was lost.

And that Jesus will not fail, because he will lose none, as we read:

Joh 17:12 While I was with them in the world, I kept them in thy name: those that thou gavest me I have kept, and none of them is lost, but the son of perdition; that the scripture might be fulfilled [the fulfilling of scripture against Judas shows that Judas was not elected to salvation by God, and that Jesus did not pay for Judas' sins].

If Jesus' loses none, then that means that Jesus successfully extracts each and every one of the elect from Satan's kingdom into Jesus' Kingdom.

After this extraction is complete, the result is two kingdoms, each with a king. Satan is the king of his people. Jesus is the king of his people. These two sets of people are not the same at all.

31

Now the Bible does teach plainly that Satan has his own people, as the following scriptures show (Joh 8:44, 2Co 11:13-15, Eph 2:2-3, Ac 5:3, 2Co 4:3-4, Gen 3:15, Ac 13:10, 1Jo 3:8-12, Rev 9:11, Rev 13:8, Rev 13:14, 2Th 2:9-11, Isa 14:20):

Joh 8: 44 Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it.

2Co 11:13 For such are false apostles, deceitful workers, transforming themselves into the apostles of Christ.

14 And no marvel; for Satan himself is transformed into an angel of light.

15 Therefore it is no great thing if his ministers also be transformed as the ministers of righteousness; whose end shall be according to their works.

Eph 2:2 Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience:

3 Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind; and were by nature the children of wrath, even as others

Ac 5: 3 But Peter said, Ananias, why hath Satan filled thine heart to lie to the Holy Ghost, and to keep back part of the price of the land?

2Co 4:3 But if our gospel be hid, it is hid to them that are lost:

4 In whom the god of this world hath blinded the minds of them which believe not, lest the light of the glorious gospel of Christ, who is the image of God, should shine unto them.

Gen 3:15 And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel.

Ac 13: 10 And said, O full of all subtilty and all mischief, thou child of the devil, thou enemy of all righteousness, wilt thou not cease to pervert the right ways of the Lord?

1Jo 3: 8 He that committeth sin is of the devil; for the devil sinneth from the beginning. For this purpose the Son of God was manifested, that he might destroy the works of the devil.

9 Whosoever is born of God doth not commit sin; for his seed remaineth in him: and he cannot sin, because he is born of God.

10 In this the children of God are manifest, and the children of the devil: whosoever doeth not righteousness is not of God, neither he that loveth not his brother.

11 ¶ For this is the message that ye heard from the beginning, that we should love one another.

12 Not as Cain, who was of that wicked one, and slew his brother. And wherefore slew he him? Because his own works were evil, and his brother's righteous.

32

33

Rev 9:11  And they had a king over them, *which is* the angel of the bottomless pit, whose name in the Hebrew tongue *is* Abaddon, but in the Greek tongue hath *his* name Apollyon.

Rev 13: 8  And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the Lamb slain from the foundation of the world.

Rev 13: 14  And deceiveth them that dwell on the earth by *the means of* those miracles which he had power to do in the sight of the beast, saying, to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live.

2Th. 2: 9  *Even him*, whose coming is after the working of Satan with all power and signs and lying wonders,

10  And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.

11  And for this cause God shall send them strong delusion, that they should believe a lie:

(Notice that God is actively, out of a pure righteous and holy hatred, sending a strong delusion to destroy those who do not have the love of the truth, so as to be saved)

Now, the last scripture to be quoted in reference to the idea that Satan has his own people or body, builds upon all of the above previous quoted scriptures to that effect very powerfully. This last scripture is out of the classic passage that discusses Satan, Isaiah chapter 14. The focus is verse 20 of Isaiah 14. There the Bible plainly says that Satan has his own people, whom he destroyed. Quoted below is all of Isaiah 14 (the seen portrayed by Isaiah 14 seems to be judgment day, though the language is difficult):

Isa 14: 1  For the LORD will have mercy on Jacob, and will yet choose Israel, and set them in their own land: and the strangers shall be joined with them, and they shall cleave to the house of Jacob.

2  And the people shall take them, and bring them to their place: and the house of Israel shall possess them in the land of the LORD for servants and handmaids: and they shall take them captives, whose captives they were; and they shall rule over their oppressors.

3  And it shall come to pass in the day that the LORD shall give thee rest from thy sorrow, and from thy fear, and from the hard bondage wherein thou wast made to serve,

4 ¶ That thou shalt take up this proverb against the king of Babylon, and say, How hath the oppressor ceased! the golden city ceased!

5  The LORD hath broken the staff of the wicked, *and* the sceptre of the rulers.

6  He who smote the people in wrath with a continual stroke, he that ruled the nations in anger, is persecuted, *and* none hindereth.

7  The whole earth is at rest, *and* is quiet: they break forth into singing.

8  Yea, the fir trees rejoice at thee, *and* the cedars of Lebanon, *saying*, Since thou art laid down, no feller is come up against us.

9  Hell from beneath is moved for thee to meet *thee* at thy coming; it stirreth up the dead for thee, *even* all the chief ones of the earth; it hath raised up from their thrones all the kings of the nations.

34

10  All they shall speak and say unto thee, Art thou also become weak as we? art thou become like unto us?

11  Thy pomp is brought down to the grave, *and* the noise of thy viols: the worm is spread under thee, and the worms cover thee.

12  How art thou fallen from heaven, O Lucifer, son of the morning! *how* art thou cut down to the ground, which didst weaken the nations!

13  For thou hast said in thine heart, I will ascend into heaven, I will exalt my throne above the stars of God: I will sit also upon the mount of the congregation, in the sides of the north:

14  I will ascend above the heights of the clouds; I will be like the most High.

15  Yet thou shalt be brought down to hell, to the sides of the pit.

16  They that see thee shall narrowly look upon thee, *and* consider thee, *saying, Is* this the man that made the earth to tremble, that did shake kingdoms;

17  *That* made the world as a wilderness, and destroyed the cities thereof; *that* opened not the house of his prisoners?

18  All the kings of the nations, *even* all of them, lie in glory, every one in his own house.

19  But thou art cast out of thy grave like an abominable branch, *and as* the raiment of those that are slain, thrust through with a sword, that go down to the stones of the pit; as a carcase trodden under feet.

20  Thou shalt not be joined with them in burial, because thou hast destroyed thy land, *and* slain thy people: the seed of evildoers shall never be renowned.

21  Prepare slaughter for his children for the iniquity of their fathers; that they do not rise, nor possess the land, nor fill the face of the world with cities.

22  For I will rise up against them, saith the LORD of hosts, and cut off from Babylon the name, and remnant, and son, and nephew, saith the LORD.

23  I will also make it a possession for the bittern, and pools of water: and I will sweep it with the besom of destruction, saith the LORD of hosts.

24 ¶ The LORD of hosts hath sworn, saying, Surely as I have thought, so shall it come to pass; and as I have purposed, so shall it stand:

25  That I will break the Assyrian in my land, and upon my mountains tread him under foot: then shall his yoke depart from off them, and his burden depart from off their shoulders.

26  This *is* the purpose that is purposed upon the whole earth: and this *is* the hand that is stretched out upon all the nations.

27  For the LORD of hosts hath purposed, and who shall disannul *it*? and his hand *is* stretched out, and who shall turn it back?

28  In the year that king Ahaz died was this burden.

29  Rejoice not thou, whole Palestina, because the rod of him that smote thee is broken: for out of the serpent's root shall come forth a cockatrice, and his fruit *shall be* a fiery flying serpent.

30  And the firstborn of the poor shall feed, and the needy shall lie down in safety: and I will kill thy root with famine, and he shall slay thy remnant.

31  Howl, O gate; cry, O city; thou, whole Palestina, *art* dissolved: for there shall come from the north a smoke, and none *shall be* alone in his appointed times.

32  What shall *one* then answer the messengers of the nation? That the LORD hath founded Zion, and the poor of his people shall trust in it.

So Satan, as verse 20 clearly shows, has his own people. These are not the same people that Jesus died for. The people that Jesus died for where taken from Satan's kingdom and translated to Jesus' Kingdom. Only the people in Jesus' Kingdom did Jesus die for, the true elect, the Bride of Christ.

So limited atonement is absolutely true: Jesus Christ, when he died on the cross, paid only for the sins of the elect, the Bride of Christ.

Now, amazingly, the doctrine of limited atonement ought to be clear, even to a child. This is because a child knows that for each error that that child does, he or she will get punished exactly once for that error. Also, every sensible human knows that a man goes to prison to pay for his crimes, and afterward gets out, never to be required to pay for those crimes again. There is only one payment. If this is so, then if Jesus payed for the sins of the non-elect, then why do the non-elect have to pay again for their own sins in hell? Clearly, a commonsense understanding of true justice requires the concept of limited atonement. But ministers in churches are not young children that have somewhat less sin tainted minds (our minds start out sin tainted from our conception, but due to the influential condemnation of the law of God against our sinful mind and the consequential rebellion that increases over a life time against that law we develop new vices and sins, and we become more and more corrupt—if God does not stop this process of increasing sin and in stead reverse this process of increasing corruption by saving us and beginning to sanctify us sometime during our life, 2Pet 1:9), but are older men, and they through their increasingly sin tainted minds reject the commonsense truth of limited atonement because they want to please people with a lie that comforts their souls into thinking that Jesus must have paid for their sins, because those ministers lie and say that Jesus paid for all the sins of mankind, and so their sins must be included. So out of a lust for a larger church with more people they preach the lie of unlimited atonement. So the scripture that Jesus spoke in Mt 11:25-27 is plainly true:

Mt 11:25 ¶ At that time Jesus answered and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes.
26 Even so, Father: for so it seemed good in thy sight.
27 All things are delivered unto me of my Father: and no man knoweth the Son, but the Father; neither knoweth any man the Father, save the Son, and he to whomsoever the Son will reveal *him*.

And the little children or babes as verse 25 says it, most truly are the true believers. Jesus is really *not* talking about physical children. He is talking about humble people who have become broken and contrite and humbled before the true Gospel that puts all of the power into God's hands—including choice, to save whom God wills—and gives absolutely no power to man as mankind in any way to influence that process. We must beg God for salvation out of utter desperation, and perhaps God will grant us that broken and contrite heart that he does not despise and so save us, as we read:

Ps 51:17 The sacrifices of God *are* a broken spirit: a broken and a contrite heart, O God, thou wilt not despise.

Pride is a very dangerous sin that can keep us from getting saved, because God always honors his promises which means that if we could only get rid of our pride and have a truly broken and contrite heart, by the promise of Ps 51:17 God would be absolutely required to save us. But true repentance can come only to those for whom God works that true repentance into their hearts; all others God leaves dead in their sins with their deep internal rejection of God in their heart—a rejection that they can not even see, because their own heart is desperately wicked and too deep to know, as Jer 17:9 teaches. So the Bible teaches that God gives repentance:

Ac 5: 31 Him hath God exalted with his right hand *to be* a Prince and a Saviour, for to give repentance to Israel, and forgiveness of sins.

And the Bible teaches that God does not always give repentance. He did not give repentance to Esau, which Romans 9 says God did not choose, but rather God choose Jacob, and that Hebrews 12 shows that Esau greatly sought for repentance but did not find it:

Heb 12: 16 Lest there *be* any fornicator, or profane person, as Esau, who for one morsel of meat sold his birthright.
17 For ye know how that afterward, when he would have inherited the blessing, he was rejected: for he found no place of repentance, though he sought it carefully with tears.

Another interesting passage that involves the doctrine of limited atonement in a powerful but non-obvious way is 1 Co 7:1-5. The discussion of 1Co 7:1-5 is elsewhere in this paper within a section entitled "Putting the Gospel First".

## 5  Scriptures that are mishandled by those who do not believe in Total Depravity, Election, and Limited Atonement

The are many people and church leaders in the world today who do not believe in the total depravity of mankind, they do not believe in a correct understanding of election or maybe they do not even believe in election at all, and a very very many do not believe in limited atonement. Yet, we should be able to see from the above discussions on these three major doctrines that the Bible really insists that mankind is totally depraved each and everyone (until one becomes saved); and that God must do the choosing or electing to salvation because men are spiritually dead as a consequence of the spiritual deadness and hatred for God impenetrably deep in their hearts and consequently are completely unable to choose God on God's terms; and finally, that Jesus had to pay for and atone for the sins of the elect, and only for the elect, because there is no threat that any of the non-elect could possibly truly repent in his or her own heart and consequently truly believe on Jesus of their own strength, implying that God is indeed truly sovereign and that his justice is truly perfect with sins getting paid for exactly once. Either Jesus pays for your sins, or you pay for your sins, but not both.

Mankind has great motivation to deny these three major doctrines. First, men hate the idea that they are totally depraved. They insist that there is something good in them, at

38

least a spark of goodness. Many can not admit to their total depravity. (Some people such as gangsters and prostitutes and such life may have come to the point in life that they believe that men are totally depraved—as that wisdom would be more prevalent in that context because such people are seeing demonstrations of that total depravity every day.) Many people wish to trust in themselves and insist on proving their own worth to God and others by demonstrating that they can do what is right. Hence, because they are so inclined, they insist that they themselves can choose to believe on Jesus of their own free will, and so they deny the doctrine of election in practice, and they deny the doctrine of election in open speech as well. Finally, many people deny the doctrine of limited atonement because it is partially threatens their internal hope of choosing God of their own will—"what if Jesus did not pay for my sins?" they say in their hearts and so fear a total loss of control of their own destiny as their destiny is taken out-of-reach of their supposed free will that they think they have. What is really happening is that they are hitting up against the imperishably fearful truth of the absolute sovereignty of Almighty God in every detail of the entire universe, including mankind and each and every member of mankind, including which members God is going to save and which members God is not going to save. God is in absolute sovereign control of each and every particle of the entire universe.

With men's motivations so strongly against the truth, no wonder we read in the Bible that men are inclined to twist (the Bible's word for twist is "wrest") and pervert the meanings of the various verses and scriptures of the Bible to say what men would like them to say. As we read:

2Pe 3: 15 And account that the longsuffering of our Lord is salvation; even as our beloved brother Paul also according to the wisdom given unto him hath written unto you;

16 As also in all his epistles, speaking in them of these things; in which are some things hard to be understood, which they that are unlearned and unstable wrest, as they do also the other scriptures, unto their own destruction.

17 Ye therefore, beloved, seeing ye know these things before, beware lest ye also, being led away with the error of the wicked, fall from your own stedfastness.

18 But grow in grace, and in the knowledge of our Lord and Saviour Jesus Christ. To him be glory both now and for ever. Amen.

Furthermore, because the doctrines of total depravity, election, and limited atonement are so dependent upon each other logically, nobody can deny only one of these doctrines and honestly say that they do not deny the others. If any one is denied, then all three are denied. This section in this paper is focused on discussing common Bible verses that people think are saying things against the ideas of election and limited atonement, and so also deny total depravity as well. They twist these scriptures because of their motivation to trust in themselves rather than face the reality of a truly absolutely sovereign Almighty and Holy God of the universe and beyond, from eternity to eternity. They do not really understand the ugliness of their sin, the absolute spiritual deadness that sin causes, and the incomprehensible holiness and righteousness and truth of Almighty God in contrast.

The first most commonly misunderstood scripture is John 3:16, which is a very beautiful scripture, but needs to be understood correctly. That verse reads:

Joh 3: 16 For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life.

The first misconception concerning John 3:16 is to come away with the idea that God loves each and every member of the human race, past, present, and future. This is their misconceived, twisted understanding of the phrase "For God so loved the world". It appears correct, but in fact this is a misunderstanding. It is a misunderstanding simply because the remainder of the entire Bible will not allow us to come to this conclusion. We must compare scripture to scripture to search out the integrity of the mind of God as he wrote the Bible. The requirement of this internal integrity and internal honesty and internal consistency of the entire Bible from cover to cover is the foundation for correct interpretation of the entire Bible, as we read:

1Co 2:13 Which things also we speak, not in the words which man's wisdom teacheth, but which the Holy Ghost teacheth; comparing spiritual things with spiritual.

The Holy Ghost (ghost is the King James Bible's old English word for Spirit or Holy Spirit teaches people the correct understanding of the Bible as people do the labor and work of comparing Bible verses with Bible verses. Every verse must be subject to every other verse in the Bible, if we are talking about the absolute internal integrity of the mind of God as recorded in the Bible. And to use that principle, we will now support this interpretation of 1Co 2:13 by showing that the term "spiritual things" in 1Co 2:13 is really talking about the Word of God, the Bible. As we read:

Joh 6: 63 It is the spirit that quickeneth; the flesh profiteth nothing; the words that I speak unto you, they are spirit, and they are life.

Here Jesus is saying that the words that he speaks are spirit. Hence, understanding 1Co 2:13 to be saying that we must compare spiritual things) is to say that we must compare the words of God with the words of God. That is, we must compare scripture with scripture to understand the Bible. This takes work, and many people do not do that work, often to be blame of mostly their pastors of their churches because their pastures do not put this method of interpretation on display as they preach and bring their sermons. The people are left ignorant and powerless because they come away with the misconception that they need a seminary education in order to know how to interpret the Bible. Hence, they fear to try to interpret the Bible, and more than that, they fear to contradict their pastors when they think they are seeing something in the Bible that does not agree with what they know that their pastor teaches. Consequently, their pastor's behavior has caused the people to exalt their pastor above the Bible. This is serious sin on the part of both the pastor and the people as well, and is very ugly in the eyes of Almighty God, who wrote the Bible as his own words. Who is man that man should exalt himself above the words of God? So let us do the work of correctly comparing scripture with scripture to correctly understand the Bible, as we read:

2Ti 2: 15 Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.

37

39

Incidentally, the author of this paper hates the theologian's word for methods of interpretation of the Bible. Theologians use the term "hermeneutics". Who is this "Hermen" guy that he should tell me how to interpret the Bible? Theologians should simply speak of correctly understanding the Bible as 2Pe 3:16 speaks or as the Bible puts it in 2Ti 2:15 rightly dividing the Bible. But to speak that way would be too plain and obvious, and would therefore threaten their power over the people as the supposed only source for interpretation of the Bible. All we need to interpret the Bible is the Holy Spirit within us and the Bible alone in our hands. We need nothing else to interpret the Bible. We may with the Holy Spirit and the Bible come to an understanding on some subject that the theologians contradict us concerning and still know that we are correct and the theologians are wrong. Do not be intimidated by men and the authority of men. Interpret the Bible on your own with the Holy Spirit illuminating your understanding as you compare scripture with scripture, and you will be many miles or many kilometers ahead of most church leaders in correctly understanding the Bible. Do not depend upon men to interpret the Bible. Even as you read this paper, you should be taking everything said here with a grain of salt, until you yourself either verify or deny that what is said in this paper is true by your own work of comparing of scripture with scripture, illuminated by the Holy Spirit (by the way, the work of the Holy Spirit in our hearts can not be observed by men even within our own hearts—we just experience those "a ha" moments as we compare scripture with scripture, illuminated by the Holy Spirit). Then you will know for sure what the truth really is directly from the Bible alone, and also you may help yourself determine whether other papers written by the author of this paper you are now reading are also worth reading at all or not in the future. If this paper is indeed faithful to the Bible, then other things said by the same author may be worth considering, also with a grain of salt to be sure, as well.

So, to go back to our verse under consideration, Joh 3:16 and the phrase in that verse saying "For God so loved the world". We know from the Psalms especially, but in many, many other places throughout the Bible as well, that God hates sinners. For example:

Ps 5:5 The foolish shall not stand in thy sight: thou hatest all workers of iniquity

Ps 10:3 For the wicked boasteth of his heart's desire, and blesseth the covetous, whom the LORD abhorreth.

Le 20:23 And ye shall not walk in the manners of the nation, which I cast out before you: for they committed all these things, and therefore I abhorred them.

Pr 6:16 These six things doth the LORD hate: yea, seven are an abomination unto him:
17 A proud look, a lying tongue, and hands that shed innocent blood,
18 An heart that deviseth wicked imaginations, feet that be swift in running to mischief,
19 A false witness that speaketh lies, and he that soweth discord among brethren.

Ho 9:15 All their wickedness is in Gilgal: for there I hated them: for the wickedness of their doings I will drive them out of mine house, I will love them no more: all their princes are revolters.

40

Zec 11:8 Three shepherds also I cut off in one month; and my soul lothed them, and their soul also abhorred me.

And the following two scripture imply this hatred of God against sinners:

Mt 7:23 And then will I profess unto them, I never knew you: depart from me, ye that work iniquity.

Mt 25:41 Then shall he say also unto them on the left hand, Depart from me, ye cursed, into everlasting fire, prepared for the devil and his angels:

So in view of a strong respect for the consistency and integrity of the Bible, we can not conclude that the phrase "For God so loved the world" in John 3:16 means that God loves everyone; that would be impossible in view of the other scriptures quoted above. Consequently, consistent with a strong respect for the integrity of the mind of God in the Bible, we have more work to do in order to find the correct understanding of that phrase. That correct understanding comes to rest on the doctrine of election, also taught by the Bible, and discussed with much supporting scripture quoted herein at an earlier section of this paper. The doctrine of election coupled with the above scriptures teaching plainly that God does not love every last human being, force us to conclude that the phrase "For God so loved the world" must be understood as saying "For God loved the world in *such a way that...*" It does not say that God loved the entire world. Rather it is saying that there exists are certain way, with Biblical qualifications, that God loved the world.

Now let's go on to the next misunderstood term in John 3:16, the term "whosoever". Many people think this term "whosoever" in Joh 3:16 implies the absolute ability of any and all humans to believe God of their own free choice. But, in view of a strong respect for the consistency and integrity of the Bible, we can not come to that conclusion. The Bible will not allow it. To begin to deal with this term "whosoever", consider another badly misunderstood verse that is closely related to Joh 3:16 that conveniently happens to be directly followed by another verse that helps to clear up all the confusion. So to quote these two verses together:

Joh 1:12 But as many as received him, to them gave he power to become the sons of God, even to them that believe on his name:
13 Which were born, not of blood, nor of the will of the flesh, nor of the will of man, but of God.

The badly misunderstood verse here is John 1:12, where we read the badly misunderstood phrase "But as many as received him". This phrase "But as many as received him" is again basically wrongly interpreted as saying that "any who chooses of his own free will to believe on Jesus". It is handled by many people the same way that they handle the "whosoever" in Joh 3:16. But most people do not think deeply about the following verse to Joh 1:12, namely Joh 1:13. Above, as quoted, we read there that this concept of "receiving", whatever it means, does not mean that man exercises a free will. Read verse 13 again if you still do not see it. It is actually very plain and clear. Clearly from verse 13 we see that to "receive" Jesus is not an act of man's free will. Again, God does the choosing and we again come to rest on the true

41

doctrine election. Consequently, we may wonder then what "whosoever" and "But as many as received him" do mean, in view of a strong respect for the consistency and integrity of the mind of God as recorded by each and every word of the Bible. How do we interpret these phrases? It is logically pretty easy, but subtle. The term "whosoever" really refers to those people for whom God works in their hearts to give them the resurrected spiritual life in their hearts that they need to then believe; it is all the work God as he gives spiritual life to us and as he infuses the faith of Jesus into our hearts and causes us to believe. This infusion of spiritual life and the faith of Jesus is the "power" that John 1:12 is also referring to as well. And with this interpretation, we should clearly realize that salvation comes by the work of God, and not by our own work, which then makes very clear why John 1:13 says what it says as it follows John 1:12. We should not be surprised at what John 1:13 is saying, and we should embrace it fully, because now we know that we are trusting in God altogether and not in our own ability to believe. The doctrine of election and God alone doing the choosing based on nothing good in us (per the doctrine of total depravity) as taught by the Bible alone has now become sweet to our hearts, and we rejoice in it. I know that I can not trust myself, and what a relief to know that God can be trusted! I am greatly comforted.

Another badly misunderstood scripture is 1Joh 2:2, which says:

1Joh 2:2 And he is the propitiation for our sins: and not for ours only, but also for *the sins of the whole world*.

This verse is very easy to misunderstand and to come away with the idea that Jesus paid for the sins of every last human being ever created. If this interpretation were true, then we would have to believe in universal atonement, and not limited atonement. But in view of a strong respect for the consistency and integrity of the Bible, the record of the mind of God, we can not come to that conclusion. The Bible will not allow it. As seen by the earlier section in this paper on the doctrine of limited atonement, the Bible gives strong support for the doctrine of limited atonement. The author of this paper personally admits that for him the doctrine of limited atonement is the most difficult doctrine of the five major doctrines to show from the Bible. But I worked with very great effort on that section, and I believe that the evidence in the Bible for the doctrine of limited atonement is undeniable. The doctrine of limited atonement must be acknowledged. Continue to study your own Bible and look further for that doctrine. The Bible will continue to support it, I am confident. Anyway, who do we interpret the phrase "the sins of the whole world" in 1Joh 2:2 in view of the doctrine of limited atonement. That word "whole" can be taken with either of two different meanings in this verse. The more common meaning is to take it to mean "every human that ever existed". If the word "whole" means that, then 1Joh 2:2 is indeed a contradiction to the doctrine of limited atonement. But, that word "whole" can be taken another way, which is altogether reasonable, and then which deserves consistency and integrity and honesty with the doctrine of limited atonement. That second reasonable meaning for the term "whole" is to realize that God is saying that throughout the entire world or the entire history of mankind there is going to be anyone who can pay for sins except for Jesus Christ. The whole world must look to Jesus alone as the only possibility for payment of their sins. To say it yet another way, the phrase "sins of the whole world" could be honestly rephrased to say "for the elect of the whole world", because according to the doctrine of limited atonement

42

Jesus only paid for the sins of the elect. This way of rephrasing the verse does not violate the Bible, because we know that Jesus loses none of those whom he came to save. He must get victory over all the sins he came to pay for, that is, all the elect he came to save. This is the doctrine of limited atonement.

Another scripture that is misunderstood is 2Pe 2:1, which says:

2Pe 2:1 ¶ But there were false prophets also among the people, even as there shall be false teachers among you, who privily shall bring in damnable heresies, even denying the Lord that bought them, and bring upon themselves swift destruction.

The phrase that is misunderstood or twisted is "bought them". No doubt, this phrase gives the strong appearance as though it is saying that Jesus paid for the sins of even wicked people whom God is going to destroy (send to hell). The author of this paper still show using another passage of scripture that this phrase "bought them" is really talking about an assumption that people are invited by God to make as they pursue God for salvation. That other passage is:

2Pe 1:1 ¶ Simon Peter, a servant and an apostle of Jesus Christ, to them that have obtained like precious faith with us through the righteousness of God and our Saviour Jesus Christ:
2 Grace and peace be multiplied unto you through the knowledge of God, and of Jesus our Lord,
3 According as his divine power hath given unto us all things that pertain unto life and godliness, through the knowledge of him that hath called us to glory and virtue:
4 Whereby are given unto us exceeding great and precious promises: that by these ye might be partakers of the divine nature, having escaped the corruption that is in the world through lust.
5 ¶ And beside this, giving all diligence, add to your faith virtue; and to virtue knowledge;
6 And to knowledge temperance; and to temperance patience; and to patience godliness;
7 And to godliness brotherly kindness; and to brotherly kindness charity.
8 For if these things be in you, and abound, they make you that ye shall neither be barren nor unfruitful in the knowledge of our Lord Jesus Christ.
9 But he that lacketh these things is blind, and cannot see afar off, and hath forgotten that he was purged from his old sins.
10 Wherefore the rather, brethren, give diligence to make your calling and election sure: for if ye do these things, ye shall never fall:
11 For so an entrance shall be ministered unto you abundantly into the everlasting kingdom of our Lord and Saviour Jesus Christ.

Even though the above passage from 2 Peter chapter 1 does not have the phrase "bought them", the exact same concept as "bought them" appears in verse 2Pe 1:9, where we find the phrase "purged from his old sins".

For the author of this paper, 2Pe 1:1-11 is one of his most cherished Bible passages in the entire Bible, though all scripture is equally important. God has used this passage of 2Pe 1:1 to greatly comfort the author of this paper since God brought this passage to his

attention. I rejoice in it greatly, and have for many years. The reason that this passage strikes me as so marvelous is that it gives powerful hope in a very practical way as it describes where the rubber-meets-the-road for a believer who wishes to make sure that he or she goes to heaven, and not to hell, and that he or she is indeed truly saved. Notice again how verses 10 and 11 read, which say:

2Pe 1:10 Wherefore the rather, brethren, give diligence to make your calling and election sure: for if ye do these things, ye shall never fall:
11 For so an entrance shall be ministered unto you abundantly into the everlasting kingdom of our Lord and Saviour Jesus Christ.

See how verse 10 talks about "make your calling and election sure", and verse 11 says it all as it says "For so an entrance shall be ministered unto you abundantly into the everlasting kingdom of our Lord and Saviour Jesus Christ". The human author, Peter, who wrote 2Pe 1:1-11 went through a great trial as he was the one who denied Jesus Christ three times in a row; not once, not twice, but three horrible times. As Jesus said:

Mt 26:34 Jesus said unto him, Verily I say unto thee, That this night, before the cock crow, thou shalt deny me thrice.
Mt 26:75 And Peter remembered the word of Jesus, which said unto him, Before the cock crow, thou shalt deny me thrice. And he went out, and wept bitterly.
Mt 14:30 And Jesus saith unto him, Verily I say unto thee, That this day, even in this night, before the cock crow twice, thou shalt deny me thrice.
Mr 14:72 And the second time the cock crew. And Peter called to mind the word that Jesus said unto him, Before the cock crow twice, thou shalt deny me thrice. And when he thought thereon, he wept.
Lu 22:34 And he said, I tell thee, Peter, the cock shall not crow this day, before that thou shalt thrice deny that thou knowest me.
Lu 22:61 And the Lord turned, and looked upon Peter. And Peter remembered the word of the Lord, how he had said unto him, Before the cock crow, thou shalt deny me thrice.
Joh 13:38 Jesus answered him, Wilt thou lay down thy life for my sake? Verily, verily, I say unto thee, The cock shall not crow, till thou hast denied me thrice.

Concerning this horrible event in Peter's life (it was horrible to even Peter himself, because he was and is a true believer and therefore in his born again soul hates sin, even his own sin), Jesus gave Peter great assurance beforehand when Jesus said to Peter (Peter is also named "Simon" in the Bible):

Lu 22: 31 And the Lord said, Simon, Simon, behold, Satan hath desired to have you, that he may sift you as wheat:
32 But I have prayed for thee, that thy faith fail not: and when thou art converted, strengthen thy brethren.

You can be absolutely sure that Peter's faith never failed during this horrible event in Peter's life, because Lu 22:32 make plain that Jesus prayed for Peter that Peter's faith would not fail. Now, Peter's faith was really Jesus' faith present in Peter's heart giving

43

Peter the strength and power to truly believe from Peter's own heart the very truth of God, Jesus, and the Bible, as we read:

Gal 2: 16 Knowing that a man is not justified by the works of the law, but by the faith of Jesus Christ, even we have believed in Jesus Christ, that we might be justified by the faith of Christ, and not by the works of the law: for by the works of the law shall no flesh be justified.
17 But if, while we seek to be justified by Christ, we ourselves also are found sinners, is therefore Christ the minister of sin? God forbid.
18 For if I build again the things which I destroyed, I make myself a transgressor.
19 For I through the law am dead to the law, that I might live unto God.
20 I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me.
21 I do not frustrate the grace of God: for if righteousness come by the law, then Christ is dead in vain.

Heb 12: 1 ¶ Wherefore seeing we also are compassed about with so great a cloud of witnesses, let us lay aside every weight, and the sin which doth so easily beset us, and let us run with patience the race that is set before us,
2 Looking unto Jesus the author and finisher of our faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.
3 For consider him that endured such contradiction of sinners against himself, lest ye be wearied and faint in your minds.
4 ¶ Ye have not yet resisted unto blood, striving against sin.
5 And ye have forgotten the exhortation which speaketh unto you as unto children, My son, despise not thou the chastening of the Lord, nor faint when thou art rebuked of him:
6 For whom the Lord loveth he chasteneth, and scourgeth every son whom he receiveth.
7 If ye endure chastening, God dealeth with you as with sons; for what son is he whom the father chasteneth not?
8 But if ye be without chastisement, whereof all are partakers, then are ye bastards, and not sons.
9 Furthermore we have had fathers of our flesh which corrected us, and we gave them reverence: shall we not much rather be in subjection unto the Father of spirits, and live?
10 For they verily for a few days chastened us after their own pleasure; but he for our profit, that we might be partakers of his holiness.
11 Now no chastening for the present seemeth to be joyous, but grievous: nevertheless afterward it yieldeth the peaceable fruit of righteousness unto them which are exercised thereby.
12 Wherefore lift up the hands which hang down, and the feeble knees;
13 And make straight paths for your feet, lest that which is lame be turned out of the way; but let it rather be healed.
14 Follow peace with all men, and holiness, without which no man shall see the Lord:
15 Looking diligently lest any man fail of the grace of God; lest any root of bitterness springing up trouble you, and thereby many be defiled;

44

45

16 Lest there be any fornicator, or profane person, as Esau, who for one morsel of meat sold his birthright.
17 For ye know how that afterward, when he would have inherited the blessing, he was rejected: for he found no place of repentance, though he sought it carefully with tears.

As we see from Gal 2:16,20 and Heb 12:2 that the faith of Jesus is in the hearts of true believers, giving them strength to believe from their hearts, as we also read:

Ro 6: 17 But God be thanked, that ye were the servants of sin, but ye have obeyed from the heart that form of doctrine which was delivered you.

When a person obeys the truth from the heart, that person is believing the truth from the heart.

This obedience to the truth from the heart based on a true belief of the truth in the heart works its way outward into the life of a believer, causing both inward and outward obedience, as Romans 6, quoted above, says before verse 17 of Romans 6 quoted above. As Romans 6:1-16 says:

Ro 6: 1 ¶ What shall we say then? Shall we continue in sin, that grace may abound?
2 God forbid. How shall we, that are dead to sin, live any longer therein?
3 Know ye not, that so many of us as were baptized into Jesus Christ were baptized into his death?
4 Therefore we are buried with him by baptism into death: that like as Christ was raised up from the dead by the glory of the Father, even so we also should walk in newness of life.
5 For if we have been planted together in the likeness of his death, we shall be also in the likeness of his resurrection:
6 Knowing this, that our old man is crucified with him, that the body of sin might be destroyed, that henceforth we should not serve sin.
7 For he that is dead is freed from sin.
8 Now if we be dead with Christ, we believe that we shall also live with him:
9 Knowing that Christ being raised from the dead dieth no more; death hath no more dominion over him.
10 For in that he died, he died unto sin once: but in that he liveth, he liveth unto God.
11 Likewise reckon ye also yourselves to be dead indeed unto sin, but alive unto God through Jesus Christ our Lord.
12 Let not sin therefore reign in your mortal body, that ye should obey it in the lusts thereof.
13 Neither yield ye your members as instruments of unrighteousness unto sin: but yield yourselves unto God, as those that are alive from the dead, and your members as instruments of righteousness unto God.
14 For sin shall not have dominion over you: for ye are not under the law, but under grace.
15 What then? shall we sin, because we are not under the law, but under grace? God forbid.
16 Know ye not, that to whom ye yield yourselves servants to obey, his servants ye are to whom ye obey; whether of sin unto death, or of obedience unto righteousness?

46

So you see that this faith from Jesus found in Peter's heart could not fail, because Jesus' himself may not and can not and must not fail, so his faith in Peter's heart could not fail either. So Jesus' prayer:

Lu 22: 32 But I have prayed for thee, that thy faith fail not: and when thou art converted, strengthen thy brethren.

was absolutely sure to be answered in absolute perfection. Peter's faith did not fail at all, even though Peter himself went through great doubt that he was saved because of the grievous sin that Peter did against Jesus when he experienced this horrible trial of denying Jesus three times. If he did not go through great doubt, why do you think Peter said:

2Pe 1: 10 Wherefore the rather, brethren, give diligence to make your calling and election sure: for if ye do these things, ye shall never fall:
11 For so an entrance shall be ministered unto you abundantly into the everlasting kingdom of our Lord and Saviour Jesus Christ.

Peter wrote these words about making one's calling and election sure exactly because Peter went through great doubt after his horrible sin against Jesus. The process of going through this great doubt is exactly what Jesus was foreseeing when Jesus said "when thou art converted" in Lu 22:32 quoted above. You see, this word "converted" can not be talking about going from an unsaved state to a saved state, because the very same verse, Lu 22:32, says that Peter's faith will not fail. Hence, Peter was already saved before this horrible event. True believers can sin, even horribly, but they hate it grievously; it torments them as they desire from their heart true obedience to the beloved Savior who paid for each and every one of their sins personally. Each of our sins adds another nail to Jesus' cross as we hurt him even further; this is how true believers should view their sin against Jesus their beloved savior. We can see that King David went through great doubt also after his great sin against God when he committed adultery with Bathsheba, as we read the entire Ps 51:

Ps 51:1 ¶ <<To the chief Musician, A Psalm of David, when Nathan the prophet came unto him, after he had gone in to Bathsheba.>> Have mercy upon me, O God, according to thy lovingkindness: according unto the multitude of thy tender mercies blot out my transgressions.
2 Wash me throughly from mine iniquity, and cleanse me from my sin.
3 For I acknowledge my transgressions: and my sin is ever before me.
4 Against thee, thee only, have I sinned, and done this evil in thy sight: that thou mightest be justified when thou speakest, and be clear when thou judgest.
5 Behold, I was shapen in iniquity; and in sin did my mother conceive me.
6 Behold, thou desirest truth in the inward parts: and in the hidden part thou shalt make me to know wisdom.
7 ¶ Purge me with hyssop, and I shall be clean: wash me, and I shall be whiter than snow.
8 Make me to hear joy and gladness; that the bones which thou hast broken may rejoice.
9 Hide thy face from my sins, and blot out all mine iniquities.
10 Create in me a clean heart, O God; and renew a right spirit within me.

47

11 Cast me not away from thy presence; and take not thy holy spirit from me.
12 Restore unto me the joy of thy salvation; and uphold me with thy free spirit.
13 Then will I teach transgressors thy ways; and sinners shall be converted unto thee.
14 ¶ Deliver me from bloodguiltiness, O God, thou God of my salvation: and my tongue shall sing aloud of thy righteousness.
15 O Lord, open thou my lips; and my mouth shall shew forth thy praise.
16 For thou desirest not sacrifice; else would I give it: thou delightest not in burnt offering.
17 The sacrifices of God are a broken spirit: a broken and a contrite heart, O God, thou wilt not despise.
18 Do good in thy good pleasure unto Zion: build thou the walls of Jerusalem.
19 Then shalt thou be pleased with the sacrifices of righteousness, with burnt offering and whole burnt offering: then shall they offer bullocks upon thine altar.

We see in Ps 51:1 where the title is included that this Psalm was indeed prompted from King David's heart (under the inspiration of the Holy Spirit) after the even of King David's sin of adultery with Bathsheba. The Psalm titles are inspired, and should also be read whenever you read a Psalm. Anyway, we see in verse 3 where King David acknowledges his sin to God and in verse 4 where King David says that this sin was really against God alone. We see where King David was living a lie before he broke down and confessed this sin fully; that is the implication of verse 6 when combined with verses 3 and 4. Once he confessed his sin openly and honestly (you will notice, Ps 51 is not only a open confession to Almighty God, but that God also thought best to make Ps 51 a public confession, as it is written for the entire world to read in the Holy Bible itself) to Almighty God, then King David was on the way to restoring truth in his inward man, because verse 6 says that "Behold, thou desirest truth in the inward parts". Then we get that marvelous promises inspired by the Holy Spirit in Ps 51 verse 17 where God says using King David to write "The sacrifices of God are a broken spirit: a broken and a contrite heart, O God, thou wilt not despise". Furthermore, we see in verse 11 that King David was very concerned that he might not be truly saved at all. Verse 11 says "Cast me not away from thy presence; and take not thy holy spirit from me". The idea of the Holy Spirit being taken from King David is impossible, because once a person is truly born again, as King David was, then God will not ever take his Holy Spirit from such a person. This fact is a necessary conclusion from:

Joh 3:36 He that believeth on the Son hath everlasting life: and he that believeth not the Son shall not see life; but the wrath of God abideth on him.

Joh 6:47 Verily, verily, I say unto you, He that believeth on me hath everlasting life.

Ro 10:11 For the scripture saith, Whosoever believeth on him shall not be ashamed.
Ro 10:12 ¶ For there is no difference between the Jew and the Greek: for the same Lord over all is rich unto all that call upon him.
Ro 10:13 For whosoever shall call upon the name of the Lord shall be saved.

Heb 7:25 Wherefore he is able also to save them to the uttermost that come unto God by him, seeing he ever liveth to make intercession for them.

48

Heb 10:39 But we are not of them who draw back unto perdition; but of them that believe to the saving of the soul.

1Jo 5:1 ¶ Whosoever believeth that Jesus is the Christ is born of God: and every one that loveth him that begat loveth him also that is begotten of him.

1Jo 5:11 And this is the record, that God hath given to us eternal life, and this life is in his Son.
1Jo 5:12 He that hath the Son hath life; and he that hath not the Son of God hath not life.
1Jo 5:13 These things have I written unto you that believe on the name of the Son of God; that ye may know that ye have eternal life, and that ye may believe on the name of the Son of God.

Joh 5:24 Verily, verily, I say unto you, He that heareth my word, and believeth on him that sent me, hath everlasting life, and shall not come into condemnation; but is passed from death unto life.

Joh 10:28 And I give unto them eternal life; and they shall never perish, neither shall any man pluck them out of my hand.
Joh 10:29 My Father, which gave them me, is greater than all; and no man is able to pluck them out of my Father's hand.
Joh 10:30 I and my Father are one.

Joh 17:2 As thou hast given him power over all flesh, that he should give eternal life to as many as thou hast given him.
Joh 17:3 And this is life eternal, that they might know thee the only true God, and Jesus Christ, whom thou hast sent.

1Jo 2:25 And this is the promise that he hath promised us, even eternal life.

If God has promised a true believer eternal life, then first, because it is a promise God can not go back on his promise. Second, because it is a promise of eternal life. If God were to take such life away, then it was never eternal in the first place. Hence, on both accounts: 1) the idea of a promise, and 2) the idea of the life being eternal, once a person has truly believed on Jesus from a truly broken and contrite heart, God will not despise that heart and one can believe with confidence that God keeps his promises. But, and this is a big "but", the above is from God's perspective. A true believer may not be able to see clearly, especially when sin clouds and contradicts the picture, that he or she is saved. This is because serious sin does cause doubt. The fact that serious sin causes doubt is made very evident by verse 11 of Ps 51, which says, to quote again:

Ps 51:11 Cast me not away from thy presence; and take not thy holy spirit from me.

King David, if the Holy Spirit could have been taken away from him, as David feared, that would imply that the work of the Holy Spirit in David's life would have only been to guide King David during his kingship wherein he was put by God over the church of God at that time, national Israel. This possibility of such a temporary involvement of the Holy Spirit in a person's life is the only sensible way to understand the life of King Saul, who

49

was king over Israel before King David became king over Israel. This temporary involvement is the only correct interpretation of:

1Sa 10.6 And the Spirit of the LORD will come upon thee, and thou shalt prophesy with them, and shalt be turned into another man.
7 And let it be, when these signs are come unto thee, that thou do as occasion serve thee; for God is with thee.

1Sa 10: 9 ¶ And it was so, that when he had turned his back to go from Samuel, God gave him another heart: and all those signs came to pass that day.

But later in King Saul's reign when God was preparing to put David into the kingship, God has David anointed to be the future king and commissions David for the job of king over Israel by causing the Holy Spirit to come upon David, and apparently at the very same moment God also took that commissioning of the Holy Spirit from King Saul. As we read:

1Sa 16.12 And he sent, and brought him in. Now he was ruddy, and withal of a beautiful countenance, and goodly to look to. And the LORD said, Arise, anoint him: for this is he.
13 Then Samuel took the horn of oil, and anointed him in the midst of his brethren: and the Spirit of the LORD came upon David from that day forward. So Samuel rose up, and went to Ramah.

14 ¶ But the Spirit of the LORD departed from Saul, and an evil spirit from the LORD troubled him.

Now we may suppose that there is simple symmetry here in 1Sa 16:12, where supposedly God is merely treating David the same way that God treated Saul. God merely took the Holy Spirit from Saul, and then put the Holy Spirit upon David, supposedly. But that supposition overlooks and so fails to see something very important. Notice how God spoke of David much earlier before the commissioning of the Holy Spirit on David for the kingship. This earlier comment is found in 1Sa chapter 13, where we read:

1Sa 13:14 But now thy kingdom shall not continue: the LORD hath sought him a man after his own heart, and the LORD hath commanded him to be captain over his people, because thou hast not kept that which the LORD commanded thee.

Here, if you read the unquoted context around this 1Sa 13:14 verse, you will see that the prophet Samuel is telling King Saul that because of King Saul's unfaithful behavior God is going to take the kingship away from King Saul and give it to a man that is after God's own heart. 1Sa 13:14 is actually revealing something very important that destroys the simple supposition that the Holy Spirit came and went from King Saul and David in the same sense. First, 1Sa 13:14 is implying very clearly that King Saul was not after God's heart. This implies then that King Saul could not have ever been born again, even after the Holy Spirit had commissioned Saul to be king over Israel. And this implies that David did love God so deeply that he was after God's heart. Furthermore, and a yet later moment, after further unfaithful rebellion by King Saul we read a second comment by the prophet Samuel, which says:

50

1Sa 15.28 And Samuel said unto him, The LORD hath rent the kingdom of Israel from thee this day, and hath given it to a neighbour of thine, that is better than thou.

Here, we see that David is described by God as "better than thou". That is, God says that David, even before the commissioning of the Holy Spirit upon David to be king in 1Sa 16:13, we read in 1Sa 15:28 that David was already better than King Saul. Yet, at this very moment in time in 1Sa 15:28 God had not yet taken the commissioning Holy Spirit from King Saul and also had not yet put the commissioning Holy Spirit onto David. That movement of that commissioning does not happen until 1Sa 16:14. Hence, even before the commissioning of the Holy Spirit on David to be king, David is recognized as better that King Saul; yet, at the moment of 1Sa 15:28 King Saul still had the commissioning of the Holy Spirit and David did not. Consequently, there must be something very different between King Saul and David at the core of their respective hearts. Simply put, David loved God, and King Saul did not love God; even as Jesus said of the unsaved leaders over national Israel in Jesus time, the Pharisees, in John 5:42, which says: "But I know you, that ye have not the love of God in you.". David was born again, and King Saul was not born again. And the concept of being born again was a prerequisite understanding to be a teacher over national Israel, based on the Old Testament only, as Jesus criticized Nicodemus, a teacher in Israel, in John 3:10, which says "Jesus answered and said unto him, Art thou a master of Israel, and knowest not these things?". The commissioning of the Holy Spirit was a qualifying action by God upon Saul as well as upon David to do the job of king over historical national Israel, the corporate church of God at that time. This commissioning is not equivalent to being born again, and someone that was not born again, God could nevertheless put such commissioning onto that person anyway—which was the case for King Saul—he became king over Israel even though he was never born again. This very example of King Saul being a leader over the corporate church of God and loosing the commissioning of the Holy Spirit and instead having an evil spirit come upon Saul, as 1Sam 16:14 says, is in fact a spiritual picture of the future apostate church that God speaks of in 2Th 2:1-12, which says:

2Th 2:1 ¶ Now we beseech you, brethren, by the coming of our Lord Jesus Christ, and by our gathering together unto him.
2 That ye be not soon shaken in mind, or be troubled, neither by spirit, nor by word, nor by letter as from us, as that the day of Christ is at hand.
3 ¶ Let no man deceive you by any means: for that day shall not come, except there come a falling away first, and that man of sin be revealed, the son of perdition;
4 Who opposeth and exalteth himself above all that is called God, or that is worshipped; so that he as God sitteth in the temple of God, shewing himself that he is God.
5 Remember ye not, that, when I was yet with you, I told you these things?
6 And now ye know what withholdeth that he might be revealed in his time.
7 For the mystery of iniquity doth already work: only he who now letteth will let, until he be taken out of the way.
8 And then shall that Wicked be revealed, whom the Lord shall consume with the spirit of his mouth, and shall destroy with the brightness of his coming:
9 Even him, whose coming is after the working of Satan with all power and signs and lying wonders,

51

10 And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.
11 And for this cause God shall send them strong delusion, that they should believe a lie:
12 That they all might be damned who believed not the truth, but had pleasure in unrighteousness.

You see, Satan, mentioned in verse 9 above is represented by unsaved ministers in the church, as we read:

2Co 11:13 For such are false apostles, deceitful workers, transforming themselves into the apostles of Christ.
14 And no marvel; for Satan himself is transformed into an angel of light.
15 Therefore it is no great thing if his ministers also be transformed as the ministers of righteousness; whose end shall be according to their works.

So Satan is sitting in the temple as verse 4 above says. Now, the temple is the organization of people, not a physical building, but rather a spiritual temple made up of people where the true believers are located, even as 2Co 6:16 plainly says:

2Co 6:16 And what agreement hath the temple of God with idols? for ye are the temple of the living God; as God hath said, I will dwell in them, and walk in them, and I will be their God, and they shall be my people.

And more on the indwelling God within the temple of God:

Ro 8:9 But ye are not in the flesh, but in the Spirit, if so be that the Spirit of God dwell in you. Now if any man have not the Spirit of Christ, he is none of his.
Ro 8:11 But if the Spirit of him that raised up Jesus from the dead dwell in you, he that raised up Christ from the dead shall also quicken your mortal bodies by his Spirit that dwelleth in you.
Eph 3:17 That Christ may dwell in your hearts by faith; that ye, being rooted and grounded in love,
2Ti 1:14 That good thing which was committed unto thee keep by the Holy Ghost which dwelleth in us.

Re 21:3 And I heard a great voice out of heaven saying, Behold, the tabernacle of God is with men, and he will dwell with them, and they shall be his people, and God himself shall be with them, and be their God.

And clearly implied by:

1Pe 2:4 ¶ To whom coming, as unto a living stone, disallowed indeed of men, but chosen of God, and precious,
5 Ye also, as lively stones, are built up a spiritual house, an holy priesthood, to offer up spiritual sacrifices, acceptable to God by Jesus Christ.

52

Jer 31:33 But this shall be the covenant that I will make with the house of Israel; After those days, saith the LORD, I will put my law in their inward parts, and write it in their hearts; and will be their God, and they shall be my people.

Eze 36:24 For I will take you from among the heathen, and gather you out of all countries, and will bring you into your own land.
25 ¶ Then will I sprinkle clean water upon you, and ye shall be clean: from all your filthiness, and from all your idols, will I cleanse you.
26 A new heart also will I give you, and a new spirit will I put within you: and I will take away the stony heart out of your flesh, and I will give you an heart of flesh.
27 And I will put my spirit within you, and cause you to walk in my statutes, and ye shall keep my judgments, and do them.
28 And ye shall dwell in the land that I gave to your fathers; and ye shall be my people, and I will be your God.

The Holy Spirit must be in the heart of someone that God makes to be born again, but this is not the same thing as commissioning to be king over Israel. King Saul was not born again, even though the Holy Spirit had commissioned him to be king over national Israel. But David was born again, even before he was commissioned to be king over national Israel.

But David as King David in Ps 51 is looking at his own heart. There he is doubting his salvation and being born again and so wonders if he is like King Saul, from whom God took away the Holy Spirit. In other words, King David, after his very hateful sin of adultery with Bathsheba and murder of Bathsheba's husband Uriah, was greatly doubtful that he was indeed saved. He wondered if the Holy Spirit had come upon him only as a commissioning to be king over national Israel, and that nevertheless, King David was not saved. This is what King David was fearing in Ps 51 where we read, again:

Ps 51:11 Cast me not away from thy presence; and take not thy holy spirit from me.

And this is how serious sin must affect a true believer. This principle of having doubt or no doubt about whether one self is saved or not saved is found in clear language in 1Joh 3:14-24:

1Joh 3:14 ¶ We know that we have passed from death unto life, because we love the brethren. He that loveth not his brother abideth in death.
15 Whosoever hateth his brother is a murderer: and ye know that no murderer hath eternal life abiding in him.
16 Hereby perceive we the love of God, because he laid down his life for us: and we ought to lay down our lives for the brethren.
17 But whoso hath this world's good, and seeth his brother have need, and shutteth up his bowels of compassion from him, how dwelleth the love of God in him?
18 My little children, let us not love in word, neither in tongue; but in deed and in truth.
19 And hereby we know that we are of the truth, and shall assure our hearts before him.
20 ¶ For if our heart condemn us, God is greater than our heart, and knoweth all things.
21 Beloved, if our heart condemn us not, then have we confidence toward God.

53

22 And whatsoever we ask, we receive of him, because we keep his commandments, and do those things that are pleasing in his sight.

23 ¶ And this is his commandment, That we should believe on the name of his Son Jesus Christ, and love one another, as he gave us commandment.

24 And he that keepeth his commandments dwelleth in him, and he in him. And hereby we know that he abideth in us, by the Spirit which he hath given us.

Notice in verse 14 we are talking about knowing whether one is passed from death unto life (that is, knowing whether oneself is no longer spiritually dead and headed for eternal damnation and instead is now spiritually alive and given eternal life already in his or her soul and now looking forward to heaven). Verse 15 casts great doubt on any assurance that a person may be saved if that person finds hatred in his or her life towards others, especially towards other believers; hatred is murder. King David had Uriah the Hittite killed after David got Bathsheba pregnant and Uriah would not cooperate in such a way that David could hide the pregnancy. Verse 16 makes clear that a true love for other believers will lead to such a generous attitude of love that such love includes a friendly, joyful, God centered willingness to lay down one's life for other believers. This love is the opposite of hatred and murder, and this love is very strong evidence of true salvation. And hatred and murder is very strong evidence of a lack of salvation. Now God assures us that we may in fact be saved but yet still doubt our salvation. That truth is clearly what verse 20 above is saying, and this is clearly what was happening to King David in Ps 51, where King David's heart was condemning him because of his great sin against God by committing adultery with Bathsheba and having Uriah the Hittite murdered.

Since sin can cause such doubt, and since after a person first hears the true Gospel of the Holy Bible (the entire Holy Bible from the first word of Genesis to the last word of Revelation is the true Gospel) such a person is just a babe in Christ, we must grow into an assurance of salvation over time. This growth is clearly understood from:

1Pe 1:16 Because it is written, Be ye holy; for I am holy.

17 And if ye call on the Father, who without respect of persons judgeth according to every man's work, pass the time of your sojourning here in fear:

18 Forasmuch as ye know that ye were not redeemed with corruptible things, as silver and gold, from your vain conversation received by tradition from your fathers;

19 But with the precious blood of Christ, as of a lamb without blemish and without spot:

20 Who verily was foreordained before the foundation of the world, but was manifest in these last times for you,

21 Who by him do believe in God, that raised him up from the dead, and gave him glory; that your faith and hope might be in God.

22 Seeing ye have purified your souls in obeying the truth through the Spirit unto unfeigned love of the brethren, see that ye love one another with a pure heart fervently:

23 Being born again, not of corruptible seed, but of incorruptible, by the word of God, which liveth and abideth for ever.

24 For all flesh is as grass, and all the glory of man as the flower of grass. The grass withereth, and the flower thereof falleth away:

25 But the word of the Lord endureth for ever. And this is the word which by the gospel is preached unto you.

54

1Pe 2:1 ¶ Wherefore laying aside all malice, and all guile, and hypocrisies, and envies, and all evil speakings,

2 As newborn babes, desire the sincere milk of the word, that ye may grow thereby:

3 If so be ye have tasted that the Lord is gracious.

1Co 14:20 Brethren, be not children in understanding: howbeit in malice be ye children, but in understanding be men.

Heb 5:10 ¶ Called of God an high priest after the order of Melchisedec.

11 Of whom we have many things to say, and hard to be uttered, seeing ye are dull of hearing.

12 For when for the time ye ought to be teachers, ye have need that one teach you again which be the first principles of the oracles of God; and are become such as have need of milk, and not of strong meat.

13 For every one that useth milk is unskilful in the word of righteousness: for he is a babe.

14 But strong meat belongeth to them that are of full age, even those who by reason of use have their senses exercised to discern both good and evil.

This is the idea of sanctification and ongoing repentance from sin in the life of a true believer. God may bring chastisement to cause this growth to occur even more quickly, as God deems needed in the life of a true believer. As we read:

Heb 12:1 ¶ Wherefore seeing we also are compassed about with so great a cloud of witnesses, let us lay aside every weight, and the sin which doth so easily beset us, and let us run with patience the race that is set before us,

2 Looking unto Jesus the author and finisher of our faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.

3 For consider him that endured such contradiction of sinners against himself, lest ye be wearied and faint in your minds.

4 ¶ Ye have not yet resisted unto blood, striving against sin.

5 And ye have forgotten the exhortation which speaketh unto you as unto children, My son, despise not thou the chastening of the Lord, nor faint when thou art rebuked of him:

6 For whom the Lord loveth he chasteneth, and scourgeth every son whom he receiveth.

7 If ye endure chastening, God dealeth with you as with sons; for what son is he whom the father chasteneth not?

8 But if ye be without chastisement, whereof all are partakers, then are ye bastards, and not sons.

9 Furthermore we have had fathers of our flesh which corrected us, and we gave them reverence: shall we not much rather be in subjection unto the Father of spirits, and live?

10 For they verily for a few days chastened us after their own pleasure; but he for our profit, that we might be partakers of his holiness.

11 Now no chastening for the present seemeth to be joyous, but grievous: nevertheless afterward it yieldeth the peaceable fruit of righteousness unto them which are exercised thereby.

55

12 Wherefore lift up the hands which hang down, and the feeble knees;
13 And make straight paths for your feet, lest that which is lame be turned out of the way; but let it rather be healed.
14 Follow peace with all *men*, and holiness, without which no man shall see the Lord:

And we read:

1Pe 1:2 Elect according to the foreknowledge of God the Father, through sanctification of the Spirit, unto obedience and sprinkling of the blood of Jesus Christ: Grace unto you, and peace, be multiplied.

Ac 20:32 And now, brethren, I commend you to God, and to the word of his grace, which is able to build you up, and to give you an inheritance among all them which are sanctified.

Ro 8:13 For if ye live after the flesh, ye shall die: but if ye through the Spirit do mortify the deeds of the body, ye shall live.

2Co 8:7 ¶ Therefore, as ye abound in every *thing*, *in* faith, and utterance, and knowledge, and *in* all diligence, and *in* your love to us, *see* that ye abound in this grace also.

2Co 9:9 (As it is written, He hath dispersed abroad, he hath given to the poor: his righteousness remaineth for ever.
10 Now he that ministereth seed to the sower both minister bread for your food, and multiply your seed sown, and increase the fruits of your righteousness;)

2Pe 1:2 Grace and peace be multiplied unto you through the knowledge of God, and of Jesus our Lord.

Php 4:17 Not because I desire a gift: but I desire fruit that may abound to your account.

Ho 10:12 Sow to yourselves in righteousness, reap in mercy; break up your fallow ground: for *it is* time to seek the LORD, till he come and rain righteousness upon you.

Eph 5:9 (For the fruit of the Spirit *is* in all goodness and righteousness and truth;)

Php 1:11 Being filled with the fruits of righteousness, which are by Jesus Christ, unto the glory and praise of God.

1Th 3:12 And the Lord make you to increase and abound in love one toward another, and toward all *men*, even as we *do* toward you:

1Th 4:10 And indeed ye do it toward all the brethren which are in all Macedonia: but we beseech you, brethren, that ye increase more and more;

This exhortation throughout scripture to increase in the fruits of the Spirit is in fact a need to grow in sanctification and repentance from sin by the grace of God in the true Gospel. This growing in the fruits of the Spirit is the focus of Ga 5:13-26, which says:

56

Ga 5:13 ¶ For, brethren, ye have been called unto liberty; only *use* not liberty for an occasion to the flesh, but by love serve one another.
14 For all the law is fulfilled in one word, *even* in this; Thou shalt love thy neighbour as thyself.
15 But if ye bite and devour one another, take heed that ye be not consumed one of another.
16 *This* I say then, Walk in the Spirit, and ye shall not fulfil the lust of the flesh.
17 For the flesh lusteth against the Spirit, and the Spirit against the flesh: and these are contrary the one to the other: so that ye cannot do the things that ye would.
18 But if ye be led of the Spirit, ye are not under the law.
19 Now the works of the flesh are manifest, which are *these*; Adultery, fornication, uncleanness, lasciviousness,
20 Idolatry, witchcraft, hatred, variance, emulations, wrath, strife, seditions, heresies,
21 Envyings, murders, drunkenness, revellings, and such like: of the which I tell you before, as I have also told *you* in time past, that they which do such things shall not inherit the kingdom of God.
22 But the fruit of the Spirit is love, joy, peace, longsuffering, gentleness, goodness, faith,
23 Meekness, temperance: against such there is no law.
24 And they that are Christ's have crucified the flesh with the affections and lusts.
25 If we live in the Spirit, let us also walk in the Spirit.
26 Let us not be desirous of vain glory, provoking one another, envying one another.

So to go back to 2Pe 1:1-11, which is quoted again here:

2Pe 1: 1 ¶ Simon Peter, a servant and an apostle of Jesus Christ, to them that have obtained like precious faith with us through the righteousness of God and our Saviour Jesus Christ:
2 Grace and peace be multiplied unto you through the knowledge of God, and of Jesus our Lord,
3 According as his divine power hath given unto us all things that *pertain* unto life and godliness, through the knowledge of him that hath called us to glory and virtue:
4 Whereby are given unto us exceeding great and precious promises: that by these ye might be partakers of the divine nature, having escaped the corruption that is in the world through lust.
5 ¶ And beside this, giving all diligence, add to your faith virtue; and to virtue knowledge;
6 And to knowledge temperance; and to temperance patience; and to patience godliness;
7 And to godliness brotherly kindness; and to brotherly kindness charity.
8 For if these things be in you, and abound, they make *you that ye shall* neither be barren nor unfruitful in the knowledge of our Lord Jesus Christ.
9 But he that lacketh these things is blind, and cannot see afar off, and hath forgotten that he was purged from his old sins.
10 Wherefore the rather, brethren, give diligence to make your calling and election sure: for if ye do these things, ye shall never fall:
11 For so an entrance shall be ministered unto you abundantly i

57

Notice here in verse 10 Peter is exhorting the readers to make their calling and election sure. In other words, Peter is saying that salvation is not a foregone conclusion. Even as King David in Ps 51 makes obvious; King David was concerned, due to his adultery with Bathsheba, that he in fact may have not ever been saved. Serious sin will always do this to a true believer. You know, before Peter denied Christ three times Peter thought and voiced confidence that he would never forsake Jesus Christ, as we read:

Lu 22: 31 And the Lord said, Simon, Simon, behold, Satan hath desired *to have* you, that he may sift you as wheat:
32 But I have prayed for thee, that thy faith fail not: and when thou art converted, strengthen thy brethren.
33 And he said unto him, Lord, I am ready to go with thee, both into prison, and to death.
34 And he said, I tell thee, Peter, the cock shall not crow this day, before that thou shalt thrice deny that thou knowest me.

In verse 33 Peter thought he would surely give his life for Jesus Christ. Yet, when a maid, as the Bible puts it, questioned Peter as to his association with Jesus Christ, Peter panicked out of fear (fear of even this little maid, maybe?) and denied that he knew Jesus Christ, as we read:

Lu 22: 54 ¶ Then took they him, and led *him*, and brought him into the high priest's house. And Peter followed afar off.
55 And when they had kindled a fire in the midst of the hall, and were set down together, Peter sat down among them.
56 But a certain maid beheld him as he sat by the fire, and earnestly looked upon him, and said, This man was also with him.
57 And he denied him, saying, Woman, I know him not.

Then to complete the trial that God was bringing Peter through at the hands of Satan, we read further:

Lu 22: 58 And after a little while another saw him, and said, Thou art also of them. And Peter said, Man, I am not.
59 And about the space of one hour after another confidently affirmed, saying, Of a truth this *fellow* also was with him: for he is a Galilaean.
60 And Peter said, Man, I know not what thou sayest. And immediately, while he yet spake, the cock crew.
61 And the Lord turned, and looked upon Peter. And Peter remembered the word of the Lord, how he had said unto him, Before the cock crow, thou shalt deny me thrice.
62 And Peter went out, and wept bitterly.

Notice that Peter wept bitterly. Believe me, after this very evil sin in Peter's life Peter doubted that he was saved at all. That is why Peter wrote 2Pe 1:10, which reads again:

2Pe 1:10 Wherefore the rather, brethren, give diligence to make your calling and election sure: for if ye do these things, ye shall never fall:

58

Notice Peter uses the term "never fall" in 2Pe 1:10. Peter is interested in helping true believers through trials such as he went through, and if possible encouraging true believers to never experience such a trial at all, if they maintain godly obedience before God. Such obedience greatly helps a true believer in making his or her calling and election sure as he or she learns to love others by the fruits of the Spirit; and serious sin may badly damage that effort to make one's calling and election sure. Now, to be sure, no human being on earth ever goes through a day without sinning. (Do you keep the commandment to love God with all your heart, mind, strength and soul every moment of the day? If not, then you are sinning.) But people foolishly conclude that all sins are equal. True, all sins fully deserve hell, but the punishment in hell for different sins differs greatly depending upon the seriousness of the sin. And in the life of a true believer, less serious sin, and particularly very tiny sins, should not result in total loss of confidence that one is saved. This is a loving principle that operates in healthy families, and the true believers, who are the body of Christ or who are also called the Bride of Christ are in a family. As we read:

Eph 3: 15 Of whom the whole family in heaven and earth is named.

And in a healthy family the parents do not torment their children nor each other by showing to each other what each other is or has done wrong, if it is a small thing. Now, sometimes small things may be mentioned as well. But usually such small things are overlooked, without any mention and with immediate forgiveness in the hearts of those noticing the sin. This is a part of love for one another, since we all sin, and we all need to have our sinful weaknesses overlooked to some degree in order just to function reasonably in this life. As we read:

1Pe 4:8 And above all things have fervent charity among yourselves: for charity shall cover the multitude of sins.

Pr 10:12 ¶ Hatred stirreth up strifes: but love covereth all sins.

Pr 17:9 ¶ He that covereth a transgression seeketh love; but he that repeateth a matter separateth very friends.

This is not to say that we cover sins using lies towards each other. Rather, sins are covered by confessing them and forgiving them, as we read:

Eph 4:32 And be ye kind one to another, tenderhearted, forgiving one another, even as God for Christ's sake hath forgiven you.

Notice that Eph 4:32, which encourages a strong environment of forgiveness between believers occurs in a context that denies room for lies, because we read earlier in Eph 4:

Eph 4: 24 And that ye put on the new man, which after God is created in righteousness and true holiness.
25 Wherefore putting away lying, speak every man truth with his neighbour: for we are members one of another.
26 Be ye angry, and sin not: let not the sun go down upon your wrath:

59

Lies destroy oneness. Hence verse 25 makes clear that because of our membership with one another in Jesus Christ, we do not wish to cause problems by lying to one another.

Hence, to cover sins in a family environment where oneness should be the rule, we must be honest about any anger we have towards each other—if we fail to be honest about any anger under the surface, and we can not forgive and get rid of the anger in our hearts alone and to then forget the issue that caused the anger internally, then, in the pursuit of honesty, one must gently express that anger to the one with whom we are upset. Then, hopefully the one against whom we are upset may engage in conversation so that the whole matter is brought out in the open so that honesty and love and oneness may prevail as forgiveness is brought into play. There is a constant process of sin, anger, forgiveness, and repentance and love and effort towards obedience that must be the glue that keeps a family together and keeps sin from tearing it apart day by day as we depend upon God also to forgive our own sins.  As we read:

Mt 18: 21 ¶ Then came Peter to him, and said, Lord, how oft shall my brother sin against me, and I forgive him? till seven times?

22 Jesus saith unto him, I say not unto thee, Until seven times: but, Until seventy times seven.

23 ¶ Therefore is the kingdom of heaven likened unto a certain king, which would take account of his servants.

24 And when he had begun to reckon, one was brought unto him, which owed him ten thousand talents.

25 But forasmuch as he had not to pay, his lord commanded him to be sold, and his wife, and children, and all that he had, and payment to be made.

26 The servant therefore fell down, and worshipped him, saying, Lord, have patience with me, and I will pay thee all.

27 Then the lord of that servant was moved with compassion, and loosed him, and forgave him the debt.

*28 But the same servant went out, and found one of his fellowservants, which owed him an hundred pence: and he laid hands on him, and took him by the throat, saying, Pay me that thou owest.

29 And his fellowservant fell down at his feet, and besought him, saying, Have patience with me, and I will pay thee all.

30 And he would not: but went and cast him into prison, till he should pay the debt.

31 So when his fellowservants saw what was done, they were very sorry, and came and told unto their lord all that was done.

32 Then his lord, after that he had called him, said unto him, O thou wicked servant, I forgave thee all that debt, because thou desiredst me:

33 Shouldest not thou also have had compassion on thy fellowservant, even as I had pity on thee?

34 And his lord was wroth, and delivered him to the tormentors, till he should pay all that was due unto him.

35 So likewise shall my heavenly Father do also unto you, if ye from your hearts forgive not every one his brother their trespasses.

We see in John 21:15-19 a loving confrontation between Jesus and Peter as Jesus restores Peter to purpose in serving Jesus after Peter's bitter trial. Because the English in the KJ

60

Bible does not show the two different words for love that are involved in John 21:15-19, that passage will be quoted below with the Strong's numbers included.  So the text is a little difficult to read, but here we go:

John 21:15 ¶ So <3767> when <3753> they had dined <709> {5656}, Jesus <2424> saith <3004> {5719} to Simon <4613> Peter <4074>, Simon <4613>, son of Jonas <2495>, lovest thou <25> {5719} me <3165> more than <4119> these <5130>? He saith <3004> {5719} unto him <846>, Yea <3483>, Lord <2962>; thou <4771> knowest <1492> {5758} that <3754> I love <5368> {5719} thee <4571>. He saith <3004> {5719} unto him <846>, Feed <1006> {5720} my <3450> lambs <721>.

16 He saith <3004> {5719} to him <846> again <3825> the second time <1208>, Simon <4613>, son of Jonas <2495>, lovest thou <25> {5719} me <3165>? He saith <3004> {5719} unto him <846>, Yea <3483>, Lord <2962>; thou <4771> knowest <1492> {5758} that <3754> I love <5368> {5719} thee <4571>. He saith <3004> {5719} unto him <846>. Feed <4165> {5720} my <3450> sheep <4263>.

17 He saith <3004> {5719} unto him <846> the third <5154> time, Simon <4613>, son of Jonas <2495>, lovest <5368> {5719} thou me <3165>? Peter <4074> was grieved <3076> {5681} because <3754> he said <2036> {5627} unto him <846> the third <5154> time, Lovest <5368> {5719} thou me <3165>? And <2532> he said <2036> {5627} all things <3956>; thou <4771> knowest <1097> {5719} that <3754> I love <5368> {5719} thee <4571>. Jesus <2424> saith <3004> {5719} unto him <846>. Feed <1006> {5720} my <3450> sheep <4263>.

18 Verily <281>, verily <281>, I say <3004> {5719} unto thee <4671>, When <3753> thou wast <2258> {5713} young <3501>, thou girdest <2224> {5707} thyself <4572>, and <2532> walkedst <4043> {5707} whither <3699> thou wouldest <2309> {5707}: but <1161> when <3752> thou shalt be old <1095> {5661}, thou shalt stretch forth <1614> {5692} thy <4675> hands <5495>, and <2532> another <243> shall gird <2224> {5692} thee <4571>, and <2532> carry <5342> {5692} thee whither <3699> thou wouldest <2309> {5719} not <3756>.

19 This <5124> spake he <2036> {5627}, signifying <4591> {5723} by what <4169> death <2288> he should glorify <1392> {5692} God <2316>. And <2532> when he had spoken <2036> {5631} this <5124>, he saith <3004> {5719} unto him <846>, Follow <190> {5720} me <3427>.

Notice in verse 15 that Jesus uses the Greek word numbered <25>.  That is the well known word agapao, which is the strongest word for love in the Greek New Testament of the KJ Bible. Theologians often refer to this word as meaning "unconditional love".  (The author of this paper does not like that term "unconditional love" because the apostle John's use of that term in 1 John is a license for sin. In fact, the love of God is totally conditional.  It completely depends upon Jesus paying for our sins by enduring the full equivalent of eternal damnation for each of the elect and each of their sins. And God does not love the non-elect at all, and the term "unconditional love", if ever used, must be understood as a reference to the horrendous suffering and love that Jesus showed when he died for the sins of the elect.  But if knowledge of such love in one's heart fails to thereby encourage us to righteousness and love and mercy towards others, then that "unconditional love" is not in our hearts, and the condition that we forgive others in response to God forgiving us is not satisfied, and hence we are not yet truly able to say to

62

Notice we are talking about being fruitful in the *knowledge* of our Lord Jesus Christ. This is another way of saying that God's salvation program is based on the proclamation of the truth of the Gospel as strictly and fully defined by the entire Bible from Genesis to Revelation, because Jesus is the spirit of prophecy:

Re 19:10 And I fell at his feet to worship him. And he said unto me, See *thou do it* not: I am thy fellowservant, and of thy brethren that have the testimony of Jesus: worship God: for the testimony of Jesus is the spirit of prophecy.

Peter in 2Pe 1:9 says something very very helpful for those who wish to make their calling and election sure. Peter informs us that a major cause explaining why some people lack the fruits of the Spirit—and the fruits of the Spirit must be growing in our life if we are to be on track in making our calling and election sure—is that these people have forgotten their purging from their former sins. See how verse 9 reads:

2Pe 1: 9  But he that lacketh these things is blind, and cannot see afar off, and hath forgotten that he was purged from his old sins.

If a person who calls him or her self a Christian is falling into this error of forgetting his or her purging from his or her former sins, then that person is actually beginning to slide back into the condemnation of the Law of God, the Bible, only by the purging of our sins does Jesus take away the condemnation of the Law of God that is against us as sinners. And, if such slipping back into condemnation of the Law is happening within the heart of a person, then within that person's heart there must be a slipping back into a sense of guilt before God for his or her sins. And a consequence of that increasing guilt within that person's heart will be an increasing anger towards God, and eventually men, because if we are in a bad relationship with God within one's heart, then we can not avoid also slipping into a bad relationship with men as well. This is because the second command to love our neighbor as our self is a reflection of our status with God involving the first commandment, to love God with every fiber of our being to the utmost. Consequently, as one slips into the error of forgetting his or her purging from his or her former sins, then out of an inner growing anger because of the increasing condemnation we feel within, we lash out at others, maybe silently, by holding grudges against others and thereby fail to forgive those others. Then that so-called "unconditional love" of God starts to appear conditional as we begin to fall under the condemnation of:

Mt 18: 32  Then his lord, after that he had called him, said unto him, O thou wicked servant, I forgave thee all that debt, because thou desiredst me:

33  Shouldest not thou also have had compassion on thy fellowservant, even as I had pity on thee?

34  And his lord was wroth, and delivered him to the tormentors, till he should pay all that was due unto him.

35  So likewise shall my heavenly Father do also unto you, if ye from your hearts forgive not every one his brother their trespasses.

Suddenly this so called "unconditional love" of God seems highly conditional indeed. Notice in verse 32 of Mt 18 quoted above the word "forgave" appears. Now, in fact, the love of God is unconditional from a human's point of view, because there is nothing that

61

our self that God loves us. If we can not forgive others, then God has not forgiven us. Clearly that is what Mt 18:35 is teaching, where we read: "So likewise shall my heavenly Father do also unto you, if ye from your hearts forgive not every one his brother their trespasses.")

Any way, Jesus uses the term agapao when Jesus asks Peter if Peter loves Jesus. Peter is too humbled towards Jesus after Peter's denial of Jesus for Peter to say that he loves Jesus using the word agapao, so Peter replies also in verse 15 that he loves Jesus using the Greek word <5368>, which transliterated is phileo. This second Greek word for love is a lesser word than agapao. Phileo's meaning is closer to the English word "like"; theologians tend to use the term "brotherly love" when referring to phileo. It is a lesser word than agapao because Peter is too ashamed after his denial to use the term agapao, so he uses the lesser term phileo. Jesus lovingly asks the same question the same way a second time is verse 16, and there Peter again replies the same way with the lesser word.

Jesus wants Peter to know that the power to love true believers and to love Jesus comes from Jesus, not from Peter. This is the principle that we love him because he loved us first, of which we read of in 1Joh 4:19. So for Jesus to get this point across to Peter, and to force Peter to think and stop hiding behind the word phileo, Jesus then asks the question using Peter's lesser word for love, phileo. What had to happen in Peter's mind when Jesus asked this question the third time, this time using the lesser word, is that Peter must be forced to ask within himself: "If Jesus is going to ask me this way, is Jesus insisting that I (Peter) consider whether I love him at all?" Jesus is forcing Peter to think about the commandment to love God with all of one's heart, and with all one's soul, and with all one's mind, and with all of one's strength. And Jesus encourages Peter by telling Peter how to express his love for Jesus. Jesus tells Peter to "feed my sheep". As we read in Mt 25:40.

Mt 25: 40  And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done *it* unto one of the least of these my brethren, ye have done *it* unto me.

So when God the Holy Spirit inspired Peter to write the Bible book of 2Peter, God was moving in Peter to cause Peter to feed Jesus' sheep. The Word of God is what feeds the elect. God was moving in Peter to love the elect with the truth. So we should not be surprised that Peter was highly motivated to tell the sheep how to make their calling and election sure in the book of 2Peter.

Now, the act of feeding Jesus' sheep is the act of loving others with the true saving Gospel by sharing and speaking the truth of God in the Holy Bible. In being honest with each other with the truth of the Gospel we encourage each other in repentance from sin and increased inward and outward obedience, with the outcome being increasing fruits of the Spirit in our life towards others and towards God. As 2Pe 1:8 says:

2Pe 1: 8  For if these things be in you, and abound, they make *you that ye shall* neither *be* barren nor unfruitful in the knowledge of our Lord Jesus Christ.

63

a human can do to earn or keep him or her self in the graces of Almighty God. For example, if we, in our own strength suppose that we can maintain our ability to forgive when other people sin against us, then we are in fact walking with a works Gospel, and we show evidence that we are not saved. Yet, this so called "unconditional love" of God is highly conditioned from the point of view of Almighty God. This love can only be completely depends upon the condition that Jesus alone is the law stone for the sins of a person so that that person may go to heaven. No sinner will be in heaven; only righteous people made righteous by the righteousness of Jesus Christ will be in heaven.

You see, this failure to forgive and to thereby hold a grudge against a brother because one is also failing under the condemnation of the law him or her self is a failure at living out the most important fruit of the Spirit of all, which is love. As we read:

1Pe 4:8 And above all things have fervent charity among yourselves: for charity shall cover the multitude of sins.

If we are holding a grudge, we are not following this exhortation "above all" have fervent charity among yourselves. Notice what Lev 19:18 says about the second commandment:

Lev 19: 18 Thou shalt not avenge, nor bear any grudge against the children of thy people, but thou shalt love thy neighbour as thyself: I am the LORD.

Lev 19:18 is a very powerful verse, because it shows how serious a sin holding a grudge (that is, failing to forgive) is. This sin of holding a grudge is directly connected to violating the second greatest commandment in the entire Bible, as Lev 19:18 shows. Notice we also read in James 5:

Jas 5:8 Be ye also patient; stablish your hearts: for the coming of the Lord draweth nigh.
9 Grudge not one against another, brethren, lest ye be condemned: behold, the judge standeth before the door.

So this failure to show the fruit of the Spirit called love, or "charity" as the KJ Bible sometimes terms it, is exactly what Peter is discussing is 2Pe 1:5-9, as we read again:

2Pe 1: 5 ¶ And beside this, giving all diligence, add to your faith virtue; and to virtue knowledge;
6 And to knowledge temperance; and to temperance patience; and to patience godliness;
7 And to godliness brotherly kindness; and to brotherly kindness charity.
8 For if these things be in you, and abound, they make you that ye shall neither be barren nor unfruitful in the knowledge of our Lord Jesus Christ.
9 But he that lacketh these things is blind, and cannot see afar off, and hath forgotten that he was purged from his old sins.

So verse 10, which follows verse 9 quoted above says:

2Pe 1:10 Wherefore the rather, brethren, give diligence to make your calling and election sure: for if ye do these things, ye shall never fall:

64

You see, the idea of making your calling and election sure is really a way of examining yourself by asking your self "Do I have the fruits of the Spirit that prove that I am forgiven for my sins, and that I live like I am forgiven for my sins by forgiving others also (James 2)?" Isn't it likely then that an examination like this for the test of self examination because there is sin all around us, in ourselves and in others. If the answer to this test of self examination shows that I am a grudge holder or maybe even outwardly vengeful, then that is powerful evidence that Mt 18 is condemning me, and that in fact I need to fear the possibility that God has never forgiven me for my sins. So then I need to face the possibility that I need to repent and pursue forgiveness and ask God to help me to forgive others and to not hold a grudge or to be vengeful against others. To keep the act of obedience of forgiving others when they sin against us from becoming a work by which we in our own strength attempt to please God (that is, a hell bound works gospel), we must understand that all works of righteousness in a true believer's life are done by the power and righteousness of Jesus Christ to work out that resurrection of life unto obedience on our hearts, and outward from there. Jesus gets all the credit because it is the power of his resurrection that makes inward and outward obedience happen. So the act of sincerely forgiving others is only possible if Jesus Christ is working that work of forgiveness into our hearts. This is the correct way to understand the Bible's doctrine on the subject of "good works". This doctrine is the focus of Eph 2:10, which is a poorly understood verse because people fail to join it in their understanding with the two previous verses, verses 8 and 9. So Eph 2:8-10 say:

Eph 2: 8 For by grace are ye saved through faith; and that not of yourselves: it is the gift of God:
9 Not of works, lest any man should boast.
10 For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

People who think that they have a gospel of grace tend to separate verse 10 from verses 8 and 9. The reason that they do this is that they have the misunderstanding that faith is not a work. (They get this misunderstanding by mishandling Rom 4 and poorly understanding James 2.) To the contrary, faith is in fact a work. Faith in the heart of any true believer is in fact the very work of Jesus Christ, and Jesus Christ alone. I can not believe on Jesus Christ in my own power, nor by my own choice. Jesus does the choosing when Jesus is going to save, and Jesus does the saving by paying for sins, and then Jesus puts Jesus' own faith into the heart of one of the elect that Jesus has chosen to save. Jesus does it all!!! That is the point of verse 10 above. Without verse 10, people tend to think faith is not a work because they take verse 9 as though verse 9 is eliminating all works whatsoever. But if verse 9 were eliminating all works whatsoever, then verse 10 would make little sense. Why does the thought of the works of Jesus Christ, that we are to walk in, appear right after verse 9 in verse 10 if all works are eliminated? The truth is that verse 9 is only eliminating works of the flesh. Verse 9 is not eliminating works of God in our life, even outward works that follow from the work of love and forgiveness started by Jesus in our hearts. And faith is that first work of love and forgiveness started in the heart of a true believer. Is not that the very point that 2Pe 1:5-8 is saying, that faith is the first fruit, and that the last fruit is love (charity)? Read them again:

2Pe 1:5 ¶ And beside this, giving all diligence, add to your faith virtue; and to virtue knowledge;
6 And to knowledge temperance; and to temperance patience; and to patience godliness;
7 And to godliness brotherly kindness; and to brotherly kindness charity.
8 For if these things be in you, and abound, they make *you that ye shall* neither *be* barren nor unfruitful in the knowledge of our Lord Jesus Christ.

So, in order to make our calling and election sure, we should test our self with that abundant test all around us and see how well we are doing in forgiving others. And we should stay on God to put that power of Jesus Christ into our hearts so that we can obey and forgive. Furthermore, forgiveness is a two way street. If I do all the forgiving, and if I never need someone to forgive me, then that is a clear indication that I do not even realize what a sinner I myself am. Our sin before the Bible should cause us to seek mercy, walk humbly, and desire to do justly, as that beautiful scripture says:

Mic 6:8 He hath shewed thee, O man, what is good; and what doth the LORD require of thee, but to do justly, and to love mercy, and to walk humbly with thy God?

This is a matter of constant prayer that the power of Jesus Christ would work in our life such that we seek to avoid sin (doing justly), seek mercy (because we sin anyway, even when we try not to), and walk humbly because we are completely dependant upon God for constant forgiveness and repentance and renewed obedience powered by the mercy and righteousness of Jesus Christ.

This is the outcome of a true Gospel of grace. Grace works obedience, both inward and outward. This is the victory of our faith; Jesus Christ is the author and finisher of faith, as Heb 12:2 says. If grace works such obedience, then the following scriptures make very good sense:

1Co 15: 10 But by the grace of God I am what I am: and his grace which was *bestowed* upon me was not in vain; but I laboured more abundantly than they all: yet not I, but the grace of God which was with me.

And:

Ga 2:20 I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me.
21 I do not frustrate the grace of God: for if righteousness *come* by the law, then Christ is dead in vain.

And:

Ga 5:6 For in Jesus Christ neither circumcision availeth any thing, nor uncircumcision; but faith which worketh by love.

65

So finally, we should be abundantly clear on one thing. If this faith that works by love (which must be sincere and include forgiveness and confession to get forgiveness) is in our life, then we are on the road to making our calling and election sure. But if we lack forgiveness towards others, that surely implies that we ourselves are feeling unforgiven by God, and so we reflect that inner pain by not showing forgiveness towards others. This is evidence that we are not on the road to making our calling and election sure.

Furthermore, the truth taught by Mt 18 that we must forgive others, otherwise if we do not, then that is evidence that God has in fact not forgiven us, forces us to conclude that 2Pe 2:9, which is talking about forgetting one's purging from one's former sins must be understood as an *assumption* that God is inviting a person to make, as they pursue the matter of making their calling and election sure. It can be no more than an assumption because Mt 18 forces us to conclude that the possibility that God may in fact have not forgiven us is entirely real. It is an act of mercy that God reaches out to people and invites them to enter into the world of Christianity and hear the doctrines and fruits of Christianity and to proceed to assume that one is saved, and that one is to grow from there in the fruits of the Spirit. If that growth continues and reaches completion, then we have strong evidence of salvation. On the other hand, if the fruits of the Spirit do not grow to completion, that is evidence that the assumption of forgiveness was in fact wrong. The threat of this real possibility that that assumption may be incorrect forces us to conclude that the false doctrine of universal atonement can not be implied by 2Pe 1:9, which again says:

2Pe 1:9 But he that lacketh these things is blind, and cannot see afar off, and hath forgotten that he was purged from his old sins.

Now, 2Pe 1:9 is not a commonly discussed verse in the world of Christianity, as far as my experience in the world of Christianity goes all my life (I am 49 years old at the time of my writing of this paper), so it is not commonly used to support the false doctrine of universal atonement anyway. Nevertheless, 2Pe 1:9 is no different in its potential to support that false doctrine of universal atonement than 2Pe 2:1. And 2Pe 2:1 is a very commonly misused verse to support the false doctrine of universal atonement. Let us quote 2Pe 2:1:

2Pe 2:1 ¶ But there were false prophets also among the people, even as there shall be false teachers among you, who privily shall bring in damnable heresies, even denying the Lord that bought them, and bring upon themselves swift destruction.

The correct understanding of 2Pe 2:1, where we read the phrase "the Lord that bought them", is just like the correct understanding of 2Pe 1:9. In fact, these two scriptures, 2Pe 1:9 and 2Pe 2:1 are only a few verses apart in the very same book of 2Peter. Neither God nor the human author Peter mean anything different in 2Pe 2:1 than they mean in 2Pe 1:9. In other words, if 2Pe 1:9 is easily discussing the assumption that we are invited to take when we enter into the world of Christianity that our sins are forgiven, then 2Pe 2:1 is actually simply saying that false teachers will teach vile, damnable heresies that contradict that beautiful assumption that Jesus Christ is the bringer of salvation and has paid for our sins, and thereby deny that assumption that their sins are paid for. Hence, since we again are only talking about the assumption that one's sins are paid for, and since we have not entered the world of Christianity incorrectly, as these false teachers are doing by

66

67

assuming that they are saved when in fact they are not saved, then clearly 2Pe 2:1 does not teach universal atonement. That phrase "bought them" can not be saying that Jesus without doubt has paid for the sins of these hell bound false teachers. It is only referring to an assumption that they are in fact denying by their doctrine and life.

With 2Pe 2:1 now being clearly understood to *not* be teaching universal atonement, rather than 2Pe 2:1 must be interpreted in a manner consistent with limited atonement, we now should ask a further question concerning things that 2Pe 2:1 is saying. In 2Pe 2:1 we have the term "damnable heresies". This term in 2Pe 2:1 is clearly associated with these false teachers that 2Pe 2:1 is talking about. Furthermore, 2Pe 2:1 is clearly saying that by these "damnable heresies" the false teachers (which teachers and their damnable heresies have even now overrun and filled the churches where Christians gather) are denying the Lord that bought them. As observed already, we see that this phrase "denying the Lord that bought them" is very similar to 2Pe 1:9 where we have the idea of "hath forgotten that he was purged from his old sins". In other words, these false teachers are denying the Lord that bought them by defiling the cleanliness that the blood of Christ gives by sinning grievously. The grievous and filthy sin that they are doing, and all sin is filthy and defiles the cleanliness of the blood of Christ (as Heb 10:29 teaches that sin regards the blood of Christ as unholy), are falling under the greater condemnation that Jas 3:1 is talking about:

Jas 3:1 ¶ My brethren, be not many masters, knowing that we shall receive the greater condemnation.

Here in Jas 3:1 God is saying to believers not to take up the formal responsibility of being a teacher in the context of Christianity unless they have a heart to realize that greater judgment will fall upon them—if they eventually find out that they are not saved, or even that God may bring great chastisement into their life even if they are saved—and when they teach things that are not true, either unintentionally, or even, God forbid, intentionally. Searching out the Bible to better understand truth is hard work, and even more important, the possibility of offending one of God's children by accidentally teaching to God's children a lie and thereby offending one of God's little ones, is an ominous, fearful thing. This fearful thing is what Jesus was talking about when he said:

Mt 18:6 But whoso shall offend one of these little ones which believe in me, it were better for him that a millstone were hanged about his neck, and *that* he were drowned in the depth of the sea.

Mr 9:42 And whosoever shall offend one of *these* little ones that believe in me, it is better for him that a millstone were hanged about his neck, and he were cast into the sea.

Lu 17:2 It were better for him than a millstone were hanged about his neck, and he cast into the sea, than that he should offend one of these little ones.

Are not little one's on the breast, feeding on the truth of God? Even as Peter says:

1Pe 2:2 As newborn babes, desire the sincere milk of the word, that ye may grow thereby:

3 If so be ye have tasted that the Lord is gracious.

68

These teachers who are feeding lies to God's little ones are exactly in view in Mt 24:19, which says:

Mt 24:19 And woe unto them that are with child, and to them that give suck in those days!

The breast that the apostate church gives out is no breast at all, because it gives lies, and does not give the truth. That is what is in view where we read:

La 4:1 ¶ How is the gold become dim! *how* is the most fine gold changed! the stones of the sanctuary are poured out in the top of every street.

2 The precious sons of Zion, comparable to fine gold, how are they esteemed as earthen pitchers, the work of the hands of the potter!

3 Even the sea monsters draw out the breast, they give suck to their young ones: the daughter of my people is become cruel, like the ostriches in the wilderness.

4 The tongue of the sucking child cleaveth to the roof of his mouth for thirst: the young children ask bread, *and* no man breaketh *it* unto them.

And the very lies that a false teacher give out will come upon that person so that the following scripture will apply against that false teacher:

Job 20:16 He shall suck the poison of asps: the viper's tongue shall slay him.

But for the elect of God, we read:

Mr 16:18 They shall take up serpents; and if they drink any deadly thing, it shall not hurt them; they shall lay hands on the sick, and they shall recover.

The poison that false teachers give out will come against those false teachers in judgment because of the offense of these poison lies that they spoke in the hearing of God's elect.

The Lord is against these liars, as we read:

Jer 23:32 Behold, I *am* against them that prophesy false dreams, saith the LORD, and do tell them, and cause my people to err by their lies, and by their lightness; yet I sent them not, nor commanded them: therefore they shall not profit this people at all, saith the LORD.

Eze 13:8 Therefore thus saith the Lord GOD; Because ye have spoken vanity, and seen lies, therefore, behold, I *am* against you, saith the Lord GOD.

Ho 7:13 Woe unto them! for they have fled from me: destruction unto them! because they have transgressed against me: though I have redeemed them, yet they have spoken lies against me.

69

Jer 23:16  Thus saith the LORD of hosts, Hearken not unto the words of the prophets that prophesy unto you; they make you vain: they speak a vision of their own heart, *and* not out of the mouth of the LORD.

Jer 28:15  Then said the prophet Jeremiah unto Hananiah the prophet, Hear now, Hananiah; The LORD hath not sent thee; but thou makest this people to trust in a lie.

Jer 29:31  Send to all them of the captivity, saying, Thus saith the LORD concerning Shemaiah the Nehelamite; Because that Shemaiah hath prophesied unto you, and I sent him not, and he caused you to trust in a lie:

God will judge these unsaved ministers or false teachers that infiltrate the world of Christianity by giving them a hell that is patterned after their own lies.  A passage where this may be seen plainly is Proverbs chapter 1.  There the phrase "own devices" appears, and is a reference to their own counsels.  To quote Proverbs 1:20-33:

Prov 1:20 ¶ Wisdom crieth without; she uttereth her voice in the streets:
21  She crieth in the chief place of concourse, in the openings of the gates: in the city she uttereth her words, *saying*,
22  How long, ye simple ones, will ye love simplicity? and the scorners delight in their scorning, and fools hate knowledge?
23  Turn you at my reproof: behold, I will pour out my spirit unto you, I will make known my words unto you.
24  Because I have called, and ye refused; I have stretched out my hand, and no man regarded;
25  But ye have set at nought all my counsel, and would none of my reproof:
26  I also will laugh at your calamity; I will mock when your fear cometh;
27  When your fear cometh as desolation, and your destruction cometh as a whirlwind; when distress and anguish cometh upon you.
28  Then shall they call upon me, but I will not answer; they shall seek me early, but they shall not find me:
29  For that they hated knowledge, and did not choose the fear of the LORD:
30  They would none of my counsel: they despised all my reproof.
31  Therefore shall they eat of the fruit of their own way, and be filled with their own devices.
32  For the turning away of the simple shall slay them, and the prosperity of fools shall destroy them.
33  But whoso hearkeneth unto me shall dwell safely, and shall be quiet from fear of evil.

Verse 31, where we read the phrase "own devices" is really a translation into the English from Hebrew word <04156> as numbered by Strongs.  That word is six times translated into the English word "counsels", and only once, here in Proverbs 1, translated into the English word "devices".  The better translation is the English word "counsels" even here in Proverbs 1.  The idea here that God is painting in Proverbs is that hell will be a place completely void of truth, and lies, and only lies will be everywhere in hell.  There will be no comfort, no understanding, nor peace in hell.  This is the judgment upon people who believe lies in this life, and die clinging to their cherished false doctrines.  They will be

70

given the fruit of their beloved lies for eternity.  These lies are actually a key component of the fire in that place called the "lake of fire" in Revelation.  As we read:

Jas 3:6  And the tongue *is* a fire, a world of iniquity: so is the tongue among our members, that it defileth the whole body, and setteth on fire the course of nature; and it is set on fire of hell.

Notice that this verse, Jas 3:6, is in a chapter the first half of which is directed at warning people who would be teachers in the world of Christianity that such a task is a very high responsibility, with greater judgment to fall upon those who execute it poorly with much error of the tongue.  Another scripture that relates to fire in hell is:

Isa 33: 11  Ye shall conceive chaff, ye shall bring forth stubble: your breath, *as* fire, shall devour you.
12  And the people shall be *as* the burnings of lime: *as* thorns cut up shall they be burned in the fire.

13 ¶ Hear, ye *that are* far off, what I have done; and, ye *that are* near, acknowledge my might.
14  The sinners in Zion are afraid; fearfulness hath surprised the hypocrites. Who among us shall dwell with the devouring fire? who among us shall dwell with everlasting burnings?

Notice in verse 14 of Isa 33 we see a reference to the "sinners in Zion".  That is spiritual language for the unsaved found within the context of the world of Christianity, who say they are Christians, but in fact, in God's eyes, are not true Christians at all.

And the term "lake" in the phrase "lake of fire" refers to a "sea" of humanity.  Notice how God refers to a sea of humanity out of which God will save people (the remainder of the people, the unsaved, go into hell and there are called a "lake"):

Isa 60:5  Then thou shalt see, and flow together, and thine heart shall fear, and be enlarged; because the abundance of the sea shall be converted unto thee, the forces of the Gentiles shall come unto thee.

Much could be said further on false teachers, and the goal of this paper is to cover that topic very thoroughly elsewhere in this paper where spiritually perverse forms of spiritual sexuality by the spiritually adulterous, spiritually fornicating, and spiritually perverted apostate church is discussed in great detail, and how that God saves people out of that environment and removes them from that environment in preparation for the return of Jesus Christ.

The point of this section was to discuss some common, badly misunderstood scriptures that are twisted by the lying minds and mouths of false teachers that infiltrate the world of Christianity.  There are certainly many other scriptures that the Christian world misunderstands, and that they twist to their own destruction, because they have little or no respect for the integrity of the mind of God as recorded in the Bible, in every word of the Bible, and in the Bible above men.

71

## 6 The doctrine of spiritual resurrection, the first resurrection, which is the spiritual rebirth or being born again or born from above

Now we are going to begin to move into the main subject of this paper, the spiritual meaning that the Bible teaches for the picture that God drew when he created human sexuality. We first begin this movement into our subject by asking the question "What is the Bible talking about when it uses the term *born again*?". This term "born again" appears only three times in the English of the King James Bible. Those three locations are shown below:

Joh 3:3  Jesus answered and said unto him, Verily, verily, I say unto thee, Except a man be born again, he cannot see the kingdom of God.

Joh 3:7  Marvel not that I said unto thee, Ye must be born again.

1Pe 1:23  Being born again, not of corruptible seed, but of incorruptible, by the word of God, which liveth and abideth for ever.

Let me quote these three scriptures again, this time using the computer program that I am using to help me search the Bible, with a feature that helps me expose the Greek from which these verses were translated by using numbers for those Greek words (these numbers come from a concordance done over 100 years ago called the *Strongs Exhaustively Concordance of the English Bible*; using shorthand, they are simply called the Strongs numbers). So here are these three scriptures again:

Joh 3:3  Jesus <2424> answered <611> (5662) and <2532> said <2036> (5627) unto him <846>, Verily <281>, verily <281>, I say <300> (5719) unto thee <4671>, Except <3362> a man <510> be born <1080> (5686) again <509>, he cannot <1410> (5736) <3756> see <1492> (5629) the kingdom <932> of God <2316>.

Joh 3:7  Marvel <2296> (5661) not <3361> that <3754> I said <2036> (5627) unto thee <4671>, Ye <5209> must <1163> (5748) be born <1080> (5683) again <509>.

1Pe 1:23  Being born again <313> (5746), not <3756> of <1537> compatible <5349> seed <4701>, but <235> of incorruptible <862>, by <1223> the word <3056> of God <2316>, which liveth <2198> (5723) and <2532> abideth <3306> (5723) for <1519> ever <165>.

Notice that the Greek word for *again* in Joh 3:3 and Joh 3:7 is numbered <509>. And the Greek word for the phrase *born again* in 1Pe 1:23 is different; it is <313>.

The linguistic meaning for the Greek word <509> is stated to be "from above" from the Strong's Exhaustive concordance Greek dictionary. Now, the linguistic meaning of the original language of the Bible is very important for correct selection of the correct English word to translate that Greek word into. But the linguistic meaning is not the spiritual meaning that God has in view. Sometimes the humans who do the work of translation select less than the best word in their target language to which they are

72

translating. That is the case here in Joh 3:3 and Joh 3:7. The other case, 1Pe 1:23, is very accurately translated with the selection of the English phrase "born again". But in John 3:3 and John 3:7 a better translation would have been "born from above" rather than "born again". The appearance is that the English translators were influenced by the 1Pe 1:23 and consequently did not select the best English word for Joh 3:3 and Joh 3:7. When God uses different words on the same topic, that may be because God is giving different shades of meaning to enrich a certain concept. Hence, in first 1Pe 1:23 we have the term "again" because God is emphasizing the idea of a *second* birth. In Joh 3:3 and Joh 3:7 God is using the word "from above" because God is emphasizing the idea of a rebirth that comes from heaven, not from earth. We put these two together, and we see that to be saved, we need the second birth that comes only from above, from heaven. This is the idea of being born again. Now, we begin to be equipped to look for the spiritual meaning of the idea of being born a second time, this second time being from above.

When someone is born, they are born of a woman, are they not? But what woman is above? Consider Rev 12:1-2:

Rev 12:1 ¶ And there appeared a great wonder in heaven; a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars;
2  And she being with child cried, travailing in birth, and pained to be delivered.

Now my intent is not to go deeply into Rev 12, but to merely say that this woman in Rev 12:1 clothed in the sun is a picture of the Bride of Christ clothed in the righteousness of Jesus Christ. She gives birth to a child in verse 2. A careful consideration leads one to conclude that this child is none other than Jesus Christ himself. The idea here is that Jesus Christ must take on the form of a man to bear the sins of the elect. Consequently, Jesus is pictured as born from the eternal church, the Bride of Christ, because Jesus came to die for his bride. He is to take on her sins, and it is for her that he came to die; so it is very appropriate spiritually that Jesus' being pictured as a man is pictured as Jesus being born of the eternal church, which is composed of human beings that Jesus came to save. This woman in Rev 12:1-2 is the Bride of Christ, and she is in heaven, as Rev12:1 is saying, since the word "heaven" appears in Rev 12:1; and that is consistent with Eph 2:6 and Lu 10:20, where we read:

Eph 2:6  And hath raised us up together, and made us sit together in heavenly *places* in Christ Jesus:

Lu 10:20  Notwithstanding in this rejoice not, that the spirits are subject unto you; but rather rejoice, because your names are written in heaven

This idea of Jesus being born of a spiritual woman that herself is in heaven goes even deeper. Consider the parable of the sheep and the goats in Mt 25, where we read:

Mt 25:31 ¶ When the Son of man shall come in his glory, and all the holy angels with him, then shall he sit upon the throne of his glory:
32  And before him shall be gathered all nations: and he shall separate them one from another, as a shepherd divideth *his* sheep from the goats:
33  And he shall set the sheep on his right hand, but the goats on the left.

73

34  Then shall the King say unto them on his right hand, Come, ye blessed of my Father, inherit the kingdom prepared for you from the foundation of the world:

35  For I was an hungred, and ye gave me meat: I was thirsty, and ye gave me drink: I was a stranger, and ye took me in:

36  Naked, and ye clothed me: I was sick, and ye visited me: I was in prison, and ye came unto me.

37  Then shall the righteous answer him, saying, Lord, when saw we thee an hungred, and fed *thee*? or thirsty, and gave *thee* drink?

38  When saw we thee a stranger, and took *thee* in? or naked, and clothed *thee*?

39  Or when saw we thee sick, or in prison, and came unto thee?

40  And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done *it* unto one of the least of these my brethren, ye have done *it* unto me.

41  Then shall he say also unto them on the left hand, Depart from me, ye cursed, into everlasting fire, prepared for the devil and his angels:

42  For I was an hungred, and ye gave me no meat: I was thirsty, and ye gave me no drink:

43  I was a stranger, and ye took me not in: naked, and ye clothed me not: sick, and in prison, and ye visited me not.

44  Then shall they also answer him, saying, Lord, when saw we thee an hungred, or athirst, or a stranger, or naked, or sick, or in prison, and did not minister unto thee?

45  Then shall he answer them, saying, Verily I say unto you, Inasmuch as ye did *it* not to one of the least of these, ye did *it* not to me.

46  And these shall go away into everlasting punishment: but the righteous into life eternal.

Read Mt 25:31-46 closely. You will see plainly that Jesus is hereby teaching that when someone does something good in God's eyes with a sincere heart of love towards one of Jesus' brethren, you did it unto Jesus himself when you did it to one of Jesus' brethren. In other words, the picture in Rev 12:1-2 of a women giving birth to Jesus includes the idea of a women giving birth to the brethren of Jesus, because they are recognized as Jesus himself (the Bride of Christ is bone of his bone, flesh of his flesh, as Genesis and Ephesians teach in the Bible, which is discussed elsewhere in this paper). In fact, are not two men brothers when they are born of the same woman? Of course. And does not Jesus call the true believers brethren? Of course. As we read:

Ro 8: 28  And we know that all things work together for good to them that love God, to them who are the called according to *his* purpose.

29 For whom he did foreknow, he also did predestinate *to be* conformed to the image of his Son, that he might be the firstborn among many brethren.

30  Moreover whom he did predestinate, them he also called: and whom he called, them he also justified: and whom he justified, them he also glorified.

31 ¶ What shall we then say to these things? If God *be* for us, who *can be* against us?

32  He that spared not his own Son, but delivered him up for us all, how shall he not with him also freely give us all things?

So the idea of being born from above or born a second time is the idea of being born of the true church, the Bride of Christ, which is spiritually in heaven. Now, this makes

74

sense if we consider what is traditionally called the great commission in Mt 28:16-20, where we read:

Mt 28:16 ¶ Then the eleven disciples went away into Galilee, into a mountain where Jesus had appointed them.

17  And when they saw him, they worshipped him: but some doubted.

18  And Jesus came and spake unto them, saying, All power is given unto me in heaven and in earth.

19  Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost:

20  Teaching them to observe all things whatsoever I have commanded you: and, lo, I am with you alway, even unto the end of the world. Amen.

Or as Jesus said in Joh 17:20:

Joh 17:20 ¶ Neither pray I for these alone, but for them also which shall believe on me through their word;

Or as Rev 22:17 says:

Rev 22:17  And the Spirit and the bride say, Come. And let him that heareth say, Come. And let him that is athirst come. And whosoever will, let him take the water of life freely.

Notice in Rev 22:17 that both the Spirit and the Bride are involved in saying "come". They are both involved in bringing the true Gospel that saves people. Is that not what Jesus is saying in Joh 3:5-8, where we read:

Joh 3:5  Jesus answered, Verily, verily, I say unto thee, Except a man be born of water and *of* the Spirit, he cannot enter into the kingdom of God.

6  That which is born of the flesh is flesh; and that which is born of the Spirit is spirit.

7  Marvel not that I said unto thee, Ye must be born again [from above].

8  The wind bloweth where it listeth, and thou hearest the sound thereof, but canst not tell whence it cometh, and whither it goeth: so is every one that is born of the Spirit.

Notice that if we consider that two must join to create life in the womb of a woman, then the Spirit is fulfilling the role of the man, and the church or Bride of Christ is fulfilling the role of the woman. True believers are born in a way which is spiritually pictured by Jesus birth of a virgin. Historically, there was a real physical human virgin woman that gave birth to Jesus when Jesus took on His humanity 2000 years ago; but that woman, named Mary, is a spiritual picture of the entire Bride of Christ that gives birth to both Jesus and all of Jesus' true brethren. In Joh 3:7 above the term again, which is better translated "from above" is referring to the Bride of Christ, or eternal church in heaven. The term "Spirit" in verses 5, 6, and 7 is referring to the Holy Spirit, who is God himself, in the role of the man.

To extend this discussion on the spiritual meaning and understanding of being born again, the brotherhood of Jesus; Jesus and the true believers both coming from the same mother —the eternal church—is even more closely established by the following very beautiful

75

and powerful observation that results directly from the absolutely perfect and humanly unfathomable integrity of the mind of God. Jesus was born as the Word of God implanted into Mary by the Holy Spirit (Jesus being the Word of God as the very Word that was from the beginning, as Joh 1:1 says) and so becoming the Word made flesh. This is a perfect picture of how the Bible describes being born again or born from above. Consider the following scriptures:

1Pe 1:22 Seeing ye have purified your souls in obeying the truth through the Spirit unto unfeigned love of the brethren, *see that ye* love one another with a pure heart fervently:

23 Being born again, not of corruptible seed, but of incorruptible, by the word of God, which liveth and abideth for ever.

Jas 1:21 Wherefore lay apart all filthiness and superfluity of naughtiness, and receive with meekness the engrafted word, which is able to save your souls.

Ro 10:17 So then faith *cometh* by hearing, and hearing by the word of God.

1Th 2:13 ¶ For this cause also thank we God without ceasing, because, when ye received the word of God which ye heard of us, ye received it not as the word of men, but as it is in truth, the word of God, which effectually worketh also in you that believe.

Joh 6:63 It is the spirit that quickeneth; the flesh profiteth nothing: the words that I speak unto you, *they are* spirit, and *they are* life.

Ro 6:17 But God be thanked, that ye were the servants of sin, but ye have obeyed from the heart that form of doctrine which was delivered you.

2Ti 3:15 And that from a child thou hast known the holy scriptures, which are able to make thee wise unto salvation through faith which is in Christ Jesus.

Heb 2:3 How shall we escape, if we neglect so great salvation; which at the first began to be spoken by the Lord, and was confirmed unto us by them that heard *him*;

You see, all true believers are saved by the implantation of the Word of God into their hearts, the very same picture as the very Word of God himself was implanted into Mary, with new life beginning thereby at the moment of conception of Jesus, who was now found in the form of a man. So when the Word of God is implanted into your hearts by the operation of the Holy Spirit, then you also become the Word made flesh because Jesus is now in you. You are a member of the Bride of Christ and the Bride of Christ is bone of his bone, flesh of his flesh, and Adam spoke to Eve. Consider the following further Bible language:

Heb 10:16 This is the covenant that I will make with them after those days, saith the Lord, I will put my laws into their hearts, and in their minds will I write them;

17 And their sins and iniquities will I remember no more.

76

Eze 36:25 ¶ Then will I sprinkle clean water upon you, and ye shall be clean: from all your filthiness, and from all your idols, will I cleanse you.

26 A new heart also will I give you, and a new spirit will I put within you: and I will take away the stony heart out of your flesh, and I will give you an heart of flesh.

27 And I will put my spirit within you, and cause you to walk in my statutes, and ye shall keep my judgments, and do *them*.

Put the above two passages together and we then see that God is writing his law (which is a Bible synonym for the entire Word of God) onto the hearts of flesh, the hearts of true believers.

Also, there is yet another way to look at this idea of the Word made flesh. God speaks of the true believers as though they are the very law of God itself that is written onto the hearts of true messengers of the Gospel, as we read:

2Co 3:1 ¶ Do we begin again to commend ourselves? or need we, as some *others*, epistles of commendation to you, or *letters* of commendation from you?

2 Ye are our epistle written in our hearts, known and read of all men:

3 *Forasmuch as ye are* manifestly declared to be the epistle of Christ ministered by us, written not with ink, but with the Spirit of the living God; not in tables of stone, but in fleshy tables of the heart.

In 2Co 3:3 above we see that the human author Paul who wrote 2 Corinthians is saying that the people at the church at Corinth are a very epistle (a message from God, the Word of God) written onto the fleshly table of Paul's heart. First, this shows the great love that the historical apostle Paul had in his heart for those to whom he ministered by the command of God. But, the ultimate messenger of the true Gospel is Jesus himself, as we read of Jesus speaking:

Joh 17:18 As thou hast sent me into the world, even so have I also sent them into the world.

Joh 20:21 Then said Jesus to them again, Peace be unto you: as my Father hath sent me, even so send I you.

Jesus is the forerunner in the bringing of the Gospel, and so Jesus himself as the Word of God in the hearts of true believers is preaching the truth to seek and to save that which was lost of the elect at the fall of all mankind in Adam and Eve when they fell. We all fell in Adam and Eve, both elect and non-elect. Nevertheless, those of whom God is concerned who fell in Adam and Eve are only the elect who God did not concerned for the non-elect. Hence, the following scripture has a more beautiful consistency when we see the word "all" in both occurrences referring only to the elect:

1Co 15:22 For as in Adam all die, even so in Christ shall all be made alive.

So in Christ shall all the elect be spiritually conceived and born from above and given eternal life by Christ who is the Word made flesh, even in our hearts of flesh as he writes his Words onto our hearts and because of that he then loves us so deeply that we, being

77

the Word made flesh, are also written onto Jesus' heart, the ultimate communicator of the Word of God, the Gospel. Jesus in us, and we in him; the essence of the marriage union. Don't secular marriage counselors say "communication, communication, and more communication"? We know they do, these people who have studied marriage from a secular vantage point. Even they understand the importance of close, detailed and honest communication between spouses. The reason they say that is that they are studying a picture that God drew, the marriage relationship between a man and a woman. If the man and the woman each have a deep understanding of each other's heart in his or her own heart, then they are best equipped to love each other properly and to achieve true, deep oneness, both body and soul, if God blesses their efforts by giving them success in seeking such oneness.

Jesus prayed to God the Father in John 17 that he would achieve such oneness with his future Bride:

Joh 17:18 As thou hast sent me into the world, even so have I also sent them into the world.

19 And for their sakes I sanctify myself, that they also might be sanctified through the truth.

20 ¶ Neither pray I for these alone, but for them also which shall believe on me through their word;

21 That they all may be one; as thou, Father, *art* in me, and I in thee; that they also may be one in us: that the world may believe that thou hast sent me.

22 And the glory which thou gavest me I have given them; that they may be one, even as we are one:

23 I in them, and thou in me, that they may be made perfect in one; and that the world may know that thou hast sent me, and hast loved them, as thou hast loved me.

Notice Joh 17:21 says that the true believers are going to be one in us (God), and Joh 17:23 says "I in them", showing that Jesus is in the true believers. This is that deep, beautiful oneness between God and the true believers being inside of each other. It is a oneness of mind and soul. The true believers also have this oneness of mind and soul with each other, as verse Joh 17:21 is also saying where it says "That they all may be one". This oneness is caused by God bringing the faith and belief of Jesus the Word made flesh into the hearts of the elect as the true Gospel is preached, conceiving them into a new birth where that conception is a conception of eternal life. This spiritual conception to eternal life is by the seed of God, the Word of God, is pictured by a man's seed of copulation bringing physical life into the egg of a woman. Again, we read:

1Pe 1:22 Seeing ye have purified your souls in obeying the truth through the Spirit unto unfeigned love of the brethren, *see that* ye love one another with a pure heart fervently:

23 Being born again, not of corruptible seed, but of incorruptible, by the word of God, which liveth and abideth for ever.

The Bride of Christ is repeatedly giving birth to those who are to become further members of the Bride of Christ by preaching the Word of God truthfully to mankind so

78

that the Holy Spirit takes those true words and creates spiritual life. In this manner Jesus' Bride makes herself ready. As we read:

Rev 19:7 Let us be glad and rejoice, and give honour to him: for the marriage of the Lamb is come, and his wife hath made herself ready.

And:

I Tim 2:15 Notwithstanding she shall be saved in childbearing, if they continue in faith and charity and holiness with sobriety.

So spiritually, I Tim 2:15 along with Rev 19:7 make clear that through giving spiritual birth to each of the elect, the Bride of Christ is thereby making herself ready. This is another way of stating the great commission, as stated in Mt 28:16-20:

Mt 28:16 ¶ Then the eleven disciples went away into Galilee, into a mountain where Jesus had appointed them.

17 And when they saw him, they worshipped him: but some doubted.

18 And Jesus came and spake unto them, saying, All power is given unto me in heaven and in earth.

19 Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost:

20 Teaching them to observe all things whatsoever I have commanded you: and, lo, I am with you alway, even unto the end of the world. Amen.

Of course, I Tim 2:15 also has the practical meaning to truly born again married Christian women to pursue child birth because any child she has may in fact be one of God's elect. The child of which woman would then become a member of the Bride of Christ that that Christian mother is also a member of; consequently in seeking child birth she is seeking the salvation of herself as a member of the Bride of Christ. She wasn't her body to be perfect for her husband, with out defect, having each and every member of the elect present in that body. If any elect were missing, that would be a horrible defect. Birth control is a wicked sin that God will judge furiously on Judgment Day. And abortion is unbelievably heinous and will be judged even more greatly. God is the giver of life, and only God may take away life, not man. (Now, when man is authorized by God to take away life, as in properly executed and just police work per Rom 13, that is really God taking away life, not man, and is entirely proper.)

7  The Matter of the Appearance of Illegitimacy

Let us consider some scripture from the Bible concerning the virgin birth of Jesus Christ:

Lu 1:25 Thus hath the Lord dealt with me in the days wherein he looked on *me*, to take away my reproach among men.

26 ¶ And in the sixth month the angel Gabriel was sent from God unto a city of Galilee, named Nazareth,

79

27 To a virgin espoused to a man whose name was Joseph, of the house of David; and the virgin's name was Mary.

28 And the angel came in unto her, and said, Hail, *thou that art* highly favoured, the Lord *is* with thee: blessed *art* thou among women.

29 And when she saw *him*, she was troubled at his saying, and cast in her mind what manner of salutation this should be.

30 And the angel said unto her, Fear not, Mary: for thou hast found favour with God.

31 And, behold, thou shalt conceive in thy womb, and bring forth a son, and shalt call his name JESUS.

32 He shall be great, and shall be called the Son of the Highest: and the Lord God shall give unto him the throne of his father David:

33 And he shall reign over the house of Jacob for ever; and of his kingdom there shall be no end.

34 Then said Mary unto the angel, How shall this be, seeing I know not a man?

35 And the angel answered and said unto her, The Holy Ghost shall come upon thee, and the power of the Highest shall overshadow thee: therefore also that holy thing which shall be born of thee shall be called the Son of God.

36 And, behold, thy cousin Elisabeth, she hath also conceived a son in her old age: and this is the sixth month with her, who was called barren.

37 For with God nothing shall be impossible.

38 And Mary said, Behold the handmaid of the Lord; be it unto me according to thy word. And the angel departed from her.

And

Mt 1: 18 ¶ Now the birth of Jesus Christ was on this wise: When as his mother Mary was espoused to Joseph, before they came together, she was found with child of the Holy Ghost.

19 Then Joseph her husband, being a just *man*, and not willing to make her a publick example, was minded to put her away privily.

20 But while he thought on these things, behold, the angel of the Lord appeared unto him in a dream, saying, Joseph, thou son of David, fear not to take unto thee Mary thy wife: for that which is conceived in her is of the Holy Ghost.

21 And she shall bring forth a son, and thou shalt call his name JESUS: for he shall save his people from their sins.

22 Now all this was done, that it might be fulfilled which was spoken of the Lord by the prophet, saying,

23 Behold, a virgin shall be with child, and shall bring forth a son, and they shall call his name Emmanuel, which being interpreted is, God with us.

24 Then Joseph being raised from sleep did as the angel of the Lord had bidden him, and took unto him his wife:

25 And knew her not till she had brought forth her firstborn son: and he called his name JESUS.

Notice in verse Mt 1:19 above that Joseph the engaged husband of Mary was fully convinced that Mary must have engaged in fornication and sexual sin in order to get pregnant. So Joseph was searching for a way to privately and gently divorce Mary (this would be permitted per De 24 that would have been in effect at that time, though Jesus

80

did teach that law in De 24 was not always in effect; this implication for a starting time for that law is clearly in the words of Jesus in Mt 19:8). Joseph being a righteous man was attempting to do it gently and privately because Joseph knew he also needed the mercy of God being a righteous man (he was covered by the righteousness of Christ, because God taught Joseph that Joseph needed the righteousness of Christ and for God to forgive him for his sins), so he wanted to be as gentle as possible on Mary as well, though he still wished to divorce Mary. Any way, the reality is that God intervened in Mt 1:20 so that Joseph would take her as his own wife. So this pregnancy gave the appearance of fornication to Joseph until God opened the eyes of Joseph so that Joseph knew it was not due to fornication.

Furthermore, we read:

Lu 3:23  And Jesus himself began to be about thirty years of age, being (as was supposed) the son of Joseph, which was *the son of* Heli,

This scripture clearly shows by the words "as was supposed" that some people did not believe the story of the virgin birth, assuming that Joseph and Mary told their story to others, and rather supposed that Joseph was an ordinary man who got his espoused wife pregnant before their marriage ceremony. Simply put, people supposed that Joseph got Mary pregnant during their marriage engagement before the marriage ceremony. So that even though Joseph knew that Jesus was not of men and not of fornication, many people thought that Jesus was indeed of the fornication of premarital sex, between Joseph and Mary. In other words, people thought that Jesus was illegitimate and not really directly from God, but rather from man. Spiritually speaking, the Word of God made flesh, Jesus Christ, was rather supposed to be merely the rehashed words of some man, namely fallen Adam, of whom Joseph was a descendent. Truly born from people who believe get the same treatment from people who believe that people who trust in the Bible are merely trusting in the ideas of men. These unbelieving people suppose that the ideas in the Bible are merely the ideas of men. So true believers claim to know Almighty God, but people listening to such claims often suppose that these believers are deceived, and are merely the product of men's ideas, and not God's ideas. So true believer's bear the scourge of illegitimacy just like Jesus. We must take up our cross and follow Jesus in the same disgrace that Jesus had to bare. We live in a religious world today where most people have dropped the idea of absolute truth and instead embrace the lie of relativism that you may believe whatever you wish that you think is good for you. Hence, many people do not believe that any one religion is better than another; and they foolishly say that all paths lead to God. This relativism is another way that Satan and men's own sinful hearts have convinced many people that one absolute truth that condemns all false religions of the world can not exist; everyone is free believing what they want to believe. This appears in the minds of men, to level the playing field between all religions and thereby creates hatred in the hearts of many people for any religion that would claim to be the one true religion that condemns all other religions. This relativism in a back-handed way has caused true believers' claim to being the *only* true religion to be viewed as illegitimate, because people wrongly think all religions are true. This scourge of the illegitimacy of Jesus virgin birth that is also upon the true believers can not be escaped from, even in this time when people supposedly think that all religions lead to God.

In other words, people have run afoul of 1Joh 4:1-6:

1Joh 4: 1 ¶ Beloved, believe not every spirit, but try the spirits whether they are of God: because many false prophets are gone out into the world.

2 Hereby know ye the Spirit of God: Every spirit that confesseth that Jesus Christ is come in the flesh is of God:

3 And every spirit that confesseth not that Jesus Christ is come in the flesh is not of God: and this is that *spirit* of antichrist, whereof ye have heard that it should come; and even now already is it in the world.

4 ¶ Ye are of God, little children, and have overcome them: because greater is he that is in you, than he that is in the world.

5 They are of the world: therefore speak they of the world, and the world heareth them.

6 We are of God: he that knoweth God heareth us; he that is not of God heareth not us. Hereby know we the spirit of truth, and the spirit of error.

People do not believe that Jesus Christ comes in the flesh today only in the form of true believers as he is hidden only in their hearts, and not in the hearts of other people in other religions and other apostate forms of so-called Christianity that do not adhere closely to the Bible. They deny 1Joh 4:2 and are condemned by 1Joh 4:3. If you hate in your heart what I just said in this paragraph and do not like what 1Joh 4:1-6 is saying as it condemns all other religions of the world, then you may be unsaved and headed for hell. You should repent and believe the truth, and thereby become the Word made flesh your self as the true Jesus of the Bible begins to live in your new heart of flesh that is no longer a heart of stone, but has the Word of Jesus, the Bible, written onto your new heart of flesh. You will begin to love the absolute truth of the Bible and to cast your life upon it and to trust God altogether, and to cast away the lie of relativism.

There is a story involving illegitimacy in the Bible that the author of this paper dearly loves. This story is of Jephthah in Judges 11 in the Bible. All of Judges 11 follows:

Jud 11: 1 ¶ Now Jephthah the Gileadite was a mighty man of valour, and he *was* the son of an harlot and Gilead begat Jephthah.

2 And Gilead's wife bare him sons; and his wife's sons grew up, and they thrust out Jephthah, and said unto him, Thou shalt not inherit in our father's house; for thou *art* the son of a strange woman.

3 Then Jephthah fled from his brethren, and dwelt in the land of Tob: and there were gathered vain men to Jephthah, and went out with him.

4 ¶ And it came to pass in process of time, that the children of Ammon made war against Israel.

5 And it was so, that when the children of Ammon made war against Israel, the elders of Gilead went to fetch Jephthah out of the land of Tob:

6 And they said unto Jephthah, Come, and be our captain, that we may fight with the children of Ammon.

7 And Jephthah said unto the elders of Gilead, Did not ye hate me, and expel me out of my father's house? and why are ye come unto me now when ye are in distress?

8 And the elders of Gilead said unto Jephthah, Therefore we turn again to thee now, that thou mayest go with us, and fight against the children of Ammon, and be our head over all the inhabitants of Gilead.

9 And Jephthah said unto the elders of Gilead, If ye bring me home again to fight against the children of Ammon, and the LORD deliver them before me, shall I be your head?

10 And the elders of Gilead said unto Jephthah, The LORD be witness between us, if we do not so according to thy words.

11 Then Jephthah went with the elders of Gilead, and the people made him head and captain over them: and Jephthah uttered all his words before the LORD in Mizpeh.

12 ¶ And Jephthah sent messengers unto the king of the children of Ammon, saying, What hast thou to do with me, that thou art come against me to fight in my land?

13 And the king of Ammon answered unto the messengers of Jephthah, Because Israel took away my land, when they came up out of Egypt, from Arnon even unto Jabbok, and unto Jordan: now therefore restore those *lands* again peaceably.

14 And Jephthah sent messengers again unto the king of the children of Ammon:

15 And said unto him, Thus saith Jephthah, Israel took not away the land of Moab, nor the land of the children of Ammon:

16 But when Israel came up from Egypt, and walked through the wilderness unto the Red sea, and came to Kadesh;

17 Then Israel sent messengers unto the king of Edom, saying, Let me, I pray thee, pass through thy land: but the king of Edom would not hearken *thereto*. And in like manner they sent unto the king of Moab: but he would not *consent*: and Israel abode in Kadesh.

18 Then they went along through the wilderness, and compassed the land of Edom, and the land of Moab, and came by the east side of the land of Moab, and pitched on the other side of Arnon, but came not within the border of Moab: for Arnon was the border of Moab.

19 And Israel sent messengers unto Sihon king of the Amorites, the king of Heshbon; and Israel said unto him, Let us pass, we pray thee, through thy land into my place.

20 But Sihon trusted not Israel to pass through his coast: but Sihon gathered all his people together, and pitched in Jahaz, and fought against Israel.

21 And the LORD God of Israel delivered Sihon and all his people into the hand of Israel, and they smote them: so Israel possessed all the land of the Amorites, the inhabitants of that country.

22 And they possessed all the coasts of the Amorites, from Arnon even unto Jabbok, and from the wilderness even unto Jordan.

23 So now the LORD God of Israel hath dispossessed the Amorites from before his people Israel, and shouldest thou possess it?

24 Wilt not thou possess that which Chemosh thy god giveth thee to possess? So whomsoever the LORD our God shall drive out from before us, them will we possess.

25 And now *art* thou any thing better than Balak the son of Zippor, king of Moab? did he ever strive against Israel, or did he ever fight against them,

26 While Israel dwelt in Heshbon and her towns, and in Aroer and her towns, and in all the cities that *be* along by the coasts of Arnon, three hundred years? why therefore did ye not recover *them* within that time?

27 Wherefore I have not sinned against thee, but thou doest me wrong to war against me: the LORD the Judge be judge this day between the children of Israel and the children of Ammon.

28 Howbeit the king of the children of Ammon hearkened not unto the words of Jephthah which he sent him.

83

29 ¶ Then the Spirit of the LORD came upon Jephthah, and he passed upon Gilead, and Manasseh, and passed over Mizpeh of Gilead, and from Mizpeh of Gilead he passed over unto the children of Ammon.

30 And Jephthah vowed a vow unto the LORD, and said, If thou shalt without fail deliver the children of Ammon into mine hands,

31 Then it shall be, that whatsoever cometh forth of the doors of my house to meet me, when I return in peace from the children of Ammon, shall surely be the LORD's, and I will offer it up for a burnt offering.

32 So Jephthah passed over unto the children of Ammon to fight against them; and the LORD delivered them into his hands.

33 And he smote them from Aroer, even till thou come to Minnith, even twenty cities, and unto the plain of the vineyards, with a very great slaughter. Thus the children of Ammon were subdued before the children of Israel.

34 And Jephthah came to Mizpeh unto his house, and, behold, his daughter came out to meet him with timbrels and with dances: and she was his only child; beside her he had neither son nor daughter.

35 And it came to pass, when he saw her, that he rent his clothes, and said, Alas, my daughter! thou hast brought me very low, and thou art one of them that trouble me: for I have opened my mouth unto the LORD, and I cannot go back.

36 And she said unto him, My father, if thou hast opened thy mouth unto the LORD, do to me according to that which hath proceeded out of thy mouth; forasmuch as the LORD hath taken vengeance for thee of thine enemies, even of the children of Ammon.

37 And she said unto her father, Let this thing be done for me: let me alone two months, that I may go up and down upon the mountains, and bewail my virginity, I and my fellows.

38 And he said, Go. And he sent her away for two months: and she went with her companions, and bewailed her virginity upon the mountains.

39 And it came to pass at the end of two months, that she returned unto her father, who did with her according to his vow which he had vowed: and she knew no man. And it was a custom in Israel,

40 That the daughters of Israel went yearly to lament the daughter of Jephthah the Gileadite four days in a year.

You may read this story of Jephthah and wrongly suppose that his actions did not glorify God. Notice primarily that Jephthah actually killed her and sacrificed his only daughter, an actual human sacrifice, as verses 31, 34, 35, and 39 undeniably imply. How could this be a godly action of a true man of God?, you may ask. The Bible removes all doubt that this Jephthah is indeed a true man of God because God lists Jephthah as a man of faith in Heb 11:32, which reads:

Heb 11: 32 ¶ And what shall I more say? for the time would fail me to tell of Gideon, and of Barak, and of Samson, and of Jephthae: of David also, and Samuel, and of the prophets:

Now this man Jephthah [Old Testament spelling; New Testament spelling is Jephthae] was illegitimate and of a harlot, as verse Jud 11:1 says. And Jephthah's brothers hated Jephthah because he was of a harlot, as verses 2 and 3 say. Jephthah's illegitimacy

84

offended Jephthah's brothers; this is similar to Joseph struggling concerning possibly divorcing Mary before God intervened and told the truth to Joseph. But Jephthah was in fact a great man of God. God could see Jephthah's heart, but Jephthah's brothers could not see Jephthah's heart. So Jephthah's brothers misjudged Jephthah and condemned him. This condemnation by Jephthah's brothers is very similar to the condemnation that Joseph received in the book of Genesis as Joseph's brothers sold him into slavery. In both true stories of Jephthah and Joseph these condemned men were later used of God to bring salvation to the very brothers of each that had condemned each of these two men. Basically the brothers had to later swallow their pride and "eat crow", to use an old English idiom.

God makes plain in verses 29-31 of Jud 11 that the Spirit of God moved Jephthah to vow and vow to offer whatever came out of the door of his house to greet him when he returned from victory in battle as a burnt offering. Jephthah was basically moved unavoidably by the Holy Spirit to make this vow. In making this vow God was setting up the situation for a future display of the powerful faith of God that was in Jephthah's heart, and as we will see, was also in Jephthah's daughter's heart as well.

Then verses 32 and 33 of Jud 11 explain that Jephthah did get God's blessing so that Jephthah consequently obtained a victory of a great slaughter over the enemies of historical Old Testament Israel. Then, when Jephthah returned to his house, to Jephthah's great sorrow his only child, his daughter, came out the door to meet her father to congratulate him concerning his victory over the enemies of Israel. But because of Jephthah's vow to offer what ever came out to meet him as a burnt offering to God who gave the great victory over the enemies of Israel, Jephthah was obligated to now offer his only child, his beloved daughter, as a burnt offering to God. You know, this story of Jephthah actually offering his only daughter as a burnt offering is very important, unless we wrongly think that the request of God to Abraham in the book of Genesis to offer Abraham's only son Isaac as a burnt offering was an idle game by God (read Genesis chapter 22 in the Bible). God could have just as well had Abraham follow through with that sacrifice as well as not follow through with that sacrifice. God was not playing the child's game of fidity-winks with Abraham when God asked Abraham to sacrifice his only son Isaac. God was deadly serious about this thing, and Abraham knew it as well. God required that Jephthah follow through, and did not require Abraham to follow through. Jephthah's faith and Abraham's faith are equally great because Abraham would have followed through if God did not stop him. If God requires a great trial of uncertain outcome to come upon us, we must go through with it, irrespective of what we hope may be the outcome. We need to trust God in any case. As Job said:

Job 13:15 'Though he slay me, yet will I trust in him: but I will maintain mine own ways before him.

Jesus has power and absolute victory over death because of his resurrection, and consequently, as a member of the Bride of Christ we need to cast our self into Jesus' arms, even though he may require us to die for him. We trust him because we know that he will later restore us to life with even greater blessing. Because Jesus trusted God unto death himself when he went to the cross and then got victory over death at his resurrection, Jesus can do the same for us. We must trust him no matter what, even if so

85

trusting and obeying brings to us death. Jesus will then get victory over that death and restore us to life, with even greater joy because of our victory in Jesus.

You know, such a great trial as Jephthah and Abraham went through happens all over the world constantly. As we read:

1Pe 5:9 Whom resist stedfast in the faith, knowing that the same afflictions are accomplished in your brethren that are in the world.

But how, you may ask? We do not have human sacrifice in our day and time. So you really think so? Consider that there have been very numerous times in the history of the human race when a true believing woman of God finds herself married to an abusive unsaved man. Maybe this happened to her because either she was unsaved before she married that man, and then God later saved her; or maybe she in rebellion married a man that she knew in her heart might be unsaved, but unwisely went ahead and married him anyway. In any case, the laws of marriage that God put into the Bible only temporarily gave men some room to divorce their wives (until Jesus repealed De 24 and restored the absolute prohibition against all divorce that existed before De 24). But God's law never ever gave a woman a place to divorce her husband, even when De 24 was in effect. Consequently, a true born again woman must not divorce her husband, even if he is abusive. He may impose upon her incessant emotional torture by abusive verbiage and by actual hitting and beating of her. If she is faithful to God's command for marriage that marriage is tell death parts the marriage (as God says it: "What God has joined together, let not man put asunder" in Mt 19:6 and Mr 10:9), then she must not divorce her husband. Furthermore, she should honor him as her husband in her bed duties as lovingly as possible, by the power of God in her to do so. And try to be submissive to him in all things lawful in God's eyes as well. And if her abusive husband asks her to do something that is not lawful in God's eyes, then she should put her trust into God's hands and obey God, rather than her husband, and in this case her abusive husband may get angry with her and hurt her or kill her. But she needs trust God in this matter in any case and continue to love and live with her husband. If he does kill her, then she would have obeyed God unto death, and done God's will, to the pleasing of Almighty God himself. And her suffering would be over, because she would be in heaven. She would have cast herself into the loving arms of Jesus, who has power over death, as she submitted to God's requirement to live with her abusive husband. Now, God gives a very beautiful promise for wives in this situation, as we read:

1Pe 3:1 ¶ Likewise, ye wives, be in subjection to your own husbands; that, if any obey not the word, they also may without the word be won by the conversation of the wives;

2 While they behold your chaste conversation *coupled* with fear.

3 Whose adorning let it not be that outward *adorning* of plaiting the hair, and of wearing of gold, or of putting on of apparel;

4 But *let it be* the hidden man of the heart, in that which is not corruptible, *even the ornament* of a meek and quiet spirit, which is in the sight of God of great price.

5 For after this manner in the old time the holy women also, who trusted in God, adorned themselves, being in subjection unto their own husbands:

86

6 Even as Sara obeyed Abraham, calling him lord: whose daughters ye are, as long as ye do well, and are not afraid with any amazement.

A truly believing wife in this ugly situation of being married to an abusive unsaved man is given the magnificent promise that by her loving submissiveness (the word "conversation" in 1Pe 3:1 means "conduct" or "behavior"; it does not mean nagging, since we read the phrase "without the word" also in verse 1) to her abusive husband, God may take that living, silent witness before this abusive man by his submissive wife and break her husband's heart by that example, so that God eventually saves that man. If that man kills her before God saves him, God may still save that man later in life because of her witness with him while she was alive. She must trust God in any case, and at all times; no matter how the situation looks. Jesus is in full control of death, both of her death and of her life, and also of her husband's possible resurrection unto spiritual life and becoming born again. Her death is a picture of how true believers must die at times in order to bring the Gospel to others that they might be saved. This principle is found in 1Joh 3:16, where we read:

1Joh 3:16 Hereby perceive we the love of *God*, because he laid down his life for us: and we ought to lay down *our* lives for the brethren.

We also see this principle in:

Rev 2:10 Fear none of those things which thou shalt suffer: behold, the devil shall cast *some* of you into prison, that ye may be tried; and ye shall have tribulation ten days: be thou faithful unto death, and I will give thee a crown of life.

Rev 12:11 And they overcame him by the blood of the Lamb, and by the word of their testimony; and they loved not their lives unto the death.

John 16:33 These things I have spoken unto you, that in me ye might have peace. In the world ye shall have tribulation: but be of good cheer; I have overcome the world.

Joh 16:1 ¶ These things have I spoken unto you, that ye should not be offended.
2 They shall put you out of the synagogues: yea, the time cometh, that whosoever killeth you will think that he doeth God service.

Ro 8:33 Who shall lay any thing to the charge of God's elect? *It is* God that justifieth.
34 Who *is* he that condemneth? *It is* Christ that died, yea rather, that is risen again, who is even at the right hand of God, who also maketh intercession for us.
35 Who shall separate us from the love of Christ? *shall* tribulation, or distress, or persecution, or famine, or nakedness, or peril, or sword?
36 As it is written, For thy sake we are killed all the day long: we are accounted as sheep for the slaughter.
37 Nay, in all these things we are more than conquerors through him that loved us.
38 For I am persuaded, that neither death, nor life, nor angels, nor principalities, nor powers, nor things present, nor things to come,
39 Nor height, nor depth, nor any other creature, shall be able to separate us from the love of God, which is in Christ Jesus our Lord.

88

Now, back to Jephthah. This same faith unto death in Jephthah was in Jephthah's daughter as well. Jephthah's daughter is a perfect illustration of I Joh 3:16 in laying down her life for the sake of the Gospel.

Notice how Jephthah's daughter came out the *door* of Jephthah's *house* to meet Jephthah in verse 34. Spiritually Jephthah represents Jesus Christ who gets the victory over the enemies of Satan and death, as Heb 2:14-15, I Co 15:26,54-58 teach:

Heb 2:14 ¶ Forasmuch then as the children are partakers of flesh and blood, he also himself likewise took part of the same; that through death he might destroy him that had the power of death, that is, the devil;

15 And deliver them who through fear of death were all their lifetime subject to bondage.

I Co 15: 26 The last enemy *that* shall be destroyed *is* death.

I Co 15: 54 So when this corruptible shall have put on incorruption, and this mortal shall have put on immortality, then shall be brought to pass the saying that is written, Death is swallowed up in victory.

55 O death, where *is* thy sting? O grave, where *is* thy victory?

56 The sting of death *is* sin; and the strength of sin *is* the law.

57 But thanks *be* to God, which giveth us the victory through our Lord Jesus Christ.

We know from Joh 10 that spiritually Jesus is the door, as we read:

Joh 10: 9 I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture.

And that the church is regarded as a house, as we can read:

Heb 3: 1 ¶ Wherefore, holy brethren, partakers of the heavenly calling, consider the Apostle and High Priest of our profession, Christ Jesus;

2 Who was faithful to him that appointed him, as also Moses *was faithful* in all his house.

3 For this *man* was counted worthy of more glory than Moses, inasmuch as he who hath builded the house hath more honour than the house.

4 For every house is builded by some *man*: but he that built all things *is* God.

5 And Moses verily *was* faithful in all his house, as a servant, for a testimony of those things which were to be spoken after;

6 But Christ as a son over his own house; whose house are we, if we hold fast the confidence and the rejoicing of the hope firm unto the end.

And

2Ti 2:19 ¶ Nevertheless the foundation of God standeth sure, having this seal, The Lord knoweth them that are his. And, Let every one that nameth the name of Christ depart from iniquity.

87

Re 11:7 And when they shall have finished their testimony, the beast that ascendeth out of the bottomless pit shall make war against them, and shall overcome them, and kill them.

Re 2:13 I know thy works, and where thou dwellest, *even* where Satan's seat *is*: and thou holdest fast my name, and hast not denied my faith, even in those days wherein Antipas *was* my faithful martyr, who was slain among you, where Satan dwelleth.

Re 20:4 And I saw thrones, and they that sat upon them, and judgment was given unto them: and *I saw* the souls of them that were beheaded for the witness of Jesus, and for the word of God, and which had not worshipped the beast, neither his image, neither had received *his* mark upon their foreheads, or in their hands; and they lived and reigned with Christ a thousand years.

Heb 11: 35 Women received their dead raised to life again: and others were tortured, not accepting deliverance; that they might obtain a better resurrection:

36 And others had trial of *cruel* mockings and scourgings, yea, moreover of bonds and imprisonment:

37 They were stoned, they were sawn asunder, were tempted, were slain with the sword: they wandered about in sheepskins and goatskins; being destitute, afflicted, tormented;

38 (Of whom the world was not worthy;) they wandered in deserts, and *in* mountains, and in dens and caves of the earth.

39 And these all, having obtained a good report through faith, received not the promise:

40 God having provided some better thing for us, that they without us should not be made perfect.

As Jesus said, we must take up our cross and follow Jesus:

Mt 16:24¶ Then said Jesus unto his disciples, If any *man* will come after me, let him deny himself, and take up his cross, and follow me.

Mr 8:34 And when he had called the people *unto him* with his disciples also, he said unto them, Whosoever will come after me, let him deny himself, and take up his cross, and follow me.

Mr 10:21 Then Jesus beholding him loved him, and said unto him, One thing thou lackest: go thy way, sell whatsoever thou hast, and give to the poor, and thou shalt have treasure in heaven: and come, take up the cross, and follow me.

Lu 9:23 And he said to *them* all, If any *man* will come after me, let him deny himself, and take up his cross daily, and follow me.

To reiterate, I Joh 3:16 says it perfectly:

I Joh 3: 16 Hereby perceive we the love of *God*, because he laid down his life for us: and we ought to lay down *our* lives for the brethren.

89

20 But in a great house there are not only vessels of gold and of silver, but also of wood and of earth; and some to honour, and some to dishonour.

21 If a man therefore purge himself from these, he shall be a vessel unto honour, sanctified, and meet for the master's use, and prepared unto every good work.

From the 2TI 2:20 we see that the spiritual house in view is the church as it is in this time, before the end of time and Judgment Day, because we see that in this house are both vessels of honor, and vessels of dishonor, meaning that there are both true believers (vessels of honor) and fake or untrue believers (vessels of dishonor) in this church.

Now Jephthah's daughter goes out of the house through the door. This appears to be spiritually identical to

Re 18:4 And I heard another voice from heaven, saying, Come out of her, my people, that ye be not partakers of her sins, and that ye receive not of her plagues.

These people coming out of the apostate church as represented in Babylon in Rev 18 are the true believers coming out to meet Jesus Christ after Jesus Christ gets victory over the children of Ammon, and Judges 11 speaks in verse 33, and are looking to meet Jesus on the clouds, as

Tit 2:13 Looking for that blessed hope, and the glorious appearing of the great God and our Saviour Jesus Christ;

1Th 4:13 ¶ But I would not have you to be ignorant, brethren, concerning them which are asleep, that ye sorrow not, even as others which have no hope.

14 For if we believe that Jesus died and rose again, even so them also which sleep in Jesus will God bring with him.

15 For this we say unto you by the word of the Lord, that we which are alive and remain unto the coming of the Lord shall not prevent them which are asleep.

16 For the Lord himself shall descend from heaven with a shout, with the voice of the archangel, and with the trump of God: and the dead in Christ shall rise first:

17 Then we which are alive and remain shall be caught up together with them in the clouds, to meet the Lord in the air: and so shall we ever be with the Lord.

18 Wherefore comfort one another with these words.

1Th 5:1 ¶ But of the times and the seasons, brethren, ye have no need that I write unto you.

2 For yourselves know perfectly that the day of the Lord so cometh as a thief in the night.

3 For when they shall say, Peace and safety; then sudden destruction cometh upon them, as travail upon a woman with child; and they shall not escape.

4 But ye, brethren, are not in darkness, that that day should overtake you as a thief.

5 Ye are all the children of light, and the children of the day: we are not of the night, nor of darkness.

6 ¶ Therefore let us not sleep, as do others; but let us watch and be sober.

90

Isa 25: Isa 25:9 ¶ And it shall be said in that day, Lo, this is our God; we have waited for him, and he will save us: this is the LORD; we have waited for him, we will be glad and rejoice in his salvation.

So the true believers have come out of the apostate church and are waiting for Jesus Christ to return on the clouds of glory. This is what Jephthah's daughter is picturing as she comes out the door of her father's house to meet her father who got victory over the enemies of Israel.

Now as a consequence of this action Jephthah's daughter seems to know that she must die, as Jud 11:36-37 strongly suggests:

Jud 11: 36 And she said unto him, My father, //thou hast opened thy mouth unto the LORD, do to me according to that which hath proceeded out of thy mouth; forasmuch as the LORD hath taken vengeance for thee of thine enemies, even of the children of Ammon.

37 And she said unto her father, Let this thing be done for me: let me alone two months, that I may go up and down upon the mountains, and bewail my virginity, I and my fellows.

Notice that Jephthah's daughter wishes time to bewail her virginity; that means that she wishes time to mourn over the fact that she has never been married, and at this point in her life is in fact a true virgin. She has never had sexual relations with any man. The idea of dining before she has had this experience in life is making her quite sad, and she wishes to mourn or sorrow over this fact for two months before she goes through with having herself killed and sacrificed as a burn offering by her father. Since Jephthah's daughter spiritually represents the two witnesses of Revelation chapter 11 that must be killed per God's sovereign plan, this idea of bewailing her virginity is spiritually a picture of the fact that the Bride of Christ would rather wish to have Jesus Christ come back immediately and to have the marriage-supper of the Lamb (the wedding feast celebrating the marriage between Jesus Christ and his Bride) so that she is not required to die as a virgin. Spiritually, she is a picture of the true believers who are waiting for the return of Jesus Christ, and are very sad that Jesus Christ has not yet returned. This attitude is reflected in the following scriptures, which include the knowledge of the resurrection. This will become clearer as the scriptures to be quoted below are explained below also:

Lam 5: 19 Thou, O LORD, remainest for ever; thy throne from generation to generation.

20 Wherefore dost thou forget us for ever, and forsake us so long time?

21 Turn thou us unto thee, O LORD, and we shall be turned; renew our days as of old.

22 But thou hast utterly rejected us; thou art very wroth against us.

Here we see great sadness being expressed in the heart of the true believers that God has not come back yet, and that God is requiring considerable suffering on the part of the believers to continue still more. Now concerning Jephthah's daughter's knowledge that she must die, she knows that she will be resurrected as well, even though Jud 11 does not mention that fact. She must be expecting her resurrection of her body in the future because she could not give herself to death without God first putting that reality of eternal

91

life already in her heart. Notice how Jesus' speaks of Lazarus' impending death in Joh 11, where we read:

Joh 11:4 When Jesus heard *that*, he said, This sickness is not unto death, but for the glory of God, that the Son of God might be glorified thereby.

Even though Jesus knew before Lazarus died that Lazarus' was in fact going to die, Jesus spoke with the words "This sickness is not unto death" concerning Lazarus. The reason that Jesus spoke these words was because Jesus fully knew that he was going to resurrect Lazarus from the dead; hence death was not going to claim Lazarus, even though Lazarus was going to die for the short time of 4 days, as recorded in Joh 11. This same language "This sickness is not unto death" appears also in Ps 118, where we read:

Ps 118:17 I shall not die, but live, and declare the works of the LORD.
18 The LORD hath chastened me sore: but he hath not given me over unto death.

The phrase "I shall not die" is really saying that death will not claim me. I will be resurrected! As we read in those glorious scriptures in Rom 8:33-39:

Rom 8:33 Who shall lay any thing to the charge of God's elect? *It is* God that justifieth.
34 Who *is* he that condemneth? *It is* Christ that died, yea rather, that is risen again, who is even at the right hand of God, who also maketh intercession for us.
35 Who shall separate us from the love of Christ? *shall* tribulation, or distress, or persecution, or famine, or nakedness, or peril, or sword?
36 As it is written, For thy sake we are killed all the day long; we are accounted as sheep for the slaughter.
37 Nay, in all these things we are more than conquerors through him that loved us.
38 For I am persuaded, that neither death, nor life, nor angels, nor principalities, nor powers, nor things present, nor things to come,
39 Nor height, nor depth, nor any other creature, shall be able to separate us from the love of God, which is in Christ Jesus our Lord.

One should know also that even though Jesus required that Lazarus die so that Jesus would subsequently show the power of the resurrection by resurrecting Lazarus, Jesus clearly loved Lazarus even before Lazarus died. Even though Jesus required Lazarus to die temporarily, he loved Lazarus very greatly as one of the members of the Bride of Christ.

That is what we read in verse 3 of Joh 11:



Joh 11:3 Therefore his sisters sent unto him, saying, Lord, behold, he whom thou lovest is sick.

So, to quote Joh 11:1-46 to get the whole picture:

Joh 11:1 ¶ Now a certain *man* was sick, *named* Lazarus, of Bethany, the town of Mary and her sister Martha.

92

2 (It was *that* Mary which anointed the Lord with ointment, and wiped his feet with her hair, whose brother Lazarus was sick.)
3 Therefore his sisters sent unto him, saying, Lord, behold, he whom thou lovest is sick.
4 When Jesus heard *that*, he said, This sickness is not unto death, but for the glory of God, that the Son of God might be glorified thereby.
5 Now Jesus loved Martha, and her sister, and Lazarus.
6 When he had heard therefore that he was sick, he abode two days still in the same place where he was.
7 Then after that saith he to *his* disciples, Let us go into Judaea again.
8 *His* disciples say unto him, Master, the Jews of late sought to stone thee; and goest thou thither again?
9 Jesus answered, Are there not twelve hours in the day? If any man walk in the day, he stumbleth not, because he seeth the light of this world.
10 But if a man walk in the night, he stumbleth, because there is no light in him.
11 These things said he: and after that he saith unto them, Our friend Lazarus sleepeth; but I go, that I may awake him out of sleep.
12 Then said his disciples, Lord, if he sleep, he shall do well.
13 Howbeit Jesus spake of his death: but they thought that he had spoken of taking of rest in sleep.
14 Then said Jesus unto them plainly, Lazarus is dead.
15 And I am glad for your sakes that I was not there, to the intent ye may believe; nevertheless let us go unto him.
16 Then said Thomas, which is called Didymus, unto his fellowdisciples, Let us also go, that we may die with him.
17 ¶ Then when Jesus came, he found that he had *lain* in the grave four days already.
18 Now Bethany was nigh unto Jerusalem, about fifteen furlongs off:
19 And many of the Jews came to Martha and Mary, to comfort them concerning their brother.
20 Then Martha, as soon as she heard that Jesus was coming, went and met him: but Mary sat *still* in the house.
21 Then said Martha unto Jesus, Lord, if thou hadst been here, my brother had not died.
22 But I know, that even now, whatsoever thou wilt ask of God, God will give *it* thee.
23 Jesus saith unto her, Thy brother shall rise again.
24 Martha saith unto him, I know that he shall rise again in the resurrection at the last day.
25 Jesus said unto her, I am the resurrection, and the life: he that believeth in me, though he were dead, yet shall he live:
26 And whosoever liveth and believeth in me shall never die. Believest thou this?
27 She saith unto him, Yea, Lord: I believe that thou art the Christ, the Son of God, which should come into the world.
28 And when she had so said, she went her way, and called Mary her sister secretly, saying, The Master is come, and calleth for thee.
29 As soon as she heard *that*, she arose quickly, and came unto him.
30 Now Jesus was not yet come into the town, but was in that place where Martha met him.
31 The Jews then which were with her in the house, and comforted her, when they saw Mary, that she rose up hastily and went out, followed her, saying, She goeth unto the grave to weep there.

93

32  Then when Mary was come where Jesus was, and saw him, she fell down at his feet, saying unto him, Lord, if thou hadst been here, my brother had not died.
33  ¶ When Jesus therefore saw her weeping, and the Jews also weeping which came with her, he groaned in the spirit, and was troubled,
34  And said, Where have ye laid him? They said unto him, Lord, come and see.
35  Jesus wept.
36  Then said the Jews, Behold how he loved him!
37  And some of them said, Could not this man, which opened the eyes of the blind, have caused that even this man should not have died?
38  Jesus therefore again groaning in himself cometh to the grave. It was a cave, and a stone lay upon it.
39  Jesus said, Take ye away the stone. Martha, the sister of him that was dead, saith unto him, Lord, by this time he stinketh: for he hath been *dead* four days.
40  Jesus saith unto her, Said I not unto thee, that, if thou wouldest believe, thou shouldest see the glory of God?
41  Then they took away the stone *from the place where* the dead was laid. And Jesus lifted up *his* eyes, and said, Father, I thank thee that thou hast heard me.
42  And I knew that thou hearest me always: but because of the people which stand by I said *it*, that they may believe that thou hast sent me.
43  And when he thus spoken, he cried with a loud voice, Lazarus, come forth.
44  And he that was dead came forth, bound hand and foot with graveclothes: and his face was bound about with a napkin. Jesus saith unto them, Loose him, and let him go.
45  Then many of the Jews which came to Mary, and had seen the things which Jesus did, believed on him.
46  But some of them went their ways to the Pharisees, and told them what things Jesus had done.

When you read Joh 11:1-46 above, did you notice verse 45, where we see plainly that Jesus used the death of Lazarus to reach the hearts of some of the elect and to cause those elect to believe unto salvation? Lazarus' death was not worthless, but was very valuable, and God used it as such. Lazarus was fulfilling the principle we read in Ps 116:12-19:

Ps 116:12  What shall I render unto the LORD *for* all his benefits toward me?
13  I will take the cup of salvation, and call upon the name of the LORD.
14  I will pay my vows unto the LORD now in the presence of all his people.
15  Precious in the sight of the LORD *is* the death of his saints.
16  O LORD, truly I *am* thy servant; I *am* thy servant, *and* the son of thine handmaid: thou hast loosed my bonds.
17  I will offer to thee the sacrifice of thanksgiving, and will call upon the name of the LORD.
18  I will pay my vows unto the LORD now in the presence of all his people,
19  In the courts of the LORD'S house, in the midst of thee, O Jerusalem. Praise ye the LORD.

Lazarus was fulfilling verse 15, which says "Precious in the sight of the LORD *is* the death of his saints." In other words, God does not waste the death of any of the elect.

94

(This fact of not wasting the death of his saints is in fact another way to prove the doctrine of limited atonement. Jesus is the ultimate saint or holy one, and if Jesus payed for any sins of any non-elect, and that non-elect still went to hell on judgment day, then that effort by Jesus to pay for sins of that non-elect was wasted. God would never do so, and so limited atonement must be true, and Jesus must not have paid for any of the sins of any of the non-elect. Jesus only paid for the sins of the elect, and not an iota more than that, and every aspect of that payment is not wasted in any way whatsoever!!). And the way that God used (that is did not waste) Lazarus' death was to bring salvation to may who witnessed the resurrection of Lazarus' from death. This principle is found in

Joh 12:24  Verily, verily, I say unto you, Except a corn of wheat fall into the ground and die, it abideth alone: but if it die, it bringeth forth much fruit.

Notice that Jephthah's daughter was required to die because of a vow that Jephthah himself had made in Judges 11:29-31. This vow is a picture of our commitment to God because he has saved us. It is a reflection of the true gospel in the hearts of the Bride of Christ, the elect. That is what Ps 116:14 above is referring to when there we read of a vow. Notice also that Ps 116:14 involves a payment before "all of his people" for this vow. This is how the two witnesses of Rev 11 die; they die before all the people of the world, amongst whom are all of the people that God is saving, the remainder of the elect or Bride of Christ. (Jesus is the pattern, as Job 12:32-33 sets forth: "And I, if I be lifted up from the earth, will draw all *men* unto me. This he said, signifying what death he should die.") These remainder of the elect are the people whom God is going to save by resurrecting Lazarus (that is, the two witnesses) from the dead. Notice how after verse Ps 116:14 concerning payment of the vow, we read in verse Ps 116:15 of death, which says:

Ps 116:15 Precious in the sight of the LORD *is* the death of his saints.

This vow in Ps 116:14 is shown to be a commitment unto death by verse Ps 116:15, just like proper marriage vows should be. And the Bride of Christ, or the elect, are so committed unto Jesus their husband. She will die for him if he requires it of her, even before the marriage feast so that she bewails her virginity. She knows that her savior Jesus has absolutely victorious power over death and so will resurrect her to be with Jesus at the marriage feast. Her hope is sure. She is displaying the same trust that Job expressed, where we read:

Job 13:15  Though he slay me, yet will I trust in him: but I will maintain mine own ways before him.

This is the same thing that Rom 12:1 says:

Rom 12:1 ¶ I beseech you therefore, brethren, by the mercies of God, that ye present your bodies a living sacrifice, holy, acceptable unto God, *which is* your reasonable service.

A "living sacrifice" means do not live for your self, but lose your life for the true gospel's sake.  As Jesus spoke:

95

Mt 10:39 He that findeth his life shall lose it: and he that loseth his life for my sake shall find it.

Mt 16:25 For whosoever will save his life shall lose it: and whosoever will lose his life for my sake shall find it.

Mr 8:35 For whosoever will save his life shall lose it; but whosoever shall lose his life for my sake and the gospel's, the same shall save it.

Lu 9:24 For whosoever will save his life shall lose it: but whosoever will lose his life for my sake, the same shall save it.

Lu 17:33 Whosoever shall seek to save his life shall lose it; and whosoever shall lose his life shall preserve it.

Joh 12:25 He that loveth his life shall lose it; and he that hateth his life in this world shall keep it unto life eternal.

IJoh 3: 16 Hereby perceive we the love of God, because he laid down his life for us: and we ought to lay down our lives for the brethren.

Ps 23:4 Yea, though I walk through the valley of the shadow of death, I will fear no evil: for thou art with me; thy rod and thy staff they comfort me.

Rev 2: 10 Fear none of those things which thou shalt suffer: behold, the devil shall cast some of you into prison, that ye may be tried; and ye shall have tribulation ten days: be thou faithful unto death, and I will give thee a crown of life.

Rev 12: 11 And they overcame him by the blood of the Lamb, and by the word of their testimony; and they loved not their lives unto the death.

Lu 12:4 And I say unto you my friends, Be not afraid of them that kill the body, and after that have no more that they can do.
5 But I will forewarn you whom ye shall fear: Fear him, which after he hath killed hath power to cast into hell; yea, I say unto you, Fear him.

Heb 13: 5 Let your conversation be without covetousness; and be content with such things as ye have: for he hath said, I will never leave thee, nor forsake thee.
6 So that we may boldly say, The Lord is my helper, and I will not fear what man shall do unto me.

Ps 3:6 I will not be afraid of ten thousands of people, that have set themselves against me round about.

Ps 27:1 ¶ <<A Psalm of David.>> The LORD is my light and my salvation; whom shall I fear? the LORD is the strength of my life; of whom shall I be afraid?
2 When the wicked, even mine enemies and my foes, came upon me to eat up my flesh, they stumbled and fell.

96

3 Though an host should encamp against me, my heart shall not fear: though war should rise against me, in this will I be confident.
4 One thing have I desired of the LORD, that will I seek after; that I may dwell in the house of the LORD all the days of my life, to behold the beauty of the LORD, and to enquire in his temple.

Ps 118:6 The LORD is on my side; I will not fear: what can man do unto me?

1Co 15:55 O death, where is thy sting? O grave, where is thy victory?
56 The sting of death is sin; and the strength of sin is the law.
57 But thanks be to God, which giveth us the victory through our Lord Jesus Christ.

The two witnesses, who represent the true believers, the Bride of Christ, will die for their beloved husband Jesus Christ because he got absolute victory over death for them when he died and resurrected 2000 years ago, so they are not fearful of death.

Now the purpose of the death of the two witnesses is indeed to bring forth life. The two witnesses are walking in the pattern of Jesus, who said to all true believers who follow Jesus to take up their cross and follow Jesus. This same pattern was exemplified in the Apostle Paul in his sufferings, who eventually died for the Gospel, where Paul said:

Col 1: 24 Who now rejoice in my sufferings for you, and fill up that which is behind of the afflictions of Christ in my flesh for his body's sake, which is the church:

Php 1:12¶ But I would ye should understand, brethren, that the things which happened unto me have fallen out rather unto the furtherance of the gospel;

2Ti 2:9 Wherein I suffer trouble, as an evil doer, even unto bonds; but the word of God is not bound.

2Ti 4: 6 For I am now ready to be offered, and the time of my departure is at hand.
7 I have fought a good fight, I have finished my course, I have kept the faith:
8 Henceforth there is laid up for me a crown of righteousness, which the Lord, the righteous judge, shall give me at that day: and not to me only, but unto all them also that love his appearing.

In order to see the life that is to come forth following the resurrection of the two witnesses in Rev 11, let us now quote all of Rev 11, but focus on verses 11-13. So all of Rev 11 says:

1 ¶ And there was given me a reed like unto a rod: and the angel stood, saying, Rise, and measure the temple of God, and the altar, and them that worship therein.
2 But the court which is without the temple leave out, and measure it not; for it is given unto the Gentiles: and the holy city shall they tread under foot forty and two months.
3 ¶ And I will give power unto my two witnesses, and they shall prophesy a thousand two hundred and threescore days, clothed in sackcloth.
4 These are the two olive trees, and the two candlesticks standing before the God of the earth.

97

5 And if any man will hurt them, fire proceedeth out of their mouth, and devoureth their enemies: and if any man will hurt them, he must in this manner be killed.

6 These have power to shut heaven, that it rain not in the days of their prophecy: and have power over waters to turn them to blood, and to smite the earth with all plagues, as often as they will.

7 And when they shall have finished their testimony, the beast that ascendeth out of the bottomless pit shall make war against them, and shall overcome them, and kill them.

8 And their dead bodies shall lie in the street of the great city, which spiritually is called Sodom and Egypt, where also our Lord was crucified.

9 And they of the people and kindreds and tongues and nations shall see their dead bodies three days and an half, and shall not suffer their dead bodies to be put in graves.

10 And they that dwell upon the earth shall rejoice over them, and make merry, and shall send gifts one to another; because these two prophets tormented them that dwelt on the earth.

11 And after three days and an half the Spirit of life from God entered into them, and they stood upon their feet; and great fear fell upon them which saw them.

12 And they heard a great voice from heaven saying unto them, Come up hither. And they ascended up to heaven in a cloud; and their enemies beheld them.

13 And the same hour was there a great earthquake, and the tenth part of the city fell, and in the earthquake were slain of men seven thousand: and the remnant were affrighted, and gave glory to the God of heaven.

14 ¶ The second woe is past; and, behold, the third woe cometh quickly.

15 And the seventh angel sounded; and there were great voices in heaven, saying, The kingdoms of this world are become the kingdoms of our Lord, and of his Christ; and he shall reign for ever and ever.

16 And the four and twenty elders, which sat before God on their seats, fell upon their faces, and worshipped God,

17 Saying, We give thee thanks, O Lord God Almighty, which art, and wast, and art to come; because thou hast taken to thee thy great power, and hast reigned.

18 And the nations were angry, and thy wrath is come, and the time of the dead, that they should be judged, and that thou shouldest give reward unto thy servants the prophets, and to the saints, and them that fear thy name, small and great; and shouldest destroy them which destroy the earth.

19 And the temple of God was opened in heaven, and there was seen in his temple the ark of his testament: and there were lightnings, and voices, and thunderings, and an earthquake, and great hail.

Now verses 11 through 13 talk about the resurrection of the two witnesses, and some of the aftermath of that resurrection. The key phrase to understand is in verse 12, where we read "And they ascended up to heaven in a cloud". This language, at first blush, appears to be saying that the two witnesses ascend physically to heaven. But there are other locations in the Bible where language including the word "ascend" appears, but at those locations the word "ascend" does not mean physical ascension. It is talking about spiritual ascension; it is talking about being born again. Seven passages that relate to this concept of ascension are Gen 28:12, Ps 139, Dan 7:13, Joh 1:51, 1 TI 3:16, Rom 10:6-8, Eph 4:7-13. Other passages, besides Rev 11:12, may exist relating to this topic which I have not yet found; but Acts 1 is centrally related passage, but Acts 1 is considered when

98

Dan 7:13 already listed is discussed. These seven will do just fine to help expound Rev 11:12. Let us quote all of these seven passages, and then discuss them:

Gen 28:12 And he dreamed, and behold a ladder set up on the earth, and the top of it reached to heaven: and behold the angels of God ascending and descending on it.

Ps 139:7 ¶ Whither shall I go from thy spirit? or whither shall I flee from thy presence? 8 If I ascend up into heaven, thou art there: if I make my bed in hell, behold, thou art there. (The remainder of Ps 139 will be fully quoted when it is studied in reference to ascending and descending.)

Dan 7:13 I saw in the night visions, and, behold, one like the Son of man came with the clouds of heaven, and came to the Ancient of days, and they brought him near before him.

Joh 1: 51 And he saith unto him, Verily, verily, I say unto you, Hereafter ye shall see heaven open, and the angels of God ascending and descending upon the Son of man.

1 TI 3:16 And without controversy great is the mystery of godliness: God was manifest in the flesh, justified in the Spirit, seen of angels, preached unto the Gentiles, believed on in the world, received up into glory.

Rom 10:6 But the righteousness which is of faith speaketh on this wise, Say not in thine heart, Who shall ascend into heaven? (that is, to bring Christ down from above:)
7 Or, Who shall descend into the deep? (that is, to bring up Christ again from the dead.)
8 But what saith it? The word is nigh thee, even in thy mouth, and in thy heart: that is, the word of faith, which we preach;

Eph 4: 7 But unto every one of us is given grace according to the measure of the gift of Christ.
8 Wherefore he saith, When he ascended up on high, he led captivity captive, and gave gifts unto men.
9 (Now that he ascended, what is it but that he also descended first into the lower parts of the earth?
10 He that descended is the same also that ascended up far above all heavens, that he might fill all things.)
11 And he gave some, apostles; and some, prophets; and some, evangelists; and some, pastors and teachers;
12 For the perfecting of the saints, for the work of the ministry, for the edifying of the body of Christ:
13 Till we all come in the unity of the faith, and of the knowledge of the Son of God, unto a perfect man, unto the measure of the stature of the fulness of Christ:

Gen 28:12 quoted first above is a dream that God gave to Jacob recorded in Genesis. Jesus is referring to Jacob's dream when Jesus adjusts it as he quotes it to elucidate the spiritual meaning of Jacob's dream in Joh 1:51. But in Joh 1:51 we see that Jesus' adjustment is to replace the ladder with the term "Son of Man". This comparison of scripture with scripture, Gen 28:12 with Joh 1:51, illuminates Jacobs dream in Gen 28:12

99

so that we now understand that the ladder in Jacobs dream represents Jesus Christ. Now, the Hebrew word translated into the English word "angels" in Gen 28:12, as well as the Greek word translated into the English word "angels" in Joh 1:51 merely means "messengers". The Hebrew word translated "angels" in Gen 28:12 has Strongs number <04397>, and that word appears in the Hebrew of the Old Testament of the Holy Bible exactly 214 times. 111 times it is translated into the English word "angels", and 98 times it is translated into the English word "messenger"; and it is translated variously two other ways 5 times for a total of 214 times. Some of these 98 locations where <04397> is translated into the English word "messengers" are Gen 32:3, Jos 6:17, Jud 11:12, ISa 25:42, 2Ki 14:8, 1Ch 14:1, Pr 17:11, Isa 14:32, Mal 2:7, for just some examples. The Greek word translated "angels" in Joh 1:51 has Strongs number <32>, and occurs in the Greek New Testament of the Holy Bible exactly 186 times, and 179 times is translated as "angle", and 7 times is translated as "messenger". Those 7 times are Mt 11:10, Mr 1:2, Lu 7:24, Lu 7:27, Lu 9:52, 2Co 12:7, Jas 2:25.

Notice that the example list of verses from the Old Testament where the Hebrew word for angle or messenger is translated messenger includes Jos 6:17. Jos 6:17 is where Rahab the harlot received the messenger-spies from historical Israel and protected them from the king of Jericho. The Greek word for angle or messenger appears in Jas 2:25, listed above as well. This verse is referencing that very same event in Joshua 6 where Rahab the harlot protected the messenger-spies from the king of Jericho. So the Greek New Testament word <32> used in Jas 2:25 can mean messenger exactly in the same manner as the Hebrew word <04397> does in the Old Testament, because these two scriptures from both the Old and New Testaments are discussing exactly the same event.

Now the scripture Joh 1:51 where Jesus is in effect interpreting Jacobs dream is clearly saying that either angles or messengers are ascending and descending upon Jesus, the Son of man. Now, notice that the word ascending occurs before descending in Joh 1:51 and in Gen 28:12. This very observation should tip our minds towards the interpretation that the Hebrew word <04397> in Jacobs dream in Gen 28:12 would have been better translated "messenger" than angle. Also, the same order of ascending before descending occurs in Joh 1:51 as well. Furthermore, we have a very important principle found in the following scripture:

1Co 15:21 For since by man came death, by man came also the resurrection of the dead.

This scripture is teaching that only a man could have taken away sins for men. Not an angle, not Jesus before he was incarnate, not even animals. This is the very point that Heb 10:1-14 is making, where we read:

Heb 10:1 For the law having a shadow of good things to come, *and* not the very image of the things, can never with those sacrifices which they offered year by year continually make the comers thereunto perfect.
2 For then would they not have ceased to be offered? because that the worshippers once purged should have had no more conscience of sins.
3 But in those *sacrifices there is* a remembrance again *made* of sins every year.
4 For *it is* not possible that the blood of bulls and of goats should take away sins.

100

5 Wherefore when he cometh into the world, he saith, Sacrifice and offering thou wouldest not, but a body hast thou prepared me:
6 In burnt offerings and *sacrifices* for sin thou hast had no pleasure.
7 Then said I, Lo, I come (in the volume of the book it is written of me,) to do thy will, O God.
8 Above when he said, Sacrifice and offering and burnt offerings and *offering* for sin thou wouldest not, neither hadst pleasure *therein*; which are offered by the law;
9 Then said he, Lo, I come to do thy will, O God. He taketh away the first, that he may establish the second.
10 By the which will we are sanctified through the offering of the body of Jesus Christ once *for all*.
11 And every priest standeth daily ministering and offering oftentimes the same sacrifices, which can never take away sins:
12 But this man, after he had offered one sacrifice for sins for ever, sat down on the right hand of God;
13 From henceforth expecting till his enemies be made his footstool.
14 For by one offering he hath perfected for ever them that are sanctified.

And notice in Joh 1:51 Jesus refers to himself as the "Son of Man", not the "Son of God". This is very important, because that term "Son of Man" is referring to the reality that Jesus had to be made a man in order to take away the sins of the elect, who are sons of Adam.

Hence, beyond doubt in Joh 1:51 Jesus is interpreting Jacobs dream in Gen 28:12 to point to the salvation program that Jesus is bringing to the human race to save the elect out of the human race. So, Joh 1:51 in the King James Bible would have been better translated to say something such as:

And he saith unto him, Verily, verily, I say unto you, Hereafter ye shall see heaven open, and the messengers of God ascending and descending upon the Son of man.

Where we understand that messengers is a reference to the elect who are saved by ascending to the kingdom of heaven using Jesus as his or her ladder, and consequently now are present in heaven, but than same believer is given the task by Jesus in the great commission of Mt 28: 18-20 of sharing the true Gospel to the world down here on earth by the authority of Jesus Christ; in that sense that saved elects descends upon that same ladder to go throughout the earth to preach the true Gospel.

This principle of ascending upon Jesus for access to heaven and descending to be thereby dispatched to send forth the Gospel are in view directly or indirectly in all of the scriptures referencing ascending and descending, quoted earlier above. That list of references quoted earlier above is Gen 28:12, Ps 139, Dan 7:13, Joh 1:51, 1Ti 3:16, Rom 10:6-8, and Eph 4: 7-13.

At this point we have discussed the interpretive relationship between Joh 1:51 and Gen 28:12. And, with that scripture-to-scripture relationship between Joh 1:51 and Gen 28:12 we see that the whole focus of Gen 28:12 and Joh 1:51 concerns becoming saved and then being deployed to send for the Gospel, the very same Gospel that just saved the

101

person—he or she is now asked to share it with others. This very same area of meaning, salvation and send forth the message, is also very prominent in the Rom 10:6-8 passage also listed above that includes the terminology of ascending and descending. To quote that passage again:

Rom 10: 6 But the righteousness which is of faith speaketh on this wise, Say not in thine heart, Who shall ascend into heaven? (that is, to bring Christ down *from above*)

7 Or, Who shall descend into the deep? (that is, to bring up Christ again from the dead.)

8 But what saith it? The word is nigh thee, *even* in thy mouth, and in thy heart: that is, the word of faith, which we preach;

Notice again we are talking about believing, as verse 8 where the term "word of faith" is used. This is the Gospel that saves people, and we preach it to bring forth that salvation. Even as Rom 10 goes on to say in verses 9-15, which read:

Rom 10: 9 That if thou shalt confess with thy mouth the Lord Jesus, and shalt believe in thine heart that God hath raised him from the dead, thou shalt be saved.

10 For with the heart man believeth unto righteousness; and with the mouth confession is made unto salvation.

11 For the scripture saith, Whosoever believeth on him shall not be ashamed.

12 For there is no difference between the Jew and the Greek: for the same Lord over all is rich unto all that call upon him.

13 For whosoever shall call upon the name of the Lord shall be saved.

14 How then shall they call on him in whom they have not believed? and how shall they believe in him of whom they have not heard? and how shall they hear without a preacher?

15 And how shall they preach, except they be sent? as it is written, How beautiful are the feet of them that preach the gospel of peace, and bring glad tidings of good things!

(By the way, this passage, Rom 10:10-13, is another passage that is quite poorly understood by the world of the apostate Christian church, where those people turn this passage into a magic rabbit's foot that if they rub it by saying the words "I believe in Jesus" and so confess Jesus with his or her mouth, then that person is supposedly saved, and so the apostate church thereby give to many people a false assurance that he or she is saved. This rabbit foot interpretation is a direct contradiction with 2Pe 1:10 which exhorts us to make our calling and election sure—in other words, it can not be as easy as rubbing a rabbit's foot or no such exhortation as found in 2Pe 1:10 would be necessary. In other words, the confession that Rom 10:9 is talking about must be consistent with 2Pe 1:10 so as to realize that that confession is itself a growing in an outworking of the fruits of the Spirit that all can see—a confession by life consistent with one's mouth, including the all important fruits of love and forgiveness and the humility of seeking forgiveness and mercy and justice between oneself and other people that puts on display the true Gospel that a person says he or she believes. And the concept of "calling upon the name of Jesus" is really the idea of hanging one's entire eternal destiny and present life as well onto Jesus, and trusting Jesus with such a life commitment and living accordingly—though we struggle with sin in our own life and in the life of others around us as we seek to make our calling and election sure.)

102

Notice in verses 14 and 15 above we have the concept of preaching the Gospel. So the concept of believing unto a living, true salvation in verses 9-13 is followed by verses 14-15 which are an exhortation to preach that message. Only, in verses 14-15 here we see the idea that we ought to be very thankful that God brought someone to us so that we had the opportunity to believe the truth.

Now, Rom 10:16-21, to be quoted below next, go on to the idea of only those people that God intends on believing will believe that message, since such believing involves a believing of the Word of God—and many have rejected the Word of God, except those to whom God's gives true faith as he or she hears the Word of God:

Rom 10:16 But they have not all obeyed the gospel. For Esaias saith, Lord, who hath believed our report?

17 So then faith *cometh* by hearing, and hearing by the word of God.

18 But I say, Have they not heard? Yes verily, their sound went into all the earth, and their words unto the ends of the world.

19 But I say, Did not Israel know? First Moses saith, I will provoke you to jealousy by *them that are* no people, *and* by a foolish nation I will anger you.

20 But Esaias is very bold, and saith, I was found of them that sought me not; I was made manifest unto them that asked not after me.

21 But to Israel he saith, All day long have I stretched forth my hands unto a disobedient and gainsaying people.

Verse 20 is really saying that the apostate church of the time of Jesus, national Israel, rejected the truth, but the outsider gentiles at that same time did believe the truth of the Gospel, and became saved. This historical meaning stems from a deep principle that is alive and operating today. Even today the apostate church surrounds the true believers, and those in the apostate church reject the truth that they supposedly believe. But the true believers believe it. In fact, the apostate church hates the true believers such that they push out the true believers by the many false doctrines that the apostate church brings to their message. The true believers are again the outsiders.

This principle of the true believers being the outsiders is emphasized in Heb 13:10-14:

Heb 13:10 We have an altar, whereof they have no right to eat which serve the tabernacle.

11 For the bodies of those beasts, whose blood is brought into the sanctuary by the high priest for sin, are burned without the camp.

12 Wherefore Jesus also, that he might sanctify the people with his own blood, suffered without the gate.

13 Let us go forth therefore unto him without the camp, bearing his reproach.

14 For here have we no continuing city, but we seek one to come.

This same principle of the true believers being outsiders is also reflected in Rev 11 itself. There, in Rev 11:9 we read:

103

Rev 11: 9 And they of the people and kindreds and tongues and nations shall see their dead bodies three days and an half, and shall not suffer their dead bodies to be put in graves.

Here, the spiritual idea of "graves" is exactly what Jesus was describing concerning the Pharisees in Mt 23, where we read:

Mt 23: 25 Woe unto you, scribes and Pharisees, hypocrites! for ye make clean the outside of the cup and of the platter, but within they are full of extortion and excess.
26 Thou blind Pharisee, cleanse first that *which is* within the cup and platter, that the outside of them may be clean also.
27 Woe unto you, scribes and Pharisees, hypocrites! for ye are like unto whited sepulchres, which indeed appear beautiful outward, but are within full of dead *men's* bones, and of all uncleanness.
28 Even so ye also outwardly appear righteous unto men, but within ye are full of hypocrisy and iniquity.
29 Woe unto you, scribes and Pharisees, hypocrites! because ye build the tombs of the prophets, and garnish the sepulchres of the righteous,
30 And say, If we had been in the days of our fathers, we would not have been partakers with them in the blood of the prophets.
31 Wherefore ye be witnesses unto yourselves, that ye are the children of them which killed the prophets.
32 Fill ye up then the measure of your fathers.
33 *Ye* serpents, ye generation of vipers, how can ye escape the damnation of hell?

Notice the hypocrisy being mentioned in verse 29, where the Pharisees are supposedly putting true believers into their tombs by garnishing those tombs (with flowers, or what every honor is in view), but in fact Jesus is saying that these Pharisees are the children of their fathers that killed the prophets. In other words, these Pharisees are hiding their murderous hearts by the hypocrisy of the outward act of tomb garnishing. In other words, since this act of tomb garnishing is a lying act of hypocrisy, then we may conclude that in fact that Pharisees would really, if we could see their hearts, not wish to have these killed prophets have the honor of a nice tomb. These Pharisees would rather like to see these prophets dishonored with their dead bodies on ground, and un-buried. This is one important detail, among other details, that Jesus exposes in Mt 23 concerning the hearts of the Pharisees.

And, as Mt 23:27 above says, these Pharisees are white washed tombs. These Pharisees are graves. They are filled with dead men's bones. The Pharisees are the leaders of the apostate church at the time of Jesus, and they are a picture of the apostate church for all time, including the end of time in which the entire remainder of the human race now lives.

So the graves being discussed in Rev 11:9 are really the apostate churches at the end of time, the time in which we all now live. And the idea that people of the world, as Rev 11:9 is really saying, would not allow (suffer means to allow) the two witnesses to be buried in graves is really saying that the true believers, with the doctrines that the true believers believe and with the opposing doctrines that the apostate churches believe,

104

could not allow these true believers into the churches. These true believers are too hated to allow them into the churches. So, to quote Rev 11:9 again, we read:

Rev 11: 9 And they of the people and kindreds and tongues and nations shall see their dead bodies three days and an half, and shall not suffer their dead bodies to be put in graves.

This death of the two witness is coincident with the silencing of the true Gospel that the Bible is speaking about in Re 12:3-7, where Jesus body, the Bride of Christ, returns to the dust in death per the curse on Adam in Gen 3:19—which curse Jesus must take upon himself in order to bring salvation to the elect—due to the infilling of the churches with unbelievers who are dust. As we read:

Ec 12: 3 In the day when the keepers of the house shall tremble, and the strong men shall bow themselves, and the grinders cease because they are few, and those that look out of the windows be darkened,
4 And the doors shall be shut in the streets, when the sound of the grinding is low, and he shall rise up at the voice of the bird, and all the daughters of musick shall be brought low;
5 Also *when* they shall be afraid of *that which* is high, and fears *shall be* in the way, and the almond tree shall flourish, and the grasshopper shall be a burden, and desire shall fail: because man goeth to his long home, and the mourners go about the streets:
6 Or ever the silver cord be loosed, or the golden bowl be broken, or the pitcher be broken at the fountain, or the wheel broken at the cistern.
7 Then shall the dust return to the earth as it was: and the spirit shall return unto God who gave it.

(Yet we also know that the Bible teaches that Jesus' body saw no corruption; that is a different picture, and that picture is really saying that Jesus will lose none of the elect; he will recover all as David did in 1Sa 30:8.)

We also see this same silencing of the true Gospel being mentioned in Isa 29:1-5, where we read:

Isa 29:1 ¶ Woe to Ariel, to Ariel, the city where David dwelt! add ye year to year; let them kill sacrifices.
2 Yet I will distress Ariel, and there shall be heaviness and sorrow: and it shall be unto me as Ariel.
3 And I will camp against thee round about, and will lay siege against thee with a mount, and I will raise forts against thee.
4 And thou shalt be brought down, *and* shalt speak out of the ground, and thy speech shall be low out of the dust, and thy voice shall be, as of one that hath a familiar spirit, out of the ground, and thy speech shall whisper out of the dust.
5 Moreover the multitude of thy strangers shall be like small dust, and the multitude of the terrible ones *shall be* as chaff that passeth away: yea, it shall be at an instant suddenly.

The idea of a "familiar spirit" in verse 4 is the idea of the unsaved ministers, who are servants of Satan, filling the pulpits of the world of Christianity throughout the world, and the dust in verses 4 and 5 being unsaved strangers who have filled the churches so as to cause this apostasy in the churches. The camp of the saints is surrounded with unsaved people as Rev 20:9 is saying:

Rev 20: 9 And they went up on the breadth of the earth, and compassed the camp of the saints about, and the beloved city: and fire came down from God out of heaven, and devoured them.

This same over-running of the church by unsaved people is mentioned in Hab 1:5-10, where we read:

Hab 1: 5 ¶ Behold ye among the heathen, and regard, and wonder marvellously: for I will work a work in your days, which ye will not believe, though it be told you.
6 For, lo, I raise up the Chaldeans, that bitter and hasty nation, which shall march through the breadth of the land, to possess the dwellingplaces that are not theirs.
7 They are terrible and dreadful: their judgment and their dignity shall proceed of themselves.
8 Their horses also are swifter than the leopards, and are more fierce than the evening wolves: and their horsemen shall spread themselves, and their horsemen shall come from far; they shall fly as the eagle that hasteth to eat.
9 They shall come all for violence: their faces shall sup up as the east wind, and they shall gather the captivity as the sand.
10 And they shall scoff at the kings, and the princes shall be a scorn unto them: they shall deride every strong hold; for they shall heap dust, and take it.

Heaping dust, as verse Hab 1:10 says, is filling the churches with unsaved people so as to consequently take over the churches. This is the work of Satan. And it is the effort of the unsaved of the world to get right with God, because even the unsaved of the world sense that we are near the end of time. So they are nabbing the magic rabbis foot of church attendance in a vain attempt to become saved before God comes back. This attempt is vain because these people have landed in apostate churches that are not preaching a true understanding of the Gospel. Yet, some of these people may see saving truth in the Bible, even though their ministers do not preach it very well or at all or even contradict it, and God can still save such people. We are entirely at the mercy of Almighty God as far as salvation goes. We can not contribute one iota to our own salvation. Let us beg God for mercy; perhaps he may hear us, though he is never obligated to do so, at least from our point of view, unless God gives to us a truly broken, contrite heart towards the truths of the Bible, and only those truths.

So the two witnesses are put to death in Rev 11:9 by unsaved people filling the apostate churches of the world, who will not let the two witnesses into their churches; these churches are graves filled with dead men's bones, the unsaved of the world. This is the body of Christ, his bride, returning to the dust, to fulfill the curse placed onto Adam in Gen 3:19 so that Jesus can take the curse from the elect. So the two witnesses must die in order to bring forth much fruit unto salvation and to thereby remove the curse of death

105

from the remaining of the elect who are to be saved out of the apostate churches of the world.

Our next verse on the topic of ascending and descending to become saved and to preach the true Gospel is 1Ti 3:16. There we read:

1Ti 3:16 And without controversy great is the mystery of godliness: God was manifest in the flesh, justified in the Spirit, seen of angels, preached unto the Gentiles, believed on in the world, received up into glory.

This verse is correctly understood by churches today, even apostate churches that nevertheless still believe in the deity of Jesus Christ, as talking about Jesus Christ himself as being God himself who took on the flesh of men so that he could die for the elect and eternally pay for the elect's sins, and then to go up to heaven (ascend) to preside over the sending forth of the true Gospel during the great commission over the last 2000 years.

But these same churches do not see the echoed spiritual meaning in 1Ti 3:16 that also appears in the body of Christ his flesh, the Bride of Christ, as that body takes up its cross and follows Jesus.

That echoed spiritual meaning is that "God was manifest in the flesh" is a reference to God the Holy Spirit infilling true believers and saving them—this is God in the flesh, the body of Christ, the Bride of Christ, bone of his bone and flesh of his flesh. "Justified in the Spirit" is referring to the work of the Holy Spirit as the Word of God is preached to bring forth spiritual life in the hearts of people that God would cause to believe. "Seen of angles" is referring to true believers, messengers (or "angles"), witnessing the salvation of the Gospel in others. "Preached unto the Gentiles" is again referring to the sending forth of the Gospel to the world, as well as the subsequent phrase "believed on in the world". Finally, with all these phrases referring to believing and salvation, the last phrase is no exception. That last phrase is "received up into glory". That last phrase is also talking about ascending to the kingdom of heaven, as Jacob's ladder is picturing, and so is talking about salvation.

Our list of scriptures on ascending and descending, to re-state, are Gen 28:12, Ps 139, Dan 7:13, Joh 1: 51, 1Ti 3:16, Rom 10:6-8, and Eph 4: 7-13. We have covered so far Gen 28:12, Joh 1:51, Rom 10:6-8, and 1Ti 3:16. Now let us consider Eph 4:7-13, which says:

Eph 4: 7 But unto every one of us is given grace according to the measure of the gift of Christ.
8 Wherefore he saith, When he ascended up on high, he led captivity captive, and gave gifts unto men.
9 (Now that he ascended, what is it but that he also descended first into the lower parts of the earth?
10 He that descended is the same also that ascended up far above all heavens, that he might fill all things.)
11 And he gave some, apostles; and some, prophets; and some, evangelists; and some, pastors and teachers;

106

107

12 For the perfecting of the saints, for the work of the ministry, for the edifying of the body of Christ;

13 Till we all come in the unity of the faith, and of the knowledge of the Son of God, unto a perfect man, unto the measure of the stature of the fulness of Christ:

Notice that here in Eph 4:9 we have descending first before ascending, but that ascending is mentioned in verse 8 before descending as it were understood. Verse 8 is talking about Jesus who ascended (really), we have Acts 1 in view) and who led captivity captive (those held by Satan in Satan's kingdom) into the captivity of God, into the kingdom of heaven, and out of Satan's kingdom. This is the idea of Jesus leading captivity captive. Then in verse 9 we read of the first requirement that before people may ascend with Jesus into the kingdom of heaven, first Jesus must have descended into the lower parts of the earth, as that verse reads. The spiritual meaning of the word "earth" is to be understood as a reference to the hearts of the elect. In order to enter into the hearts of the elect, Jesus had to take on those sins within those hearts, and only those hearts—again, limited atonement—Jesus never enters into the hearts of the non-elect, and so never takes on the sins of the non-elect. Now, traditionally, people have understood the term "lower parts of the earth" to refer to hell. The ancient statement called the "Apostle's Creed" includes the following lines:

...Suffered under Pontius Pilate; was crucified, dead, and buried; he (Jesus) descended into hell; The third day he rose again from the dead; He ascended into heaven, and sitteth at the right hand of God the Father Almighty;...

Notice how the believers of many many years ago that wrote the Apostle's Creed said that Jesus descended into hell. They are correct, but they may not have fully understood that that hell was to enter into the hearts of the elect to take on the sins of the elect in order to pay for those sins. The church's understanding of the Word of God deepens over time, but also waxes and wanes with the coming and going of apostasy here and there over time. Though, now we live at the end of time where the apostasy is like a human who has had numerous sicknesses over his or her lifetime, and at some of the times of those sicknesses may have thought that he or she were going to die, but never did die; but finally comes down with the final sickness that leads to death. Well, likewise with the end of time and the church. This apostasy is the final sickness that the church is dying with as the church returns to the dust as the unbelievers, who are dust, enter into the church and over take it and destroy it.

Anyway, for Jesus to pay for the sins of the elect, God had to judge the hearts of the elect so as to put every sin found in the hearts of each of the elect onto Jesus so that Jesus could pay for every sin. Mt 15:19 and Mt 7:21 make clear that sin is from the heart. Pr 15:11 further below makes clear that God draws a parallel between hell and the hearts of men, and Jer 17:10 makes clear that judgment day is patterned after the sins found in the hearts of men, to judge man according to what they deserve.

Mt 15:19 For out of the heart proceed evil thoughts, murders, adulteries, fornications, thefts, false witness, blasphemies:

108

Mt 7:21 For from within, out of the heart of men, proceed evil thoughts, adulteries, fornications, murders.

Pr 15:11 Hell and destruction are before the LORD: how much more then the hearts of the children of men?

Jer 17:10 I the LORD search the heart, I try the reins, even to give every man according to his ways, and according to the fruit of his doings.

Hence, hell is patterned after the sins of men found in the hearts of men. In other words, the heart of a man is the descriptive pattern according to which God will define appropriate sufferings in hell or the lake of fire for eternity for that man which God puts into hell, per the exact sinful details of that man's heart. That hell bound man's hypocrisy and hatred and failure to love God and others will come against that man for eternity, in strict accordance to that man's sins of his heart. God sees all and will judge all, even each and every one of the thoughts of men's hearts, in full detail.

Notice how Jas 3:6 reads:

Jas 3:6 And the tongue is a fire, a world of iniquity: so is the tongue among our members, that it defileth the whole body, and setteth on fire the course of nature; and it is set on fire of hell.

So from Jas 3:6 we see that the tongue is set on fire of hell. But we elsewhere read that out of the hearts of men we have what men say—that is, their tongues are directed by their hearts:

Mt 12:34 O generation of vipers, how can ye, being evil, speak good things? for out of the abundance of the heart the mouth speaketh.

Lu 6:45 A good man out of the good treasure of his heart bringeth forth that which is good; and an evil man out of the evil treasure of his heart bringeth forth that which is evil: for of the abundance of the heart his mouth speaketh.

Isa 32:6 For the vile person will speak villany, and his heart will work iniquity, to practise hypocrisy, and to utter error against the LORD, to make empty the soul of the hungry, and he will cause the drink of the thirsty to fail.

Consequently, when we put Jas 3:6 together with Mt 12:34, Lu 6:45, and Isa 32:6, we see by the integrity of the Word of God that the tongue is set from hell, as well as from a man's heart. Hence, men's hearts are a description of hell, the very hell that men will suffer eternally if they die unsaved. Have you ever had a wicked, angry thought against another? Have you ever hated another, especially unjustly? Well, if you ever had such thoughts, and if you die unsaved, God will make you the recipient of such thoughts as God sees to it that you are judged for eternity in hell. Our thoughts are not free. We get away with nothing with God. He sees all and judges all, even the details of our hearts.

Now, the Bible also likens men's hearts to the earth. That is why we read:

109

Mt 13:1 ¶ The same day went Jesus out of the house, and sat by the sea side.
2 And great multitudes were gathered together unto him, so that he went into a ship, and sat; and the whole multitude stood on the shore.
3 And he spake many things unto them in parables, saying, Behold, a sower went forth to sow;
4 And when he sowed, some *seeds* fell by the way side, and the fowls came and devoured them up:
5 Some fell upon stony places, where they had not much earth: and forthwith they sprung up, because they had no deepness of earth:
6 And when the sun was up, they were scorched; and because they had no root, they withered away.
7 And some fell among thorns; and the thorns sprung up, and choked them:
8 But other fell into good ground, and brought forth fruit, some an hundredfold, some sixtyfold, some thirtyfold.
9 Who hath ears to hear, let him hear.
10 And the disciples came, and said unto him, Why speakest thou unto them in parables?
11 He answered and said unto them, Because it is given unto you to know the mysteries of the kingdom of heaven, but to them it is not given.
12 For whosoever hath, to him shall be given, and he shall have more abundance: but whosoever hath not, from him shall be taken away even that he hath.
13 Therefore speak I to them in parables: because they seeing see not; and hearing they hear not, neither do they understand.
14 And in them is fulfilled the prophecy of Esaias, which saith, By hearing ye shall hear, and shall not understand; and seeing ye shall see, and shall not perceive:
15 For this people's heart is waxed gross, and *their* ears are dull of hearing, and their eyes they have closed; lest at any time they should see with *their* eyes, and hear with *their* ears, and should understand with *their* heart, and should be converted, and I should heal them.
16 But blessed *are* your eyes, for they see: and your ears, for they hear.
17 For verily I say unto you, That many prophets and righteous *men* have desired to see *those things* which ye see, and have not seen *them*; and to hear *those things* which ye hear, and have not heard *them*.
18 ¶ Hear ye therefore the parable of the sower.
19 When any one heareth the word of the kingdom, and understandeth *it* not, then cometh the wicked *one*, and catcheth away that which was sown in his heart. This is he which received seed by the way side.
20 But he that received the seed into stony places, the same is he that heareth the word, and anon with joy receiveth it;
21 Yet hath he not root in himself, but dureth for a while: for when tribulation or persecution ariseth because of the word, by and by he is offended.
22 He also that received seed among the thorns is he that heareth the word; and the care of this world, and the deceitfulness of riches, choke the word, and he becometh unfruitful.
23 But he that received seed into the good ground is he that heareth the word, and understandeth *it*; which also beareth fruit, and bringeth forth, some an hundredfold, some sixty, some thirty.

110

Lu 8: 4 ¶ And when much people were gathered together, and were come to him out of every city, he spake by a parable:
5 A sower went out to sow his seed: and as he sowed, some fell by the way side; and it was trodden down, and the fowls of the air devoured it.
6 And some fell upon a rock; and as soon as it was sprung up, it withered away, because it lacked moisture.
7 And some fell among thorns; and the thorns sprang up with it, and choked it.
8 And other fell on good ground, and sprang up, and bare fruit an hundredfold. And when he had said these things, he cried, He that hath ears to hear, let him hear.
9 And his disciples asked him, saying, What might this parable be?
10 And he said, Unto you it is given to know the mysteries of the kingdom of God: but to others in parables; that seeing they might not see, and hearing they might not understand.
11 Now the parable is this: The seed is the word of God.
12 Those by the way side are they that hear; then cometh the devil, and taketh away the word out of their hearts, lest they should believe and be saved.
13 They on the rock *are they*, which, when they hear, receive the word with joy; and these have no root, which for a while believe, and in time of temptation fall away.
14 And that which fell among thorns are they, which, when they have heard, go forth, and are choked with cares and riches and pleasures of *this* life, and bring no fruit to perfection.
15 But that on the good ground are they, which in an honest and good heart, having heard the word, keep *it*, and bring forth fruit with patience

These two accounts of the parable of the sower that Jesus told make clear that the hearts of men are likened to ground or earth. And the seed being sown is the Word of God, as Lu 8:11 says. Furthermore, the Word of God is Jesus, who is the Word made flesh. We must hear and believe his message in our hearts, even as Jesus in so entering our hearts takes upon himself our sins also found in our hearts. This is the double imputation. Jesus takes on our sins (our sins are imputed to Jesus), and he teaches us his righteousness by his Word (his righteousness is imputed to us, before God, and throughout our life as we grow in grace unto sanctification by the Word of God, the Bible, in our life).

So our hearts are the hell that Jesus has to descend into to get to know us intimately and to take on all our sins, in every detail. This is why we read that Jesus within the Godhead (or trinity), who is nevertheless one God (which we do not understand, but which we must believe), knows good and evil, as Gen 3:22 says:

Gen 3:22 ¶ And the LORD God said, Behold, the man is become as one of us, to know good and evil: and now, lest he put forth his hand, and take also of the tree of life, and eat, and live for ever:

Jesus from before the foundation of the earth already knew good and evil because he is the Lamb slain from before the foundation of the world, as we read:

1Pe 1:19 But with the precious blood of Christ, as of a lamb without blemish and without spot:

111

20 Who verily was foreordained before the foundation of the world, but was manifest in these last times for you,

Re 13:8 And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the Lamb slain from the foundation of the world.

Now the passage that we are now discussing in regards to ascending and descending is Eph 4:7-13, which to repeat, says:

Eph 4:7 But unto every one of us is given grace according to the measure of the gift of Christ.
8 Wherefore he saith, When he ascended up on high, he led captivity captive, and gave gifts unto men.
9 (Now that he ascended, what is it but that he also descended first into the lower parts of the earth?
10 He that descended is the same also that ascended up far above all heavens, that he might fill all things.)
11 And he gave some, apostles; and some, prophets; and some, evangelists; and some, pastors and teachers;
12 For the perfecting of the saints, for the work of the ministry, for the edifying of the body of Christ:
13 Till we all come in the unity of the faith, and of the knowledge of the Son of God, unto a perfect man, unto the measure of the stature of the fulness of Christ:

Verse 9 concerning the word "descending" is what we have been discussing as we have been exploring the work of Jesus paying for the sins of the elect found within the hearts of the elect. (How could Jesus pay for anything else except for the sins of the elect?) Jesus declares in Mt 7:23 "And then will I profess unto them, I never knew you: depart from me, ye that work iniquity.", which when he says "I never knew you" really means that he never entered into the hearts of the non-elect to know them intimately and to thereby take on the sins of the non-elect. Hence, unlimited atonement is non-sense. Jesus never knew the non-elect because he never entered their hearts nor did he ever take on their sins. Limited atonement, where Jesus paid only for the sins of his Bride, whose heart he does know intimately because he is married to her, is the only sensible conclusion. And did you know that the word "know", as Jesus used that word in Mt 7:23, has an important sexual connotation in the Holy Bible. Consider Gen 4:1, which says "And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD.")

Verse 10 of Eph 4 above goes on to discuss ascending. The idea is that Jesus is ascended into heaven, and has sent the Holy Spirit to give gifts to the body of Christ to build up the body of Christ that all the elect might be found and saved. That is the point of verses 11 through 12. So, again, we see that ascending and descending has to do with the work of Jesus to bring salvation and the sending forth of the true Gospel.

Our next passage to consider on ascending and descending is Ps 139, which says:

---

112

Ps 139: 1 ¶ <<To the chief Musician, A Psalm of David>> O LORD, thou hast searched me, and known me.
2 Thou knowest my downsitting and mine uprising, thou understandest my thought afar off.
3 Thou compassest my path and my lying down, and art acquainted with all my ways.
4 For there is not a word in my tongue, but, lo, O LORD, thou knowest it altogether.
5 Thou hast beset me behind and before, and laid thine hand upon me.
6 Such knowledge is too wonderful for me: it is high, I cannot attain unto it.
7 ¶ Whither shall I go from thy spirit? or whither shall I flee from thy presence?
8 If I ascend up into heaven, thou art there: if I make my bed in hell, behold, thou art there.
9 If I take the wings of the morning, and dwell in the uttermost parts of the sea;
10 Even there shall thy hand lead me, and thy right hand shall hold me.
11 If I say, Surely the darkness shall cover me; even the night shall be light about me.
12 Yea, the darkness hideth not from thee; but the night shineth as the day: the darkness and the light are both alike to thee.
13 For thou hast possessed my reins: thou hast covered me in my mother's womb.
14 I will praise thee; for I am fearfully and wonderfully made: marvellous are thy works; and that my soul knoweth right well.
15 My substance was not hid from thee, when I was made in secret, and curiously wrought in the lowest parts of the earth.
16 Thine eyes did see my substance, yet being unperfect; and in thy book all my members were written, which in continuance were fashioned, when as yet there was none of them.
17 How precious also are thy thoughts unto me, O God! how great is the sum of them!
18 If I should count them, they are more in number than the sand: when I awake, I am still with thee.
19 Surely thou wilt slay the wicked, O God: depart from me therefore, ye bloody men.
20 For they speak against thee wickedly, and thine enemies take thy name in vain.
21 Do not I hate them, O LORD, that hate thee? and am not I grieved with those that rise up against thee?
22 I hate them with perfect hatred: I count them mine enemies.
23 Search me, O God, and know my heart: try me, and know my thoughts:
24 And see if there be any wicked way in me, and lead me in the way everlasting.

Psalm 139 is very richly related to the overall topic of this paper. We will see as we discuss this Psalm.

First of all, notice in verse 1 the word "known". There the author to this Psalm, which is King David, is saying that God has searched King David in some way, and consequently has come to know him. King David is clearly talking about God knowing his heart, heart, see verse 23 says "Search me, O God, and know my heart: try me, and know my thoughts". That word "known", in verse 1 is in fact the Hebrew word with Strong's number <03045>, and is the very same Hebrew word <03045> translated into the English word "know" in Gen 4:1, where we read:

Gen 4: 1 ¶ And Adam knew Eve his wife; and she conceived, and bare Cain, and said, I have gotten a man from the LORD.

113

Here the word <03045> for "know" is clearly used to refer to sexual intercourse between Adam and Eve when Adam fathered the first child of the human race, Cain. Adam is being said to have gotten to "know" Eve by entering her sexually for the first time. Furthermore, we read again in verse 25 of Gen 4 that Adam knew his wife again, were Adam fathered Seth. As we read:

Gen 4:25 ¶ And Adam knew his wife again; and she bare a son, and called his name Seth: For God, said she, hath appointed me another seed instead of Abel, whom Cain slew.

So each time Adam had sexual intercourse with Eve, the proper Biblical term, as God sees fit in the text, is the word translated "know" into the English.

Really, we are talking about the very essence spiritually of the requirement that Jesus Christ take on the sins of his bride, and to do so Jesus has to know her heart intimately. And her heart is from where her sins come, as Mt 15:19 and Mr 7:21 teach. So Jesus had to know her sins in order to know her heart. Now, this speaks of great love; because, for one to know everything that is wrong with a person even at the heart level and to still love that person is very great love in deed. Is not this word "know" amazing? We have wrapped into this one word the concept of sins; the concept of sexual love; and the concept of intimate heart knowledge that is the essence of two spouses who really understand each other's hearts. It is all together the concept of marriage between Jesus Christ and his Bride. You may not see these things yet, but consider both verses 23 and 24 of Ps 139 quoted above. To quote those two verses together we have:

Ps 139:23 Search me, O God, and know my heart: try me, and know my thoughts:
24 And see if there be any wicked way in me, and lead me in the way everlasting.

Notice that verse 23 again includes the word "know", and again that is translated from our same Hebrew word <03045> for "know". Here in verse 23 King David is speaking in prayer to God that God would become closer to David by knowing every thought of David's heart. David's motivation for speaking this way is revealed in the next verse, verse 24, which requests of God that God would find any sin in David's heart and to thereby encourage David in a more sure repentance towards everlasting life. This is the prayer of a believer desiring closer heart intimacy with his savior, Almighty God, and to have that closer heart intimacy David knows that the sins of his heart that cause separation between himself and Almighty God must be dealt with by God, almost surely with David being brought to acknowledge those particular sins at least to God, and perhaps also to others against whom David may have sinned. Verses 23 and 24 of Psalm 139 are really another way of saying the same thing that we read in 1Joh 1:5-10 which says:

1Joh 1:5 ¶ This then is the message which we have heard of him, and declare unto you, that God is light, and in him is no darkness at all.
6 If we say that we have fellowship with him, and walk in darkness, we lie, and do not the truth:
7 But if we walk in the light, as he is in the light, we have fellowship one with another, and the blood of Jesus Christ his Son cleanseth us from all sin.

114

8 ¶ If we say that we have no sin, we deceive ourselves, and the truth is not in us.
9 If we confess our sins, he is faithful and just to forgive us our sins, and to cleanse us from all unrighteousness.
10 If we say that we have not sinned, we make him a liar, and his word is not in us.

Notice in 1Joh 1:5 the word "light". You see, in Ps 139 verses 23 and 24 King David is really praying for the light of God to expose the sins of his heart so that he may have a close, intimate relationship and deep fellowship with Almighty God. King David is described by God as "I have found David the son of Jesse, a man after mine own heart" as Acts 13:22 says. In order for David to get close to God as David desired to do, David knew that he needed God to be the power within him to deal with the sins of his heart. We can not be close to God if we cherish sin in our hearts. God hates sin.

So, we are seeing this characteristic of King David as he is pursuing God's heart by praying in Ps 139 that God expose his sins so that King David may be closer to God's heart, and not have that separation between him and God, his beloved savior. In effect, David is learning to hate sin as God sanctifies David's heart and life.

Is that not what 1Joh 1:5-10 is speaking of? 1Joh 1:5-10 is speaking of the fact that God is light—consequently the light of God exposes our sins—and that to have fellowship with God we need God to draw us to him in such a way that we are honest with God and others concerning our sins. If you think that 1Joh 1:5-10 is only talking about honesty between a human and God alone, why then do we find in 1Joh 1:5-10 language that talks about "fellowship one with another" as 1Joh 1:7 speaks? The Bride of Christ can not be close with God unless it is also close within the members of the Bride. We are not to lie to one another, because we are one with each other because we are each members of the same body of Christ, his bride. This is what Eph 4:25 says:

Eph 4:25 Wherefore putting away lying, speak every man truth with his neighbour: for we are members one of another.

See, 1Joh 1:10 is talking about making God a liar by saying that we have not sinned. The truth is, when we make God a liar by saying that we have not sinned, we are in fact the liar, and not God. As the Bible says in Rom 3:4: "…let God be true, but every man a liar …"

God wants truth within our hearts. That is the point of 1Joh 1:8 where it says the "… truth is not in us". There are true men, and there are liars. True men are always working on being more and more close to the heart of God in the light of the Gospel and Law of God, the Bible. This closeness is impeded or even made impossible if we cling to sin within our hearts. We can not make our calling and election sure if we cling to serious sin. This is the point made by James 4:6-10, where we read:

Jas 4:6 But he giveth more grace. Wherefore he saith, God resisteth the proud, but giveth grace unto the humble.
7 Submit yourselves therefore to God. Resist the devil, and he will flee from you.

8 Draw nigh to God, and he will draw nigh to you. Cleanse *your* hands, *ye* sinners; and purify *your* hearts, *ye* double minded.
9 Be afflicted, and mourn, and weep: let your laughter be turned to mourning, and *your* joy to heaviness.
10 Humble yourselves in the sight of the Lord, and he shall lift you up.

How can we be cleansed of our sins as Jas 4:9 is speaking unless we obey 1Joh 1:9 that says "If we confess our sins, he is faithful and just to forgive us *our* sins, and to cleanse us from all unrighteousness."?

Do we need to confess our sins only to God, or are there times when we need to confess our sins to other believers that other believers may pray for us? What does Jas 5:16 say?:

Jas 5:16 Confess *your* faults one to another, and pray one for another, that ye may be healed. The effectual fervent prayer of a righteous man availeth much.

This confession to God and sometimes to other believers as well is necessary to restore oneness with God and oneness with other believers in the body of Christ.

So Ps 139 is clearly talking about pursuing greater oneness with God as the Psalmist asks God to examine his heart and see if there be any wicked way in his heart, and that the Psalmist is desiring to make his calling and election sure, as Ps 139:24 says:

Ps 139: 24 And see if *there be any* wicked way in me, and lead me in the way everlasting.

See how the Psalmist mentions "lead me in the way everlasting"? That is a direct reference to the Psalmist's concern that he make is calling and election sure; he wants God to examine his heart because he wants eternal life. He does not want anything less; he fears God and is seeking to work out his salvation with fear and trembling, as Php 2:12 says:

Php 2:12 ¶ Wherefore, my beloved, as ye have always obeyed, not as in my presence only, but now much more in my absence, work out your own salvation with fear and trembling.
13 For it is God which worketh in you both to will and to do of *his* good pleasure.

The author of Php 2:12-13 is saying that God is working within our hearts, as Php 2:13 is clearing implying, to help us make our calling and election sure in everything we do in life, and we fear to oppose or resist God in this process. To pursue sin is to resist God.

So the implied reference to hearts in Php 2:13, and the direct reference to hearts in Ps 139:23 are really on exactly the same truth. It is the truth of how God works in the hearts of people to bring about increased obedience and love for truth. It is all about increasing obedience and sanctification from the heart to thereby give greater closeness and fellowship with the heart of God and the heart of other believers and our heart. It is about truth and honesty and a love and hungering and thirsting for righteousness in our hearts and in our lives. As Ps 51:1-12 says:

Ps 51: 1 ¶ <<To the chief Musician, A Psalm of David, when Nathan the prophet came unto him, after he had gone in to Bathsheba.>> Have mercy upon me, O God, according to thy lovingkindness: according unto the multitude of thy tender mercies blot out my transgressions.
2 Wash me throughly from mine iniquity, and cleanse me from my sin.
3 For I acknowledge my transgressions: and my sin *is* ever before me.
4 Against thee, thee only, have I sinned, and done *this* evil in thy sight: that thou mightest be justified when thou speakest, *and* be clear when thou judgest.
5 Behold, I was shapen in iniquity; and in sin did my mother conceive me.
6 Behold, thou desirest truth in the inward parts: and in the hidden *part* thou shalt make me to know wisdom.
7 ¶ Purge me with hyssop, and I shall be clean: wash me, and I shall be whiter than snow.
8 Make me to hear joy and gladness; *that* the bones *which* thou hast broken may rejoice.
9 Hide thy face from my sins, and blot out all mine iniquities.
10 Create in me a clean heart, O God; and renew a right spirit within me.
11 Cast me not away from thy presence; and take not thy holy spirit from me.
12 Restore unto me the joy of thy salvation; and uphold me *with thy* free spirit.

Remember, our present topic of discussion is on ascending and descending, and we are discussing Ps 139 along these lines. Ps 139 has many more important and relevant features that must be mentioned in this context of ascending and descending. To quote Ps 139 again, we read:

Ps 139: 1 ¶ <<To the chief Musician, A Psalm of David.>> O LORD, thou hast searched me, and known *me*.
2 Thou knowest my downsitting and mine uprising, thou understandest my thought afar off.
3 Thou compassest my path and my lying down, and art acquainted *with* all my ways.
4 For *there is* not a word in my tongue, *but*, lo, O LORD, thou knowest it altogether.
5 Thou hast beset me behind and before, and laid thine hand upon me.
6 *Such* knowledge *is* too wonderful for me; it is high, I cannot *attain* unto it.
7 ¶ Whither shall I go from thy spirit? or whither shall I flee from thy presence?
8 If I ascend up into heaven, thou *art* there: if I make my bed in hell, behold, thou *art there*.
9 *If* I take the wings of the morning, *and* dwell in the uttermost parts of the sea;
10 Even there shall thy hand lead me, and thy right hand shall hold me.
11 If I say, Surely the darkness shall cover me; even the night shall be light about me.
12 Yea, the darkness hideth not from thee; but the night shineth as the day: the darkness and the light *are* both alike *to thee*.
13 For thou hast possessed my reins: thou hast covered me in my mother's womb.
14 I will praise thee; for I am fearfully *and* wonderfully made: marvellous *are* thy works; and *that* my soul knoweth right well.
15 My substance was not hid from thee, when I was made in secret, *and* curiously wrought in the lowest parts of the earth.
16 Thine eyes did see my substance, yet being unperfect; and in thy book all *my members* were written, *which* in continuance were fashioned, when *as yet there was* none of them.

117

17 ¶ How precious also are thy thoughts unto me, O God! how great is the sum of them!
18 If I should count them, they are more in number than the sand: when I awake, I am still with thee.
19 Surely thou wilt slay the wicked, O God: depart from me therefore, ye bloody men.
20 For they speak against thee wickedly, and thine enemies take thy name in vain.
21 Do not I hate them, O LORD, that hate thee? and am not I grieved with those that rise up against thee?
22 I hate them with perfect hatred: I count them mine enemies.
23 Search me, O God, and know my heart: try me, and know my thoughts:
24 And see if there be any wicked way in me, and lead me in the way everlasting.

Notice in verse 4 we read there of the tongue. In verse 4 of Ps 139 God says that whatever word one is about to speak, God already knows ahead of time what we are about to speak. And, since the tongue talks from the heart, as Mt 12:34 says:

Mt 12:34 O generation of vipers, how can ye, being evil, speak good things? for out of the abundance of the heart the mouth speaketh.

Then clearly Ps 139:4 is clearly teaching that God see everything in our heart. Again, this is consistent with Ps 139:23-24 where the Psalmist is asking God to examine his heart. What good is an examination if God can not see to do the examination? But, God can see everything in our heart, and consequently God is highly qualified to examine our hearts. So the prayer of the Psalmist in Ps 139:23-24 is very sound and valid and correct, and verse 4 of Ps 139 just reinforces this truth.

Notice the reference to the womb and the work of God as God creates life in the womb in Ps 139:13-16:

Ps 139. 13 For thou hast possessed my reins: thou hast covered me in my mother's womb.
14 I will praise thee; for I am fearfully and wonderfully made: marvellous are thy works; and that my soul knoweth right well.
15 My substance was not hid from thee, when I was made in secret, and curiously wrought in the lowest parts of the earth.
16 Thine eyes did see my substance, yet being unperfect; and in thy book all my members were written, which in continuance were fashioned, when as yet there was none of them.

See in verse 15 of Ps 139 that God sees our "substance", as verse 15 puts it, even when we are made in the lowest parts of the earth. This word "earth" is a spiritual reference to the heart, as in the parable of the sower where hearts are likened to ground. Here in verse Ps 139:13-16 God is really teaching the spiritual equivalence of the womb and the heart. The womb is where the seed of copulation of a man enters a woman, which is a picture of the seed which is the Word of God that enters the hearts of men. In both cases the seed creates life if God blesses to that outcome. And if the child comes to full term and is born, that is a picture of being born again spiritually. That is a major point of the parable of the sower, where we read:

118

Mt 13: 18 Hear ye therefore the parable of the sower.
19 When any one heareth the word of the kingdom, and understandeth it not, then cometh the wicked one, and catcheth away that which was sown in his heart. This is he which received seed by the way side.
20 But he that received the seed into stony places, the same is he that heareth the word, and anon with joy receiveth it;
21 Yet hath he not root in himself, but dureth for a while: for when tribulation or persecution ariseth because of the word, by and by he is offended.
22 He also that received seed among the thorns is he that heareth the word; and the care of this world, and the deceitfulness of riches, choke the word, and he becometh unfruitful.
23 But he that received seed into the good ground is he that heareth the word, and understandeth it; which also beareth fruit, and bringeth forth, some an hundredfold, some sixty, some thirty.

We see the seed failing to come to term in verse 19. We see the seed failing to come to term in verses 20-21. We see the seed failing to come to term in verse 22. Only in verse 23 does the seed come to term and produce a born again life. This work of God the Father in the womb (womb is spiritually equivalent to heart) is what Jesus was speaking of in Joh 6:44, where we read:

Joh 6: 44 No man can come to me, except the Father which hath sent me draw him: and I will raise him up at the last day.

God creates life in the heart of a person that God draws to salvation and belief in the true Gospel. This is what Jesus is saying in Joh 6:28-37, which says:

Joh 6: 28 ¶ Then said they unto him. What shall we do, that we might work the works of God?
29 Jesus answered and said unto them, This is the work of God, that ye believe on him whom he hath sent.
30 They said therefore unto him, What sign shewest thou then, that we may see, and believe thee? what dost thou work?
31 Our fathers did eat manna in the desert; as it is written, He gave them bread from heaven to eat.
32 Then Jesus said unto them, Verily, verily, I say unto you, Moses gave you not that bread from heaven; but my Father giveth you the true bread from heaven.
33 For the bread of God is he which cometh down from heaven, and giveth life unto the world.
34 Then said they unto him, Lord, evermore give us this bread.
35 And Jesus said unto them, I am the bread of life: he that cometh to me shall never hunger; and he that believeth on me shall never thirst.
36 But I said unto you, That ye also have seen me, and believe not.
37 All that the Father giveth me shall come to me; and him that cometh to me I will in no wise cast out.

Notice that Jesus is the true manna, as the above passage in Joh 6 is saying, and the Father does the drawing, as verse 37 is implying, and causes us to believe, as verse 29 is

119

saying. This reference to manna is very important in relation to Ps 139 and the reference there to the womb.

To understand the relationship between manna and the womb, we need to compare Lev 15:16 with Ex 16:14. And we need to see the Hebrew words involved, so the Strongs numbers for those corresponding Hebrew words will be included. So, Lev 15:16 with the Strongs numbers showing says:

Lev 15:16 And if any man's <0376> seed <02233> of copulation <07902> go out <0311B> (8799) from him, then he shall wash <07364> (8804) all his flesh <01320> in water <04325>, and be unclean <02930> (8804) until the even <06153>.

And Ex 16:14:

Ex 16:14 And when the dew <02919> that lay <07902> was gone up <05927> (8799), behold, upon the face <06440> of the wilderness <04057> there lay a small <01851> round thing <02636> (8794), as small <01851> as the hoar frost <03713> on the ground <0776>.

Notice that in Lev 15:16 we have the English phrase "of copulation" representing the Hebrew word <07902>. That word <07902> in the Hebrew occurs only 9 times in the entire Old Testament Hebrew of the entire Holy Bible. In three of those occurrences it is translated "copulation". Those three occurrences are in Lev 15:16-18. In two other occurrences it is translated "carnally", those occurrences are in Lev 19:20 and Nu 5:13. In one occurrence <07902> is translated "from him", also a sexual reference. Two more references are Ex 16:13 and Ex 16:14 where it is translated into the English word "lay", and refers to the manna laying on the ground. That makes for a total of eight out of nine references. In Lev 15:32 the Hebrew word <07902> is not translated into the English at all, but if you look at that verse, it is clearly making a sexual reference. That covers all nine references to the Hebrew word <07902>. In 7 out of 9 of those references the context is sexual. Only in the two references of Ex 16:13-14 does there appear no obvious sexual reference. But because 7 out of 9 of those references are sexual, and because Ex 16:13-14 talk about the manna laying on the "ground", as those verses read:

Ex 16:14 And when the dew <02919> that lay <07902> was gone up <05927> (8799), behold, upon the face <06440> of the wilderness <04057> there lay a small <01851> round thing <02636> (8794), as small <01851> as the hoar frost <03713> on the ground <0776>

15 And when the children <01121> of Israel <03478> saw <07200> it, they said <0559> (8799) one <0376> to another <0251>, It is manna <04478>: for they wist <03045> (8804) not what it was. And Moses <04872> said <0559> (8799) unto them, This is the bread <03899> which the LORD <03068> hath given <05414> (8804) you to eat <0402>.

Because of the parable of the sower in Mt 13, where the Word of God was sown onto the ground, as a farmer is known to do, the idea of the seed of copulation—where <07902> is taken to mean copulation as in Lev 15:16—we see the powerful spiritual meaning that the laying of the manna on the ground is a picture of the Word of God as the

120

seed of copulation enters a woman's womb to give life. Jesus in Joh 6:28-37 is spiritually saying that he himself is the seed of copulation that gives life that makes men born again, this is what Jesus is saying when he says that he is the true manna from heaven. That true manna from heaven comes to rest or is sown onto the hearts of men, and men are to believe that word unto salvation. This is the idea of the womb in Ps 139. This is why Ps 139 is talking about both the heart and the womb; the heart and the womb are spiritually synonyms of each other. In Ps 139 God sees equally well into either, and in either God creates life. In the literal womb God creates human life and a physical birth. And in the heart God creates spiritual life and a spiritual birth. As Jesus said in Joh 3:6:

Joh 3:6 That which is born of the flesh is flesh; and that which is born of the Spirit is spirit.

So, we should not be surprised that the word womb means the heart when the womb is being considered as a picture of the receptacle of the true manna or true seed of copulation, which is Jesus Christ, the Word made flesh, and the Word of God.

Since we are considering the phrase ascending and descending and that is why we went to Ps 139 originally, let us now consider verses 7 and 8, which say:

Ps 139:7 ¶ Whither shall I go from thy spirit? or whither shall I flee from thy presence?
8 If I ascend up into heaven, thou art there: if I make my bed in hell, behold, thou art there.

Here in verse 8 we see the concept of ascending mentioned directly, and the concept of descending being implied by the word "hell". Verse 7 is making clear that the thrust is again the idea that God is already there, either up in heaven, or down in hell. This is really again a reference to the saving work of Jesus Christ that only Jesus Christ can do as Jesus Christ descends into hell, which hell is the sinful hearts of the elect that he descends into to pay for their sins particularly. Jesus Christ gets to know the elect in their hearts very intimately, in all their wickedness. And Jesus Christ gains access for the elect to heaven, that is why Jesus Christ is already there also. Jesus has done it all for us, and all that remains is for God the Father to work that work of living faith in our hearts patterned after his work of creating life in the womb, as Ps 139 speaks. And this living faith will affect our life, as Eph 2:10 teaches. This same way of reasoning about ascending and descending is exactly how Rom 10:6-8 also reads, which is one of our related passages on ascending and descending that we have already covered; to quote it again:

Rom 10:6 But the righteousness which is of faith speaketh on this wise, Say not in thine heart, Who shall ascend into heaven? (that is, to bring Christ down from above:)
7 Or, Who shall descend into the deep? (that is, to bring up Christ again from the dead.)
8 But what saith it? The word is nigh thee, even in thy mouth, and in thy heart: that is, the word of faith, which we preach:

This completes our discussion on Ps 139. We now continue on to Dan 7:13, and in so doing we shall reference Acts 1 where Jesus himself historically actually ascended into heaven, and is spoken of there as to in the future descending from heaven. Acts 1 is

121

essential to correct understanding of Dan 7:13. We must look at the entire context of Dan 7:13, which is Dan 7:9-14. To quote that passage:

Dan 7:9 ¶ I beheld till the thrones were cast down, and the Ancient of days did sit, whose garment was white as snow, and the hair of his head like the pure wool: his throne was like the fiery flame, and his wheels as burning fire.
10 A fiery stream issued and came forth from before him: thousand thousands ministered unto him, and ten thousand times ten thousand stood before him: the judgment was set, and the books were opened.
11 I beheld then because of the voice of the great words which the horn spake: I beheld even till the beast was slain, and his body destroyed, and given to the burning flame.
12 As concerning the rest of the beasts, they had their dominion taken away: yet their lives were prolonged for a season and time.
13 I saw in the night visions, and, behold, one like the Son of man came with the clouds of heaven, and came to the Ancient of days, and they brought him near before him.
14 And there was given him dominion, and glory, and a kingdom, that all people, nations, and languages, should serve him: his dominion is an everlasting dominion, which shall not pass away, and his kingdom that which shall not be destroyed.

Dan 7:9 is a very interesting verse. It relates to two passages very closely, and both need to be discussed. Those passages are Job 16:7-16 and Rev 11:17.

At the time when Jesus walked the earth 2000 years ago the corporate church of God at that time killed the only righteous man who ever lived; but that righteous man nevertheless rose again from the dead and destroyed the power of those that killed him. Jesus destroyed the power of death that Satan had who ruled the apostate church at that time, and Jesus rose again to secure the promise of eternal life for all of the elect that Jesus died to save. Satan and the apostate rulers in the corporate church at that time were thrones—places of the concentration of power—that were cast down when Jesus went to the cross and got victory over Satan and the apostate rulers and rose again from the dead, and destroy Satan who had the power of death, as Heb 2:14-15 says:

Heb 2: 14 ¶ Forasmuch then as the children are partakers of flesh and blood, he also himself likewise took part of the same; that through death he might destroy him that had the power of death, that is, the devil;
15 And deliver them who through fear of death were all their lifetime subject to bondage.

Now we read in Mt 26:3-4 concerning these centers of power that were against Jesus:

Mt 26: 3 Then assembled together the chief priests, and the scribes, and the elders of the people, unto the palace of the high priest, who was called Caiaphas,
4 And consulted that they might take Jesus by subtilty, and kill him.

And this concentration of power actually represents all of mankind and all of Satan's kingdom. That is the point of Acts 4:26, which says:

122

Acts 4: 26 The kings of the earth stood up, and the rulers were gathered together against the Lord, and against his Christ.

The destruction of this concentration of power and the joy at the thought of the true Gospel going forth to bring salvation to the elect scattered throughout the world is what Jesus is talking about in Job 16:7-16, which is a commentary on Dan 7:9. Job 16:7-16 says:

Job 16: 7 ¶ Nevertheless I tell you the truth; It is expedient for you that I go away: for if I go not away, the Comforter will not come unto you; but if I depart, I will send him unto you.
8 And when he is come, he will reprove the world of sin, and of righteousness, and of judgment:
9 Of sin, because they believe not on me;
10 Of righteousness, because I go to my Father, and ye see me no more;
11 Of judgment, because the prince of this world is judged.
12 I have yet many things to say unto you, but ye cannot bear them now.
13 Howbeit when he, the Spirit of truth, is come, he will guide you into all truth: for he shall not speak of himself; but whatsoever he shall hear, that shall he speak: and he will shew you things to come.
14 He shall glorify me: for he shall receive of mine, and shall shew it unto you.
15 All things that the Father hath are mine: therefore said I, that he shall take of mine, and shall shew it unto you.
16 ¶ A little while, and ye shall not see me: and again, a little while, and ye shall see me, because I go to the Father.

Notice verse 11 of Job 16 says "Of judgment, because the prince of this world is judged." This is the point in view in our discussion. Jesus destroyed this concentration of power that Satan had in his grip on mankind, and Jesus by going to the cross was moving forward in the act of plundering the kingdom of Satan of the riches in the kingdom of Satan. Those riches are the elect that Jesus came to die for and rise again from the dead for in order to save and fill with eternal life. As Mt 12:28-30 says:

Mt 12:28 But if I cast out devils by the Spirit of God, then the kingdom of God is come unto you.
29 Or else how can one enter into a strong man's house, and spoil his goods, except he first bind the strong man? and then he will spoil his house.
30 He that is not with me is against me; and he that gathereth not with me scattereth abroad.

After Jesus destroyed the power of death that Satan had by Jesus' rising again from the dead, Jesus gave the great commission in Mt 28:18-20 to send forth the Gospel unto the entire world. This was in order to plunder the house of Satan of all of the elect for which Jesus had died to pay for their sins and save and give eternal life. This is what Dan 7:9 is talking about, where it says "I beheld till the thrones were cast down, and the Ancient of days did sit". The thrones were cast down when Jesus went to the cross and rose again to give eternal life.

123

Our next verse in Dan 7 is verse 10, which says:

Dan 7:10 A fiery stream issued and came forth from before him: thousand thousands ministered unto him, and ten thousand times ten thousand stood before him: the judgment was set, and the books were opened.

A very central word for understanding Dan 7:10 is the word "judgment". This harkens directly back to verse 9 of Dan 7 which is talking about how the Gospel is going to go forth while the Ancient of Days does sit. The Gospel judges the secrets of men's hearts, as 1Co 14:24-25, which says:

1Co 14:24 But if all prophesy, and there come in one that believeth not, or one unlearned, he is convinced of all, he is judged of all:
25 And thus are the secrets of his heart made manifest; and so falling down on *his* face he will worship God, and report that God is in you of a truth.

Notice how the secrets of the heart of an unsaved man who comes into the presence of the preaching of the true Gospel has his heart judged by hearing this message of the true Gospel. This is the same idea as:

Heb 4: 12 For the word of God is quick, and powerful, and sharper than any twoedged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and *is* a discerner of the thoughts and intents of the heart.
13 Neither is there any creature that is not manifest in his sight: but all things *are* naked and opened unto the eyes of him with whom we have to do.

Joh 4:29 Come, see a man, which told me all things that ever I did: is not this the Christ?

Ac 2:37 ¶ Now when they heard *this*, they were pricked in their heart, and said unto Peter and to the rest of the apostles, Men *and* brethren, what shall we do?

The Gospel judges the secrets of men's hearts, and it does this by the Word of God, which God speaks of as a fire, and by the work of the Holy Spirit that takes the Word of God and conceives life in the hearts of the elect as the true Gospel is sent about the entire world seeking out the lost elect to bring each one to salvation. And that very same fire, which is the Word of God, will destroy the non-elect. The reason that the Word of God destroys the non-elect is the principle that those who have heard the Word of God and do not obey it will be punished with many stripes, as God says:

Lu 12:47 And that servant, which knew his lord's will, and prepared not *himself*, neither did according to his will, shall be beaten with many *stripes*.

This judging action of the fire of the Gospel is clearly in view as the two witnesses of Rev 11 bring the Gospel; as we read:

Rev 11:5 And if any man will hurt them, fire proceedeth out of their mouth, and devoureth their enemies: and if any man will hurt them, he must in this manner be killed.

124

This fire of the Gospel and the Law of God, the Bible, is what is in view in Gen 3:24:

Gen 3:24 So he drove out the man; and he placed at the east of the garden of Eden Cherubims, and a flaming sword which turned every way, to keep the way of the tree of life.

This flaming sword is the Word of God that judges the secrets of men's hearts that men are afraid of, as we read:

Joh 3: 18 He that believeth on him is not condemned: but he that believeth not is condemned already, because he hath not believed in the name of the only begotten Son of God.
19 And this is the condemnation, that light is come into the world, and men loved darkness rather than light, because their deeds were evil.
20 For every one that doeth evil hateth the light, neither cometh to the light, lest his deeds should be reproved.
21 But he that doeth truth cometh to the light, that his deeds may be made manifest, that they are wrought in God.

This judging action of the true Gospel is what John the Baptist was speaking of when John the Baptist was describing Jesus, who was to come after John; as John said:

Lu 3:16 John answered, saying unto *them* all, I indeed baptize you with water; but one mightier than I cometh, the latchet of whose shoes I am not worthy to unloose: he shall baptize you with the Holy Ghost and with fire:
17 Whose fan *is* in his hand, and he will throughly purge his floor, and will gather the wheat into his garner; but the chaff he will burn with fire unquenchable.

Baptizing by the Holy Ghost (King James Bible language for the Holy Spirit) with fire is saying what we have all along known who know the Bible well, that the Holy Spirit uses the Word of God to convict people of sin and to bring repentance and salvation to the elect, as they believe the truth from the heart. This conviction of sin and understanding that God condemns us because of our sin (the judging action of the Law of God), and then the subsequent knowledge that Jesus has paid for our sins and forgiven us our sins fulfills the following scriptures:

Gal 3:24 Wherefore the law was our schoolmaster *to bring us* unto Christ, that we might be justified by faith.

And

Rom 5: 1 ¶ Therefore being justified by faith, we have peace with God through our Lord Jesus Christ:
2 By whom also we have access by faith into this grace wherein we stand, and rejoice in hope of the glory of God.
3 And not only *so*, but we glory in tribulations also: knowing that tribulation worketh patience;
4 And patience, experience; and experience, hope:

125

5 And hope maketh not ashamed; because the love of God is shed abroad in our hearts by the Holy Ghost which is given unto us.

You see, God does speak of the Word of God as a fire which judges, as we read:

Jer 5:14 Wherefore thus saith the LORD God of hosts, Because ye speak this word, behold, I will make my words in thy mouth fire, and this people wood, and it shall devour them.

Jer 20:9 Then I said, I will not make mention of him, nor speak any more in his name. But his word was in mine heart as a burning fire shut up in my bones, and I was weary with forbearing, and I could not stay.

Jer 23:29 Is not my word like as a fire? saith the LORD; and like a hammer that breaketh the rock in pieces?

When a person is in the unsaved state, before he or she is born again, we learn from the Bible that God speaks of the hearts of unsaved people as being a rock. This is clearly in view in Eze 36:

Eze 36:25 ¶ Then will I sprinkle clean water upon you, and ye shall be clean: from all your filthiness, and from all your idols, will I cleanse you.
26 A new heart also will I give you, and a new spirit will I put within you: and I will take away the stony heart out of your flesh, and I will give you an heart of flesh.
27 And I will put my spirit within you, and cause you to walk in my statutes, and ye shall keep my judgments, and do them.

So the Jer 23:29 verse quoted just above the Eze 36:24-27 passage quoted immediately above is really saying the same thing as Eze 36:26, that men's hearts are rocks, and that God's Word is a hammer that is able to break such rocks and to turn those God hating, Law hating, Truth hating hearts in hearts of flesh that love the law of God and love the God who gave those laws and love the true believers who already are saved and are children of God. This broken heart by the hammer of the Word or Law of God is what God was speaking of in Ps 51, where we read:

Ps 51: 17 The sacrifices of God are a broken spirit: a broken and a contrite heart, O God, thou wilt not despise.

This is salvation coming to a person when a person has become truly humble and utterly crushed by the realization that God's Law does justly condemn him or her. This is the Law of God, the Bible, being the schoolmaster that drives us to Christ. We have no other option. But if we remain proud, then we will not know this salvation, and Jesus has not entered our hearts. We must be humbled by the judgment of God before the most humble one of all, Jesus Christ, will enter there. Jesus Christ is the most humble one of all, as we read:

Php 2: 4 Look not every man on his own things, but every man also on the things of others.

126

5 Let this mind be in you, which was also in Christ Jesus:
6 Who, being in the form of God, thought it not robbery to be equal with God:
7 But made himself of no reputation, and took upon him the form of a servant, and was made in the likeness of men:
8 And being found in fashion as a man, he humbled himself, and became obedient unto death, even the death of the cross.
9 Wherefore God also hath highly exalted him, and given him a name which is above every name:
10 That at the name of Jesus every knee should bow, of things in heaven, and things in earth, and things under the earth;
11 And that every tongue should confess that Jesus Christ is Lord, to the glory of God the Father.

Jesus will no despise this new heart to abide in if that heart is humble like he is.

To recall, we are dealing with Dan 7:10, which says:

Dan 7:10 A fiery stream issued and came forth from before him: thousand thousands ministered unto him, and ten thousand times ten thousand stood before him: the judgment was set, and the books were opened.

That "fiery stream" that issues forth in Dan 7:10 is from the Ancient of Days per Dan 7:9 and is the true Gospel that judges the hearts of men and brings men to salvation. Furthermore, to heighten this understanding concerning the judging action of the Word of God, we read in Dan 7:10 that the "books were opened". That phrase is referring to the fact that each and every sin of each and every one of the elect is noted and identified and paid for exactly as recorded. Again we are talking about limited atonement; only the sins of the elect are paid for by Jesus Christ as those sins are exactly recorded. This exact description of a particular set of sins that Jesus Christ came to pay for is directly parallel to the same judgment that comes on the non-elect on judgment day at the end of time as we read in Rev 20:

Rev 20: 11 ¶ And I saw a great white throne, and him that sat on it, from whose face the earth and the heaven fled away; and there was found no place for them.
12 And I saw the dead, small and great, stand before God; and the books were opened: and another book was opened, which is the book of life: and the dead were judged out of those things which were written in the books, according to their works.
13 And the sea gave up the dead which were in it; and death and hell delivered up the dead which were in them: and they were judged every man according to their works.
14 And death and hell were cast into the lake of fire. This is the second death.
15 And whosoever was not found written in the book of life was cast into the lake of fire.

You see, either the judgment of the Law of God comes onto our hearts by hearing and believing with a truly broken and contrite heart in this life, or that same judgment will come upon us on judgment day. Either Jesus Christ has fulfilled that judgement for us, and we are broken by that truth before Jesus can enter into our hearts, or we will be cast into the lake of fire in a rebellious, hateful state under the same condemnation, and never to know the love of God in Jesus Christ in our hearts.

127

So the exact description of the sins of the elect as recorded in the "books" of Dan 7:10 is implying something very important about limited atonement. It is implying that because the description of the set of sins being paid for is recorded, as a book is a record, then for Jesus to come one hour later than He planned at his second coming would be a travesty, because over that one extra hour the elect would have sinned yet further sins that would not have been recorded in the books, and Jesus would not have paid for those sins, since he only paid for the sins recorded in the books. Then the elect could not come to heaven because they would have un-paid for sins. Thus, Jesus could not return one hour earlier either. If he returned one hour earlier than he had planned, that would mean that the sins of the elect recorded in the books would include sins that had not been committed in that last hour, which never occurred if in fact Jesus where to come one hour earlier than he had planned. And again, this would be a travesty, because Jesus would have suffered the full equivalent of eternal damnation for sins that were never committed. Jesus' death on the cross is too precious for God to waste it like that. God would never do that. To so waste the work of Jesus on the cross would be a violation of Ps 116:15, which says:

Ps 116:15 Precious in the sight of the LORD *is* the death of his saints.

Jesus is the ultimate saint, so this verse must apply to him first and foremost. The word saint means holy. And Jesus is the holy one, the true saint.

So limited atonement implies very strongly that there is a very exact moment in time, not even a micro-second in width, at exactly which Jesus will return. Not a true moment later, nor a true moment sooner. (A moment on the line of time is the width of a true geometrical point on a line, which has absolutely no width at all, not even the width of a differential in calculus. A differential is bound up in the concept of a mathematical limit, and a point is the outcome of a limit, and is beyond the limit itself; so a point is smaller than a differential. The size of a differential is infinitesimal, but the size of a point is truly zero. The point in time at which Jesus returns is a true point indeed; that point may not have even an infinitesimal deviation from the planned point, or that would be a violation of limited atonement. Jesus is coming at very exact point in time, in the true mathematical sense of that word "point", because he has not and shall not need to pay an infinitesimal amount more nor an infinitesimal amount less than the exact right payment for the sins of the elect. God is too powerful in an infinities-of-infinities sense to even error that much. God will be exactly right in a true mathematical sense.)

So Dan 7:10 is picturing God reigning over the sending forth of the true Gospel, the true Gospel being that fiery stream that issues from before him.

Now let us discuss what happens to Satan as the true Gospel goes forth as a fiery stream. This is what Dan 7:11-12 is talking about. Remember, earlier in this paper we showed that Satan has a body, and the best proof text, among other text that lead up to that conclusion, was Isa 14:20. Isa 14 is the classic chapter in the Bible on Satan. And, if you remember, Isa 14:20 says:

128

Isa 14: 20 Thou shalt not be joined with them in burial, because thou hast destroyed thy land, *and* slain thy people: the seed of evildoers shall never be renowned.

Do you see again that phrase "thy people" in Isa 14:20 above? That phrase "thy people" is a reference to the body of Satan, the people that he has to himself, the non-elect. Now, this body of Satan is referenced again in our scriptures Dan 7:11-12, which says:

Dan 7: 11 I beheld then because of the voice of the great words which the horn spake: I beheld *even* till the beast was slain, and his body destroyed, and given to the burning flame.
12 As concerning the rest of the beasts, they had their dominion taken away: yet their lives were prolonged for a season and time.

Now, you may protest, and say the text of Dan 7:11-12 is talking about the beast, and not Satan, technically. Well, the beast is composed of those apostate churches filled with people and the false doctrines of the false teachers of those churches of people. The beast is the body of Satan (also along with the non-elect that have nothing to do with Christianity nor have heard anything of Christianity), his people. The beast's body is given to the burning flame in Dan 7:11, that is really picturing the victory of the true Gospel over Satan's kingdom as it goes forth to seek out the elect from Satan's kingdom among the non-elect who are also in Satan's kingdom. It is the non-elect who are really Satan's body, and the non-elect must endure the true Gospel around them as God directs the true Gospel to seek and save that which is lost, the elect. So Satan's body is given to the burning flame of the true Gospel, which burning flame is the Word of God, the Bible. This is exactly what Jesus is talking about as Jesus foresaw the binding of Satan by Jesus taking away the power of death that Satan had (Heb 2:14-15) and resurrecting from the dead to give power and force to the preaching of the true Gospel over the last 2000 years, where Jesus said:

Mt 12:29 Or else how can one enter into a strong man's house, and spoil his goods, except he first bind the strong man? and then he will spoil his house.

Another passage that depicts Satan's body being exposed to the true Gospel is Dan 4, where we read about Nebuchadnezzar, who as the leader of Babylon is a picture of Satan:

Dan 4:24 This *is* the interpretation, O king, and this *is* the decree of the most High, which is come upon my lord the king:
25 That they shall drive thee from men, and thy dwelling shall be with the beasts of the field, and they shall make thee to eat grass as oxen, and they shall wet thee with the dew of heaven, and seven times shall pass over thee, till thou know that the most High ruleth in the kingdom of men, and giveth it to whomsoever he will.

The dew of heaven is really a reference to the true Gospel that brings the manna, as we read:

Ex 16:13 ¶ And it came to pass, that at even the quails came up, and covered the camp: and in the morning the dew lay round about the host.

129

14 And when the dew that lay was gone up, behold, upon the face of the wilderness there *lay* a small round thing, as small as the hoar frost on the ground.
15 And when the children of Israel saw it, they said one to another, It is manna; for they wist not what it *was*. And Moses said unto them, This *is* the bread which the LORD hath given you to eat.

And:

Joh 6:31 Our fathers did eat manna in the desert; as it is written, He gave them bread from heaven to eat.
32 Then Jesus said unto them, Verily, verily, I say unto you, Moses gave you not that bread from heaven; but my Father giveth you the true bread from heaven.
33 For the bread of God is he which cometh down from heaven, and giveth life unto the world.
34 Then said they unto him, Lord, evermore give us this bread.
35 And Jesus said unto them, I am the bread of life: he that cometh to me shall never hunger; and he that believeth on me shall never thirst.
36 But I said unto you, That ye also have seen me, and believe not.
37 All that the Father giveth me shall come to me; and him that cometh to me I will in no wise cast out.
38 For I came down from heaven, not to do mine own will, but the will of him that sent me.
39 And this is the Father's will which hath sent me, that of all which he hath given me I should lose nothing, but should raise it up again at the last day.
40 And this is the will of him that sent me, that every one which seeth the Son, and believeth on him, may have everlasting life: and I will raise him up at the last day.

So the manna as given in the time of Moses is not the true manna, because Jesus is the true manna; but the dew involved in the spiritual picture that the manna of Moses draws, as God drew that picture, is that the dew was used to deliver the manna. The dew is a picture of the message of the Gospel that delivers Jesus Christ, the true manna, to the hearts of people, if the Holy Spirit blesses that message with conception to spiritual life.

So Nebuchadnezzar's body is made wet with the dew of heaven, which is a way for God to say that the body of the world will be exposed to the true Gospel. The non-elect are the body of Satan (pictured by Nebuchadnezzar's body), and they are forced to hear the message of the true Gospel as God sends that message to seek and save that which was lost. (The non-elect do not care for the elect who fell in Adam—God does not care for the non-elect except that they bear forth children until all the elect are created and born again. This is why man engages in abortion, because they wish to destroy or dent God's plan, even just a little bit, by destroying one of the elect before God can save that elect.
Actually, because of the absolute precision and accuracy of limited atonement, if Satan causes one of the elect to either commit one sin more or commit one less than Jesus paid for—even to a moment of time—Satan would gain complete victory over God by making God a failure. This is how high the stakes are between God and Satan; and this is why the absolute sovereignty of God is such a deep mystery. God's desired outcome is inevitable, though we do not fully understand how that may be. Actually, if you wish to begin to understand the great sovereignty of God, you would make a good beginning if

130

you thought about the inevitability of truth. A small picture of just such thinking available to mankind in this life is how a mathematician thinks about the inevitability of the outcome of a mathematical proof: if he always follows the rules of mathematical logic perfectly without errors of omission or commission, then the outcome of the proof will always be true and inevitable. If you do not understand this kind of thinking, then maybe you would benefit from a well taught course in high school geometry. Of course, this is not necessary for understanding the Bible, only the Holy Spirit in your heart is necessary for understanding the Holy Spirit and the Bible—and the Holy Spirit can create that deep understanding of the sovereignty of God with just you and the Bible. You do not need high school geometry. It is just this paper's author's opinion that high school geometry is one of the most important courses taught in high school, if taught with some rigor and a strong emphasis on correctly forming proofs, with plenty of proofs required on homework and tests, to thereby teach people how to think with some rigger. These careful thinking skills will benefit students for the remainder of their lives. Parents, do not beat your child if he or she just does not have the brain for geometry, because of the variety God wants in the human race. some people are just not made for that course. High school algebra may fill this purpose of learning what a proof is, but algebra in high school is normally taught with an overemphasis on mechanics, and little or no coverage of what a proof really is.
Mediate on the inevitability of truth, and you will begin to understand the absolute sovereignty of God and the inevitability of God's plan for mankind, the elect within mankind, and the non-elect within mankind, and Satan—all to God's absolute glory without God being guilty for sin in anyway whatsoever—God remains perfectly holy and righteous throughout the whole of time and history of mankind, and God's truth will inevitably prevail, to utter perfection, without God making an error in any way whatsoever.)

So we see that Isa 14:20, Da 7:11, and Da 4:25 (actually, Da 4:15,23,25,33 and Da 5:21 all mention the dew of heaven which Da 4:25 is talking about on Nebuchadnezzar's body) all show that Satan has a body, and that body is composed of the non-elect. Then we better understand how Satan's body, the beasts or apostate church composed of non-elect, is given to the fire of the Gospel as Dan 7:11 speaks, which we re-quote:

Da 7:11 I beheld then because of the voice of the great words which the horn spake: I beheld even till the beast was slain, and his body destroyed, and given to the burning flame.

Because this interpretation fits the next verse in Da 7 very well, as you will see—we can be rather sure from the next verse that we going along in the direction of a correct interpretation of Da 7:11 above.

The next verse says:

Da 7:12 As concerning the rest of the beasts, they had their dominion taken away: yet their lives were prolonged for a season and time.

You see, if Da 7:9-11 were not talking about the sending forth of the Gospel to seek and save the elect, but rather was talking about the only other reasonable possibility, that is the end of time when mankind is judged, then Da 7:12, with the "rest of the beasts", as

131

that verse states, would make absolutely no good sense. The entire beast must be thrown into the lake of fire if we are at the absolute end of time, judgment day itself. Da 7:12 must be talking about the continuing presence of Satan and his false teachers in the world, even though those false teachers are greatly disadvantaged by the death and resurrection of Jesus who no longer has triumphal power to the true Gospel. So, if we hold to the idea that Da 7:9-11 is talking about the fire of the true Gospel being forced onto the non-elect as God is seeking out to save the elect amongst the non-elect, then because Jesus also spoke this way, that is that Satan was judged when Jesus went to the cross and rose again, then even verse Da 7:12 makes good sense, and so the entirety of Da 7:9-12 is coherent and shows the integrity of the mind of God as recorded in the Bible. The Bible must be approached with a deep deep respect for and interest in that integrity, with an intense desire to find that integrity and truth deliberately buried and hidden by God within the text of the Bible, for the elect to search out and find under the hidden, invisible, un-feel-able work of the Holy Spirit. We can not feel the Holy Spirit. He does not talk to us with voices within nor without our heads; nor do we have some burning within our bosom as some say. He operates totally invisibly behind the scenes, behind our conscience where we can not see him nor feel him in any way, yet he guides us and directs us as we search out such truth in the Bible. The Holy Spirit must operate with this degree of hidden-ness, or else he would be violating Rev 22:18-19:

Rev 22: 18 For I testify unto every man that heareth the words of the prophecy of this book, If any man shall add unto these things, God shall add unto him the plagues that are written in this book:
19 And if any man shall take away from the words of the book of this prophecy, God shall take away his part out of the book of life, and out of the holy city, and *from the* things which are written in this book.

And he holds us responsible for our thought processes, and so we can not say "God told me to do this or that" by some voice. That would be shedding responsibility for our own thoughts, and we can not do that. God always holds us responsible for our thoughts, and even every sinful thought he sees be either pays for in Jesus if the person is an elect, or requires payment on judgment day if the person is a non-elect.

Now, Da 7:12, which is talking about a portion of the beast remaining even while the other part of the beast is given to the burning flame of the true Gospel fits beautifully with the next verse, Da 7:13, as Da 7:13 is discussing the results of the send forth of the true Gospel that burns Satan's body as the elect are sought out. Da 7:13 says:

Da 7: 13 I saw in the night visions, and, behold, *one* like the Son of man came with the clouds of heaven, and came to the Ancient of days, and they brought him near before him.

Da 7:13 is talking about how Jesus, the "Son of man" as Dan 7:13 says, who came with the clouds of heaven. Now, the term "clouds of heaven" has a spiritual meaning, where the term "clouds" refers to true believers as Heb 12:1 speaks, and the term "heaven" refers to the Bride of Christ, the woman from above from which people are born again from above, as Joh 3 speaks. So the "Son of man came with the clouds of heaven" is

132

referring to Jacobs ladder as Jesus leads the way as the first born among many brethren, as Rom 8:29 speaks:

Rom 8:29 ¶ For whom he did foreknow, he also did predestinate *to be* conformed to the image of his Son, that he might be the firstborn among many brethren.

To support this interpretation of Da 7:13 concerning clouds referring to believers who come with Jesus to heaven (on Jesus as Jacobs ladder) when we are born from above (born again), let us study the word cloud in the Bible. When the author of this paper took his computer program that he is using to search the Bible and directed that computer program to find and list all verses where forms of the word "cloud" appear (forms like "cloud", "cloudy", "clouds"), the list of verses produced an incredibly beautiful and powerful picture of clouds representing the true believers. But, as best as this paper's author can see, only two scriptures get close to directly calling true believers clouds. Those two scriptures are Heb 12:1, and Joel 2:2. The Heb 12:1 verse is very direct. Joel 2:2 is much less direct; but it still gets fairly close to calling true believers clouds. These two scriptures are talking about true believers. But concerning false teachers clouds (as opposed to true believers) there are two scriptures that directly call false teachers clouds without rain. These are Jude 1:12 and Pr 25:14. And there is another scripture that calls false teachers "wells without water", and then also calls these false teachers "clouds": this scripture is 2Pe 2:17. The above few scriptures mentioned on clouds will now be quoted:

Of true believers:

Heb 12:1 ¶ Wherefore seeing we also are compassed about with so great a cloud of witnesses, let us lay aside every weight, and the sin which doth so easily beset *us*, and let us run with patience the race that is set before us,

Joe 2: 2 A day of darkness and of gloominess, a day of clouds and of thick darkness, as the morning spread upon the mountains: a great people and a strong; there hath not been ever the like, neither shall be any more after it, *even* to the years of many generations.

Of false teachers:

Jude 1: 12 These are spots in your feasts of charity, when they feast with you, feeding themselves without fear: clouds *they are* without water, carried about of winds; trees whose fruit withereth, without fruit, twice dead, plucked up by the roots;

Pr 25: 14 ¶ Whoso boasteth himself of a false gift *is like* clouds and wind without rain.

2Pe 2:17 These are wells without water, clouds that are carried with a tempest; to whom the mist of darkness is reserved for ever.

To complete and better support the picture of the true believers being clouds that do give rain (as opposed to false teachers that do not give rain), we need to discuss the concepts of rain and proclamation of the true Gospel. The classic passage for showing the spiritual meaning of rain is Isa 55:9-11, which says:

133

Isa 55:9 For *as* the heavens are higher than the earth, so are my ways higher than your ways, and my thoughts than your thoughts.

10 For as the rain cometh down, and the snow from heaven, and returneth not thither, but watereth the earth, and maketh it bring forth and bud, that it may give seed to the sower, and bread to the eater:

11 So shall my word be that goeth forth out of my mouth: it shall not return unto me void, but it shall accomplish that which I please, and it shall prosper *in the thing* whereto I sent it.

Now, this spiritual meaning of the Word of God being rain is powerful in the Bible. This meaning gives clear understanding concerning Noah's flood, which is a true historical fact and which indeed covered the entire planet earth and which killed everything that had the breath of life, except for that life in Noah's ark. You see, this historical, universal flood, which cultures around the world today still recall in their history, is a picture of judgment day when the Word of God will condemn mankind to eternal damnation in the lake of fire. The Word of God is pictured by the rain that destroyed life around the world and above the highest mountain on earth in Noah's flood. No one escaped except for those in the ark. And no one will escape on judgment day at the end of time either; the Word of God will condemn all who are not truly known by Jesus Christ—he will say to those who he does not know (in the beautiful, spiritual sexual sense of that word "know"):

Mt 7:21 ¶ Not every one that saith unto me, Lord, Lord, shall enter into the kingdom of heaven; but he that doeth the will of my Father which is in heaven.

22 Many will say to me in that day, Lord, Lord, have we not prophesied in thy name? and in thy name have we not cast out devils? and in thy name done many wonderful works?

23 And then will I profess unto them, I never knew you: depart from me, ye that work iniquity.

The reason than Jesus never knew these people who thought that they were Christians is understood by the fact that these people were busy having spiritual sex with the false doctrines of false teachers and doctrines of devils involving corrupt and perverted forms of Christianity. They never knew the Truth (Jesus), and the Truth (Jesus) never knew them. As we read:

2The 2: 10. And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.

11 And for this cause God shall send them strong delusion, that they should believe a lie:

So, either the Word of God judges a person in this life so that they are humbled to the point of fully and heartily expecting eternal damnation, whereby Jesus then teaches such a person about his substitutionary payment for that person's sins on the cross which that person is elected to assume, and from there that person is to continue in the Word of God and to make his or her calling and election sure; or, on the other hand, God gives a person up to the lies that that person loves, and Jesus is never know to them by an accurate preaching of the Bible and consequently we may truly say that Jesus never knew the sins of that person's heart so as to pay for those sins—they (Jesus and the non-elect person)

134

never new each other in a spiritual sexual sense. Such people will be judged on judgment day by the Word of God and condemned to the lake of fire for eternity, where such unsaved people will continue in total darkness in the sense of being totally void of truth, because such unsaved people never new the Truth (Jesus). This is the Word of God as rain. Either it judges one to salvation and finds in the true Jesus (not another Jesus, see 2Co 11:4 speaks, concerning the many false Jesus's that many false teachers are teaching throughout the world of Christianity today, where they hold the Bible, but do not explain the Bible correctly, and so lead many people to eternal damnation in the lake of fire), or it judges one to condemnation on judgment day itself at the very end of time itself.

Let us look a little closer at Isa 55:11, the area where the Word of God is likened to rain, and consider something further:

Isa 55:11. So shall my word be that goeth forth out of my mouth: it shall not return unto me void, but it shall accomplish that which I please, and it shall prosper *in the thing* whereto I sent it.

Notice that Isa 55:11 says that the Word of God shall not return void, but it shall accomplish that which God pleases. Now, if in the Word of God fails to save even one of the elect, then that would not please God. Consequently, Isa 55:11, which insists that the result of the going forth of the Word of God will please God, then we may safely conclude that each and every one of the elect will be saved. Furthermore, if there were a pimple or blemish on the Bride of Christ's face, that would be a non-elect who managed to get saved by the promises of God in the Bible, and that again would not please God Jesus' bride will be without blemish. We can not add to the Word of God, nor can we take away from the Word of God, and the Word made flesh as represented in the body of Christ, his Bride, can either be added to nor taken away from, per Rev 22:18-19. Each and every one of the elect will be saved, and none others will be saved.

Now, given that the Word of God is likened to rain, then the clouds that give rain would be most fittingly a picture of true believers, because true believers are tasked with the responsibility of sending forth the true Gospel. This is way false teachers are called clouds without rain. False teachers are in contrast to the true believers who are clouds that do give rain. And the judgment of the Gospel is appreciated about as much as the typical child likes rain when that child wishes to play outside, but can not. Such children say "rain, rain, go away, come back another day". This response of a typical child is what fills the hearts of many in churches today; they do not like to hear the judgment of the true Gospel—they say "rain, rain, go away, come back another day". Consequently, God gives them up to false gospels that do not save by giving to them teachers that they choose who do not correctly preach the judgment of the true Gospel. Also, some false teachers teach the judgment of the true Gospel, but in such a way that everyone inside of the church building that that preacher is preaching to is saved, and so those people do not need to be even concerned with making their calling and election sure. But the judgment of God is on the church, especially in our day, and such preachers are likely unsaved and are going to the lake of fire with many in that church building. Sure, God invites us to make the assumption that our sins are paid for, but with the huge attachment that we must continue to make our calling and election sure; we are only going from an assumption that we must pursue with all vigor and not ignore the fact that an assumption is only an

assumption. (A slightly off-color statement in American English is "Do you know what the word 'assume' means? It means to make an 'ass' out of you and 'me'".) As these judgment hating preachers and church goers say "rain, rain, go away, come back another day" they will get their wish. It will come back another day, and it will be too late. As we read:

Pr 29:1 ¶ He, that being often reproved hardeneth his neck, shall suddenly be destroyed, and that without remedy.

Pr 1:24 Because I have called, and ye refused; I have stretched out my hand, and no man regarded;
25 But ye have set at nought all my counsel, and would none of my reproof:
26 I also will laugh at your calamity; I will mock when your fear cometh;
27 When your fear cometh as desolation, and your destruction cometh as a whirlwind; when distress and anguish cometh upon you.
28 Then shall they call upon me, but I will not answer; they shall seek me early, but they shall not find me:
29 For that they hated knowledge, and did not choose the fear of the LORD:
30 They would none of my counsel: they despised all my reproof.
31 Therefore shall they eat of the fruit of their own way, and be filled with their own devices.

1Th 5:1 ¶ But of the times and the seasons, brethren, ye have no need that I write unto you.
2 For yourselves know perfectly that the day of the Lord so cometh as a thief in the night.
3 For when they shall say, Peace and safety; then sudden destruction cometh upon them, as travail upon a woman with child; and they shall not escape.
4 But ye, brethren, are not in darkness, that that day should overtake you as a thief.
5 Ye are all the children of light, and the children of the day: we are not of the night, nor of darkness.
6 ¶ Therefore let us not sleep, as do others; but let us watch and be sober.
7 For they that sleep sleep in the night; and they that be drunken are drunken in the night.
8 But let us, who are of the day, be sober, putting on the breastplate of faith and love; and for an helmet, the hope of salvation.
9 For God hath not appointed us to wrath, but to obtain salvation by our Lord Jesus Christ,
10 Who died for us, that, whether we wake or sleep, we should live together with him.

Lu 21:34 And take heed to yourselves, lest at any time your hearts be overcharged with surfeiting, and drunkenness, and cares of this life, and so that day come upon you unawares.
35 For as a snare shall it come on all them that dwell on the face of the whole earth.
36 Watch ye therefore, and pray always, that ye may be accounted worthy to escape all these things that shall come to pass, and to stand before the Son of man.

Mt 25:1 ¶ Then shall the kingdom of heaven be likened unto ten virgins, which took their lamps, and went forth to meet the bridegroom.

2 And five of them were wise, and five were foolish.
3 They that were foolish took their lamps, and took no oil with them:
4 But the wise took oil in their vessels with their lamps.
5 While the bridegroom tarried, they all slumbered and slept.
6 And at midnight there was a cry made, Behold, the bridegroom cometh; go ye out to meet him.
7 Then all those virgins arose, and trimmed their lamps.
8 And the foolish said unto the wise, Give us of your oil; for our lamps are gone out.
9 But the wise answered, saying, Not so; lest there be not enough for us and you: but go ye rather to them that sell, and buy for yourselves.
10 And while they went to buy, the bridegroom came; and they that were ready went in with him to the marriage: and the door was shut.
11 Afterward came also the other virgins, saying, Lord, Lord, open to us.
12 But he answered and said, Verily I say unto you, I know you not.
13 Watch therefore, for ye know neither the day nor the hour wherein the Son of man cometh.

So do you want the rain of the judgment of God, or do you not want that rain? If you do want that rain, then you are saying with king David in Ps 139:23-24:

Ps 139:23 Search me, O God, and know my heart: try me, and know my thoughts:
24 And see if there be any wicked way in me, and lead me in the way everlasting.

As king David was seeking to make his calling and election sure, so should the entire human race do likewise.

So the clouds are the true believers who bring this rain. Do not despise a true believer; he may rain on you the truth and thereby leave you a blessing.

To continue on in Da 7, in Da 7:13 we read, again:

Da 7:13 I saw in the night visions, and, behold, one like the Son of man came with the clouds of heaven, and came to the Ancient of days, and they brought him near before him.

So here we are reading about Jesus coming with the clouds of heaven, the true believers. That is to say that the true believers, who are clouds, are ascending to heaven with Jesus; Jesus who is the forerunner and the righteous power for all of the elect to get to heaven. Then, the very obscure phrase ending Da 7:13 can now become clear to our minds. That obscure phrase is "they brought him near before him". This beautiful phrase is deliberately ambiguous as God chose to use "they", "him", and "him". What is all this referring to? Well, do not lose context in your minds. We are talking about sending forth the true Gospel so that people ascend up the ladder of Jacob to heaven. In this context, the following is the correct meaning. The word "they" means the true believers. The first "him" means the body of Christ. The second "him" means Jesus himself. To fill in these meanings, then we understand the phrase "they brought him near before him" to be saying the "true believers brought the body of Christ to Jesus himself". This is another way of stating the task of sending forth the true Gospel to seek and save that which is

137

lost, and to bring those lost people to heaven via Jacob's ladder to be with Jesus in heaven.

Now let us consider Da 7:14, which says:

Da 7:14  And there was given him dominion, and glory, and a kingdom, that all people, nations, and languages, should serve him: his dominion is an everlasting dominion, which shall not pass away, and his kingdom *that* which shall not be destroyed.

Now, does not the language of Da 7:14 sound as though we are talking about heaven itself, after judgment day and after the end of time? This verse certainly sounds that way to me; nevertheless, the actual truth is that this verse is talking about both the victory that the true Gospel gets in this life as Satan's house is blundered of the riches, namely the elect, that Jesus is saving; and from there we transition into eternity.  Da 7:14 is talking about both before and after judgment day and covers the transition from time to timeless eternity.  The giving of dominion to Jesus Christ, as Da 7:14 speaks, starts in this life, as we read:

Heb 2:5  ¶ For unto the angels hath he not put in subjection the world to come, whereof we speak.
6  But one in a certain place testified, saying, What is man, that thou art mindful of him? or the son of man, that thou visitest him?
7  Thou madest him a little lower than the angels; thou crownedst him with glory and honour, and didst set him over the works of thy hands:
8  Thou hast put all things in subjection under his feet. For in that he put all in subjection under him, he left nothing *that is* not put under him. But now we see not yet all things put under him.
9  But we see Jesus, who was made a little lower than the angels for the suffering of death, crowned with glory and honour; that he by the grace of God should taste death for every man.

A more detailed examination of the Bible's support for the view that Da 7:14 is talking about both before and after judgment day needs to wait until after further examination of other scriptures elsewhere in Daniel chapter 7 that provide a very strong link between Daniel chapter 7 and Rev chapter 11 and the two witnesses spoken of there in Revelation. At this point we have covered sufficient scriptures to aid in our understanding of the Bible's language of ascending and descending.  The language of ascending and descending, in summary, then, means that when a person becomes born again or born from above, he in effect ascends to the kingdom of heaven because he becomes a citizen of that kingdom and is no longer a citizen of the kingdom of Satan.  He has ascended from earth to heaven.  The language of descending has to do with the requirement that we take up our cross and follow Jesus, even to the point of death, as Jesus had to do when He endured the eternal punishment necessary for the payment of the sins of the elect, only the payment for the true believers is merely to give their life for the sending forth of the true Gospel.  It is a sacrifice unto death in that they do not live for themselves, but they lose their life for the Gospels sake.  In this sense they descend into hell in order to send forth the Gospel.  That is why there is much weeping in sending forth the true Gospel by the true believers, because it is their hell as they first become overwhelmed with the need to

138

make their own calling and election sure, and then, when their confidence increases in their own salvation, as they see people reject the saving message of the Gospel, especially loved ones, and friends and others.  As we read:

Mt 5:1  ¶ And seeing the multitudes, he went up into a mountain: and when he was set, his disciples came unto him:
2  And he opened his mouth, and taught them, saying,
3  ¶ Blessed *are* the poor in spirit: for theirs is the kingdom of heaven.
4  Blessed *are* they that mourn: for they shall be comforted.
5  Blessed *are* the meek: for they shall inherit the earth.
6  Blessed *are* they which do hunger and thirst after righteousness: for they shall be filled.
7  Blessed *are* the merciful: for they shall obtain mercy.
8  Blessed *are* the pure in heart: for they shall see God.
9  Blessed *are* the peacemakers: for they shall be called the children of God.
10  Blessed *are* they which are persecuted for righteousness' sake: for theirs is the kingdom of heaven.
11  Blessed are ye, when *men* shall revile you, and persecute *you*, and shall say all manner of evil against you falsely, for my sake.
12  Rejoice, and be exceeding glad: for great *is* your reward in heaven: for so persecuted they the prophets which were before you.

Jas 4:6  But he giveth more grace. Wherefore he saith, God resisteth the proud, but giveth grace unto the humble.
7  Submit yourselves therefore to God. Resist the devil, and he will flee from you.
8  Draw nigh to God, and he will draw nigh to you. Cleanse *your* hands, *ye* sinners; and purify *your* hearts, *ye* double minded.
9  Be afflicted, and mourn, and weep: let your laughter be turned to mourning, and *your* joy to heaviness.
10  Humble yourselves in the sight of the Lord, and he shall lift you up.

Jer 50:4  In those days, and in that time, saith the LORD, the children of Israel shall come, they and the children of Judah together, going and weeping: they shall go, and seek the LORD their God.
Jer 50:5  They shall ask the way to Zion with their faces thitherward, *saying*, Come, and let us join ourselves to the LORD in a perpetual covenant *that* shall not be forgotten.

Notice that when Jonah went through as he was required to share the true Gospel.  Jonah was a true believer.  And his suffering was a very strong picture of the death of Jesus as Jesus paid for the sins of the elect.  Nevertheless, Jonah was merely a true believer.  But his life was a true picture of being in hell as God prepared Jonah for the task of bringing the true Gospel to Nineveh.  (True, Jonah got into this situation because of his rebellion in not wishing to give the true Gospel to Nineveh; nevertheless, this was God's preparation for Jonah before Jonah was to give that message.  And Jonah's rebellion is merely a picture of the fact that Jesus had to be found guilty of each and every one of the sins of the elect.)  In Jonah chapter 2 we read:

Jon 2:1  ¶ Then Jonah prayed unto the LORD his God out of the fish's belly,

139

2 And said, I cried by reason of mine affliction unto the LORD, and he heard me; out of the belly of hell cried I, *and* thou heardest my voice.
3 For thou hadst cast me into the deep, in the midst of the seas; and the floods compassed me about: all thy billows and thy waves passed over me.
4 Then I said, I am cast out of thy sight; yet I will look again toward thy holy temple.
5 The waters compassed me about, *even* to the soul: the depth closed me round about, the weeds were wrapped about my head.
6 I went down to the bottoms of the mountains; the earth with her bars *was* about me for ever: yet hast thou brought up my life from corruption, O LORD my God.
7 When my soul fainted within me I remembered the LORD: and my prayer came in unto thee, into thine holy temple.
8 They that observe lying vanities forsake their own mercy.
9 But I will sacrifice unto thee with the voice of thanksgiving; I will pay *that* that I have vowed. Salvation *is* of the LORD.
10 ¶ And the LORD spake unto the fish, and it vomited out Jonah upon the dry *land*.

This event in Jonah's life was a true picture of descending into hell, even as Jesus had to descend into hell in the sense that Jesus had to take on the sins of the hellish hearts of the sinful elect that Jesus was to die for and thereby save. This Jesus had to do in order to enter the hearts of the sinful elect and to thereby give them new hearts of flesh, instead of hearts of stone, onto which hearts of flesh God would write God's law. Jesus is the author and finisher of faith, as Heb 12:2 says, and that includes Jesus putting his love for the Law of God into the hearts of the elect.

Other believers have their own hells to pay in order to obey God in bringing out and proclaiming the true Gospel. Consider Lazarus and the rich man, as we read:

Lu 16:19 ¶ There was a certain rich man, which was clothed in purple and fine linen, and fared sumptuously every day:
20 And there was a certain beggar named Lazarus, which was laid at his gate, full of sores,
21 And desiring to be fed with the crumbs which fell from the rich man's table: moreover the dogs came and licked his sores.
22 And it came to pass, that the beggar died, and was carried by the angels into Abraham's bosom: the rich man also died, and was buried;
23 And in hell he lift up his eyes, being in torments, and seeth Abraham afar off, and Lazarus in his bosom.
24 And he cried and said, Father Abraham, have mercy on me, and send Lazarus, that he may dip the tip of his finger in water, and cool my tongue; for I am tormented in this flame.
25 But Abraham said, Son, remember that thou in thy lifetime receivedst thy good things, and likewise Lazarus evil things: but now he is comforted, and thou art tormented.
26 And beside all this, between us and you there is a great gulf fixed: so that they which would pass from hence to you cannot; neither can they pass to us, that *would come* from thence.

140

27 Then he said, I pray thee therefore, father, that thou wouldest send him to my father's house:
28 For I have five brethren; that he may testify unto them, lest they also come into this place of torment.
29 Abraham saith unto him, They have Moses and the prophets; let them hear them.
30 And he said, Nay, father Abraham: but if one went unto them from the dead, they will repent.
31 And he said unto him, If they hear not Moses and the prophets, neither will they be persuaded, though one rose from the dead.

This passage of Lazarus and the rich man is meaningful in a number of ways, but for the purpose of discussing the concept of descending we only need to touch on a few verses. Notice verse 25, which is the summary verse that makes clear that this life was Lazarus' hell, and the rich man's heaven (the worst that Lazarus was to ever get, and best that the rich man was ever to get). This life was the highest that the rich man was ever to ascend to or reach upward, and the lowest that Lazarus was ever to descend to or reach downward. The rich man was not saved, and so went to hell after his heaven of a fine time in this life. Lazarus, the poor beggar, was saved, and went to heaven after his hell of being a poor beggar who knew the true Gospel and displayed it by his trust in God, and after this suffering went to heaven. As we read:

Rom 8:17 ¶ And if children, then heirs; heirs of God, and joint-heirs with Christ; if so be that we suffer with *him*, that we may be also glorified together.
18 For I reckon that the sufferings of this present time *are* not worthy *to be compared* with the glory which shall be revealed in us.

Or:

1Pe 1:6 ¶ Wherein ye greatly rejoice, though now for a season, if need be, ye are in heaviness through manifold temptations:
7 That the trial of your faith, being much more precious than of gold that perisheth, though it be tried with fire, might be found unto praise and honour and glory at the appearing of Jesus Christ:

Or:

1Pe 5:8 ¶ Be sober, be vigilant; because your adversary the devil, as a roaring lion, walketh about, seeking whom he may devour:
9 Whom resist stedfast in the faith, knowing that the same afflictions are accomplished in your brethren that are in the world.
10 ¶ But the God of all grace, who hath called us unto his eternal glory by Christ Jesus, after that ye have suffered a while, make you perfect, stablish, strengthen, settle *you*.

Or:

Jas 1:2 ¶ My brethren, count it all joy when ye fall into divers temptations;
3 Knowing *this*, that the trying of your faith worketh patience.
4 But let patience have *her* perfect work, that ye may be perfect and entire, wanting nothing.

141

Or:

1Pe 4:13 But rejoice, inasmuch as ye are partakers of Christ's sufferings; that, when his glory shall be revealed, ye may be glad also with exceeding joy.

Or:

Col 1:23 If ye continue in the faith grounded and settled, *and be not moved away* from the hope of the gospel, which ye have heard, *and* which was preached to every creature which is under heaven; whereof I Paul am made a minister;

24 Who now rejoice in my sufferings for you, and fill up that which is behind of the afflictions of Christ in my flesh for his body's sake, which is the church:

Or:

Mt 5:10 Blessed *are* they which are persecuted for righteousness' sake: for theirs is the kingdom of heaven.

11 Blessed are ye, when *men* shall revile you, and persecute *you*, and shall say all manner of evil against you falsely, for my sake.

12 Rejoice, and be exceeding glad: for great *is* your reward in heaven: for so persecuted they the prophets which were before you.

Now the two witnesses in Rev 11 also have the full experience of ascending and descending, even as all true believers do who must take up their cross and follow Jesus. In the first place, since the two witnesses are witnessing the true Gospel, that implies that they have already ascended to heaven upon the ladder of Jacobs dream, which is Jesus who is the ladder to heaven for each and every one of the elect. Rev 11 does not talk about this ascension that the true believers that make up the two witnesses experienced; that is, Rev 11 does not talk about when the two witnesses themselves became saved. But Rev 11 nevertheless does talk about the two witnesses ascending. Let us quote the verses of interest from Rev 11, namely verses 8-13, which say:

Rev 11:6 These have power to shut heaven, that it rain not in the days of their prophecy: and have power over waters to turn them to blood, and to smite the earth with all plagues, as often as they will.

7 And when they shall have finished their testimony, the beast that ascendeth out of the bottomless pit shall make war against them, and shall overcome them, and kill them.

8 And their dead bodies *shall lie* in the street of the great city, which spiritually is called Sodom and Egypt, where also our Lord was crucified.

9 And they of the people and kindreds and tongues and nations shall see their dead bodies three days and an half, and shall not suffer their dead bodies to be put in graves.

10 And they that dwell upon the earth shall rejoice over them, and make merry, and shall send gifts one to another; because these two prophets tormented them that dwelt on the earth.

11 And after three days and an half the Spirit of life from God entered into them, and they stood upon their feet; and great fear fell upon them which saw them.

142

12 And they heard a great voice from heaven saying unto them, Come up hither. And they ascended up to heaven in a cloud; and their enemies beheld them.

13 And the same hour was there a great earthquake, and the tenth part of the city fell, and in the earthquake were slain of men seven thousand: and the remnant were affrighted, and gave glory to the God of heaven.

Notice that Satan ascends out of the bottomless pit to make war with the two witnesses in verse 7. This is Satan ascending into the world of Christianity and overcoming that world with his false Gospels and so killing the two witnesses. This is as high as Satan will ascend (Isa 14:14: which quotes Satan's heart as saying "I will ascend above the heights of the clouds; I will be like the most High", where the clouds are a reference to the true believers; this is consistent with 2The 2:4.). Now, when the two witnesses are killed, this is as low as the two witnesses will descend. At this point the two witnesses have already ascended and descended. They have fulfilled the pattern of Jesus in their lives. They have given their witness of the true Gospel to the world. Remember in the pattern of Jacob's ladder the messengers ascend first, and then descend second. First they are saved and ascend on Jesus to heaven, and second they descend to suffer in this life in order to proclaim the true Gospel. Nevertheless, no verse speaks in Rev 11 before verse 7, where they are killed and thereby descend, about their previous ascension or salvation. But understanding the existence of this previous unmentioned ascension is absolutely necessary to correctly understand the ascension that is explicitly mentioned in verse 12 of Rev 11. Remember the principle that in descending and so spiritually dieing to proclaim the true Gospel that others might believe and be saved is the pattern that Jesus set for all true believers to follow as they take up their cross and follow Jesus; Jesus who is the power within the hearts of the true believers to enable the true believers to fulfill this pattern.

To go on and understand the ascension of the two witnesses in Rev 11:12, we must consider that we have the resurrection of the two witnesses in Rev 11:11. The spiritual meaning of the term "ascension" contains strong overtones suggesting a resurrection. This is because when someone becomes born again or born from above that is when that person has both experienced new life in his or her soul (he or she now has a soul resurrected from spiritual death to spiritual life), and at the same time because such a person is now a member of the kingdom of heaven, that person has ascended to heaven on Jacobs ladder. The idea of spiritual life or being born again on one hand and the idea of spiritual ascension to heaven on the other hand are inseparably linked to each other. And this is actually why Rev 11:12 is talking about ascension directly after Rev 11:11. which is talking about resurrection. But there is a catch. Remember, we have already noted that the two witnesses are already born again (they have already experienced their spiritual ascension into the kingdom of heaven) before they engaged in their task of witnessing to the world as the earlier portion of Rev 11:1-7 speaks. This must be the case because God uses no one to witness to the true Gospel. That task is for the true born again believers only, when Jesus gave the great commission at the end of Mt 28. So what is this ascension of the two witnesses in Rev 11:12 if it is not that these two witnesses are becoming born again? This ascension in Rev 11:12 can not be that they are becoming born again because as we have already noted, they were already born again even before their death in Rev 11:8 before which they had been witnessing of the true Gospel in verses Rev 11:1-7. Only true believers should be witnessing the true Gospel, and only

143

true believers can witness the true Gospel with true understanding anyway, and they clearly have true understanding of their message, since they destroy their enemies very effectively with that message (note Rev 11:5); no ignoramus shown of false teacher lacking true understanding of how to use a sword can significantly protect him or her self with that sword, and the Word of God is a sword, as Heb 4:12 speaks. Even Goliath whom David slew before David became king of Israel could not use his sword against David. And David took that sword out of Goliath's hands and cut Goliath's head off with Goliath's own sword. Goliath's sword in fact represents the Word of God in the hands of the apostate church, therefore in the hands of Satan who had the power of death before Jesus resurrected and destroyed the power of death. Goliath seems to represent the apostate church, Satan, and the last enemy which is Death. And none of these enemies can wield the sword of the Word of God correctly. And these enemies will be destroyed by the very sword that they wield against the true believers. Do not be afraid of the sword in the hands of a false teacher; God will take it out of their hands and destroy them with it. This idea of the sword or Word of God being taken out of the hands of the unsaved is in fact what Jesus has in view when we read:

Mt 13:12  For whosoever hath, to him shall be given, and he shall have more abundance: but whosoever hath not, from him shall be taken away even that he hath.

Mt 25:29  For unto every one that hath shall be given, and he shall have abundance: but from him that hath not shall be taken away even that which he hath.

Mr 4:25  For he that hath, to him shall be given: and he that hath not, from him shall be taken even that which he hath.

Lu 8:18  Take heed therefore how ye hear: for whosoever hath, to him shall be given; and whosoever hath not, from him shall be taken even that which he seemeth to have.
Lu 19:26  For I say unto you, That unto every one which hath shall be given; and from him that hath not, even that he hath shall be taken away from him.

So the two witnesses, because of their skill and power shown in handling the sword of the Word of God in Rev 11:5, prove that they were already born again and ascended to the kingdom of heaven before their death in Rev 11:7-8. Even Jesus, who handled the Word of God perfectly and with complete deftness to the point of knowing every person's soul, nevertheless did not use that sword to prevent himself from going to the cross. This is because Jesus knew that he had to go to the cross—it was not because of any lack of ability to used the sword to protect himself and prevent the cross. Is not the essence of what we read when we read:

Mt 26:51  And, behold, one of them which were with Jesus stretched out *his* hand, and drew his sword, and struck a servant of the high priest's, and smote off his ear.
52  Then said Jesus unto him, Put up again thy sword into his place: for all they that take the sword shall perish with the sword.
53  Thinkest thou that I cannot now pray to my Father, and he shall presently give me more than twelve legions of angels?
54  But how then shall the scriptures be fulfilled, that thus it must be?

144

Joh 18:36  Jesus answered, My kingdom is not of this world: if my kingdom were of this world, then would my servants fight, that I should not be delivered to the Jews: but now is my kingdom not from hence.

To be sure, historically the above two passage are referring to physical swords, not the spiritual sword of the Word of God. Yet, spiritually, these physical swords do represent the Word of God. The Word of God is capable of protecting someone who truly trusts in God, even from physical harm. Is not that the effect of:

Joh 7-30  Then they sought to take him: but no man laid hands on him, because his hour was not yet come.
31  And many of the people believed on him, and said, When Christ cometh, will he do more miracles than these which this *man* hath done?
32  The Pharisees heard that the people murmured such things concerning him; and the Pharisees and the chief priests sent officers to take him.
33  Then said Jesus unto them, Yet a little while am I with you, and *then* I go unto him that sent me.

34  Ye shall seek me, and shall not find *me*: and where I am, *thither* ye cannot come.
35  Then said the Jews among themselves, Whither will he go, that we shall not find him? will he go unto the dispersed among the Gentiles, and teach the Gentiles?
36  What *manner* of saying is this that he said, Ye shall seek me, and shall not find *me*: and where I am, *thither* ye cannot come?
37  ¶ In the last day, that great *day* of the feast, Jesus stood and cried, saying, If any man thirst, let him come unto me, and drink.
38  He that believeth on me, as the scripture hath said, out of his belly shall flow rivers of living water.
39  (But this spake he of the Spirit, which they that believe on him should receive: for the Holy Ghost was not yet given; because that Jesus was not yet glorified.)
40  Many of the people therefore, when they heard this saying, said, Of a truth this is the Prophet.
41  Others said, This is the Christ. But some said, Shall Christ come out of Galilee?
42  Hath not the scripture said, That Christ cometh of the seed of David, and out of the town of Bethlehem, where David was?
43  So there was a division among the people because of him.
44  And some of them would have taken him; but no man laid hands on him.
45  ¶ Then came the officers to the chief priests and Pharisees; and they said unto them, Why have ye not brought him?
46  The officers answered, Never man spake like this man.

The officers were prevented from arresting Jesus because of the words that Jesus spoke. Jesus' spiritual sword protected Jesus, because the time of Jesus death was not yet (Joh 7:30 above); we also see this principle of the sword of the Word of God providing physical protection in 1Sa 19:18-24. This is the same case with the two witnesses of Rev 11:1-6, where their sword protects them. Yet, when the time comes and their testimony is finished then they are to die, as Rev 11:7 says:

145

Rev 11: 7 And when they shall have finished their testimony, the beast that ascendeth out of the bottomless pit shall make war against them, and shall overcome them, and kill them.

So to repeat, the two witness did know how to use the Word of God to defend themselves, yet when the time came for their testimony to finish, then God's program was for them to die. They were not living by a physical sword, but they were living by a spiritual sword, even as Jesus did, and they were to die by that same spiritual sword. They are going to let the Word of God, Jesus, kill them as they trust Jesus to put them to death and to raise them again to spiritual life, even as Jephthah's daughter did. But they already had spiritual life before they died, so how could this be? Did not Jesus have spiritual life before he died? Of course he did, or he could not have given that spiritual life to the elect by going to the cross. That is also the pattern that the two witnesses are walking in as they take up their cross and follow Jesus, Jesus the power in them to do so; they by their death are going to ensure that the spiritual life of Jesus is given to still others. Precious in the sight of the Lord is the death of his saints. Ps 116:15. God does not waste any saint's death, but God uses each and every saint's death to great spiritual effect by bringing forth much spiritual life:

Joh 12:24 Verily, verily, I say unto you, Except a corn of wheat fall into the ground and die, it abideth alone: but if it die, it bringeth forth much fruit.

So, after the spiritual death of the two witnesses in Rev 11:7-8, the stage is set for their spiritual resurrection in Rev 11:11, and subsequently that mysterious second ascension (as discussed before, the first ascension of the re-birth of the two witnesses is implied) in Rev 11:12.

Both the death and the resurrection of the two witnesses must be spiritual, and not physical. The reason that this is so is because the two witnesses must represent all of the true believers alive at the time of their death and resurrection. And the reason that the two witnesses must represent all true believers at that time is because of the spiritual meaning of the number two in the Bible. We can see this spiritual meaning when we combine the following passages, and reason from them:

Joh 8:17 It is also written in your law, that the testimony of two men is true.

Mt 18:16 But if he will not hear thee, then take with thee one or two more, that in the mouth of two or three witnesses every word may be established.

And contrast false witnesses:

Mr 14:55 And the chief priests and all the council sought for witness against Jesus to put him to death; and found none.
56 For many bare false witness against him, but their witness agreed not together.
57 And there arose certain, and bare false witness against him, saying,
58 We heard him say, I will destroy this temple that is made with hands, and within three days I will build another made without hands.
59 But neither so did their witness agree together.

146

The concept of two witnesses agreeing together is really related to the unity of the true believers in one common truth. True believers each have the same Holy Spirit within them. Consequently all believers speak with the truthfulness of two witnesses agreeing in them, because all believers agree with the truth of the mind of God. The true body of Christ, Jesus' Bride, reflects the same integrity that knits together the truth of the Bible itself, because the body of Christ, Jesus Bride the true believers are the Word made flesh as Jesus fills the hearts of the true believers upon each one of the believer's salvation, when Jesus took their hearts of stone and gave them hearts of flesh, as Eze 36:25-27 speaks:

Eze 36: 25 ¶ Then will I sprinkle clean water upon you, and ye shall be clean: from all your filthiness, and from all your idols, will I cleanse you.
26 A new heart also will I give you, and a new spirit will I put within you: and I will take away the stony heart out of your flesh, and I will give you an heart of flesh.
27 And I will put my spirit within you, and cause you to walk in my statutes, and ye shall keep my judgments, and do them.

And

Heb 8: 10 For this is the covenant that I will make with the house of Israel after those days, saith the Lord; I will put my laws into their mind, and write them in their hearts: and I will be to them a God, and they shall be to me a people:

The new hearts of flesh with God's law written on those hearts are the hearts of the true believers, Jesus in them, the Word made flesh, the Bride of Christ, bone of his bone, flesh of his flesh. We, the true believers, are the Word made flesh with Jesus the Word of God in us, written on our hearts of flesh. Anyone who disagrees with this is in grave danger of violating 1Joh 4:1-4, which says:

1Joh 4: 1 ¶ Beloved, believe not every spirit, but try the spirits whether they are of God: because many false prophets are gone out into the world.
2 Hereby know ye the Spirit of God: Every spirit that confesseth that Jesus Christ is come in the flesh is of God:
3 And every spirit that confesseth not that Jesus Christ is come in the flesh is not of God: and this is that spirit of antichrist, whereof ye have heard that it should come; and even now already is it in the world.
4 ¶ Ye are of God, little children, and have overcome them: because greater is he that is in you, than he that is in the world.

Since the Bible is knit together by the powerful integrity of the mind of God, and since the mind of God is within the true believers per:

1Co 2: 9 But as it is written, Eye hath not seen, nor ear heard, neither have entered into the heart of man, the things which God hath prepared for them that love him.
10 But God hath revealed them unto us by his Spirit: for the Spirit searcheth all things, yea, the deep things of God.
11 For what man knoweth the things of a man, save the spirit of man which is in him? even so the things of God knoweth no man, but the Spirit of God.

147

12 Now we have received, not the spirit of the world, but the spirit which is of God; that we might know the things that are freely given to us of God.

13 Which things also we speak, not in the words which man's wisdom teacheth, but which the Holy Ghost teacheth; comparing spiritual things with spiritual.

14 But the natural man receiveth not the things of the Spirit of God: for they are foolishness unto him: neither can he know *them*, because they are spiritually discerned.

15 But he that is spiritual judgeth all things, yet he himself is judged of no man.

16 For who hath known the mind of the Lord, that he may instruct him? But we have the mind of Christ.

Then this fact of having the same mind of God or mind of Christ within the true believers is why the true believers speak with one consistent truth, even as two true witnesses speak when they speak on the same subject before a court of law; and their word will both be true, even if each one is speaking from a very different vantage point than the other—there will be no contradiction between what each is saying, even though rationalizing the two different accounts together may prove very difficult (but struggling to achieve such a sound rationalization in the face of apparent contradictions between their two accounts could lead to a deep, deep understanding of the truth that the two witnesses are presenting). This is the spiritual reason that God has chosen the number two to represent the true believers. Furthermore, the number three sometimes in the scriptures also represents the true believers; this is because the Bible's language involving multiple witnesses uses the terminology "two or three witnesses", as we read:

De 19:15 One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth: at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established.

Mt 18:16 But if he will not hear *thee, then* take with thee one or two more, that in the mouth of two or three witnesses every word may be established.

Mt 18:20 For where two or three are gathered together in my name, there am I in the midst of them.

Notice that Mt 18:20 says "there am I in the midst of them". That is Jesus speaking, and Jesus is the very "truth" that these witnesses represent, and so Jesus uses the word "midst" for a very powerful and technical reason. That reason is that Jesus is the true mathematical intersection of the truths that each of the witnesses are saying, when all their words are combined to find that truth. That is Jesus in the midst of them, of course, since it is with them also as the great commission in Mt 28 speaks, even to the end of the age, in spirit, in heart, in power, and in authority to represent the truth as ambassadors per 2Co 5:20, which says:

2Co 5: 20 Now then we are ambassadors for Christ, as though God did beseech you by us: we pray you in Christ's stead, be ye reconciled to God.

Now let us go back to 1Co 2. Verse 1 1Co 2:16 makes it clear that all true believers have within them the true mind of God with all the integrity that

148

the mind of God has). Furthermore, this passage, all of 1 Co 2, is discussing the matter of knowing the true wisdom of God, as verse 7 speaks. Incidentally, many pastors or church leaders badly misinterpret verse 9 by saying that verse 9 is discussing heaven. In the context of the entirety of 1Co 2 this interpretation can not be true. 1Co 2:9 is clearly talking about seeing, or rather not seeing, the truths of the word of God, except those to whom God has reviled them, as the next verse, verse 10 says. Such sloppy interpretation as is common with 1Co 2:9 may be (we can all make mistakes, though) an indication of a man who lacks respect for the Bible. If a pastor insists that 1Co 2:9 is talking about heaven and only heaven (the author of this paper will grant the possibility that heaven may be in view secondarily, but not primarily, because further truth will be reveled to true believers when they get to heaven) and not about understanding the truths of the Bible even after the context is pointed out to that man, then that man is proud, and should repent. If he refuses to repent after a reasonable time, then the conclusion should be that he is a false teacher, and he should be abandoned—simply because the context of 1Co 2 is extremely obvious; if he denies this context then he can not be trusted to interpret the Bible anywhere.

Concerning 1Co 2, we have a few further very important observations to make.

Notice that Paul the apostle, by whom God penned 1Co 2, says in 1Co 2:1-7 that he, Paul, did not come to the Corinthians with man's wisdom, but in "demonstration of the Spirit and of power", as we read:

1Co 2:1 ¶ And I, brethren, when I came to you, came not with excellency of speech or of wisdom, declaring unto you the testimony of God.

2 For I determined not to know any thing among you, save Jesus Christ, and him crucified.

3 And I was with you in weakness, and in fear, and in much trembling.

4 And my speech and my preaching was not with enticing words of man's wisdom, but in demonstration of the Spirit and of power:

5 That your faith should not stand in the wisdom of men, but in the power of God.

6 ¶ Howbeit we speak wisdom among them that are perfect: yet not the wisdom of this world, nor of the princes of this world, that come to nought:

7 But we speak the wisdom of God in a mystery, even the hidden *wisdom*, which God ordained before the world unto our glory:

And God here, speaking through Paul, makes plain that there is a distinction between the wisdom of man, which God despises, and the wisdom of God as recorded in God's Word. Paul has strictly avoided not speaking the wisdom of man, and, of course, desired this to ensure that the Corinthians would be properly served the Gospel so as to lovingly maximize the benefit to the Corinthians. Paul's heart was to give them milk of the Word out faithfully, in love, representing accurately the Truth of God, Jesus Christ.

This heart in Paul to speak the Word of God faithfully is also in all true believers. Paul is speaking as a member of the eternal Two Witnesses, the eternal Bride of Christ, all true believers that Jesus died to save. And this eternal Bride of Christ is a woman towards Jesus Christ; Jesus, who is Almighty God himself—if we believe the Christian doctrine of the trinity that we should believe. And since the eternal Bride of Christ is a

et

150

logically Jesus' words? The tricky distinction that must be made here in order to preserve sound logic is to recognize the difference between perceiving logically on one hand and believing on the other. Is it not so that we may easily perceive logically something that someone speaks perfectly well, and yet still not receive what that person is saying as truth —not as truth, meaning to still not believe it? To receive something as truth is to believe that something. To perceive logically what someone says and to *not* receive those words as truth is to yet not believe those words, even though we perceive logically those words. Believing and perceiving logically are not the same things. I may perceive logically something you say to me, and to still despise and disbelieve those words. The Greek word translated as "knew" in 1Co 2.8 is our sexual word for the Seed of the Word of God entering the spiritual womb or spiritual heart of someone. Now when a man has sexual relations with his wife, that union does not always produce life and conception. Likewise in the parable of the sower in Mt 13:1-23 life is not always produced when exposure to the Word of God occurs within the hearts of people. So there are two levels of knowing spiritual truth. The first level is to have logical perception of spiritual truth, but no life: the deeper level is to not only logically perceive, but to believe as well with sincerity to the point of being born again or born from above—the birth of being born again or born from above requires spiritual conception unto life by the work of the Holy Spirit giving both logical perception and sincere belief in a person's heart. The murderous leaders of national Israel and the corporate church of God at that time, who killed Jesus, the people whom Jesus is speaking to in Joh 5:38-47 quoted above, had both logical perception of the words of Jesus, and logical perception of the Words of Jesus, but those same leaders *did not* have sincere belief in their hearts. That is what Jesus is saying in verse 42 of Joh 5 where he says that they do not have the love of God in their hearts. The spiritual sexual experience of having the Word of God planted into one's heart or spiritual womb that then leads to spiritual life is the outcome of the sexual love of God. Sex between a man and his wife is termed "making love", even by most people in the world today. And that term is appropriate when that spiritual love making of hearing the Word of God leads to the love of God in the hearts of people who truly believe. The Holy Spirit that Word of God as it enters the hearts of people, planted by the love making of the true believers who proclaim that true Gospel to others, desiring that others believe that truth as well, unto salvation from hell and unto salvation into the kingdom of heaven. You see, true believers are commanded to love their neighbors as themselves. They do this by proclaiming that true Gospel of God. So as a consequence of that love making we read what the Holy Spirit does:

Rom 5: 5 And hope maketh not ashamed; because the love of God is shed abroad in our hearts by the Holy Ghost which is given unto us.

But the leaders of the corporate church, national Israel, did not have this love of God in their hearts. The love making that Moses made by sharing the true Gospel (Moses was a witness of the true love of God in that he, by living his neighbor just like any true believer) in the hearts of people would believe, did not lead to spiritual conception to spiritual life in the hearts of these murderous leaders of national Israel who later killed Jesus. Likewise these same murderous leaders could not receive that same message from Jesus. That is exactly what Jesus is saying in Joh 5:46-47, to repeat:

Joh 5: 46 For had ye believed Moses, ye would have believed me: for he wrote of me.

---

149

woman towards Jesus Christ, the woman in whom are included all the true believers over all time that Jesus Christ died to save, then the fact that a physical woman has two breasts, rather than just one breast, is itself a picture of the Two Witnesses. The picture of the true Gospel is pervasive throughout the creation of this earth and even the universe; so we should not at all be surprised to see evidence of that picture in the anatomy of a woman, since women were designed to picture the Bride of Christ when God created Eve for Adam back in Genesis.

Now, let us quote further from 1Co 2. Verses 8-10 say:

1Co 2.8 Which none of the princes of this world knew: for had they known *it*, they would not have crucified the Lord of glory.
9 But as it is written, Eye hath not seen, nor ear heard, neither have entered into the heart of man, the things which God hath prepared for them that love him.
10 But God hath revealed *them* unto us by his Spirit: for the Spirit searcheth all things, yea, the deep things of God.

Now verse 8 is very interesting, and requires some careful thought. Many people think that verse 8 is saying that if the leaders of Israel at the time of Jesus knew who Jesus was, then these leaders would not have crucified Jesus, the Lord of glory. But look closely. Verse 8 is following verse 7, quoted somewhat above. Verse 7 is talking about the wisdom of God. (Now, true, Jesus is the Wisdom of God.) Verse 8, in the context of verse 7, is really saying the same thing as what Jesus himself said to the murderous leaders of the nation of Israel, God's church at that time, at the time of Jesus, as we read:

Joh 5: 38 And ye have not his word abiding in you: for whom he hath sent, him ye believe not.
39 Search the scriptures; for in them ye think ye have eternal life: and they are they which testify of me.
40 And ye will not come to me, that ye might have life.
41 I receive not honour from men.
42 But I know you, that ye have not the love of God in you.
43 I am come in my Father's name, and ye receive me not: if another shall come in his own name, him ye will receive.
44 How can ye believe, which receive honour one of another, and seek not the honour that *cometh* from God only?
45 Do not think that I will accuse you to the Father: there is one that accuseth you, *even* Moses, in whom ye trust.
46 For had ye believed Moses, ye would have believed me: for he wrote of me.
47 But if ye believe not his writings, how shall ye believe my words?

You see, Jesus is saying in Joh 5:47 that the leaders of the nation of Israel  that crucified Jesus did not believe Moses' writings, and consequently could not believe Jesus' words either. These leaders did not have the love of God in them, as verse 42 says. Now be very careful with the logic here. This is where the required sound logic nevertheless gets very subtle and very tricky. When Jesus says in verse 46 of Joh 5 that the leaders did not believe Moses' writings, is that then the same as saying that they did not perceive logically what Moses was saying and is that then saying that they did not perceive

151

47 But if ye believe not his writings, how shall ye believe my words?

So when 1Co 2.8 says:

1Co 2.8  Which none of the princes of this world knew: for had they known *it*, they would not have crucified the Lord of glory.

That passage is really saying by the use of the word "knew", that the murderous leaders of national Israel did not have the love of God in their hearts. They did not know Jesus unto spiritual life. Yet, these murderous leaders of national Israel did "know" in the sense of logical perception. If they even lacked logical perception, then they would not have had any hatred for Jesus at all. Their hatred for Jesus comes from the fact that they saw Jesus as a threat to their power. Without logical perception they could not have perceived that threat either. As the parable of the vineyard says:

Lu 20: 9 ¶ Then began he to speak to the people this parable; A certain man planted a vineyard, and let it forth to husbandmen, and went into a far country for a long time.
10  And at the season he sent a servant to the husbandmen, that they should give him of the fruit of the vineyard: but the husbandmen beat him, and sent *him* away empty.
11  And again he sent another servant: and they beat him also, and entreated *him* shamefully, and sent *him* away empty.
12  And again he sent a third: and they wounded him also, and cast *him* out.
13  Then said the lord of the vineyard, What shall I do? I will send my beloved son: it may be they will reverence *him* when they see him.
14  But when the husbandmen saw him, they reasoned among themselves, saying, This is the heir: come, let us kill him, that the inheritance may be ours.
15  So they cast him out of the vineyard, and killed *him*. What therefore shall the lord of the vineyard do unto them?
16  He shall come and destroy these husbandmen, and shall give the vineyard to others. And when they heard *it*, they said, God forbid.
17  And he beheld them, and said, What is this then that is written, The stone which the builders rejected, the same is become the head of the corner?
18  Whosoever shall fall upon that stone shall be broken; but on whomsoever it shall fall, it will grind him to powder.
19  And the chief priests and the scribes the same hour sought to lay hands on him; and they feared the people: for they perceived that he had spoken this parable against them.

Notice that word "perceived" in verse 19 of Lu 20.  That is our same exact Greek word "know" in 1Co 2.8 which is <1097>.  But the word in Lu 20.19 is strongs number <1097>.  Both are the same, as the meaning of <1097> in Lu 20.19, or we would have an actual logical contradiction with the leaders knowing in Lu 20.19, and not knowing in 1Co 2.8.  The resolution of this logical conflict is arrived at and the logical contradiction is avoided by merely realizing that the spiritual sexual union of the Seed or Word of God with the hearts of the murderous leaders of national Israel who killed Jesus gave those leaders logical perception, but did not give those leaders spiritual life.  In 1Co 2.8 the word "knew" is referring to spiritual life or having the love of God in their hearts, which 1Co 2.8 is saying that they did not have; and Lu 20.19 is saying that these leaders

---

152

did have logical perception. The modern church today has a fairly useful phrase for this distinction between logical perception on one hand, and belief unto spiritual life on the other hand. That phrase is "to have head knowledge verses heart knowledge". This distinction is useful and valid if the understanding is attached that "head" really means heart knowledge with only logic perception, verse heart knowledge that refers to belief unto spiritual life. The heart must be understood here because of the spiritual equivalence between the heart and the womb. The womb may receive the seed and produce life, or it may receive the seed and yet not produce life; likewise the heart may receive the Seed of the Word of God and produce life, or the heart may receive the Seed of the Word of God and yet not produce life—per the parable of the sower in Mt 13.

So true believers are those whose hearts do have spiritual life in them. They therefore can witness with true understanding from their hearts as to what the truth is, namely Jesus, because they have the love of Jesus in their hearts. They are all speaking of that same single, true Jesus, who is Truth himself. Thus when two true believers speak of Jesus, because they are speaking from that same Jesus, which is in them, they speak consistently, even as two witnesses speak. They do not hate the truth. They will speak it with sincere effort to make it clear and understood by others who are listening. Jesus is in the logical midst of their speech, the logical mathematical intersection of their words, because they are true witnesses. They are true witnesses speaking of the same Truth, Jesus. They have the same Holy Spirit in them teaching them to understand that Truth. That is the point of 1Co 2:10,12, and 16, which say (verses 11,13,14,15 will be discussed eventually also).

1Co 2: 10  But God hath revealed *them* unto us by his Spirit: for the Spirit searcheth all things, yea, the deep things of God.
11  For what man knoweth the things of a man, save the spirit of man which is in him? even so the things of God knoweth no man, but the Spirit of God.
12  Now we have received, not the spirit of the world, but the spirit which is of God; that we might know the things that are freely given to us of God.
13  Which things also we speak, not in the words which man's wisdom teacheth, but which the Holy Ghost teacheth; comparing spiritual things with spiritual.
14  But the natural man receiveth not the things of the Spirit of God: for they are foolishness unto him: neither can he know *them*, because they are spiritually discerned.
15  But he that is spiritual judgeth all things, yet he himself is judged of no man.
16  For who hath known the mind of the Lord, that he may instruct him? But we have the mind of Christ.

Verse 10 says that God's Spirit has revealed this truth to us.  Verse 12 says that we have received the spirit which is of God, that we might know the things that are freely given to us of God.  Verse 16 says that we have the mind of Christ.  This is why the logical mathematical intersection of the words of the two witnesses of Rev 11 is all about Jesus, who is the Truth, and only Jesus.  There is no other Truth but Jesus.  If two people of two various religions speak of their respective "truths" of their religions, the logical mathematical intersection of their words will only be general platitudes and watered-down statements lacking power and conviction, and that area will most likely not be very large unless their two religions are closely related and that religion has a good degree of truth.

153

apparent self consistency; and the area that is not within the mathematical intersection, that is the area where they profoundly differ and frequently contradict each other deeply is likely very large. The size of this large area of contradiction is powerful proof that one or both of these two religions can not be true, if the respective witnesses of each of these two religions are representing their respective religions accurately.

Now the Holy Bible is an extremely complex book. Anybody at all who has studied that book knows that fact. In this respect, God is very deep consistency; in fact, the Bible is found to be extremely, logically consistent to any person who God opens that person's eyes via the Holy Spirit in that person's heart to view the Bible from the correct perspective. This idea of the correct perspective is well known to the world of man's fields of science, especially physics and astronomy. There is a very powerful example historically in the field of astronomy of what happens when the wrong perspective is taken on one hand, and when the correct perspective is taken on the other hand. This historical example involves what are called the "Ptolemaic" and "Copernican" systems developed by two different astronomers in the historical past in the history of the science of astronomy. The Ptolemaic system models the solar system, in fact the entire universe, such that the earth is taken to be at the absolute, unmoving center. The Copernican system takes the sun to be at the center of the solar system, and the earth revolves around the sun. Now neither system is absolutely accurate, because even with the Copernican system the center of gravity between the sun and the earth is not directly at the center of gravity of the sun itself, because the mass of the earth balances that two body system just off of the center of the sun, but surely still within the sun because of how much more massive the sun is over the earth. Consequently, there is a small sense in which the sun also revolves around the earth. But the Copernican system is far more correct than the Ptolemaic system. This far greater correctness is verified by the Copernican's much greater simplicity.

Such profound simplicity is a hallmark indicator known to scientist that strongly suggests to scientist that a much better and much more correct viewpoint has be discovered in whatever problem a scientist may be studying. Simply put, such simplicity strongly indicates that the correct viewpoint has been taken, or at least a much better viewpoint has been taken. If someone says that he or she has found that great simplicity and correct viewpoint, but can not explain correctly the complex details that he or she reports that he or she now understands with simplicity, then he or she is deluded or lying. A true system or idea that explains many details correctly and with simplicity. That is the test of a correct system, its powerful simplicity must manage the numerous complex details of a complex subject just like a single very intelligent Australian sheep dog manages many sheep. This is a strong proof of a correct understanding, when a huge number of details fall into subjection to that understanding, and thereby allows one to categorize details from important to trivial, with excellent accuracy, though not with perfect accuracy (an occasional important detail might be missed, and a trivial detail might accidentally be mistaken as important). Then, with your mind on the important details, you can focus your understanding on those important details and thereby refine your system by yet further study.

Now back to the discussion on the Ptolemaic and Copernican systems, or rather to discuss the spiritual picture of Bible truth that God drew when God created the solar

154

system. Since God created the entire universe to reflect the glory of God, and since God is light, then spiritually the idea of mankind revolving around God as the earth revolves around the sun makes much better reason than the idea of God revolving around man (as though the sun revolves around the earth). Man revolving around God to serve God and glorify God makes far better reason more than to have God revolving around man and serving man. Interestingly, the picture God drew with the sun and the earth is yet even more perfect than that. Because also that the combined center of gravity of the two body system formed by the sun and the earth is not exactly at the center of gravity of the sun itself, then in fact the sun's own center of gravity circles around that combined center of gravity, so that in a very small sense to the degree that the combined center of gravity is dislocated towards the earth from the sun's own center of gravity by a very small distance, then the sun does in deed go around the earth. This subtle shift in center of gravity is a picture of the fact that Jesus had to become the Word made flesh and be found as a man (as Php 2 speaks and Joh 1 speaks) and dwell among mankind—he had to move towards us—in order to die on the cross and bring salvation to the elect. This is Jesus (who is Almighty God) washing us with his blood to atone for our sins; and is pictured by Jesus as a servant washing the feet of the disciples, as we read:

Job 13: 3  Jesus knowing that the Father had given all things into his hands, and that he was come from God, and went to God;

4  He riseth from supper, and laid aside his garments; and took a towel, and girded himself.

5  After that he poureth water into a bason, and began to wash the disciples' feet, and to wipe them with the towel wherewith he was girded.

6  Then cometh he to Simon Peter: and Peter saith unto him, Lord, dost thou wash my feet?

7  Jesus answered and said unto him, What I do thou knowest not now; but thou shalt know hereafter.

8  Peter saith unto him, Thou shalt never wash my feet. Jesus answered him, If I wash thee not, thou hast no part with me.

9  Simon Peter saith unto him, Lord, not my feet only, but also my hands and my head.

10  Jesus saith to him, He that is washed needeth not save to wash his feet, but is clean every whit: and ye are clean, but not all.

11  For he knew who should betray him; therefore said he, Ye are not all clean.

12  So after he had washed their feet, and had taken his garments, and was set down again, he said unto them, Know ye what I have done to you?

13  Ye call me Master and Lord: and ye say well; for so I am.

14  If I then, your Lord and Master, have washed your feet; ye also ought to wash one another's feet.

15  For I have given you an example, that ye should do as I have done to you.

16  Verily, verily, I say unto you, The servant is not greater than his lord; neither he that is sent greater than that sent him.

17  If ye know these things, happy are ye if ye do them.

So Jesus served the true believers as an example, and in fact even washed the feet of Judas Iscariot, the one who would betray Jesus to death on the cross. This washing of Judas Iscariot's feet by Jesus is a picture of that assumption that the hearers of and responders to the true Gospel are invited to make that their sins are paid for. But in Judas

155

Iscariot's case, that assumption was incorrect—but Jesus allowed Judas Iscariot to make that assumption by Jesus' washing of even Judas Iscariot's feet. So likewise when the non-elect within the hearing of the true Gospel say and listen, they are having their feet washed. Yet, if they never repent and believe deeply from a broken and contrite heart, then they are still not clean, as Joh 13:11 above says of Judas Iscariot.

Jesus serving his disciples is an example of the sun slightly rotating around that common center of gravity between the sun and the earth. But, mostly, man serves God, as we read:

Lu 17:7 But which of you, having a servant plowing or feeding cattle, will say unto him by and by, when he is come from the field, Go and sit down to meat?
8 And will not rather say unto him, Make ready wherewith I may sup, and gird thyself, and serve me, till I have eaten and drunken; and afterward thou shalt eat and drink?
9 Doth he thank that servant because he did the things that were commanded him? I trow not.
10 So likewise ye, when ye shall have done all those things which are commanded you, say, We are unprofitable servants: we have done that which was our duty to do.

So we see that we say that we are unprofitable servants when we serve God. This is because we can give nothing to God, we are only giving back to God what God has already given to us. As we read:

Jam 1:17 Every good gift and every perfect gift is from above, and cometh down from the Father of lights, with whom is no variableness, neither shadow of turning.

Jas 1:5 If any of you lack wisdom, let him ask of God, that giveth to all men liberally, and upbraideth not; and it shall be given him.

Ge 41:16 And Joseph answered Pharaoh, saying, It is not in me: God shall give Pharaoh an answer of peace.
38 And Pharaoh said unto his servants, Can we find such a one as this is, a man in whom the Spirit of God is?
39 And Pharaoh said unto Joseph, Forasmuch as God hath shewed thee all this, there is none so discreet and wise as thou art:

Pr 2:6 For the LORD giveth wisdom: out of his mouth cometh knowledge and understanding.

Isa 28:26 For his God doth instruct him to discretion, and doth teach him.

1Co 4:7 ¶ For who maketh thee to differ from another? and what hast thou that thou didst not receive? now if thou didst receive it, why dost thou glory, as if thou hadst not received it?

And so man's main task is to serve God, because God gives to man everything man has, even man's breath of life, which he breathed into Adam when God made mankind; God gives each of us each and every one of our breaths and each and every one of our heart beats. If God so chooses, any one of us will die instantly, at God's very whim at any moment. So man should glorify God, and the true believers have this task of glorifying God assigned directly to them, as we read:

156

1Co 6:19 What? know ye not that your body is the temple of the Holy Ghost which is in you, which ye have of God, and ye are not your own?
20 For ye are bought with a price: therefore glorify God in your body, and in your spirit, which are God's.

And the non-elect will glory God, even as they are condemned, as was the case where we read about a man named Achan in Joshua 7, where we read:

Jos 7:19 And Joshua said unto Achan, My son, give, I pray thee, glory to the LORD God of Israel, and make confession unto him; and tell me now what thou hast done; hide it not from me.
20 And Achan answered Joshua, and said, Indeed I have sinned against the LORD God of Israel, and thus and thus have I done:
21 When I saw among the spoils a goodly Babylonish garment, and two hundred shekels of silver, and a wedge of gold of fifty shekels weight, then I coveted them, and took them; and, behold, they are hid in the earth in the midst of my tent, and the silver under it.
22 So Joshua sent messengers, and they ran unto the tent; and, behold, it was hid in his tent, and the silver under it.
23 And they took them out of the midst of the tent, and brought them unto Joshua, and unto all the children of Israel, and laid them out before the LORD.
24 And Joshua, and all Israel with him, took Achan the son of Zerah, and the silver, and the garment, and the wedge of gold, and his sons, and his daughters, and his oxen, and his asses, and his sheep, and his tent, and all that he had: and they brought them unto the valley of Achor.
25 And Joshua said, Why hast thou troubled us? the LORD shall trouble thee this day. And all Israel stoned him with stones, and burned them with fire, after they had stoned them with stones.
26 And they raised over him a great heap of stones unto this day. So the LORD turned from the fierceness of his anger. Wherefore the name of that place was called, The valley of Achor, unto this day.

So the earth primarily rotating around the sun is a picture of the fact that all mankind is required to glorify God. The Copernican system is a creation picture that glorifies God by putting God at the center, and the Ptolemaic system is a perversion of that spiritual picture because God made the creation by instead putting man at the center in order to glorify man. A correct interpretation verses a wrong interpretation. There was a beloved older Christian man who was in my life years ago, and who is dead now, who said that he tested doctrines by checking to see if those doctrines glorified God, or if those doctrines glorified man. That is a very good test. Even Satan tempted Eve to sin, as we read:

157

Gen 3:1 ¶ Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden?

2 And the woman said unto the serpent, We may eat of the fruit of the trees of the garden:

3 But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither shall ye touch it, lest ye die.

4 And the serpent said unto the woman, Ye shall not surely die:

5 For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil.

6 ¶ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her; and he did eat.

Now, if Eve had used that test about who was being glorified, God or herself, she would never have listened to Satan. She would have seen right through that deception of Satan, and not obeyed Satan's lie.

The five major doctrines of Christianity all glorify God, and not mankind. Notice that the doctrine of total depravity says that there is nothing good in man, thereby glorifying God as the only source of goodness. Notice that the doctrine of election, which teaches that only God does the choosing to salvation and man has nothing to do with that choosing glorifies only God, and gives mankind absolutely no credit at all. Notice that the doctrine of limited atonement glorifies God by teaching that God wastes absolutely not even one drop of his blood paying for the sins of the non-elect; the non-elect who will never approach God on God's own terms and thereby obligate God to save that man—sinful man can not do that; and this inability of man glorifies God. God is all powerful and man is totally impotent, so God only needs to pay for the sins of the elect whom God chooses, quite apart from anything good in man, because there is nothing good in man; so God is glorified by the doctrine of limited atonement. The doctrine of irresistible grace glorifies God and not man because it teaches that when God elects to save a person, there is absolutely nothing that person can do to stop that. God will save that person. This glorifies God and not man. The doctrine of perseverance of the saints, which teaches that every one of the elect will persevere to the very end so that their faith does not fail, and this glorifies God and not man because Jesus is the one inside of the believers causing this powerful obedience; as we read!

Eph 2:10 For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

Isa 43:21 This people have I formed for myself; they shall shew forth my praise.

Ps 138:8 The LORD will perfect that which concerneth me: thy mercy, O LORD, endureth for ever: forsake not the works of thine own hands.

Isa 60:21 Thy people also shall be all righteous: they shall inherit the land for ever, the branch of my planting, the work of my hands, that I may be glorified.

158

Isa 61:3 To appoint unto them that mourn in Zion, to give unto them beauty for ashes, the oil of joy for mourning, the garment of praise for the spirit of heaviness; that they might be called trees of righteousness, the planting of the LORD, that he might be glorified.

Jer 31:33 But this shall be the covenant that I will make with the house of Israel; After those days, saith the LORD, I will put my law in their inward parts, and write it in their hearts; and will be their God, and they shall be my people.

Php 1:6 Being confident of this very thing, that he which hath begun a good work in you will perform it until the day of Jesus Christ:

Php 2:13 For it is God which worketh in you both to will and to do of his good pleasure.

Heb 13:21 Make you perfect in every good work to do his will, working in you that which is wellpleasing in his sight, through Jesus Christ; to whom be glory for ever and ever. Amen.

So let us consider what the correct viewpoint must be in order to correctly interpret the Bible. What, or rather who, is really at the very center of all scripture composing the Bible? That center is Jesus; that is why Jesus is the Word made flesh. Do not most people in the world who read a Bible know that the following verse is talking about Jesus?:

John 1:1 ¶ In the beginning was the Word, and the Word was with God, and the Word was God.

Of course most people know this. There is one false religion, that can not even be called Christian within my mind, that violates this verse so as to make Jesus less than Almighty God himself. To believe that Jesus is less than Almighty God himself does not glorify God, because Jesus is in fact Almighty God. Even though this logic is self-referential, it is still true. Haters of the trinity have small minds that must bring God down to the size of their small minds. This does not glorify God, so this religion that denies the deity of Jesus Christ must be false. John 1:1 is a powerful statement that Jesus Christ is Almighty God himself, from eternity past to eternity future—even as Heb 7:1-3 speaks of the King of Peace, Jesus Christ himself, who visited Abraham as Almighty God while concealed in the form of a man called Melchisedec:

Heb 7:1 ¶ For this Melchisedec, king of Salem, priest of the most high God, who met Abraham returning from the slaughter of the kings, and blessed him;

2 To whom also Abraham gave a tenth part of all; first being by interpretation King of righteousness, and after that also King of Salem, which is, King of peace;

3 Without father, without mother, without descent, having neither beginning of days, nor end of life; but made like unto the Son of God; abideth a priest continually.

So if Jesus Christ is Almighty God, and if God is justly requiring mankind to glorify God, then the entire Bible, which God wrote for mankind to read, must be teaching that God is

159

at the center of everything, so that God gets all the glory. Is not that what we are reading when we read:

Lu 24:25 Then he said unto them, O fools, and slow of heart to believe all that the prophets have spoken:
26 Ought not Christ to have suffered these things, and to enter into his glory?
27 And beginning at Moses and all the prophets, he expounded unto them in all the scriptures the things concerning himself.

See how Jesus expounded in such a way so as to say that he is in all the scriptures? Jesus is the spirit of prophecy, as we read:

Rev 19:10 And I fell at his feet to worship him, And he said unto me, See *thou do it* not: I am thy fellowservant, and of thy brethren that have the testimony of Jesus: worship God: for the testimony of Jesus is the spirit of prophecy.

So "the testimony of Jesus is the spirit of prophecy", as Rev 19:10 says. Now the Bible is in view when we see that word "prophecy". Jesus is at the center of all of the prophets; Jesus is at the center of the things that the prophet Moses said. Jesus is at the center of all the things that the prophet Elijah said. Jesus is at the center of all the things that the prophet Elisha said. Jesus is at the center of all the things that the prophet Isaiah said. Jesus is at the center of all the things that the prophet Jeremiah said. Jesus is at the center of all the things that the prophet Micah said. Jesus is at the center of all of the things that the prophet Malachi said. Jesus is at the center of all of the things that the prophet John the Baptist said, who came in the spirit of Elijah, as the New Testament of the Bible teaches, where we read:

Mt 11:7 ¶ And as they departed, Jesus began to say unto the multitudes concerning John, What went ye out into the wilderness to see? A reed shaken with the wind?
8 But what went ye out for to see? A man clothed in soft raiment? behold, they that wear soft *clothing* are in kings' houses.
9 But what went ye out for to see? A prophet? yea, I say unto you, and more than a prophet.
10 For this is *he*, of whom it is written, Behold, I send my messenger before thy face, which shall prepare thy way before thee.
11 Verily I say unto you, Among them that are born of women there hath not risen a greater than John the Baptist: notwithstanding he that is least in the kingdom of heaven is greater than he.
12 And from the days of John the Baptist until now the kingdom of heaven suffereth violence, and the violent take it by force.
13 For all the prophets and the law prophesied until John.
14 And if ye will receive *it*, this is Elias [Elias is King James New Testament spelling for Elijah of the Old Testament], which was for to come.
15 He that hath ears to hear, let him hear.

Do you have the Holy Spirit within you so that you have the spiritual ears to understand the spirit of prophecy, which is Jesus himself. Do you see Jesus everywhere in the Bible? Are you looking for him at all that way in the scriptures? Do you have the faith to

160

believe that Jesus is everywhere in the scriptures. You know, faith is required to believe such a thing. God must work in your hearts to cause you to so believe. If these things that I am saying offend you, then that is because you do not have such faith. Maybe you do not have the Holy Spirit within you teaching you to look for your supposed beloved savior Jesus in the scriptures because you have a different Jesus that does not fit the scriptures. The scriptures, when understood correctly, point to only one true Jesus, and will condemn all imposters. And there are many imposters of Jesus Christ today, and Jesus warned of exactly that when he said:

Mt 24:23 Then if any man shall say unto you, Lo, here is Christ, or there; believe *it* not.
24 For there shall arise false Christs, and false prophets, and shall shew great signs and wonders; insomuch that, if *it* were possible, they shall deceive the very elect.
25 Behold, I have told you before.
26 Wherefore if they shall say unto you, Behold, he is in the desert; go not forth: behold, *he is* in the secret chambers; believe *it* not.

Mr 13:21 And then if any man shall say to you, Lo, here is Christ; or, lo, *he is* there; believe *him* not.

Lu 21:8 And he said, Take heed that ye be not deceived: for many shall come in my name, saying, I am *Christ*; and the time draweth near: go ye not therefore after them.

And as Paul said:

2Co 11:3 But I fear, lest by any means, as the serpent beguiled Eve through his subtilty, so your minds should be corrupted from the simplicity that is in Christ.
4 For if he that cometh preacheth another Jesus, whom we have not preached, or *if ye* receive another spirit, which ye have not received, or another gospel, which ye have not accepted, ye might well bear with *him*.

Notice how Paul said that there is simplicity in Christ. That simplicity is only available if you take the correct viewpoint, which upon so doing, greatly simplifies everything as everything begins to make clear reason, even as the Copernican system is simple and elegant with the Sun of Righteous at the center (Mal 4:2. But unto you that fear my name shall the Sun of righteousness arise with healing in his wings; and ye shall go forth, and grow up as calves of the stall), and the Ptolemaic system is ugly and complex with man at the center. You want to know how to understand the Bible? Then put Jesus at the center of every verse. Even verses that are talking about Satan must somehow, though we do not yet understand how, in the end glorify Jesus and only Jesus. Even scriptures that are talking about the apostate church must glorify Jesus and only Jesus; this is because the true believers are those who take up their crosses and suffer as a consequence of the apostate church, and in taking up their crosses they glorify Jesus. Even as we read:

Heb 13:12 Wherefore Jesus also, that he might sanctify the people with his own blood, suffered without the gate.
13 Let us go forth therefore unto him without the camp, bearing his reproach.
14 For here have we no continuing city, but we seek one to come.

161

And as the book of Lamentations in the Bible, which is focused on the apostate church of our time, as well as over all time, speaks:

La 3:1¶ I *am* the man *that* hath seen affliction by the rod of his wrath.

You see, the elect, when they fell in Adam, became the apostate church. And when Jesus died in their place Jesus became the apostate church. Jesus is the center and spirit of prophecy, and Jesus is a lamb slain from before the foundation of the world. All of mankind must follow in this pattern, because the non-elect also fell in Adam. So we have the church at the end of time becoming apostate by the filling of the Christian churches of the world with unsaved apostate people who hate Jesus, just like that non-elect thief who died along side Jesus hated Jesus. And the elect thief started out hating Jesus, and then he repented and became saved. How do I know that these millions, even billions of people in the Christian churches of the world today actually hate the true Jesus of the Bible. The main reasons are their myriad false doctrines that deny the Word of God, and Jesus is the Word of God personified. So if they mishandle the Bible, that is proof that they hate Jesus, who exemplifies the Bible. One example of just such a doctrine, among that myriad or evil doctrines, is the lie that the true believers are not going to go through the final tribulation. This evil lie is very directly from the heart of Satan, because this evil lie is telling the true believers not to take up their cross and follow Jesus. Even as Jesus corrected Peter, Peter who did not want Jesus to go to the cross:

Mr 8: 31  And he began to teach them, that the Son of man must suffer many things, and be rejected of the elders, and of the chief priests, and scribes, and be killed, and after three days rise again.

32  And he spake that saying openly. And Peter took him, and began to rebuke him.

33  But when he had turned about and looked on his disciples, he rebuked Peter, saying, Get thee behind me, Satan: for thou savourest not the things that be of God, but the things that be of men.

34  And when he had called the people *unto him* with his disciples also, he said unto them, Whosoever will come after me, let him deny himself, and take up his cross, and follow me.

35  For whosoever will save his life shall lose it; but whosoever shall lose his life for my sake and the gospel's, the same shall save it.

36  For what shall it profit a man, if he shall gain the whole world, and lose his own soul?

37  Or what shall a man give in exchange for his soul?

38  Whosoever therefore shall be ashamed of me and of my words in this adulterous and sinful generation; of him also shall the Son of man be ashamed, when he cometh in the glory of his Father with the holy angels.

Are you ashamed of the words of Jesus? You will show that you are ashamed of Jesus if you argue with Jephthah's daughter for dieing for her father so that her father could keep his vow. You will show that you are ashamed of Jesus' words if you argue with Jesus, and Jesus says in Lu 13:15  Though he slay me, yet will I trust in him: but I will maintain mine own ways before him." You will show that you are ashamed of Jesus' words if you argue with Tamar, who insisted to her rapist Amnon that she remain with Amnon after he had just raped her; most women would rather see their rapist killed, rather than submit to him. Anyone who's doctrine contradicts Jesus' words hates Jesus.

162

The words of Tamar are Jesus' words, because those beautiful words show a heart of submission to God's will for Tamar's life. She is willing to die in the hands of Jesus, just like Jephthah's daughter. Scripturally, Jesus is in the place of Amnon. Did you know that the Hebrew word for Amnon's name "Amnon" means "faithful"? Did you know that? You see, Amnon, who did indeed die for his rape of Tamar is a picture of Jesus who had to die for the sins of the elect that were put upon Jesus. Jesus was found to be a rapist because Jesus had to take on him the sin of the elect; and we humans are very sinful, even the elect—we are likened to rapist. Jesus had to die in the place of his elect rapists, and so he had to look like one. That is why Amnon's name means "faithful," and he is a picture of Jesus when he raped Tamar. And Tamar, by the way, was a very beautiful woman. Her name "Tamar" means "Palm Tree". A palm tree with its clusters of dates is a picture of a very voluptuous, large breasted and beautiful woman. No wonder Amnon decided to rape her. Her large breasts represent someone who has a heart filled with the true Gospel, and that someone is very able to give out the milk of the Word of God. Amnon represents someone who needs that Gospel, and who takes that Gospel by force. Those who take that Gospel by force and become saved are the elect that Jesus is saving, even by the rape of Tamar, who represents those who already have the true Gospel in their bosom.

So are you able to abide by and stand by the Words of Jesus, or are you ashamed of them? The two witnesses are killed in Rev 11 because the message of the two witnesses is hated by those around the two witnesses. Are you willing to die with the two witnesses, or are you a killer of the two witnesses? If you are willing to die with the two witnesses, then you are not ashamed of Jesus' words. But, if you kill the two witnesses, then you are ashamed of Jesus' words. You so called Christians who hold that the true believers will not be required to go through the great tribulation are ashamed of Jesus' words because you disobey his command to take up your cross and follow Jesus, and it is you who are going to kill the two witnesses, and make the true believers indeed take up their cross—even the cross that you reject, though you call yourself a Christian. It is you that hate Jesus. And all the other false perversions of Christianity will follow you after you throw the first stones, and after all the other false religions of the world—this is my best guess as to how things are going to go at your hands for the two witnesses.

So the center or midst of the scriptures is Jesus, and Jesus alone. And there is only one true Jesus, and he fills the scriptures from the first page to the last page of the Bible, Genesis to Revelations. And the scriptures give testimony, just as witnesses in a court of law do. As we read:

Ne 9:34  Neither have our kings, our princes, our priests, nor our fathers, kept thy law, nor hearkened unto thy commandments and thy testimonies, wherewith thou didst testify against them.

Ps 19:7¶ The law of the LORD is perfect, converting the soul: the testimony of the LORD is sure, making wise the simple.

Ps 78:5  For he established a testimony in Jacob, and appointed a law in Israel, which he commanded our fathers, that they should make them known to their children:

163

Ps 99:7 He spake unto them in the cloudy pillar: they kept his testimonies, and the ordinance *that* he gave them.

Ps 119:2 Blessed *are* they that keep his testimonies, *and that* seek him with the whole heart.

Ps 119:24¶ Thy testimonies also *are* my delight *and* my counsellors.

Ps 119:46 I will speak of thy testimonies also before kings, and will not be ashamed.

Ps 119:99 I have more understanding than all my teachers: for thy testimonies *are* my meditation.

If the various scriptures of the Holy Bible, from the first page of Genesis to the last page of Revelations, all bear witness of Jesus, who is in the midst or mathematical intersection of that witness, then we must inescapably conclude that Jesus will be found in all scripture by comparing what any scripture is witnessing with what any other scripture is witnessing. Though you may have forgotten by now, we are still actually discussing 1Co 2, and we have yet to mention the meanings of verses 11,13,14,15. So let us go directly to the point and view a central verse of 1Co 2, verse 13, which says:

1Co 2: 13 Which things also we speak, not in the words which man's wisdom teacheth, but which the Holy Ghost teacheth; comparing spiritual things with spiritual.

See how this verse is talking about comparing spiritual things with spiritual things? Now we already know that the various scriptures are called testimonies as we read further above, thereby labeling the scriptures as though they were witnesses in a court of law giving true testimony. In a court of law, if you listen to two eye witnesses of the same scene, the job of the jury will be to take into account each and every detail that each witness gives. One witness will give some details that the other will not give. And the other will most likely give details that the first does not give. So the jury must logically rationalize these details in their minds, not throwing out any detail as untrue, to the point that they find the mathematical intersection of these two witnesses, where truth lies. If some detail of one of the two witnesses contradicts a conclusion that the jury is tempted to come to, that jury must resist coming to that conclusion until a reasonable and consistent inclusion of that detail is made such that every detail harmonizes. This gives strong assurance that the correct interpretation of events, and correct conclusion, has been arrived at; otherwise, in the absence of consistency and in the absence of strong integrity they must reject that conclusion and search for a new interpretation that does harmonize all details and gives that strong integrity. Likewise with interpreting the Bible, we must work very hard to find that strong integrity and honesty that is the very mind of God, as witnessed in the scriptures. That is why 1Co 2:13 is saying to compare spiritual things with spiritual things. In support of this, we read in the Bible that the Bible's words are spiritual:

Joh 6: 63 It is the spirit that quickeneth; the flesh profiteth nothing: the words that I speak unto you, *they* are spirit, and *they* are life.

164

So the Bible is spiritual, and we are to look for the spiritual meanings in the mathematical intersection of the various testimonies to which the various scriptures are giving true witness. This is how the Bible is to be interpreted. This is the method by which we study to show one's self approved, a workman that needeth not to be ashamed, rightly dividing the Word of God, as we read:

2Ti 2:15 Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.

Studying to show one's self approved is an important aspect of making one's calling and election sure. If you can not properly handle the Bible, that is significant evidence that should cause you to greatly fear that you may not be saved and so you are yet heading for eternal damnation in the lake of fire, unless God shows mercy on you and saves you. You see, every true believer—that is those who are truly saved and are headed for heaven—have the mind of Christ in them helping to give them insight and clear understanding as they listen to and examine the scriptures. But if we are not saved, and if we are not one of God's elect who at the moment is still unsaved, then our sinful minds will in fact pull us away in a direction consistent with a hatred for the integrity of the Word of God. We, who in that case are liars and lovers of lies as we hate the truth of the Bible will never come to the knowledge of the truth; we hate that integrity and Jesus in the midst of the integrity and so will do everything to destroy that integrity, that is Jesus himself. We are murders of Jesus and we put Jesus onto the cross when we deny the truth of the Bible. True believers are not liars, but rather they give true witness of the Bible that is consistent with the Bible. The various testimonies of the true believers themselves are all consistent. The Bible is consistent within itself, and the true believers are consistent amongst themselves, and the true believers are consistent with the Bible, and the Bible is consistent with the true believers. Every which way comparison is made consistency is maintained. So the Spirit of God (that is, the Holy Spirit, which works with the Word of God, the Bible) and the Bride of Christ form two consistent witnesses, as we read:

Rev 22: 17 And the Spirit and the bride say, Come. And let him that heareth say, Come. And let him that is athirst come. And whosoever will, let him take the water of life freely.

So in the process of comparing scripture with scripture is the process of listening to the multiple testimonies that each scripture gives concerning Jesus, Jesus who is in the midst of all of each of the scriptures, and is the fulfillment of all of and each of the scriptures, everyone. He is the Word made flesh. And when we are found to be a member of God's elect because God saves us, then we become bone of his bone, flesh of his flesh, and God writes his Word onto our hearts of flesh that were previously hearts of stone, and so we become the flesh of Jesus, the Word made flesh, even now in this time, not only 2000 years ago when Jesus historically walked on the earth. And because we are the true believers are the Word made flesh, and because the Holy Spirit takes the written Word, the Bible, and applies it to the hearts of people when God is saving someone, then we see that both the Spirit and Bride say "Come" to all the elect hidden throughout the human race that God is desiring to save, and that invitation to "Come" is consistent, true witness to the truth. A powerful scripture picture of the true believers, the kingdom of heaven, giving witness to the truth, with Jesus in the mathematical intersection or

165

midst of that witness—Jesus, whom the Holy Spirit is also focused on in opening the hearts of the elect—is Ps 19:1-6, which says:

Ps 19: 1 ¶ <<To the chief Musician, A Psalm of David >> The heavens declare the glory of God; and the firmament sheweth his handywork.
2 Day unto day uttereth speech, and night unto night sheweth knowledge.
3 There is no speech nor language, where their voice is not heard.
4 Their line is gone out through all the earth, and their words to the end of the world. In them hath he set a tabernacle for the sun,
5 Which is as a bridegroom coming out of his chamber, and rejoiceth as a strong man to run a race.
6 His going forth is from the end of the heaven, and his circuit unto the ends of it: and there is nothing hid from the heat thereof.

You see, the "heavens declare the glory of God", is a reference to the true believers, members of the kingdom of heaven, preaching the true Gospel. Likewise the term "firmament" also referring to the heavens. "Day unto day uttereth speech, and night unto night sheweth knowledge", which is verse 2 of Ps 19, is extending this spiritual truth that verse 1 is discussing the work of the true believers, members of the kingdom of heaven, proclaim the true Gospel. Verses 3 and 4 are further adding to that meaning. Finally, in verse 4 we also have the statement "In them hath he set a tabernacle for the sun". This statement is referring to the Sun of Righteousness, Jesus Christ himself (as Mal 4:2 speaks), who is the true Light (as John 1:9 speaks), who is the light of the temple that is God Almighty himself, as Rev 21:22,23 speaks, which says:

Rev 21:22. And I saw no temple therein: for the Lord God Almighty and the Lamb are the temple of it.
23. And the city had no need of the sun, neither of the moon, to shine in it: for the glory of God did lighten it, and the Lamb is the light thereof.

Notice that Rev 21:22 says that the Lamb are the temple of it. This is the idea of the true believers being inside of Jesus, as John 17:21 speaks. And Rev 21:22 has that Light or Sun of Righteousness inside of the "city" which "city" is a reference to the New Jerusalem prepared as a bride being therefore a reference to the true believers. So the Light of the Lamb will be inside of the true believers who are a tabernacle for the Sun of Righteousness, Jesus himself. This idea of Jesus being inside of the true believers, in addition to the idea mentioned above of the true believers being inside of Jesus, is reflected in or given further testimony concerning in Joh 17:23 speaks. The Light who is Jesus is within the hearts of the true believers, and the true believers are within Jesus. He is us, and we are in him. This is very sexual language referring to the oneness of the union of marriage, with each being inside of the other. And so the two witnesses of Jesus and his and his gospel are Jesus in the true believers, and we in the midst of him. And our testimony agrees together; we speak with one voice with Jesus, our husband. We are joyfully submissive to him. He loves us and we give our life to Jesus for whatever purpose he has for it. We die for him because of this love he has for us. And he resurrects us from the dead. The last enemy named "death" has been destroyed by Jesus' resurrection, now shown to be real in us as it was displayed with power 2000 years ago

166

when Jesus historically rose again from the dead and left that tomb sealed with the rock of the Law of God, when that rock was moved because Jesus' death fully satisfied that condemning Law of God on the behalf of the true believers, the elect; that Law of God now no longer condemns the true believers, and so we now rejoice in that Law of God because the power of Jesus is in us to desire that law which Jesus loves is in our hearts also, so we give witness to that law that our husband loves—we give a consistent testimony with each of us himself, Jesus himself, the wild made flesh. And we speak of that grace whereby he satisfied that Law of God, so that that grace teaches us that we may obey him without fear of failure, though we painfully fail in this life Jesus repeatedly and lovingly forgives us (Pr 24:16), and without fear of condemnation to the lake of fire. Perfect love casts out fear, as we read:

I Joh 4: 17 ¶ Herein is our love made perfect, that we may have boldness in the day of judgment: because as he is, so are we in this world.
18 There is no fear in love; but perfect love casteth out fear: because fear hath torment. He that feareth is not made perfect in love.
19 We love him, because he first loved us.
20 If a man say, I love God, and hateth his brother, he is a liar: for he that loveth not his brother whom he hath seen, how can he love God whom he hath not seen?
21 And this commandment have we from him, That he who loveth God love his brother also.

And so our love for one another is a reflection of the fact that the perfect love of Jesus in side of the true believers and thereby directs the inward and outward actions of the true believers so as to the fulfilling of the Law of God, as we read:

Rom 13:8 Owe no man any thing, but to love one another: for he that loveth another hath fulfilled the law.
9 For this, Thou shalt not commit adultery, Thou shalt not kill, Thou shalt not steal, Thou shalt not bear false witness, Thou shalt not covet; and if there be any other commandment, it is briefly comprehended in this saying, namely, Thou shalt love thy neighbour as thyself.
10 Love worketh no ill to his neighbour: therefore love is the fulfilling of the law.
11 ¶ And that, knowing the time, that now it is high time to awake out of sleep: for now is our salvation nearer than when we believed.
12 The night is far spent, the day is at hand: let us therefore cast off the works of darkness, and let us put on the armour of light.
13 Let us walk honestly, as in the day; not in rioting and drunkenness, not in chambering and wantonness, not in strife and envying.
14 But put ye on the Lord Jesus Christ, and make not provision for the flesh, to fulfil the lusts thereof.

Lusts are desires that are not subject to the Law of God. If a true believer's desires are subject to the Law of God, then those desires become very beautiful in the eyes of God, who sees the hearts of the true believers, and are no longer sinful lusts. This is why God speaks well of desires in certain scriptural contexts:

167

Ps 37:4 Delight thyself also in the LORD; and he shall give thee the desires of thine heart.

Ps 84:11 For the LORD God *is* a sun and shield: the LORD will give grace and glory: no good *thing* will he withhold from them that walk uprightly.

Ps 34:10 The young lions do lack, and suffer hunger: but they that seek the LORD shall not want *any* good *thing*.

Job 14: 14 If ye shall ask any thing in my name, I will do *it*.
15 ¶ If ye love me, keep my commandments.

Rom 8: 31 ¶ What shall we then say to these things? If *God be* for us, who *can be* against us?
32 He that spared not his own Son, but delivered him up for us all, how shall he not with him also freely give us all things?

Mic 2:7 O *thou that art* named the house of Jacob, is the spirit of the LORD straitened? *are* these his doings? do not my words do good to him that walketh uprightly?

1Jo 5:14 ¶ And this is the confidence that we have in him, that, if we ask any thing according to his will, he heareth us:
15 And if we know that he hear us, whatsoever we ask, we know that we have the petitions that we desired of him.

Mt 6: 25 ¶ Therefore I say unto you, Take no thought for your life, what ye shall eat, or what ye shall drink; nor yet for your body, what ye shall put on. Is not the life more than meat, and the body than raiment?
26 Behold the fowls of the air: for they sow not, neither do they reap, nor gather into barns; yet your heavenly Father feedeth them. Are ye not much better than they?
27 Which of you by taking thought can add one cubit unto his stature?
28 And why take ye thought for raiment? Consider the lilies of the field, how they grow; they toil not, neither do they spin:
29 And yet I say unto you, That even Solomon in all his glory was not arrayed like one of these.
30 Wherefore, if God so clothe the grass of the field, which to day is, and to morrow is cast into the oven, *shall he* not much more *clothe* you, O ye of little faith?
31 Therefore take no thought, saying, What shall we eat? or, What shall we drink? or, Wherewithal shall we be clothed?
32 (For after all these things do the Gentiles seek:) for your heavenly Father knoweth that ye have need of all these things.
33 But seek ye first the kingdom of God, and his righteousness; and all these things shall be added unto you.
34 Take therefore no thought for the morrow: for the morrow shall take thought for the things of itself. Sufficient unto the day *is* the evil thereof.

The oneness of marriage involves the sharing of sexual desire. The man's physical sexual desire is very real; but God has also made women to have physical sexual desire as

168

well. This dual desire towards each other fuels and powers that union to greater and greater oneness in marriage—and so likewise in the relationship between Jesus Christ and his bride, the true believers. Jesus desires his bride greatly with a powerful, beautiful, and absolutely pure desire. And Jesus' bride desires Jesus greatly with a powerful, beautiful, and absolutely pure desire as well, because of the righteousness of Jesus in his bride. She can only respond to her husband Jesus with such pure desire because the purity of Jesus is in her. So she loves that seed of copulation the true manna from above in her, and he loves to suck on her nipples to get that true, sincere milk of the word from her. We rejoice when we hear the truth of Jesus, and Jesus rejoices when we speak the truth out of our nipples, that discuss and speak and give the true, sincere milk of the word.

As Jephthah's daughter bewailed her virginity as she was looking forward to the true sexual union with her beloved savior Jesus Christ, and she desired that earthly picture of sex between a man and a woman now in her life; but she had to wait instead. God's program for her was to die and wait for that sexual union. So she bewailed her virginity, but in love for her beloved savior Jesus Christ she submitted and died in his arms as he plunged the sword into her heart to kill her. Jephthah's daughter's two breasts represent the two witnesses, and Jephthah likely put the sword right between his daughter's two breasts to kill her in her heart. The two witnesses are put to death, because Jephthah's daughter represents the two witnesses that must be put to death in Rev 11.

So Jephthah's daughter's desires are pure, but God asks her to wait. She will not be disappointed in the end, when she experiences that spiritual sexual union with her beloved savior Jesus Christ for eternity, as the Word of God, Jesus, who enters her womb and heart further in heaven as Jesus reveals himself to her more and more over eternity. The great uncertainty in heaven will be: "What marvelous thing will Jesus show to me next?" in great anticipation of the joy of further union with Jesus, his heart to our heart and from our heart back to his as we rejoice and communicate back to him our pure thoughts that result from his purity in us. As we read:

1Joh 3:1 ¶ Behold, what manner of love the Father hath bestowed upon us, that we should be called the sons of God: therefore the world knoweth us not, because it knew him not.
2 Beloved, now are we the sons of God, and it doth not yet appear what we shall be: but we know that, when he shall appear, we shall be like him: for we shall see him as he is.
3 And every man that hath this hope in him purifieth himself, even as he is pure.

2Joh 1:12 ¶ Having many things to write unto you, I would not *write* with paper and ink: but I trust to come unto you, and speak face to face, that our joy may be full.

3Joh 1:13 I had many things to write, but I will not with ink and pen write unto thee:
14 But I trust I shall shortly see thee, and we shall speak face to face. Peace *be* to thee. *Our* friends salute thee. Greet the friends by name.

Heb 13: 4 Marriage *is* honourable in all, and the bed undefiled: but whoremongers and adulterers God will judge.

1Ti 3: 1 ¶ Now the Spirit speaketh expressly, that in the latter times some shall depart from the faith, giving heed to seducing spirits, and doctrines of devils;
2 Speaking lies in hypocrisy; having their conscience seared with a hot iron;
3 Forbidding to marry, *and commanding* to abstain from meats, which God hath created to be received with thanksgiving of them which believe and know the truth.
4 For every creature of God is good, and nothing to be refused, if it be received with thanksgiving;
5 For it is sanctified by the word of God and prayer.

2Th 2:14 Whereunto he called you by our gospel, to the obtaining of the glory of our Lord Jesus Christ.

Having that spiritual sexual union with Jesus Christ in heaven will be how Jesus shares his glory with his bride and in turn rejoices in her and loves her.

And from the Bible's hallmark chapter on love, we read:

1Co 13:12 For now we see through a glass, darkly; but then face to face: now I know in part, but then shall I know even as I also I am known.

Notice that word "know" in verse 1Co 13:12. That is our sexual word for Jesus knowing our hearts and we knowing his heart, this in the Bible's hallmark chapter on love.

Did you notice a little distance above that verse 1Ti 3:3, which to quote again, says:

1Ti 3:3 Forbidding to marry, *and commanding* to abstain from meats, which God hath created to be received with thanksgiving of them which believe and know the truth.

Notice the phrase "forbidding to marry". That is directly related to the apostate church denying access to the truth as Satan attempts to stop people from receiving the copulation of the seed of the Word of God so as to become born again in the womb of their hearts. This action of blocking marriage to Jesus by denying the truths of the scriptures, which truth is the spiritual seed called the Word of God, the Bible, is exactly what the apostate, murderous leaders of Jesus' time were doing, as Jesus said:

Mt 23: 13 ¶ But woe unto you, scribes and Pharisees, hypocrites! for ye shut up the kingdom of heaven against men: for ye neither go in yourselves, neither suffer ye them that are entering to go in.

And did you notice the phrase in 1Ti 3:3 that says "to abstain from meats". That is a very related phrase to "Forbidding to marry". The idea of meats is the idea of knowledge of the truths of the Bible. Now the Bible does say that knowledge puffs up, but love edifies in 1Co 8. If we are pursuing knowledge (the meats of the Bible) for knowledge sake, then we are attempting to feed our sinful pride. But, if we are pursuing knowledge because we are a person after God's own heart, as King David in the Old Testament was, and yearn for his love and desire to learn to love him, then our spiritual sexual desire for the meat of the Gospel and its deep knowledge is a pure desire that pleases Jesus. This is

169

---

170

why "forbidding to marry" is paralleled in 1Ti 3:3 with the phrase "to abstain from meats". Both the desire for marriage with Jesus is pure before God's eyes, and the desire for the meats, the truths and knowledge of the Bible, is pure as well before God's eyes. As long as our motives are pure as we with spiritual sexual desire do desire Jesus, our husband. The apostate church attempts to deny a true marriage with Jesus by denying accesss to the meats of the truths of the Bible. This is why false teachers and false leaders in the apostate church must not represent the truth accurately. They are at war with God; they are Satan's workers against God. Their deceptions are meant to destroy and deny salvation unto eternal life; exactly the same thing that the Pharisees are justly accused of by Jesus in Mt 23:13, quoted earlier above.

It is the apostate church that desires with wicked, evil desire to put to death the two witnesses of Rev 11. They are forbidding people to marry Jesus by blocking the elect's access to the truths or meats of the true Gospel with their lies by their false teachers. They hate the truths or means that the two witnesses of Rev 11 proclaim because those meats do bring life and lead to pure, undefiled marriage with Jesus.

Now some meats are excessively deep and even very offensive to some true believers. Stronger believers who know how to understand these truths, if they love Jesus and are not pursuing knowledge for knowledge sake to feed their pride, may do best at times to not discuss some offensive doctrines around weaker true brothers. Yet, every doctrine must be proclaimed at some time. Every truth in the Bible is in there with a non-void purpose:

Isa 55:11 So shall my word be that goeth forth out of my mouth: it shall not return unto me void, but it shall accomplish that which I please, and it shall prosper *in the thing* whereto I sent it.

So the Word of God will accomplish that for which it was sent; and so there are times when weaker true believers will be offended at the truth that must be proclaimed, and those weaker true believers will be helped along through that offense even as Jesus prayed for Peter that Peter's faith fail not. The author of this paper tends to think that the nature of such stronger and very offensive truths or means of the Bible is found in the ugliness of sin that Jesus, the Holy and Pure One, must take upon himself in order to save his elect, his bride. We find teachings that reveal a little more that typical how great sin Jesus had to take upon himself to save us as offensive as it is. We are offended because such teachings often force us to realize how sinful we really are, and how greatly Jesus had to be humiliated to take on that sin, and we do not like either of these things. Even Peter thought that he was sufficiently righteous to not deny his beloved Jesus; yet Peter failed, and this showed to Peter a little better how sinful Peter really was, and what Jesus had to do for Peter to save Peter. Let us all walk humbly and try not to say with Peter that we will never deny Jesus. We may deny Jesus, and we may even err with Peter and boast that we will not deny Jesus, but Jesus may have prayed for us that our faith fail not (even if we do deny Jesus). Only if we are one of the elect has Jesus prayed for us that our faith fail not—so we need not to make our calling and election sure, even as Peter said in 2Pe 1:10.

171

A really short and powerful example of the true Gospel in a rather offensive form is a favorite verse of this paper's author. That verse is:

Ex 22:18 Thou shalt not suffer a witch to live

I have seen to my surprise an apparently strong believer balk at the correct interpretation of this verse, Ex 22:18, because of its degree of offensiveness. It is strong meat that offends. Yet, it is the true Gospel. This verse is proclaiming the true Gospel by teaching that even as Jesus prayed that he might avoid the cross, as the New Testament records:

Mt 26:39 And he went a little further, and fell on his face, and prayed, saying, O my Father, if it be possible, let this cup pass from me: nevertheless not as I will, but as thou wilt.

Jesus could not be suffered (King James English for the word "allowed") to live. He had to die for my witchcraft. You see, God views sin and rebellion as witchcraft. As we read:

1Sa 15:23 For rebellion is as the sin of witchcraft, and stubbornness is as iniquity and idolatry. Because thou hast rejected the word of the LORD, he hath also rejected thee from being king.

So the offensiveness of the true Gospel is the core issue as to why the two witnesses are put to death. For the non-elect who have no faith whatsoever, every truth of the Bible is ultimately offensive, because every truth of the Bible will conspire to condemn each and every non-elect person. Because, if we have offended in one point, we are guilty of all; as we read:

Jas 2: 10 For whosoever shall keep the whole law, and yet offend in one point, he is guilty of all.

And Jesus will teach all true believers eventually to not be offended at any truth whatsoever. Jesus will do this by increasing our faith until the day we are ready to meet him face to face, so that our joy will be full.

But the non-elect will be in hell and darkness because they have rejected all truth, and have no truth in their hearts whatsoever. The non-elect will suffer in utter darkness and pain for eternity.

It is the offensiveness of the truth that causes the non-elect to kill the elect. So the non-elect declare that the speech of the elect is in error, but in fact the non-elect can not find anything wrong with that speech. They just cover their ears and proceed to kill the elect. As they killed Stephen in Acts.

Acts 7: 54 ¶ When they heard these things, they were cut to the heart, and they gnashed on him with their teeth.

55 But he, being full of the Holy Ghost, looked up stedfastly into heaven, and saw the glory of God, and Jesus standing on the right hand of God.

172

56 And said, Behold, I see the heavens opened, and the Son of man standing on the right hand of God.

57 Then they cried out with a loud voice, and stopped their ears, and ran upon him with one accord,

58 And cast him out of the city, and stoned him: and the witnesses laid down their clothes at a young man's feet, whose name was Saul.

59 And they stoned Stephen, calling upon God, and saying, Lord Jesus, receive my spirit.

60 And he kneeled down, and cried with a loud voice, Lord, lay not this sin to their charge. And when he had said this, he fell asleep.

These evil people, most likely leaders of Israel, that killed Stephen surely lied within their hearts and said to themselves that the statements of Stephen must be in error somehow, but they knew no how to prove it, so they killed Stephen. Stephen's words had too much power, so they had to kill him as their last resort. But that did not stop the true Gospel. God saw to the fact that the true Gospel would continue. Even as the well know saying says, "the seed of the church is the blood of the martyrs", the more Satan kills, the more seed is planted and the more life that comes forth unto salvation.

So the leaders of the apostate church today also will kill the two witnesses of Rev 11. But the seed of the church is the blood of the martyrs, and much life will come forth when the two witnesses are resurrected. The apostate church will declare, even though they can not find fault with the words of the two witnesses, that their message is in error. So to the apostate church the messages of the two witnesses must be illegitimate, and must be the product of men, and not of the Holy Spirit in the hearts of the two witnesses. This denial of the truth will occur even though the two witnesses are actually very many witnesses speaking the truth from multiple sources amongst different true believers and amongst the entirety of the text of the Bible with the multiple testimonies that that text declares. And the essence of this oneness in witness is found in the elect's spiritual sexual union with Jesus, the oneness of marriage between Jesus and his bride. The non-elect despise this marriage and wish to destroy it and prevent it at all costs, because of envy that God is not saving them, but is only saving the elect, and that they can not enter into that marriage that only the elect will have with Jesus. So the non-elect say that the elect are illegitimate and do not have a true marriage with Jesus; and the non-elect declare themselves to have that true marriage with Jesus, but all the time are adulterers against God by proclaiming the ideas and lies and false gospels of the world.

So the true believers are illegitimate in the eyes of the apostate church, and illegitimate in the eyes of the world as a foolish and weak. This is our section in the falsely perceived illegitimacy of Jesus' virgin birth, as that illegitimacy is echoed in the lives of the true believers as they must take up their cross and follow Jesus, by the power of Jesus in them to do so.

Some interesting other scriptures on witnesses:

Pr 14:25 ¶ A true witness delivereth souls: but a deceitful witness speaketh lies.
Pr 19:5 ¶ A false witness shall not be unpunished, and he that speaketh lies shall not escape.
Pr 19:9 ¶ A false witness shall not be unpunished, and he that speaketh lies shall perish.

173

Pr 24:28¶] Be not a witness against thy neighbour without cause; and deceive not with thy lips.

Pr 25:18¶] A man that beareth false witness against his neighbour is a maul, and a sword, and a sharp arrow.

## 8  The Picture in Ephesians 5:21-33 of Jesus Christ and His Bride

Ephesians chapter 5 verses 21-33 are a very frequently referenced area of scripture that many pastors in churches teach from. This passage is used frequently by pastors to help teach that pastor's church attendees how to have more God glorifying marriages. The few times that I have actually listened under a pastor preaching out of Eph 5 on marriage that pastor, who ever he may be, does not go deeply into spiritual considerations. In fact, very few teachers in all of the world of Christianity know how to interpret the Bible correctly by aggressively looking for the spiritual information that God is giving in a passage; there are some, quite a few actually, that say that they focus on the literal meaning—they shun spiritual meanings if they can, and are loathe to admit that sometimes even they must acknowledge a spiritual meaning. Some passages of scripture are very plain, according to God's design for that particular passage, such that spiritual information is directly on the surface and easy to be found and understood. Eph 5:21-33 is just such an easy passage. Yet pastors appear to treat even that easily available spiritual information will little interest, even when that information is directly on the surface. What I am saying is that pastors preach from Eph 5:21-33 in such a way that they mostly emphasize practical things for a better marriage and do not show much care nor interest in the spiritual example of Christ and the church. But that spiritual example of Christ and the church is exactly what Eph 5:21-33 is emphasizing and focusing our attention on. Let us read that passage:

Eph 5:21 ¶ Submitting yourselves one to another in the fear of God.
22  Wives, submit yourselves unto your own husbands, as unto the Lord.
23  For the husband is the head of the wife, even as Christ is the head of the church: and he is the saviour of the body.
24  Therefore as the church is subject unto Christ, so let the wives be to their own husbands in every thing.
25  Husbands, love your wives, even as Christ also loved the church, and gave himself for it;
26  That he might sanctify and cleanse it with the washing of water by the word,
27  That he might present it to himself a glorious church, not having spot, or wrinkle, or any such thing; but that it should be holy and without blemish.
28  So ought men to love their wives as their own bodies. He that loveth his wife loveth himself.
29  For no man ever yet hated his own flesh; but nourisheth and cherisheth it, even as the Lord the church:
30  For we are members of his body, of his flesh, and of his bones.
31  For this cause shall a man leave his father and mother, and shall be joined unto his wife, and they two shall be one flesh.

174

32  This is a great mystery: but I speak concerning Christ and the church.
33  Nevertheless let every one of you in particular so love his wife even as himself; and the wife see that she reverence her husband.

So this passage, which is discussing how a marriage ought to be conducted by the husband and wife, is strongly saying that we should go throughout the entire Bible and study this relationship between Christ and the church in order to get that example needed for a better marriage. If a pastor does that hard work of going throughout the Bible searching for powerful, though not necessarily easy to interpret, passages on Christ and the church, then that pastor would be using Eph 5:21-33 correctly. If Eph 5:21-33 is taught that way, such a series of sermons should take many, many weeks to complete, even a whole year would be appropriate; 52 sermons would just scratch the surface, especially if there are just six sermons merely 1 hour long or less. When I, the author of this paper, give a Bible lesson, I normally take about 1 hour as well, out of time considerations involving the listeners and their patience. Nevertheless, if I extended that Bible study to 2 hours, that would be much better. But that would require hard work on my part, and more listening patience on the part of those listening. Yet, that would be much better. The church of history past has had pastors that preach for hours and hours on Sunday; that is healthy and good, and such would be much better if we had the patience for it. Our life is too busy in our modern time; or maybe we do not love the scriptures the way we should love them, and we should repent and seek a better, stronger love for the scriptures and every reasonable effort to make time. In any case, I regard sermons of 1 hour long or less (oy sermons in the sense that their length is short to the point of being a sort of spiritual underfeeding. Consider Acts 20:7-9:

Acts 20: 7 ¶ And upon the first day of the week, when the disciples came together to break bread, Paul preached unto them, ready to depart on the morrow; and continued his speech until midnight.
8  And there were many lights in the upper chamber, where they were gathered together.
9  And there sat in a window a certain young man named Eutychus, being fallen into a deep sleep: and as Paul was long preaching, he sank down with sleep, and fell down from the third loft, and was taken up dead.

So, if we had sermons of 2 hours long for 52 weeks we would still not exhaust the example of Christ and the church that the Bible paints all over its pages on every page of the Bible. Why did Christ come? His visit was strictly to do four things: to glorify God, to save his bride, to condemn Satan, and to condemn the non-elect. These four things fill the pages of the Bible, and every one of these four things are on every page of the Bible. Consequently, a pastor is in fact given by God sufficient material in the Bible to preach on Christ and the church for the entire life of that pastor, who may preach sermons for 30 or 40 years over his lifetime. Yet Eph 5:21-33 is not taught where a pastor seeks out that rich source of information aggressively; though, that is what a pastor should do. You see, when we seek to find the work of Christ in the scriptures, then we are looking unto Christ, who is the power within us helpless and profoundly weak people to obey that example. If we do look to Christ (and the power and work of the Holy Spirit within us must cause us to look to Christ by giving to us Jesus' spiritual life in our hearts), then we will have his power to obey his example. We must remember Heb 12:1-3, and Gal 2:20, and Eph 2:10,

175

and Php 1:6, and Php 2:13, and Rom 8:13-14, and Isa 40:31. To quote all of these passages, we have:

Heb 12:1 ¶ Wherefore seeing we also are compassed about with so great a cloud of witnesses, let us lay aside every weight, and the sin which doth so easily beset us, and let us run with patience the race that is set before us.

2 Looking unto Jesus the author and finisher of our faith, who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.

3 For consider him that endured such contradiction of sinners against himself, lest ye be wearied and faint in your minds.

Gal 2:20 I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me.

Eph 2:10 For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

Php 1:6 Being confident of this very thing, that he which hath begun a good work in you will perform it until the day of Jesus Christ:

Php 2:13 For it is God which worketh in you both to will and to do of his good pleasure.

Rom 8:13 For if ye live after the flesh, ye shall die: but if ye through the Spirit do mortify the deeds of the body, ye shall live.

14 For as many as are led by the Spirit of God, they are the sons of God.

Isa 40:31 But they that wait upon the LORD shall renew their strength; they shall mount up with wings as eagles; they shall run, and not be weary; and they shall walk, and not faint.

So all of our motivation and interest in seeing Christ in the scriptures is really born out of the love of God that is shed abroad in our hearts by the Holy Spirit (Rom 5:5) so that we deeply yearn to look unto him, our husband and savior, our reason for existence, or love; he has made us bone of his bone and flesh of his flesh and we hang our whole being on him and we worship him with every fiber of our being. We can do nothing else but yearn to see Jesus in the scripture to find his strength, his power, and his purposes so that he fills our life and motivates us and powers us to do his will. This is marriage, as we are his bride looking unto Jesus our husband. We worship him and serve him with every fiber of our being. We are submissive to him and love him in every way possible, even unto death. Why do we have such love in our hearts for our husband? That is easy to answer. That love is there because he first loved us, as 1Joh 4:19 says; we had only hatred in our hearts for God (though we may have covered that hatred with lies also within our hearts) before Jesus began to chastise us with the threat of his wrath and to woo us with statements of his love; as Ps 2:12 says:

Ps 2:10 ¶ Be wise now therefore, O ye kings: be instructed, ye judges of the earth.

176

11 Serve the LORD with fear, and rejoice with trembling.

12 Kiss the Son, lest he be angry, and ye perish from the way, when his wrath is kindled but a little. Blessed are all they that put their trust in him.

And we did not have any ability to put our trust in him unless God the Father draws us, and gives us faith; as we read:

Joh 6:44 No man can come to me, except the Father which hath sent me draw him: and I will raise him up at the last day.

Joh 6:29 Jesus answered and said unto them, This is the work of God, that ye believe on him whom he hath sent.

So Jesus woos his bride with a combination of fear and love, and gives us the repentance and power and life in our hearts to believe. You may say, "How can this be such that both fear and love are involved at the same time, does not the Bible say 'perfect love casts out fear'?". Well, that is true, the Bible does say that in 1Joh 4:18, to quote:

1Joh 4:18 There is no fear in love; but perfect love casteth out fear: because fear hath torment. He that feareth is not made perfect in love.

You see, there are two degrees of fear that an elect of God faces in life. The greatest level of fear that an elect faces in life is that fear that forms in his or her heart when he or she first hears the true Gospel which teaches the great, eternal wrath of God that will come down onto the non-elect when they are cast into the eternal lake of fire to suffer there in torment endlessly and inescapably for eternity. That little phrase in Ps 2:12 quoted somewhat above that says "when his wrath is kindled but a little" is referring to the listening of the true Gospel that is teaching those who will listen that they are under the wrath of God, and that they need to repent, believe and be saved; this time when God's wrath is kindled but a little is that time in those listeners' lives when those listeners are hearing the true Gospel. The time when the wrath of God is kindled greatly, rather than a little, is when unrepentant listeners are cast into hell for eternity. This life before death or before Jesus returns on the clouds of glory (clouds of glory are the true believers) is the chance that the Almighty God is giving the human race to repent and be saved and avoid eternal damnation in the lake of fire. The only humans in the human race that will believe are the elect to whom that God has chosen to give true faith. God puts the faith of Jesus into the hearts of the elect and makes that faith real with works of trust and commitment and honesty and hatred for sin and a desire for greater and greater obedience inwardly and outwardly, in all that they say or do, that their beloved husband would be glorified and honored by their lives. They worship Jesus and they live for Jesus, and commit their life to him in every detail whatsoever, both inwardly and outwardly, even unto death. As we read:

Rev 12:11 And they overcome him by the blood of the Lamb, and by the word of their testimony; and they loved not their lives unto the death.

So the highest level of fear in an elect's life is before that elect believes and when he or she hears the true Gospel. It is this highest level of fear, the fear of eternal torment in the lake of fire, that the perfect love of Jesus casts out of the hearts of the true believers, when

177

he or she becomes saved and the love of Jesus is shed abroad in our hearts by the Holy Spirit (Rom 5:5). But there is a remaining lesser fear that continues on in the hearts of the elect after they begin to make that assumption that Jesus has paid for their sins and the law of God no longer condemns them to eternal damnation. That lesser fear is simply understood as the fear any good wife would have towards her husband as the fears to do something wrong and desires to do what pleases her very loving husband and to not disappoint him. And she can only overcome this fear of displeasing him by the power of his love in her. Even in human marriage, the woman's love for her husband is somewhat based on her husband loving her first. But, if we are talking about a true Christian marriage, then the woman's love for her earthly husband (and her love is expressed as a joyful, active, friendship-driven willingness to be submissive to him in all things lawful before God and man) is powered by the love of Jesus towards her in her heart; her earthly husband's love for her just helps her along in the same direction—but Jesus' love for her is where her real power to do what is right is found. Her true, eternal husband, Jesus' love for her is sufficient power in her to give to her a true love for even an ungodly husband she may find herself married to in this life. This can easily happen if she and that man were married before she became saved. After some time in marriage, if she becomes saved by hearing the true Gospel, then God has put a great trial into her life because she is now finding that she loves the God of the Bible, but her earthly husband does not love the Bible—in fact, he may hate it greatly. So a true Christian woman and wife in this very hard situation is to trust Jesus and his love for her particularly and to continue in this very hard, earthly marriage, because Jesus commands that. See, we are talking about that lesser fear that remains in the hearts of true believers, where true believers wish to do even as God commands, even unto death we shall submit unto him. This is how Eph 5:21-33 starts out, with verses 21-22 saying:

Eph 5: 21 ¶ Submitting yourselves one to another in the fear of God.
22 Wives, submit yourselves unto your own husbands, as unto the Lord.

Now if a Christian woman finds herself married to an abusive man that beats her and hurts her, she is to yet remain with him; she may not divorce him nor leave him out of fear for herself nor for any children that they may have. If she or their children are threatened to get killed or abused by her husband, she must not divorce him nor leave him in any case. She must not put her love for her children above her love for her abusive husband. If she loves her husband more than her children, and decides to leave her husband and to take their children with the idea of protecting those children from her husband, that would be a picture of mankind engaged in humanism whereby mankind loves people more than they love God Almighty, who made them and gave them life. If the one who gives us life, God, wishes to take that life away, God again, then we must allow that. Even as Job said:

Job 1:21 And said, Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD.

Job 13: 15 Though he slay me, yet will I trust in him: but I will maintain mine own ways before him.

178

You see, Job in saying "I will maintain mine own ways before him" is saying that even if God kills Job, Job will continue on to do that which is right and true in God's eyes.

Now, if a true, born-again elect Christian woman and wife wishes to divorce her husband because he is abusive and life-threatening, she is contemplating a sinful action that she should not do. That is because the entire Bible never ever gives us the woman any permission to divorce her husband. True, in a very restricted sense, the Bible did temporarily give a kind of permission for a man to divorce his wife. The author of this paper once said to his pastor years ago (when this author still attended a church rather than a fellowship that he now attends) that the Bible never gives to a woman the right to divorce her husband under any circumstances. That pastor replied with a trite English idiom saying "what is good for the gander is good for the goose". This reply from that pastor involves no reference to scripture, and in fact displays the pride of man that formed in Eve's heart when Satan tempted her to become like God to know good and evil —the same reasoning would have fit just fine there in the Garden of Eden: Satan could have said: "what is good for God is good for you also; eat this fruit and become like God himself". This is the ultimate foolishness and rebellion that is represented by the women's liberation movement and a hatred for male authority. Male authority reminds women of God's authority, which women hate. They starting hating that authority the moment Eve was attracted to Satan's words and was deceived thereby and did eat from the tree of knowledge of good and evil. The Bible never ever gives a woman the right to divorce her husband, period—read if for yourself and for the female goose (Eve) destruction followed because she attempted to do as the gander (the male goose, God, who Eve was attempting to be like) when she ate from the tree of knowledge of good and evil. Now the Bible does mention the idea of a woman divorcing her husband, but only in the context that such an action is wrong; as we read:

Mr 10:11 And he saith unto them, Whosoever shall put away his wife, and marry another, committeth adultery against her.

12 And if a woman shall put away her husband, and be married to another, she committeth adultery.

Mr 10:12 is the only verse in the Bible that even may suggest that a woman might divorce her husband. But, that verse nowhere says that such a thing is right. Furthermore, all scriptures that do discuss any excuse for divorce always involve the man divorcing the woman, not the woman the man. There is a reason for this fact, and that reason involves the relationship between God and mankind—God may divorce mankind, but mankind may never divorce God; mankind is in the position of the woman in marriage, and God is in the position of the man and such that God is represented by the Law of God to which all of mankind is married, even as Rom 7 teaches. No human being can justly divorce him or her self from the Law of God so that they do not have to answer to that law. Though men may suffer the eternal lake of fire to suffer eternal damnation for eternity, that will be as though they were divorced from the Law of God, because in the lake of fire no man will have any of the goodness that comes from the Law of God, just like a woman receives no goodness from a man when she is divorced from her husband. In other words, the idea of divorce in the Bible has very important spiritual meaning that we must understand. Also, 1Co 7 does mention the idea of an unsaved, rebellious woman being granted a divorce by her saved husband because he, being a true

179

180

Christian, is called to peace—he should not try excessively to fight a divorce if his unsaved wife insists on getting a divorce; that is 1Co 7:12-16, which reads:

1 Co 7:12 But to the rest speak I, not the Lord: If any brother hath a wife that believeth not, and she be pleased to dwell with him, let him not put her away.
13 And the woman which hath an husband that believeth not, and if he be pleased to dwell with her, let her not leave him.
14 For the unbelieving husband is sanctified by the wife, and the unbelieving wife is sanctified by the husband: else were your children unclean; but now are they holy.
15 But if the unbelieving depart, let him depart. A brother or a sister is not under bondage in such cases: but God hath called us to peace.
16 For what knowest thou, O wife, whether thou shalt save thy husband? or how knowest thou, O man, whether thou shalt save thy wife?

The motive that a true believer may have in attempting to prevent an unsaved spouse from getting a divorce would be that perhaps that believer may eventually persuade that unsaved spouse to believe the true Gospel and to thereby become saved—but God through the apostle Paul says in verse 16 above that such a motive takes less precedence than the requirement of peace that verse 15 ends with. This is because that one believer can not be sure in his or her heart that his or her spouse is one of God's elect; no human can guarantee nor ensure in any way the salvation of another human. Likewise, a parent can not guarantee the salvation of his or her children, as we read:

Eze 14:20 Though Noah, Daniel, and Job, were in it, as I live, saith the Lord GOD, they shall deliver neither son nor daughter; they shall but deliver their own souls by their righteousness.

1 Co 7:10-11 are also on the mater of divorce. They say:

1 Co 7:10 ¶ And unto the married I command, yet not I, but the Lord, Let not the wife depart from her husband:
11 But and if she depart, let her remain unmarried, or be reconciled to her husband: and let not the husband put away his wife.

Verse 10 is clearly saying "Let not the wife depart from her husband". Then verse 11 says "But and if she depart", which does not say that she has permission to depart, because of the previous phrase "Let not the wife depart"; rather what this phrase "But and if she depart" is saying is that if she is so rebellious that she does depart, do not increase your sin further by subsequently marrying someone else. That is why verse 11 goes on and says "let her remain unmarried". Or she should repent of that sin of departing in the first place and "be reconciled to her husband". And since Jesus in Mt 19 nullified the temporary law of Moses established in De 24 that allowed a man to divorce his wife under restricted conditions, then verse 11 also goes on and says "let not the husband put away his wife". There is to be no divorce by husband nor by wife under any conditions. And the only window for divorce that was ever opened was opened when De 24 was written. That temporary law allowed a man to divorce his wife under very restricted conditions; and that law can not be construed to allow a woman to divorce her husband ever; it is just not written to allow anything but a man to divorce his wife, and that option

for a man to divorce his wife was nullified by Jesus in Mt 19 when Jesus returned the principles of marriage to the Garden of Eden at the time of the creation of Adam and Eve such that there is to be no divorce whatsoever, period!

Let us look closely at the language of Mt 19 on divorce, which says:

Mt 19:1 ¶ And it came to pass, that when Jesus had finished these sayings, he departed from Galilee, and came into the coasts of Judaea beyond Jordan;
2 And great multitudes followed him; and he healed them there.
3 ¶ The Pharisees also came unto him, tempting him, and saying unto him, Is it lawful for a man to put away his wife for every cause?
4 And he answered and said unto them, Have ye not read, that he which made them at the beginning made them male and female,
5 And said, For this cause shall a man leave father and mother, and shall cleave to his wife: and they twain shall be one flesh?
6 Wherefore they are no more twain, but one flesh. What therefore God hath joined together, let not man put asunder.
7 They say unto him, Why did Moses then command to give a writing of divorcement, and to put her away?
8 He saith unto them, Moses because of the hardness of your hearts suffered you to put away your wives: but from the beginning it was not so.
9 And I say unto you, Whosoever shall put away his wife, except it be for fornication, and shall marry another, committeth adultery: and whoso marrieth her which is put away doth commit adultery.
10 ¶ His disciples say unto him, If the case of the man be so with his wife, it is not good to marry.
11 But he said unto them, All men cannot receive this saying, save they to whom it is given.
12 For there are some eunuchs, which were so born from their mother's womb: and there are some eunuchs, which were made eunuchs of men: and there be eunuchs, which have made themselves eunuchs for the kingdom of heaven's sake. He that is able to receive it, let him receive it.

To begin our discussion on divorce in Mt 19, notice that the Pharisees in verse 3 asked about every cause possible for which a man may put away his wife. That phrase "every cause" is very important to notice: if you ignore that phrase or lightly consider it, you will undermine your question about divorce in that you will be dealing fully with that phrase "every cause". Now, how would you answer such a question if you wished to include all possible reasons that a man might divorce his wife? Could you list all those reasons? They are too many to list in the mere space of verses 3 to 9 in Mt 19 quoted above. To list all those reasons for which a man may divorce his wife—and men can create many, many kinds of reasons for divorcing their wives, because men are that evil and hateful—would be absolutely impossible. There are as many reasons as men's sinful hearts can create to divorce their wives. So how would you answer such a question if you can not list all those reasons and identify them one by one and discuss each one as to whether each one in particular is a valid reason for divorce or not a valid reason for divorce? The logic that Jesus uses is very powerful here, and straightforward to understand if sin in

181

your heart does not cause you to argue with it. What if there were only one possible valid reason for divorce? Then, if Jesus were to deal with that reason first, he could subsequently say after dealing with that first reason, that all reasons except for that first reason are invalid and not acceptable reasons for divorce. Furthermore, if Jesus were to answer this way, he still has the option of saying anything he wishes to say, as long as what he says is true. Let God be true, and every man a liar, as the Bible says. If truth allows the possibility that the one valid reason for divorce was in fact temporary, he may say exactly that. He can only say that if that is true. God does not lie. If he were to answer that way, that is to say, point out that that reason for divorce which was valid was valid only on a temporary basis, then we must believe him, because he does not lie. And if he were to say exactly that, he would follow that answer that eliminated that one temporary reason for divorce with a statement that eliminates all other reasons that are impossible to list by merely saying that for all other reasons except for the reason that the just eliminated divorce is not allowed. If the answers this way, then he has just returned marriage to the state that it was in before the law came along that temporarily allowed divorce for whatever specific reason that it came along for. Furthermore, simple logic being considered, if that temporary law was in fact terminating at the time of Jesus, then Jesus could even more easily simply say that there is no valid reason for divorce whatsoever, since that single temporary reason was terminating and there was never any other reason either. Then, if the Pharisees were to protest about that one temporary reason, Jesus could still deal with it and set it aside, and then reiterate the elimination of all other reasons as well by simply saying "except for that thief's theft." That one excepted reason being dealt with first and eliminated first. This is the logic required to deal with the phrase 'every cause'.

So, let us continue on. In the next set of verses in Mt 19 Jesus gives exactly that most simple answer eliminating all causes for divorce whatsoever in one single all-inclusive answer, thereby implicitly eliminating also that cause for divorce established in De 24. As Jesus said:

Mt 19:4 And he answered and said unto them, Have ye not read, that he which made them at the beginning made them male and female,

5 And said, For this cause shall a man leave father and mother, and shall cleave to his wife: and they twain shall be one flesh?

6 Wherefore they are no more twain, but one flesh. What therefore God hath joined together, let not man put asunder.

In verse 4 Jesus is referencing Gen 1:27 and in verse 5 Jesus is referencing Gen 2:24. These verses in Genesis say:

Gen 1:27 So God created man in his own image, in the image of God created he him; male and female created he them.

Gen 2:24 Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh.

So Jesus says nothing further but to say that there is to be no divorce whatsoever by simply saying "What therefore God hath joined together, let not man put asunder."

182

Clearly this answer is all inclusive. And Jesus, being God is well aware of De 24; yet Jesus does not give any opening for that law in his answer. Now we know that Jesus does not lie; consequently, this all-inclusive answer forces us to the conclusion that Jesus is setting aside De 24 so that it is no longer valid, and returning the status of marriage to before De 24 was written, as marriage was established to be for life unconditionally between man and a woman in the Garden of Eden when Adam and Eve were created.

Let us think about it. Do you think, before Adam and Eve fell by eating from the tree of the knowledge of good and evil and eve God then cursed Adam and Eve because of their fall, that the idea of divorce was in the picture? You see, let us think about the concept of love. All of the laws of God were implicitly wrapped up into that one commandment that Adam and Eve were required to keep before Almighty God, that is, to not eat of the tree of the knowledge of good and evil. Do you think that the picture of marriage in the mind of God when God created Adam and Eve before the fall ever included the idea that a man should divorce his wife? If you have not read De 24, note that De 24 gives permission for a man to divorce his wife only for the cause of fornication (Jesus gets to the correct interpretation of De 24 in Mt 19:9, to be discussed eventually further below this point); as long as Adam and Eve never fell, such a sin as fornication would never happen, and consequently no such law as De 24 would have any meaning. You may protest, and say that such a statement would apply to all such laws that spell out consequences for sin. You might go on a say: "One example would be laws requiring a thief to pay back many fold if he or she is caught for that thief's theft." You may be correct to say that. If you are correct in that protest, then we must conclude that divorce was never a possibility unless mankind fell by breaking that law so not eat of the tree of the knowledge of good and evil. God's intention with Adam and Eve before they fell was that they would continuously love each other without fail. This is why, at least before the fall, that divorce could not have possibly been in the mind of God when God established the marriage relationship by creating Eve for Adam from Adam's rib in Gen 2.

Nevertheless, God is drawing a spiritual picture with marriage and also with the law allowing divorce, and with all scriptures relating to marriage and to divorce. Who is to say that God can not draw a picture with the creation of marriage and then put a overlay onto that picture to make a statement concerning man's state after man's fall? Who is to say that the unchanging God of the Bible can not have some laws that come and go with a defined time period? Are you going restrict the unchanging law God can not have any law with a time period on it? That would be like saying that the "law of the Medes and Persians with altereth not" spoken of in the Old Testament book of Daniel, chapter 6, could not include any laws written with a fixed time period on those laws. Let us include all of Da 6 to read about Daniel in the lion's den and set if the idea of a law with a time limit fits well with the idea of a system of law that does not change; to quote:

Da 6: 1 ¶ It pleased Darius to set over the kingdom an hundred and twenty princes, which should be over the whole kingdom;

2 And over these three presidents; of whom Daniel was first: that the princes might give accounts unto them, and the king should have no damage.

3 Then this Daniel was preferred above the presidents and princes, because an excellent spirit was in him; and the king thought to set him over the whole realm.

183

4 Then the presidents and princes sought to find occasion against Daniel concerning the kingdom; but they could find none occasion nor fault; forasmuch as he was faithful, neither was there any error or fault found in him.

5 Then said these men, We shall not find any occasion against this Daniel, except we find it against him concerning the law of his God.

6 ¶ Then these presidents and princes assembled together to the king, and said thus unto him, King Darius, live for ever.

7 All the presidents of the kingdom, the governors, and the princes, the counsellors, and the captains, have consulted together to establish a royal statute, and to make a firm decree, that whosoever shall ask a petition of any God or man for thirty days, save of thee, O king, he shall be cast into the den of lions.

8 Now, O king, establish the decree, and sign the writing, that it be not changed, according to the law of the Medes and Persians, which altereth not.

9 Wherefore king Darius signed the writing and the decree.

10 Now when Daniel knew that the writing was signed, he went into his house; and his windows being open in his chamber toward Jerusalem, he kneeled upon his knees three times a day, and prayed, and gave thanks before his God, as he did aforetime.

11 ¶ Then these men assembled, and found Daniel praying and making supplication before his God.

12 Then they came near, and spake before the king concerning the king's decree; Hast thou not signed a decree, that every man that shall ask a petition of any God or man within thirty days, save of thee, O king, shall be cast into the den of lions? The king answered and said, The thing is true, according to the law of the Medes and Persians, which altereth not.

13 Then answered they and said before the king, That Daniel, which is of the children of the captivity of Judah, regardeth not thee, O king, nor the decree that thou hast signed, but maketh his petition three times a day.

14 Then the king, when he heard these words, was sore displeased with himself, and set his heart on Daniel to deliver him: and he laboured till the going down of the sun to deliver him.

15 Then these men assembled unto the king, and said unto the king, Know, O king, that the law of the Medes and Persians is, That no decree nor statute which the king establisheth may be changed.

16 Then the king commanded, and they brought Daniel, and cast him into the den of lions. Now the king spake and said unto Daniel, Thy God whom thou servest continually, he will deliver thee.

17 And a stone was brought, and laid upon the mouth of the den; and the king sealed it with his own signet, and with the signet of his lords; that the purpose might not be changed concerning Daniel.

18 ¶ Then the king went to his palace, and passed the night fasting: neither were instruments of musick brought before him: and his sleep went from him.

19 Then the king arose very early in the morning, and went in haste unto the den of lions.

20 And when he came to the den, he cried with a lamentable voice unto Daniel: and the king spake and said to Daniel, O Daniel, servant of the living God, is thy God, whom thou servest continually, able to deliver thee from the lions?

21 Then said Daniel unto the king, O king, live for ever.

184

22 My God hath sent his angel, and hath shut the lions' mouths, that they have not hurt me: forasmuch as before him innocency was found in me; and also before thee, O king, have I done no hurt.

23 Then was the king exceeding glad for him, and commanded that they should take Daniel up out of the den. So Daniel was taken up out of the den, and no manner of hurt was found upon him, because he believed in his God.

24 And the king commanded, and they brought those men which had accused Daniel, and they cast them into the den of lions, them, their children, and their wives; and the lions had the mastery of them, and brake all their bones in pieces or ever they came at the bottom of the den.

25 ¶ Then king Darius wrote unto all people, nations, and languages, that dwell in all the earth; Peace be multiplied unto you.

26 I make a decree, That in every dominion of my kingdom men tremble and fear before the God of Daniel: for he is the living God, and stedfast for ever, and his kingdom that which shall not be destroyed, and his dominion shall be even unto the end.

27 He delivereth and rescueth, and he worketh signs and wonders in heaven and in earth, who hath delivered Daniel from the power of the lions.

28 So this Daniel prospered in the reign of Darius, and in the reign of Cyrus the Persian.

So the idea of a time limited law within the context of a legal system of unchanging laws is perfectly reasonable, as verses 8-12 of Da 6 above clearly show. You see, logically, from eternity past the idea of a time limited law was always in the mind of the unchanging God. That idea of a time limited law from eternity past is itself unchanging. But the time limited law itself must indeed be time limited, and must come and go on schedule per the eternal mind of the unchanging God from eternity past. If this time limited law did not come and go on schedule, then we would have a changing God who would then be no god at all. Think carefully through what I am saying, and you will see that it is precise and correct. Who are we to insist that the Almighty God could not define an unchanging law whose time period of application was fixed with a beginning and an end within time? The law is unchanging over its unchanging, fixed time period, as it was defined from eternity past; what do you have a problem with? Maybe your mind needs to expand a little bit with a little deeper understanding to include a larger God than you realized? Yes in deed, God is unchanging, as we read:

Heb 1:12 And as a vesture shalt thou fold them up, and they shall be changed: but thou art the same, and thy years shall not fail.

Heb 13: 8 Jesus Christ the same yesterday, and to day, and for ever.

Ps 90:2 Before the mountains were brought forth, or ever thou hadst formed the earth and the world, even from everlasting to everlasting, thou art God.

Ps 102:27 But thou art the same, and thy years shall have no end.

Ps 103:17 But the mercy of the LORD is from everlasting to everlasting upon them that fear him, and his righteousness unto children's children;

185

Isa 44:6 Thus saith the LORD the King of Israel, and his redeemer the LORD of hosts; I am the first, and I am the last; and beside me there is no God.

Mal 3:6 For I am the LORD, I change not; therefore ye sons of Jacob are not consumed.

Job 8:58 Jesus said unto them, Verily, verily, I say unto you, Before Abraham was, I am.

Jas 1:17 Every good gift and every perfect gift is from above, and cometh down from the Father of lights, with whom is no variableness, neither shadow of turning.

Re 1:8 I am Alpha and Omega, the beginning and the ending, saith the Lord, which is, and which was, and which is to come, the Almighty.

(A neat little side note: notice Re 1:8 is Jesus speaking, and there he is calling himself the Almighty. If you do not think that this is Jesus speaking, then compare Re 1:8 with Rev 1:11 and Rev 1:13-18 as well.)

Yes indeed, God is unchanging. But you limit the power of this unchanging God if you suppose that this unchanging God can not define an unchanging time period that has a definite beginning and a definite end over with a law would apply, and nowhere outside of that time period. Remember, this unchanging God from eternity past defined this law with its time period and if that time period did not happen exactly as God intended, *then and only then* God would be changing. But, because the law comes and goes exactly on schedule, then God proves that he is unchanging and fully sovereign, from eternity past to eternity future. What a mighty God we have indeed!

So the idea of Jesus—who is the same yesterday, today, and forever—ending the law of Moses that allowed divorce is perfectly reasonable; and in fact, by Jesus setting aside any Law of God Jesus thereby shows that Jesus is the lawgiver himself, Almighty God, and that he may do exactly that. How else could Jesus forgive sins if he were not the lawgiver himself? As we read:

Mr 2:4 And when they could not come nigh unto him for the press, they uncovered the roof where he was: and when they had broken it up, they let down the bed wherein the sick of the palsy lay.
5 When Jesus saw their faith, he said unto the sick of the palsy, Son, thy sins be forgiven thee.
6 But there were certain of the scribes sitting there, and reasoning in their hearts,
7 Why doth this man thus speak blasphemies? who can forgive sins but God only?
8 And immediately when Jesus perceived in his spirit that they so reasoned within themselves, he said unto them, Why reason ye these things in your hearts?
9 Whether is it easier to say to the sick of the palsy, Thy sins be forgiven thee; or to say, Arise, and take up thy bed, and walk?
10 But that ye may know that the Son of man hath power on earth to forgive sins, (he saith to the sick of the palsy,)
11 I say unto thee, Arise, and take up thy bed, and go thy way into thine house.
12 And immediately he arose, took up the bed, and went forth before them all; insomuch that they were all amazed, and glorified God, saying, We never saw it on this fashion.

186

And, since there is one savior only, Jesus who forgives sins, we read of Jesus going by the name Jehovah (LORD in all capital letters in the King James Bible is the King James Bible's way of translating the Hebrew word for "Jehovah") as the lawgiver:

Isa 33:22 For the LORD is our judge, the LORD is our lawgiver, the LORD is our king; he will save us.

So if Jesus is the lawgiver, Jehovah the Almighty, then he is perfectly able to declare that any law that he gave in fact was a temporary law designated as such from eternity past, and so may terminate that law on schedule when he implies that that exact time has arrived. This is exactly what Jesus does with the law on divorce in De 24. Do you think that this is unusual, that is, having a law be temporary? Think again. Consider all the laws involving animal sacrifice in the Old Testament. Those terminated at the exact time that the veil in the Jewish Temple was rent or torn from top to bottom; because, with the rending of that vale God signified that true access into the holy of holies in heaven at God's throne was accomplished by the death of Jesus Christ. Animal sacrifices, which were only pictures looking forward to the death of Jesus Christ, can not nor ever could take away sins (Heb 10:1-4). The Old Testament language that speaks of sins being forgiven in response to the sacrifice of an animal is exactly reflecting the reality that when the true sacrifice of Jesus Christ occurred, then indeed sins were forgiven. The animal sacrifice language found in the Old Testament must have such language regarding the forgiveness of sins associated with it in order to communicate the picture of the future true sacrifice that would in deed take away sins, the sacrifice of Jesus Christ on the cross. Nevertheless, than language itself does not mean that the sacrifice of an animal could take away sins or could pay for sins in any way. Animal sacrifice is merely a picture by which the true believers of the Old Testament, part of the same Bride of Christ, were also reminded of their total dependence on the sacrifice of their beloved coming savior-messiah who would die for them. This idea of looking forward to their true savior to pay for or redeem them from their sins is exactly what we see in the book of Job. Job was quite involved in animal sacrifice, as Job 1:5 says:

Job 1:5 And it was so, when the days of *their* feasting were gone about, that Job sent and sanctified them, and rose up early in the morning, and offered burnt offerings *according* to the number of them all: for Job said, It may be that my sons have sinned, and cursed God in their hearts. Thus did Job continually.

Yet, later in the book of Job we read:

Job 19:25 For I know that my redeemer liveth, and that he shall stand at the latter *day* upon the earth:

You see, Job knew that animal sacrifices were merely a means to honor God and pray to God for God's mercy and forgiveness for sins. Job knew that he needed a redeemer, and those animal sacrifices were *not* that redeemer. Job knew that God was his redeemer, and that that redeemer would stand at the latter day upon the earth. Job was looking forward to the coming of Jesus Christ.

187

So if animal sacrifice laws were done away with when the vale in the temple was torn, what about time frames for other laws? Clearly the law of physical circumcision was terminated (read the book of Galatians). Also, the law against marrying one's own sister was not in effect when Adam and Eve were created. Abraham also married his half sister Sarah, but when Moses wrote such restrictions on marriage, then that law took effect. To this day we still honor this law in the physical realm because of the threat of genetic problems when two people too closely related marry. The spiritual meaning of this law against marrying one's own sister mystifies me, though, because clearly the Song of Solomon in chapter 8:1 is teaching that spiritually Jesus Christ is married to his own sister; both Jesus Christ and his Bride are born of the same eternal church, the same mother. The entire Song of Solomon uses the term sister frequently. That is why Jesus Christ is called the Son of man, because he is born of the eternal church made up of the true believers. Maybe later in this paper I may explore this question on brother-sister marriage further if time permits.

Consider that the law on the Passover was transferred into the ordinance of the last supper at Jesus Christ's last Passover meal, as recorded in Luke 22:1-23 and John 13. Here God ended one form of a law, and started a new related law that was very similar— all on God's schedule as Jesus was preparing for the cross with his disciples at the last supper. A very exact time table existed for these laws in God's mind, and God was precisely and accurately following that time table. Both the Passover (incidentally, an animal sacrifice) and the last supper typify the same sacrifice of Jesus Christ on the cross.

So we should have enough examples of laws with God ordained time frames created by the unchanging God, Jesus Christ, the same yesterday, today, and forever. Jesus Christ is being called the Alpha and the Omega when we read the phrase "Jesus Christ, the same yesterday, today, and forever." in Heb 13:8, thereby again showing that Jesus Christ is the eternal God from eternity past to eternity future, and that Jesus Christ does not change, and that Jesus Christ is in view as the Alpha and Omega in Revelations chapter 1.

So clearly Jesus Christ has the authority to imply that the law on divorce in De 24 has been set aside. Jesus Christ implies exactly that by merely answering the Pharisees in Mt 19:4-6 with absolutely no allowance for divorce. If you think that I am interpreting Jesus' answer incorrectly, that is, that Jesus Christ was saying that there was no valid reason for divorce whatsoever, then why did the Pharisees respond as though Jesus Christ had forgotten De 24, which in the understanding of the Pharisees must still have applied? The Pharisees were in fact interpreting the response of Jesus in Mt 19:4-6 exactly the same way as I am interpreting it; that Jesus was giving absolutely no reason for divorce whatsoever. This upset the Pharisees, so they fired back to Jesus with that question about Moses and De 24 concerning divorce. You see, two things are at play here. First the Pharisees knew the law of Moses. Second, the Pharisees did not believe that Jesus Christ was God so Jesus Christ could not declare when a law starts and ends. So, now, since the Pharisees brought up the law of Moses and De 24 and asked why Moses gave that law, Jesus then answers that "why" question first by saying:

Mt 19:8 He saith unto them, Moses because of the hardness of your hearts suffered you to put away your wives: but from the beginning it was not so.

188

Jesus says because of men's hardness of hearts Moses permitted divorce. But, again, consistent with Jesus' reference to Ge 1:27 and Ge 2:24 in this answer in Mt 19:4-6, Jesus reiterates by saying "but from the beginning it was not so."—thereby emphasizing the fact that when God created marriage in the Garden of Eden, God gave no permission for divorce whatsoever. Jesus is declaring that the time limit law permitting divorce, which started in the law of Moses was now coming to an end in Mt 19. Because Jesus is God Jesus can do that. Now, Jesus reiterates in Mt 19:9 on answering the original question on divorce involving the phrase "for every cause." Mt 19:9 says:

Mt 19:9 And I say unto you, Whosoever shall put away his wife, except it be for fornication, and shall marry another, committeth adultery: and whoso marrieth her which is put away doth commit adultery.

Jesus uses that word "except" and refers to fornication. By doing so, Jesus is is referring to the correct interpretation of De 24 by the use of the word "fornication"; but that law of Moses has still been set aside by Jesus in the earlier discussion in Mt 19:1-8. So Jesus uses that word "except" as a necessary tool to refer to everything else that men may conceive of in their hard harts as a supposed valid reason for divorce, and says that for all those reasons a well there is to be no divorce. Jesus is not in any way saying that fornication is a valid reason for divorce—we should have this matter clear already by the previous words of Jesus in Mt 19:1-8. There is to be no reason for divorce whatsoever, period, because Jesus, who is the Almighty, unchanging God implied that the terminating time limit for the law of Moses on divorce in De 24 has arrived at by merely giving no reason for divorce whatsoever in his answer of Mt 19:4-6, which answer the Pharisees despised. Are you going to side with the Pharisees or Jesus? We do not see any kind words between these two, Jesus verses the Pharisees here in Mt 19. Whose side are you on, anyway? You can not be on both sides. You should not halt between two positions; make up your mind, as we read:

1Ki 18:21 ¶ And Elijah came unto all the people, and said, How long halt ye between two opinions? if the LORD be God, follow him: but if Baal, then follow him. And the people answered him not a word.

Notice further that Jesus disciples got the point, and became quite concerned by Jesus' answer. This concern is clearly recorded in Mt 19:10-12:

Mt 19:10 His disciples say unto him, If the case of the man be so with his wife, it is not good to marry.
11 But he said unto them, All men cannot receive this saying, save they to whom it is given.
12 For there are some eunuchs, which were so born from their mother's womb: and there are some eunuchs, which were made eunuchs of men: and there be eunuchs, which have made themselves eunuchs for the kingdom of heaven's sake. He that is able to receive it, let him receive it.

You see, Jesus' disciples realized that if a man can not dump a bad apple that they may have gotten stuck with, then maybe getting married at all was just too dangerous, and never getting married might be better. And Jesus did not deny this answer, Jesus merely