189

said that the matter of marriage was really determined by the grace and circumstances dispensed by God in a man's life. This is similar to 1Co 7:7-9.

1Co 7:7 For I would that all men were even as I myself. But every man hath his proper gift of God, one after this manner, and another after that.

8 I say therefore to the unmarried and widows, It is good for them if they abide even as I.

9 But if they cannot contain, let them marry: for it is better to marry than to burn.

Now, let us consider some very important scripture on divorce that will lead us to a deep spiritual understanding of the meaning of divorce, because just as marriage has a deep spiritual meaning, so divorce also has a deep spiritual meaning. Furthermore, the scripture that is about to be given is exceedingly beautiful because, when understood correctly, shows forth the greatness of the grace and mercy and love of God to save wicked sinners. Please read it entirely through very carefully verse for verse: it is very beautiful when understood correctly; verses 1 and 8 mention divorce directly, and verse 20 implies divorce, which is our topic—the whole chapter actually does bear on that topic either directly or indirectly.

Jer 3:1 ¶ They say, If a man put away his wife, and she go from him, and become another man's, shall he return unto her again? shall not that land be greatly polluted? but thou hast played the harlot with many lovers; yet return again to me, saith the LORD.

2 Lift up thine eyes unto the high places, and see where thou hast not been lien with. In the ways hast thou sat for them, as the Arabian in the wilderness; and thou hast polluted the land with thy whoredoms and with thy wickedness.

3 Therefore the showers have been withholden, and there hath been no latter rain; and thou hadst a whore's forehead, thou refusedst to be ashamed.

4 Wilt thou not from this time cry unto me, My father, thou art the guide of my youth?

5 Will he reserve his anger for ever? will he keep it to the end? Behold, thou hast spoken and done evil things as thou couldest.

6 ¶ The LORD said also unto me in the days of Josiah the king, Hast thou seen that which backsliding Israel hath done? she is gone up upon every high mountain and under every green tree, and there hath played the harlot.

7 And I said after she had done all these things, Turn thou unto me. But she returned not. And her treacherous sister Judah saw it.

8 And I saw, when for all the causes whereby backsliding Israel committed adultery I had put her away, and given her a bill of divorce; yet her treacherous sister Judah feared not, but went and played the harlot also.

9 And it came to pass through the lightness of her whoredom, that she defiled the land, and committed adultery with stones and with stocks.

10 And yet for all this her treacherous sister Judah hath not turned unto me with her whole heart, but feignedly, saith the LORD.

11 And the LORD said unto me, The backsliding Israel hath justified herself more than treacherous Judah.

12 ¶ Go and proclaim these words toward the north, and say, Return, thou backsliding Israel, saith the LORD; and I will not cause mine anger to fall upon you: for I am merciful, saith the LORD, and I will not keep anger for ever.

190

13 Only acknowledge thine iniquity, that thou hast transgressed against the LORD thy God, and hast scattered thy ways to the strangers under every green tree, and ye have not obeyed my voice, saith the LORD.

14 Turn, O backsliding children, saith the LORD; for I am married unto you: and I will take you one of a city, and two of a family, and I will bring you to Zion:

15 And I will give you pastors according to mine heart, which shall feed you with knowledge and understanding.

16 And it shall come to pass, when ye be multiplied and increased in the land, in those days, saith the LORD, they shall say no more, The Ark of the covenant of the LORD: neither shall it come to mind: neither shall they remember it; neither shall they visit it; neither shall that be done any more.

17 At that time they shall call Jerusalem the throne of the LORD; and all the nations shall be gathered unto it, to the name of the LORD, to Jerusalem: neither shall they walk any more after the imagination of their evil heart.

18 In those days the house of Judah shall walk with the house of Israel, and they shall come together out of the land of the north to the land that I have given for an inheritance unto your fathers.

19 But I said, How shall I put thee among the children, and give thee a pleasant land, a goodly heritage of the hosts of nations? and I said, Thou shalt call me, My father; and shalt not turn away from me.

20 ¶ Surely as a wife treacherously departeth from her husband, so have ye dealt treacherously with me, O house of Israel, saith the LORD.

21 A voice was heard upon the high places, weeping and supplications of the children of Israel: for they have perverted their way, and they have forgotten the LORD their God.

22 Return, ye backsliding children, and I will heal your backslidings. Behold, we come unto thee; for thou art the LORD our God.

23 Truly in vain is salvation hoped for from the hills, and from the multitude of mountains: truly in the LORD our God is the salvation of Israel.

24 For shame hath devoured the labour of our fathers from our youth; their flocks and their herds, their sons and their daughters.

25 We lie down in our shame, and our confusion covereth us: for we have sinned against the LORD our God, we and our fathers, from our youth even unto this day, and have not obeyed the voice of the LORD our God.

To understand Jer 3 correctly, one must understand that the spiritual picture painted by national Israel, which was the historical background when Jer 3 was penned, is the apostate church of our day. This understanding is forced upon us by an honest understanding of 1Co 10:1-14, which says:

1Co 10:1 ¶ Moreover, brethren, I would not that ye should be ignorant, how that all our fathers were under the cloud, and all passed through the sea;

2 And were all baptized unto Moses in the cloud and in the sea;

3 And did all eat the same spiritual meat;

4 And did all drink the same spiritual drink: for they drank of that spiritual Rock that followed them: and that Rock was Christ.

5 But with many of them God was not well pleased: for they were overthrown in the wilderness.

191

6 ¶ Now these things were our examples, to the intent we should not lust after evil things, as they also lusted.

7 Neither be ye idolaters, as were some of them; as it is written, The people sat down to eat and drink, and rose up to play.

8 Neither let us commit fornication, as some of them committed, and fell in one day three and twenty thousand.

9 Neither let us tempt Christ, as some of them also tempted, and were destroyed of serpents.

10 Neither murmur ye, as some of them also murmured, and were destroyed of the destroyer.

11 Now all these things happened unto them for ensamples: and they are written for our admonition, upon whom the ends of the world are come.

12 Wherefore let him that thinketh he standeth take heed lest he fall.

13 There hath no temptation taken you but such as is common to man: but God is faithful, who will not suffer you to be tempted above that ye are able; but will with the temptation also make a way to escape, that ye may be able to bear it.

14 Wherefore, my dearly beloved, flee from idolatry.

Verse 11 of 1Co 10 says "upon whom the ends of the world are come." You see, the spiritual pictures and patterns of national Israel recorded throughout the Old Testament were drawn by God for the edification of the New Testament church, and as a warning to the New Testament church so that they would be warned. And we know from 2Th 2:1-4 that at the end of time the church will fall away, as we read:

2Th 2:1 ¶ Now we beseech you, brethren, by the coming of our Lord Jesus Christ, and by our gathering together unto him,

2 That ye be not soon shaken in mind, or be troubled, neither by spirit, nor by word, nor by letter as from us, as that the day of Christ is at hand.

3 ¶ Let no man deceive you by any means: for that day shall not come, except there come a falling away first, and that man of sin be revealed, the son of perdition;

4 Who opposeth and exalteth himself above all that is called God, or that is worshipped; so that he as God sitteth in the temple of God, shewing himself that he is God.

2Th 2:3 is where the term "falling away" appears. This is a reference to the apostasy of the end time church. Now, many people misinterpret verses 3 and 4 by wrongly supposing that the term "man of sin" in verse 3 is a reference to some human being. Rather, it is a reference to Isa 14:16 where Satan is called a "man". And verse 3 says that that "man" will be revealed. And how will Satan be revealed? Or, to put it another way, how will mankind notice that Satan is in the "temple of God, shewing himself that he is God", as verse 4 says? Let us take note of another principle, namely, that Satan projects his presence into the Christian church by means of unsaved ministers; all unsaved ministers are Satan's servants. As we read:

2Co 11: 13 For such are false apostles, deceitful workers, transforming themselves into the apostles of Christ.

14 And no marvel; for Satan himself is transformed into an angel of light.

15 Therefore it is no great thing if his ministers also be transformed as the ministers of righteousness; whose end shall be according to their works.

192

So, anytime a false minister is exposed by sound doctrine so that a person leaves that minister's church, then for that person that minister has been revealed; that man of sin has been revealed in the holy place, showing himself as God, when he is in fact preaching the lies of Satan. The temple of God is where the true believers are. The true believers are the temple of God; as 2Co 6:18 says. So, when Satan is in the holy place, that means that Satan is represented by one of his false teachers teaching lies in the context where the true believers should be. But, if such a false teacher establishes himself in a church, many of the true believers will leave. But a few true believers, due to difficult circumstances, may continue under that false minister until God helps those true believers to get out. Rev 11:10-11 about the two witnesses actually implies the exact moment when most false ministers and apostate churches and hell bound religions are revealed to be false and deadly and leading to the lake of fire; at which point many people will escape from these apostate churches and religions before Almighty God as Jesus Christ comes back on Judgment Day at the very end of time. Let us quote Rev 11:10-11 and discuss it:

Rev 11:10 And they that dwell upon the earth shall rejoice over them, and make merry, and shall send gifts one to another; because these two prophets tormented them that dwelt on the earth.

11 And after three days and an half the Spirit of life from God entered into them, and they stood upon their feet; and great fear fell upon them which saw them.

In verse 10 we see that the people of the earth shall rejoice at the death of the two witnesses. This death results in the silencing of the teachings of the two witnesses, and the world rejoices at that silencing, because the words of the two witnesses are a fire that the people of the earth hate. But, when the two witnesses are resurrected in verse 11 we see that great fear fell upon them which saw them. That is the moment in time when the doctrines that the two witnesses spoke concerning false gospels and apostate churches are in fact true, and that the world that is filled with false gospels and apostate churches lead by false ministers and lying teachers in churches are exposed to be wicked and false. At this point that "man of sin" is revealed as 2Th 2:3 speaks:

2Th 2: 3 ¶ Let no man deceive you by any means: for that day shall not come, except there come a falling away first, and that man of sin be revealed, the son of perdition;

And

2Th 2: 6 And now ye know what withholdeth that he might be revealed in his time.

And

2Th 2: 8 And then shall that Wicked be revealed, whom the Lord shall consume with the spirit of his mouth, and shall destroy with the brightness of his coming:

At this point the world will go up in doctrinal flames, as the apostate teachers and churches attempt to defend themselves, and many, many people leave those teachers and

come to the true Gospel. You may have noticed that 2Th. 2:8 speaks of the "brightness of his coming." That is clearly a reference to Jesus Christ returning. But, remember, true believers are also a light. And the resurrection of the two witnesses confirms the truth of the message that the two witnesses teach; this makes the light of the two witnesses glow brightly as the noonday. As we read:

Ps 37:4 Delight thyself also in the LORD; and he shall give thee the desires of thine heart.

5 Commit thy way unto the LORD; trust also in him; and he shall bring *it* to pass.
6 And he shall bring forth thy righteousness as the light, and thy judgment as the noonday.

The brightness of Jesus Christ's coming is marked first by the world going up in doctrinal flames as the brightness of the witness of the words of the two witnesses sets everything on fire. This is consistent with our earlier interpretation of Rev 11:12 where we have the phrase "And they ascended up to heaven in a cloud" which according to our earlier interpretation is a reference to many people becoming saved in response to the message of the two witnesses. Before we go on further with this interpretation, we need to consider further Rev 11:10, where the people of the world are rejoicing at the death of the two witnesses. This rejoicing also involves a fire. This fire is from the tongues of the apostate churches and apostate leaders and lying false teachers filling the world of Christianity; that is, Satan taking his seat in the holy place. You see, as Jas 3:6 says, the tongue is a fire, a world of iniquity:

Jas 3:6 And the tongue *is* a fire, a world of iniquity: so is the tongue among our members, that it defileth the whole body, and setteth on fire the course of nature; and it is set on fire of hell.

The tongues of the apostate church will be wagging 90 miles a minute 24 hours a day against the two witnesses as the apostate church rejoices at their death. This is the flame the two witnesses must endure, even as Shadrach, Meshach, and Abednego had to endure a flame from a furnace heated seven times hotter than what that furnace was designed to be heated. As we read:

Da 3: 8 ¶ Wherefore at that time certain Chaldeans came near, and accused the Jews.
9 They spake and said to the king Nebuchadnezzar, O king, live for ever.
10 Thou, O king, hast made a decree, that every man that shall hear the sound of the cornet, flute, harp, sackbut, psaltery, and dulcimer, and all kinds of musick, shall fall down and worship the golden image:
11 And whoso falleth not down and worshippeth, *that* he should be cast into the midst of a burning fiery furnace.
12 There are certain Jews whom thou hast set over the affairs of the province of Babylon, Shadrach, Meshach, and Abednego; these men, O king, have not regarded thee: they serve not thy gods, nor worship the golden image which thou hast set up.
13 Then Nebuchadnezzar in *his* rage and fury commanded to bring Shadrach, Meshach, and Abednego. Then they brought these men before the king.

14 Nebuchadnezzar spake and said unto them, *Is it* true, O Shadrach, Meshach, and Abednego, do not ye serve my gods, nor worship the golden image which I have set up?
15 Now if ye be ready that at what time ye hear the sound of the cornet, flute, harp, sackbut, psaltery, and dulcimer, and all kinds of musick, ye fall down and worship the image which I have made; *well*: but if ye worship not, ye shall be cast the same hour into the midst of a burning fiery furnace; and who *is* that God that shall deliver you out of my hands?
16 Shadrach, Meshach, and Abednego, answered and said to the king, O Nebuchadnezzar, we *are* not careful to answer thee in this matter.
17 If it be *so*, our God whom we serve is able to deliver us from the burning fiery furnace, and he will deliver *us* out of thine hand, O king.
18 But if not, be it known unto thee, O king, that we will not serve thy gods, nor worship the golden image which thou hast set up.
19 ¶ Then was Nebuchadnezzar full of fury, and the form of his visage was changed against Shadrach, Meshach, and Abednego: *therefore* he spake, and commanded that they should heat the furnace one seven times more than it was wont to be heated.
20 And he commanded the most mighty men that *were* in his army to bind Shadrach, Meshach, and Abednego, *and* to cast *them* into the burning fiery furnace.
21 Then these men were bound in their coats, their hosen, and their hats, and their *other* garments, and were cast into the midst of the burning fiery furnace.
22 Therefore because the king's commandment was urgent, and the furnace exceeding hot, the flame of the fire slew those men that took up Shadrach, Meshach, and Abednego.
23 And these three men, Shadrach, Meshach, and Abednego, fell down bound into the midst of the burning fiery furnace.
24 Then Nebuchadnezzar the king was astonied, and rose up in haste, *and* spake, and said unto his counsellors, Did not we cast three men bound into the midst of the fire? They answered and said unto the king, True, O king.
25 He answered and said, Lo, I see four men loose, walking in the midst of the fire, and they have no hurt; and the form of the fourth is like the Son of God.
26 Then Nebuchadnezzar came near to the mouth of the burning fiery furnace, *and* spake, and said, Shadrach, Meshach, and Abednego, ye servants of the most high God, come forth, and come *hither*. Then Shadrach, Meshach, and Abednego, came forth of the midst of the fire.
27 And the princes, governors, and captains, and the king's counsellors, being gathered together, saw these men, upon whose bodies the fire had no power, nor was an hair of their head singed, neither were their coats changed, nor the smell of fire had passed on them.
28 ¶ *Then* Nebuchadnezzar spake, and said, Blessed *be* the God of Shadrach, Meshach, and Abednego, who hath sent his angel, and delivered his servants that trusted in him, and have changed the king's word, and yielded their bodies, that they might not serve nor worship any god, except their own God.
29 Therefore I make a decree, That every people, nation, and language, which speak any thing amiss against the God of Shadrach, Meshach, and Abednego, shall be cut in pieces, and their houses shall be made a dunghill: because there is no other God that can deliver after this sort.

195

30 Then the king promoted Shadrach, Meshach, and Abednego, in the province of Babylon.

This is the same flame mentioned in Zec 13:7-9:

Zec 13:7 ¶ Awake, O sword, against my shepherd, and against the man that is my fellow, saith the LORD of hosts: smite the shepherd, and the sheep shall be scattered: and I will turn mine hand upon the little ones.
8 And it shall come to pass, that in all the land, saith the LORD, two parts therein shall be cut off and die; but the third shall be left therein.
9 And I will bring the third part through the fire, and will refine them as silver is refined, and will try them as gold is tried: they shall call on my name, and I will hear them: I will say, It is my people: and they shall say, The LORD is my God.

You may protest, and say that clearly Zec 13:7 is referencing the time when Jesus went to the cross, so how could Zec 13:7-9 have anything to do with the two witnesses? That is easy to answer: the pattern that Jesus goes through, the true believers must follow also; just as Jesus said that we must take up our cross and follow him. So the two witnesses have a cross to die on as they follow Jesus by the power of Jesus in them. And many people will flee the truth during the time of the wagging of the tongues of the apostate church leaders against truths that the two witnesses speak, while the two witnesses are dead. Notice in the Zec 13:8 verse many people will fall away from the truth. As that verse speaks, only one third will survive that fire of false doctrines all around them. This is a purification of the true believers as the non-elect leave the true believers, because the non-elect can not take the heat. This same fire that the true believers must endure is also mentioned in Mal 3:2-3, where we read that beautiful verse that is quoted in that very beautiful musical piece named "Handel's Messiah":

Mal 3:2 But who may abide the day of his coming? and who shall stand when he appeareth? for he is like a refiner's fire, and like fullers' soap:
3 And he shall sit as a refiner and purifier of silver: and he shall purify the sons of Levi, and purge them as gold and silver, that they may offer unto the LORD an offering in righteousness.

Again, you may protest and say this only has to do with Jesus. Again, the reply is that the true believers follow in the pattern of Jesus as Jesus in them powers them to take up their cross and follow Jesus.

This is the same fire that we read about 1Co 3:13-15:

1Co 3:13 Every man's work shall be made manifest: for the day shall declare it, because it shall be revealed by fire; and the fire shall try every man's work of what sort it is.
14 If any man's work abide which he hath built thereupon, he shall receive a reward.
15 If any man's work shall be burned, he shall suffer loss: but he himself shall be saved; yet so as by fire.

You see, the true believers do not ever get cast into the lake of fire; so the fire that tests the true believer's work of what sort it is must occur before Judgment Day. As we read:

196

1Pe 4:17 For the time is come that judgment must begin at the house of God: and if it first begin at us, what shall the end be of them that obey not the gospel of God?

Jude 1:23 And others save with fear, pulling them out of the fire; hating even the garment spotted by the flesh.

The fire of the false gospels is what the two witnesses must endure; but even as they endure it, their witness will be noticed by some. And, when God works in the hearts of the yet-to-be-saved elect who are watching, they may respond to that witness. Finally, after the flames on the two witnesses are ended because they resurrect from the dead, then the apostate churches are silenced in total fear of the two witnesses. Now the turn for the two witnesses has come for them to preach and pull out of the fire of the false gospels and apostate churches the remaining elect that have yet to respond to the true Gospel. This is the spoiling of the Egyptians by the Hebrews in Exodus, as we read:

Ex 12:35 And the children of Israel did according to the word of Moses; and they borrowed of the Egyptians jewels of silver, and jewels of gold, and raiment:
36 And the LORD gave the people favour in the sight of the Egyptians, so that they lent unto them such things as they required. And they spoiled the Egyptians.

This is the completion of the building of gold and silver finishings and trim on the temple, as we read:

1Ch 29:3 Moreover, because I have set my affection to the house of my God, I have of mine own proper good, of gold and silver, which I have given to the house of my God, over and above all that I have prepared for the holy house,
4 Even three thousand talents of gold, of the gold of Ophir, and seven thousand talents of refined silver, to overlay the walls of the houses withal:
5 The gold for things of gold, and the silver for things of silver, and for all manner of work to be made by the hands of artificers. And who then is willing to consecrate his service this day unto the LORD?

(Notice that number "seven thousand" in verse 4; that number has to do with the approximate length of the final tribulation (God may lengthen or shorten it from this value). 7000 days is exactly 230 months (a month computed as 365.2425/12 days) or 19 years and 2 months, and starting from some unknown date in September 1994. This may be discussed later in this paper, if the author finds the time for it.)

The spoiling of the Egyptians is also in view in Zec 14:14, which says:

Zec 14:14 And Judah also shall fight at Jerusalem; and the wealth of all the heathen round about shall be gathered together, gold, and silver, and apparel, in great abundance.

Also, Zec 14:12 is very interesting in how it relates to the teachers of the apostate churches. There we read:

Zec 14:12 And this shall be the plague wherewith the LORD will smite all the people that have fought against Jerusalem; Their flesh shall consume away while they stand upon their feet, and their eyes shall consume away in their holes, and their tongue shall consume away in their mouth.

The false teachers are the people who fought against Jerusalem (Jerusalem is a spiritual reference to the habitation of the true believers), and Zec 14:12 goes on and says "Their flesh shall consume away while they stand". That language is a reference to the idea that Satan has a body, but in fact not every member of that body is truly a member of that body. In other words, people shall leave the apostate churches and go over to the true Gospel and become saved. This again is the spoiling of the Egyptians. Furthermore, the idea of them "standing on their feet" as Zec 14:12 speaks is referring to the false teachers attempting to preach their false gospels (the feet are used to send a gospel, as Rom 10 speaks); yet, as Zec 14:12 continues, it says "their eyes shall consume away in their holes". This means that the people listening to these false teachers will realize that these false teachers have no sight into the truth. And Zec 14:12 continues further and says that the people listening to the false teachers will realize that these false teachers can not speak "their tongue shall consume away in their mouth", which is referring to the fact that the people listening to the false teachers will realize that these false teachers are idols that have been worshiping; these idols have neither eyes that see, nor mouths that speak (see Ps 115). So people will leave these false teachers and repent of their idolatry and go over to the true Gospel and worship the one Jesus, not another Jesus that the false teachers have been preaching. Again, the spoiling of the Egyptians by the Hebrews as many people repent of their idolatry and come to believe the true Gospel.

This language of spoiling of the Egyptians by the Hebrews is pictured very directly in Zec 14:16-19, but verses 14 and 15 should be included, because in verse 14 mentions the gold and silver. So we read:

Zec 14:14 And Judah also shall fight at Jerusalem; and the wealth of all the heathen round about shall be gathered together, gold, and silver, and apparel, in great abundance.

15 And so shall be the plague of the horse, of the mule, of the camel, and of the ass, and of all the beasts that shall be in these tents, as this plague.

16 ¶ And it shall come to pass, that every one that is left of all the nations which came against Jerusalem shall even go up from year to year to worship the King, the LORD of hosts, and to keep the feast of tabernacles.

17 And it shall be, that whoso will not come up of all the families of the earth unto Jerusalem to worship the King, the LORD of hosts, even upon them shall be no rain.

18 And if the family of Egypt go not up, and come not, that have no rain; there shall be the plague, wherewith the LORD will smite the heathen that come not up to keep the feast of tabernacles.

19 This shall be the punishment of Egypt, and the punishment of all nations that come not up to keep the feast of tabernacles.

If you do not think that all this reference to Egypt makes good sense, consider where the two witnesses were killed. As we read:

Rev 11:8 And their dead bodies shall lie in the street of the great city, which spiritually is called Sodom and Egypt, where also our Lord was crucified.

Noticed that the two witnesses are spiritually killed in Egypt, and that is where Jesus was killed. In other words, God in Rev 11:8 is spiritually calling the apostate church by the name of Jerusalem where Jesus was killed", likening Jerusalem to Egypt and Sodom. So the two witnesses are followers in the stern of Jesus as Jesus is the power in them to do so. And much life will follow from the resurrection of the two witnesses, also in the pattern of Jesus. Jesus is in them accomplishing all of this. And the two witnesses are not allowed to be buried in graves as Rev 11:9 speaks, and the term "graves" refers to apostate churches that do not allow the two witnesses into those apostate churches. And these apostate churches are referred to by God as graves because there is no spiritual life in those apostate churches. This is the pattern that the two witnesses must follow, as the apostate churches are the Jerusalem down here, and the two witnesses are the true believers looking forward to the heavenly Jerusalem, the Bride of Christ, that they are going to in heaven.

Heb 13:10 We have an altar, whereof they have no right to eat which serve the tabernacle.

11 For the bodies of those beasts, whose blood is brought into the sanctuary by the high priest for sin, are burned without the camp.

12 Wherefore Jesus also, that he might sanctify the people with his own blood, suffered without the gate.

13 Let us go forth therefore unto him without the camp, bearing his reproach.

Remember, this discussion is in a section of Eph 5:21-33, and presently we are discussing the spiritual meaning of divorce by referring to all of Jeremiah chapter 3. And in order to show that Jeremiah chapter 3 applies to the apostate church today with national Israel in Jeremiah 3 being the spiritual example that the apostate church must consider, we went to 1Co 10 to show that we must view national Israel in the Old Testament for an example from which we will be better prepared for the coming, and now arrived, apostasy of the Christian church. And notice that Zec 14:12 leads us to understand that the apostate leaders of the apostate church are really idols that neither see nor speak the truth of the true Gospel, as Ps 115 discusses. Ps 115:1-8 says:

Ps 115:1 ¶ Not unto us, O LORD, not unto us, but unto thy name give glory, for thy mercy, and for thy truth's sake.

2 Wherefore should the heathen say, Where is now their God?

3 But our God is in the heavens: he hath done whatsoever he hath pleased.

4 Their idols are silver and gold, the work of men's hands.

5 They have mouths, but they speak not: eyes have they, but they see not:

6 They have ears, but they hear not: noses have they, but they smell not:

7 They have hands, but they handle not: feet have they, but they walk not: neither speak they through their throat.

8 They that make them are like unto them; so is every one that trusteth in them.

Then, did you notice the little verse in 1Co 10 at verse 14, which said:

199

1Co 10: 14  Wherefore, my dearly beloved, flee from idolatry.

Do you see that command to flee from idolatry? That is God's command for the elect to flee out of the apostate churches. Just as 1Joh 5:21 speaks:

1Joh 5: 21  Little children, keep yourselves from idols. Amen.

So now we are better prepared to go back into that beautiful chapter of Jeremiah, Jeremiah chapter 3. Did you read Jeremiah chapter 3 like I said to read it, carefully and thoughtfully? Notice verse 1 of Jeremiah chapter 3, which reads:

Jer 3: 1 ¶ They say, If a man put away his wife, and she go from him, and become another man's, shall he return unto her again? shall not that land be greatly polluted? but thou hast played the harlot with many lovers; yet return again to me, saith the LORD.

Do you see how beautiful this verse really is?  It is showing how great sin Jesus is willing to pay for in order to save a people for himself. He has great compassion and great love.

As we read:

Mt 9:10  And it came to pass, as Jesus sat at meat in the house, behold, many publicans and sinners came and sat down with him and his disciples.
11  And when the Pharisees saw it, they said unto his disciples, Why eateth your Master with publicans and sinners?
12  But when Jesus heard that, he said unto them, They that be whole need not a physician, but they that are sick.
13  But go ye and learn what that meaneth, I will have mercy, and not sacrifice: for I am not come to call the righteous, but sinners to repentance.

As some hymn beautifully says "Jesus, the friend of sinners."  Or as we read:

Rom 5: 6 ¶ For when we were yet without strength, in due time Christ died for the ungodly.
7  For scarcely for a righteous man will one die: yet peradventure for a good man some would even dare to die.
8  But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us.
9  Much more then, being now justified by his blood, we shall be saved from wrath through him.
10  For if, when we were enemies, we were reconciled to God by the death of his Son, much more, being reconciled, we shall be saved by his life.

You see, Jeremiah 3 is really a grand plea to the elect to find the great mercy of God and God's great love by repenting of their spiritual adultery and fornication that justifies God's divorcing them and is asking them to return to God and become saved, and believe the true Gospel.  Again, we are talking about the spoiling of the Egyptians of all of the remaining unsaved elect still trapped in the apostate churches around the world.  Jer 3 is a plea for those elect to come out of those apostate churches.  God is very merciful.  Do not

200

turn away from this offer of mercy.  God is going to come back shortly, in less than 7000 days from some date in September, 1994, most likely.  Do not wait until the last minute. Time is required to make one's calling and election sure, and one should not play with time.  We may die at any moment also because God can deny our next heart beat, and then our time is done immediately.

You see, the spiritual meaning of divorce for fornication is very similar to excommunication, as established in 1Co 5 involving a man that was having sex with his father's wife.  As we read:

1Co 5:1 ¶ It is reported commonly that there is fornication among you, and such fornication as is not so much as named among the Gentiles, that one should have his father's wife.
2  And ye are puffed up, and have not rather mourned, that he that hath done this deed might be taken away from you.
3  For I verily, as absent in body, but present in spirit, have judged already, as though I were present, concerning him that hath so done this deed,
4  In the name of our Lord Jesus Christ, when ye are gathered together, and my spirit, with the power of our Lord Jesus Christ,
5  To deliver such an one unto Satan for the destruction of the flesh, that the spirit may be saved in the day of the Lord Jesus.
6  Your glorying is not good. Know ye not that a little leaven leaveneth the whole lump?
7 ¶ Purge out therefore the old leaven, that ye may be a new lump, as ye are unleavened. For even Christ our passover is sacrificed for us:
8  Therefore let us keep the feast, not with old leaven, neither with the leaven of malice and wickedness; but with the unleavened bread of sincerity and truth.

9 ¶ I wrote unto you in an epistle not to company with fornicators:
10  Yet not altogether with the fornicators of this world, or with the covetous, or extortioners, or with idolaters; for then must ye needs go out of the world.
11  But now I have written unto you not to keep company, if any man that is called a brother be a fornicator, or covetous, or an idolater, or a railer, or a drunkard, or an extortioner; with such an one not to eat.
12  For what have I to do to judge them also that are without? do not ye judge them that are within?
13  But them that are without God judgeth. Therefore put away from among yourselves that wicked person.

Notice in 1Co 5:11 we even have that term "put away".  This term appears in Jer 3:1 referring to divorce.  But now we have an interesting consideration.  When this man in 1Co 5 is put away or divorced or excommunicated from the fellowship of the true believers, who is leaving who?  Is the fornicating man leaving that fellowship?  Or is the fellowship of true believers leaving that man.  Motion is relative.  Because the true believers took the action, it is actually true that the true believers divorced that man, and in effect wrote him a bill of divorcement.  Yet, that man was put away because he moved into apostasy.  This is the same debate between estranged spouses who always blame the other for their divorce.  God deals with that matter in Isa 50:1, which says:

Isa 50:1 ¶ Thus saith the LORD, Where is the bill of your mother's divorcement, whom I have put away? or which of my creditors is it to whom I have sold you? Behold, for your iniquities have ye sold yourselves, and for your transgressions is your mother put away.

You see, the real problem is the man that effectively put himself away from the church at Corinth by his pursuing sexual sin or fornication. God is so gracious that if this man in the future were to repent, God would lovingly receive that man back as a prodigal son that God indeed loves unto true salvation. As the story of the prodigal son reads:

Lu 15:11 ¶ And he said, A certain man had two sons:
12 And the younger of them said to his father, Father, give me the portion of goods that falleth to me. And he divided unto them his living.
13 And not many days after the younger son gathered all together, and took his journey into a far country, and there wasted his substance with riotous living.
14 And when he had spent all, there arose a mighty famine in that land; and he began to be in want.
15 And he went and joined himself to a citizen of that country; and he sent him into his fields to feed swine.
16 And he would fain have filled his belly with the husks that the swine did eat: and no man gave unto him.
17 And when he came to himself, he said, How many hired servants of my father's have bread enough and to spare, and I perish with hunger!
18 I will arise and go to my father, and will say unto him, Father, I have sinned against heaven, and before thee,
19 And am no more worthy to be called thy son: make me as one of thy hired servants.
20 And he arose, and came to his father. But when he was yet a great way off, his father saw him, and had compassion, and ran, and fell on his neck, and kissed him.
21 And the son said unto him, Father, I have sinned against heaven, and in thy sight, and am no more worthy to be called thy son.
22 But the father said to his servants, Bring forth the best robe, and put it on him; and put a ring on his hand, and shoes on his feet:
23 And bring hither the fatted calf, and kill it; and let us eat, and be merry:
24 For this my son was dead, and is alive again; he was lost, and is found. And they began to be merry.
25 Now his elder son was in the field: and as he came and drew nigh to the house, he heard musick and dancing.
26 And he called one of the servants, and asked what these things meant.
27 And he said unto him, Thy brother is come; and thy father hath killed the fatted calf, because he hath received him safe and sound.
28 And he was angry, and would not go in: therefore came his father out, and intreated him.
29 And he answering said to his father, Lo, these many years do I serve thee, neither transgressed I at any time thy commandment: and yet thou never gavest me a kid, that I might make merry with my friends:
30 But as soon as this thy son was come, which hath devoured thy living with harlots, thou hast killed for him the fatted calf.
31 And he said unto him, Son, thou art ever with me, and all that I have is thine.

32 It was meet that we should make merry, and be glad: for this thy brother was dead, and is alive again; and was lost, and is found.

This beautiful passage about the prodigal son is very similar to Jeremiah chapter 3. Both are exceedingly beautiful as they highlight the great forgiveness of God towards sinners as he asks them to repent of their apostasy and to come back to the truth.

This question of who really moved, or who really divorced who. God is blaming the resulting divorce on the one who was adulterous. When we read Hebrews chapter 10, there we also see a kind of divorce in view. We read:

Heb 10: 24 And let us consider one another to provoke unto love and to good works:
25 Not forsaking the assembling of ourselves together, as the manner of some is; but exhorting one another: and so much the more, as ye see the day approaching.
26 For if we sin wilfully after that we have received the knowledge of the truth, there remaineth no more sacrifice for sins,
27 But a certain fearful looking for of judgment and fiery indignation, which shall devour the adversaries.
28 He that despised Moses' law died without mercy under two or three witnesses:
29 Of how much sorer punishment, suppose ye, shall he be thought worthy, who hath trodden under foot the Son of God, and hath counted the blood of the covenant, wherewith he was sanctified, an unholy thing, and hath done despite unto the Spirit of grace?
30 For we know him that hath said, Vengeance belongeth unto me, I will recompense, saith the Lord. And again, The Lord shall judge his people.
31 It is a fearful thing to fall into the hands of the living God.

See, Heb 10:25 is talking about "forsaking the assembling of ourselves together, as the manner of some is". This phrase can be used against elect who are leaving an apostate church by the apostate church putting a guilt trip on that true wise person who is leaving. The problem is, no such guilt trip is justified. The reason has to do with the question of who is leaving who? Did the apostate church forsake the assembly of the true believers by forsaking true doctrine and causing the true believers to go somewhere else where those true believers could enjoy true fellowship, or did the true believers who stayed behind and stayed within that apostate church forsake the assembling of ourselves together? Which is it? Clearly, if the true believers still within the apostate church left and found some other true believers to fellowship, then that true believer who left the apostate church would be obeying the command "Not forsaking the assembling of ourselves together". If the true believer stays within that apostate church and can not find true believers in that apostate church with which to fellowship, then that true believer is disobeying the command, forsaking the assembling of ourselves together". And, the threat that God gives to us in this text of Heb 10 concerning that sin of leaving the true believers by not going where the true believers are to fellowship with some true believers is very serious. God is not playing the child's game of tiddly-winks. This sin of forsaking the assembly of true believers is directly in view as we read verses 26-31 of Heb 10. See how those verses read again:

203

Heb 10: 26 For if we sin wilfully after that we have received the knowledge of the truth, there remaineth no more sacrifice for sins,
27 But a certain fearful looking for of judgment and fiery indignation, which shall devour the adversaries.
28 He that despised Moses' law died without mercy under two or three witnesses:
29 Of how much sorer punishment, suppose ye, shall he be thought worthy, who hath trodden under foot the Son of God, and hath counted the blood of the covenant, wherewith he was sanctified, an unholy thing, and hath done despite unto the Spirit of grace?
30 For we know him that hath said, Vengeance belongeth unto me, I will recompense, saith the Lord. And again, The Lord shall judge his people.
31 It is a fearful thing to fall into the hands of the living God.

Get out of that apostate church NOW! It is greatly threatening your ability to make your calling and election sure, and if you say there, you most likely will end up in hell, because God's judgment is on the apostate church.

So divorce or spiritual separation from God is reversible as long as there is time to repent. When God comes back at the very end of time, there will no longer be time to repent. Or, if we die, there will be no more time to repent and make our calling and election sure. What are we to repent from? James 4 is very clear:

Jas 4: 1 ¶ From whence come wars and fightings among you? come they not hence, even of your lusts that war in your members?
2 Ye lust, and have not: ye kill, and desire to have, and cannot obtain: ye fight and war, yet ye have not, because ye ask not.
3 Ye ask, and receive not, because ye ask amiss, that ye may consume it upon your lusts.
4 Ye adulterers and adulteresses, know ye not that the friendship of the world is enmity with God? whosoever therefore will be a friend of the world is the enemy of God.
5 Do ye think that the scripture saith in vain, The spirit that dwelleth in us lusteth to envy?
6 But he giveth more grace. Wherefore he saith, God resisteth the proud, but giveth grace unto the humble.
7 Submit yourselves therefore to God. Resist the devil, and he will flee from you.
8 Draw nigh to God, and he will draw nigh to you. Cleanse your hands, ye sinners; and purify your hearts, ye double minded.
9 Be afflicted, and mourn, and weep: let your laughter be turned to mourning, and your joy to heaviness.
10 Humble yourselves in the sight of the Lord, and he shall lift you up.

Adultery with God is defined in verse 4 as friendship with the world. The apostate churches indeed become very, very friendly with the world. That is why the apostate church is filled with unsaved people who are not offended by the messages that the ministers of these apostate churches speak. If the ministers of the apostate churches spoke the truth, then they would drive out may people who do not want to hear about hell fire and damnation, and about the need to make their very own calling and election sure. They preach a dangerous assurance of salvation that says to never doubt one's salvation (this even in the face of serious sin). This dangerously comforts many in the apostate

204

church that they are doing well with God and are headed for heaven, when in fact the truth is that they are presently condemned by God and headed for hell, unless they repent of their many false doctrines and hatred for the Bible (though they lie to themselves and say that they love the Bible). The lack of soundness of their doctrine proves that they do not really love the Bible.

One final point of divorce. Divorce becomes permanent on Judgment Day, when no chance for salvation will come. And, when God divorces someone, that someone will not get any finical support in hell. God wins hands down! But, what is this principle that Jesus reestablished in Mt 19 setting aside divorce, if God is still divorcing the apostate church? Well, notice that Jesus never divorces the true elect, the Bride of Christ. This is why we must understand that Jesus loses none of the elect, but that he saves each and every one. This point of divorce in Jesus loosing absolutely no one of the elect is reflected in Eph 5:21-33 in a very beautiful way. Hence, divorce is impossible between Jesus and the Bride of Christ. Divorce is temporary with any elect that are not yet saved, because Jesus through the presently saved true believers will seek out and find and save those remaining elect that are not yet saved; Jesus will lose absolutely none. But divorce is permanent with all of the non-elect, who will be cast into the lake of fire to suffer torment for eternity. This whole discussion on divorce really stems from Eph 5:21 and 22-24 which talks about submission. Verse 21 is a general verse on submission that even includes the idea that under some circumstances even the man need to be considerate by God's power and submit to his wife in some matters. Verses 22-24 make very plain that the wife must seek God's help in giving submission to her husband. When a man divorces his wife, that is hatred for his wife, and a failure to submit to her needs. When a woman divorces her husband, that is hatred for her husband and failure to submit to his needs and to his authority over her. Remember, though, a woman should not submit to her husband in anything sinful, but only in things lawful in God's eyes. (What is lawful may be a matter of discussion involving her conscience, the Bible, and her husbands conscience; but a husband should work very, very hard to not violate his wife's conscience and put her in a situation that compromises her inner peace with God (1Co 8:12). The husband has power over his wife, and may abuse that power by not being sensitive to his wife's conscience, and thereby do great damage both to her faith towards God and even her love and submissiveness towards her husband.)

So, the elimination of divorce in Mt 19 by Jesus is to picture the eternal permanence of the marriage between Jesus and his Bride, the true believers. But the concept of divorce came into existence so that God could draw the spiritual picture of separation between man and God as long as man continues to believe lies and forsakes the truth of God, namely Jesus, and rather spiritually fornicates with Satan by believing Satan's lies. Because mankind is really doing the fornicating, then man is really the one moving away from God. This puts the idea of divorce into the context of 1Co 7:15, which says:

1Co 7: 15 But if the unbelieving depart, let him depart. A brother or a sister is not under bondage in such cases: but God hath called us to peace.

In other words, a believer married to an unbeliever is to allow that unbeliever to do the leaving and not to fight it out; the true believer is called to peace. In other words, God is allowing the unsaved to divorce him, and so he grants their desires by writing them a bill

205

of divorcement. The unsaved moved first. So God never initiates the divorce, and hence God is really following the commandment that there be no divorce at all; he only is submitting to the demands of the unsaved if they insist on a divorce—then God grants that divorce. This is actually man being allowed to choose their god, which is Satan. Only God can draw a man away from Satan, and give a man repentance from following the lies of Satan. If God leaves a man up to that man's own desires, that man will end up in the lake of fire for eternity. Satan is his god and all the thick darkness of lies that will be so thick that the darkness even can be felt; there will be absolutely no truth, not even a flicker of truth in the lake of fire, the darkness will be indescribable and totally marvelous. Fire does not necessarily give light, and in the lake of fire that fire will give absolutely no light at all, period. You see, that fire will be the very lies that fill the lake of fire; lies do damage just like fire does damage, but lies give absolutely no light. Only truth gives light. And that term "lake" in the phrase "lake of fire" referrers to the sea of humanity that will fill that lake of fire, or rather, sea of humanity who only do damage to each other as they speak lies to each other and total darkness and no truth whatsoever. As we read Elihu describing the difference between when the saved die and the unsaved die:

Job 36:1 ¶ Elihu also proceeded, and said,
2 Suffer me a little, and I will shew thee that I have yet to speak on God's behalf.
3 I will fetch my knowledge from afar, and will ascribe righteousness to my Maker.
4 For truly my words shall not be false: he that is perfect in knowledge is with thee.
5 ¶ Behold, God is mighty, and despiseth not any: he is mighty in strength and wisdom.
6 He preserveth not the life of the wicked: but giveth right to the poor.
7 He withdraweth not his eyes from the righteous: but with kings are they on the throne; yea, he doth establish them for ever, and they are exalted.
8 And if they be bound in fetters, and be holden in cords of affliction;
9 Then he sheweth them their work, and their transgressions that they have exceeded.
10 He openeth also their ear to discipline, and commandeth that they return from iniquity.
11 If they obey and serve him, they shall spend their days in prosperity, and their years in pleasures.
12 But if they obey not, they shall perish by the sword, and they shall die without knowledge.
13 But the hypocrites in heart heap up wrath: they cry not when he bindeth them.
14 They die in youth, and their life is among the unclean.

Verses 5-13 in Job 36 are of interest, where Elihu is describing both the salvation of the elect and the destruction of the non-elect. For the elect he mentions their state of sin in verse 8, and in verse 9 shows how that God's true Gospel exposes to God's elect their sin to then prepare said elect for repentance. And God continues further in verse 10 to use discipline to move said elect to repentance and then commands said elect to repent. This is a beautiful picture of the salvation process as God the Father draws an elect person to salvation. Then verse 11 of Job 36 is truly a description of heaven, though that may not be obvious. The reason that heaven is not obvious is because Elihu uses the word "days". But, in the case of the elect, the elect's days are infinite; they never end, they will have never ending pleasures for eternity. This is as Ps 16:11 is saying:

206

Ps 16:11 Thou wilt shew me the path of life: in thy presence is fulness of joy; at thy right hand there are pleasures for evermore.

Heaven will be a place of unspeakable joy and pleasures between Jesus Christ and his Bride: a joyful continuous spiritual sexual union between Jesus Christ and his Bride. Pleasure like a river that never run out and never dry up. We will always be learning more and more about Jesus Christ, Almighty God, as he feeds us with his aids. The big uncertainty in heaven will be "what marvelous thing will God show us next, or do to us next?" It will be a joyful uncertainty that will be indescribable and totally marvelous. Now, hell or the lake of fire will be the exact opposite. The big uncertainty there will be what horrible thing will be told us next by Satan, or what horrible thing will happen to us next, and what evil we will do to each other next, or tell each other next. You see, the mouth of the wicked will slay them; the term "sword" refers to the lies of the wicked:

Ps 37:12. The wicked plotteth against the just, and gnasheth upon him with his teeth.
13 The Lord shall laugh at him: for he seeth that his day is coming.
14 The wicked have drawn out the sword, and have bent their bow, to cast down the poor and needy, and to slay such as be of upright conversation.
15 Their sword shall enter into their own heart, and their bows shall be broken.

Lu 19:22. And he saith unto him, Out of thine own mouth will I judge thee, thou wicked servant. Thou knewest that I was an austere man, taking up that I laid not down, and reaping that I did not sow:

This rebellion where by man wishes to live by his own mouth or his own wisdom is clearly seen:

Jer 44:17 But we will certainly do whatsoever thing goeth forth out of our own mouth, to burn incense unto the queen of heaven, and to pour out drink offerings unto her, as we have done, we, and our fathers, our kings, and our princes, in the cities of Judah, and in the streets of Jerusalem: for then had we plenty of victuals, and were well, and saw no evil.

God will give them what they desire, and they will have the god that they want, and to give to such people that god, God has created the lake of fire, where their god of lies rules, namely Satan. There will be no light of truth or knowledge in the lake of fire. This is what Elihu goes on and says of the wicked in Job 36:12:

Job 36:12 But if they obey not, they shall perish by the sword, and they shall die without knowledge.

You see, the non-elect perish by the sword, which is by the words of their mouth, the lies out of their own mouth by Jesus will judge them out of their own mouth by exposing their lies in Jesus' truth and light. So there is no truth in their mouth nor in their hearts, and so they will die without knowledge, as Job 36:12 says above. That lack of knowledge in their hearts is because Job 36:12 says their days are infinite, they never end, that lack of knowledge; their hearts is the complete darkness of the lake of fire, where the fire of lies fills all.

207

Another way to say the same thing in describing the lake of fire is that the unsaved will die in the lake of fire by what military people call "friendly fire". That term means death between two members of the same military or army, so that that army is killing itself; they should be friends with each other, nevertheless, they are killing each other. So the military people call it "friendly fire". A miss-aimed gun where one soldier accidentally kills his friend in the same army is exactly what the military calls "friendly fire". This is how the lake of fire will be. God gives plenty of examples of exactly this in the Old Testament:

Jud 7:22 And the three hundred blew the trumpets, and the LORD set every man's sword against his fellow, even throughout all the host: and the host fled to Bethshittah in Zererath, *and* to the border of Abelmeholah, unto Tabbath.

1Sa 14:20 And Saul and all the people that were with him assembled themselves, and they came to the battle: and, behold, every man's sword was against his fellow, *and there* was a very great discomfiture.

2Ch 20:23 For the children of Ammon and Moab stood up against the inhabitants of mount Seir, utterly to slay and destroy *them*: and when they had made an end of the inhabitants of Seir, every one helped to destroy another.

Hag 2:22 And I will overthrow the throne of kingdoms, and I will destroy the strength of the kingdoms of the heathen; and I will overthrow the chariots, and those that ride in them; and the horses and their riders shall come down, every one by the sword of his brother.

Remember our discussion on what happens when the two witnesses are resurrected? The two witnesses destroy the apostate church by the communication of the truth that the apostate church so greatly hates, and so the truth preached by the two witnesses will destroy the apostate church, thereby causing the apostate church to begin to argue with themselves, and at that point the friendly fire between areas within the apostate church will begin. This will be before Judgment Day arrives; this time will be when the two witnesses are proclaiming the true Gospel after their resurrection and plundering Egypt of the riches of the remaining elect scattered throughout the apostate church throughout the world and drawing that remaining elect out of that apostate church into the kingdom of heaven. The fire of the true Gospel coming out of the mouths of the two witnesses has set on fire the apostate church, which apostate church will now destroy themselves with their own fire. The apostate church's own sword with come against the apostate church; friendly fire will finish the task of destroying the apostate church as they destroy themselves. My spiritual speculation is that this friendly fire fight will transition directly into the lake of fire on Judgment Day with the friendly fire of the dark lies of the non-elect continuing between them, and the fire will burn for eternity with torment and suffering that never ends, and none will escape. As we read:

Jer 50:29 Call together the archers against Babylon: all ye that bend the bow, camp against it round about; let none thereof escape: recompense her according to her work; according to all that she hath done, do unto her: for she hath been proud against the LORD, against the Holy One of Israel.

208

De 2:34 And we took all his cities at that time, and utterly destroyed the men, and the women, and the little ones, of every city, we left none to remain.

Isa 9:19 Through the wrath of the LORD of hosts is the land darkened, and the people shall be as the fuel of the fire: no man shall spare his brother.

20 And he shall snatch on the right hand, and be hungry; and he shall eat on the left hand, and they shall not be satisfied: they shall eat every man the flesh of his own arm:

21 Manasseh, Ephraim; and Ephraim, Manasseh: *and* they together *shall be* against Judah. For all this his anger is not turned away, but his hand is stretched out still.

Isa 19:1 ¶ The burden of Egypt. Behold, the LORD rideth upon a swift cloud, and shall come into Egypt: and the idols of Egypt shall be moved at his presence, and the heart of Egypt shall melt in the midst of it.

2 And I will set the Egyptians against the Egyptians: and they shall fight every one against his brother, and every one against his neighbour; city against city, *and* kingdom against kingdom.

3 And the spirit of Egypt shall fail in the midst thereof; and I will destroy the counsel thereof: and they shall seek to the idols, and to the charmers, and to them that have familiar spirits, and to the wizards.

4 And the Egyptians will I give over into the hand of a cruel lord; and a fierce king shall rule over them, saith the Lord, the LORD of hosts.

Jud 7:22 And the three hundred blew the trumpets, and the LORD set every man's sword against his fellow, even throughout all the host: and the host fled to Bethshittah in Zererath, *and* to the border of Abelmeholah, unto Tabbath.

1Sa 14:20 And Saul and all the people that were with him assembled themselves, and they came to the battle: and, behold, every man's sword was against his fellow, *and there was* a very great discomfiture.

2Ch 20:23 For the children of Ammon and Moab stood up against the inhabitants of mount Seir, utterly to slay and destroy *them*: and when they had made an end of the inhabitants of Seir, every one helped to destroy another.

Hag 2:22 And I will overthrow the throne of kingdoms, and I will destroy the strength of the kingdoms of the heathen; and I will overthrow the chariots, and those that ride in them; and the horses and their riders shall come down, every one by the sword of his brother.

A very important passage relating to the death and resurrection of the two witnesses is Eze 38:14-23:

Eze 38:14 ¶ Therefore, son of man, prophesy and say unto Gog, Thus saith the Lord GOD; In that day when my people of Israel dwelleth safely, shalt thou not know *it*?

15 And thou shalt come from thy place out of the north parts, thou, and many people with thee, all of them riding upon horses, a great company, and a mighty army:

209

16 And thou shalt come up against my people of Israel, as a cloud to cover the land; it shall be in the latter days, and I will bring thee against my land, that the heathen may know me, when I shall be sanctified in thee, O Gog, before their eyes.

17 Thus saith the Lord GOD; *Art* thou he of whom I have spoken in old time by my servants the prophets of Israel, which prophesied in those days *many* years that I would bring thee against them?

18 And it shall come to pass at the same time when Gog shall come against the land of Israel, saith the Lord GOD, *that* my fury shall come up in my face.

19 For in my jealousy *and* in the fire of my wrath have I spoken, Surely in that day there shall be a great shaking in the land of Israel;

20 So that the fishes of the sea, and the fowls of the heaven, and the beasts of the field, and all creeping things that creep upon the earth, and all the men that *are* upon the face of the earth, shall shake at my presence, and the mountains shall be thrown down, and the steep places shall fall, and every wall shall fall to the ground.

21 And I will call for a sword against him throughout all my mountains, saith the Lord GOD: every man's sword shall be against his brother.

22 And I will plead against him with pestilence and with blood; and I will rain upon him, and upon his bands, and upon the many people that *are* with him, an overflowing rain, and great hailstones, fire, and brimstone.

23 Thus will I magnify myself, and sanctify myself; and I will be known in the eyes of many nations, and they shall know that I *am* the LORD.

Verse 18 of Eze 38 above is where the two witnesses are dead, and God becomes very angry at the non-elect who killed them. Verse 19 shows how angry God is about the death of the two witnesses. So the two witnesses are resurrected, and the earthquake of Rev 11:13 is described in Eze 38:19-20. From that point the apostate church begins to fight against itself with its own sword, as Eze 38:21 says. Eze 38:22 makes clear that the two witnesses will be proclaiming their true Gospel which will be received by the apostate church as great pestilence and blood and rain and great hailstones and fire and brimstone. This will glorify God as the two witnesses bring the true Gospel to bear in judgment on the non-elect, and at the same time cause the remaining unbelieving elect to repent and believe the true Gospel, thus spoiling the Egyptians of their gold and silver.

And when this spoiling is completed and all of the elect are born again, I make the spiritual speculation that an approximate 2 month period will transpire before Jesus returns and judges all mankind, and the Bride of Christ experiences the marriage supper of the Lamb, and the Bride of Christ looses her spiritual virginity and begins to get to know Jesus more intimately, to the pleasure of both Jesus and his Bride, and which pleasure will go on for eternity. And the non-elect will be cast into the lake of fire where there is absolutely no pleasure, and absolute darkness, and no truth whatsoever; there will be complete pain of endless confusion caused by lies and hatred and all manor of evil. This will fulfill the two commandments. The occupants of the lake of fire will be required to love their god with all their heart, and soul, and mind, and their god is Satan. And they will be required to love the love of their neighbors in hell in a manner prescribed after the way that they loved their neighbors on earth. Their own devices or counsels will slay them. Every man's sword will be against his neighbor, and every man will receive the point of his own sword, his own lies.

210

So Jesus does not ever divorce his true Bride, the elect; but the non-elect, who want a divorce from Jesus, will get what they want. Jesus will write them a bill of divorcement, and they will end up in hell serving their chosen god, Satan.

This is when divorce becomes eternal, and such a divorced woman man not return to her first husband, namely Jesus. The non-elect must stay in hell, and they will not be able to divorce their chosen husband, Satan. Satan has a body also, and that is his bride, and she can not divorce her husband Satan.

Of course, Eph 5:21-24 which talks about submission of husband and wife to each other, the wife predominately to her husband, is not merely prohibiting the ultimate non-submissiveness that divorce is, but is also encouraging husband and wife to submit to each other in little things as well, and that in all aspects of their marriage.

The next verse in Eph 5 to consider is verse 25, which says:

Eph 5:25 Husbands, love your wives, even as Christ also loved the church, and gave himself for it;

This concept of love is very deep and very wide and pervasive throughout the Bible. Nevertheless, the concept of true love may be defined very simply. True love is the act of giving with much sincere, heart-to-heart, very close friendship mixed in with that giving. A husband who supports his wife and family is doing much giving of the days of his life, in other words his precious time before he dies, which are finite, and his money, and takes on daily stress to bring these things to his family so that he may feed them and cloth them and shelter them. But what would all this giving mean if he did not have a close, heart-to-heart friendship with his wife and his children? He might as well just be a vending machine upon which family members pull on the handle and out pops a dinner, if he has no friendship towards his wife and no friendship towards his children. There is no love in that self sacrifice if there is no friendship mixed in with that giving. This important truth that friendship must be mixed in to turn giving into love is clearly seen when 1Co 13:3 and Joh 15:13 are compared together, which says:

1Co 13:3 And though I bestow all my goods to feed *the poor*, and though I give my body to be burned, and have not charity, it profiteth me nothing.

And

Joh 15:13 Greater love hath no man than this, that a man lay down his life for his friends.

You see, 1Co 13:3 is talking about bestowing all ones goods to feed (as in feed a man's family, for example) the poor, or giving one's body to be burned, but says that such bestowing or giving are nothing if they are done without love (charity is a King James English word sometimes used for love). But, when we consider Joh 15:13, we understand that Jesus gave his body to be burned in the spiritual equivalent of the eternal lake of fire in the place of the elect, and his sacrifice was a sacrifice that did include friendship. Read Joh 15:13 quoted above again; do you see that word "his friends". If he had laid down his life for us and had no friendship towards us, how would that be love?

211

It would not be love at all! Friendship is an absolutely essential ingredient in love. Consider the Song of Solomon, which teaches that friendship must be mixed in with sexual love to make sexual love true love. That is the implication of:

Song 5: 16  His mouth *is* most sweet: yea, he *is* altogether lovely. This *is* my beloved, and this *is* my friend, O daughters of Jerusalem.

You see, sexual love, even very intense, and even boundless sexual love, is true and pure and righteous love if it is mixed in with true, sincere friendship. But, if the friendship is taken away in the marriage relationship, then sexual attraction turns into mere lust, and is no longer pure. It becomes selfish. That is what 1Th 4:1-10 is talking about. There we see the word "vessel". That word is a word for "wife". It has exactly the same meaning as that word "vessel" in 1Pe 3:7. Furthermore, with that word "vessel" in 1Th 4:1-10 we have the word "brother". That is a very beautiful use of the word "brother". That use of the word "brother" in 1Th 4:1-10 is placed there by God to reinforce the reality that all true believers, even women, are brothers in Christ. Saved women are Sons of God also, just like saved men. There is no gender in the body of Christ, because we are all members one of another. As we read:

Ga 3:28  There is neither Jew nor Greek, there is neither bond nor free, there is neither male nor female: for ye are all one in Christ Jesus.

1Th 4:1 ¶ Furthermore then we beseech you, brethren, and exhort *you* by the Lord Jesus, that as ye have received of us how ye ought to walk and to please God, *so* ye would abound more and more.

2  For ye know what commandments we gave you by the Lord Jesus.

3  For this is the will of God, even your sanctification, that ye should abstain from fornication:

4  That every one of you should know how to possess his vessel in sanctification and honour;

5  Not in the lust of concupiscence, even as the Gentiles which know not God:

6  That no *man* go beyond and defraud his brother in *any* matter: because that the Lord *is* the avenger of all such, as we also have forewarned you and testified.

7  For God hath not called us unto uncleanness, but unto holiness.

8  He therefore that despiseth, despiseth not man, but God, who hath also given unto us his holy Spirit.

9 ¶ But as touching brotherly love ye need not that I write unto you: for ye yourselves are taught of God to love one another.

10  And indeed ye do it toward all the brethren which are in all Macedonia: but we beseech you, brethren, that ye increase more and more.

Hence, for a husband to lustfully use his wife's body and have no friendship towards her in his heart is to defraud a brother in Christ of true love. True love is a debt that we must never stop paying. And to stop paying that debt by removing friendship towards a wife is an act of fraud. It violates Rom 13:8, which says:

Rom 13:8  Owe no man any thing, but to love one another: for he that loveth another hath fulfilled the law.

212

So for a husband and father to lay down his wherewithal for his family properly, he must do it with much friendship mixed in. That is love for his wife, and love for his children. Of course, this may consume him even more, since friendship also takes time and work. Help him to have that friendship with you, but be easy on him if the works long hours and comes home tired. Make that friendship easy for him to conduct. Do not just wear him out, or you will simply kill him even earlier. This is part of your love for him, in that you seek to judge how to keep the burden on him from being too great, if you can. Is not that the same attitude we should have towards Christ? We should not sin willfully and thereby put a greater burden on him? If Jesus' love has captured our hearts, then we should not just ride him like a horse and throw him out when we are finished. If you use your husband or your father that way, then you are showing that you have no love for him, and that will make the task of your father maintaining that friendship with you much more difficult; because you will be taxing his patience and forcing him to exhaustion and eventual death. The husband and father must have some submissiveness towards his wife, and even a little towards his children, yet the wife has a much bigger role in the area of submissiveness as she models the body of Christ. But her husband is modeling Jesus Christ. So likewise the wife must love her husband, even though the larger task of loving falls upon the shoulders of the husband. So we also read:

Tit 2:4  That they may teach the young women to be sober, to love their husbands, to love their children,

See, women also need to love; not just the husbands. The love of a husband towards his wife models the love of Christ towards his Bride. The love of a wife towards her husband models that love of a man towards God. So, if a husband wishes that his wife love him, then he needs to show that example by loving God first, above his wife. Then his wife will follow that example and love him in the pattern that she sees him loving God. She will wish to be a part of that love towards God that her husband shows towards God; she will enter into that love by loving her husband, as well as loving God directly for herself. Both the true Christian husband and the true Christian wife get the power to walk in these examples by the power of Jesus in each of them; but the wife also receives considerable strength by the love of her husband towards her, and her husband receives strength by the love of his wife towards him, especially in the form of respect and submissiveness, within the framework of that which is pleasing and lawful before God.

So what is the ultimate expression of love? It is the giving unto death of one's life for a friend. The wife is willing to do it for her husband because she has friendship in her heart towards him, as well as the husband to die for his wife because he has friendship in his heart towards her. Jesus does ask his Bride to die, as we read:

1Joh 3:16  Hereby perceive we the love *of God*, because he laid down his life for us: and we ought to lay down *our* lives for the brethren.

And this principle of dying for the brethren is really a matter of dying for Jesus, because Jesus says:

Mt 25: 40 And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done *it* unto one of the least of these my brethren, ye have done *it* unto me.

So our husband Jesus asks us to love for him. And the reason that he asks that is because he first died for us, as 1Joh 3:16 above reads. We love him because he first loved us. As we read:

1Joh 4: 19 We love him, because he first loved us.

This is a true marriage of love, when each side is indeed willing to die for the other with friendship in his or her heart towards that other.

Eph 5:25 which we are now discussing concerning love beyond the primary concept of love. Let us quote this verse again:

Eph 5:25 Husbands, love your wives, even as Christ also loved the church, and gave himself for it;

Notice that the expression of love that Eph 5:25 is talking about involves the giving of the husband's self for his bride. This giving is not to every person; this giving is for the husband's bride only. This man does not consider the troubles of the next man's wife to be of significance to him. His concern is for his own wife. This is another expression of the doctrine of limited atonement. Jesus gave himself for the elect, who are his bride. He did not give himself for the body of Satan, the non-elect, who are, in effect, the bride of Satan. If you do not think that atonement is in view, then what are the subsequent verses doing talking about washing and about no spot or wrinkle?:

Eph 5: 26 That he might sanctify and cleanse it with the washing of water by the word, 27 That he might present it to himself a glorious church, not having spot, or wrinkle, or any such thing; but that it should be holy and without blemish.

You see, for the Bride of Christ, the true believers, the elect, to be sanctified and clean before Almighty God Jesus had to pay for or atone for her sins.

And this washing by the Word of God is first and foremost the fact that Jesus, who is the Word made flesh, had to die and pay for the sins of his bride. What an ugly thing dieing for two different women at the same time would be, and then to get only one. Jesus did not do that. Jesus died for only one woman, and he will get her as his Bride; Jesus will not fail. Jesus shall recover all, as the example of King David records:

1Sa 30:19 And there was nothing lacking to them, neither small nor great, neither sons nor daughters, neither spoil, nor any *thing* that they had taken to them: David recovered all.

Also, this washing by the Word is a picture also of the sending forth of the true Gospel throughout the last 2000 years to seek and save that which was lost, the elect who fell in

Adam, to find and save everyone of the elect, and to lose none. This idea of losing none is clearly in view in the next verse, verse 27 also quoted above, which says "That he might present it to himself a glorious church, not having spot, or wrinkle, or any such thing; but that it should be holy and without blemish". This idea of no spot and no wrinkle is a picture of the reality that Jesus will recover all, none of the elect will remain lost—all will be saved—and Jesus will have exactly paid for each and everyone of the sins of the elect, and have paid neither a bit more, nor a bit less. Jesus will have paid exactly that right amount. And none of the non-elect will be present in Jesus' bride; for a non-elect to become truly saved and so become a part of the Bride would be another form of a spot or wrinkle—this will not happen. Only the elect will be present. With all of these considerations, clearly limited atonement is in view in the concept of no spot and no wrinkle. Jesus payment was perfect and he got exactly, without any flaw, exactly what he paid for; nothing more, nothing less. Thus the doctrine of limited atonement passes the test "do this doctrine glorify God?". Clearly, the doctrine of limited atonement does glorify God, because it puts on display God's power to do exactly what God wishes, without being pushed around by others such as Satan so as to cause God to go to plan B and save others or save less. God never needed a plan B. God only and always had a plan A, and nothing more; he does not need more than that. The fact that God only needed a plan A glorifies God, and so the doctrine of limited atonement glorifies God as his only plan A—and even more than you might think, unless you realize that for Jesus to pull off the task of paying for an exact set of sins that the elect were destined to do, and to not pay one iota more and to not pay one iota less shows how perfect Jesus' plan A was; and this glorifies God even more, and puts on display God's great sovereignty and inevitable Truth.

Now, even as the picture of sending forth the true Gospel to seek and to save the elect from throughout the world over the last 2000 years is in view by Eph 5:26 verse on washing with the word, so a husband should be the spiritual leader of his household and teach his wife from the Bible. And she should gently encourage him in this, and desire this from him. I know that not all men are designed by God to be Bible teachers; but maybe some of the men could at least read a chapter from the Bible to their wife at least once a week and have a friendly discussion with her about it. If the man can not read, then maybe that man could have his wife read, but he could discuss it with her; he would still be the spiritual leader in this case. Also, I know that gardens can be over watered, and so for some women the need for a week of time to absorb what her husband taught her on Sunday may be needed, before he gives her more to think about. So, even though every day may seem better, in some cases once a week would in fact be better. Maybe on the other days of the week the husband just reads a chapter of the Bible to his wife, but does not teach her from it. This would help to keep from overwhelming her with too much to think about. Also, in being a spiritual leader he should pray for every member of his household, regularly. At least once a week, and preferably once a day. Prayer is actually very very hard work, and forces us to be humble before God as we beseech God for his help and blessing and forgiveness. So, at least once a week; everyday would be better. I believe some of the greatest work of God's elect is done by prayer by unknown, obscure elect, maybe little old ladies in a convalescent home or rest home for the elderly; or maybe by invalid or handicapped people who love the true Jesus of the Bible. We will only know what great tasks were accomplished by the prayer warriors of the elect on

215

Judgment Day. Then we will see their great good works done by the power of Jesus in them. As the Bible teaches:

1T1 5: 25  Likewise also the good works of *some* are manifest beforehand; and they that are otherwise cannot be hid.

You know, only the true elect do good works. Anything done by an unsaved, non-elect person, no matter how good it appears to the world and to mankind, no matter how noble, no matter how selfless, no matter how wise and helpful to others, if Jesus is not in them, then that deed is *not* good in God's eyes, because Eph 2:10 is not fulfilled in that person. And it is only by the principle of Eph 2:10 that any work done by any human may be good in any true sense. Many people think acts of humanism are good. They are wrong. Humanism is merely man loving himself more than he loves God. This God will not accept. God alone must be worshipped above all. You see, the greatest commandment, to love God will all of one's heart, all of one's strength, all of one's mind, all of ones being in every sense is not at all in view within the context of humanism. And since the greatest commandment teaches a person how to be right with Almighty God, then, and only then do people begin to love themselves properly if they love Almighty God properly. Hence, the second commandment about loving your neighbor as yourself, which Jesus taught is patterned after the greatest or first commandment to love God with every fiber of your being, is given correct guidance and definition by the first commandment. Humanist are attempting to obey the second commandment to love their neighbor as themselves, but the problem is that since they ignore the greatest or first commandment to love God above all, with every fiber of their being, then their execution of the second commandment to love their neighbor as themselves is perverted and twisted, and does not please God at all. In fact, humanist's execution of the second command is so perverted that humanist tend to say that you may have any religion that you wish, as long as you do good to your neighbor. Do you see the contradiction here in the thinking of the humanist?  The contradiction is that humanist speaks as though he cares for you in one way or another and may give you a meal and shelter, and then with supposed kindness says that you may believe any religion that you wish, even as they give you a meal. There is no kindness in the suggestion that a person may believe any religion that they want to believe. The reason that there is no kindness in that suggestion is that the humanist is saying, in truth, we do not care whether you are right with God or not, believe whatever you want to believe. This is not love at all. Humanists are hypocrites because they make man feel loved by man's own self love and humanists do supposed kindnesses to each other, but forget to love the true God truly; thus they are sending themselves to the lake of fire—and making that trip to the lake of fire all the more comfortable by letting people believe what they want. In fact, humanists would hate what I am saying, because what I am saying is that the Bible alone is the one true religion that they can not tolerate—because the Bible condemns the humanists tolerance for many religions. Hence, they are in fact messengers of Satan, because they oppose the one truth that does lead people to a right relationship with God. The Bible says:

Joh 14: 6  Jesus saith unto him, I am the way, the truth, and the life: no man cometh unto the Father, but by me.

216

Now, do not let the humanists say some evil thing to pervert the clear statement that Jesus is saying above in Joh 14:6, they have no right to interpret the Bible because they have an hatred for the Bible—you can not trust anything that they say. Nevertheless, if you do not think that Joh 14:6 is strong enough, then consider another thing Jesus said:

Mt 7: 12 ¶ Therefore all things whatsoever ye would that men should do to you, do ye even so to them: for this is the law and the prophets.
13  Enter ye in at the strait gate: for wide *is* the gate, and broad *is* the way, that leadeth to destruction, and many there be which go in thereat:
14  Because strait *is* the gate, and narrow *is* the way, which leadeth unto life, and few there be that find it.

You see, the second commandment, to love your neighbor as yourself, which Mt 7:12 is referring to in a form called by many the "golden rule", does not lead to many people going to heaven, because verses 13 and 14 make clear that only a few get to heaven. Therefore, to go to heaven can not allow just any interpretation and just any religion as though any religion is acceptable with God. Humanists pervert the golden rule in such a way that they send people on the broad way that leads to destruction into the lake of fire, because they allow all various kinds of religions, virtually all of which lead to the lake of fire. The only true religion that does not lead to the lake of fire is to love the true God of the Bible strictly according to what that God says in his book the Bible. You can not say that you love God if you hate his words and disobey his words, the Bible. If you love man above or even equal with God you are presently condemned before God and you are headed for the lake of fire; repent, and believe God and his words the Bible above all. Humanism is a religion of Satan and comes from the evil heart of men and of mankind. Humanism looks very good to people because humanism appeals to men's self worth. But wicked, sinful man has no self worth whatsoever; this is the whole doctrine of total depravity discussed very early in this paper. Read your Bible and believe that; do not believe man's self praise of man.  Man will honor himself and send himself directly to the lake of fire even as he is very busy honoring himself.  This perversion of thought can go so far that even a person who commits suicide may convince him or her self that he or she is doing the right thing even as he or she is committing that act of suicide, but in fact suicide is not the right thing.  This is how self destructive man's self honor can be.  We need to seek the God of the Bible who can deliver us from our tendency to self destruction; only the God of the Bible can teach us how to love ourselves properly.  Then we are on the path to loving God properly. So you see, the greatest commandment to love God with all of one's heart, with all of ones soul, with all of ones mind, with every fiber of our being, and with every resource of our life actually does in fact direct the second commandment concerning how to love our neighbor as ourselves. Once we have learned to love oneself correctly by learning to love God with every fiber of our being, only then do we begin to know how to correctly follow God's command to love your neighbor as yourself.

The husband's love for his wife is in fact defined by the second commandment to love his neighbor has himself.  That is the point of Eph 2:28, which says:

Eph 5:28  So ought men to love their wives as their own bodies. He that loveth his wife loveth himself.

217

You may have the following interesting question at this point: "How could Jesus only love his Bride and not all of mankind if all of mankind is Jesus' neighbor?" This is a good question, but the answer lies in the simultaneous deity and humanity of Jesus, the God-Man who came to earth 2000 years ago. You see, when Jesus walked the earth as a human being 2000 years ago he was bound to keep is own law, which is to love his neighbor as himself. What do you think? Was Jesus loving the Pharisees in Mt 23 where he calls them whited sepulchers? He was telling them that they were headed for hell. Is this love? What if while you were inside of your house somebody else outside of your house was pouring gasoline along the outside wall of your house and was going to set your whole house on fire, even while you were in it? And suppose that a neighbor of yours from the window of his neighboring house was watching that enemy of your's pouring that gasoline along the wall of your house. Now suppose that that neighbor of your's had a telephone, and suppose that you had a telephone, and he knew your phone number. What if that neighbor did not call you to warn you that you are about to be killed by fire? That failure to warn you and to instead say nothing is a very great act of hatred. But, if that neighbor calls your from his telephone to your telephone to try to warn you, then that is an act of love. He is loving his neighbor as himself. This act of warning is exactly what Jesus is doing with the Pharisees in Mt 23. Jesus is warning the Pharisees by telling the Pharisees that they are evil people, and going to the lake of fire. No warning, no love; warning, then love. Jesus did love his neighbor while he was present here on earth. Jesus did keep his own commandment to love his neighbor as himself, even to love his non-elect enemies as himself in that he warned them. But, from the reality that the non-elect hate God and in fact want a divorce from God, God will grant that divorce to the non-elect. Even then God is actually loving his neighbor by giving his neighbor what his neighbor wants; yet God did warn his neighbor that such a choice was incorrect, just like a loving husband warns his unsaved wife that the divorce that she wants is wrong, and that she should not do it. But, if she insists, giving that loving husband, who is called to peace as 1Co 7:15 teaches, will reluctantly grant to his wife that divorce that she is insisting upon. The husband must do this because the second commandment to love one's neighbor necessarily includes the concept of considering the demands of one's neighbor. Do not you desire that people consider honestly your demands when you are in a situation where you must make those demands known? This is part of loving your neighbor as your self; we must pay attention to other's needs and concerns, even as we wish other's to pay attention to our needs and concerns. Also, from the point of view of Jesus who is God in heaven (and Jesus' deity makes Jesus God himself), Jesus will have only one neighbor, his bride. But the bride of Satan, the non-elect in the lake of fire, will be a great gulf or great distance away from God, as we read:

Lu 16: 26 And beside all this, between us and you there is a great gulf fixed: so that they which would pass from hence to you cannot; neither can they pass to us, that would come from thence.

And:

2Th 1: 8 In flaming fire taking vengeance on them that know not God, and that obey not the gospel of our Lord Jesus Christ:

218

9 Who shall be punished with everlasting destruction from the presence of the Lord, and from the glory of his power:

And that word "neighbor" necessarily includes the concept of someone within reach. God has put the non-elect, the bride of Satan, out of reach of God because the non-elect hate God. God has given to them what they want; but consequently, they are no longer a neighbor of Jesus, and so Jesus will not love them as his neighbor.

The remainder of Eph 5, verses 29 to 33, amplify our understanding of the concept of an husband loving his wife as he loves himself (similar to loving your neighbor as yourself). Verse 28, already discussed above, is also quoted for improved clarity:

Eph 5: 28  So ought men to love their wives as their own bodies. He that loveth his wife loveth himself.
29  For no man ever yet hated his own flesh; but nourisheth and cherisheth it, even as the Lord the church:
30  For we are members of his body, of his flesh, and of his bones?
31  For this cause shall a man leave his father and mother, and shall be joined unto his wife, and they two shall be one flesh.
32  This is a great mystery: but I speak concerning Christ and the church.
33  Nevertheless let every one of you in particular so love his wife even as himself; and the wife see that she reverence her husband.

And a last detail worthy of mention is the ending phrase in verse 33, which says "and the wife see the reverence her husband." You see, when a man lays down his wherewithal and days of his life and energy and purposes and takes risks and stress to protect and supply his wife and family, he absolutely must have great ongoing respect for such a sacrifice, because is really is a sacrifice unto death, because he is spending his life for his wife and children as he loves his own self. This is a picture of Jesus demanding that we respect him because of this great sacrifice for the true believers on the cross when Jesus loved his Bride as himself. Woe to us if we do not respect and reverence and worship him, our loving savior Jesus who died for us! Likewise, a wife should respect and reverence her husband (but not worship—that is only for Jesus) to honor this picture of how the wife is to model the church in its relationship to Jesus.

This ends our discussion on Eph 5:21-33 about Jesus and his Bride and a man and his wife.

## 9  The Picture in Genesis 2

The absolutely accurate historical account in Genesis chapters 1 and 2 in the Bible of God's creation of the universe, the earth, and the plants and animals, and finally mankind himself in a total of six 24 hour days and then resting on the seventh day is a powerful picture of Jesus getting his Bride. Jesus represented by Adam, and his Bride represented by Eve. Even though this account in Genesis chapters 1 and 2 is absolutely accurate historically and did occur in a total of seven physical or literal 24 hour days, it was executed by Almighty God himself, and so Almighty God drew a spiritual picture that was absolutely accurate as well by his creative actions during those six days

219

and then God rested on the seventh day. Then God recorded these beautiful actions of creation with utterly perfect words only God could write by inspiring Moses by the Holy Spirit to write the book of Genesis in the Holy Bible. Those perfect words that only God could write, as we wrote them using Moses, perfectly record what in historical accuracy God's literal actions of creation; the phrase used in Genesis chapter 1 as God works through those first 6 days is "And God said". These words of God are historically accurate acts of supernatural creation whereby God spoke, and it immediately was. And those exact same perfect words simultaneously record with absolute spiritually accurate language the spiritual pictures God simultaneously imbued into those same historical words. God has such power with language, because he is the creator of language, that he can imbue and does imbue the words of the entire Bible with historical precision and accuracy and simultaneously with spiritual-language precision and accuracy as well. A nice conceptual picture of how these two languages simultaneously coexist is that the spiritual language of the Bible is like a magic carpet that rides magically above the historical language of the Bible. These two languages coexist simultaneously, the spiritual language being above the historical language by being simultaneously interwoven into those historical words. This spiritual language is that language that is learned by comparing verses in the Bible with other verses in the Bible. Is not that how one would learn another language, just as the Rosetta stone exemplified this process by allowing a language researcher to compare known Greek with unknown Hieroglyphics to better understand Hieroglyphics? The Bible is its own Rosetta stone as God has designed the Bible to be compared with the Bible in order to uncover and learn its spiritual language that rides above the historical language just as a magic carpet rides above the ground.

Before we go into the historical record and the imbued spiritual picture interwoven into the language of that same historical record concerning Genesis chapter 2 and the creation of Adam and Eve, let us look a little bit at some of the historical and spiritual language found in Genesis chapter 1. The Bible actually gives us a very irrefutable confirmation that its historical language does indeed have imbued spiritual language as well.

In order to show that we are looking at a historical language simultaneously imbued with spiritual language we must establish both the historical accuracy and the spiritual accuracy of that same language.

So, first, let us consider the matter of the historical accuracy of the six days of creation as recorded in Genesis chapter 1.

The unsaved scientists of the world attempt to defy the historical accuracy of the literal six 24 hour days of creation with the foolish and evil escalation of death as a mechanism for the creation of life. They call it "evolution". In order for life to emerge out of death some creative force greater than the destructive force of death must be involved. This requirement for a creative force that is greater than the destructive force of death is made irrefutable by a scientific law called the "Second Law of Thermodynamics". All sound minded scientists studying the hypothesis of evolution must incorporate a very sound explanation to deal with the Second Law of Thermodynamics before they can postulate the existence of a creative force greater than the destructive force of death. Evolution does not deserve to be called a theory, because that word "theory" historically in science meant something that was supported by good experimental evidence—evolution has no

220

such support, even to this day. Yes, scientists have recreated the polio virus in the lab, and maybe a few other viruses—but I assure you that they did not do it by random processes than the hypothesis of evolution postulates but rather used highly sophisticated DNA sequencing equipment to do this task—and there is a reasonable argument against the idea that a virus is even life at all because it must have so-called "evolved" only in the presence of higher life, such as a bacteria, since a virus can not duplicate without invading higher life, such as a bacteria or plant or animal cell. The number of this paper has yet to hear any such postulation in my presently 49 years of life for a creative force greater than the destructive force of death.

Furthermore, these same scientists study life to gather evidence of evolution. This is a matter of self-reference; and any time self-reference is encountered in a logical argument such an argument must be handled with great care. This is because not all self-referential logical arguments are invalid, but many, many such logical arguments are invalid, if for no other reason except that the very self-reference destroys the validity of that argument. The invalidity that very often results from self-reference is well represented in the engineering concept of feedback that is encountered in an engineering control system. Control theory as developed in the world of engineering control theory is a very rich world of mathematics that has very powerful relevance to all the physical, biological, and fizical world. Any feedback system that may be mathematically represented by differential or difference equations stands a good chance of being studied using the mathematics of engineering control theory and any feedback system than can not be represented by a differential or difference equation may still be studied by some of the more esoteric areas of engineering control theory, and any feedback system that can not at all be mapped into the world of engineering control theory may be impossible for man to predict the behavior of that feedback system. One method that to some degree gets around the limits of engineering control theory is the method of finite element analysis. That method attempts to model a large system by breaking that large model down into a system of many small models that can be reasonably predicted. In such large finite element analysis systems the attempt is not to prove stability (the issue of stability involves going crazy or out of control, or not going crazy or out of control; the normal goal of engineering control theory is to prove or disprove stability of a system being studied) of a feedback system, but rather to merely study its behavior to see how it behaves, whether unstable or stable—but without strong proof, but rather just with modeling evidence. In our modern day we are concerned about the matter of global warming. The study of global warming involves computer models that incorporate man's knowledge of chemistry and physics and biology and pollution etcetera. But the whole matter of stability of this complex feedback system formed by the earth and the life on earth with the sun powering it is highly unpredictable and no man as poet as to be the sure outcome of this situation; all of creation and mankind finds itself in. But, the evidence is nevertheless strongly suggestive that the outcome is better and hotter until very bad things happen. That word "proof" should be used gingerly, because if we use it too loosely one may find oneself with his or her foot in his or her mouth. The matter of evolution and all of the feedback around the matter of competition between kinds of life for food and resources and the understood predator-prey differential equation and surely many differential relationships that are unknown to man's science that are imbedded in the matter of life and death mean that evolution can not be proven. Such a thing is just overwhelmingly impossible. No scientist has ever proven evolution. Not one! And it

221

never will be done. Period! Nor has good, sound experimental evidence been created in the laboratory whereby evolution would earn the adjective "theory". Evolution must honestly be called an hypothesis, and only an hypothesis. Not a theory, because it does not deserve that term.

Now, let us talk about the so called evidence that scientist suppose supports the hypothesis of evolution. This discussion will expose the profound logical weakness caused by their self-referential position of using behavior of life as evidence of evolution. Now, this may not seem to be self-referential at all to you, and so you may think I am speaking nonsense. Yet, please bear with me. I believe I have a good chance to convince you that their position is self-referential in a damaging sense. The whole matter of evolution comes down to the issue of the extensibility of the adaptability of life. Honest people with scientific aptitude must agree with Darwin that life has adaptability. But where did this adaptability come from? And how extensible is that adaptability, and who makes this extension happen? This idea of extensibility of the adaptability of life is this paper's author's phraseology by which I am attempting to put the matter of the design of the adaptability itself into the context of a common engineering concept. That common engineering concept is what is called "extensibility". When a software engineer designs an algorithm, one of the questions that may surround that algorithm is how extensible is that algorithm. By extensible is meant the idea: if this algorithm works well on small problems, does it also work well on large problems? A simple example of this in the world of computer science and software engineering is the algorithm called the "bubble sort". That algorithm is very useful for sorting small lists of sort-able items in a computer memory. But, because the design of the bubble sort algorithm is weak, this algorithm extends very badly to the task of sorting a large list of items in computer memory, because that algorithm runs very, very much too slow so that sorting job done in any reasonable time. In other words, the bubble sort algorithm is not extensible to large problems. It is only good for small problems. Likewise, the matter of the extensibility of the algorithm that life uses for adaptability to stress in the environment has extensibility limits. And those extensibility limits are a function of the design of that adaptability algorithm.

Let us talk about the matter of design. As an engineer, the author of this paper has years of engineering experience giving him a strong experiential understanding of the process of creating a complex design. I have created designs and repaired designs (found and fixed bugs) for years on my job. Probably the most common area of engineering design that many people in the world engage in is the world of computer programming. Anybody that has written a complex computer program knows that much thought goes into getting it to work correctly. And, if it is highly complex, and your goal is zero bugs, that goal may be nearly impossible humanly. So the world of software engineering or computer programming has no reasonable complexity limits and as such is a worthwhile area to discuss the matter of very complex engineering design. In fact, I think that endeavor that man has yet to engage in. Furthermore, the DNA found in life is in fact a computer program, though far more complex than anything man has done. The computer is the mechanisms of the biochemical life around that DNA found in the cell's nucleus, and maybe in a few other places, such as cell mitochondria. The DNA itself is the

222

computer program that directs that biological computer as it "executes or runs" that program in response to stresses and purposes and goals of life.

Have any of you people out there reading this paper ever fixed a complex bug in some computer program that you were working on and realized that in order to fix that bug the whole architecture of that computer program was seriously flawed, and so to fix that bug you had to significantly rework many aspects of that computer program? Such a fix is an example of a large leap in adaptation, only in fact the computer program is not adapting itself, but rather a designer, namely you, are expending huge effort to fix that major architecture bug as you adapt that code to perform it purpose correctly. Now, this computer program was tested, before you found the bug, and then the bug was found by that testing. This is the "environmental stress" that the computer program was subjected to. In order for that computer program to survive and not die, you, the designer must fix it. This is the need for adaptation of that computer program to maintain its survival. The analog of the computer program continuing its useful life by adaptation fits the situation of evolution perfectly with organisms adapting to similarly extend their life. Only, with the computer program you are the agent of adaptation, and the hypothesis of evolution postulates that life itself can make major architectural changes as life leaps from one form to another. Do you remember in the news, any of you who pay attention to news related to biology and evolution, that evolution "theorists" where putting forth the idea of punctuated evolution, maybe ten years ago or so? The idea of punctuated evolution was really a desperate attempt by evolution "theorists" ("hypothesizers" would be a more honest word) to cover up the fact that they were not finding, and to this day do not find, the plethora of transitional forms that must be found in the fossil record if gradual evolution were the historically correct explanation for the existence of life. And any so called transitional forms that they say that they do have, if honestly examined, must have many minor but un-ignorable architectural differences between any supposed previous form and any supposed subsequent form; in other words, such so called transitional forms are bogus, maybe even intentionally such as the Piltdown man was. The many minor but un-ignorable architectural differences must have some interdependencies even as with the changes required to repair a complex computer program bug that results from non-trivial architectural flaw. These many interdependencies imply that many of these changes must occur simultaneously before the flaw is fixed. In other words, gradual change will not work, and any middle positions between the buggy state and the fixed state may be worse than the buggy state and the final fixed state because the flaw is still not fixed until all is corrected, thus causing death. Hence, the evolution "theorists" were desperately searching for a way to explain the lack of transitional forms, but ended up with a non-sense position any way. They merely morphed their non-sense from one form to another, but never removed that non-sense inherent in their hypothesis of evolution. This is akin to a thief who has filled his house with stolen furniture, and to ease his guilt about having all of this stolen furniture, he merely rearranges that furniture within his house— and thereby convinces himself that he has done something about this guilt as a thief, because he thinks it is now looks better. He needs to repent, and return the furniture and thereby acknowledge that he is a thief; as the Bible says in 1Joh 1:9, if we confess our sins he is faithful and just to forgive us our sins.

I do not have any references or documents to back up my assertion that there is a very great lack of transitional forms; but I have heard this information multiple times over the

223

years, and I clearly understand what the punctuationist view of evolution is attempting to do in getting around this problem, and in view of the task of designing a complex computer program, the punctuationist view must be incorrect. This conclusion comes down to two simple issues. The real issue is an assumption about the extensibility of the algorithm for adaptively built into the gene pool of any complex biological organism. Darwin is clearly correct in asserting that there is such a thing as natural selection of genetic traits scattered within the gene pool of a biological population. But, he had absolutely no understanding of the complexity necessary to make that adaptive mechanism within the gene pool extensible so as to lead to creating new and different species. All he did was suppose that little changes over time would accumulate to big differences and big changes that would explain the transition from species to species. But in order to make that assumption his making a very huge but subtle assumption about the extensibility of life's algorithm for adaptation, an assumption he was probably not even aware of at the time, and died unaware of. And biological researchers following in the errant path of Darwin by implication were forced to make that same dangerous assumption, but totally unaware of it, or loath to admit it. This dangerous assumption about the extensibility of life's adaptation algorithm is really where the self-reference problem of evolutionist thinking enters into the problem, and invalidates their hypothesis of evolution. The self reference is that they assume that evolution is true, and so try very much too hard to prove it in the face of mounting evidence that their view is incorrect. The more they hold to their incorrect view, the weirder and weirder their explanations will get as they morph their non-sense position into stranger and stranger shapes, trying to make their view look better, but never really solving the inherent problems in their view. In other words, we may assume a certain position on some mater of study, but if evidence mounts over time that that view is incorrect, then in all honesty we must abandon that view. The evolutionist refuse to abandon their non-sense view, and their logical self-reference to the adaptation that does exist in biological life as proof that the life algorithm of adaptation is extensible to creation of new species is exposing the foolishness of their position.

A much more sensible view of the adaptability of life that need not include the inherent assumption of excessive extensibility in the adaptation algorithm of life is the work of an historical biological researcher named Mendel. That man stood on straightforward ground as he studied the sexual transmission of genetic traits in pea plants. He never postulated evolution and natural selection the way Darwin did, but he did pave the way for a clear understanding of natural selection without the need for that dangerous assumption that Darwin made. You see, Mendel's work actually puts the range of life's algorithm for adaptation into accurate perspective; that is, just how extensible is life's algorithm for adaptation? He identified certain pea plant traits and then studied their transmission from parent to offspring. He never proved nor attempted to prove that new traits that were not in the gene pool of this pea plant were expected any time soon, or any time whatsoever in the future. He merely assumed that if the traits that were in the gene pool combined in certain ways, then the results would be certain combinations with certain outcomes of color and texture and whatever else. This leads us to a core understanding of the algorithm for adaptation that sexually propagated life uses. There are a fixed number of color traits in his pea plants gene pool. There are a fixed number of texture traits in his pea plant gene pool. Likewise, there is a fixed number of any of the traits of pea plants in his pea plant gene pool. This algorithm for adaptation that life uses

224

is really very simple. A number of traits are available, and the ones that survive environmental stress get selected, per Darwin. But if the selection of traits in the gene pool is insufficient to deal with an environmental stress on that population with that gene pool, then that population will die due to that stress. No where in this discussion is the idea that new, never before existing traits would appear out-of-nowhere to re-infuse that gene pool with new options to enhance the survivability of that gene pool. I assert that this algorithm is not very complex, though I have never studied what computer researchers call "genetic programming". It is merely a straightforward matter of allowing the random selection of existing traits in that gene pool, and those more suitable resulting offspring survive the environmental pressures.

If the above explanation for natural selection involving only the use of available traits in a gene pool were correct, then evolution leading to other species must be impossible. This is because all traits in the gene pool do not make architectural changes, but merely changes in range or degree settings or selection amongst a set of options for facial features and such like features elsewhere. There is no change in species available in any combination of all of the available traits in a gene pool—this is an assertion that I can not outright prove; but the likelihood of its truth is high because each trait in the gene pool, if beneficial to the gene pool, will preserve reproducibility of that species. Now, you may argue with me on this statement about preservation of reproducibility by saying suppose two offspring within a gene pool had the same simultaneous very, very rarely beneficial mutation at the exact same time and so, even though these offspring could not reproduce with the others in their parent gene pool, yet they could reproduce with each other. This is outrageous in a probabilistic sense. It is highly un-likely and highly un-reasonable. Let us be honest about numbers here, and do some thought experiments to get a sense of these numbers. Suppose we have a population of rats in a trash dump. Say there are 10000 rats in that trash dump. Now, say that some gamma ray burst from the sun hits that trash dump and mutates the genes of many of the rats. Say 500 rats received mutations that resulted in damage to the reproductive systems and sperm and eggs of parent rats and the result were offspring rats that had new traits. Now, since almost all of these mutations will be damaging, then only two may be beneficial, for our thought experiment. Consider the odds that these two supposed beneficial traits in these two offspring were exactly the same new trait that produced offspring that could not reproduce with the parent gene pool, but could reproduce with another rat that had the same new mutation. In the first place, since odds of these two rats having the same damage to the same locations in their genes is extremely low. Just out of the air I would estimate the odds of such an event to be 1 in 1020. Even though I am pulling this number out of my hip pocket, for the purposes of our thought experiment it is very reasonable, probably even very generous to my evolutionist opposition. I personally suppose 1030 is more reasonable. Now, what is the odds that these two rats will find each other in that population of 10000 rats so that they reproduce? Furthermore, these two rats may find each other, but not even attempt to reproduce. Also, one of these two rats must be female, and the other of these two rats must be male. These odds that these two rats will find each other is really the odds that either one will find the other. Those odds would be 1 part in 9999 given over an average time duration for repeated same-pair meetings. That time frame might be once a month, as a wild guess. Now, the odds that these two rats would be male and female in part 1 part in 2, since the odds of rat A being male is 50%, and the odds of rat B being female is 50%, giving 25% odds, but there are two cases, totaling

225

to 50% odds that male and female are involved; so the total odds for correct sex selection is 1 part in 2. The matter of the odds of these two rats attempting to reproduce when they meet each other would be a wild guess on my part. But, given the abundant opportunity for such sexual attempts when male and female meet in this trash dump, they can not be having perpetual mating; they also must eat and find shelter—so their time is divided. The division of time would put a reasonable estimate of the probability of attempting to reproduce to 1 part in 3 meetings. Another factor is the odds that both rats live long enough to beat these odds, a life span issue. Sometimes rats die because they eat poison, or are killed by an owl or a hawk or whatever. So this though experiment leads to the calculation that these rats will have this same simultaneously beneficial mutation that blocks successful reproduction with either rats and confers potential successful reproduction only within this pair in the time frame of a month when they are both of reproductive age to be:

$1/1020 \times 1/9999 \times 1/2 \times 1/3$ giving 1 part in $1.67x1025$.

These are ridiculous odds. Consider that the number of years given for evolution is 4 billion years. This is a paltry number of $4x109$. Furthermore, rats have only lived in the time of mammals, as evolutionist would say. I do not know what that time frame is, but likely they say not more that 1 billion years ago mammals appeared. That would reduce their number by 4, making that number even more paltry in comparison to the overwhelming negative odds of 1 part in $1.67x1025$.

These odds greatly support my assertion that all beneficial traits in a gene pool, in any combination found in an individual in that gene pool preserve reproducibility, if we are talking about traits conferred onto the gene pool by random mutations. Now consider the more interesting case that the gene pool includes non-mutation based traits that do not allow reproduction with members of the parent gene pool.

If such a trait was always in the gene pool and never entered it by random mutation, then we have a logical flaw here, because what we really have here are two separate gene pools that can not reproduce with each other, and one never came from the other because pools that can not reproduce, in any case. Again, we come to the conclusion that all beneficial traits in a gene pool, in any combination found in an individual in that gene pool preserve reproducibility. And if a trait does not preserve reproducibility, then overwhelmingly that trait is not beneficial.

To be sure, there are other mechanisms that result in mutations besides the purely random mechanism of radiation. The main mechanisms that come to mind are carcinogenic chemical compounds and viruses. If a carcinogenic or DNA altering chemical agent commonly enters a gene pool, then the likelihood of simultaneous same-type mutations is much higher than in gene pool, in any process of radiation damage. This is because of the nature of chemistry to produce chemical compounds that have selective chemical activity, by the nature and shape of the molecules and valences involved. Nevertheless, the odds of a chemical caused mutation being beneficial is just as low as a radiation mutation. The only thing that improves is the likelihood that a population or gene pool undergoes the same mutation at the same time; but that mutation is still very unlikely to be beneficial. So how many carcinogenic or DNA altering compounds must a gene pool

226

be commonly exposed to before a beneficial common mutation can be infused onto that gene pool? This idea is ridiculous also if you consider the reality that many, many carcinogenic exposures tend towards death, or no benefit at all, before a so called beneficial one comes along. I remember a TV program that discussed two populations of some sea creature that existed both on the Pacific ocean side of the Panama Peninsula and the Gulf of Mexico side of the Panama Peninsula. The biology researcher made the observation that when members of each population were mixed with a member of the other population, the result was non-successful. I do not remember if that meant that there were no offspring, or whether the offspring were non-fertile. Nevertheless, the result was not successful. The conclusion by that researcher was that these two populations had evolved sufficiently apart from each other that they had become two species, since the definition of a species is reproducibility between members of that gene pool. Now, in a sense, that researcher was entirely correct. But he is making entirely too much out of it if he thinks that such an example is proof of evolution. The problems here involve what I would call gene pool richness and different mutation sets. Suppose the parent population of these little sea creatures that this researcher was examining did exist historically, and that both populations on each side of the peninsula came from that same parent population. Now, the likely explanation for the evolution causing these two populations to move apart reproductively would be common mutations most likely caused by common chemical exposures, as well as random mutations caused by other mechanisms such a radiation as well as less selective chemical damage. The net result over time for these two populations would be that their respective gene pools would have two totally different sets of almost entirely damaging mutations in their gene pools. The probable explanation for their failure to reproduce is that the combination of damaging mutations in the average specimen from the Pacific side and the average specimen from the Gulf of Mexico side were sufficiently different and sufficiently dominate that when two members of each side genetically combine the resulting combination disease or at least fails to reproduce under the resulting load of dominate damaging mutations. There is really no evolution taking place at all; just merely two different states of decay in each of these two gene pools. And when combined, the resulting total decay yields reproductive failure and/or death.

Accumulation of genetic damage in an overall gene pool is the force of death; this is the expression of the Second Law of Thermodynamics. And the very rare slightly beneficial mutation found in a member of a gene pool is the paltry force of creation that evolutionist foolishly suppose is stronger than the force of death. Thus the Second Law of Thermodynamics stating that increasing disorder is the rule is still holding true, and death to the overall gene pool will result, and no survivors will result if enough time elapses for sufficient damage due to accumulated mutations occurs. The benefits are coming far to slowly to overcome the much higher rate of damage. The force of death is much greater than any force of creation found in damaging mutations. Hence, life's algorithm for adaptability to environmental stress can not be creative on account of new species because the postulated mechanism of random mutations is overwhelmingly damaging in comparison to being very, very rarely slightly beneficial.

Furthermore, why are evolutionist looking to mutations to extend the adaptation algorithm so as to thereby explain life having evolved? Why are they doing this? Is it not because the existing algorithm that Mendel's work implies is just not up to the task of

228

resulting in new species? Of course, that is the reason. All common sense tells us that. Even most evolutionist would admit that--I strongly suspect. Let us consider how much complexity would have to be added to Mendel's implied adaptation algorithm of life so as to not use damaging mutations to nevertheless produce new species of life. We have now already seen that the use of random, almost always damaging mutations is not the way to extend that algorithm. Think about it. To master the creation of a new species from an existing species two big issues must be dealt with. The bigger of these two issues is the matter of making the changes in the first place. The second big issue is ensuring that two members of a sexually reproducing gene pool meet at the same time with the same compatible changes to produce fertile offspring. Now, you may protest at this statement of the issues by again falling back on the old notion that evolutionary change needs to be gradual, and if so, then these two issues are really not an issue. I have two comments to that. First, if this view of gradualism being sufficient for creation of new species is correct, then why did the idea of punctuated evolution come into existence a few years ago as an attempt to answer the glaring lack of the required plethon of transitional forms that must be present if evolution was in fact gradual? Second, if gradualism were capable of such a task of generation of new species from existing species, then how do you solve the problem of interdependent architecture changes that must occur simultaneously when making changes in a complex design such as a living organism? If you are dishonest, you may conveniently ignore the first matter or a lack of transitional forms, and attempt to distract this conversation by mention of the second matter of simultaneous changes, which is more complex and more difficult to conceptualize and understand.

Nevertheless, on this second matter of simultaneous changes, just consider the following reality: In all mammal life, as far as I know, two sexes are required to come together to produce new life. Now, let us consider the fact that for mammals to have this dual sexuality (that is, two sexes, male and female) the historical genetic gene pool that supposedly "evolved" into these two sexes was some imagined single celled organism. Bacteria do in fact exchange genetic material; this is a known biological observation. This is in fact a kind of bacterial sex. (When a man and a woman have sex, the man from his sperm and the woman from her egg both contribute genetic material to any new life that they may conceive--so the issue is in fact the matter of the exchange of genetic material, so bacteria exchange genetic material roughly analogous to humans, though much more simplistically.) The discussion here is the non-sense speculation supposing that evolution developed mammalian sexual functionality from single celled bacterial genetic exchange.

To begin, consider the following vastly oversimplified summary description of sexual functionality:

1) The male penis has the functionality of erection and ejaculation. 2) The male testes produce sperm, which has the functionality to aid in the ejaculation process. 3) The male prostate aids in the ejaculation process. 4) The male neurological system produces increasing pleasurable excitement leading to eventual ejaculation at orgasm at the peak of pleasurable neurological excitement. 5) This pleasurable experience goes deep into the memory of the man so that he wants to do it again soon, thus increasing the likelihood of eventual offspring. 6) The man's brain or neurologically system has built into it a very strong desire to procreate. 7) The man's vision at the sight of a woman's body neurologically excites him sexually so that he

228

desires to get married in the first place. Likewise, the female has many features designed exactly to produce a high neurological excitement in the male so that the male is highly motivated to deliver that sperm into his female mate. So the female's features must be just right. 8) She must have a vagina to receive the man's penis, and that vagina must lubricate to preserve comfort. 9) She must have a breast with arousing nipples to both feed an offspring that may result, and which also neurologically please the man greatly and so thereby neurologically help him towards the excitement of orgasmic ejaculation. 10) She must have a uterus wherein the great hidden Almighty God driven biological drama of the man's sperm finding an egg from the woman occurs. 11) And after God blesses the sperm to find an egg and to successfully fertilize it, at that very instant thereby starting the first moment of a child's life—life given strictly from God—the uterus then becomes the initial safe, warm home for the new child who needs food and protection to grow. 12) A placenta between the fertilized egg and the wall of the uterus must form, and that placenta has great complexity. (12a) It must allow food to pass from the mother to the new child. (12b) It must allow waste products from the child to pass across to the mother. (12c) It must allow the mother's immune system antibodies to pass to the child to give the child immunity during gestation and after birth. (12d) Simultaneously, with all these things that it must allow to pass, it must not allow to pass actual blood between the mother and the child, since different blood types are possible between mother and child with the threat of death resulting if such mixing occurs due to immune system rejection issues that may result. Even before going into the stupid evolutionary speculation that somehow this incredible system evolved, very plainly, any man or woman with common sense should see that the complexity of the placenta alone proves that there is a creator God, and such a thing as a placenta could not in any good reason have evolved. There must be a creator God; and evolution is a very bad dream by which men are attempting to explain away God because they hate the true creator God; that is the only correct explanation for why men put forth the profoundly disgusting lie called "evolution". 13) The fact that male DNA includes the Y chromosome and the female DNA substitutes another X chromosome is very significant from the point of view of giving profound difficulty to the bogus idea of evolution.

So this discussion concerns how in all good sense could the *necessarily complementary features* of male and female synchronously and simultaneously supposedly evolve to produce this incredible thing God created called sexuality? I believe this question of the evolution of male-female sexuality, which a Christian brother in my life (during the months I was writing this paper) brought to my attention as a strong position from which to argue against evolution, is truly insurmountable from the point of view of the evolutionist giving a sound explanation. The evolutionist are completely unable to give a sound probabilistic explanation rightly coexisting with the Second Law of Thermodynamics that results in the highly complex and necessarily complementary features of male and female sexuality. My wish is that from the guess that there are at least a hundred unique features in male and female sexuality that are not the same between male and female. Though I am not an expert in male, female anatomy, I will make my best observations in the following list of differences that are either complementary or not: The male has a penis. The female has a vagina. The male has testicles. The female has ovaries. The female alone has a uterus. The male has no tentacles. The female has ovaries. The female alone has a uterus. The male has no complement to that at all, as far as I know. The male has a Y chromosome. The female has a prostate. The female has no complement to that has an X chromosome.

227

229

at all, as far as I know. The male does not breast feed. The female has breasts that can breast feed. There are hormone differences between the male and female body that affect body chemistry and brain operation. On the brain, males tend to be better at spatial tasks, and females tend to be better at language in some ways. Males tend to be highly focused and goal driven and are greater risk takers so as to bore into a single deep task, females tend to be better at multitasking simultaneously between a number of less deep tasks and are less able to take that last big, deep task. The male on average has greater physical strength than the female. All these differences have purpose. They are designed by God for the benefit of the human race and to achieve God's purposes. For example, putting the necessary complementary differences of sexual anatomy, the difference in risk taking attitude is very noteworthy. Clearly, the male with his average greater physical strength and his goal driven attitude is better equipped to deal with high stress situations that threaten the welfare of his family. He will strive very hard and use his strength to focus on the task of feeding and sheltering his family. He is very driven to provide security to his wife and family. The wife and children know that they need this security from their husband and father. The female, being given better multitasking skills, is better equipped to deal with the numerous, frequent details that pop up during the guiding of the household filled with children, and all the complexities that that involves. The male is visually attracted to the figure of the female because her figure is suggestive of her suitability to breast feed children. The female is attracted to the physical strength and the mental strength (intelligence and/or wisdom) of the man, because that mental strength she perceives as increasing her security and the security of any children that she may have. The spiritual picture that God drew in creating the attraction in a male's mind towards female breasts is that those breasts suggest suitability to feed children, and those breasts spiritually represent the church's ability to give out the milk of the Word of God to feed the children of God. The spiritual picture that God drew in creating the attraction in a woman's mind towards male intelligence and wisdom is the fact that God would draw men to believe in the truth of the Gospel in the infinitely wise and powerful Almighty God, Jesus, to give men security from the judgment and wrath of God that is to come upon all mankind. Feminism is an expression of a hatred for these differences between male and female, and as such, feminism is really a fulfilling of the pride of Satan in the hearts of people, particularly females, as they seek to be like Almighty God and to bring God down to their size. Females see men as representing God and in their pride they wish to be just like men. But God has different roles for men and women. Women are not less than men in God's eyes; women are just required by the divine decree and design of God to play a different role than men. Both men and women fail at their roles. Family men fail to take up their responsibility as the spiritual and physical provider to their family. Family women fail to take up their responsibility to care for their children, to the point that they even abort them and thereby tear their children limb from limb.

The anatomy, mental, and hormonal differences between male and female are by design of God. My list of seven above is merely a few of at least 100 such noteworthy differences between male and female, if only I had the expertise to list these differences. And surely the differences I have listed are each one complex, and so each one could be broken down into smaller sub-differences between male and female that would yet continue to be significant. Consequently, that number of 100 noteworthy differences could be easily reached. Now let us list some of the major complementary features discussed above, which I was able to think of:

230

| | Male | Female |
|---|---|---|
| 1) | penis | vagina |
| 2) | testes | ovaries |
| 3) | Goal driven narrow focus | Multitasking with many smaller goals |
| 4) | Attracted to female body shape | Attracted to male intelligence/strength |
| 5) | Has prostate | has no such thing |
| 6) | has no such thing | forms placenta |
| 7) | Has Y chromosome | Has two X chromosomes |

Items 3 and 4 above are mental tendencies, they are not absolutes. Some men might be suitable in a multitasking situation, but I have never met such a man. Some women might be able to aggressively focus much mental energy on a single problem, though I have not seen in my life a woman display such a skill. In my years as an engineer I have worked along side exactly four female engineers; and I will say that they did get their job done. But none of them displayed the aggressiveness that I have seen in male engineers: though one was notably more technically aggressive than the other three women, and she was married to an iron worker—and she and he eventually divorced. There was another female engineer I met in a course on computer languages who was pursuing a master's degree in computer science, just as I was at the time, and we were somewhat interested in each other, though it never went anywhere. Any way, her story was that she had worked in industry for three years and had left her job to chase a master's degree in computer science. I got the real impression from her, though I do not explicitly remember any words from her to this effect, that she was intimidated by the male work environment that engineering really was. In fact, some time later, maybe a year or so, she got married, and as far as I can speculate, she never continued on to complete that masters degree. I think she was just going to school as a way to find a husband and to get out of the requirement to support herself as an engineer. She did not have the aggressiveness that is really helpful to survive in the engineering work environment. Surely, somewhere in this big world, some women are able to survive and even thrive in that aggressive environment; but if a woman is that aggressive, I do not think that I would like to be married to such a woman. Such a woman has really turned herself into a man emotionally, and any man interested in her and marries her may very well end up playing the emotional role of a woman in that relationship to complement his emotionally-male wife. She will dominate him. This is not healthy. This is not how God designed marriage. The husband is to be a sacrificial, loving, gentle, quiet authority over his wife as he protects her, and listens to her and supports her and their children; he directs the family's way with wisdom and gentle comments, and sometimes with a little more force in serious situations or matters that could grow into serious situations as his wisdom demands in order to protect his family. Now, in our big wide world, there are whole cultures that are termed "patriarchal", and others that are termed "matriarchal". Patriarchal societies are societies where the men tend to run things, especially in the family. Matriarchal societies are societies where women tend to run things, especially in the family. There are whole cultures in this world today that are matriarchal, and whole cultures in this world today that are patriarchal. Now I believe an hypothesis that some cultures have different sin tendencies than other cultures. And in this case, some cultures have fallen as a whole culture into the sin of being matriarchal. The only proper cultural stance is to be

patriarchal; men should run the country, and men should run their families—all with love and thoughtfulness and mercy and justice, and I do not believe that women should vote in a democracy; only the men should vote. Nor should women be judges. Only men should be judges. A woman should not be president, nor prime minister, nor a representative in a legislative body. Only men should hold these jobs. This is God's design. The Bible supports this, where it says:

1Tim 2: 9 ¶ In like manner also, that women adorn themselves in modest apparel, with shamefacedness and sobriety; not with broided hair, or gold, or pearls, or costly array;
10 But (which becometh women professing godliness) with good works.
11 Let the woman learn in silence with all subjection.
12 But I suffer not a woman to teach, nor to usurp authority over the man, but to be in silence.
13 For Adam was first formed, then Eve.
14 And Adam was not deceived, but the woman being deceived was in the transgression.
15 Notwithstanding she shall be saved in childbearing, if they continue in faith and charity and holiness with sobriety.

So a matriarchal society or culture has fallen into sin against God's command in 1Tim 2:9–115. There are many other sin tendencies that various cultures have, but to list some is not the point of this paragraph. This paragraph is to highlight the sexually influenced mental differences between men and women.

So with our above very partial list of seven sexually complementary differences between men and women, let us compute a rough estimate of the probability, just based on this list alone, that evolution is even plausible or not plausible. If the list were longer—and it surely could be made much longer because I have not listed my 100 speculated sexually driven differences that I believe must exist between men and women—that would make the probability of evolution even smaller, making the idea of evolution more ridiculous and more ridiculous.

So, we are starting out in a thought experiment to calculate a rough probability for the possibility of evolution. Now, during my bachelors degree engineering education at UCI in California one professor mentioned a concept that he labeled "engineering judgment". This is a very interesting concept, and I will be defining it soon. But it is very interesting because I have found it to be very correct and precise right over my many years as an engineer on the job. The idea of the engineering judgment circles around the ability skilled engineers develop over their years of experience to estimate things off-the-cuff in order to facilitate the thought process as various approaches to design problems are discussed between various engineers and as an engineer tosses ideas around within his or her own head alone as well. Engineering judgment is the ability to estimate numerical magnitudes and anticipate potential serious logistical problems that may come with a proposed approach to solving some engineering design problem. If an engineer never develops this skill in his carrier, he is very likely going to earn much less money or fail altogether as an engineer. It is a very important skill; otherwise, without this skill an engineer may take a very ill-advised approach to solving a problem and subsequently fail miserably at solving that problem, after wasting months or longer of company resources in order to learn of his very bad or very lacking judgment; and then he gets fired. Teams of engineers

231

working together on a difficult problem help to ensure sound engineering judgment, by combining the team members judgments—if they usually avoiding the most serious judgment errors. A humble team of engineers who are willing to admit errors individually and work hard towards finding truth in the design problems they face will develop excellent engineering judgment and contribute greatly to an effective engineering team, and be a great asset to his or her company. Now, I am going to bring to bear my engineering judgment on the evolutionary though experiment that we are to explore in estimating the probability of the ridiculous idea of evolution. This engineering judgment will be used as I pluck numbers out-of-the-air as estimates for base probabilities required to perform the calculation of estimating the probability of the ridiculous idea of evolution. No carrier is better for preparing a man or woman than engineering to make these estimates, except perhaps that of being a mathematician skilled in the approximations needed to calculate the probabilities of evolution—that may be even more appropriate if that mathematician conceptualize the design process sufficiently accurately to make his probability calculations. This appropriateness of the use of engineering judgement in estimating the probability of evolution, apart from the mathematician skilled in probability theory, is simply because engineering is the skill of *designing* something, and the human body, which supposedly evolved, is, in fact, a very complex *design* (though this is an abuse of the word *design* because the word *design* implies an intelligent decision process, not a random change process such as evolution). The fact is, the human body and all life on earth are biological designs engineered by God. So engineer's should be the ones to make these estimates; not doctors (doctors are really technicians applying rules on people—their job does not develop engineering judgment because doctors do not attempt to design stuff), not biologists, not scientist (scientists mostly analyze stuff, they rarely design stuff as a practice—though they might design a special instrument for a special task); not any other carrier on earth, except the mathematician skilled in probability theory. That mathematician skilled in probability theory must also have a strongly developed applied-mathematician skill in making the needed approximations involved in a real-world problem such as biological chemical processes that evolution purports to be due to. There is no way such an estimate can be done without some approximations. Hence, engineering judgment and/or a physicists' skill or applied mathematician's skill at approximation must be involved in this probability calculation. So he needs to rise above the ordinary mathematician and have good judgment in making the needed approximations to calculate the absurd probability that life supposedly evolved. One thing that a mathematician might do to help develop some sense of good judgment and skill in approximation concerning a particular problem is to study related, but much smaller problems and seek to estimate probabilities involving those smaller problems first. So I now apply my engineering judgment in making estimates of base probabilities for each of the seven complementary sexual differences between male and female that supposedly evolved.

Item 1), the male has a penis, the female has a vagina. Sexuality had to evolve, if evolution is true, from single celled organisms. For the purpose of this discussion, let us assume that bacteria, which do indeed exchange genetic material and so have a kind of bacterial sex, are our starting point for this question. Now bacteria do have significant adaptive capabilities that I believe God designed into them; contrarily, the evolutionist would say these adaptive capabilities resulted from previous evolution leading up to the bacteria. I will grant this ridiculous idea that such adaptive capabilities evolved in

232

233

bacteria, because that is not the area of my discussion here. I am talking about the probability of evolution from bacteria sexuality to human sexuality. Now I do not know much about bacterial genetic material exchange (bacterial sex) as a subject matter, but I can make the approximation that any portion of a bacteria's genetic information may be passed onto another bacteria. This may be an approximation because perhaps there are some restrictions on which genetic material from a bacteria may be transferred to other bacteria—this is a safe approximation because to make this approximation increases the available change that may occur in a gene pool, and so the evolutionist should not complain about this approximation as it gives more variety to the natural selection process. So we have this gene pool of bacteria, not all of which have identical genes to the other bacteria in that same gene pool. Also, these bacteria are subject to chemical influence or mutations on their genetic make up, as well as radiation influence or mutations on their genetic make up. So we have three sources of change: variety already in the gene pool, chemical mutations, and radiation mutations. So let us make the speculation that some weird mutation came along that created an indentation in one bacteria and a chemical mutation came along that created a protuberance in many of the other bacteria in that same gene pool. And suppose the chemical tendency was for this common protuberance to enter into the indentation in that one bacteria that had that indentation. Now, this mere joining of bacteria does not imply that through this joining genetic material also passed. For that added detail more assumptions need to be made, namely, that there was a hole at the end of the protuberance and a hole at the center of the indentation that facilitated such passage—if this hole is not needed because the cell was are sufficiently porous, then we must assume that for evolution to take advantage of this protuberance and indentation pair, genetic material somehow concentrated at the end of the protuberance and waited until contact with the indentation; what mechanism would allow for such waiting? I think much would be lost during the waiting if the wall is sufficiently porous to allow passage without a hole. Also, we could alternatively suppose that these bacteria evolved into multi-celled organisms *before* sexuality between higher organisms evolved. If these bacteria with this protuberance and indentation continue to coexist for years and years, then supposedly they will develop into multi-celled organisms that preserve this protuberance and indentation on a full-sized organism scale. In other words, the cells of this multi-celled organism are no longer involved in sex with cells of a different organism, but rather one part of one organism that has a penis, and other cells are part of a different organism that has a vagina. Do you realize that for a gene pool to evolve from single celled sex to multi -celled organism sex is a very large leap of change, and surely a transitional form that does not exist is required. This transitional form is complete nonsense. Here is why: in the single celled bacterial case genetic material is being exchanged from one cell to one other cell. In the transitional form what kind of transfer is being made? Is the genetic exchange from one cell to one cell; or is the genetic exchange from the common penis to the common vagina? And if you say from the common penis to the common vagina, then what mechanism exists for a common penis of a transitional organism to be propelled through the penis into the vagina? When did this mechanism evolve? Any way, because this transitional form is a very ridiculous a concept, I sensibly grab a probability out of the air using my engineering judgment to help ensure that the number I grab is not too large (too large would be to not give favor to the evolutionist—Elijah gave favor to the prophets of Baal by pouring water on his sacrifice, but allowing the prophets of Baal to not use water; this only made Elijah's proof even stronger when Baal did not answer and

234

Jehovah God did answer Elijah; see 1Kings 18:21-40). I would put that number at one in a billion (109). (I actually think that the number would be more like one in 1030, but I will be generous to the evolutionist.) Now, if the evolutionist say that larger organism sex did not evolve from bacterial sex, then they have another formulation of the problem. Let us consider that formulation as well. If we have some larger organism gene pool that is asexual (no male female distinction) that is to say in the future supposedly evolve into a gene pool of organisms that do have male female distinction such that asexual reproduction fades away and is replaced by male-female sex, then we must solve the problem of simultaneously evolving a penis and a vagina in that gene pool. I believe the probability of such evolution may be easily estimated to be greater than one in one billion (109), without even considering the ridiculous problem of sequencing the needed changes simultaneously so that male-female sexual functionality evolves and sexual reproduction fades.

Now consider item 2) in our list involving male testes and female ovaries.

Here we have a great problem. The problem is the change from general emission of genetic material from cells (bacteria) for the incorporation of other cells (other bacteria) to a concentration of the cells designed to give out genetic material, that is sperm in the testes. Consider the fact that sperm which come from a man's testes are very unusual cells; these cells have only single un-paired chromosomes. Normal cells throughout a man's body have pairs of each of the 23 chromosomes in the DNA that define a human being, but in the sperm cell of a man all chromosomes are alone, without a mating pair. A sperm cell has half has much atomic weight if DNA as that man's other cells. Likewise, the woman's ovaries emit what are called eggs. These eggs also have 23 unpaired chromosomes. When a sperm cell penetrates the cell wall of an egg, and the egg locks out further sperm cells from entering, then that egg now has the full complement of 46 chromosomes, 23 from the man, and 23 from the woman. And the genetic traits from each parent for the resulting child are per Mendel's laws of genetic inheritance. This system of special cells generated in the man's testes with sperm that have tails to swim and in the woman's ovaries and how the woman's egg normally locks out all but one possible sperm entry are so beyond belief as to resulting from chance that the resulting complications around the matter of co-evolution of male and female in this area are indeed massively ridiculous. But to be hugely generous to the fools who believe in evolution, I will estimate the probability of this system of testes and ovaries and sperm and eggs evolving again at one in one billion over the supposed time scale for such evolution. (Remember, due to the Second Law of Thermodynamics, almost all mutations are strictly damaging. Hence, to accumulate sufficient beneficial mutations without also accumulating more than sufficient damaging mutations that would have long ago killed that gene pool entirely is indeed a very ridiculous proposition. Hence, the real probability should be much larger, maybe on the order of 1030 again, or even much higher than that.)

By this point you may be suspecting that I merely select one in one billion every time. Well, that is correct. The reason that I am doing this is that this value of one in one billion is actually a small value by my engineering judgment for any of the above 7 issues relating to evolution of male-female sexuality, and by picking a small value of one in one billion I am actually giving great benefit to the evolutionist.

235

Actually, I have now over the last week, while writing this area of this paper, completed a small computer C program written for a free C compiler that estimates probabilities for evolution of a genetic string. The concept of this program is simple. When proteins are defined by the DNA of a living organism, those proteins have critical sections, if in fact the entire proteins is not critical. So, for many proteins 10, 20 or even more exact base sequences of DNA must be exactly correct for the protein to work at all. This small computer C program estimates the probability for evolving short DNA base sequences that are necessary for protein definition and function. Remember that for any biological item as complex as a man's penis or a woman's vagina there must be many proteins that must work together to make things happen. This multiple protein requirement creates a kind of co-evolution even within the biology of a male or a female alone that results in ridiculous probabilities against the absurd idea of evolution. That C program listing is given next:

```
/*
This program was developed  at a command prompt using the free DJGPP
32 bit gcc C compiler.
*/
#include<stdio.h>
#include<string.h>
#include<math.h>
#include<limits.h>
#include<stdlib.h>

#define TRUE (1)
#define FALSE (0)

#define NUMEVOLVES (100) /*Number of evolves used to compute average
number of evolves per pattern*/

unsigned int num_mutations[NUMEVOLVES];
void print_distribution(unsigned int numbins, unsigned int *data);

int main(void)
{
    unsigned int aseed,sseed;
    double sum,average;
    int num_mutations,value,len;
    int numfailures;
    char c,trialsequence[128];
    int i,j;

    printf("version 1.0\n\n");

reenter:
    for(i=0;i<128;i++) trialsequence[i]=0;
    printf("\n\nEnter trial DNA base sequence using only characters
\"AGTU\".");
    scanf("%s",trialsequence);
    len=strlen(trialsequence);
    for(i=0;i<len;i++)
    {
        c=toupper(trialsequence[i]);
```

236

```
        if(c!='A' && c!='G' && c!='T' && c!='U')
        {
            printf("Invalid character %c entered.   Reenter sequence.\n",
trialsequence[i]);
            goto reenter;
        }
        trialsequence[i]=c;
    }
    printf("Testing DNA base sequence \"%s\"\n",trialsequence);
    printf("Enter starting randomization seed");
    scanf("%u",&sseed);
    printf("\n\n");
    numfailures = 0;
    sum=0.0;
    for(j=0;j<NUMEVOLVES;j++)
    {
        aseed = (unsigned int)(j*3);
        rsvalue = evolve(trialsequence,(aseed+sseed));
        num_mutations[j] = rsvalue;
        if(rsvalue>=0) sum += (double)rsvalue;
        else numfailures += 1;
        printf("\r\n");
        for(i=0;i<80;i++) printf(" ");
        printf("\revolve %02d of %d completed.   ",j+1,NUMEVOLVES);
        sleep(1);
    }

    average = sum/(double)(NUMEVOLVES-numfailures);
    printf("\n\nFor sequence %s the average number of iterations for a
match was %20.10lx\n",trialsequence,average);
    printf("\n\nSo the number of destructive bad sequences before a single
good sequence was arrived at was %20.10lx\n",average-1);
    printf("This shows how much the Second Law of Thermodynamics is
against successful evolution by showing how much\n");
    printf("greater the destructive force in random mutations is than the
creative force in random mutations.\n\n");
    if(numfailures) printf("The number of failed evolves were %d.\n",
numfailures);
    print_distribution(20,num_mutations);
    return 0;
}

#define NUMBASES (5) /*The number of bases is 5, because the blank or
missing base is also a case*/
#define ZONESIZE (RAND_MAX/NUMBASES)

int evolve(char *goal,unsigned int seed)
{
    unsigned long i,j;
    int i,bail,selection,location_of_change;
    char bases[5] = "AGTU";
    char work[128] = "";
    int length;
    int nslocize;
    int numiterations;
```

237

```c
/*Case 1: goal length already known*/
numiterations = 0;
srand(seed);
length = strlen(goal);
slotsize = RAND_MAX/length;
for(i=0;i<128;i++) work[i]=0;
for(i=0;i<ULONG_MAX;i++)
{
    r = rand();
    base_selector = NUMBASES-1;/*bases are indexed from zero*/
    for(j=0;j<NUMBASES-1;j++)
    {
        if(r<((j+1)*ZONESIZE))
        {
            base_selector = j;
            break;
        }
    }

    r = rand();
    location_of_change = length-1;
    for(j=0;j<length-1;j++)
    {
        if(r<(j+1)*slotsize)
        {
            location_of_change = j;
            break;
        }
    }
    work[location_of_change]=bases[base_selector];
    if(strcmp(work,goal,length)==0)
    {
        numiterations = i+1;
        break;
    }
}

return numiterations;

/*Prints out a simple histogram with numbins number of bins
using *data with NUMEVOLVES number of array elements.
The contents of each data[] element is the number of mutations
required to arrive at a desired genetic DNA base pattern for
a given pattern using some random number generator seed.
The maximum number of bins is global constant NUMEVOLVES
*/
void print_distribution(unsigned int numbins, unsigned int *data)
{
    unsigned int minmutations,maxmutations;
    unsigned int bins[NUMEVOLVES];
    unsigned int umbrellabins[NUMEVOLVES];
    double binmaxmutations[NUMEVOLVES];
    double binwidth;
    double binMutationAverage[NUMEVOLVES];
    double epsilon;
    int i,j;
```

238

```c
    if(numbins>NUMEVOLVES) return;/*Too many bins*/
    if(numbins==0) return;/*having zero bins is invalid.*/

    /*find minimum and maximum in data*/
    minmutations = ULONG_MAX;
    maxmutations = 0;
    for(i=0;i<NUMEVOLVES;i++)
    {
        if(data[i]<minmutations) minmutations=data[i];
        if(data[i]>maxmutations) maxmutations=data[i];
    }

    /*Define bin thresholds*/
    binwidth = (double)(maxmutations-minmutations))/(double)numbins;
    if(binwidth<1.0) binwidth = 1.0;/*This covers the zero logical
singularity of zero bin width.*/
    for(i=0;i<numbins;i++)
    {
        binmaxmutations[i]=(double)minmutations+(double)(numbins-1-
i)*binwidth;
    }

    epsilon = binwidth/pow((double)numbins,5.0);/*To avoid loss of data
in the maximum bin due to precision representation issues.*/
    binmaxmutations[numbins-1] += epsilon;

    /*fill bins to count every value below any one bin:*/
    /*That is why I call them "umbrellabins"*/
    for(i=numbins-1;i>=0;i--)
    {
        int entries;
        umbrellabins[i]=0;
        binMutationAverage[i]=0.0;
        entries=0;
        for(j=0;j<NUMEVOLVES;j++)
        {
            if((double)data[j] < binmaxmutations[i])
            {
                umbrellabins[i] = umbrellabins[i] + 1;
                if (
                    i>0
                    &&
                    (binmaxmutations[i-1]<(double)data[i])
                    &&
                    (double)data[i])<binmaxmutations[i])
                }
                {
                    if(i==0 && ((double)data[i]<binmaxmutations[0]))
                    {
                        binMutationAverage[i] += data[j];
                        entries++;
                    }
                }
            }
        }
        if(entries!=0) binMutationAverage[i] /= (double)entries;
    }
```

```
/*Adjust bins to count only those values within the range of any one
bin:*/
      for(i=numbins-1;i>0;i--)
      {
            bins[i] = umbrellabins[i] - umbrellabins[i-1];
      }
      bins[0]=umbrellabins[0];

/*Print results:*/
      printf("\n\t\tProbOfInOrBelowThisBin\n\n");
      printf("AvgMutationsInBin\t\t\tProbOf 1d
EvolvesInOrBelowThisBin\n",NUMEVOLVES);
      for(i=numbins-1;i>=0;i--)
      {
            double probbelow;
            probbelow = (double)umbrellabins[i]/(double)NUMEVOLVES;
            printf("%1.20le\t+7.3lf\t\t+7.3lf\t\t+10.5le\t(umbrellabins%
03u\tbins=%03u\n",
                  binMutationsAverage[i],
                  probbelow,
                  pow(probbelow,(double)NUMEVOLVES),
                  umbrellabins[i],
                  bins[i]
            );
      }
}
```

A textual screen capture of an interaction with this program involving an arbitrary sequence of 10 bases ATTGUTTGAU with random number seed 123456 is shown next:

```
C:\working\code>evolvetest
version 1.0

Enter trial DNA base sequence using only characters "AGTU":ATTGUTTGAU
Testing DNA base sequence "ATTGUTTGAU"
Enter starting randomization seed:123456

evolve 100 of 100 completed.

For sequence ATTGUTTGAU the average number of iterations for a match was
1.151527372e+07
```

So the number of destructive bad sequences before a single good sequence was arrived at was   1.151527372e+07

This shows how much of the Second Law of Thermodynamics is against successful evolution by showing how much greater the destructive force in random mutations is than the creative force in random mutations.

| AvgMutationsInBin | ProbOfInOrBelowThisBin | ProbOf100 EvolvesInOrBelowThisBin | |
|---|---|---|---|
| 4.008192550e+07 | 1.000 | 1.00000e+00 | (umbrellabins=100    bins=002) |
| 3.840580100e+07 | 0.980 | 1.32620e-01 | (umbrellabins=098    bins=001) |
| 3.731147600e+07 | 0.970 | 4.75525e-02 | (umbrellabins=097    bins=001) |
| 3.470367500e+07 | 0.960 | 1.68703e-02 | (umbrellabins=096    bins=001) |
| 0.000000000e+00 | 0.950 | 5.92053e-03 | (umbrellabins=095    bins=000) |
| 3.073890867e+07 | 0.950 | 5.92053e-03 | (umbrellabins=095    bins=003) |
| 2.824500000e+07 | 0.920 | 2.39212e-04 | (umbrellabins=092    bins=001) |
| 0.000000000e+00 | 0.910 | 8.01935e-05 | (umbrellabins=091    bins=000) |
| 2.430116400e+07 | 0.910 | 8.01935e-05 | (umbrellabins=091    bins=004) |
| 2.166984075e+07 | 0.870 | 8.95211e-07 | (umbrellabins=087    bins=004) |
| 1.959525500e+07 | 0.830 | 8.08741e-09 | (umbrellabins=083    bins=004) |
| 1.775527575e+07 | 0.790 | 5.79041e-11 | (umbrellabins=079    bins=004) |
| 1.530639040e+07 | 0.750 | 3.20720e-13 | (umbrellabins=075    bins=005) |
| 1.346662755e+07 | 0.700 | 3.23448e-16 | (umbrellabins=070    bins=009) |
| 1.129253667e+07 | 0.610 | 3.41180e-22 | (umbrellabins=061    bins=006) |
| 9.339071714e+06 | 0.550 | 1.08710e-26 | (umbrellabins=055    bins=007) |
| 7.045092333e+06 | 0.480 | 1.33083e-32 | (umbrellabins=048    bins=006) |
| 5.363419266e+06 | 0.420 | 2.11314e-38 | (umbrellabins=042    bins=015) |
| 3.292894700e+06 | 0.270 | 1.36891e-57 | (umbrellabins=027    bins=010) |
| 1.110805117e+06 | 0.170 | 1.10890e-77 | (umbrellabins=017    bins=017) |

C:\working\code>

When this program is used I recommend that you test sequences not longer than 10 bases, otherwise the run time on a 3.2 gigahertz computer will be quite high. The program is capable of handling longer base sequences, but be prepared to go to lunch before it has a result. The number of iterations required to evolve a base sequence goes up by an average amount of five time per additional base; experiment with the program an you will verify this (as long as your base sequences are not of toy length such as 1, 2, or 3 bases).

In the textual screen print above the base string "ATTGUTTGAU" was tested. The result was an average of 1.151527420e+07 mutations required to arrive at that string, starting from an empty string with no bases (the table at the end of the textual screen print is a histogram showing the distribution over twenty histogram bins or slots for the 100 attempts to mutate to the goal base string from a different random number generator seed value; the seed values themselves are not given, but each seed is separated by a value of 3 —see code listing).

Consider that start from an empty string.   Since science likes to suppose that there was a "big bang" from which the universe started, then no life existed until the "big bang" took place. In fact, fools who say that the big bang was the result of a quantum fluctuation such that something came out of nothing fail to give an origin for the laws of quantum mechanics that lead to that supposed quantum fluctuation. But, I will grant them the impossible idea that those laws resulted from nothing; yet I will say that where did the laws come from that allowed the laws of quantum mechanics to appear out of nothing?

241

They have no honest answer for this, though to defend themselves they may say some stupid answer such as from the laws before that. In so doing, then jump into an abyss of infinite regress of never ending foolishness. You see, they have an inherent hatred for God, and they will tolerate any lie that helps them ease their fear that they may face a God of judgment at the end of time. So, from the point of view of the "big bang" and the infinite regress into foolishness, the evolutionist must agree that before the big bang, if life came by evolution, then before some point in history there was no such thing as any DNA—or else they continue with that stupid infinite regress into foolishness; they must have a starting point. After some point in history DNA began to exist, in some rudimentary form. From there evolution would continue so as to enhance the complexity for that DNA until all DNA based life comes into existence in the various time frames that evolutionists give to various species. At some point, when male female sexuality comes into existence, we are well along in the matter of mutation based evolution. At this point, many, many species would evolve from the first common-root male-female mammal species. We have something small here such as a mouse or some such mammal. Now, if a mouse has 99% similar DNA, or even 90% similar DNA (I do not know the number actually; people who study DNA know), then we have to evolve that 1% to 10% of the DNA into a human from a mouse. There are many problems with this, because we must evolve that 1% of DNA to the human form. That 1% by itself would be huge in terms of a probabilistic argument against evolution. In those DNA areas of 1% where we have proteins that do not exist at all in the mouse, we must evolve those mouse DNA from nothing to create those proteins not at all found in the mouse. Hence, starting out from the empty string is completely correct. And I actually believe, all honesty would require that we recognize that really we are starting out from an empty string (no DNA sequence at all) from the time of the so called "big bang". And all honesty would require acknowledgement that such thinking comes from a non-sense infinite regress out of the foolish minds of physicists cajoling the evolutionists and giving them false hope that we supposedly came from nothing (except the mysterious laws that allowed us to come from nothing). The physicists are partners in the eternal crime of lying to the human race that we evolved, and did not come from God who created mankind.

So, back to our discussion on DNA mutating from the empty string. In our example we tested the above listed program and found that on average 1.15157472e+07 mutations were required to evolve the "AATGGTTGAU" DNA base sequence from the empty string. Now, if we are talking about a complex protein that has 12 critical sections each 10 bases or longer, then the expected number of mutations to form this protein before it can function (because each critical section must be exactly correct before the entire protein may function) would be 1.15e7 raised to the 12th power. That would be 5.3e84 mutations required to evolve the DNA to produce that protein. Now, supposedly you argue that the protein in view has critical sections that themselves changed because the chemical requirements around those critical sections changed over time. This argument is merely a foolish attempt to throw up complexity as an excuse to ignore this argument. In other words, to snow or smoke their opponents. The truth is that this idea that the critical sections also having varying requirements over the pathway of evolution is merely a decent into the problem of simultaneous mutations being required for cooperative evolution so that various proteins continue to work together as a team. This requirement of cooperative evolution actually makes the probability of evolution even less favorable to evolution. Consider the ultimate extreme of this argument of

242

cooperative evolution and you actually end up with the idea of punctuated evolution that says that every thing changes at once—giving the highest probability against evolution possible. Hence, the probability only goes up against evolution if the evolutionist argues in favor of cooperative simultaneous protein and DNA evolution.

Hence, the number of mutations, 5.3e84, required to evolve our 12 section protein is actually a low estimate.

Now, the 7 items I have listed some distance above involving evolution of male-female sexuality each must involve many proteins that must be correct. This observation again, alone, should make us realize for the male to cooperatively evolve a penis and the female cooperatively a vagina with the surely hundreds of proteins involved in those systems is absolutely absurd; probably the exponent needs an exponent on it!!! So again, one in one billion is absurdly generous to the evolutionist.

Now, if we assume that each item in the list of 7 items relating to human male-female sexuality has the ridiculously low probability of successfully evolving in one in one billion mutations, then for all 7 to simultaneously evolve cooperatively requires 1e9 raised to the power of 7; in other words, 1e63. Now, I went onto the web and found an estimate for the number of atoms in the universe, and that number is not much larger in a magnitude sense. That number was on the order of 4e79. Now remember, I was absurdly generous to the evolutionist by giving them a value of 1e9. So, if more realistic numbers were used, then the probability would be much greater than the number of atoms in the universe!!! Evolution is so absurd that all believers in evolution—especially those who defended evolution in discussion with other people–should go around with brown paper bags over their heads out of extreme embarrassment that they even believed such a lie as evolution!!! So evolution is undeniably absurd and impossible except to the greatest fools who take comfort in big-fat lies. They have been denying their own creator God who made them, and denied that creator God in the face of other people as well. And Christians who have been kowtowed into believing evolution have fallen into sin by being embarrassed at Genesis chapters 1 and 2 in the required historical interpretation of those chapters, and instead twisted them out of all recognition trying to shoehorn evolution into those scriptures, and consequently they have violated.

Mt 8: 38 Whosoever therefore shall be ashamed of me and of my words in this adulterous and sinful generation; of him also shall the Son of man be ashamed, when he cometh in the glory of his Father with the holy angels.

The evolutionist Christian should repent of their non-sense position and acknowledge that the yet-to-be-comprehended complexity of life that God created is very, very much over their heads, and they have no truth to support their stance that we evolved. Evolutionist must acknowledge that God created life on earth, and that God is so manifestly great by the evidence of the creation around them that they need to greatly fear God for their many lies that they have been telling people over the years since Darwin, and the damage they have done to Christianity due to their lies. They should become Christians themselves, and repent fully, and believe the words of the Bible. The Bible that was manifest as the Word of God who was made flesh and dwelt among us, Jesus Christ, who created everything. As we read:

243

So, if evolution is such a stupid lie, then we are left with the unpleasant question as to whether the book of Genesis is the correct record of how the perhaps unknown creator created this earth and universe. There must be some creator if evolution is a lie. Just, who is this creator? Some religions, for example, say we have the best account of their beginnings; mankind was created is correct, and Genesis is incorrect. Let us first eliminate all those religions that do not include the matter of a world wide flood. My understanding is that many, many people groups throughout the world have in their historical people-group lore history of a great flood. This anthropological observation of many, many cultures around the world having oral or written history of a great flood strongly suggests that Genesis must have something correct about; at least this observation eliminates immediately those religions that do not mention a great flood. The remaining debate is as to whether Genesis or another account outside of the Christian bible as offered by the Greek and Hebrew that is behind the translation called the "King James Bible" is the correct description, or whether some other source is the correct description. Technically, in a narrow sense, the King James Bible is not inspired. This means that sometime, on rare occasion, the King James Bible translators translated a particular verse or word and so we may investigate that particular word or verse to see if it could have been more correctly translated; this action of suggesting a better translation for a particular word or phrase in the King James Bible has already been put on display by the author of this paper a few times in the voluminous previous text of this paper at this point. Nevertheless, the King James Bible is definitely inspired in the important sense that it is a sound translation from absolutely inspired and inerrant Hebrew and Greek texts and is a very fine and precise translation of the Holy Bible that has greatly stood the test of time. Also, the author of this paper has found that in comparison to a modern paraphrased translation (which will remain unnamed), the modern paraphrased translation can at times greatly obscure or even violate a spiritual picture that God is painting with words; the King James Bible seems to almost never do that—this tells the author of this paper that God's hand of blessing was greatly on the translators of the King James Bible. I can not say that of any modern translation, especially paraphrased translations. Paraphrased translations are junk in this author's opinion and are a waste of paper that they were printed on, and worse, obscure the types and figures of the spiritual pictures that God paints in words throughout the Bible. Then there is the debate as to whether the chosen Greek text and the chosen Hebrew text is the correct text to trust as a faithful copy of the original texts inspired by God the Holy Spirit thousands and thousands of years ago. As to the Hebrew text, this spiritual integrity of the chosen Hebrew text is not as issue: the Hebrew text was well maintained by the historical nation of Israel and we can trust that we have a faithful copy of the Old Testament Hebrew. The matter of having the correct Greek text for the New Testament is more difficult. There are two important considerations that support the Greek text that the King James Bible New Testament is based upon. These two considerations are: 1) Are any variations found in other Greek Texts tending towards obfuscation or elimination of important doctrines, such as the trinity for example. A friend of mine, now dead, related how he read some prefix of some Bible reference book (I wish I had a copy of this prefix) that detailed important examples of how many Greek texts of the New Testament show systematic attack against the doctrine of the trinity; for example I John 5:6-8 is attacked in many Greek Texts, but by God's mercy still remains in the Greek used by the King James Bible translators. Such Greek texts that show attack on important doctrines we

244

can eliminate directly. 2) Does any eliminated text (text not found in some questionable Greek texts) teach on a spiritual level (that is, on the level of word pictures that God draws with words)? If passages we find in in the King James Bible Greek text teach a sound spiritual lesson? They well, then we can be sure that they indeed had belonged to the original Greek Text. An example of just such a passage is Mark 16:9-20. Many Greek texts wrongly omit this passage; but the Greek behind the King James Bible includes this passage. We can know that this is a wrong omission, because, in verse 18, we read about drinking any deadly thing not hurting someone. That is a spiritual reference by a God-drawn word picture to the truth that the lies of Satan in Satan's false ministers will not hurt true believers, nor will such lies keep the elect from eventually becoming saved—because God will ensure that the elect will hear the truth and not be poisoned by Satan's lies. These two texts help greatly to show that the Greek of the King James Bible is the text that God intended for translation into other languages, and is is the absolutely inspired and inerrant Word of God.

Finally, the matter of other non-bible so called "holy" texts that do indeed refer to a world wide flood of thousands of years ago, how do we eliminate those texts as to whether those texts are the true word of God, and not the Holy Bible? This question is actually the most difficult to deal with. Yet, it does have a sound answer. That sound answer is found in the integrity of the Holy Bible itself. No other book on earth has the integrity of the Holy Bible. That very integrity gives powerful witness that only the Bible has the record of the actual word of God written in it. This test is only usable by people whom God is opening their eyes and minds such that they begin to trust the Bible. Then, as people's eyes are so opened, then they see ever more display of the deep truth and integrity of the Bible, which increases their trust even more (as the Bible says in Romans 10:17 that faith comes by hearing, and that by hearing the Word of God). This will force them to the unavoidable conclusion that the Bible alone is the true word of God. This test is not fully available to unbelievers because faith is involved. Nevertheless, for example, over the many hundreds of years that men have been debating the faithfulness of the Holy Bible in regards to historical matters, archeologists have found the Bible to be very accurate, to the sorrow of many critics of the Bible. The Bible wins every time. But, to see the spiritual integrity of the Holy Bible, not just its historical archeological integrity, requires God to open the eyes of someone to understand the spiritual word pictures that God paints throughout the Bible and to then see the consistency of those word pictures as they relate to each other and give consistent testimony to the same God of Truth, Jesus Christ. Seeing this spiritual integrity will convince anyone who sees it truly from a heart of faith that only the Bible could possibly be the true Word of God. This eliminates all other so called "holy" texts. In fact, this test for spiritual integrity, which only true believers can only benefit from with true confidence, is sufficient to eliminate all other religious books and all other religious authority anywhere in the world. The care of the Christian God being equally obnoxious or unnecessary if this test for spiritual integrity actually comes down to "do you have the Holy Spirit in your heart being that you can trust the Bible?" The Holy Spirit teaches any and all true believers that the Bible is the only source for truth.

If you are either a total unbeliever or perhaps a skeptic like the apostle Thomas you may be protesting at the above paragraph because it does not provide proof for your mind that the Holy Bible is the true Word of God until after you have already begun to believe that

245

the Holy Bible is the true Word of God. This protest shows that you do not fully appreciate the role that faith plays in salvation. The apostle Thomas was having difficulty appreciating the role of faith also. That is why the Bible records:

Joh 20:25  The other disciples therefore said unto him, We have seen the Lord. But he said unto them, Except I shall see in his hands the print of the nails, and put my finger into the print of the nails, and thrust my hand into his side, I will not believe.
26 ¶ And after eight days again his disciples were within, and Thomas with them: then came Jesus, the doors being shut, and stood in the midst, and said, Peace be unto you.
27 Then saith he to Thomas, Reach hither thy finger, and behold my hands; and reach hither thy hand, and thrust it into my side: and be not faithless, but believing.
28 And Thomas answered and said unto him, My Lord and my God.
29 Jesus saith unto him, Thomas, because thou hast seen me, thou hast believed: blessed are they that have not seen, and yet have believed.
30 And many other signs truly did Jesus in the presence of his disciples, which are not written in this book:
31 But these are written, that ye might believe that Jesus is the Christ, the Son of God; and that believing ye might have life through his name.

Notice in verse 28 above that Thomas is not recorded as having actually put his finger into the print of the nails (as verse 25 speaks), but rather as verse 29 says Thomas merely saw and believed. This "seeing" by Thomas Jesus speaks of in verse 29 nevertheless without touching Jesus is a picture of the elect coming to faith before Jesus returns for his spiritual sexual union with his Bride, the true elect, the true believers, and having come to touch Jesus in a spiritual sexual sense that the true believers greatly desire just as any bride before her marriage greatly desires to have the close communion that the sexual union is in marriage. Hence, Thomas seeing can only be a spiritual word picture (though it nevertheless did happen historically as recorded involving Thomas) of the elect finally seeing the spiritual word pictures in the Bible that God paints of Jesus everywhere on every page of the Holy Bible; as Eph 1:18 speaks of the existence of "eyes of your understanding":

Eph 1:18  The eyes of your understanding being enlightened; that ye may know what is the hope of his calling, and what the riches of the glory of his inheritance in the saints,

So that our eyes are spiritual eyes that do see spiritually, and not as those who do not have eyes to understand the spiritual meanings that God writes throughout the Bible; as we read:

Mt 13:13  Therefore speak I to them in parables: because they seeing see not; and hearing they hear not, neither do they understand.
14  And in them is fulfilled the prophecy of Esaias, which saith, By hearing ye shall hear, and shall not understand; and seeing ye shall see, and shall not perceive:
15  For this people's heart is waxed gross, and their ears are dull of hearing, and their eyes they have closed; lest at any time they should see with their eyes, and hear with their ears, and should understand with their heart, and should be converted, and I should heal them.

246

Notice how Jesus in Mt 13:13 uses the word "seeing" and "see" with two different meanings in the very same sentence. The first word "seeing" is a reference to the people's eyes of understanding that do not see, like a person with physical eyes that work yet that person can not see a particular shape in the clouds that others can see because his mind just fails to make good sense out of the shape—though the minds of others around him do make good sense out of the shape and they see that shape in the clouds. The second word "see" is referencing to people whose eyes of understanding do see, and they perceive Jesus on every page of the Bible as one sees shapes in the clouds, just like as when one holds up a page to the light of the sun and does thereby see a water mark of the true water of the Gospel in the light of the sun, or Son in our hearts rather, on the paper of that page. We see these spiritual water marks on the pages of the Bible when God opens the eyes of our understanding as we compare Bible verses with Bible verses from anywhere in the Bible to anywhere in the Bible on any subject in the Bible between any two verses in the Bible as we depend upon the integrity and absolute honesty of God's mind as very reliably and very soundly recorded in the Bible as God inspired men to write the Bible.

And so, finally, Thomas does see spiritually, and so in fact Thomas is a believer based on faith as well; in fact, after Jesus' resurrection historically when Jesus here is recorded as confronting Thomas, Jesus is still veiled in his fleshly body as Hebrews 10:20 speaks—the human body with which Jesus rose again from that tomb 2000 years ago. The fact that Thomas actually never touches Jesus preserves the reality of Thomas faith; nevertheless, the fact that Jesus is stilled veiled in flesh also forces us to realize that in fact Thomas is indeed walking by faith, and not by the sight of an unbelieving mind. Remember, Thomas did say in verse 25 that he must touch these wounds. Nevertheless, the remainder of the text shows that Thomas never did touch Jesus. This restraint by Thomas shows that God was working in Thomas' heart to believe by faith so that Thomas did not need to touch Jesus, even though Thomas in verse 25 declared that he did need to touch Jesus. The fact that Jesus even prompted Thomas to touch Jesus in verse 27 and nevertheless Thomas did not touch Jesus highlights even more the reality that Thomas's heart was touch by faith so that he did not need to touch Jesus. Jesus was testing Thomas's faith in verse 27 by telling Thomas to touch him, and Thomas passed the test by actually never needing to touch Jesus. Thomas is also a member of the true Bride of Christ, and Thomas is a picture of all true believers who finally see Jesus in the word pictures of the Bible and are still waiting for that blessed spiritual union with Jesus in heaven.

But if God has not yet given to you faith, then you have not yet seen this fact that the Holy Bible is the only true Word of God, and no other book. Read the Bible, pray for this faith, because faith comes by hearing (reading) the Word of God, as Romans 10:17 says:

Rom 10:17  So then faith cometh by hearing, and hearing by the word of God.

And we also read:

Ro 1:16 ¶ For I am not ashamed of the gospel of Christ: for it is the power of God unto salvation to every one that believeth; to the Jew first, and also to the Greek.

247

Lu 16:29 Abraham saith unto him, They have Moses and the prophets; let them hear them.
30 And he said, Nay, father Abraham: but if one went unto them from the dead, they will repent.
31 And he said unto him, If they hear not Moses and the prophets, neither will they be persuaded, though one rose from the dead.

1Co 1:18 For the preaching of the cross is to them that perish foolishness; but unto us which are saved it is the power of God.
19 For it is written, I will destroy the wisdom of the wise, and will bring to nothing the understanding of the prudent.
20 Where is the wise? where is the scribe? where is the disputer of this world? hath not God made foolish the wisdom of this world?
21 For after that in the wisdom of God the world by wisdom knew not God, it pleased God by the foolishness of preaching to save them that believe.
22 For the Jews require a sign, and the Greeks seek after wisdom:
23 But we preach Christ crucified, unto the Jews a stumblingblock, and unto the Greeks foolishness;
24 But unto them which are called, both Jews and Greeks, Christ the power of God, and the wisdom of God.

Col 1:4 Since we heard of your faith in Christ Jesus, and of the love which ye have to all the saints,
5 For the hope which is laid up for you in heaven, whereof ye heard before in the word of the truth of the gospel;
6 Which is come unto you, as it is in all the world; and bringeth forth fruit, as it doth also in you, since the day ye heard of it, and knew the grace of God in truth:

1Th 2:13 ¶ For this cause also thank we God without ceasing, because, when ye received the word of God which ye heard of us, ye received it not as the word of men, but as it is in truth, the word of God, which effectually worketh also in you that believe.

2Th 2:13 ¶ But we are bound to give thanks alway to God for you, brethren beloved of the Lord, because God hath from the beginning chosen you to salvation through sanctification of the Spirit and belief of the truth:
14 Whereunto he called you by our gospel, to the obtaining of the glory of our Lord Jesus Christ.

Jas 1:18 Of his own will begat he us with the word of truth, that we should be a kind of firstfruits of his creatures.
19 ¶ Wherefore, my beloved brethren, let every man be swift to hear, slow to speak, slow to wrath:
20 For the wrath of man worketh not the righteousness of God.
21 Wherefore lay apart all filthiness and superfluity of naughtiness, and receive with meekness the engrafted word, which is able to save your souls.

248

1Pe 1:23 Being born again, not of corruptible seed, but of incorruptible, by the word of God, which liveth and abideth for ever.
24 ¶ For all flesh is as grass, and all the glory of man as the flower of grass. The grass withereth, and the flower thereof falleth away:
25 But the word of the Lord endureth for ever. And this is the word which by the gospel is preached unto you.

1Pe 2:1 ¶ Wherefore laying aside all malice, and all guile, and hypocrisies, and envies, and all evil speakings,
2 As newborn babes, desire the sincere milk of the word, that ye may grow thereby:

Lu 8:21 And he answered and said unto them, My mother and my brethren are these which hear the word of God, and do it.

Lu 11:28 But he said, Yea rather, blessed are they that hear the word of God, and keep it.

2Co 2:17 For we are not as many, which corrupt the word of God: but as of sincerity, but as of God, in the sight of God speak we in Christ.

Heb 4:12 For the word of God is quick, and powerful, and sharper than any twoedged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and is a discerner of the thoughts and intents of the heart.
13 Neither is there any creature that is not manifest in his sight: but all things are naked and opened unto the eyes of him with whom we have to do.

Ps 119:1 ¶ ALEPH. Blessed are the undefiled in the way, who walk in the law of the LORD.
2 Blessed are they that keep his testimonies, and that seek him with the whole heart.
3 They also do no iniquity: they walk in his ways.
4 ¶ Thou hast commanded us to keep thy precepts diligently.
5 O that my ways were directed to keep thy statutes!
6 Then shall I not be ashamed, when I have respect unto all thy commandments.

Ps 1:1 ¶ Blessed is the man that walketh not in the counsel of the ungodly, nor standeth in the way of sinners, nor sitteth in the seat of the scornful.
2 But his delight is in the law of the LORD; and in his law doth he meditate day and night.
3 And he shall be like a tree planted by the rivers of water, that bringeth forth his fruit in his season; his leaf also shall not wither; and whatsoever he doeth shall prosper.

Mt 7:21 ¶ Not every one that saith unto me, Lord, Lord, shall enter into the kingdom of heaven; but he that doeth the will of my Father which is in heaven.
22 Many will say to me in that day, Lord, Lord, have we not prophesied in thy name? and in thy name have cast out devils? and in thy name done many wonderful works?
23 And then will I profess unto them, I never knew you: depart from me, ye that work iniquity.
24 Therefore whosoever heareth these sayings of mine, and doeth them, I will liken him unto a wise man, which built his house upon a rock:

25 And the rain descended, and the floods came, and the winds blew, and beat upon that house; and it fell not: for it was founded upon a rock.

Re 22:14 Blessed *are* they that do his commandments, that they may have right to the tree of life, and may enter in through the gates into the city.

Eze 18:31 Cast away from you all your transgressions, whereby ye have transgressed; and make you a new heart and a new spirit: for why will ye die, O house of Israel?

Eze 36:25 ¶ Then will I sprinkle clean water upon you, and ye shall be clean: from all your filthiness, and from all your idols, will I cleanse you.
26 A new heart also will I give you, and a new spirit will I put within you: and I will take away the stony heart out of your flesh, and I will give you an heart of flesh.
27 And I will put my spirit within you, and cause you to walk in my statutes, and ye shall keep my judgments, and do *them*.
28 And ye shall dwell in the land that I gave to your fathers; and ye shall be my people, and I will be your God.
29 I will also save you from all your uncleannesses: and I will call for the corn, and will increase it, and lay no famine upon you.
30 And I will multiply the fruit of the tree, and the increase of the field, that ye shall receive no more reproach of famine among the heathen.
31 Then shall ye remember your own evil ways, and your doings that were not good, and shall lothe yourselves in your own sight for your iniquities and for your abominations.

Eph 4:22 That ye put off concerning the former conversation the old man, which is corrupt according to the deceitful lusts;

Col 3:5 ¶ Mortify therefore your members which are upon the earth; fornication, uncleanness, inordinate affection, evil concupiscence, and covetousness, which is idolatry:
6 For which things' sake the wrath of God cometh on the children of disobedience:
7 In the which ye also walked some time, when ye lived in them.
8 ¶ But now ye also put off all these; anger, wrath, malice, blasphemy, filthy communication out of your mouth.

Tit 1:14 Not giving heed to Jewish fables, and commandments of men, that turn from the truth.
15 Unto the pure all things *are* pure: but unto them that are defiled and unbelieving *is* nothing pure; but even their mind and conscience is defiled.
16 They profess that they know God; but in works they deny *him*, being abominable, and disobedient, and unto every good work reprobate.

Tit 2:11 ¶ For the grace of God that bringeth salvation hath appeared to all men,
12 Teaching us that, denying ungodliness and worldly lusts, we should live soberly, righteously, and godly, in this present world;
13 Looking for that blessed hope, and the glorious appearing of the great God and our Saviour Jesus Christ;

14 Who gave himself for us, that he might redeem us from all iniquity, and purify unto himself a peculiar people, zealous of good works.
15 ¶ These things speak, and exhort, and rebuke with all authority. Let no man despise thee.

Tit 3:1 ¶ Put them in mind to be subject to principalities and powers, to obey magistrates, to be ready to every good work,
2 To speak evil of no man, to be no brawlers, *but* gentle, shewing all meekness unto all men.
3 For we ourselves also were sometimes foolish, disobedient, deceived, serving divers lusts and pleasures, living in malice and envy, hateful, *and* hating one another.
4 But after that the kindness and love of God our Saviour toward man appeared,
5 Not by works of righteousness which we have done, but according to his mercy he saved us, by the washing of regeneration, and renewing of the Holy Ghost;
6 Which he shed on us abundantly through Jesus Christ our Saviour;
7 That being justified by his grace, we should be made heirs according to the hope of eternal life.
8 *This is* a faithful saying, and these things I will that thou affirm constantly, that they which have believed in God might be careful to maintain good works. These things are good and profitable unto men.

Maybe by reading the above scriptures, and many others (get your Bible out and start reading), God will be merciful to you, and begin to give you faith so that you begin to trust the Bible alone as the record of the Truth of God, which is Jesus Christ who is the Word made flesh. Your eternal destiny depends upon it!!! Read God's words and fear him and repent unto salvation, and then that fear of eternal damnation, as you seek God to make your calling election sure the remainder of your life, will be slowly replaced by a healthy fear urging you along to not fail to please your blessed savior. You will desire from your heart to do his will, though will you will still struggle with some sin yet in your life. As we read:

1Joh 4:17 ¶ Herein is our love made perfect, that we may have boldness in the day of judgment: because as he is, so are we in this world.
18 There is no fear in love; but perfect love casteth out fear: because fear hath torment. He that feareth is not made perfect in love.
19 We love him, because he first loved us.

And:

Php 2:10 That at the name of Jesus every knee should bow, of *things* in heaven, and *things* in earth, and *things* under the earth;
11 And *that* every tongue should confess that Jesus Christ is Lord, to the glory of God the Father.
12 ¶ Wherefore, my beloved, as ye have always obeyed, not as in my presence only, but now much more in my absence, work out your own salvation with fear and trembling.
13 For it is God which worketh in you both to will and to do of *his* good pleasure.

Gal 5: 13 ¶ For, brethren, ye have been called unto liberty; only *use* not liberty for an occasion to the flesh, but by love serve one another.

251

14 For all the law is fulfilled in one word, even in this; Thou shalt love thy neighbour as thyself.
15 But if ye bite and devour one another, take heed that ye be not consumed one of another.
16 This I say then, Walk in the Spirit, and ye shall not fulfil the lust of the flesh.
17 For the flesh lusteth against the Spirit, and the Spirit against the flesh: and these are contrary the one to the other: so that ye cannot do the things that ye would.
18 But if ye be led of the Spirit, ye are not under the law.
19 Now the works of the flesh are manifest, which are these; Adultery, fornication, uncleanness, lasciviousness,
20 Idolatry, witchcraft, hatred, variance, emulations, wrath, strife, seditions, heresies,
21 Envyings, murders, drunkenness, revellings, and such like: of the which I tell you before, as I have also told you in time past, that they which do such things shall not inherit the kingdom of God.
22 But the fruit of the Spirit is love, joy, peace, longsuffering, gentleness, goodness, faith,
23 Meekness, temperance: against such there is no law.
24 And they that are Christ's have crucified the flesh with the affections and lusts.
25 If we live in the Spirit, let us also walk in the Spirit.
26 Let us not be desirous of vain glory, provoking one another, envying one another.

How do we walk in the Spirit as Gal 5:16 says? The Bible is the sword of the Holy Spirit, as Eph 6:17 says:

Eph 6:17 And take the helmet of salvation, and the sword of the Spirit, which is the word of God:

Consequently to walk in the Holy Spirit let him do his saving surgery on your heart by repeatedly exposing yourself to the Bible. As we read:

Heb 4:12 For the word of God is quick, and powerful, and sharper than any twoedged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and is a discerner of the thoughts and intents of the heart.
13 Neither is there any creature that is not manifest in his sight: but all things are naked and opened unto the eyes of him with whom we have to do.

Ps 119:9 ¶ BETH. Wherewithal shall a young man cleanse his way? by taking heed thereto according to thy word.
10 ¶ With my whole heart have I sought thee: O let me not wander from thy commandments.
11 ¶ Thy word have I hid in mine heart, that I might not sin against thee.
12 ¶ Blessed art thou, O LORD: teach me thy statutes.
13 ¶ With my lips have I declared all the judgments of thy mouth.
14 I have rejoiced in the way of thy testimonies, as much as in all riches.
15 I will meditate in thy precepts, and have respect unto thy ways.
16 I will delight myself in thy statutes: I will not forget thy word.

252

Joh 6:63 It is the spirit that quickeneth; the flesh profiteth nothing: the words that I speak unto you, they are spirit, and they are life.
64 But there are some of you that believe not. For Jesus knew from the beginning who they were that believed not, and who should betray him.
65 And he said, Therefore said I unto you, that no man can come unto me, except it were given unto him of my Father.
66 From that time many of his disciples went back, and walked no more with him.
67 Then said Jesus unto the twelve, Will ye also go away?
68 Then Simon Peter answered him, Lord, to whom shall we go? thou hast the words of eternal life.
69 And we believe and are sure that thou art that Christ, the Son of the living God.
70 Jesus answered them, Have not I chosen you twelve, and one of you is a devil?
71 He spake of Judas Iscariot the son of Simon: for it was that should betray him, being one of the twelve.

The Bible by the work of the Holy Spirit will take the Words of Life, the Bible from Genesis to Revelations, and give you life by the Word of God, Jesus Christ, and cause you to trust in the true Jesus of the Bible, and not some other Jesus preached by some lying preacher in some apostate church somewhere in the world. As Martin Luther said historically: "The Scripture only", when he did spiritual battle against the false doctrine of others. Today poisonous false doctrine is everywhere in all denominations. And any church leader of any denomination is likely to come to you with wisdom he learned from other men and books. And, if he claims to go only to the Bible and not to other men and books, and does not believe in tongues and signs and visions--absolutely all such things as tongues and visions and dreams violate Rev 22:18-19 because they add to the Bible, even if they are exact quotes from the Bible which add by changing the Bible's emphasis on some topic--then you may decide to listen to that man, but be very careful to verify whatever that man says by comparing what he says to the Bible aggressively; do not depend upon just one verse from that man. You yourself use many, many verses in your own Bible to be sure that your are hearing truth from that man. And use your spiritual sense of sight to discern good from evil, as Heb 5:11-14 says:

Heb 5:11 Of whom we have many things to say, and hard to be uttered, seeing ye are dull of hearing.
12 For when for the time ye ought to be teachers, ye have need that one teach you again which be the first principles of the oracles of God; and are become such as have need of milk, and not of strong meat.
13 For every one that useth milk is unskilful in the word of righteousness: for he is a babe.
14 But strong meat belongeth to them that are of full age, even those who by reason of use have their senses exercised to discern both good and evil.

Is your spiritual sense of the spiritual eyes of your spiritual understanding well exercised in the Bible? You get this exercise by laboring working in the Bible. From that you will learn to discern good from evil. Work as we read:

2Ti 2:15 Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.

253

Also, continue to do this all your life, just in case that man or any other man makes an error that the Holy Spirit will correct for you as you check your Bible yourself. We all make errors. But God in his grace corrects our errors. Put the Bible into the hands of God in your life by you reading your Bible so that God may use his Bible in your life to continually correct you throughout your life, and to protect you from the lies of others and lies even from your own heart. The Bible is our only source of truth. Our own heart is *not* a source of truth. And anybody else's heart is *not* a source of truth. As we read:

Jer 17: 9  The heart is deceitful above all *things*, and desperately wicked: who can know it?

10  I the LORD search the heart, *I* try the reins, even to give every man according to his ways, *and* according to the fruit of his doings.

Only the Bible is truth, and the only source of truth. Hang your whole life on Jesus through the Bible. Jesus fills the pages of it, and it is only Jesus who saves, and it is Jesus only as found on the pages of the Bible who is Truth. Hence, you should also be using your Bible to ensure that the author of this paper is not lying to you. Your eternal soul depends upon it. Read your Bible!!!

And if you find what appears to be a faithful teacher of the Bible after checking his words against the Bible for some time, then you may get a blessing by letting that man be a Bible teacher in your life. But, nevertheless, continue to check and re-check what that man says over time by keeping the Bible in front of you and actively in your mind and in your heart by repeatedly reading it personally and filling your heart with his thoughts. This will protect you from the lies of men and of Satan that can come along at any time in your life, and sanctify your own heart from your own sins and give to you increasing repentance from your own sins as well, both inwardly and outwardly in your life, and protect you from the lies of your own heart as well. No human teacher is perfect, continue to check any teacher in your life, and filter out his errors and any lies of his own heart that may unfortunately reach his mouth or a page written by him by depending upon your Bible as the only reliable source of absolute truth against which to check anything you hear or read from anyone else. This way we are putting God and Jesus who is God first, and neighbor second, as our priorities should be. If we put a man up to the level of the Bible, then we are engaging in idolatry and worshiping a man rather than God alone. You see, any false teacher is like an idol, because God likens God spiritually blind and spiritually deaf people to an actual idol made of silver or gold.

Ps 115:1 ¶ Not unto us, O LORD, not unto us, but unto thy name give glory, for thy mercy, *and* for thy truth's sake.

2   Wherefore should the heathen say, Where *is* now their God?

3   But our God *is* in the heavens: he hath done whatsoever he hath pleased.

4   Their idols *are* silver and gold, the work of men's hands.

5   They have mouths, but they speak not: eyes have they, but they see not:

6   They have ears, but they hear not: noses have they, but they smell not:

7   They have hands, but they handle not: feet have they, but they walk not: neither speak they through their throat.

8   They that make them are like unto them; *so is* every one that trusteth in them.

254

And God also likens these idol or spiritually blind so called "teachers" who teach the lies of heresy and serious false doctrine to beasts. As we read (in verse 12 we see the false teachers called brute beasts):

2Pe 2:1 ¶ But there were false prophets also among the people, even as there shall be false teachers among you, who privily shall bring in damnable heresies, even denying the Lord that bought them, and bring upon themselves swift destruction.

2   And many shall follow their pernicious ways; by reason of whom the way of truth shall be evil spoken of.

3 ¶ And through covetousness shall they with feigned words make merchandise of you: whose judgment now of a long time lingereth not, and their damnation slumbereth not.

4   For if God spared not the angels that sinned, but cast *them* down to hell, and delivered *them* into chains of darkness, to be reserved unto judgment;

5   And spared not the old world, but saved Noah the eighth *person*, a preacher of righteousness, bringing in the flood upon the world of the ungodly;

6   And turning the cities of Sodom and Gomorrha into ashes condemned *them* with an overthrow, making *them* an ensample unto those that after should live ungodly;

7 ¶ And delivered just Lot, vexed with the filthy conversation of the wicked:

8   (For that righteous man dwelling among them, in seeing and hearing, vexed *his* righteous soul from day to day with *their* unlawful deeds;)

9   The Lord knoweth how to deliver the godly out of temptations, and to reserve the unjust unto the day of judgment to be punished:

10 ¶ But chiefly them that walk after the flesh in the lust of uncleanness, and despise government. Presumptuous *are they*, selfwilled, they are not afraid to speak evil of dignities.

11   Whereas angels, which are greater in power and might, bring not railing accusation against them before the Lord.

12   But these, as natural brute beasts, made to be taken and destroyed, speak evil of the things that they understand not; and shall utterly perish in their own corruption;

13   And shall receive the reward of unrighteousness, *as they* that count it pleasure to riot in the day time. Spots *they are* and blemishes, sporting themselves with their own deceivings while they feast with you;

14   Having eyes full of adultery, and that cannot cease from sin; beguiling unstable souls: an heart they have exercised with covetous practices; cursed children:

15   Which have forsaken the right way, and are gone astray, following the way of Balaam *the son* of Bosor, who loved the wages of unrighteousness;

16   But was rebuked for his iniquity: the dumb ass speaking with man's voice forbad the madness of the prophet.

17   These are wells without water, clouds that are carried with a tempest; to whom the mist of darkness is reserved for ever.

18   For when they speak great swelling *words* of vanity, they allure through the lusts of the flesh, *through much* wantonness, those that were clean escaped from them who live in error.

19   While they promise them liberty, they themselves are the servants of corruption: for of whom a man is overcome, of the same is he brought in bondage.

255

20 For if after they have escaped the pollutions of the world through the knowledge of the Lord and Saviour Jesus Christ, they are again entangled therein, and overcome, the latter end is worse with them than the beginning.

21 For it had been better for them not to have known the way of righteousness, than, after they have known *it*, to turn from the holy commandment delivered unto them.

22 But it is happened unto them according to the true proverb, The dog *is* turned to his own vomit again; and the sow that was washed to her wallowing in the mire.

And the entire Bible book of Jude, which is just one chapter, says much about false teachers, as we read:

Jude 1 ¶ Jude, the servant of Jesus Christ, and brother of James, to them that are sanctified by God the Father, and preserved in Jesus Christ, *and* called:

2 Mercy unto you, and peace, and love, be multiplied.

3 ¶ Beloved, when I gave all diligence to write unto you of the common salvation, it was needful for me to write unto you, and exhort *you* that ye should earnestly contend for the faith which was once delivered unto the saints.

4 For there are certain men crept in unawares, who were before of old ordained to this condemnation, ungodly men, turning the grace of our God into lasciviousness, and denying the only Lord God, and our Lord Jesus Christ.

5 I will therefore put you in remembrance, though ye once knew this, how that the Lord, having saved the people out of the land of Egypt, afterward destroyed them that believed not.

6 And the angels which kept not their first estate, but left their own habitation, he hath reserved in everlasting chains under darkness unto the judgment of the great day.

7 Even as Sodom and Gomorrha, and the cities about them in like manner, giving themselves over to fornication, and going after strange flesh, are set forth for an example, suffering the vengeance of eternal fire.

8 ¶ Likewise also these *filthy* dreamers defile the flesh, despise dominion, and speak evil of dignities.

9 Yet Michael the archangel, when contending with the devil he disputed about the body of Moses, durst not bring against him a railing accusation, but said, The Lord rebuke thee.

10 But these speak evil of those things which they know not: but what they know naturally, as brute beasts, in those things they corrupt themselves.

11 Woe unto them! for they have gone in the way of Cain, and ran greedily after the error of Balaam for reward, and perished in the gainsaying of Core.

12 These are spots in your feasts of charity, when they feast with you, feeding themselves without fear: clouds *they are* without water, carried about of winds; trees whose fruit withereth, without fruit, twice dead, plucked up by the roots;

13 Raging waves of the sea, foaming out their own shame; wandering stars, to whom is reserved the blackness of darkness for ever.

14 And Enoch also, the seventh from Adam, prophesied of these, saying, Behold, the Lord cometh with ten thousands of his saints,

15 ¶ To execute judgment upon all, and to convince all that are ungodly among them of all their ungodly deeds which they have ungodly committed, and of all their hard *speeches* which ungodly sinners have spoken against him.

256

16 These are murmurers, complainers, walking after their own lusts; and their mouth speaketh great swelling *words*, having men's persons in admiration because of advantage.

17 But, beloved, remember ye the words which were spoken before of the apostles of our Lord Jesus Christ;

18 How that they told you there should be mockers in the last time, who should walk after their own ungodly lusts.

19 These be they who separate themselves, sensual, having not the Spirit.

20 But ye, beloved, building up yourselves on your most holy faith, praying in the Holy Ghost,

21 Keep yourselves in the love of God, looking for the mercy of our Lord Jesus Christ unto eternal life.

22 And of some have compassion, making a difference:

23 And others save with fear, pulling *them* out of the fire; hating even the garment spotted by the flesh.

24 Now unto him that is able to keep you from falling, and to present *you* faultless before the presence of his glory with exceeding joy.

25 To the only wise God our Saviour, *be* glory and majesty, dominion and power, both now and ever. Amen.

So listening to false teachers so that you trust them and do not check them out by reading your Bible and putting your Bible above these false teachers can easily become the sin of idolatry, especially if someone identifies a false doctrine by using the Bible directly in front of you and you nevertheless refuse to listen to that correction and instead continue to trust in that false teacher—in this case that teacher has indeed become an idol because you are putting him or her above the Bible and you have made him or her your god. You should repent of that idolatry. As we read:

1Joh 5:21 Little children, keep yourselves from idols. Amen.

This sin of idolatry can easily become the spiritual sin of bestiality or spiritual sex with a spiritual beast—because God calls a false teacher a beast, as we saw above in 2Pe 2:12. You see, the Bible's spiritual meaning for human sexuality is the implanting of the seed of the word of God into the womb or heart to bring life, and the suckling of the sincere milk of the word of God to grow thereby; and if we engage in such actions with a lying false teacher we are letting him put is spiritual penis into our spiritual vagina and plant his words into our hearts, where his lies bring "life" in his likeness, more believers of his lies. This life is not true life; rather it is the life of a beast. This actually seems to be the spiritual meaning of the following passage, at least as I presently see this passage:

Ecc 3:16 ¶ And moreover I saw under the sun the place of judgment, *that* wickedness *was* there; and the place of righteousness, *that* iniquity *was* there.

17 I said in mine heart, God shall judge the righteous and the wicked: for *there is* a time there for every purpose and for every work.

18 I said in mine heart concerning the estate of the sons of men, that God might manifest them, and that they might see that they themselves are beasts.

19 For that which befalleth the sons of men befalleth beasts; even one thing befalleth them: as the one dieth, so dieth the other; yea, they have all one breath; so that a man hath no preeminence above a beast: for all is vanity.

20 All go unto one place; all are of the dust, and all turn to dust again.

21 Who knoweth the spirit of man that goeth upward, and the spirit of the beast that goeth downward to the earth?

22 Wherefore I perceive that there is nothing better, than that a man should rejoice in his own works; for that is his portion: for who shall bring him to see what shall be after him?

Verse 16 of Ecc 3 above is saying that in the church there are beasts, because in the church there should be the preaching of righteousness and truth, but rather there is the preaching of lies and false doctrine, as that verse says "and the place of righteousness, that iniquity was there".

Then verse 17 is saying that God's program is for the church to go apostate because God has a purpose in that action to thereby show that God can and will get victory over such iniquity in judgment; this is the idea of "for there is a time there for every purpose and for every work." God allows every kind of thing to happen because God wishes to get victory over every kind of evil to thereby glorify the great righteous power of God in Jesus Christ.

Then in verse 18 God is saying that his program is to show to mankind that they are beasts—to thereby humble them that they might know that they are headed for the lake of fire and that they should repent and stop believing the lies of false teachers who are beasts and who beget beasts with their lies.

And in verse 19 God is saying that the "sons of men", which is a reference to the "Son of Man" and all who are brethren (the true believers, or elect, or bride of Christ, the son's of men) to that "Son of Man", Jesus Christ, had to die (Jesus took up his cross and said to the true believers to take up their cross and follow him—Mt 16:24), and that the beasts of the world, that is, the false teachers and those who are beasts because they believe the lies of these false teachers will die also—they can not escape the death that Jesus had to go through. They will be judged also.

Also verse 19 is saying that Jesus Christ had to die just like a beast (here each member of humanity is being called a beast) in order to take on the sins of the elect who are beasts so that Jesus Christ could give to the elect his righteousness and thereby make them into true men, who are no longer beasts because they now have the righteousness of Jesus Christ.

Verse 20 is saying that both men and beast must return to the dust. This is a picture of the fact that the body of Christ, the church, returns to the dust where the dust are the unsaved that are to fill the church—the corporate church being thought of as the body of Christ—at the end of time when the corporate church becomes apostate because it is overrun by false gospels and false believers and the true believers (who are referred to as men in verse 20) are taken down in a symbolic death, as though Jesus's own body was returning to the dust so that both men who are the true believers and the beasts who are the unbelievers and false teachers all return to the dust, the dust being mankind in Adam, who was made from the dust. As we read:

Gen 3: 19 In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt thou return.

Jesus must fulfill this curse that was on Adam also, as well as all curses on the elect, in our place if he is to be the atonement for the elect taken out of Adam or mankind. Jesus fulfills this curse through his body, the corporate church, returning to the dust of the unsaved who God sovereignty determines shall overrun the church at the end of time. We also understand in the Bible an opposite sounding truth concerning that Jesus will lose none of the elect as we read that his body saw no corruption. As we read:

Ps 16: 8 ¶ I have set the LORD always before me: because he is at my right hand, I shall not be moved.

9 Therefore my heart is glad, and my glory rejoiceth: my flesh also shall rest in hope.

10 For thou wilt not leave my soul in hell; neither wilt thou suffer thine Holy One to see corruption.

11 Thou wilt shew me the path of life: in thy presence is fulness of joy; at thy right hand there are pleasures for evermore.

And quoting from that Psalm now in Acts:

Acts 2: 25 For David speaketh concerning him, I foresaw the Lord always before my face, for he is on my right hand, that I should not be moved:

26 Therefore did my heart rejoice, and my tongue was glad; moreover also my flesh shall rest in hope:

27 Because thou wilt not leave my soul in hell, neither wilt thou suffer thine Holy One to see corruption.

28 Thou hast made known to me the ways of life; thou shalt make me full of joy with thy countenance.

29 Men and brethren, let me freely speak unto you of the patriarch David, that he is both dead and buried, and his sepulchre is with us unto this day.

30 Therefore being a prophet, and knowing that God had sworn with an oath to him, that of the fruit of his loins, according to the flesh, he would raise up Christ to sit on his throne;

31 He seeing this before spake of the resurrection of Christ, that his soul was not left in hell, neither his flesh did see corruption.

Ac 13:36 For David, after he had served his own generation by the will of God, fell on sleep, and was laid unto his fathers, and saw corruption:

37 But he, whom God raised again, saw no corruption.

Verse 21 in Ecc 3 some distance above is a rhetorical question that should be answered by saying that unsaved men who are beasts do not realize that they are going to hell, but the true elect know to some degree that pure doctrine is an indicator as to who are going to hell, and the beasts who are false teachers and the beasts who that false-teacher-beast begets by his lying sperm in the wombs of his listeners will die and go to hell because they do not have the true life that comes from the true seed of copulation, the manna from heaven, Jesus Christ as revealed in the Bible, the Word of God.

259

Verse 22 is saying that Jesus rejoices very greatly in the idea of this very, very close friend that he will have in this very beautifully humble and yet awesomely spiritually pure and spiritually knowledgeable wife—this wife who is the work of his hands as the dross of her sins and to purify her—that he does not care any bit about the suffering ahead that he must suffer to get her. His mind is on her such that the suffering that he must go through to get her seems like nothing in comparison to the thought of the joy of having her for his wife. As we read:

Heb 12:2 Looking unto Jesus the author and finisher of *our* faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.

Php 4:1 ¶ Therefore, my brethren dearly beloved and longed for, my joy and crown, so stand fast in the Lord, my dearly beloved.

1Th 2:19 For what *is* our hope, or joy, or crown of rejoicing? *Are* not even ye in the presence of our Lord Jesus Christ at his coming?

Ex 9:9 Live joyfully with the wife whom thou lovest all the days of the life of thy vanity, which he hath given thee under the sun, all the days of thy vanity: for that *is* thy portion in *this* life, and in thy labour which thou takest under the sun.

Ex 2:10 And whatsoever mine eyes desired I kept not from them, I withheld not my heart from any joy; for my heart rejoiced in all my labour: and this was my portion of all my labour.

Ex 2:24 *There is* nothing better for a man, *than* that he should eat and drink, and *that* he should make his soul enjoy good in his labour. This also I saw, that it *was* from the hand of God.

Ex 3:13 And also that every man should eat and drink, and enjoy the good of all his labour, it *is* the gift of God.

Ex 5:18 ¶ Behold *that* which I have seen: it *is* good and comely: *for one* to eat and to drink, and to enjoy the good of all his labour that he taketh under the sun all the days of his life, which God giveth him: for it *is* his portion.

Pr 5:18 Let thy fountain be blessed: and rejoice with the wife of thy youth.
19 *Let her be* as the loving hind and pleasant roe; let her breasts satisfy thee at all times; and be thou ravished always with her love.

Gen 29:20 And Jacob served seven years for Rachel; and they seemed unto him *but* a few days, for the love he had to her.

So 8:6 Set me as a seal upon thine heart, as a seal upon thine arm: for love *is* strong as death; jealousy *is* cruel as the grave: the coals thereof *are* coals of fire, *which hath a* most vehement flame.

---

260

7 Many waters cannot quench love, neither can the floods drown it: if a man would give all the substance of his house for love, it would utterly be contemned.

1Co 13:4 ¶ Charity suffereth long, *and* is kind; charity envieth not; charity vaunteth not itself, is not puffed up,
5 Doth not behave itself unseemly, seeketh not her own, is not easily provoked, thinketh no evil;
6 Rejoiceth not in iniquity, but rejoiceth in the truth;
7 Beareth all things, believeth all things, hopeth all things, endureth all things.
8 ¶ Charity never faileth: . . . .

Eph 5:2 And walk in love, as Christ also hath loved us, and hath given himself for us an offering and a sacrifice to God for a sweetsmelling savour.

Rom 5:8 But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us.

See how greatly Jesus loves his Bride the true believers!!! Notice in 1Co 13 verse 6 quoted above that charity, which is another King James Bible word for love, rejoices in the truth, and not in iniquity (iniquity would be lies and any false way or sin). Hence, Jesus wants the heart of his wife to be filled with *truth*, and this is why he loves her—because her heart is filled with the Truth itself, Jesus, who has entered her and filled her heart with truth and the love for truth. His bride loves Jesus because Jesus loved her first and put his love for truth into her heart thereby causing her to love him, because he is Truth itself. This is what the Bible is talking about when we read the phrase "the love of the truth so as to be saved". We find this phrase as follows:

2Th 2:9 *Even him*, whose coming is after the working of Satan with all power and signs and lying wonders,
10 And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.
11 And for this cause God shall send them strong delusion, that they should believe a lie:
12 That they all might be damned who believed not the truth, but had pleasure in unrighteousness.

You see, 2Th 2:10 is talking about people who do *not* receive the love of the truth so as to be saved. These are people who love the wrong kind of pleasure as verse 2Th 2:12 is saying. They are loving the wrong spiritual sexual pleasure of bestiality as they love the lies of their false teachers who are beasts, whom 2 Peter and Jude speak of. True and pure spiritual sexual pleasure comes from loving the truth of the Bible. Then Jesus will love us as he sees our huge spiritual breasts filled with the sincere milk of the Word, the Truth of the Bible. Our spiritual figure will attract him greatly as he sees in our hearts those huge breasts filled with truth and love for truth. Then we are truly a member of the Bride of Christ, and we are truly beautiful and very attractive in his eyes.

Simply speaking of love between two humans, there are three types of love. The greatest of these three loves is *heart* love. The second is *knowledge* love. The third is *physical sexual* love. Between Jesus and his Bride there seems to be only *heart* love and

261

knowledge love; the Bible eliminates the idea of physical sex from heaven in Mt 22:30, which says:

Mt 22:30 For in the resurrection they neither marry, nor are given in marriage, but are as the angels of God in heaven.

And thus Greek word for the greatest love identified as agape in the Greek, which theologians like to call "unconditional love" I prefer to call heart love. And that Greek word for friend-ship love that is less than true Peter's love is philo, which I would compare to knowledge love. In other words, we like someone because we know them somewhat, but are not in the state of mind such that we would die for them; or at least, so we think. A deep heart love commits someone to die for the one they so love. You may realize that when Jesus was confronting Peter to restore Peter to service of the true Gospel and love towards Jesus in John 21 Peter kept using the word phileo, even though Jesus asked twice whether Peter had agape love towards him. Finally, Jesus asked Peter if Peter had phileo love towards Jesus. Peter's use of that term phileo is surely motivated in Peter's heart because of this fall in denying Jesus three times. And now Jesus is lovingly restoring Peter. But Peter is using that term phileo because he failed to die for Jesus, but rather denied Jesus three times. Hence Peter is too embarrassed to use that term agape, so he uses the lesser term phileo. But what Peter does not understand, and why the third time Jesus asked if Peter had phileo love towards him, is that even phileo love, or friendship love, though a lesser love, if that friendship is true from the heart, implies some true heart love as well. Peter just could not see that true heart love that was still in him towards Jesus. But that faint heart love for Jesus was still there in Peter's heart nevertheless; this must be so because Jesus had prayed for Peter that his faith fail not, as we read:

Lu 22:32 But I have prayed for thee, that thy faith fail not: and when thou art converted, strengthen thy brethren.

Jesus is the ultimate man of infinite strength and power and wisdom. And, even with this infinite strength and power Jesus shows infinite tenderness and gentleness and love towards Peter as he restores Peter to service of the true Gospel and love towards Jesus and towards the believers of Jesus. This infinite gentleness is in view in what seems to be my most cherished verse in the all the Bible, which is written only in Matthew, and says:

Mt 12:20 A bruised reed shall he not break, and smoking flax shall he not quench, till he send forth judgment unto victory.

This verse shows infinite gentleness in the context of infinite power. Jesus will never hurt nor harm, but only lovingly discipline as needed, any true believer or elect. Yet just like the absolutely perfect infinite power of Jesus' infinite power, and when a true believer's hope and faith is very low (such as Peter's faith in John 21) such as represented by a bruised reed or smoking flax mentioned in Mt 12:20, Jesus will never harm that precious but weak faith and weak hope hidden within the heart of that person; rather in due time Jesus will strengthen that weak faith and that weak hope so that we see the resulting true love that also follows and it is still hidden weakly within that heart and needs to be restored along

262

with that weak faith and weak hope. Then we have a stronger faith, a stronger hope, and a stronger love. These things in fact result from trials that Jesus brings us through to strength us. But, even as he brings us through these trials he will never break a bruised reed nor quench a smoking flax. Jesus is infinitely wise so that in his discipline towards a true believer the true believer may suppose that what he or she is going through is very harsh and not gentle at all; but be certain that if Jesus were not using his infinite gentleness towards you he would have destroyed you long ago. He will only do what is good to his true believers; though these good trials may be very, very difficult and not seem at all good at the time we are going though them. These trials can be very harsh, such as the loss of a child or spouse or our health or the health of a loved one or the loss of the health of a loved one and then the resulting added burden of taking care of that sick loved one for who knows how long. Or maybe we lose our job and are out on the street homeless. Jesus' infinite gentleness is nevertheless in all of these great trials that even true believers may be required of God to go through; but we may not understand that. Jesus is like the absolutely perfect surgeon who never makes an error with his knife, and who always successfully corrects the problem perfectly. You see, a perfect surgeon must have both great strength and great gentleness to control that knife perfectly so that he makes no error nor slips with that knife. Jesus is that infinitely powerful and infinitely gentle surgeon who only does his true believers good by his love towards them. As we read:

Jam 1:2 ¶ My brethren, count it all joy when ye fall into divers temptations;
3 Knowing this, that the trying of your faith worketh patience.
4 But let patience have her perfect work, that ye may be perfect and entire, wanting nothing.

Heb 12: 1 ¶ Wherefore seeing we also are compassed about with so great a cloud of witnesses, let us lay aside every weight, and the sin which doth so easily beset us, and let us run with patience the race that is set before us,
2 Looking unto Jesus the author and finisher of our faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.
3 For consider him that endured such contradiction of sinners against himself, lest ye be wearied and faint in your minds.
4 ¶ Ye have not yet resisted unto blood, striving against sin.
5 And ye have forgotten the exhortation which speaketh unto you as unto children, My son, despise not thou the chastening of the Lord, nor faint when thou art rebuked of him:
6 For whom the Lord loveth he chasteneth, and scourgeth every son whom he receiveth.
7 If ye endure chastening, God dealeth with you as with sons; for what son is he whom the father chasteneth not?
8 But if ye be without chastisement, whereof all are partakers, then are ye bastards, and not sons.
9 Furthermore we have had fathers of our flesh which corrected us, and we gave them reverence: shall we not much rather be in subjection unto the Father of spirits, and live?
10 For they verily for a few days chastened us after their own pleasure; but he for our profit, that we might be partakers of his holiness.

263

11 Now no chastening for the present seemeth to be joyous, but grievous: nevertheless afterward it yieldeth the peaceable fruit of righteousness unto them which are exercised thereby.
12 Wherefore lift up the hands which hang down, and the feeble knees;
13 And make straight paths for your feet, lest that which is lame be turned out of the way; but let it rather be healed.
14 Follow peace with all *men*, and holiness, without which no man shall see the Lord:
15 Looking diligently lest any man fail of the grace of God; lest any root of bitterness springing up trouble *you*, and thereby many be defiled;
16 Lest there be any fornicator, or profane person, as Esau, who for one morsel of meat sold his birthright.
17 For ye know how that afterward, when he would have inherited the blessing, he was rejected: for he found no place of repentance, though he sought it carefully with tears.

1Pe 1:7 That the trial of your faith, being much more precious than of gold that perisheth, though it be tried with fire, might be found unto praise and honour and glory at the appearing of Jesus Christ:

1P 4:12 ¶ Beloved, think it not strange concerning the fiery trial which is to try you, as though some strange thing happened unto you:
13 But rejoice, inasmuch as ye are partakers of Christ's sufferings; that, when his glory shall be revealed, ye may be glad also with exceeding joy.
14 If ye be reproached for the name of Christ, happy *are* ye; for the spirit of glory and of God resteth upon you: on their part he is evil spoken of, but on your part he is glorified.
15 But let none of you suffer as a murderer, or *as* a thief, or *as* an evildoer, or as a busybody in other men's matters.
16 Yet if *any man suffer* as a Christian, let him not be ashamed; but let him glorify God on this behalf.
17 For the time *is come* that judgment must begin at the house of God: and if it first *begin* at us, what shall the end be of them that obey not the gospel of God?
18 And if the righteous scarcely be saved, where shall the ungodly and the sinner appear?
19 Wherefore let them that suffer according to the will of God commit the keeping of their souls *to him* in well doing, as unto a faithful Creator.

1Pe 5:5 ¶ Likewise, ye younger, submit yourselves unto the elder. Yea, all *of you* be subject one to another, and be clothed with humility: for God resisteth the proud, and giveth grace to the humble.
6 Humble yourselves therefore under the mighty hand of God, that he may exalt you in due time:
7 Casting all your care upon him; for he careth for you.
8 ¶ Be sober, *be* vigilant; because your adversary the devil, as a roaring lion, walketh about, seeking whom he may devour:
9 Whom resist stedfast in the faith, knowing that the same afflictions are accomplished in your brethren that are in the world.
10 ¶ But the God of all grace, who hath called us unto his eternal glory by Christ Jesus, after that ye have suffered a while, make you perfect, stablish, strengthen, settle *you.*

264

11 To him *be* glory and dominion for ever and ever. Amen.

Rom 8:28 And we know that all things work together for good to them that love God, to them who are the called according to *his* purpose.
29 ¶ For whom he did foreknow, he also did predestinate *to be* conformed to the image of his Son, that he might be the firstborn among many brethren.
30 Moreover whom he did predestinate, them he also called: and whom he called, them he also justified: and whom he justified, them he also glorified.
31 ¶ What shall we then say to these things? If God *be* for us, who *can be* against us?
32 He that spared not his own Son, but delivered him up for us all, how shall he not with him also freely give us all things?
33 Who shall lay any thing to the charge of God's elect? *It is* God that justifieth.
34 Who *is* he that condemneth? *It is* Christ that died, yea rather, that is risen again, who is even at the right hand of God, who also maketh intercession for us.
35 Who shall separate us from the love of Christ? *shall* tribulation, or distress, or persecution, or famine, or nakedness, or peril, or sword?
36 As it is written, For thy sake we are killed all the day long; we are accounted as sheep for the slaughter.
37 Nay, in all these things we are more than conquerors through him that loved us.
38 For I am persuaded, that neither death, nor life, nor angels, nor principalities, nor powers, nor things present, nor things to come,
39 Nor height, nor depth, nor any other creature, shall be able to separate us from the love of God, which is in Christ Jesus our Lord.

See how much Jesus loves his true believers, even though they may go through great trials? And we must, absolutely must remember that Jesus told us to take up our cross to follow him—this means that he took up all suffering for us first in order to love us on his cross, and he is only asking us to return his love towards him as he asks us to live and die for him, first above all. This is the love of Jesus capturing the hearts of the elect so that they are willing to die for him just as he died for them. This is the perfection of love between Jesus and his Bride, so that we see each each spouse, Jesus and his Bride, loves the other with true heart love unto death. Would a woman be good enough for her husband if her husband was willing to die for her but she was not willing to die for him? I say NO!!!. I say, Oh man, do not marry that woman; she is not worthy of you!!! If Jesus is willing to die for me, then please Jesus put your love into my heart so that I become willing to die for you. May your love for Jesus prevail in my heart towards you Jesus. Oh Jesus help me to love you this way!!! This is how Peter needed to pray rather than boast that he would die for Jesus. Peter boasted and Jesus' wisdom was to cause that boast to fail; that way Jesus was teaching Peter what is truly required for the love of Jesus. This is a very humbling lesson and we are all subject to learning just like Peter. Only Jesus can put that power to die for him into our heart and not we our self. Only Jesus can give his heart love towards us so that we can return that heart love towards him. We do not have the power nor life nor righteousness of our self to love Jesus. We only love him because he loves us first and puts that love into our hearts. Peter was trying to love Jesus in his own strength and so he failed. This is true of all true believers; no true believer can love Jesus of his or her own strength. If we could love Jesus of our own strength, then we would be contributing to our own salvation and so salvation would, in that case, not be only of grace, but we would then have a damnable works gospel that will send us to

265

hell. This is why the doctrines of total depravity, election, and limited atonement must be true to the uttermost. This gives all the glory and credit to the love of Jesus and gives no glory nor credit to man, who is a worm and deserves nothing but hell.

We read in John 11 about the resurrection of Lazarus from the dead. There we read that Jesus loved Lazarus. But was that love enough to keep Lazarus from dying? Jesus loved Lazarus greatly, yet Jesus' plan was that Lazarus die. This was to give glory to God. This was a trial for Lazarus; but it did not mean that Jesus did not love Lazarus very much. Jesus did love Lazarus very much. Let us read this passage from John 11:

Joh 11: 1 ¶ Now a certain man was sick, named Lazarus, of Bethany, the town of Mary and her sister Martha.
2 (It was that Mary which anointed the Lord with ointment, and wiped his feet with her hair, whose brother Lazarus was sick.)
3 Therefore his sisters sent unto him, saying, Lord, behold, he whom thou lovest is sick.
4 When Jesus heard that, he said, This sickness is not unto death, but for the glory of God, that the Son of God might be glorified thereby.
5 Now Jesus loved Martha, and her sister, and Lazarus.
6 When he had heard therefore that he was sick, he abode two days still in the same place where he was.
7 Then after that saith he to his disciples, Let us go into Judaea again.
8 His disciples say unto him, Master, the Jews of late sought to stone thee; and goest thou thither again?
9 Jesus answered, Are there not twelve hours in the day? If any man walk in the day, he stumbleth not, because he seeth the light of this world.
10 But if a man walk in the night, he stumbleth, because there is no light in him.
11 These things said he: and after that he saith unto them, Our friend Lazarus sleepeth; but I go, that I may awake him out of sleep.
12 Then said his disciples, Lord, if he sleep, he shall do well.
13 Howbeit Jesus spake of his death: but they thought that he had spoken of taking of rest in sleep.
14 Then said Jesus unto them plainly, Lazarus is dead.
15 And I am glad for your sakes that I was not there, to the intent ye may believe; nevertheless let us go unto him.
16 Then said Thomas, which is called Didymus, unto his fellowdisciples, Let us also go, that we may die with him.
17 ¶ Then when Jesus came, he found that he had lain in the grave four days already.
18 Now Bethany was nigh unto Jerusalem, about fifteen furlongs off:
19 And many of the Jews came to Martha and Mary, to comfort them concerning their brother.
20 Then Martha, as soon as she heard that Jesus was coming, went and met him: but Mary sat still in the house.
21 Then said Martha unto Jesus, Lord, if thou hadst been here, my brother had not died.
22 But I know, that even now, whatsoever thou wilt ask of God, God will give it thee.
23 Jesus saith unto her, Thy brother shall rise again.
24 Martha saith unto him, I know that he shall rise again in the resurrection at the last day.

266

25 Jesus said unto her, I am the resurrection, and the life: he that believeth in me, though he were dead, yet shall he live:
26 And whosoever liveth and believeth in me shall never die. Believest thou this?
27 She saith unto him, Yea, Lord: I believe that thou art the Christ, the Son of God, which should come into the world.
28 And when she had so said, she went her way, and called Mary her sister secretly, saying, The Master is come, and calleth for thee.
29 As soon as she heard that, she arose quickly, and came unto him.
30 Now Jesus was not yet come into the town, but was in that place where Martha met him.
31 The Jews then which were with her in the house, and comforted her, when they saw Mary, that she rose up hastily and went out, followed her, saying, She goeth unto the grave to weep there.
32 Then when Mary was come where Jesus was, and saw him, she fell down at his feet, saying unto him, Lord, if thou hadst been here, my brother had not died.
33 When Jesus therefore saw her weeping, and the Jews also weeping which came with her, he groaned in the spirit, and was troubled.
34 And said, Where have ye laid him? They said unto him, Lord, come and see.
35 Jesus wept.
36 Then said the Jews, Behold how he loved him!
37 And some of them said, Could not this man, which opened the eyes of the blind, have caused that even this man should not have died?
38 Jesus therefore again groaning in himself cometh to the grave. It was a cave, and a stone lay upon it.
39 Jesus said, Take ye away the stone. Martha, the sister of him that was dead, saith unto him, Lord, by this time he stinketh: for he hath been dead four days.
40 Jesus saith unto her, Said I not unto thee, that, if thou wouldest believe, thou shouldest see the glory of God?
41 Then they took away the stone from the place where the dead was laid. And Jesus lifted up his eyes, and said, Father, I thank thee that thou hast heard me.
42 And I knew that thou hearest me always: but because of the people which stand by I said it, that they may believe that thou hast sent me.
43 And when he thus had spoken, he cried with a loud voice, Lazarus, come forth.
44 And he that was dead came forth, bound hand and foot with graveclothes: and his face was bound about with a napkin. Jesus saith unto them, Loose him, and let him go.
45 ¶ Then many of the Jews which came to Mary, and had seen the things which Jesus did, believed on him.

You see, Lazarus could not rise from the dead nor avoid death simply by Lazarus' own strength responding to Jesus love. Lazarus had no strength to avoid death, nor did he have the strength to rise again from the dead in response to Jesus love for him. Only when Jesus said "Lazarus, come forth" in verse 43 did Lazarus receive physical life and physical power to respond to the love that Jesus had for him. Likewise for all obedience in the life of a true believer; that obedience is in response to Jesus saying "come forth". This why we read in the great chapter on the resurrection in the Bible, I Co 15, the following:

267

1Co 15.34 Awake to righteousness, and sin not; for some have not the knowledge of God: I speak *this* to your shame.

This is why we need to fill our hearts with the words of the Bible, because from these words you can read all to us come forth, and to awake to righteousness and to sin not. The Bible are the words of life. These words bring life. Read you Bible, repent and believe the true Gospel and be saved from eternal damnation!!! As we read:

Joh 6: 60 ¶ Many therefore of his disciples, when they had heard *this*, said, This is an hard saying; who can hear it?
61 When Jesus knew in himself that his disciples murmured at it, he said unto them, Doth this offend you?
62 *What* and if ye shall see the Son of man ascend up where he was before?
63 It is the spirit that quickeneth; the flesh profiteth nothing; the words that I speak unto you, *they* are spirit, and *they are life.*

Rom 6: 1 ¶ What shall we say then? Shall we continue in sin, that grace may abound?
2 God forbid. How shall we, that are dead to sin, live any longer therein?
3 Know ye not, that so many of us as were baptized into Jesus Christ were baptized into his death?
4 Therefore we are buried with him by baptism into death: that like as Christ was raised up from the dead by the glory of the Father, even so we also should walk in newness of life.
5 For if we have been planted together in the likeness of his death, we shall be also *in the likeness of his resurrection*:
6 Knowing this, that our old man is crucified with *him*, that the body of sin might be destroyed, that henceforth we should not serve sin.
7 For he that is dead is freed from sin.
8 Now if we be dead with Christ, we believe that we shall also live with him:
9 Knowing that Christ being raised from the dead dieth no more; death hath no more dominion over him.
10 For in that he died, he died unto sin once: but in that he liveth, he liveth unto God.
11 Likewise reckon ye also yourselves to be dead indeed unto sin, but alive unto God through Jesus Christ our Lord.
12 Let not sin therefore reign in your mortal body, that ye should obey it in the lusts thereof.
13 Neither yield ye your members *as* instruments of unrighteousness unto sin: but yield yourselves unto God, as those that are alive from the dead, and your members *as* instruments of righteousness unto God.
14 For sin shall not have dominion over you: for ye are not under the law, but under grace.
15 What then? shall we sin, because we are not under the law, but under grace? God forbid.
16 Know ye not, that to whom ye yield yourselves servants to obey, his servants ye are to whom ye obey; whether of sin unto death, or of obedience unto righteousness?
17 But God be thanked, that ye were the servants of sin, but ye have obeyed from the heart that form of doctrine which was delivered you.
18 Being then made free from sin, ye became the servants of righteousness.

268

19 I speak after the manner of men because of the infirmity of your flesh: for as ye have yielded your members servants to uncleanness and to iniquity unto iniquity; even so now yield your members servants to righteousness unto holiness.
20 For when ye were the servants of sin, ye were free from righteousness.
21 What fruit had ye then in those things whereof ye are now ashamed? for the end of those things *is* death.
22 But now being made free from sin, and become servants to God, ye have your fruit unto holiness, and the end everlasting life.
23 For the wages of sin *is* death; but the gift of God *is* eternal life through Jesus Christ our Lord.

Eph 2:1 ¶ And you *hath he quickened*, who were dead in trespasses and sins;
2 Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience:
3 Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind; and were by nature the children of wrath, even as others.
4 ¶ But God, who is rich in mercy, for his great love wherewith he loved us,
5 Even when we were dead in sins, hath quickened us together with Christ, (by grace ye are saved;)
6 And hath raised us up together, and made us sit together in heavenly *places* in Christ Jesus:

Rom 8:1 ¶ *There is* therefore now no condemnation to them which are in Christ Jesus, who walk not after the flesh, but after the Spirit.
2 For the law of the Spirit of life in Christ Jesus hath made me free from the law of sin and death.
3 For what the law could not do, in that it was weak through the flesh, God sending his own Son in the likeness of sinful flesh, and for sin, condemned sin in the flesh:
4 That the righteousness of the law might be fulfilled in us, who walk not after the flesh, but after the Spirit.
5 For they that are after the flesh do mind the things of the flesh; but they that are after the Spirit the things of the Spirit.
6 For to be carnally minded *is* death; but to be spiritually minded *is* life and peace.
7 Because the carnal mind *is* enmity against God: for it is not subject to the law of God, neither indeed can be.
8 So then they that are in the flesh cannot please God.
9 But ye are not in the flesh, but in the Spirit, if so be that the Spirit of God dwell in you. Now if any man have not the Spirit of Christ, he is none of his.
10 ¶ And if Christ *be* in you, the body *is* dead because of sin; but the Spirit is life because of righteousness.
11 But if the Spirit of him that raised up Jesus from the dead dwell in you, he that raised up Christ from the dead shall also quicken your mortal bodies by his Spirit that dwelleth in you.
12 Therefore, brethren, we are debtors, not to the flesh, to live after the flesh.
13 For if ye live after the flesh, ye shall die: but if ye through the Spirit do mortify the deeds of the body, ye shall live.

269

14 For as many as are led by the Spirit of God, they are the sons of God.
15 For ye have not received the spirit of bondage again to fear; but ye have received the Spirit of adoption, whereby we cry, Abba, Father.
16 The Spirit itself beareth witness with our spirit, that we are the children of God:
17 ¶ And if children, then heirs; heirs of God, and joint-heirs with Christ; if so be that we suffer with *him*, that we may be also glorified together.
18 For I reckon that the sufferings of this present time *are* not worthy *to be compared* with the glory which shall be revealed in us.

Now Romans 7 (not quoted above) teaches that true believers struggle with sin in their lives. Yet, Romans 7 teaches that the mind of Christ must be in a believer for them to be a true believer such that that struggle is sincere. And the required presence of the mind of Christ in a true believer is what Romans 8 follows up on based on the logical foundation laid in Romans 7. Romans 7 reads:

Rom 7:1 ¶ Know ye not, brethren, (for I speak to them that know the law,) how that the law hath dominion over a man as long as he liveth?
2 For the woman which hath an husband is bound by the law to *her* husband so long as he liveth; but if the husband be dead, she is loosed from the law of *her* husband.
3 So then if, while *her* husband liveth, she be married to another man, she shall be called an adulteress: but if her husband be dead, she is free from that law; so that she is no adulteress, though she be married to another man.
4 Wherefore, my brethren, ye also are become dead to the law by the body of Christ; that ye should be married to another, *even* to him who is raised from the dead, that we should bring forth fruit unto God.
5 For when we were in the flesh, the motions of sins, which were by the law, did work in our members to bring forth fruit unto death.
6 But now we are delivered from the law, that being dead wherein we were held; that we should serve in newness of spirit, and not *in* the oldness of the letter.
7 ¶ What shall we say then? *Is* the law sin? God forbid. Nay, I had not known sin, but by the law: for I had not known lust, except the law had said, Thou shalt not covet.
8 But sin, taking occasion by the commandment, wrought in me all manner of concupiscence. For without the law sin *was* dead.
9 For I was alive without the law once: but when the commandment came, sin revived, and I died.
10 And the commandment, which *was ordained* to life, I found *to be* unto death.
11 For sin, taking occasion by the commandment, deceived me, and by it slew *me*.
12 Wherefore the law is holy, and the commandment holy, and just, and good.
13 Was then that which is good made death unto me? God forbid. But sin, that it might appear sin, working death in me by that which is good; that sin by the commandment might become exceeding sinful.
14 ¶ For we know that the law is spiritual: but I am carnal, sold under sin.
15 For that which I do I allow not: for what I would, that do I not; but what I hate, that do I.
16 If then I do that which I would not, I consent unto the law that *it is* good.
17 Now then it is no more I that do it, but sin that dwelleth in me.
18 For I know that in me (that is, in my flesh,) dwelleth no good thing: for to will is present with me; but *how* to perform that which is good I find not.

270

19 For the good that I would I do not: but the evil which I would not, that I do.
20 Now if I do that I would not, it is no more I that do it, but sin that dwelleth in me.
21 I find then a law, that, when I would do good, evil is present with me.
22 For I delight in the law of God after the inward man:
23 But I see another law in my members, warring against the law of my mind, and bringing me into captivity to the law of sin which is in my members.
24 O wretched man that I am! who shall deliver me from the body of this death?
25 I thank God through Jesus Christ our Lord. So then with the mind I myself serve the law of God; but with the flesh the law of sin.

This whole matter of the presence of a sincere struggle against sin is central to the whole matter of knowing one's calling and election sure. There are a few principles in the whole matter that make this struggle against sin as well as the struggle to make one's calling and election sure difficult to begin to understand, and impossible to fully understand for any human (it must go all the way to the Godhead and so greatly over our heads). Because if we did understand all the nuts and bolts of the process of making one's calling and election sure, that would be equivalent to understanding how Jesus rose Lazarus from the dead. This equivalence is because repentance and obedience are truly a kind of resurrection that only God in his infinite power can do—salvation and sanctification and increasing obedience in the life of a true believer is an answer to prayer that God gives if and when he is pleased—and we beg God for this as we seek to make our calling and election sure as we struggle against sin in life and against lies in our hearts as we seek a purer faith in and of Jesus before Almighty God.

Here are some of these helpful principles: 1) Sins are not all equal; some are very minor, and some are medium, and some are very serious. 2) All sin is hatful before God and no matter how small will justly send a person to hell or the eternal lake of fire if they are not truly saved in the true Jesus of the Bible. 3) True believers are members of the family of God, and just like a healthy family over looks small matters as though they never happened most of the time (even small matters may get some mention once in a while, but not necessarily) in order to increase peace and love and joy, so God relates the same way towards his believers—so that they are not tormented over tiny little things; the peace in a true believer's heart is far more important to God than dealing with little tiny sins. 4) Consequently, God's grace and love prevails in the family of God so that tiny little sins get no mention and do not disturb God at all concerning *true believers*, that is; God's joy remains full towards us. 5) Nevertheless, God may at any time in the life of a true believer bring to his or her attention what appears to be a tiny little sin and give that true believer a strong hatred for that apparently small sin because for God's loving purposes God may wish to bring sanctification and obedience into that believer in that area of that believer's life—so that believer that tiny little sin may no longer seem so tiny and God may be working in that believer's life. 6) When two true believers meet and one is concerned about a tiny little sin, and another is not, the two should not argue, but rather the believer who is not concerned should support the concern of the believer who is concerned—we do not want to oppose the life giving process that God works in the hearts of other believers as God increases our repentance and obedience in our hearts and lives. 7) And the believer who is concerned over the apparently tiny sin should not judge nor condemn the other believer who is not so concerned. 8) Since some sins are not so tiny, difficult situations must occur in the life of a believer or believers over these bigger

271

sins that truly do cast doubt in the matter of making our calling and election sure and should drive a true believer to prayer and greater struggle over and against sin in a pursuit for increased repentance and more assurance before Almighty God in a true believer's heart.

For principle 1) mentioned above concerning that not all sins are equal—many believer's seem to have trouble believing this principle, but the support in the Bible for this principle is very easy to see. So consider the following passage:

Joh 19:11 Jesus answered, Thou couldest have no power *at all* against me, except it were given thee from above: therefore he that delivered me unto thee hath the greater sin.

Here in Joh 19:11 we see Jesus talking to Pilot and Jesus clearly classifies sins by saying that those who delivered Jesus to Pilot had the *greater* sin. So the classification between the sins of the people who delivered Jesus to Pilot, and Pilot's own sin in the matter of bringing Jesus to the cross establishes that these two sins are not equal. The people actually have the greater sin. These people are the false accusers. Pilot is merely a government official trying to do his job, poor guy.

Or consider:

Lu 12:41 ¶ Then Peter said unto him, Lord, speakest thou this parable unto us, or even to all?

42 And the Lord said, Who then is that faithful and wise steward, whom *his* lord shall make ruler over his household, to give *them their* portion of meat in due season?

43 Blessed *is* that servant, whom his lord when he cometh shall find so doing.

44 Of a truth I say unto you, that he will make him ruler over all that he hath.

45 But and if that servant say in his heart, My lord delayeth his coming; and shall begin to beat the menservants and maidens, and to eat and drink, and to be drunken;

46 The lord of that servant will come in a day when he looketh not for *him*, and at an hour when he is not aware, and will cut him in sunder, and will appoint him his portion with the unbelievers.

47 And that servant, which knew his lord's will, and prepared not *himself*, neither did according to his will, shall be beaten with many *stripes*.

48 But he that knew not, and did commit things worthy of stripes, shall be beaten with few *stripes*. For unto whomsoever much is given, of him shall be much required: and to whom men have committed much, of him they will ask the more.

Verses 47 and 48 of Lu 12 clearly show that punishment in hell will be less for sins of ignorance, and greater for sins of knowledge. These sins are not equal and their respective punishments are not equal. You may ask: How can punishment be different in hell or the lake of fire? Do not all suffer equally in the lake of fire? Consider the following example to answer that question. If two people are sentenced to breaking rocks with a sledge hammer such that one must produce 100 kilograms of broken rock that pass through a screen of a particular mesh size, and another is sentenced to produce only 20 kilograms of broken rock that pass through a screen of the same mesh size, yet both must do this each day for an entire period of 10 years, then both are being punished over an equal time, yet one is suffering more greatly than the other. In effect, they are in eternity

272

forever but they do not suffer equally because their sins are not equal. The man with many strips is the man with the 100 kilogram quota, and the man with few strips is the man with the 20 kilogram quota. In other words, the temperatures in the lake of fire are not equal everywhere. Some locations are cooler than others. But people must stay put wherever God puts them. They will not be able to lessen their punishment by moving to a cooler location.

Or consider the following two scriptures on the principle of sins not all being equal, and God overlooking smaller sins in the life of true believers (principles 1 and 3 mentioned above):

1Ki 15:5 Because David did *that which was* right in the eyes of the LORD, and turned not aside from any *thing* that he commanded him all the days of his life, save only in the matter of Uriah the Hittite.

And in conjunction with 1Ki 15:5 above:

2Sa 12:8 And I gave thee thy master's house, and thy master's wives into thy bosom, and gave thee the house of Israel and of Judah; and if *that had been* too little, I would moreover have given unto thee such and such things.

9 Wherefore hast thou despised the commandment of the LORD, to do evil in his sight? thou hast killed Uriah the Hittite with the sword, and hast taken his wife *to be* thy wife, and hast slain him with the sword of the children of Ammon.

Here in 1Ki 15:5 we read God's eulogy of King David's life. God is clearly saying concerning all the sins of David's life, only one stands out in God mind as noteworthy, and that involved the sin of adultery with Bathsheba and killing Uriah the Hittite the husband of Bathsheba. This means that the other sins of David's life God regarded as less serious and so those less serious sins did not deserve any mention at all by God. God loves David and so overlooks those sins in the matter of David's eulogy. This is not to say that God was not upset when David numbered Israel—but this sin is less and so does not deserve mention in David's eulogy. Furthermore, in 2Sa 12:8 we see another interesting detail relating to God classifying sins. Here, if you face the text of 2Sa 12:8 honestly, clearly God is saying that God would rather to have had David have more wives taken without adultery and murder, but by merely being properly married to David, than to have had the event of adultery and the killing of the husband of that woman he committed adultery with. God is clearly saying that the sin of multiple wives is less than the sin of murder and of violating another's marriage, and God would have gladly allowed this lesser sin in David's life rather than to have killed the husband and to have violated Bathsheba and Uriah's marriage and have Uriah killed. God would gladly overlook the lesser sin of having multiple wives because God loved David. David is a member of the Bride of Christ and of the loving family of God. If you are reading this and you have multiple wives, do not divorce any of those wives. Divorce is a worse sin than having multiple wives. But, if you have one wife, do not seek more wives, because more wives than one is a sin before God.

Or consider the following passage concerning Naaman the Syrian who was healed of leprosy:

273

2Ki 5:1 ¶ Now Naaman, captain of the host of the king of Syria, was a great man with his master, and honourable, because by him the LORD had given deliverance unto Syria: he was also a mighty man in valour, *but he was a leper.*

2 And the Syrians had gone out by companies, and had brought away captive out of the land of Israel a little maid; and she waited on Naaman's wife.

3 And she said unto her mistress, Would God my lord *were* with the prophet that *is* in Samaria! for he would recover him of his leprosy.

4 And one went in, and told his lord, saying, Thus and thus said the maid that *is* of the land of Israel.

5 And the king of Syria said, Go to, go, and I will send a letter unto the king of Israel. And he departed, and took with him ten talents of silver, and six thousand *pieces of* gold, and ten changes of raiment.

6 And he brought the letter to the king of Israel, saying, Now when this letter is come unto thee, behold, I have *therewith* sent Naaman my servant to thee, that thou mayest recover him of his leprosy.

7 And it came to pass, when the king of Israel had read the letter, that he rent his clothes, and said, *Am* I God, to kill and to make alive, that this man doth send unto me to recover a man of his leprosy? wherefore consider, I pray you, and see how he seeketh a quarrel against me.

8 And it was *so,* when Elisha the man of God had heard that the king of Israel had rent his clothes, that he sent to the king, saying, Wherefore hast thou rent thy clothes? let him come now to me, and he shall know that there is a prophet in Israel.

9 ¶ So Naaman came with his horses and with his chariot, and stood at the door of the house of Elisha.

10 And Elisha sent a messenger unto him, saying, Go and wash in Jordan seven times, and thy flesh shall come again to thee, and thou shalt be clean.

11 But Naaman was wroth, and went away, and said, Behold, I thought, He will surely come out to me, and stand, and call on the name of the LORD his God, and strike his hand over the place, and recover the leper.

12 *Are* not Abana and Pharpar, rivers of Damascus, better than all the waters of Israel? may I not wash in them, and be clean? So he turned and went away in a rage.

13 And his servants came near, and spake unto him, and said, My father, *if* the prophet had bid thee *do some* great thing, wouldest thou not have done *it?* how much rather then, when he saith to thee, Wash, and be clean?

14 Then went he down, and dipped himself seven times in Jordan, according to the saying of the man of God: and his flesh came again like unto the flesh of a little child, and he was clean.

15 ¶ And he returned to the man of God, he and all his company, and came, and stood before him: and he said, Behold, now I know that *there is* no God in all the earth, but in Israel: now therefore, I pray thee, take a blessing of thy servant.

16 But he said, *As* the LORD liveth, before whom I stand, I will receive none. And he urged him to take *it;* but he refused.

17 And Naaman said, Shall there not then, I pray thee, be given to thy servant two mules' burden of earth? for thy servant will henceforth offer neither burnt offering nor sacrifice unto other gods, but unto the LORD.

18 In this thing the LORD pardon thy servant, *that* when my master goeth into the house of Rimmon to worship there, and he leaneth on my hand, and I bow myself in the

274

house of Rimmon: when I bow down myself in the house of Rimmon, the LORD pardon thy servant in this thing.

19 And he said unto him, Go in peace. So he departed from him a little way.

Notice how Naaman in verse 18 is asking for pardon concerning a sin that Naaman anticipates in his future, namely how that Naaman being captain of the host of the king of Syria and so in that official capacity in the government of Syria must cooperate with the king of Syria and bow before the false god of Syria called "Rimmon". In this case God sees Naaman's heart and that Naaman is not a worshiper of the false god of Rimmon. Hence, Elisha says to Naaman in verse 19 to go in peace; implying that God sees your heart and he knows that you are right with God; go ahead and bow before the god of Rimmon in order to continue to function in your job with the king of Syria. You see, God looks on the heart, but man merely looks on the outward appearance. This sin of physically bowing before the false god of Rimmon was very minor before God, because God loved Naaman and God knew Naaman's heart and Naaman had become a member of the loving family of God, the Bride of Christ.

Now consider principle 5, which is the principle that God may cause a tiny little sin to seem big in a true believer's heart because God wishes to bring repentance in that area any way even though it appears tiny to others—this is another expression of God's love.

1Sa 24:5 And it came to pass afterward, that David's heart smote him, because he had cut off Saul's skirt.

Here, in 1Sa 24:5 we see that David's conscience smote David because David had merely cut off a piece of King Saul's clothing. (Read 1Sa 24 if you wish for more detail.) This is clearly a minor sin; yet God worked in David's heart because God chose to cause this repentance in David's heart, for David's good and the good of all who would read the Bible. This easily establishes principle 5 that sometimes God brings repentance into a true believer's life concerning minor sins because God merely chooses to do so for God's purposes, whatever those hidden purposes in God's heart may be towards his true believers. This is another expression of God's love towards his true believers, because God loves to see repentance and righteousness in the hearts of his true believers, and we should desire to please God in all ways, and to do everything to the glory of God. As we read:

1Co 6:20 For ye are bought with a price: therefore glorify God in your body, and in your spirit, which are God's.

1Co 10:31 Whether therefore ye eat, or drink, or whatsoever ye do, do all to the glory of God.

Mt 5:16 Let your light so shine before men, that they may see your good works, and glorify your Father which is in heaven.

275

Heb 12:1 ¶ Wherefore seeing we also are compassed about with so great a cloud of witnesses, let us lay aside every weight, and the sin which doth so easily beset us, and let us run with patience the race that is set before us,
2 Looking unto Jesus the author and finisher of our faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.
3 For consider him that endured such contradiction of sinners against himself, lest ye be wearied and faint in your minds.
4 ¶ Ye have not yet resisted unto blood, striving against sin.
5 And ye have forgotten the exhortation which speaketh unto you as unto children, My son, despise not thou the chastening of the Lord, nor faint when thou art rebuked of him:

Heb 13:20 Now the God of peace, that brought again from the dead our Lord Jesus, that great shepherd of the sheep, through the blood of the everlasting covenant,
21 Make you perfect in every good work to do his will, working in you that which is wellpleasing in his sight, through Jesus Christ; to whom be glory for ever and ever. Amen.

Col 3:17 And whatsoever ye do in word or deed, do all in the name of the Lord Jesus, giving thanks to God and the Father by him.

Col 3:23 And whatsoever ye do, do it heartily, as to the Lord, and not unto men;

Php 2:12 ¶ Wherefore, my beloved, as ye have always obeyed, not as in my presence only, but now much more in my absence, work out your own salvation with fear and trembling.
13 For it is God which worketh in you both to will and to do of his good pleasure.

Do you see how important pleasure is to God? God wants his true believers to please him, and this is primarily in the area of heart-love-based-obedience to God's will and commands in the Bible, the chief command of which is to love God with all of our heart, with all of our soul, with all of our mind, and with all of our strength, and the second command of which is to love our neighbor as ourselves. Obeying these commands from the heart towards God and our neighbor pleases God very greatly towards us, and gives to him great pleasure as he observes us. And the Bride of Christ, just like a loving spouse, will wish greatly to please her husband and even fears lest she fail to please him, because she knows how much he loves her and is willing to die for her, even as Jesus in fact did. And she will look with great respect and reverence and some fear to God her savior in her strong interest to please God her savior and to prayfully seek God's help in this matter of pleasing God himself.

Now, do not think that God wants all the pleasure and does not care to give pleasure to his true believers, his Bride. Do not think that. The Bible is very clear that God is going to give very great and un-ending joy and pleasure in heaven to his Bride. This is very clear in Ps 16:11, which reads:

Ps 16:11 Thou wilt shew me the path of life: in thy presence is fulness of joy; at thy right hand there are pleasures for evermore.

276

Joyful, un-ending and very, very close and very, very strong heart love and knowledge love (what the author of the paper is calling spiritual sex) between God and his Bride will bring fullness of joy and unending pleasure for evermore. This principle of a husband and wife pleasing each other both sexually and with heart love is also found in 1Co 7, the Bible's central passage on marriage. Concerning pleasing each other sexually, we read:

1Co 7:3 Let the husband render unto the wife due benevolence: and likewise also the wife unto the husband.
4 The wife hath not power of her own body, but the husband: and likewise also the husband hath not power of his own body, but the wife.

And concerning pleasing each other with heart love and all other matters of marriage, we read:

1Co 7:32 But I would have you without carefulness. He that is unmarried careth for the things that belong to the Lord, how he may please the Lord:
33 But he that is married careth for the things that are of the world, how he may please his wife.
34 There is difference also between a wife and a virgin. The unmarried woman careth for the things of the Lord, that she may be holy both in body and in spirit: but she that is married careth for the things of the world, how she may please her husband.
35 And this I speak for your own profit; not that I may cast a snare upon you, but for that which is comely, and that ye may attend upon the Lord without distraction.

God is here saying that marriage is a difficult thing because it involves the split task of pleasing one's spouse and yet seeking to continue to please God. God lovingly understands when a man spends less time serving God after he becomes married. This is because God understands that the married man must also spend time loving and caring for his wife. Likewise the wife also has less time to serve God directly and must also attend to caring for her husband. But God lovingly understands this. But God is also warning that because of the increased cares of the world that are a necessary part of marriage and because of the combining of two people who still sin sometimes, then marriage will not only have its joys, but it will also bring new suffering that could be avoided if marriage were avoided. Yet, God makes clear that marriage is a good thing and not to be refused if it is desired. As we read:

1Co 7:36 ¶ But if any man think that he behaveth himself uncomely toward his virgin, if she pass the flower of her age, and need so require, let him do what he will, he sinneth not: let them marry.
37 Nevertheless he that standeth stedfast in his heart, having no necessity, but hath power over his own will, and hath so decreed in his heart that he will keep his virgin, doeth well.
38 So then he that giveth her in marriage doeth well; but he that giveth her not in marriage doeth better.
39 ¶ The wife is bound by the law as long as her husband liveth; but if her husband be dead, she is at liberty to be married to whom she will; only in the Lord.

277

40 But she is happier if she so abide, after my judgment: and I think also that I have the Spirit of God.

And:

1Co 7:1 ¶ Now concerning the things whereof ye wrote unto me: It is good for a man not to touch a woman.
2 Nevertheless, to avoid fornication, let every man have his own wife, and let every woman have her own husband.

And:

1Ti 4:1 ¶ Now the Spirit speaketh expressly, that in the latter times some shall depart from the faith, giving heed to seducing spirits, and doctrines of devils;
2 Speaking lies in hypocrisy; having their conscience seared with a hot iron;
3 Forbidding to marry, and commanding to abstain from meats, which God hath created to be received with thanksgiving of them which believe and know the truth.
4 For every creature of God is good, and nothing to be refused, if it be received with thanksgiving:
5 For it is sanctified by the word of God and prayer.

For I, the author of the paper, even though God has not yet given to me a wife, even at the age of 49, I still desire a true believer for a wife, if God will give me one someday. But God has made me to wait yet all this time. I do not know if and when God may fill this desire, but I do have prayers concerning this matter. God may answer those prayers some day.

So all these principles concerning how believers relate to sin in their life reflect both God's grace and forgiveness and overlooking of our sin on one hand, and yet also reflect God's hatred for sin and a desire to increase repentance in the life of his true believer on the other hand, all in God's good time according to God's loving hand working in the lives and hearts of his true believers, as God continues to bring the new resurrected life of further sanctification and love and increased obedience in the life of any one of his true believers over the entire life of that true believer. He does this towards and personally for each and every one of his true believers, the elect, the Bride of Christ.

Jesus is seeking a true Bride. A Bride that loves the same thing that he loves, namely truth that is the foundation for true heart-love between Jesus and his Bride. The Bible teaches that knowledge puffs up, but love edifies. This statement comes from 1Co 8:1-3, which says:

1Co 8:1 ¶ Now as touching things offered unto idols, we know that we all have knowledge. Knowledge puffeth up, but charity edifieth.
2 And if any man think that he knoweth any thing, he knoweth nothing yet as he ought to know:
3 But if any man love God, the same is known of him.

278

This verse is making the very important distinction between heart love and knowledge love. The author of this paper contends that human sexuality is a spiritual picture of the transfer of the knowledge of the true Gospel, where the sperm is a picture of the Word of God that enters the womb or heart of a person and is the seed that brings spiritual life, and the woman's breast milk is a picture of the sincere milk of the Word of God that causes people to grow spiritually. So human sexuality is a picture of knowledge love. Now, God says that knowledge love is fine, but love edifies. Hence, there must be a greater love than knowledge love. And in the case of human sexual love, there is a greater love than human sexual love; that is heart love found within a close friendship where one human is willing to die for another human as a true friend. If a married man and his wife have some medical problem or the man is just too old to have meaningful sexual relations with his wife, he and she are quite capable of loving each other very greatly nevertheless, as they love each other from their hearts. (There are medicines that help older men to have effective sexual relations with their wives, and God has given medicines for man's blessing—these medicines are not wrong to use, and God is pleased if we use them properly as long as they are medically indicated and also not medically contraindicated by some other health condition. See your doctor if you are interested; you may be more able to please your wife if you do.) Heart love is far greater than knowledge love, and rather more important.

Another passage discussing knowledge love verses heart love is Heb 5:10 through Heb 6:11, which says:

Heb 5:10 ¶ Called of God an high priest after the order of Melchisedec.
11 Of whom we have many things to say, and hard to be uttered, seeing ye are dull of hearing.
12 For when for the time ye ought to be teachers, ye have need that one teach you again which be the first principles of the oracles of God; and are become such as have need of milk, and not of strong meat.
13 For every one that useth milk is unskilful in the word of righteousness: for he is a babe.
14 But strong meat belongeth to them that are of full age, even those who by reason of use have their senses exercised to discern both good and evil.
Heb 6:1 ¶ Therefore leaving the principles of the doctrine of Christ, let us go on unto perfection; not laying again the foundation of repentance from dead works, and of faith toward God,
2 Of the doctrine of baptisms, and of laying on of hands, and of resurrection of the dead, and of eternal judgment.
3 And this will we do, if God permit.
4 For it is impossible for those who were once enlightened, and have tasted of the heavenly gift, and were made partakers of the Holy Ghost,
5 And have tasted of the good word of God, and the powers of the world to come,
6 If they shall fall away, to renew them again unto repentance; seeing they crucify to themselves the Son of God afresh, and put him to an open shame.
7 For the earth which drinketh in the rain that cometh oft upon it, and bringeth forth herbs meet for them by whom it is dressed, receiveth blessing from God:
8 But that which beareth thorns and briers is rejected, and is nigh unto cursing; whose end is to be burned.

279

9 ¶ But, beloved, we are persuaded better things of you, and things that accompany salvation, though we thus speak.

10 For God is not unrighteous to forget your work and labour of love, which ye have shewed toward his name, in that ye have ministered to the saints, and do minister.

11 And we desire that every one of you do shew the same diligence to the full assurance of hope unto the end:

This passage in Hebrews from Heb 5:10 through Heb 6:11 is a very powerful passage for two reasons. This first reason is that this passage shows that heart love is more important that knowledge love; and yet, the second reason is that this passage also shows that knowledge love, or spiritual sex between the Bride of Christ and Christ himself, is nevertheless very important. In other words, this passage shows that heart love is most important, but Jesus insists that this Bride love his truth and has deep knowledge of his truth as well as have a very loving heart towards God and towards the true believers. Verse 10 says that the human author is discussing deep concepts of the Bible, but verse 11 says that the human author is stymied by the realization that the people he is writing this letter to (the letter of the Book of Hebrews) are people who do not have the depth of spiritual understanding that they should have in order for the human author to easily discuss deep spiritual truths. This matter of lacking spiritual depth in one's understanding of the Bible is so serious a problem in the mind of the human author, and really also in the mind of God because the book of Hebrews is written by God via that human author, that the text from Heb 5:11 through Heb 6:8 is a very, very serious warning that should shake true believers to the core of their hearts and make them tremble in their boots for their lack of understanding of the Bible. In other words, if true believers have had the Bible at their reach for some years, and yet they do not have yet a deep understanding of the truths of the Bible concerning the very matter of Jesus, their beloved savior, then maybe they should consider whether or not they are even saved at all. Yet, great comfort comes in Heb 6:9, which says:

Heb 6:9 ¶ But, beloved, we are persuaded better things of you, and things that accompany salvation, though we thus speak.

But this great comfort is qualified by Heb 6:10 which rests that qualification of the assurance of salvation on the evidence of salvation that comes with a heart that desires to serve and benefit and love from the heart other true believers; as we read:

Heb 6:10 For God is not unrighteous to forget your work and labour of love, which ye have shewed toward his name, in that ye have ministered to the saints, and do minister.

11 And we desire that every one of you do shew the same diligence to the full assurance of hope unto the end:

You see, God values most of all true heart love towards his name (other true believers), and by the evidence of this criteria, the people that the human author of Hebrews is writing to already show good evidence of salvation. Yet God goes on in verse 11 of Heb 6 and stresses that this good evidence of salvation needs to continue to the end (a true believer's time of physical death or until Jesus returns) to be complete. But the point of Heb 5:10 through Heb 6:8 should not be forgotten. Jesus wants deep spiritual

280

understanding of the same truths that Jesus loves in the hearts of this Bride; he wants her to have a deep understanding of truth as Jesus shows that knowledge love to her also; he wants to have deep spiritual sex with her—that is very pleasing to him, and he knows that such will benefit her also. This way she will have those huge spiritual breasts filled with the sincere milk of the Word of God and so can be a spiritual breast themselves and so teach others, as Heb 5:12-13 says:

Heb 5:12 For when for the time ye ought to be teachers, ye have need that one teach you again which be the first principles of the oracles of God; and are become such as have need of milk, and not of strong meat.

13 For every one that useth milk is unskilful in the word of righteousness: for he is a babe.

You should not be drinking milk; you should have breasts big enough to please Jesus in his sight and to give out that milk to feed other babes in Christ. Are you a baby that needs milk? Or, are you a full grown woman that can give out that milk and feed other babies? What is it? You can not be both.

I remember one woman that I met briefly and briefly considered regarding the possibility of marriage, and one of the things that this woman said to me—which she thought would please me to hear—was that she was just a babe in Christ. She surely thought this would be pleasing because she surely though that she was in effect telling me that she would be ready to listen to any and everything I would say on spiritual matters, and would be a ready learner. But, in fact, in my heart this statement by her that she was a babe offended me. It meant that for me to have confidence in whether she was saved or not before I considered whether I would desire to marry her or not my task of verifying that she was saved was much more difficult and uncertain. I wanted to find a potential wife that already had a deep understanding of spiritual matters; that is what I was looking for. I have yet to find that; and God has yet to give to me a wife. Also, another woman I considered for a little while concerning the possibility of marriage came across differently. This second woman had much knowledge; but that knowledge was from many other human Christian authors. Sure, she read mostly reformed authors, and so she did believe in total depravity, election, and limited atonement; yet she rejected me after receiving my first letter to her (I wanted to get to know her by hand written letters) because I had written in that first letter how that Jesus was likely to return in 1994. She did not even write to me a return letter until I provoked her to write via other people who knew her. In her written response she said that we would just argue. This meant that she was so programmed in her mind by the human authors she had read that she did not want to struggle with the Bible and this matter of my knowledge of Jesus Christ. She just wanted to trust her studies of other human authors. I am looking for a woman who has the spiritual wisdom to know that truth is a matter of struggling with the truths of the Bible, and is not merely a matter of reading or listening to other human authors. I am looking for a woman who will wrestle in the Word of God with me and along side me as we together struggle to find truth and to increase our beauty by increasing the size of our spiritual breasts before the eyes of our beloved husband Jesus, so that we are more pleasing to him and have better spiritual sex or better knowledge love with him.

281

So learn your Bible and fill your hearts with deep spiritual understanding of the Bible so that the serious warnings of Heb 5:11 through Heb 6:8 do not apply to you; and rather, you become more spiritually sexy and desirable to Jesus, your husband, in his eyes. This is true for both human men and human women; because human men are women in the sense that they too are members of the Bride of Christ towards Christ. All humans are women towards God. We are very weak in comparison to God. The woman is the weaker vessel as the Bible speaks, and as such are a picture of mankind in relation to God. The man, the stronger vessel, is a picture of God. Yet, all men, being members of mankind, are of themselves that weaker vessel towards Almighty God. We all need to have deeper spiritual understanding of God's word in order to have those spiritual breasts that are pleasing in the eyes of Jesus. As we read:

So 8:10 I am a wall, and my breasts like towers: then was I in his eyes as one that found favour.

And:

Pr 5:18 Let thy fountain be blessed: and rejoice with the wife of thy youth.
19 Let her be as the loving hind and pleasant roe; let her breasts satisfy thee at all times; and be thou ravished always with her love.

And in 1Co 13, the Bible's central passage on true love, we see how that chapter ends:

1Co 13:12 For now we see through a glass, darkly; but then face to face: now I know in part; but then shall I know even as also I am known.

Do you see how true heart love and knowledge are tied together here in 1Co 13:12? Notice in 1Co 13:2 knowledge without heart love is nothing:

1Co 13:2 And though I have the gift of prophecy, and understand all mysteries, and all knowledge; and though I have all faith, so that I could remove mountains, and have not charity, I am nothing.

1Co 13:12 For now we see through a glass, darkly; but then face to face: now I know in part; but then shall I know even as also I am known.

But, heart love is truly enhanced by strong support from knowledge love. In other words, a marriage that is based only on heart love is a beautiful thing, yet a marriage that has much true heart love and also much enjoyable sexual love is even better. Jesus wants all good things for his Bride. Jesus insists on having all forms of beautiful love between him and his bride. He wants nothing less. He wants an absolutely perfect marriage that will go on for eternity in un-ending utter joy and pleasure between her and him. That is the point of 1Co 13:12, which to quote again says:

1Co 13:12 For now we see through a glass, darkly; but then face to face: now I know in part; but then shall I know even as also I am known.

Jesus already knows the heart of his bride perfectly. That is one thing that 1Co 13:12 is saying where we read "as also I am known". But Jesus will have his bride to also know him perfectly; Jesus will expose his heart deeply and perfectly to his bride when we see him face to face. That is the point of the phrase "For now we see through a glass, darkly;

282

but then face to face." When a man and his wife have sex, they have sex, face-to-face. That is how God designed humans to have sex. And that fact is exactly what God is referring to when we see the phrase "face to face" in this great chapter on love in the Bible. We are talking about beautiful, effectively un-ending and eternal knowledge and heart love between Jesus and his Bride. In other words, the perfect marriage with deep heart love that is bolstered greatly by perfect sex as well; that perfect sex being our deep face-to-face communion with Jesus as we expose our heart to him, and as he exposes his heart to us. This is an important, key meaning to the idea of nakedness. Our hearts are naked before God even now. Yet, in heaven, Jesus will make his heart naked before us. Then we will experience that perfect spiritual sex as we gain knowledge of who God is from God, our husband, Jesus Christ, for eternity with repeated and always very special joy and pleasure that never end and are renewed every day (I am speaking as though there was time in eternity, though there will not be time in eternity; time will be no more, as Revelations says). Other Bible verses have this same beautiful face-to-face spiritual language. Some of these are (if not all):

2Joh 1:12 ¶ Having many things to write unto you, I would not write with paper and ink: but I trust to come unto you, and speak face to face, that our joy may be full.

3Joh 1:13 I had many things to write, but I will not with ink and pen write unto thee:
14 But I trust I shall shortly see thee, and we shall speak face to face. Peace be to thee. Our friends salute thee. Greet the friends by name.

And some closely relate scriptures really saying the same thing spiritually:

1Joh 3: 1 ¶ Behold, what manner of love the Father hath bestowed upon us, that we should be called the sons of God: therefore the world knoweth us not, because it knew him not.
2 Beloved, now are we the sons of God, and it doth not yet appear what we shall be: but we know that, when he shall appear, we shall be like him; for we shall see him as he is.
3 And every man that hath this hope in him purifieth himself, even as he is pure.

2Ti 1:4 Greatly desiring to see thee, being mindful of thy tears, that I may be filled with joy;

Back on earth now, as far as Jesus desiring his Bride to have large breasts not just for his own sexual pleasure, but also for the care and feeding of his children with the knowledge of the Word of God as the sincere milk of the Word of God, we have:

Isa 66:10 Rejoice ye with Jerusalem, and be glad with her, all ye that love her: rejoice for joy with her, all ye that mourn for her:
11 That ye may suck, and be satisfied with the breasts of her consolations; that ye may milk out, and be delighted with the abundance of her glory.
12 For thus saith the LORD, Behold, I will extend peace to her like a river, and the glory of the Gentiles like a flowing stream: then shall ye suck, then shall ye be borne upon her sides, and be dandled upon her knees.

283

13 As one whom his mother comforteth, so will I comfort you; and ye shall be comforted in Jerusalem.
14 And when ye see *this*, your heart shall rejoice, and your bones shall flourish like an herb: and the hand of the LORD shall be known toward his servants, and *his* indignation toward his enemies.

But, of course, when a babe in Christ sucks on the spiritual nipple of a faithful human teacher of the Word of God, Jesus is represented by that babe and so a babe sucking on a woman's breast is really as though her husband were sucking on her breast during sexual relations, because that babe is by her husband, though it is also of her. As we read:

Mt 25: 31 ¶ When the Son of man shall come in his glory, and all the holy angels with him, then shall he sit upon the throne of his glory:
32 And before him shall be gathered all nations: and he shall separate them one from another, as a shepherd divideth *his* sheep from the goats:
33 And he shall set the sheep on his right hand, but the goats on the left.
34 Then shall the King say unto them on his right hand, Come, ye blessed of my Father, inherit the kingdom prepared for you from the foundation of the world:
35 For I was an hungred, and ye gave me meat: I was thirsty, and ye gave me drink: I was a stranger, and ye took me in:
36 Naked, and ye clothed me: I was sick, and ye visited me: I was in prison, and ye came unto me.
37 Then shall the righteous answer him, saying, Lord, when saw we thee an hungred, and fed *thee*? or thirsty, and gave *thee* drink?
38 When saw we thee a stranger, and took *thee* in? or naked, and clothed *thee*?
39 Or when saw we thee sick, or in prison, and came unto thee?
40 And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done *it* unto one of the least of these my brethren, ye have done *it* unto me.

This passage has all to do with the spiritual task of sharing the Word of God to seek and save the elect using the sincere milk of the Word of God. Only this sincere milk is identified as "drink", or as "meat", or as "ye took me in", or as "ye clothed me", or as "ye visited me", or as "ye came unto me" in verses 35 and 36 of Mt 25 above. And then we have the point that I am seeking to make occurring in verse 40 where we read "Inasmuch as ye have done *it* unto one of the least of these my brethren, ye have done *it* unto me." Hence, Jesus as represented by a Christian spiritual babe (a person newly learning about the true Gospel, or a Christian who has not grown because he or she has been starving for the truth because of a famine for truth all around him or her and maybe also because he or she has been sinfully ignoring his or her Bible) sucks on the spiritual nipple of a teacher who brings the truth. This sucking on the nipple of a faithful human teacher of the Bible pleases Jesus greatly even as he views this from heaven. He is having spiritual sex with his Bride on earth by being in his children as she feeds his children. And she will actually have pleasure and rejoice also when she sees these children of her husband and of herself flourish and grow to good spiritual health as they feed on the truth.

284

So Jesus desires a bride that loves Truth, Jesus himself. Do you love truth? Have you received the love of the truth so as to be saved? 2Th 2:3 says that before Jesus comes back there will be a falling away first, as we read:

2Th 2:3 ¶ Let no man deceive you by any means: for *that day shall not come*, except there come a falling away first, and that man of sin be revealed, the son of perdition;

That term "falling away" comes from the Strong's numbered Greek word 646. That word means apostasy. Word 646 also appears one other time in the Greek of the Holy Bible in Ac 21:21, which says:

Ac 21:21  And they are informed of thee, that thou teachest all the Jews which are among the Gentiles to forsake Moses, saying that they ought not to circumcise *their* children, neither to walk after the customs.

Here the English word into which Greek word 646 is translated is "forsake". This occurrence in Ac 21:21 shows the core meaning of 646 or apostasy; namely to forsake the law of God. But, in Ac 21:21 we are actually dealing with the matter of physical circumcision. Physical circumcision was set aside as a part of the ceremonial laws defining God's pre-cross methods of worship. After the cross of Jesus, God redefined the laws specifying how God was to be worshipped. These ceremonial laws are examples of laws that God from eternity past had always intended would have a fixed time-frame in which to operate. Incidentally, the law of circumcision in the spiritual sense, not the ceremonial physical sense, still exists and must be obeyed. This spiritual circumcision applies to both men and women, because it is not physical. Salvation or becoming born from above or born again is the spiritual meaning of circumcision. It is the idea of having one's heart circumcised by having one's sins cut off when Jesus died on the cross for the elect and raised again to defeat death for all of the elect to thereby give to them eternal life, beginning in their hearts when they become born again and being fully realized when they receive their resurrected bodies at the judgment day at the rapture at the exact and absolute end of time. As we read:

Col 2:11 : In whom also ye are circumcised with the circumcision made without hands, in putting off the body of the sins of the flesh by the circumcision of Christ:
12 Buried with him in baptism, wherein also ye are risen with *him* through the faith of the operation of God, who hath raised him from the dead.
13 ¶ And you, being dead in your sins and the uncircumcision of your flesh, hath he quickened together with him, having forgiven you all trespasses;
14 Blotting out the handwriting of ordinances that was against us, which was contrary to us, and took it out of the way, nailing it to his cross;
15 And having spoiled principalities and powers, he made a shew of them openly, triumphing over them in it.
16 ¶ Let no man therefore judge you in meat, or in drink, or in respect of an holyday, or of the new moon, or of the sabbath *days*:
17 Which are a shadow of things to come; but the body *is* of Christ.
18 Let no man beguile you of your reward in a voluntary humility and worshipping of angels, intruding into those things which he hath not seen, vainly puffed up by his fleshly mind,

285

19 And not holding the Head, from which all the body by joints and bands having nourishment ministered, and knit together, increaseth with the increase of God.
20 Wherefore if ye be dead with Christ from the rudiments of the world, why, as though living in the world, are ye subject to ordinances,
21 (Touch not; taste not; handle not;
22 Which all are to perish with the using;) after the commandments and doctrines of men?
23 Which things have indeed a shew of wisdom in will worship, and humility, and neglecting of the body; not in any honour to the satisfying of the flesh.

And Col 2:16-23 make clear that the pre-cross system of ceremonial laws that God had ordained for worship of the elect's coming messiah were set aside when Jesus went to the cross. This setting aside of these ceremonial laws is a picture of the complete fulfillment of the law of God that was against the elect and which condemned the elect to eternal hell. We no longer follow these ceremonial laws as a means of worship. But the fulfillment of these laws occurs within our hearts when Jesus causes any one of the elect to become born again or born from above. And with the fulfillment of these laws in the elect's hearts because of the power and righteousness of Jesus within their hearts we see that the result is a love for God above—the greatest commandment—and a love for our neighbor. This is the point of Colossians chapter 3, with directly follows the scripture quoted above from Colossians chapter 2. Colossians chapter 3 says:

Col 3:1 ¶ If ye then be risen with Christ, seek those things which are above, where Christ sitteth on the right hand of God.
2 Set your affection on things above, not on things on the earth.
3 For ye are dead, and your life is hid with Christ in God.
4 When Christ, who is our life, shall appear, then shall ye also appear with him in glory.
5 ¶ Mortify therefore your members which are upon the earth; fornication, uncleanness, inordinate affection, evil concupiscence, and covetousness, which is idolatry:
6 For which things' sake the wrath of God cometh on the children of disobedience:
7 In the which ye also walked some time, when ye lived in them.
8 ¶ But now ye also put off all these; anger, wrath, malice, blasphemy, filthy communication out of your mouth.
9 Lie not one to another, seeing that ye have put off the old man with his deeds;
10 And have put on the new man, which is renewed in knowledge after the image of him that created him:
11 Where there is neither Greek nor Jew, circumcision nor uncircumcision, Barbarian, Scythian, bond nor free: but Christ is all, and in all.
12 ¶ Put on therefore, as the elect of God, holy and beloved, bowels of mercies, kindness, humbleness of mind, meekness, longsuffering;
13 Forbearing one another, and forgiving one another, if any man have a quarrel against any: even as Christ forgave you, so also do ye.
14 And above all these things put on charity, which is the bond of perfectness.
15 And let the peace of God rule in your hearts, to the which also ye are called in one body; and be ye thankful.
16 Let the word of Christ dwell in you richly in all wisdom; teaching and admonishing one another in psalms and hymns and spiritual songs, singing with grace in your hearts to the Lord

286

17 And whatsoever ye do in word or deed, do all in the name of the Lord Jesus, giving thanks to God and the Father by him.
18 ¶ Wives, submit yourselves unto your own husbands, as it is fit in the Lord.
19 Husbands, love your wives, and be not bitter against them.
20 Children, obey your parents in all things: for this is well pleasing unto the Lord.
21 Fathers, provoke not your children to anger, lest they be discouraged.
22 Servants, obey in all things your masters according to the flesh; not with eyeservice, as menpleasers; but in singleness of heart, fearing God:
23 And whatsoever ye do, do it heartily, as to the Lord, and not unto men;
24 Knowing that of the Lord ye shall receive the reward of the inheritance: for ye serve the Lord Christ.
25 But he that doeth wrong shall receive for the wrong which he hath done: and there is no respect of persons.

Notice Col 3:9 which says that we are not to lie to one another. The apostate church is lead by false teachers who do not teach the Bible faithfully, but rather lie with their false doctrines or teachings (a particular doctrine is merely a particular teaching). Notice Col 3:10 with emphasizes knowledge after the image of Jesus; and Col 3:16 which says to let the Word of Christ dwell in you richly in all wisdom. The apostate church is falling away from these principles by putting forth lying doctrines, they violate the need for interpreting the Bible correctly by not teaching forcefully and incessantly the importance of comparing the Bible with the Bible in order to depend upon the integrity of the mind of God as we seek to divide and understand the Bible correctly. They need to teach this incessantly, but rather, because they have fallen away and become apostate, they teach that you need to listen to your minister because he is trained in many things, such as the history of the church and in the principles of Bible translation, namely the history and grammar of the original languages. "A true believer does not need this history to interpret the Bible. Interpretation and translation are not the same at all. Interpretation is seeking to understand God's spiritual meanings that God places upon or layers-over or is like that magic carpet hovering over the linguistic or historical grammatical meanings of the words of the Bible. The act of taking one of the Greek words for "rock", for example, and translating that Greek word into the English word "rock" is the act of translations; it is not at all the same as the act of interpretation. The act of interpretation is for the heart of a true believer with the Holy Spirit in that true believer who seeks to understand that that word for rock is referring to Jesus Christ, who is the rock of our salvation. The Holy Spirit is will able to teach an elect such a thing once he or she has a Bible in his or her own language. This is interpretation, and it has absolutely no relationship to translation, except to say that a sound translation is needed to avoid forging up the reliability of comparing scripture to scripture such that most of the time the translation reliably goes from the Greek or the Hebrew into a sensible English word that facilitates the comparison process. This is why paraphrased Bibles are a poor idea because paraphrasing fogs up the comparison process. I do believe, though, that God has and does save people via these paraphrased Bibles, because God has sacrificed his elect. Yet we would do much better to read and repent and get a true translation and not a paraphrase and read the true translation instead. The apostate church is very subtly taking the world of Christianity away from the scripture by not making clear how the Bible is to be interpreted and by fostering false doctrines that attract unsaved into the churches who like those false doctrines and who do not like the true teachings of the Bible. So when people read the

287

Bible and find something that seems to contradict things that their minister says or teaches, they prefer what their minister says and do not seek to face what the Bible says —because they do not know how to compare scripture with scripture in order to form an argument against the false doctrines of men and, in effect, they have been oppressed by these false doctrines and do not know how to escape because they do not know how to interpret their own Bible. But Martian Luther of old said "the scripture only", and he did not say "the scripture and the church leaders above the scripture". The church leaders today have slowly cooked the frog in the water so that the frog does not hop out, but rather dies in the heat of the lies of the false teachers. The church has taken the Bible away from the people by not showing how the Bible is to be interpreted because the church leaders want that authority of interpretation and they want you to hang on every one of their words and to put you money into their pockets. This is the nature of the apostasy of the church today; many false doctrines and no interpretation skills found among most people to rebut those false doctrines. Spiritually, this is a picture of the following scripture:

1Sa 13:22 So it came to pass in the day of battle, that there was neither sword nor spear found in the hand of any of the people that were with Saul and Jonathan: but with Saul and with Jonathan his son was there found.

Where Saul seems to represent the apostate leaders of the church that have and control the Bible, and Jonathan seems to represent the few true believers in the apostate church who do understand the Bible—hence these people are represented by being a son of Saul, as Jonathan was. But as this condition of the people not having understanding of how to handle the Bible so as to root out truth for themselves is the main problem, and is why false teachers (whom King Saul represents, even as he has the scriptures, but he has committed the unpardonable sin in that he has the truth, but continues to resist the Holy Spirit until he has crossed that line characterizing the unpardonable sin—that line is between each person and God. If you continue resisting the Holy Spirit working through the scriptures, God will let you cross that line and the Holy Spirit will no longer work in your heart to draw you by truth—there is no hope for you at that point and for eternity—and you have by that resistance made absolutely certain that you are now going to the eternal lake of fire) feel secure speaking lies to the people, because there is no one to resist them. As we also read:

Isa 29:9 ¶ Stay yourselves, and wonder; cry ye out, and cry: they are drunken, but not with wine; they stagger, but not with strong drink.
10 For the LORD hath poured out upon you the spirit of deep sleep, and hath closed your eyes: the prophets and your rulers, the seers hath he covered.
11 And the vision of all is become unto you as the words of a book that is sealed, which men deliver to one that is learned, saying, Read this, I pray thee: and he saith, I cannot; for it is sealed:
12 And the book is delivered to him that is not learned, saying, Read this, I pray thee: and he saith, I am not learned.
13 Wherefore the Lord said, Forasmuch as this people draw near me with their mouth, and with their lips do honour me, but have removed their heart far from me, and their fear toward me is taught by the precept of men:

288

14 Therefore, behold, I will proceed to do a marvellous work among this people, even a marvellous work and a wonder: for the wisdom of their wise men shall perish, and the understanding of their prudent men shall be hid.
15 Woe unto them that seek deep to hide their counsel from the LORD, and their works are in the dark, and they say, Who seeth us? and who knoweth us?
16 Surely your turning of things upside down shall be esteemed as the potter's clay: for shall the work say of him that made it, He made me not? or shall the thing framed say of him that framed it, He had no understanding?

Or as we read:

Am 8:11 ¶ Behold, the days come, saith the Lord GOD, that I will send a famine in the land, not a famine of bread, nor a thirst for water, but of hearing the words of the LORD:
12 And they shall wander from sea to sea, and from the north even to the east, they shall run to and fro to seek the word of the LORD, and shall not find it.
13 In that day shall the fair virgins and young men faint for thirst.
14 They that swear by the sin of Samaria, and say, Thy god, O Dan, liveth; and, The manner of Beersheba liveth; even they shall fall, and never rise up again.

Ps 74:9 We see not our signs: there is no more any prophet: neither is there among us any that knoweth how long.

Isa 5:6 And I will lay it waste: it shall not be pruned, nor digged; but there shall come up briers and thorns: I will also command the clouds that they rain no rain upon it.

Eze 7:26 Mischief shall come upon mischief, and rumour shall be upon rumour; then shall they seek a vision of the prophet; but the law shall perish from the priest, and counsel from the ancients.

Mic 3:6 Therefore night shall be unto you, that ye shall not have a vision; and it shall be dark unto you, that ye shall not divine; and the sun shall go down over the prophets, and the day shall be dark over them.

And concerning heart-love towards God that is based on knowledge love or knowing the God of the Bible from knowledge of the words of the Bible, we read of these times when to the apostate church the Bible is sealed:

Mt 24:12 And because iniquity shall abound, the love of many shall wax cold.
13 But he that shall endure unto the end, the same shall be saved.

The abounding of iniquity is the abounding of the lies of the false teachers of the church today. Consequently, people do not love God because they do not know God by God's truths, but they have a false love of God by the lies of their lying false teachers. So the love of many towards God has waxed cold.

But as Col 3:16 says, let the Word of Christ dwell in us richly—and this does not mean without understanding; we want understanding and true knowledge, so start comparing

290

Jesus takes on all kinds of sins upon himself and is found as a sinner guilty of those sins in order to save the elect who has committed those sins. Jesus is truly the friend of sinners!!! Flee to him as he is truly revealed in the Bible and he will save you!!! As we read:

Pr 3:5 Trust in the LORD with all thine heart; and lean not unto thine own understanding.
6 In all thy ways acknowledge him, and he shall direct thy paths.
7 ¶ Be not wise in thine own eyes: fear the LORD, and depart from evil.

Pr 26:12 ¶ Seest thou a man wise in his own conceit? *there is* more hope of a fool than of him.

Isa 5:21 Woe unto *them that are* wise in their own eyes, and prudent in their own sight!

Ro 11:25 For I would not, brethren, that ye should be ignorant of this mystery, lest ye should be wise in your own conceits; that blindness in part is happened to Israel, until the fulness of the Gentiles be come in.

Ro 12:16 *Be* of the same mind one toward another. Mind not high things, but condescend to men of low estate. Be not wise in your own conceits.

Pr 14:27 The fear of the LORD *is* a fountain of life, to depart from the snares of death.

Pr 16:6 ¶ By mercy and truth iniquity is purged: and by the fear of the LORD *men* depart from evil.

Job 1:1 ¶ There was a man in the land of Uz, whose name *was* Job; and that man was perfect and upright, and one that feared God, and eschewed evil.

Job 28:28 And unto man he said, Behold, the fear of the Lord, that *is* wisdom; and to depart from evil *is* understanding.

Ps 34:11 ¶ Come, ye children, hearken unto me: I will teach you the fear of the LORD.
12 What man *is he that* desireth life, *and* loveth *many* days, that he may see good?
13 Keep thy tongue from evil, and thy lips from speaking guile.
14 Depart from evil, and do good; seek peace, and pursue it.

Ec 12:13 ¶ Let us hear the conclusion of the whole matter: Fear God, and keep his commandments: for this *is* the whole *duty* of man.

Repent, Oh false teacher, whoever you are, and be saved, even as the apostle Paul was saved. He can save you also, be sure of it. Do not resist the Holy Spirit as he works on your conscience with the Word of God. Or the following will be your lot:

Pr 6:12 ¶ A naughty person, a wicked man, walketh with a froward mouth.
13 He winketh with his eyes, he speaketh with his feet, he teacheth with his fingers;

---

289

scripture with scripture as 1Co 2:13 says to do so that you may let the Word of Christ dwell in you richly. So, your senses of spiritual sight and hearing will be exercised and you will begin to discern good from evil as Heb 5:14 says and begin to be able to see and reject false doctrine, and to choose the good and sound teachings of the Bible alone, as Martian Luther of old encourages us to do, and most all, as God desires us to do that we might grow by the sincere milk of the Word of God.

So the false teachers of the church today as they preach their lies are the leaders of the Beast of Bible's book of Revelations; and they do not desire for you to have the truth, but they wish to take you in league with them, even as their leader Satan, the master deceiver, motivates them. So we read:

Rev 19: 19 And I saw the beast, and the kings of the earth, and their armies, gathered together to make war against him that sat on the horse, and against his army.
20 And the beast was taken, and with him the false prophet that wrought miracles before him, with which he deceived them that had received the mark of the beast, and them that worshipped his image. These both were cast alive into a lake of fire burning with brimstone.

And, since the Bible's book of Revelation at chapter 19 mentions the Jesus' wife in verse 7:

Rev 19:7 Let us be glad and rejoice, and give honour to him: for the marriage of the Lamb is come, and his wife hath made herself ready.

Then the Beast in Rev 19:19 which is case into the lake of fire is clearly *not* included in that wife.

Hence, Jesus does not want a beast for his wife. Jesus does not desire the sin of bestiality, just as Jesus does not desire any sin. Jesus is the sinless one. Jesus never sinned. But Jesus was reckoned as a sinner as though he has done all sorts of evil sins, even the sin of bestiality and murder and serial murder and homosexuality and adultery and rape and serial rape and child molestation and serial child molestation with serial murder and the sin of women who abort their children and the sin of women who molest little boys and even some false teachers who have spiritually killed many people and children of God, even as the apostle Paul was forgiven for killing true believers, and other sins you many name, in order to save the elect out of the world, which elect are of all sorts of sinners who have committed all sorts of sins. As we read:

2Co 5:20 Now then we are ambassadors for Christ, as though God did beseech *you* by us: we pray you in Christ's stead, be ye reconciled to God.
21 For he hath made him *to be* sin for us, who knew no sin; that we might be made the righteousness of God in him.

You see, being a false teacher in the apostate church is not the unpardonable sin *unless* you continue to resist the Holy Spirit as he convicts your conscience with the Word of God until your conscience is fully hardened— then you are close to crossing that line of no-forgiveness unless you repent *now*!!!

291

14 Frowardness *is* in his heart, he deviseth mischief continually; he soweth discord.
15 Therefore shall his calamity come suddenly; suddenly shall he be broken without remedy.

Which is the same truth that Jesus speaks of:

Mt 24:48 But and if that evil servant shall say in his heart, My lord delayeth his coming;
49 And shall begin to smite *his* fellowservants, and to eat and drink with the drunken;
50 The lord of that servant shall come in a day when he looketh not for *him*, and in an hour that he is not aware of,
51 And shall cut him asunder, and appoint *him* his portion with the hypocrites: there shall be weeping and gnashing of teeth.

So Jesus does not want a beast and lovers of lies for his wife. This is the picture we are going to examine as we consider Genesis chapter 2 where the creation of Adam on the sixth day, first recorded in Genesis chapter 1 at verses 24-28, is reiterated and where the details of Adam being given the task of naming the animals while in search for a wife, or a helper suitable for him, is recorded. Genesis chapter 2 says:

Gen 2:1 ¶ Thus the heavens and the earth were finished, and all the host of them.
2 And on the seventh day God ended his work which he had made; and he rested on the seventh day from all his work which he had made.
3 And God blessed the seventh day, and sanctified it: because that in it he had rested from all his work which God created and made.
4 ¶ These *are* the generations of the heavens and of the earth when they were created, in the day that the LORD God made the earth and the heavens,
5 And every plant of the field before it was in the earth, and every herb of the field before it grew: for the LORD God had not caused it to rain upon the earth, and *there* was not a man to till the ground.
6 But there went up a mist from the earth, and watered the whole face of the ground.
7 And the LORD God formed man *of* the dust of the ground, and breathed into his nostrils the breath of life; and man became a living soul.
8 ¶ And the LORD God planted a garden eastward in Eden; and there he put the man whom he had formed.
9 And out of the ground made the LORD God to grow every tree that is pleasant to the sight, and good for food: the tree of life also in the midst of the garden, and the tree of knowledge of good and evil.
10 And a river went out of Eden to water the garden; and from thence it was parted, and became into four heads.
11 The name of the first *is* Pison: that *is* it which compasseth the whole land of Havilah, where *there is* gold;
12 And the gold of that land *is* good: there *is* bdellium and the onyx stone.
13 And the name of the second river *is* Gihon: the same *is* it that compasseth the whole land of Ethiopia.
14 And the name of the third river *is* Hiddekel: that *is* it which goeth toward the east of Assyria. And the fourth river *is* Euphrates.
15 And the LORD God took the man, and put him into the garden of Eden to dress it and to keep it.

292

16 ¶ And the LORD God commanded the man, saying, Of every tree of the garden thou mayest freely eat:
17 But of the tree of the knowledge of good and evil, thou shalt not eat of it: for in the day that thou eatest thereof thou shalt surely die.
18 ¶ And the LORD God said, *It is* not good that the man should be alone; I will make him an help meet for him.
19 And out of the ground the LORD God formed every beast of the field, and every fowl of the air; and brought *them* unto Adam to see what he would call them: and whatsoever Adam called every living creature, that *was* the name thereof.
20 And Adam gave names to all cattle, and to the fowl of the air, and to every beast of the field; but for Adam there was not found an help meet for him.
21 ¶ And the LORD God caused a deep sleep to fall upon Adam, and he slept: and he took one of his ribs, and closed up the flesh instead thereof;
22 And the rib, which the LORD God had taken from man, made he a woman, and brought her unto the man.
23 And Adam said, This *is* now bone of my bones, and flesh of my flesh: she shall be called Woman, because she was taken out of Man.
24 Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh.
25 And they were both naked, the man and his wife, and were not ashamed.

Notice verse 7. There we read of God creating Adam. The Hebrew word translated into the English word "Adam" is Strong's number <0120>, and occurs 552 times in the Hebrew of the Old Testament. Of those 552 time that word is translated into the word "man" or "men" in the King James Old Testament 529 times. This same Hebrew word is translated into the English word "Adam" only 13 times in the King James Old Testament. This Hebrew word clearly means mankind; in other words, all of mankind are named after the first man, Adam, because we came from him. He is our greatest grandfather, apart from being the creator of Adam so that God is the ultimate grandfather of the entire human race that was made in the image of God, as Genesis 1:27 speaks. This is why God is the grandfather in Luke 3:38, as we read:

Lu 3:38 Which was *the son* of Enos, which was *the son* of Seth, which was *the son of* Adam, which was *the son* of God.

Because we, the entire human race, are made in the image of our ultimate grandfather, God; then we, the entire human race, must obey his commands at all times because God is our father. This fact that God is our father and that we need to seek his will is confirmed in Acts 17:27-29, which says:

Acts 17:27 That they should seek the Lord, if haply they might feel after him, and find him, though he be not far from every one of us:
28 For in him we live, and move, and have our being; as certain also of your own poets have said, For we are also his offspring.
29 Forasmuch then as we are the offspring of God, we ought not to think that the Godhead is like unto gold, or silver, or stone, graven by art and man's device.

293

Evolution is a henous lie of Satan because Satan is a mere angle (fallen, albeit) who is not made in the image of God. And Satan, the ultimate con man, is attempting to take us captive—and did so, actually in Genesis 3—because Satan want's these grandchildren of God to be in his image, and not in the image of God. Satan is the ultimate child kidnapper. So Satan tells us via the lie of evolution that our real father is Death, because by the lie of evolution Life comes from Death. Saying Life comes from Death is the greatest act of salesmanship on earth, even a greater feat than selling a refrigerator to an Eskimo. Life comes only from Life, and God is the only source of Life, be cause God is Life itself. As we read:

Joh 14:6 Jesus saith unto him, I am the way, the truth, and the life: no man cometh unto the Father, but by me.

But Satan has--or actually, did have until the resurrection of Jesus 2000 years ago--the power of Death, as Heb 2:14-15 which says:

Heb 2:14 ¶ Forasmuch then as the children are partakers of flesh and blood, he also himself likewise took part of the same; that through death he might destroy him that had the power of death, that is, the devil;
15 And deliver them who through fear of death were all their lifetime subject to bondage.

So, when we hear the lie of evolution, that is Satan that ultimate con man whispering into our ears telling us that we are his children, the children of Death.

Furthermore, any church minister who believes in evolution and especially who acknowledges evolution before the congregation when he gives messages is behaving as though a huge dinosaur has laid the ultimate crap pile at the center of the church building, and everyone is living with the vile smell, and everyone is accepting that vile smell as the smell of truth. This is the lying crap of a big beast.

Is your minister a beast who gives out lies and false doctrine?  Does he teach the very common lie of "free will", or the lie of "universal atonement", or the lie of dispensationalism; or the lie of "all religions lead to God and that there is no hell"; or lies denying the deity of Jesus; or the lie that after death there is mere annihilation and only nonexistence; or the lie of "tongues and visions and miracles are for today"; or the lie of "the Bible is not the only source of truth"; or the lie that "you must believe our doctrine despite what you read in your Bible", or many other lies against the Bible?  Some of these lies may come out of the mouth even of a truly saved minister—who is therefore not a beast--who has fallen into the sin of King Solomon in the Old Testament, who worshipped other gods with his unsaved wives.  Yet, King Solomon without any shadow of doubt was a true believer; this must be true because God loved Solomon:

2Sa 12:24  And David comforted Bathsheba his wife, and went in unto her, and lay with her: and she bare a son, and he called his name Solomon: and the LORD loved him.

And King Solomon was used of God to write much scripture, namely some Psalms, most of Proverbs, Ecclesiastes, and the Song of Solomon.  These beautiful scriptures are solid

294

truth inspired by the Holy Spirit who was within Solomon at the time these passages were written, and who is still with Solomon as Solomon in his resurrected soul waits in heaven for the resurrection of his body, even as all true believers are so doing (except for Moses, Elijah, and Enoch who presently have their resurrected spiritual bodies along with their resurrected souls) who are now in heaven.  So we see 2Sa 12:24 that God loved Solomon.  And we read from 1Ki 3:3 that Solomon loved God (though he did have some weaknesses):

1Ki 3:3  And Solomon loved the LORD, walking in the statutes of David his father: only he sacrificed and burnt incense in high places.

So God loved Solomon, and Solomon loved God.  This is only possible if Solomon is a true believer.

Yet, Solomon fell into serious sin and worshiped other gods in his old age.  As we read:

1Ki 11:1 ¶ But king Solomon loved many strange women, together with the daughter of Pharaoh, women of the Moabites, Ammonites, Edomites, Zidonians, and Hittites;
2  Of the nations concerning which the LORD said unto the children of Israel, Ye shall not go in to them, neither shall they come in unto you; for surely they will turn away your heart after their gods: Solomon clave unto these in love.
3  And he had seven hundred wives, princesses, and three hundred concubines: and his wives turned away his heart.
4  For it came to pass, when Solomon was old, that his wives turned away his heart after other gods: and his heart was not perfect with the LORD his God, as was the heart of David his father.
5  For Solomon went after Ashtoreth the goddess of the Zidonians, and after Milcom the abomination of the Ammonites.
6  And Solomon did evil in the sight of the LORD, and went not fully after the LORD, as did David his father.
7  Then did Solomon build an high place for Chemosh, the abomination of Moab, in the hill that is before Jerusalem, and for Molech, the abomination of the children of Ammon.
8  And likewise did he for all his strange wives, which burnt incense and sacrificed unto their gods.
9 ¶ And the LORD was angry with Solomon, because his heart was turned from the LORD God of Israel, which had appeared unto him twice,
10  And had commanded him concerning this thing, that he should not go after other gods: but he kept not that which the LORD commanded.
11  Wherefore the LORD said unto Solomon, Forasmuch as this is done of thee, and thou hast not kept my covenant and my statutes, which I have commanded thee, I will surely rend the kingdom from thee, and will give it to thy servant.
12  Notwithstanding in thy days I will not do it for David thy father's sake: but I will rend it out of the hand of thy son.
13  Howbeit I will not rend away all the kingdom; but will give one tribe to thy son for David my servant's sake, and for Jerusalem's sake which I have chosen.

295

This sin of King Solomon is in fact a picture of the true believers being pulled into the lies of the world around them, especially in the time of the apostate church in which we now live. As we read in Ne 13:26:

Ne 13:26: Did not Solomon king of Israel sin by these things? yet among many nations was there no king like him, who was beloved of his God, and God made him king over all Israel: nevertheless even him did outlandish women cause to sin.

I believe that this sin was allowed by God to enter into King Solomon's life so that God would have a record of what would happen at the end of time to some of the true believers, who would fall into sin with the many lies of the many false gospels around them throughout the apostate church and of the world and all of its false religions. We need to turn back to the Bible and repent. Leave the apostate churches. Your eternal soul depends upon it. Get out of the Beast before you take on the mark of the Beast, the Beast being the apostate church. If you are caught on Judgement Day with the mark of the Beast on you, you are headed for the lake of fire for eternity. The mark of the Beast is simply the matter of still being within the Beast when Judgement Day arrives. The number 666, which is identified as the mark of the Beast in Rev 13:18, is actually a time reference, and the term "man" in Rev 13:18 is a reference to Satan, who is called a man in Isa 14:16. Rev 13:18 says:

Rev 13:18  Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is Six hundred threescore and six.

This time reference has to do with the timing of the end of time and judgement day itself. If you have not gotten out of the apostate church when a certain time reference passes, then you are beginning to take on the mark of the Beast; and if judgement day arrives and you are still in the apostate church, then you are part of the Beast and consequently will be cast into hell because you still have the mark of the Beast on you. This matter of the mark of the Beast is discussed in more detail later in this paper.

And there is a mark that is the opposite of the mark of the Beast; this mark identifies those who sigh and cry for the abominations done in the apostate church. This passage is Ezekiel 9, which says:

Eze 9:1 ¶ He cried also in mine ears with a loud voice, saying, Cause them that have charge over the city to draw near, even every man with his destroying weapon in his hand.

2  And, behold, six men came from the way of the higher gate, which lieth toward the north, and every man a slaughter weapon in his hand; and one man among them was clothed with linen, with a writer's inkhorn by his side: and they went in, and stood beside the brasen altar.

3  And the glory of the God of Israel was gone up from the cherub, whereupon he was, to the threshold of the house. And he called to the man clothed with linen, which had the writer's inkhorn by his side;

4  And the LORD said unto him, Go through the midst of the city, through the midst of Jerusalem, and set a mark upon the foreheads of the men that sigh and that cry for all the abominations that be done in the midst thereof.

296

5 ¶ And to the others he said in mine hearing, Go ye after him through the city, and smite: let not your eye spare, neither have ye pity:

6  Slay utterly old and young, both maids, and little children, and women: but come not near any man upon whom is the mark; and begin at my sanctuary. Then they began at the ancient men which were before the house.

7  And he said unto them, Defile the house, and fill the courts with the slain: go ye forth. And they went forth, and slew in the city.

8  And it came to pass, while they were slaying them, and I was left, that I fell upon my face, and cried, and said, Ah Lord GOD! wilt thou destroy all the residue of Israel in thy pouring out of thy fury upon Jerusalem?

9  Then said he unto me, The iniquity of the house of Israel and Judah is exceeding great, and the land is full of blood, and the city full of perverseness: for they say, The LORD hath forsaken the earth, and the LORD seeth not.

10  And as for me also, mine eye shall not spare, neither will I have pity, but I will recompense their way upon their head.

11  And, behold, the man clothed with linen, which had the inkhorn by his side, reported the matter, saying, I have done as thou hast commanded me.

These people in Eze 9:4 who sigh and cry for the abominations done in the midst of the apostate church are the true believers whom God will not destroy, even as God preserved Lot as God causes Lot to come out of Sodom. Leave, and do not look back at the apostate church; remember Lot's wife. As we read:

Gen 19:17  And it came to pass, when they had brought them forth abroad, that he said, Escape for thy life; look not behind thee, neither stay thou in all the plain; escape to the mountain, lest thou be consumed.

Gen 19:26 ¶ But his wife looked back from behind him, and she became a pillar of salt.

And Jesus said:

Lu 17:32  Remember Lot's wife.

Get out of the apostate church now, and do not look back at all.   Sayonara man.

Notice how Gen 19:17 says to "escape to the mountain." This is the same thing that Jesus said:

Mt 24:16  Then let them which be in Judaea flee into the mountains:

The mountain is a reference to God himself, or more technically, to the true believers, the elect of God, the Bride of Jesus, the heavenly Jerusalem. As we read:

Heb 12: 18 ¶ For ye are not come unto the mount that might be touched, and that burned with fire, nor unto blackness, and darkness, and tempest,

19  And the sound of a trumpet, and the voice of words; which voice they that heard intreated that the word should not be spoken to them any more:

297

20 (For they could not endure that which was commanded. And if so much as a beast touch the mountain, it shall be stoned, or thrust through with a dart:

21 And so terrible was the sight, *that* Moses said, I exceedingly fear and quake:)

22 But ye are come unto mount Sion, and unto the city of the living God, the heavenly Jerusalem, and to an innumerable company of angels,

23 To the general assembly and church of the firstborn, which are written in heaven, and to God the Judge of all, and to the spirits of just men made perfect,

24 And to Jesus the mediator of the new covenant, and to the blood of sprinkling, that speaketh better things than *that of* Abel.

25 See that ye refuse not him that speaketh. For if they escaped not who refused him that spake on earth, much more *shall not* we escape, if we turn away from him that *speaketh* from heaven:

26 Whose voice then shook the earth: but now he hath promised, saying, Yet once more I shake not the earth only, but also heaven.

27 And this *word*, Yet once more, signifieth the removing of those things that are shaken, as of things that are made, that those things which cannot be shaken may remain.

28 Wherefore we receiving a kingdom which cannot be moved, let us have grace, whereby we may serve God acceptably with reverence and godly fear:

29 For our God *is* a consuming fire.

Ps 36:6 Thy righteousness *is* like the great mountains; thy judgments *are* a great deep: O LORD, thou preservest man and beast.

De 32:4 *He is* the Rock, his work *is* perfect: for all his ways *are* judgment: a God of truth and without iniquity, just and right *is* he.

In other words, we must come out of the apostate church to ensure that we are members of the eternal church. The apostate church and the eternal church are becoming mutually exclusive as we approach the end of time as God begins to separate the wheat from the tares, the elect from the non-elect. Get out of the Beast; your eternal soul depends upon this.

Notice that Ps 36:6 says that God preserves even beasts. This is true, even false teachers draw their every breath from God. But God will kill them in the lake of fire at the end of time, and their breath of life, or the light of truth, will be taken completely from them, and they will suffer in the lake of fire for eternity in the full darkness of lies, darkness so great that it will be felt. As we read in Mt 13:12 where the truth that they think that they have, even that will be taken from them—they will be in the complete darkness of lies in the lake of fire:

Mt 13:10 And the disciples came, and said unto him, Why speakest thou unto them in parables?

11 He answered and said unto them, Because it is given unto you to know the mysteries of the kingdom of heaven, but to them it is not given.

12 For whosoever hath, to him shall be given, and he shall have more abundance: but whosoever hath not, from him shall be taken away even that he hath.

298

13 Therefore speak I to them in parables: because they seeing see not; and hearing they hear not, neither do they understand.

14 And in them is fulfilled the prophecy of Esaias, which saith, By hearing ye shall hear, and shall not understand; and seeing ye shall see, and shall not perceive:

15 For this people's heart is waxed gross, and *their* ears are dull of hearing, and *their* eyes they have closed; lest at any time they should see with *their* eyes, and hear with *their* ears, and should understand with *their* heart, and should be converted, and I should heal them.

16 But blessed *are* your eyes, for they see: and your ears, for they hear.

May God be gracious to you so that verse 16 applies to you, and that you do understand the spiritual language or parables of the Bible. Do you understand? Then get out of that apostate church you are now attending; it is threatening your soul with eternal damnation in the lake of fire. Do not take on the mark of the Beast by staying there. It will be an eternally deadly mistake.

Back to Genesis 2. Adam was required to name the beasts; and in the process of so naming the beasts he was actually looking for a wife. Gen 2:20, which says:

Gen 2:20 And Adam gave names to all cattle, and to the fowl of the air, and to every beast of the field; but for Adam there was not found an help meet for him.

So Adam names the beasts:

Gen 2:18 ¶ And the LORD God said, *It is* not good that the man should be alone; I will make him an help meet for him.

19 And out of the ground the LORD God formed every beast of the field, and every fowl of the air; and brought *them* unto Adam to see what he would call them: and whatsoever Adam called every living creature, that *was* the name thereof.

20 And Adam gave names to all cattle, and to the fowl of the air, and to every beast of the field; but for Adam there was not found an help meet for him.

God by having Adam name the beasts was displaying the reality that God sees the hearts of men. As Adam saw them, so in fact was their name. This is a picture of the absolute accuracy with which God sees the hearts of men; and if they are a beast, God knows it, and God even knows exactly what kind of beast is that person. God calls false teachers beasts; they are false because they teach lies—read 2Pet 2 again. God knows all the lies that any person loves within his or her heart. Jesus, who is God, sees the hearts of men, and names them all. He is the perfect Judge because he can see the hearts of men. See Ps 139:23-24. Jesus will not marry a beast. He wants truth and only truth and perfect truth and no lies whatsoever within the heart of his wife; nothing less is acceptable.

So when no one honest mate for Jesus was found (Adam found no helper suitable for him)—all are beasts with lies within his or her heart, then Jesus had to create her himself. As we read:

299

Isa 63:1 ¶ Who is this that cometh from Edom, with dyed garments from Bozrah? this that is glorious in his apparel, travelling in the greatness of his strength? I that speak in righteousness, mighty to save.

2 Wherefore art thou red in thine apparel, and thy garments like him that treadeth in the winefat?

3 I have trodden the winepress alone; and of the people there was none with me: for I will tread them in mine anger, and trample them in my fury; and their blood shall be sprinkled upon my garments, and I will stain all my raiment.

4 For the day of vengeance is in mine heart, and the year of my redeemed is come.

5 And I looked, and there was none to help; and I wondered that there was none to uphold: therefore mine own arm brought salvation unto me; and my fury, it upheld me.

6 And I will tread down the people in mine anger, and make them drunk in my fury, and I will bring down their strength to the earth.

7 ¶ I will mention the lovingkindnesses of the LORD, and the praises of the LORD, according to all that the LORD hath bestowed on us, and the great goodness toward the house of Israel, which he hath bestowed on them according to his mercies, and according to the multitude of his lovingkindnesses.

8 For he said, Surely they are my people, children that will not lie: so he was their Saviour.

9 In all their affliction he was afflicted, and the angel of his presence saved them: in his love and in his pity he redeemed them; and he bare them, and carried them all the days of old.

Isa 63:1 says of Jesus, who cometh from Edom (the word "Edom" is closely related to the word for mankind, or Adam), that he is mighty to save. And in verse 3 we see that Jesus treads the winepress alone. Only Jesus could pay for the sins of the elect. None of the elect could help Jesus. We are spiritually dead and are as helpless as a corpse on the ground. We have no spiritual life in us and in the depth of our hearts we only hate the truth of God. Jesus must die and give us his life to help us. So verse 4 makes clear that Jesus is taking vengeance. This is vengeance upon sin. Jesus hates sin. So Jesus must take upon himself and bring condemnation upon himself in order to lovingly save his bride and to put truth within her heart and give her his life. This love is made plain in verse 7, where we read "I will mention the lovingkindness of the LORD", and if verse 8 Jesus desire for truth within the inward man is made plain where we read "children that will not lie". So we see from Isa 63 that Jesus does the saving, and that he wants truth within the inward man.

Ps 51:6 Behold, thou desirest truth in the inward parts: and in the hidden part thou shalt make me to know wisdom.

Ps 26:2 Examine me, O LORD, and prove me; try my reins and my heart.

1 Ki 2:4 That the LORD may continue his word which he spake concerning me, saying, If thy children take heed to their way, to walk before me in truth with all their heart and with all their soul, there shall not fail thee (said he) a man on the throne of Israel.

300

Zec 8:16 These are the things that ye shall do; Speak ye every man the truth to his neighbour; execute the judgment of truth and peace in your gates:

Eph 4:25 Wherefore putting away lying, speak every man truth with his neighbour: for we are members one of another.

And of the state of man before salvation:

Ps 5:9 For there is no faithfulness in their mouth; their inward part is very wickedness; their throat is an open sepulchre; they flatter with their tongue.

Ps 58:3 The wicked are estranged from the womb: they go astray as soon as they be born, speaking lies.

And we may struggle with lies even after we become saved if that is a particular sin weakness in our life; but in that case God will work-us-over, maybe even forcefully, in due time to bring increased repentance from lies. He will teach us to trust God for our security and to not seek for security and safety and advantage in lies. We will learn to trust God more and more as God increases our repentance from lies. And we will learn to trust in truth, even if we must die to maintain that trust in truth, because our security is in God, and God is more powerful that death, and will resurrect us from death at the end of time; and we will be at peace with God because perfect truth fills our hearts in heaven.

Now Isa 63 goes on and says:

Isa 63:10 But they rebelled, and vexed his holy Spirit: therefore he was turned to be their enemy, and he fought against them.

11 Then he remembered the days of old, Moses, and his people, saying, Where is he that brought them up out of the sea with the shepherd of his flock? where is he that put his holy Spirit within him?

12 That led them by the right hand of Moses with his glorious arm, dividing the water before them, to make himself an everlasting name?

13 That led them through the deep, as an horse in the wilderness, that they should not stumble?

14 As a beast goeth down into the valley, the Spirit of the LORD caused him to rest: so didst thou lead thy people, to make thyself a glorious name.

Notice, even when we rebel from truth, as verse 10 is speaking, God will lose none of the elect. We may be even as a beast before him as verse 14 speaks as God gives rest unto a beast. This is the idea of Ps 73, one of my favorite Psalms, of Asaph, who says:

Ps 73:22 So foolish was I, and ignorant: I was as a beast before thee.

23 Nevertheless I am continually with thee: thou hast holden me by my right hand.

24 Thou shalt guide me with thy counsel, and afterward receive me to glory.

25 Whom have I in heaven but thee? and there is none upon earth that I desire beside thee.

26 My flesh and my heart faileth: but God is the strength of my heart, and my portion for ever.

301

27 For, lo, they that are far from thee shall perish: thou hast destroyed all them that go a whoring from thee.

28 But *it is* good for me to draw near to God: I have put my trust in the Lord GOD, that I may declare all thy works.

You see, Asaph in verse 22 admitted that he was ignorant. He is admitting that he lacked knowledge of the truth. His spiritual breasts were filled with lies. He was ugly before Jesus. Yet Jesus continued to love him, because Asaph was one of the elect. Jesus was not going to give up on Asaph. Jesus will not put out the smoking flax, nor break the bruised reed. And he will bring judgment unto victory. Jesus is infinitely gentle and infinitely powerful. What a savior the true elect have. He is God himself, and he loves us, and his desire is for us, as a loving husband loves his wife.

So Jesus had to die to give his life to his bride and to put truth within her heart and to build upon her breasts filled with the knowledge of truth or the sincere milk of the Word, the Bible. This is how the Song of Solomon speaks:

So 8:8 ¶ We have a little sister, and she hath no breasts: what shall we do for our sister in the day when she shall be spoken for?

9 If she *be* a wall, we will build upon her a palace of silver: and if she *be* a door, we will inclose her with boards of cedar.

10 I *am* a wall, and my breasts like towers: then was I in his eyes as one that found favour.

The little sister in verse 8 has small breasts. She lacks knowledge of the truth. But God will build her, until her breasts are like the other woman in verse 10, whose breasts are like fully built towers that are very attractive to Jesus. We need to fill our bosom with the knowledge of God from the Bible, and the Bible alone. The Bible is above all teachers, and above all mankind. The Bible has all authority. It trumps all things that any man may say. Believe the Bible over any and all men; believe the Bible over anything you read in this paper. But, if you read something in this paper that the Bible supports, then believe it first because the Bible said so; and give less value to this paper. As we read:

Joh 4: 42 And said unto the woman, Now we believe, not because of thy saying: for we have heard *him* ourselves, and know that this is indeed the Christ, the Saviour of the world.

And fill your hearts with the love of God that comes from knowing God through the knowledge of the Bible, the only true word of God.

As we also read:

Acts 17:11 These were more noble than those in Thessalonica, in that they received the word with all readiness of mind, and searched the scriptures daily, whether those things were so.

You may be a thessalonian who simply hears the truth and believes it. This is commendable, as we read:

302

1Th 2:13 ¶ For this cause also thank we God without ceasing, because, when ye received the word of God which ye heard of us, ye received *it* not as the word of men, but as it is in truth, the word of God, which effectually worketh also in you that believe.

But you would protect yourself better from the lies of false teachers if you were more noble minded and did as the Bereans did in Acts 17:11 quoted above and searched the scriptures yourself. You may say in your heart: 'I am just a simple person, I do not know how to search truth out of the Bible.' You have Almighty God within your heart as the Holy Spirit. He will help you. Read your Bible. Compare verses with verses, and increase your understanding and make yourself more beautiful to Jesus. He loves you, and his desire is for you. Make yourself as beautiful to him as you can, and protect yourself from false teacher's lies also by reading your Bible. Make yourself ready for your husband on your's and his wedding day. Make yourself as beautiful as you can. Get ready for the marriage supper of the Lamb. But remember, knowledge puffs up, but love edifies. Do not let the increased knowledge become a matter of pride. Always seek God to help you stay humble as he reveals truth to you. Then, in your humility, you will be able to condescend to men of low estate, and be not high minded, and to thereby help all people with the truth in love. As we read:

Rom 12: 16 *Be* of the same mind one toward another. Mind not high things, but condescend to men of low estate. Be not wise in your own conceits.

Php 2:2 Fulfil ye my joy, that ye be likeminded, having the same love, *being* of one accord, of one mind.

3 *Let* nothing *be done* through strife or vainglory; but in lowliness of mind let each esteem other better than themselves.

Php 4:2 I beseech Euodias, and beseech Syntyche, that they be of the same mind in the Lord.

Ps 131:1 ¶ <<A Song of degrees of David.>> LORD, my heart is not haughty, nor mine eyes lofty: neither do I exercise myself in great matters, or in things too high for me.

Ps 131:2 Surely I have behaved and quieted myself, as a child that is weaned of his mother: my soul *is* even as a weaned child.

The humility that comes from being weaned from the milk of the word teaches that the true knowledge God goes way over our head and so because of that we are to be humble—we will never finish learning more about God and we must exercise ourselves in things of the Bible that are given to us of God to understand, and to not attempt to force God to give us knowledge above that which he desires to give to us. So we do not exercise ourselves in things too high for us. Nevertheless, we have gone thought that crying period when we are weaned from the milk of the word, and now we are learning to eat meat, the more difficult and deeper truths of the word of God, as is appropriate for us as we God sees fit. As we read:

Pr 30: 7 ¶ Two *things* have I required of thee; deny me *them* not before I die:

303

8 Remove far from me vanity and lies: give me neither poverty nor riches; feed me with food convenient for me:
9 Lest I be full, and deny *thee*, and say, Who is the LORD? or lest I be poor, and steal, and take the name of my God in vain.

This is the answer to knowledge puffing up. God gives to us knowledge as is appropriate for us as we need. Yet, when God may reveal a new truth to us, we get proud because of that new knowledge. This is why we should pray and seek God continually for humility. Also, pride is a never ending sin that all believers must deal against all their lives; but God does give some victory over time. But we will still always be totally dependent upon God as our only source of power to be humble and obedient and loving and filled with the fruits of the Spirit, as the Bible speaks. We must be able to condescend to men of low estate, and if we have the pride of knowledge, then we can not serve God because we can not condescend to men of low estate. Jesus condescended to men of low estate, so much so that he is called the friend of sinners; which truth comes from:

Mt 9:10 And it came to pass, as Jesus sat at meat in the house, behold, many publicans and sinners came and sat down with him and his disciples.
Mt 9:11 And when the Pharisees saw *it*, they said unto his disciples, Why eateth your Master with publicans and sinners?
Mt 11:19 The Son of man came eating and drinking, and they say, Behold a man gluttonous, and a winebibber, a friend of publicans and sinners. But wisdom is justified of her children.
Mr 2:15 And it came to pass, that, as Jesus sat at meat in his house, many publicans and sinners sat also together with Jesus and his disciples: for there were many, and they followed him.
Mr 2:16 And when the scribes and Pharisees saw him eat with publicans and sinners, they said unto his disciples, How is it that he eateth and drinketh with publicans and sinners?
Lu 5:30 But their scribes and Pharisees murmured against his disciples, saying, Why do ye eat and drink with publicans and sinners?
Lu 7:34 The Son of man is come eating and drinking; and ye say, Behold a gluttonous man, and a winebibber, a friend of publicans and sinners!
Lu 15:1 ¶ Then drew near unto him all the publicans and sinners for to hear him.

And:

Pr 18:24 ¶ A man *that hath* friends must shew himself friendly: and there is a friend *that* sticketh closer than a brother.

And it is friendship in the heart of a man that turns his sexual desire for his wife into true love for her. Jesus has that friendship in his heart. So we know that he loves us in his heart, and is not merely after our body. He knows also that knowledge puffs up, and large breasts filled with the knowledge of the Bible are not everything, but he must have true heart love towards us, and we must have true heart love towards him. Jesus has that true heart love towards his Bride. He loves her deeply and sincerely. And he wants that same true heart love he gives to us to return back to him from us; we love him because he

304

first loved us. And we have nothing to give to him that he has not already given to us first, since we started out as a spiritual corpse and could give absolutely nothing to him. And everything good we now have is entirely from him (1Cor.4:7). So why should we ever have any pride? Jesus is everything; we are nothing. Yet he loves us so dearly that he paid the full equivalent of eternal damnation for our sins to save us from the lake of fire filled with lies and no truth.

So Adam was put into a deep sleep as a picture of this death that Jesus had to endure to create for himself a wife so that she is longer a beast, but has a heart filled with truth and love. So we read:

Gen 2:21 ¶ And the LORD God caused a deep sleep to fall upon Adam, and he slept: and he took one of his ribs, and closed up the flesh instead thereof;
22  And the rib, which the LORD God had taken from man, made he a woman, and brought her unto the man.
23  And Adam said, This *is* now bone of my bones, and flesh of my flesh: she shall be called Woman, because she was taken out of Man.
24  Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh.
25  And they were both naked, the man and his wife, and were not ashamed.

And in Gen 3:20, after the fall, Adam names his wife Eve, and says:

Gen 3:20 ¶ And Adam called his wife's name Eve; because she was the mother of all living.

This language calling her the "mother of all living" is a spiritual phrase relating Eve as a picture of the Bride of Christ, who preaches the truth and so is involved in the spiritual sexual process of conceiving life. When a person is born from above then means that that person is born of the kingdom of heaven where the true believers, the Bride of Christ is. As we read:

Rev 22: 17 And the Spirit and the bride say, Come. And let him that heareth say, Come. And let him that is athirst come. And whosoever will, let him take the water of life freely.

Isa 2:3 And many people shall go and say, Come ye, and let us go up to the mountain of the LORD, to the house of the God of Jacob; and he will teach us of his ways, and we will walk in his paths: for out of Zion shall go forth the law, and the word of the LORD from Jerusalem.

Jer 50:5 They shall ask the way to Zion with their faces thitherward, *saying*, Come, and let us join ourselves to the LORD in a perpetual covenant *that* shall not be forgotten.

Mic 4:2 And many nations shall come, and say, Come, and let us go up to the mountain of the LORD, and to the house of the God of Jacob; and he will teach us of his ways, and we will walk in his paths: for the law shall go forth of Zion, and the word of the LORD from Jerusalem.

305

Joh 1:39 He saith unto them, Come and see. They came and saw where he dwelt, and abode with him that day: for it was about the tenth hour.
40 One of the two which heard John *speak*, and followed him, was Andrew, Simon Peter's brother.
41 He first findeth his own brother Simon, and saith unto him, We have found the Messias, which is, being interpreted, the Christ.
42 And he brought him to Jesus. And when Jesus beheld him, he said, Thou art Simon the son of Jona: thou shalt be called Cephas, which is by interpretation, A stone.
43 ¶ The day following Jesus would go forth into Galilee, and findeth Philip, and saith unto him, Follow me.
44 Now Philip was of Bethsaida, the city of Andrew and Peter.
45 Philip findeth Nathanael, and saith unto him, We have found him, of whom Moses in the law, and the prophets, did write, Jesus of Nazareth, the son of Joseph.
46 And Nathanael said unto him, Can there any good thing come out of Nazareth? Philip saith unto him, Come and see.

1Th 1:5 For our gospel came not unto you in word only, but also in power, and in the Holy Ghost, and in much assurance; as ye know what manner of men we were among you for your sake.
6 ¶ And ye became followers of us, and of the Lord, having received the word in much affliction, with joy of the Holy Ghost:
7 So that ye were ensamples to all that believe in Macedonia and Achaia.
8 For from you sounded out the word of the Lord not only in Macedonia and Achaia, but also in every place your faith to God-ward is spread abroad; so that we need not to speak any thing.

So the Bride of Christ is the mother of all living. The Holy Spirit causes conception within that mother of all the true believers, even as the Holy Spirit caused the conception of Jesus within the virgin womb of Mary, the mother of Jesus, the subsequent wife of Joseph. This is clearly one important idea behind Rev 22:17, quoted above, and now quoted again:

Rev 22: 17 And the Spirit and the bride say, Come. And let him that heareth say, Come. And let him that is athirst come. And whosoever will, let him take the water of life freely.

In summary, the spiritual picture of Genesis 2 in reference to Jesus getting his Bride is that Jesus was required to die to purify his bride from the beastly lies in her heart so that she was no longer a beast; Jesus purified her because of his love for her, even though there was absolutely nothing lovely about her as a beast. But she was no longer a beast, because Jesus gave his own rib to make her of his own righteousness. She was now pure because of his purity in her and on her through and through.

## 10 The Song of Solomon

The Song of Solomon is very deep, and I have never heard a good sermon on it. I have heard a sermon on it that focused on human sexuality and was without any significant understanding of the spiritual meanings that ride above that beautiful language. A

306

thorough study of the Song of Solomon would take years. I am only going to point out some of the important spiritual language that I can find in the short time that I am working on this paper. But I hope to make plain that the spiritual picture of the Song of Solomon is that of the spiritual sexual relationship that exists between Jesus and his Bride.

Notice first in So 1:5-6 which says that the woman is black. And that this is because the sun has looked upon the woman:

So 1:5 I am black, but comely, O ye daughters of Jerusalem, as the tents of Kedar, as the curtains of Solomon.
6 Look not upon me, because I *am* black, because the sun hath looked upon me: my mother's children were angry with me; they made me the keeper of the vineyards; *but* mine own vineyard have I not kept.

This idea of being black because the sun has looked upon her is a picture of the fact that she is saved, because she has come to the light. As Jesus says:

Joh 3:18 He that believeth on him is not condemned: but he that believeth not is condemned already, because he hath not believed in the name of the only begotten Son of God.
19 And this is the condemnation, that light is come into the world, and men loved darkness rather than light, because their deeds were evil.
20 For every one that doeth evil hateth the light, neither cometh to the light, lest his deeds should be reproved.
21 But he that doeth truth cometh to the light, that his deeds may be made manifest, that they are wrought in God.

She has come to the light: she is black, but she is comely. That word "comely" is old English for beautiful. She is in fact so beautiful that we read else where in the Song of Solomon:

So 5: 9 ¶ What is thy beloved more than *another* beloved, O thou fairest among women? *what is* thy beloved more than *another* beloved, that thou dost so charge us?

She is called the fairest among women. This is appropriate because she is a picture of the Bride of Christ. Jesus will have the most beautiful bride that ever came into existence. She will be more beautiful than any human bride that ever, ever existed. Jesus has earned that by paying for her sins and giving to her his beauty and righteousness. All good things come from God, including beauty. As we read:

Jas 1:17 Every good gift and every perfect gift is from above, and cometh down from the Father of lights, with whom is no variableness, neither shadow of turning.

So 1:13 gives some very interesting descriptive language involving the man. That verse says:

307

So 1:13 A bundle of myrrh is my wellbeloved unto me; he shall lie all night betwixt my breasts.

This verse likens the man to spices. This is very interesting to one, because since the man represents Jesus himself, then to relate spices to Jesus is so say that spices represent the Word of God. Furthermore, notice that he lies between her breasts. That suggests that the Word of God is filling her breasts, and when she, the true church, preaches the sincere milk of the Word, then her message is spiced with the words of the Bible. Is not that how all sermons should be made? Should not a sermon be a mixture of the words of the Bible, the spice, then in his own words lovingly attempt to explain those Bible words so that those listening can understand? Is not that what we read here:

Ne 8.8 So they read in the book in the law of God distinctly, and gave the sense, and caused them to understand the reading.

And:

Acts 8:26 ¶ And the angel of the Lord spake unto Philip, saying, Arise, and go toward the south unto the way that goeth down from Jerusalem unto Gaza, which is desert.
27 And he arose and went: and, behold, a man of Ethiopia, an eunuch of great authority under Candace queen of the Ethiopians, who had the charge of all her treasure, and had come to Jerusalem for to worship,
28 Was returning, and sitting in his chariot read Esaias the prophet.
29 Then the Spirit said unto Philip, Go near, and join thyself to this chariot.
30 And Philip ran thither to him, and heard him read the prophet Esaias, and said, Understandest thou what thou readest?
31 And he said, How can I, except some man should guide me? And he desired Philip that he would come up and sit with him.
32 The place of the scripture which he read was this, He was led as a sheep to the slaughter; and like a lamb dumb before his shearer, so opened he not his mouth:
33 In his humiliation his judgment was taken away: and who shall declare his generation? for his life is taken from the earth.
34 And the eunuch answered Philip, and said, I pray thee, of whom speaketh the prophet this? of himself, or of some other man?
35 Then Philip opened his mouth, and began at the same scripture, and preached unto him Jesus.

Again, this is the Spirit (the Holy Spirit) via the Bible, and the Bride via Philip both saying "come", as Rev 22:17 speaks.

Notice in So 3:3 and So 5:6 there are mentioned the term "watchman". These watchman are the same idea as being discussed in Ezekiel:

Eze 3:17 Son of man, I have made thee a watchman unto the house of Israel: therefore hear the word at my mouth, and give them warning from me.

308

Eze 33:2 Son of man, speak to the children of thy people, and say unto them, When I bring the sword upon a land, if the people of the land take a man of their coasts, and set him for their watchman:

Eze 33:6 But if the watchman see the sword come, and blow not the trumpet, and the people be not warned; if the sword come, and take any person from among them, he is taken away in his iniquity; but his blood will I require at the watchman's hand.

The watchman are the spiritual leaders of the church. Since the church is apostate today, these watchmen are not doing their job. The sword of God, the Word of God, is coming soon and most people in the world, even most in the apostate church, are going to the eternal lake of fire for ever. These watchmen are failing to do their job. They are like the leaders of Israel in Jesus time. These leaders were actually opposing salvation: they were opposing finding salvation in God and in Jesus. As we read:

Mt 23:13 ¶ But woe unto you, scribes and Pharisees, hypocrites! for ye shut up the kingdom of heaven against men: for ye neither go in yourselves, neither suffer ye them that are entering to go in.

So likewise in So 5:6-7, which says:

So 5:6 I opened to my beloved; but my beloved had withdrawn himself, and was gone: my soul failed when he spake: I sought him, but I could not find him; I called him, but he gave me no answer.
7 The watchmen that went about the city found me, they smote me, they wounded me; the keepers of the walls took away my veil from me.

The elect, the Bride of Christ, are attempting to find Jesus, but the watchmen, the leaders of the church, are actually hindering that attempt with their lies and false gospels. These watchmen are so evil that they smite the elect, as So 5:7 says. This is to smite with the lies of the tongue. As we read:

Jer 18:18 ¶ Then said they, Come, and let us devise devices against Jeremiah; for the law shall not perish from the priest, nor counsel from the wise, nor the word from the prophet. Come, and let us smite him with the tongue, and let us not give heed to any of his words.

But we will find our lover, Jesus, because the gates of hell shall not prevail against the true believers.

Notice on another point, that the language of love involves love at night. We see this in So 4:6, which says:

So 4:6 Until the day break, and the shadows flee away, I will get me to the mountain of myrrh, and to the hill of frankincense.

Why is it that God has designed the universe and the earth and the creation of mankind so that mankind usually has sex at night? That is because sex between an man and his wife is a picture of the sending forth of the Gospel throughout the world that is filled with the

309

darkness of lies. But the truth going between the man and the woman via the man's penis which gives out the seed of copulation or manna from heaven and the woman's nipples which give out the sincere milk of the Word are a picture of the light of the knowledge of truth. But everywhere else is darkness. The sword or the word of God is the answer to darkness. So we also read, this time in So 3:7-8:

So 3:7 ¶ Behold his bed, which is Solomon's; threescore valiant men are about it, of the valiant of Israel.
8 They all hold swords, being expert in war: every man hath his sword upon his thigh because of fear in the night.

Do you carry your sword by your thigh because of fear in the night? You should. That sword is the Bible, and if you read it it will give to you light by which you may expose the lies of the false teachers all around us who are trying to smite us with the words of their tongues and make everything dark, because these false teachers hate the light of the true Gospel.

So sex during the night is a spiritual picture of the true Gospel going out in the midst of a dark world. The Holy Spirit takes the seed of copulation, which is the true manna from heaven, Jesus as the Word of God recorded in the Bible, and creates life in the womb of the Bride of Christ. The Bride of Christ is then responsible for feeding and caring for this new child of Jesus and to feed that child with the sincere milk of the Word of God from her nipples after she gives birth (that is, after someone is born again or born from above or appears to be such—they still must make their calling and election sure and get off the milk and onto the meat of the Bible). And then the woman continues to prepare meals, this time of the meat of the word for the older children, and for the babes she cares for her and supports her and protects her. This creation we humans find ourselves within is filled with pictures of the truth. But only the Holy Spirit can open our eyes to the correct understanding of these pictures via the Bible.

Now let us quote all of Song of Solomon chapters 7 and 8 and discuss some of the verses found there:

So 7:1 ¶ How beautiful are thy feet with shoes, O prince's daughter! the joints of thy thighs are like jewels, the work of the hands of a cunning workman.
2 Thy navel is like a round goblet, which wanteth not liquor: thy belly is like an heap of wheat set about with lilies.
3 Thy two breasts are like two young roes that are twins.
4 Thy neck is as a tower of ivory; thine eyes like the fishpools in Heshbon, by the gate of Bathrabbim: thy nose is as the tower of Lebanon which looketh toward Damascus.
5 Thine head upon thee is like Carmel, and the hair of thine head like purple; the king is held in the galleries.
6 How fair and how pleasant art thou, O love, for delights!
7 This thy stature is like to a palm tree, and thy breasts to clusters of grapes.
8 I said, I will go up to the palm tree, I will take hold of the boughs thereof: now also thy breasts shall be as clusters of the vine, and the smell of thy nose like apples;
9 And the roof of thy mouth like the best wine for my beloved, that goeth down sweetly, causing the lips of those that are asleep to speak.

310

10 ¶ I am my beloved's, and his desire is toward me.
11 Come, my beloved, let us go forth into the field; let us lodge in the villages.
12 Let us get up early to the vineyards; let us see if the vine flourish, whether the tender grape appear, and the pomegranates bud forth: there will I give thee my loves.
13 The mandrakes give a smell, and at our gates are all manner of pleasant fruits, new and old, which I have laid up for thee, O my beloved.

So 8:1 ¶ O that thou wert as my brother, that sucked the breasts of my mother! when I should find thee without, I would kiss thee; yea, I should not be despised.
2 I would lead thee, and bring thee into my mother's house, who would instruct me: I would cause thee to drink of spiced wine of the juice of my pomegranate.
3 His left hand should be under my head, and his right hand should embrace me.
4 I charge you, O daughters of Jerusalem, that ye stir not up, nor awake my love, until he please.
5 ¶ Who is this that cometh up from the wilderness, leaning upon her beloved? I raised thee up under the apple tree: there thy mother brought thee forth: there she brought thee forth that bare thee.
6 Set me as a seal upon thine heart, as a seal upon thine arm: for love is strong as death; jealousy is cruel as the grave: the coals thereof are coals of fire, which hath a most vehement flame.
7 Many waters cannot quench love, neither can the floods drown it: if a man would give all the substance of his house for love, it would utterly be contemned.
8 ¶ We have a little sister, and she hath no breasts: what shall we do for our sister in the day when she shall be spoken for?
9 If she be a wall, we will build upon her a palace of silver: and if she be a door, we will inclose her with boards of cedar.
10 I am a wall, and my breasts like towers: then was I in his eyes as one that found favour.
11 Solomon had a vineyard at Baalhamon; he let out the vineyard unto keepers; every one for the fruit thereof was to bring a thousand pieces of silver.
12 My vineyard, which is mine, is before me: thou, O Solomon, must have a thousand, and those that keep the fruit thereof two hundred.
13 ¶ Thou that dwellest in the gardens, the companions hearken to thy voice: cause me to hear it.
14 Make haste, my beloved, and be thou like to a roe or to a young hart upon the mountains of spices.

Notice in So 7:10 that the woman rejoices in that her husband's desire is towards her. As we read:

So 7:10 ¶ I am my beloved's, and his desire is toward me.

This is appropriate, because she is recognizing that he loves her. We are talking here about sexual desire as a type of love. Now, the woman knows that her husband loves her far more than her body, he loves her soul above all. That is why we read.

So 5:16 His mouth is most sweet: yea, he is altogether lovely. This is my beloved, and this is my friend, O daughters of Jerusalem.

311

She knows that he is her friend most of all. She knows that he has a true heart love for her. He is her friend, and she is a friend to him as well, because he has put his friendship within her and chosen or elected her to be his wife and has drawn her by the work of the Holy Spirit and the Bible to be a friend towards him. He has saved her from her filth and from her sins; and the friendship that results is very deep and very beautiful and very close and loving and very special and very peaceful—because his love comes back to him from her heart in the form of a very great and eternal gratitude that includes a willingness to sacrifice herself for him unto death, because that is what he did for her in saving her from her filth and from her sins.

This is the picture we have at the beginning of Ezekiel 16, which says:

Eze 16:1 ¶ Again the word of the LORD came unto me, saying,

2 Son of man, cause Jerusalem to know her abominations,

3 And say, Thus saith the Lord GOD unto Jerusalem; Thy birth and thy nativity *is of the* land of Canaan; thy father *was* an Amorite, and thy mother an Hittite.

4 And *as for* thy nativity, in the day thou wast born thy navel was not cut, neither wast thou washed in water to supple *thee*; thou wast not salted at all, nor swaddled at all.

5 None eye pitied thee, to do any of these unto thee, to have compassion upon thee; but thou wast cast out in the open field, to the lothing of thy person, in the day that thou wast born.

6 ¶ And when I passed by thee, and saw thee polluted in thine own blood, I said unto thee *when thou wast* in thy blood, Live; yea, I said unto thee *when thou wast* in thy blood, Live.

7 I have caused thee to multiply as the bud of the field, and thou hast increased and waxen great, and thou art come to excellent ornaments: *thy* breasts are fashioned, and thine hair is grown, whereas thou *wast* naked and bare.

8 Now when I passed by thee, and looked upon thee, behold, thy time *was* the time of love; and I spread my skirt over thee, and covered thy nakedness: yea, I sware unto thee, and entered into a covenant with thee, saith the Lord GOD, and thou becamest mine.

9 Then washed I thee with water; yea, I throughly washed away thy blood from thee, and I anointed thee with oil.

10 I clothed thee also with broidered work, and shod thee with badgers' skin, and I girded thee about with fine linen, and I covered thee with silk.

11 I decked thee also with ornaments, and I put bracelets upon thy hands, and a chain on thy neck.

12 And I put a jewel on thy forehead, and earrings in thine ears, and a beautiful crown upon thine head.

13 Thus wast thou decked with gold and silver; and thy raiment *was of* fine linen, and silk, and broidered work; thou didst eat fine flour, and honey, and oil: and thou wast exceeding beautiful, and thou didst prosper into a kingdom.

14 And thy renown went forth among the heathen for thy beauty: for it *was* perfect through my comeliness, which I had put upon thee. saith the Lord GOD.

Notice verse 9, there we see a direct parallel to Eph 5:26, which says:

312

Eph 5:26 That he might sanctify and cleanse it with the washing of water by the word.

Eze 16:9 is talking about how God washed his wife with the water of the Word of God, as Eph 5:26 also teaches. Yet, from Eze 16:15 onward there is much language discussing how the church goes apostate. She started out with all this great beauty, her breasts were formed and her hair was grown, and God gave her much beauty as verses 8-14 say; yet the church goes apostate and departs from the Word of God with which God had washed her.

The beginning of her corruption and decay into apostasy is recorded in Eze 16:15, which says:

Eze 16:15 ¶ But thou didst trust in thine own beauty, and playedst the harlot because of thy renown, and pouredst out thy fornications on every one that passed by; his it was.

Her pride in her beauty, for a woman that is normally called her vanity, destroyed her. She thought that her beauty was from herself. She had forgotten about her former filth and sinfulness. She began to deny the doctrine of total depravity in her preaching. She began to believe that she or her own freewill chose God and drew God to her by the power of her beauty rather than God to have seen her in her filth and in her blood and to have elected her and chosen her and to have cleansed her, though she was completely unworthy. Proof of her unworthiness is in the fact that she does indeed fall away. God may use the falling-away to teach her again of her total depravity and unworthiness, and to yet give us her repentance unto salvation. But, if she continues in her rebellion, then God will destroy her. God is the man, and he has the ultimate power; mankind is the woman, and God will destroy mankind as long as she continues to rebel against God Almighty. This is true of the apostate church first-of-all that is out of mankind, and this is secondarily true of all mankind as well.

So our response to God for saving us must be *eternal* gratitude that, God willing, never fails. We need the power of God the Holy Spirit working through the Word of God, the Bible, to keep that gratitude continuing on and on for eternity. In heaven there will be no sin, so our gratitude will never fade nor fail in any way. There will be no means of temptation to fall away; Satan will be a great gulf away in the lake of fire, from which Satan can not touch us nor even threaten us in any way. Nor will we be able to visit Satan either. Satan will never be able to tempt us for all eternity. We will be completely safe in the arms of Jesus forever. We can see some of these truths in the parable of the rich man and Lazarus:

Lu 16:19 ¶ There was a certain rich man, which was clothed in purple and fine linen, and fared sumptuously every day:

20 And there was a certain beggar named Lazarus, which was laid at his gate, full of sores,

21 And desiring to be fed with the crumbs which fell from the rich man's table: moreover the dogs came and licked his sores.

22 And it came to pass, that the beggar died, and was carried by the angels into Abraham's bosom: the rich man also died, and was buried.

313

23 And in hell he lift up his eyes, being in torments, and seeth Abraham afar off, and Lazarus in his bosom.

24 And he cried and said, Father Abraham, have mercy on me, and send Lazarus, that he may dip the tip of his finger in water, and cool my tongue; for I am tormented in this flame.

25 But Abraham said, Son, remember that thou in thy lifetime receivedst thy good things, and likewise Lazarus evil things: but now he is comforted, and thou art tormented.

26 And beside all this, between us and you there is a great gulf fixed: so that they which would pass from hence to you cannot; neither can they pass to us, that *would come* from thence.

27 Then he said, I pray thee therefore, father, that thou wouldest send him to my father's house:

28 For I have five brethren; that he may testify unto them, lest they also come into this place of torment.

29 Abraham saith unto him, They have Moses and the prophets; let them hear them.

30 And he said, Nay, father Abraham: but if one went unto them from the dead, they will repent.

31 And he said unto him, If they hear not Moses and the prophets, neither will they be persuaded, though one rose from the dead.

And some of these truths are here:

Ps 37:35 I have seen the wicked in great power, and spreading himself like a green bay tree.

36 Yet he passed away, and, lo, he was not: yea, I sought him, but he could not be found.

Job 20:5 That the triumphing of the wicked *is* short, and the joy of the hypocrite *but* for a moment?

6 Though his excellency mount up to the heavens, and his head reach unto the clouds;

7 *Yet* he shall perish for ever like his own dung: they which have seen him shall say, Where *is* he?

8 He shall fly away as a dream, and shall not be found: yea, he shall be chased away as a vision of the night.

9 The eye also *which* saw him shall *see him* no more; neither shall his place any more behold him.

Isa 41:10 ¶ Fear thou not; for I *am* with thee: be not dismayed; for I *am* thy God: I will strengthen thee; yea, I will help thee; yea, I will uphold thee with the right hand of my righteousness.

11 Behold, all they that were incensed against thee shall be ashamed and confounded: they shall be as nothing; and they that strive with thee shall perish.

12 Thou shalt seek them, and shalt not find them, even them that contended with thee: they that war against thee shall be as nothing, and as a thing of nought.

13 For I the LORD thy God will hold thy right hand, saying unto thee, Fear not; I will help thee.

14 Fear not, thou worm Jacob, *and* ye men of Israel; I will help thee, saith the LORD, and thy redeemer, the Holy One of Israel.

314

15 Behold, I will make thee a new sharp threshing instrument having teeth: thou shalt thresh the mountains, and beat *them* small, and shalt make the hills as chaff.

16 Thou shalt fan them, and the wind shall carry them away, and the whirlwind shall scatter them: and thou shalt rejoice in the LORD, *and* shalt glory in the Holy One of Israel.

17 *When* the poor and needy seek water, and *there is* none, *and* their tongue faileth for thirst, I the LORD will hear them, I the God of Israel will not forsake them.

18 I will open rivers in high places, and fountains in the midst of the valleys: I will make the wilderness a pool of water, and the dry land springs of water.

19 I will plant in the wilderness the cedar, the shittah tree, and the myrtle, and the oil tree; I will set in the desert the fir tree, *and* the pine, and the box tree together:

20 That they may see, and know, and consider, and understand together, that the hand of the LORD hath done this, and the Holy One of Israel hath created it.

2Th 1:8 In flaming fire taking vengeance on them that know not God, and that obey not the gospel of our Lord Jesus Christ:

9 Who shall be punished with everlasting destruction from the presence of the Lord, and from the glory of his power;

Let us return to our present consideration of the Song of Solomon. The woman in the Song of Solomon knows that her savior and lover is her true friend from his heart, and she returns this love back to him by being his true friend also, even unto death, as he did for her. This is as we read:

Mt 16:24¶ Then said Jesus unto his disciples, If any *man* will come after me, let him deny himself, and take up his cross, and follow me.

Mr 8:34 And when he had called the people unto *him* with his disciples also, he said unto them, Whosoever will come after me, let him deny himself, and take up his cross, and follow me.

Mr 10:21 Then Jesus beholding him loved him, and said unto him, One thing thou lackest: go thy way, sell whatsoever thou hast, and give to the poor, and thou shalt have treasure in heaven: and come, take up the cross, and follow me.

Lu 9:23 And he said to *them* all, If any *man* will come after me, let him deny himself, and take up his cross daily, and follow me.

Joh 10:27 My sheep hear my voice, and I know them, and they follow me:

Joh 12:26 If any man serve me, let him follow me: and where I am, there shall also my servant be: if any man serve me, him will *my* Father honour.

Joh 21:19 This spake he, signifying by what death he should glorify God. And when he had spoken this, he saith unto him, Follow me.

1Joh 3:16 Hereby perceive we the love *of God*, because he laid down his life for us: and we ought to lay down *our* lives for the brethren.

315

Gal 2:20 I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me.

Rom 12: 1 ¶ I beseech you therefore, brethren, by the mercies of God, that ye present your bodies a living sacrifice, holy, acceptable unto God, which is your reasonable service.

2 And be not conformed to this world: but be ye transformed by the renewing of your mind, that ye may prove what is that good, and acceptable, and perfect, will of God.

Rev 12: 11 And they overcame him by the blood of the Lamb, and by the word of their testimony; and they loved not their lives unto the death.

2Co 5:14 For the love of Christ constraineth us; because we thus judge, that if one died for all, then were all dead:

15 And that he died for all, that they which live should not henceforth live unto themselves, but unto him which died for them, and rose again.

This last verse, 2Co 5:14, is very plainly all about gratitude unto death. If Jesus died for me, then that love of dieing for me constrains me like a pair of handcuffs so that now, out of deep gratitude for what Jesus did for me in dieing for me as a true heart friend, I must be willing to do everything for him, and to follow through with that willingness if the need arises.

So in the Song of Solomon we have this deep friendship underlying and supporting and powering the less important sexual love that is on display in the Song of Solomon. Sexual love is less important than true friendship based heart love, just as knowledge of the scriptures is less important than a true heart love for the Jesus of the Bible. But, how can you say that you have a true heart love for the Jesus of the Bible if you have very little knowledge of him in the Bible; do you read your Bible very attentively and analytically and thoughtfully in order to discover Jesus and you compare scripture with scripture? You are on slim ice, even as Heb 5:10 through Heb 6:11 speaks, if you say you love the Jesus of the Bible, but do not care to study him in his letter to you, the Bible.

As we read:

Heb 5:10 ¶ Called of God an high priest after the order of Melchisedec.

11 Of whom we have many things to say, and hard to be uttered, seeing ye are dull of hearing.

12 For when for the time ye ought to be teachers, ye have need that one teach you again which be the first principles of the oracles of God; and are become such as have need of milk, and not of strong meat.

13 For every one that useth milk is unskilful in the word of righteousness: for he is a babe.

14 But strong meat belongeth to them that are of full age, even those who by reason of use have their senses exercised to discern both good and evil.

316

Heb 6:1 ¶ Therefore leaving the principles of the doctrine of Christ, let us go on unto perfection; not laying again the foundation of repentance from dead works, and of faith toward God,

2 Of the doctrine of baptisms, and of laying on of hands, and of resurrection of the dead, and of eternal judgment.

3 And this will we do, if God permit.

4 For it is impossible for those who were once enlightened, and have tasted of the heavenly gift, and were made partakers of the Holy Ghost,

5 And have tasted the good word of God, and the powers of the world to come,

6 If they shall fall away, to renew them again unto repentance; seeing they crucify to themselves the Son of God afresh, and put him to an open shame.

7 For the earth which drinketh in the rain that cometh oft upon it, and bringeth forth herbs meet for them by whom it is dressed, receiveth blessing from God:

8 But that which beareth thorns and briers is rejected, and is nigh unto cursing; whose end is to be burned.

9 ¶ But, beloved, we are persuaded better things of you, and things that accompany salvation, though we thus speak.

10 For God is not unrighteous to forget your work and labour of love, which ye have shewed toward his name, in that ye have ministered to the saints, and do minister.

11 And we desire that every one of you do shew the same diligence to the full assurance of hope unto the end:

Are you ignoring his love letter to you? Indeed, the Bible does say that knowledge puffs up, but love edifies in 1Co 8:1 and 1Co 13:1; yet do not take this principle too far, or you may find out that your shunning of deep knowledge of Jesus will actually turn out to be evidence that you actually do not have any true heart love for Jesus all, and you have been deceiving yourself. Do not play with this fire. Get to know Jesus; engage in that spiritual sexual love that Jesus has for you by exposing your heart to his Word, the Bible. Know your savior. He wishes to have blessed spiritual sex with you via the knowledge of the Bible.

Maybe you do not like the judgmental scriptures in the Bible, and you only wish to hear of his love for you. Is that your excuse for not reading the Bible? Just peaches and cream and no meat; is that meat; is that your diet? Do you realize that the love of God means absolutely nothing, unless you see what great suffering he had to endure for you in order to save you? If he paid a penny for you in his suffering, would that be much love? But if he paid one trillion dollars for you in his suffering, would that not be much more love? The wrath and ugliness of God's judgment against sin shows what great price Jesus had to pay to save any one of his elect, because we are all vile sinners who have sinned greatly. Read about the wrath of God in the Bible and by that you will actually learn about Jesus' great love for you, if you are indeed saved—otherwise this wrath language may come upon you and send you to hell. There is no fence to sit on; you will fall on one side or the other. There is no escape. Do you think that you are not a vile sinner? Consider the greatest commandment, to love God with all your heart, with all your soul, with all your mind, and with all your strength. Do you keep that commandment continuously? Have you ever had a selfish thought? Then you failed to love God with your all. Have you ever dwelt on anger in your heart over something that went wrong in your life and blamed God in your heart. Then you failed to love God with your all. I

317

believe that we sin *continuously* against God in failing *continuously* every moment of the time of our life to fully obey this commandment to love God with our all. We are very sinful. Yet, once we are sanctified by the truth of the true Gospel and begin to seek to make our calling and election sure, God in his love may save us and begin to give us some obedience to this command to love God with our all. And he may require it so that we must die for the sake of the Gospel.

I have met men whose wives have cut their husbands off from sexual relations, which is a picture of Christianity cutting Jesus from spiritual sex with us by us refusing to study the Bible. Now these Christian men never divorced their wives despite this ugly action by their wives; no Christian husband should ever divorce their wife for any cause whatsoever, any way. Now, the man's sin may have caused this reaction of his wife; in one case of one of these two men I knew, one man's sin was a strong motivation for the wife to cut her husband off sexually; though she never divorced him either (and that is right—she should not divorce her husband either). Nevertheless, he should repent, and she should not wait for his repentance, but should repent herself based on the love of Jesus for her soul that she fails to see from her human husband. She should resume letting her human husband have sex with her, and she should wait for Jesus to cause her human husband to increase her friendship and true heart love for her soul—she should wait even unto her death and continue to be submissive to her human husband. This is the kind of submissiveness that the Bible calls for in 1Pe 3, where we read:

1Pe 3:1 ¶ Likewise, ye wives, *be* in subjection to your own husbands; that, if any obey not the word, they also may without the word be won by the conversation of the wives;
2  While they behold your chaste conversation *coupled* with fear.
3  Whose adorning let it not be that outward *adorning* of plaiting the hair, and of wearing of gold, or of putting on of apparel;
4  But *let it be* the hidden man of the heart, in that which is not corruptible, *even the ornament* of a meek and quiet spirit, which is in the sight of God of great price.
5  For after this manner in the old time the holy women also, who trusted in God, adorned themselves, being in subjection unto their own husbands:
6  Even as Sara obeyed Abraham, calling him lord: whose daughters ye are, as long as ye do well, and are not afraid with any amazement.
7  Likewise, ye husbands, dwell with *them* according to knowledge, giving honour unto the wife, as unto the weaker vessel, and as being heirs together of the grace of life; that your prayers be not hindered.
8 ¶ Finally, *be ye* all of one mind, having compassion one of another, love as brethren, *be* pitiful, *be* courteous:
9  Not rendering evil for evil, or railing for railing: but contrariwise blessing; knowing that ye are thereunto called, that ye should inherit a blessing.
10  For he that will love life, and see good days, let him refrain his tongue from evil, and his lips that they speak no guile:

So let us not cut out of Jesus from loving us with spiritual sex; rather, let us read the Bible and learn of Jesus and let him thereby have that spiritual sex with us has he teaches us about knowledge love, which will strengthen our heart love for him as well.

318

I believe that Satan's work in the world and in the church to create all kinds of sexual perversions everywhere we go in this life in this present time we live is exactly aimed at causing us to look other places for knowledge rather than the Bible, or to simply ignore the Bible. Thus adultery and fornication abound both physically and spiritually. This abounding of sexual sin takes us away from the truths of the Bible, thereby causing us to not read of the true Jesus of the Bible. Satan's plan is powerful. But none of this deviates one little bit from God's eternal plan. Satan's plan fits perfectly within God's plan. But God gets absolutely no blame for Satan's plan. Yet, God in all his infinite, righteous, holy power is able to incorporate Satan's plan into his plan, even from eternity past before God created Satan. (When was Satan created? I do not know for sure; but I like the suggestion I heard from a trusted teacher that Satan and all the angles were created at the exact same time that mankind was created in Genesis 2. Not before; not after.)

Let us fill our hearts and our bosoms and our spiritual breasts with the knowledge of the true Gospel so that we may become teachers that give out the sincere milk of the Word of God, the Bible.

Kissing, also a big part of sexual relations, clearly caries strong spiritual meaning. So 5:16 is clear on this:

So 5:16 His mouth *is* most sweet: yea, he *is* altogether lovely. This *is* my beloved, and this *is* my friend, O daughters of Jerusalem.

His mouth, or the mouth of Jesus, is sweet to us. This is to say that the words of the Bible are sweet to us. As we read before:

Joh 10:27 My sheep hear my voice, and I know them, and they follow me:

Or as we read:

Ps 2:11 Serve the LORD with fear, and rejoice with trembling.
12 Kiss the Son, lest he be angry, and ye perish *from* the way, when his wrath is kindled but a little. Blessed *are* all they that put their trust in him.

Is Jesus angry with you because you are happy with you little knowledge of the Bible, and you tell yourself that you love Jesus? Is this the time when his wrath is kindled but a little against you. If you refuse to kiss Jesus, he will destroy you in all of his anger, and you will perish from the way. Let Jesus have that spiritual sex with you by reading your Bible; and put your Bible above all statements of men. You are no worshiping the true Jesus that the Bible describes. If your future groom writes to you a love letter, will you not hold that love letter close to your chest and even kiss that love letter—you will do this until the day your groom need the letter. You are no longer need the letter. You are not worshipping that letter when you hold it close to your chest; you are just expressing your love for him as you wait for your wedding day. As we read:

319

Isa 66:2  For all those *things* hath mine hand made, and all those *things* have been, saith the LORD: but to this *man* will I look, *even to him that is* poor and of a contrite spirit, and trembleth at my word.

Isa 66:5 ¶ Hear the word of the LORD, ye that tremble at his word; Your brethren that hated you, that cast you out for my name's sake, said, Let the LORD be glorified: but he shall appear to your joy, and they shall be ashamed.

Ps 138:2  I will worship toward thy holy temple, and praise thy name for thy lovingkindness and for thy truth: for thou hast magnified thy word above all thy name.

Ps 12:6  The words of the LORD *are* pure words: *as* silver tried in a furnace of earth, purified seven times.

7  Thou shalt keep them, O LORD, thou shalt preserve them from this generation for ever.

8  The wicked walk on every side, when the vilest men are exalted.

Mt 5:17 ¶ Think not that I am come to destroy the law, or the prophets: I am not come to destroy, but to fulfil.

18  For verily I say unto you, Till heaven and earth pass, one jot or one tittle shall in no wise pass from the law, till all be fulfilled.

19  Whosoever therefore shall break one of these least commandments, and shall teach men so, he shall be called the least in the kingdom of heaven: but whosoever shall do and teach *them*, the same shall be called great in the kingdom of heaven.

20  For I say unto you, That except your righteousness shall exceed *the righteousness* of the scribes and Pharisees, ye shall in no case enter into the kingdom of heaven.

How does our righteousness exceed the righteousness of the scribes and Pharisees? By having the righteousness of Jesus wash us clean by giving to us the love of God, or love of Jesus who is Truth, which the Pharisees lacked:

Joh 5:37  And the Father himself, which hath sent me, hath borne witness of me. Ye have neither heard his voice at any time, nor seen his shape.

38  And ye have not his word abiding in you: for whom he hath sent, him ye believe not.

39  Search the scriptures; for in them ye think ye have eternal life: and they are they which testify of me.

40  And ye will not come to me, that ye might have life.

41  I receive not honour from men.

42  But I know you, that ye have not the love of God in you.

43  I am come in my Father's name, and ye receive me not: if another shall come in his own name, him ye will receive.

44  How can ye believe, which receive honour one of another, and seek not the honour that *cometh* from God only?

45  Do not think that I will accuse you to the Father: there is *one* that accuseth you, *even* Moses, in whom ye trust.

46  For had ye believed Moses, ye would have believed me: for he wrote of me.

47  But if ye believe not his writings, how shall ye believe my words?

320

Do you love the truth?  The apostate church at the end of time is described as lacking the love of the truth.  As we read:

2Th 2:10  And with all deceivableness of unrighteousness in them that perish, because they received not the love of the truth, that they might be saved.

11  And for this cause God shall send them strong delusion, that they should believe a lie:

12  That they all might be damned who believed not the truth, but had pleasure in unrighteousness.

Are you feeding on the sincere milk of my nipple?  Are you sucking hard on the truth that I am giving to you? Good.  Learn the Bible yourself so that you may present your nipple and so do the same for others, and to spread the Word of God to all of mankind so that everyone of the elect is saved.  Moses felt this burden.  As we read:

Nu 11:12  Have I conceived all this people? have I begotten them, that thou shouldest say unto me, Carry them in thy bosom, as a nursing father beareth the sucking child, unto the land which thou swarest unto their fathers?

The churches today do not present the nipple filled with sincere milk.  That is why we read:

La 4:1 ¶ How is the gold become dim! *how* is the most fine gold changed! the stones of the sanctuary are poured out in the top of every street.

2  The precious sons of Zion, comparable to fine gold, how are they esteemed as earthen pitchers, the work of the hands of the potter!

3  Even the sea monsters draw out the breast, they give suck to their young ones: the daughter of my people *is become* cruel, like the ostriches in the wilderness.

4  The tongue of the sucking child cleaveth to the roof of his mouth for thirst: the young children ask bread, *and* no man breaketh *it* unto them.

5  They that did feed delicately are desolate in the streets: they that were brought up in scarlet embrace dunghills.

6  For the punishment of the iniquity of the daughter of my people is greater than the punishment of the sin of Sodom, that was overthrown as in a moment, and no hands stayed on her.

7  Her Nazarites were purer than snow, they were whiter than milk, they were more ruddy in body than rubies, their polishing *was* of sapphire:

8  Their visage is blacker than a coal; they are not known in the streets: their skin cleaveth to their bones; it is withered, it is become like a stick.

9  *They that be* slain with the sword are better than *they that be* slain with hunger: for these pine away, stricken through for *want of* the fruits of the field.

10  The hands of the pitiful women have sodden their own children: they were their meat in the destruction of the daughter of my people.

11  The LORD hath accomplished his fury; he hath poured out his fierce anger, and hath kindled a fire in Zion, and it hath devoured the foundations thereof.

12  The kings of the earth, and all the inhabitants of the world, would not have believed that the adversary and the enemy should have entered into the gates of Jerusalem.

13 ¶ For the sins of her prophets, *and* the iniquities of her priests, that have shed the blood of the just in the midst of her,

321

14 They have wandered as blind men in the streets, they have polluted themselves with blood, so that men could not touch their garments.

15 They cried unto them, Depart ye; it is unclean, depart, depart, touch not: when they fled away and wandered, they said among the heathen, They shall no more sojourn there.

16 The anger of the LORD hath divided them; he will no more regard them: they respected not the persons of the priests, they favoured not the elders.

17 As for us, our eyes as yet failed for our vain help: in our watching we have watched for a nation that could not save us.

18 They hunt our steps, that we cannot go in our streets: our end is near, our days are fulfilled; for our end is come.

19 Our persecutors are swifter than the eagles of the heaven: they pursued us upon the mountains, they laid wait for us in the wilderness.

20 The breath of our nostrils, the anointed of the LORD, was taken in their pits, of whom we said, Under his shadow we shall live among the heathen.

21 ¶Rejoice and be glad, O daughter of Edom, that dwellest in the land of Uz; the cup also shall pass through unto thee: thou shalt be drunken, and shalt make thyself naked.

22 The punishment of thine iniquity is accomplished, O daughter of Zion; he will no more carry thee away into captivity: he will visit thine iniquity, O daughter of Edom; he will discover thy sins.

Now, if you wish to present your nipple for others to suck on and to get truth, then be warned of the following:

Jas 3:1 ¶My brethren, be not many masters, knowing that we shall receive the greater condemnation.

2 For in many things we offend all. If any man offend not in word, the same is a perfect man, and able also to bridle the whole body.

3 Behold, we put bits in the horses' mouths, that they may obey us; and we turn about their whole body.

4 Behold also the ships, which though they be so great, and are driven of fierce winds, yet are they turned about with a very small helm, whithersoever the governor listeth.

5 Even so the tongue is a little member, and boasteth great things. Behold, how great a matter a little fire kindleth!

6 And the tongue is a fire, a world of iniquity: so is the tongue among our members, that it defileth the whole body, and setteth on fire the course of nature; and it is set on fire of hell.

7 For every kind of beasts, and of birds, and of serpents, and of things in the sea, is tamed, and hath been tamed of mankind:

8 But the tongue can no man tame: it is an unruly evil, full of deadly poison.

9 Therewith bless we God, even the Father; and therewith curse we men, which are made after the similitude of God.

10 Out of the same mouth proceedeth blessing and cursing. My brethren, these things ought not so to be.

11 Doth a fountain send forth at the same place sweet water and bitter?

12 Can the fig tree, my brethren, bear olive berries? either a vine, figs? so can no fountain both yield salt water and fresh.

322

You will be under greater condemnation if you present lies via your nipple. If your milk is not sincere, be warned, you will be under the wrath of God as a false teacher; even as 2Pe 2 speaks of. Therefore, study your Bible; as we read:

2TI 2:15 Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.

16 But shun profane and vain babblings: for they will increase unto more ungodliness.

But of the false teachers at the end of time, the time in which we now live, we read:

Mt 24:19 And woe unto them that are with child, and to them that give suck in those days!

These false teachers have fallen under the condemnation of James chapter 3. They are in serious trouble with God for teaching lies in the name of Jesus Christ. They are headed to the lake of fire unless they repent.

There is some beautiful language in Song of Solomon relating breasts to clusters of grapes and the mouth to the wine of the true Gospel. That is:

So 7:7 Thy stature is like to a palm tree, and thy breasts to clusters of grapes.

8 I said, I will go up to the palm tree, I will take hold of the boughs thereof: now also thy breasts shall be as clusters of the vine, and the smell of thy nose like apples;

9 And the roof of thy mouth like the best wine for my beloved, that goeth down sweetly, causing the lips of those that are asleep to speak.

The palm tree with its clusters of fruit are likened to breasts, and the man handling the breasts of his wife during sex is pictured in verse 8 as the man taking hold of the branches thereof, and the breasts are the clusters of grapes from which wine comes from.

But are your grapes poisonous? Does your nipple give lying milk, or insincere milk? Do you know the truth and are you speaking it based on the Bible only? Or are you mixing many words of men concerning which you really do not know if those words are true or false—because you have not verified those words carefully and attentively against the words of the Bible? As we read:

De 32:30 How should one chase a thousand, and two put ten thousand to flight, except their Rock had sold them, and the LORD had shut them up?

31 For their rock is not as our Rock, even our enemies themselves being judges.

32 For their vine is of the vine of Sodom, and of the fields of Gomorrah: their grapes are grapes of gall, their clusters are bitter:

33 Their wine is the poison of dragons, and the cruel venom of asps.

The sincere milk is missing, and the precious sons of Zion are dying for thirst and lack of the truth.

323

Mic 7:1 ¶ Woe is me! for I am as when they have gathered the summer fruits, as the grapegleanings of the vintage: *there is* no cluster to eat: my soul desired the firstripe fruit.

2 The good *man* is perished out of the earth: and *there is* none upright among men: they all lie in wait for blood; they hunt every man his brother with a net.

3 That they may do evil with both hands earnestly, the prince asketh, and the judge *asketh* for a reward; and the great *man*, he uttereth his mischievous desire: so they wrap it up.

4 The best of them *is* as a brier: the most upright *is sharper* than a thorn hedge: the day of thy watchmen *and* thy visitation cometh; now shall be their perplexity.

5 Trust ye not in a friend, put ye not confidence in a guide: keep the doors of thy mouth from her that lieth in thy bosom.

6 For the son dishonoureth the father, the daughter riseth up against her mother, the daughter in law against her mother in law; a man's enemies *are* the men of his own house.

As we read:

Mt 24:19 And woe unto them that are with child, and to them that give suck in those days!

This paper is performing the following rebuke against the leaders of the apostate church in our time:

Tit 1:5 ¶ For this cause left I thee in Crete, that thou shouldest set in order the things that are wanting, and ordain elders in every city, as I had appointed thee:

6 ¶ If any be blameless, the husband of one wife, having faithful children not accused of riot or unruly.

7 For a bishop must be blameless, as the steward of God; not selfwilled, not soon angry, not given to wine, no striker, not given to filthy lucre;

8 But a lover of hospitality, a lover of good men, sober, just, holy, temperate;

9 Holding fast the faithful word as he hath been taught, that he may be able by sound doctrine both to exhort and to convince the gainsayers.

10 For there are many unruly and vain talkers and deceivers, specially they of the circumcision:

11 Whose mouths must be stopped, who subvert whole houses, teaching things which they ought not, for filthy lucre's sake.

12 One of themselves, even a prophet of their own, said, The Cretians *are* alway liars, evil beasts, slow bellies.

13 This witness is true. Wherefore rebuke them sharply, that they may be sound in the faith;

14 Not giving heed to Jewish fables, and commandments of men, that turn from the truth.

15 Unto the pure all things *are* pure: but unto them that are defiled and unbelieving *is* nothing pure; but even their mind and conscience is defiled.

16 They profess that they know God; but in works they deny *him*, being abominable, and disobedient, and unto every good work reprobate.

324

This rebuke is so sharp that for any church leader to save his own soul from the lake of fire, he must realize that God's time for the corporate church has come to an end. This leader that desires to not end up in hell must step down from all authority, and advise the entire church to cease from the trappings of the corporate church. They must cease from the physical communion and church membership and water baptism. These are expressions of the power of the corporate church, and the corporate church has become the beast that is to be cast into the lake of fire. The people of your church should continue to meet if they agree to sound doctrine together so that they all start searching the Bible to find what is the actual truth; this continuing to meet is in obedience to Heb 10:24-39:

Heb 10:24 And let us consider one another to provoke unto love and to good works:

25 Not forsaking the assembling of ourselves together, as the manner of some *is*; but exhorting *one another*: and so much the more, as ye see the day approaching.

26 For if we sin wilfully after that we have received the knowledge of the truth, there remaineth no more sacrifice for sins,

27 But a certain fearful looking for of judgment and fiery indignation, which shall devour the adversaries.

28 He that despised Moses' law died without mercy under two or three witnesses:

29 Of how much sorer punishment, suppose ye, shall he be thought worthy, who hath trodden under foot the Son of God, and hath counted the blood of the covenant, wherewith he was sanctified, an unholy thing, and hath done despite unto the Spirit of grace?

30 For we know him that hath said, Vengeance *belongeth* unto me, I will recompense, saith the Lord. And again, The Lord shall judge his people.

31 *It is* a fearful thing to fall into the hands of the living God.

32 But call to remembrance the former days, in which, after ye were illuminated, ye endured a great fight of afflictions;

33 Partly, whilst ye were made a gazingstock both by reproaches and afflictions; and partly, whilst ye became companions of them that were so used.

34 For ye had compassion of me in my bonds, and took joyfully the spoiling of your goods, knowing in yourselves that ye have in heaven a better and an enduring substance.

35 Cast not away therefore your confidence, which hath great recompence of reward.

36 For ye have need of patience, that, after ye have done the will of God, ye might receive the promise.

37 For yet a little while, and he that shall come will come, and will not tarry.

38 Now the just shall live by faith: but if *any man* draw back, my soul shall have no pleasure in him.

39 But we are not of them who draw back unto perdition; but of them that believe to the saving of the soul.

You have received further knowledge of the truth after reading this paper and the great amount of scripture that is in this paper. If you ignore this knowledge, then verses 26 to 30 apply to you, ending in the phrase "The Lord shall judge his people." This is as we read:

325

Am 9:9 For, lo, I will command, and I will sift the house of Israel among all nations, like as *corn* is sifted in a sieve, yet shall not the least grain fall upon the earth.
10 All the sinners of my people shall die by the sword, which say, The evil shall not overtake nor prevent us.

And so we read:

1Pe 4:17 For the time *is come* that judgment must begin at the house of God: and if *it first begin at us*, what shall the end *be* of them that obey not the gospel of God?
18 And if the righteous scarcely be saved, where shall the ungodly and the sinner appear?
19 Wherefore let them that suffer according to the will of God commit the keeping of their souls *to him* in well doing, as unto a faithful Creator.

And who ultimately is the house of God? Is that not Jesus? If he had to endure the full equivalent of eternal damnation first 2000 years ago when he went to the cross, and he did no evil, how much more us who are sinners should we expect judgment on us; and even how much more the non-elect who do not obey the Gospel? Hence, God's time now for judging the church has arrived. Get out, the church has become Sodom and you are Lot and you must leave it NOW!!!. As we read about where Jesus was crucified and about where the two witnesses are crucified:

Rev 11:7 And when they shall have finished their testimony, the beast that ascendeth out of the bottomless pit shall make war against them, and shall overcome them, and kill them.
8 And their dead bodies *shall lie* in the street of the great city, which spiritually is called Sodom and Egypt, where also our Lord was crucified.

If Jesus our Lord was crucified at the historical city of Jerusalem 2000 years ago, and if Rev 11:8 spiritually calls that city Sodom and Egypt, then we know that when Jesus warned us to remember Lot's wife who looked back (Lu 17:32), then we know that something in the future is coming. And because the term "spiritually" appears in Rev 11:8 we know that this is a spiritual matter altogether. We are not talking about a literal city at our time. We are talking about false Gospels from the Jerusalem that teaches works gospel by which men are saved via their own freewill, and not by the sovereign power of God to save some based on nothing we do, and to not save others, again, based on nothing we do. As we read in that book focused on works gospels:

Gal 4:16 Am I therefore become your enemy, because I tell you the truth?
17 ¶ They zealously affect you, *but* not well; yea, they would exclude you, that ye might affect them.
18 But *it is* good to be zealously affected always in a good *thing*, and not only when I am present with you.
19 ¶ My little children, of whom I travail in birth again until Christ be formed in you,
20 I desire to be present with you now, and to change my voice; for I stand in doubt of you.
21 ¶ Tell me, ye that desire to be under the law, do ye not hear the law?

326

22 For it is written, that Abraham had two sons, the one by a bondmaid, the other by a freewoman.
23 But he who *was* of the bondwoman was born after the flesh; but he of the freewoman *was* by promise.
24 Which things are an allegory: for these are the two covenants; the one from the mount Sinai, which Gendereth to bondage, which is Agar.
25 For this Agar is mount Sinai in Arabia, and answereth to Jerusalem which now is, and is in bondage with her children.
26 But Jerusalem which is above is free, which is the mother of us all.
27 For it is written, Rejoice, *thou* barren that bearest not; break forth and cry, thou that travailest not: for the desolate hath many more children than she which hath an husband.
28 Now we, brethren, as Isaac was, are the children of promise.
29 But as then he that was born after the flesh persecuted him *that was born* after the Spirit, even so *it is* now.
30 Nevertheless what saith the scripture? Cast out the bondwoman and her son: for the son of the bondwoman shall not be heir with the son of the free.
31 So then, brethren, we are not children of the bondwoman, but of the free.

Who is the mother in Gal 4:26? Is it a physical city with walls and towers? Of course not. A city is not a mother. The mother is the Bride of Christ. She is the true Jerusalem. As we read:

Rev 21: 1 ¶ And I saw a new heaven and a new earth: for the first heaven and the first earth were passed away; and there was no more sea.
2 And I John saw the holy city, new Jerusalem, coming down from God out of heaven, prepared as a bride adorned for her husband.
3 And I heard a great voice out of heaven saying, Behold, the tabernacle of God *is with* men, and he will dwell with them, and they shall be his people, and God himself shall be with them, *and be* their God.
4 And God shall wipe away all tears from their eyes; and there shall be no more death, neither sorrow, nor crying, neither shall there be any more pain: for the former things are passed away.

This is the mother being spoken of in Song of Solomon 8:1, which says:

So 8:1 ¶ O that thou wert as my brother, that sucked the breasts of my mother! when I should find thee without, I would kiss thee; yea, I should not be despised.
2 I would lead thee, *and* bring thee into my mother's house, *who* would instruct me: I would cause thee to drink of spiced wine of the juice of my pomegranate.
3 His left hand *should be* under my head, and his right hand should embrace me.
4 I charge you, O daughters of Jerusalem, that ye stir not up, nor awake my love, until he please.

Notice the language in So 8:1, where we read "O that thou wert..." This language is an expression of a wish or a desire. A desire that somebody were a brother of the woman speaking in So 8:1. She is saying: "I wish you were my brother". And she says "that

327

sucked the breasts of my mother!". This is very beautiful language. It is language by which the Bride of Christ is saying to someone, Oh, I wish that you would hear the true Gospel and become saved so that you were my brother in Christ, a fellow Christian, that we could fellowship together over the Word of God, the Bible, because we have faith in the same truth, the truth of the Bible. This verse is an expression of love towards our neighbor that our neighbor would hear the truth and be saved.

So in order to fulfill this desire that the woman has towards her neighbor, she desires to have spiritual sex with that person by sharing the truth of the Bible with that person. That is the nature of the next verse, which says "I would lead thee, and bring thee into my mother's house". She is saying "Come hear the true Gospel that you might become saved". Is not this the heart of every true believer towards others we love, and friends and neighbors as well? This is our desire, even a spiritual sexual desire that others would hear the true Gospel and become saved. Our nipple is erect, and we desire to give to them the sincere milk of the true Gospel if they would only listen. Oh, please hear the truth that I have to give to you, please listen. Oh, how I would love that you would hear it!!!

You see, these people that we desire to hear the true Gospel may be the elect that God has chosen to save. They may be planed members of the Bride of Christ. Because the Bride of Christ is one with Jesus in the concept of marriage, as Genesis 2 speaks of Adam and his wife being one flesh and as Eph 5 speaks of the same truth, then each potential elect person that we speak the true Gospel to is perceived as being Jesus himself—since this potential elect person may be a planed member of Jesus body, his Bride. In this sense, So 8:1 supports the truth that Jesus and his Bride are siblings. Jesus has married his own sister. That is what So 8:1 teaches. This is so because we are all members of the true church, the Bride of Christ. This is true of Jesus, and that is why Jesus is called the Son of man frequently in the New Testament. This is the spiritual meaning of the historical virgin birth of Jesus 2000 years ago. Mary at that time is an historical picture of the Bride of Christ. This same picture of Jesus being a child of the Bride of Christ is detailed in all of Revelations chapter 12. Which says:

Rev 12:1 ¶ And there appeared a great wonder in heaven, a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars:
2 And she being with child cried, travailing in birth, and pained to be delivered.
3 And there appeared another wonder in heaven, and behold a great red dragon, having seven heads and ten horns, and seven crowns upon his heads.
4 And his tail drew the third part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour her child as soon as it was born.
5 And she brought forth a man child, who was to rule all nations with a rod of iron: and her child was caught up unto God, and to his throne.
6 And the woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there a thousand two hundred *and* threescore days.
7 And there was war in heaven: Michael and his angels fought against the dragon; and the dragon fought and his angels,
8 And prevailed not; neither was their place found any more in heaven.

328

9 And the great dragon was cast out, that old serpent, called the Devil, and Satan, which deceiveth the whole world: he was cast out into the earth, and his angels were cast out with him.
10 And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our God, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our God day and night.
11 And they overcame him by the blood of the Lamb, and by the word of their testimony; and they loved not their lives unto the death.
12 ¶ Therefore rejoice, ye heavens, and ye that dwell in them. Woe to the inhabiters of the earth and of the sea! for the devil is come down unto you, having great wrath, because he knoweth that he hath but a short time.
13 And when the dragon saw that he was cast unto the earth, he persecuted the woman which brought forth the man *child*.
14 And to the woman were given two wings of a great eagle, that she might fly into the wilderness, into her place, where she is nourished for a time, and times, and half a time, from the face of the serpent.
15 And the serpent cast out of his mouth water as a flood after the woman, that he might cause her to be carried away of the flood.
16 And the earth helped the woman, and the earth opened her mouth, and swallowed up the flood which the dragon cast out of his mouth.
17 And the dragon was wroth with the woman, and went to make war with the remnant of her seed, which keep the commandments of God, and have the testimony of Jesus Christ.

Consider the next two verses in Song of Solomon chapter 8, verses 2 and 3, which say:

So 8:2 I would lead thee, *and* bring thee into my mother's house, *who* would instruct me: I would cause thee to drink of spiced wine of the juice of my pomegranate.
3 His left hand *should be* under my head, and his right hand should embrace me.
4 I charge you, O daughters of Jerusalem, that ye stir not up, nor awake *my* love, until he please.

Verse 2 is the woman speaking. She is saying to her husband, really Jesus Christ, that she would *cause* thee to drink of her spiced wine of the juice of her pomegranate. This is very beautiful language. Really, Jesus is actually represented by the elect who need to hear the true Gospel, and the Bride is causing the elect to hear the Gospel as she goes about throughout the world preaching the true Gospel. This is fulfillment of Mt 25:35-40, which says:

Mt 25:35 For I was an hungred, and ye gave me meat: I was thirsty, and ye gave me drink; I was a stranger, and ye took me in:
36 Naked, and ye clothed me: I was sick, and ye visited me: I was in prison, and ye came unto me.
37 Then shall the righteous answer him, saying, Lord, when saw we thee an hungred, and fed *thee*? or thirsty, and gave *thee* drink?
38 When saw we thee a stranger, and took *thee* in? or naked, and clothed *thee*?
39 Or when saw we thee sick, or in prison, and came unto thee?

330

You see, the *head*, Jesus Christ, speaks the truth in love to his Bride in order to edify her and to build her up: that is, to save her and cause her to grow in grace by the words of the Bible.

So when Sisera was put to death in Jud 4:21, that really represents Jesus causing that deadly wound in the head of Satan (Sisera represents Satan, the enemy of the Israel of God) by driving the nail, which is the cross and rising again from the dead, taking the power of death out of the hands of Satan. This way Jesus bound Satan and plundered Satan's house of the elect that Jesus came to save.

Anyway, in Song of Solomon 8:2-3 we are reading of the spiced wine of her pomegranate. So the word pomegranate appears to be representing the highest form of the knowledge of the true gospel, that which comes from the head of the Bride, Jesus Christ. It may represent the deepest form of the true Gospel, the meat of the Gospel. Clearly, though, it represents the message of the Gospel because it involves spiced wine. The spices represent the Word of God, and the term "wine" also represents the Gospel, particularly in the idea of preaching the cross, or Christ crucified, where he shed his blood for us, which the wine represents, being red as the grape. And that is the true Gospel that we should preach, as we read:

1Co 1:3 But we preach Christ crucified, unto the Jews a stumblingblock, and unto the Greeks foolishness;
24 But unto them which are called, both Jews and Greeks, Christ the power of God, and the wisdom of God.
25 Because the foolishness of God is wiser than men; and the weakness of God is stronger than men.

Notice Song of Solomon 8:3 has the term "head" in view. This is consistent with our view of the pomegranate as relating to the truth from the head of the Body of Christ, Jesus Christ, that builds up the body in love, as Eph 4:15-16 speak, quoted above.

In view of this spiritual understanding of the term pomegranate, consider:

So 7:12 Let us get up early to the vineyards; let us see if the *vine flourish, whether the tender grape appear, and the* pomegranates bud forth: there will I give thee my loves.

The spiritual meaning of the word "vine" needs to be explored a little bit before this beautiful verse should be explained. Consider the following Psalm:

Ps 128:1 ¶ <<A Song of degrees.>> Blessed *is* every one that feareth the LORD; that walketh in his ways.
2 For thou shalt eat the labour of thine hands: happy *shalt thou be, and it shall be* well with thee.
3 Thy wife *shall be* as a fruitful vine by the sides of thine house: thy children like olive plants round about thy table.
4 Behold, that thus shall the man be blessed that feareth the LORD.
5 The LORD shall bless thee out of Zion: and thou shalt see the good of Jerusalem all the days of thy life.

---

329

40 And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done *it* unto one of the least of these my brethren, ye have done *it* unto me.

And the spiced wine of the juice of her pomegranate spoken of in So 8:2 requires some consideration. This interesting language is not clear, until we consider two other scriptures in the Song of Solomon and then go to the book of Judges where we will get the final conclusion. Consider Song of Solomon 4:3 and 6:7 where we also find the word pomegranate. Those scriptures are:

So 4:3 Thy lips are like a thread of scarlet, and thy speech *is* comely: thy temples *are* like a piece of a pomegranate within thy locks.

So 6:7 As a piece of a pomegranate *are* thy temples within thy locks.

Here in these two scriptures we see the word pomegranate directly connected with the word for temples. One's temples are the small flat areas just to the sides of your eyes on your head. Now, the word for temples takes on further meaning when we consider the following scriptures:

Jud 4:21 Then Jael Heber's wife took a nail of the tent, and took an hammer in her hand, and went softly unto him, and smote the nail into his temples, and fastened it into the ground: for he was fast asleep and weary. So he died.

Jud 4:22 And, behold, as Barak pursued Sisera, Jael came out to meet him, and said unto him, Come, and I will shew thee the man whom thou seekest. And when he came into her tent, behold, Sisera lay dead, and the nail *was* in his temples.

Jud 5:26 She put her hand to the nail, and her right hand to the workmen's hammer; and with the hammer she smote Sisera, she smote off his head, when she had pierced and stricken through his temples.

Here we read about an event in the history of national Israel where a woman kills a man who is asleep by driving a large nail through his head at his temples. The language in Jud 5:26 calls this act of driving this nail "she smote off his head." Clearly, the temples represent the head. The head is where our thought life exists. The head is the seat of our thinking processes. It really represents the authority over a body. This use of the word head as the authority over the body is clearly seen in Eph 4:15-16, which says:

Eph 4:15 But speaking the truth in love, may grow up into him in all things, which is the head, even Christ:
16 From whom the whole body fitly joined together and compacted by that which every joint supplieth, according to the effectual working in the measure of every part, maketh increase of the body unto the edifying of itself in love.

Notice the "From whom" in Eph 4:16. That "From whom" refers to Christ at the end of Eph. 4:15. And verse 16 says From whom the whole body fitly joined together and compacted by that which every joint supplieth, according to the effectual working in the measure of every part, maketh *increase of the body unto the edifying of itself in love*.

331

6 Yea, thou shalt see thy children's children, *and* peace upon Israel.

Here the man's wife is referred to as a fruitful vine. Now, if the vine flourish, as said in So 7:12, then that means that the man's wife is fruitful. She has children. And So 7:12 speaks of the tender grape appearing. That refers to the children hearing the Gospel and beginning to be able to speak the Gospel. Their spiritual breasts are forming as they learn the knowledge of the Gospel; and the older children are as the pomegranates that bud forth, with yet deeper knowledge of the Gospel. And so there "will I give thee my loves", as So 7:12 speaks. Spiritual sex is in view as in this family the Gospel is flourishing and the children are growing in the truth of the true Gospel.

Now, the next verse in So 8 says:

So 8:4 I charge you, O daughters of Jerusalem, that ye stir not up, nor awake *my* love, until he please.

This after the man has reached orgasm, and is now asleep on her chest with his head between her two breasts, and she says to not stir him up, nor awake him until he please. This is the idea of waiting on God to cause the effect of the receiving of the Gospel of the spiced wine of her pomegranate to take effect in the hearts of the elect who have heard that message of the true Gospel. The Bride of Christ is waiting until the elect awake to righteousness and become saved, or until the elect awake to further obedience and further repentance based on the Gospel that they have just received or heard. This language is coming from:

1Co 15:34 Awake to righteousness, and sin not; for some have not the knowledge of God: I speak *this* to your shame.

After receiving the knowledge of God from her spiced wine of her pomegranate, people should awake to righteousness. If they do not have the knowledge of God that is a shame on the face of those who should have the knowledge of God; these are church going people we are talking about, as was the case with the church of Corinth, and they should have deep, meaty knowledge of the true Gospel – but to their shame they are spiritual ignoramuses", and they are still on milk, as 1Co 3:1-2 says:

1Co 3:1 ¶ And I, brethren, could not speak unto you as unto spiritual, but as unto carnal, *even* as unto babes in Christ.

2 I have fed you with milk, and not with meat: for hitherto ye were not able *to bear it*, neither yet now are ye able.

So the apostle Paul is still waiting until God pleases to cause the people at the church of Corinth to awake to righteousness. He wishes to give to them the meat of the word, or the spiced wine of his pomegranate, but that requires him to wait until they are ready to hear it.

Notice what the second to last verse in So 8 says, verse 13:

332

So 8: 13 ¶ Thou that dwellest in the gardens, the companions hearken to thy voice: cause me to hear it.

This is the woman praying that God would cause her to hear the truth of the Gospel that comes from her husband. Or we read:

Isa 50:4 ¶ The Lord GOD hath given me the tongue of the learned, that I should know how to speak a word in season to *him that is* weary: he wakeneth morning by morning, he wakeneth mine ear to hear as the learned.

This is what the church at Corinth needed. They needed God to "wakeneth mine ear to hear as the learned". Being learned means that they have understanding to build upon so that when they hear yet further things, they are then able to understand those yet further things. We must start from where we are at. But we desire God to make us grow in understanding of the knowledge of the true Gospel.

Notice verses 6 and 7 of the Song of Solomon. There we read:

So 8:6 Set me as a seal upon thine heart, as a seal upon thine arm: for love *is* strong as death; jealousy *is* cruel as the grave: the coals thereof *are* coals of fire, *which hath a* most vehement flame.

7 Many waters cannot quench love, neither can the floods drown it: if a man would give all the substance of his house for love, it would utterly be contemned.

So 8:6 speaks of how strong love is. That language is referring to the same concept that we have in Rom 8, where we read:

Rom 8:35 Who shall separate us from the love of Christ? *shall* tribulation, or distress, or persecution, or famine, or nakedness, or peril, or sword?

36 As it is written, For thy sake we are killed all the day long; we are accounted as sheep for the slaughter.

37 Nay, in all these things we are more than conquerors through him that loved us.

38 For I am persuaded, that neither death, nor life, nor angels, nor principalities, nor powers, nor things present, nor things to come,

39 Nor height, nor depth, nor any other creature, shall be able to separate us from the love of God, which is in Christ Jesus our Lord.

And this idea of love being strong as death, as So 8:6 speaks, also includes the idea that because of love Jesus died for his Bride, and because of love his Bride is willing to take up her cross and follow Jesus and to die for him. Death will not get in the way of Jesus' love for us, nor in the way of our love for Jesus.

And verse So 8:7 says that many waters cannot quench love. These waters are the floods of false gospels that cannot destroy the true Gospel so as to cause the true Gospel to fail to find and save each and everyone of the elect. This spiritual meaning for many waters is easily seen in Rev 12:15, which says:

333

Rev 12:15  And the serpent cast out of his mouth water as a flood after the woman, that he might cause her to be carried away of the flood.

We also see this same meaning for waters in Psalm 137:1, which says:

Ps 137:1 ¶ By the rivers of Babylon, there we sat down, yea, we wept, when we remembered Zion.

The rivers of Babylon is a reference to the false gospels that the true believers are hearing all around them, which they can not totally escape, though they wish they could.

So these many waters of false gospels can not quench the love that God has and will successfully communicate with the elect via the true Gospel.  The gates of hell will not prevail, as Jesus said:

Mt 16:18  And I say also unto thee, That thou art Peter, and upon this rock I will build my church, and the gates of hell shall not prevail against it.

(By the way, the Greek word for Peter is not the same as the Greek word for rock four words further along in this verse.  To re-quote this verse with the Strong's numbers exposed, we have:

Mt 16:18  And <1161> I say <300⁴> (5719) also <2504> unto thee <4671>, That <3754> thou <4771> art <1488> (5748) Peter <4074>, and <2532> upon <1909> this <5026> rock <4073> I will build <3618> (5692) my <3450> church <1577>; and <2532> the gates <4439> of hell <86> shall <2729> <0> not <3756> prevail against <2729> (5692) it <846>.

Notice the Greek word for Peter is <4074>, and the Greek word for rock is <4073>.  The Greek word <4074> means "a rock or a stone", but the Greek word <4073> means "a rock, cliff or ledge", which is something much larger than <4074>, and so Jesus is really saying "Peter, you think that you are a rock?, well, I, Jesus am the Big rock, and upon me the eternal church of true believers will be built.")

To go on with the Song of Solomon, So 8:8-10 says:

So 8:8 ¶ We have a little sister, and she hath no breasts: what shall we do for our sister in the day when she shall be spoken for?
9 If she be a wall, we will build upon her a palace of silver: and if she be a door, we will inclose her with boards of cedar.
10  I am a wall, and my breasts like towers: then was I in his eyes as one that found favour.

In verse So 8:8 we see reference to a little sister.  And this little sister has not matured fully into a woman yet, because she has no breasts.  But the desire of the older sister, the woman speaking in So 8:8, is that this little sister would have breasts form and that she would become a mature and beautiful woman.  Why does the older sister care for this concerning her younger sister?  That is because the older sister desires the best for her

334

younger sister.  The older sister wishes that her younger sister would have a heart filled with the knowledge of the true Gospel, and a true heart love for the Jesus of the Bible.  So verse So 8:9 speaks of the spiritual process of the older sister and her husband, Jesus, building those spiritual breasts onto her younger sister, because in verse So 8:9 the woman who is speaking uses the term "we", thereby referring to the Bride of Christ who is the woman, and to Jesus himself.  It is speaking of the process of communicating the true Gospel even as the great commission speaks involving both the disciples and Jesus, Jesus being with the disciples always, even to the end.  As we read:

Mt 28:18  And Jesus came and spake unto them, saying, All power is given unto me in heaven and in earth.
19  Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost:
20  Teaching them to observe all things whatsoever I have commanded you: and, lo, I am with you alway, even unto the end of the world. Amen.

So the term "we" in So 8:9 spoken by the woman does indeed refer to the disciples of Jesus who are the Bride, and to Jesus himself who is with the disciples, even to the end.  And we desire to preach the true Gospel so that others will have the knowledge of Jesus, and that in fact so that Jesus will know them also in the spiritual sexual sense so that they are saved.  Even as we read:

Mt 7:21 ¶ Not every one that saith unto me, Lord, Lord, shall enter into the kingdom of heaven; but he that doeth the will of my Father which is in heaven.
22  Many will say to me in that day, Lord, Lord, have we not prophesied in thy name? and in thy name have cast out devils? and in thy name done many wonderful works?
23  And then will I profess unto them, I never knew you: depart from me, ye that work iniquity.
24  Therefore whosoever heareth these sayings of mine, and doeth them, I will liken him unto a wise man, which built his house upon a rock:
25  And the rain descended, and the floods came, and the winds blew, and beat upon that house; and it fell not: for it was founded upon a rock.
26  And every one that heareth these sayings of mine, and doeth them not, shall be likened unto a foolish man, which built his house upon the sand:
27  And the rain descended, and the floods came, and the winds blew, and beat upon that house; and it fell: and great was the fall of it.
28  And it came to pass, when Jesus had ended these sayings, the people were astonished at his doctrine:
29  For he taught them as one having authority, and not as the scribes.

Do you want Jesus to say to you "I never knew you: depart from me..." That word "knew" is the same Greek word used to refer to the sexual union between man an wife.  The Greek word for "knew" in Mt 7:23 has Strong's number <1097>, and is the same Greek word used in the following scripture:

Mt 1:24   Then Joseph being raised from sleep did as the angel of the Lord had bidden him, and took unto him his wife:

335

25 And knew her not till she had brought forth her firstborn son: and he called his name JESUS.

Does Jesus know you? Has he had spiritual sex with you so that you now have the truth of the true Gospel filling your bosom? Was Jesus built onto you spiritual breasts by which you may also teach others the truths of the true Gospel of the Bible alone? Do you love the Bible and the words it contains? Share those words with others, and try to lovingly explain them if God has given to you wisdom to do so—just say the truth from your heart, God will bless that; God does not need eloquence; God can reach another person's heart simply if you speak out of love for you neighbor in whatever stammering words you have; God may bless those words greatly. Give to them your spiritual nipple that they may suck on it and be thereby given the sincere milk of the Word of God. This is what breasts are for, you know. If you have knowledge in your heart, but do not share it with others, be warned by the following scripture:

Lu 19:11 ¶ And as they heard these things, he added and spake a parable, because he was nigh to Jerusalem, and because they thought that the kingdom of God should immediately appear.
12 He said therefore, A certain nobleman went into a far country to receive for himself a kingdom, and to return.
13 And he called his ten servants, and delivered them ten pounds, and said unto them, Occupy till I come.
14 But his citizens hated him, and sent a message after him, saying, We will not have this man to reign over us.
15 And it came to pass, that when he was returned, having received the kingdom, then he commanded these servants to be called unto him, to whom he had given the money, that he might know how much every man had gained by trading.
16 Then came the first, saying, Lord, thy pound hath gained ten pounds.
17 And he said unto him, Well, thou good servant: because thou hast been faithful in a very little, have thou authority over ten cities.
18 And the second came, saying, Lord, thy pound hath gained five pounds.
19 And he said likewise to him, Be thou also over five cities.
20 And another came, saying, Lord, behold, here is thy pound, which I have kept laid up in a napkin:
21 For I feared thee, because thou art an austere man: thou takest up that thou layedst not down, and reapest that thou didst not sow.
22 And he saith unto him, Out of thine own mouth will I judge thee, thou wicked servant. Thou knewest that I was an austere man, taking up that I laid not down, and reaping that I did not sow:
23 Wherefore then gavest not thou my money into the bank, that at my coming I might have required mine own with usury?
24 And he said unto them that stood by, Take from him the pound, and give it to him that hath ten pounds.
25 (And they said unto him, Lord, he hath ten pounds.)
26 For I say unto you, That unto every one which hath shall be given; and from him that hath not, even that he hath shall be taken away from him.
27 But those mine enemies, which would not that I should reign over them, bring hither, and slay them before me.

336

You see, that servant discussed in Lu 19:20-26 is one who was given a pound to trade with to make more money. That pound represents knowledge of the true Gospel. And to make more money means to have built breasts onto the little sister so that she may also share the true Gospel. If someone does not take up the task of sharing the knowledge of the truth that he or she has in his or her heart, then Jesus will take away from that person even what that person supposes that he or she has. That person has abused the knowledge God gave to him or her by not using it to seek and to save other people. Jesus will condemn such a lazy bum to the eternal lake of fire. That is the implied meaning of verse Lu 19:26, where the knowledge in the heart of the wicked servant is taken away from that wicked servant—this is telling us that the eternal lake of fire is a place where there is absolutely no knowledge of the truth; all truth has been taken away from those who end up in the eternal lake of fire, people will suffer in the utter darkness of absolutely no truth whatsoever. It will be darkness so thick that it can be felt, as we read:

Ex 10:21 ¶ And the LORD said unto Moses, Stretch out thine hand toward heaven, that there may be darkness over the land of Egypt, even darkness which may be felt.

A directly parallel parable spoken by Jesus is found in Mt 25, which says:

Mt 25:14 ¶ For the kingdom of heaven is as a man travelling into a far country, who called his own servants, and delivered unto them his goods.
15 And unto one he gave five talents, to another two, and to another one; to every man according to his several ability; and straightway took his journey.
16 Then he that had received the five talents went and traded with the same, and made them other five talents.
17 And likewise he that had received two, he also gained other two.
18 But he that had received one went and digged in the earth, and hid his lord's money.
19 After a long time the lord of those servants cometh, and reckoneth with them.
20 And so he that had received five talents came and brought other five talents, saying, Lord, thou deliveredst unto me five talents: behold, I have gained beside them five talents more.
21 His lord said unto him, Well done, thou good and faithful servant: thou hast been faithful over a few things; I will make thee ruler over many things: enter thou into the joy of thy lord.
22 He also that had received two talents came and said, Lord, thou deliveredst unto me two talents: behold, I have gained two other talents beside them.
23 His lord said unto him, Well done, good and faithful servant; thou hast been faithful over a few things, I will make thee ruler over many things: enter thou into the joy of thy lord.
24 Then he which had received the one talent came and said, Lord, I knew thee that thou art an hard man, reaping where thou hast not sown, and gathering where thou hast not strawed:
25 And I was afraid, and went and hid thy talent in the earth: lo, there thou hast that is thine.
26 His lord answered and said unto him, Thou wicked and slothful servant, thou knewest that I reap where I sowed not, and gather where I have not strawed:

337

27  Thou oughtest therefore to have put my money to the exchangers, and *then* at my coming I should have received mine own with usury.

28  Take therefore the talent from him, and give *it* unto him which hath ten talents.

29  For unto every one that hath shall be given, and he shall have abundance: but from him that hath not shall be taken away even that which he hath.

30  And cast ye the unprofitable servant into outer darkness: there shall be weeping and gnashing of teeth.

Here we see in verse 26 Jesus calls the one who refused to share the true Gospel a slothful servant—that is, a lazy bum. And, in verse 30 we see that that servant does indeed go to the place of outer darkness where there shall be weeping and gnashing of teeth. This verse 30 is using the language of the eternal lake of fire that we find in Mt 13, which reads:

Mt 13:42  And shall cast them into a furnace of fire: there shall be wailing and gnashing of teeth.

Mt 13:50  And shall cast them into the furnace of fire: there shall be wailing and gnashing of teeth.

And for a further description of the eternal lake of fire we have:

Mr 9:41  For whosoever shall give you a cup of water to drink in my name, because ye belong to Christ, verily I say unto you, he shall not lose his reward.

42  And whosoever shall offend one of *these* little ones that believe in me, it is better for him that a millstone were hanged about his neck, and he were cast into the sea.

43  And if thy hand offend thee, cut it off: it is better for thee to enter into life maimed, than having two hands to go into hell, into the fire that never shall be quenched:

44  Where their worm dieth not, and the fire is not quenched.

45  And if thy foot offend thee, cut it off: it is better for thee to enter halt into life, than having two feet to be cast into hell, into the fire that never shall be quenched:

46  Where their worm dieth not, and the fire is not quenched.

47  And if thine eye offend thee, pluck it out: it is better for thee to enter into the kingdom of God with one eye, than having two eyes to be cast into hell fire:

48  Where their worm dieth not, and the fire is not quenched.

49  For every one shall be salted with fire, and every sacrifice shall be salted with salt.

50  Salt is good: but if the salt have lost his saltness, wherewith will ye season it? Have salt in yourselves, and have peace one with another.

If you give a cup of water to drink in the name of Jesus, as verse 41 of Mark 9 above mentions, that is spiritual language for someone sharing the true Gospel, the cup of water, with another person so that that person may drink of the same truth that you have in your heart. If you do so, you shall not lose your reward, as the remainder of verse 41 speaks. But, if you refuse to share the true Gospel and keep it hidden within your heart because you are ashamed of the true Gospel in the sense that you are fearful of suffering if you speak the truth to someone who is willing to listen, then you are going against the following scripture:

338

Mt 8:38  Whosoever therefore shall be ashamed of me and of my words in this adulterous and sinful generation; of him also shall the Son of man be ashamed, when he cometh in the glory of his Father with the holy angels.

And so if you are ashamed of Jesus and his words in this time of great spiritual adultery of the apostate churches all around the world filling the surface of the earth, then Jesus will be ashamed of you also. In other words, he will cast you into the eternal lake of fire, and you will not escape.

You may wonder, does not fire give off light? Why then is the eternal lake of fire a place of darkness so dark that it may be felt? This fire gives off no light because it is the fire of the lies of the tongue. The eternal lake of fire is a place where people will be able to speak to one another, but only of the thoughts of their hearts—and since their hearts have absolutely know knowledge within because Jesus took all truth from them, even as Lu 19:26 says quoted a distance above, then the people in the eternal lake of fire will only be able to speak lies to each other, even if they try to speak the truth; they will have no truth within their hearts, and so will be completely unable to speak the truth. This is just and right judgment, because on earth they did not receive the love of the truth so as to be saved. They hated the truth. So Jesus took it from them; they did not want it anyway. As we read:

2Th 2: 8  And then shall that Wicked be revealed, whom the Lord shall consume with the spirit of his mouth, and shall destroy with the brightness of his coming:

9  *Even him* [these italics are confusing, and should be omitted—italics are honest warnings by the King James translators warning us of inserted English words that do not have any Greek words supporting them], whose coming is after ["against" would be a better translation here than "after" because we are talking about Jesus' coming which is against the working of Satan] the working of Satan with all power and signs and lying wonders,

10  And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.

11  And for this cause God shall send them strong delusion, that they should believe a lie:

12  That they all might be damned who believed not the truth, but had pleasure in unrighteousness.

If you do not receive the love of the truth so as to be saved, then verse 11 ensures us that God will make sure that you believe a lie. He will destroy you and cast you into the eternal lake of fire where only lies exist, and no truth whatsoever is known to anybody in the eternal lake of fire. They get the lies that the love. The get what they want. And they do not want the true Jesus of the Bible; hence they are not welcome in heaven where Jesus will be with those who do love truth. We see this picture of those in the apostate church in the eternal lake of fire and others, outside of the apostate church in heaven:

Mt 8:5 ¶ And when Jesus was entered into Capernaum, there came unto him a centurion, beseeching him.

6  And saying, Lord, my servant lieth at home sick of the palsy, grievously tormented.

7  And Jesus saith unto him, I will come and heal him.

339

8 The centurion answered and said, Lord, I am not worthy that thou shouldest come under my roof: but speak the word only, and my servant shall be healed.
9 For I am a man under authority, having soldiers under me: and I say to this man, Go, and he goeth; and to another, Come, and he cometh; and to my servant, Do this, and he doeth it.
10 When Jesus heard it, he marvelled, and said to them that followed, Verily I say unto you, I have not found so great faith, no, not in Israel.
11 And I say unto you, That many shall come from the east and west, and shall sit down with Abraham, and Isaac, and Jacob, in the kingdom of heaven.
12 But the children of the kingdom shall be cast out into outer darkness: there shall be weeping and gnashing of teeth.
13 And Jesus said unto the centurion, Go thy way; and as thou hast believed, so be it done unto thee. And his servant was healed in the selfsame hour.

The centurion, who was not of the nation of Israel, had true faith. But citizens of the nation of Israel were cast out in verse 12 because they did not have true faith in contrast to the non-Israelite centurion which did have true faith. This centurion is a picture of all true believers who do not fit in with the apostate church, and particularly in our day, when the church is fully apostate and God's judgment is upon it, we must get out of it NOW!!! Or we will be cast into the lake of fire where there is only the darkness of lies so thick that that darkness can be felt. The apostate church loves their lies, and that is exactly what they will get to keep in the eternal lake of fire; and any truth that they think that they have will be taken from them. They refused to preach the truth, and so the truth will be taken from them. Do not take part in their evil deeds. Get out of Sodom like Lot did and save your soul from the eternal lake of fire. And remember Lot's wife and do not look back at all!!! Your soul's eternal life depends upon that!!! Or else you will turn to a pillar of salt as Lot's wife did, meaning God's judgment upon the apostate church has also fallen onto you and you will then end up in the eternal lake of fire with no escape for eternity, whatsoever.

So share the truth of the true Gospel by giving out the sincere milk of the Word of God, the Bible, from your spiritual nipple that gives knowledge of the true Gospel from your heart that you may in turn build up the spiritual breasts of your little sister, the elect, that they also may be saved.

When your heart is filled with the knowledge of the true Gospel, then your breasts are like towers in the eyes of Jesus, and he is very attracted to your beauty thereby. Consequently, Jesus will seek to have spiritual sex with you by sending into your life people who need to hear the true Gospel, these people being elect future members of the Bride of Christ that Jesus wishes to save by the truth of the true Gospel in your heart. If you become beautiful in Jesus' eyes he will use that beauty to save others as you give the sincere milk of the Word of God, the Bible from you towering breasts. This is the meaning of So 8:10, which reads:

So 8:10 I am a wall, and my breasts like towers: then was I in his eyes as one that found favour.

Notice the last two verses of the Song of Solomon, which read:

340

So 8:13 ¶ Thou that dwellest in the gardens, the companions hearken to thy voice: cause me to hear it.
14 Make haste, my beloved, and be thou like to a roe or to a young hart upon the mountains of spices.

Verse 13 says "cause me to hear it". This is a prayer by the Bride that God would cause her to spiritually hear and spiritually understand the truth of the true Gospel and be saved. And verse 14 extends upon this by picturing the man moving back and forth and up and down upon the woman during sexual relations over her breasts that are filled as mountains of spices with the Word of God that that man would create life within her womb, and cause all of the elect to be saved. Thus we read in 1Ti 2:15 the following:

1Ti 2:15 Notwithstanding she shall be saved in childbearing, if they continue in faith and charity and holiness with sobriety.

This is saying to married women that they should desire children as they look forward to ensuring that all of the elect come into existence and that all of the elect are saved. No woman knows if a child of hers is an elect or not. That is why abortion is a very great sin against God. Abortion is the sin of murder. Murder is an attempt to frustrate God's salvation program to seek and save all of the elect. Murder attempts to prevent God from saving all of the elect. Murder and lies are both of Satan. As we read:

Joh 8:44 Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it.

Also, birth control is also a violation of 1Ti 2:15. Birth control is another way of opposing God as God desires each and every one of the elect to be saved. If you are engaging in birth control, repent of that. Seek faith from God in this matter by reading your Bible and praying, because many people see another child as either a finical threat or a health threat or both. Trust God, and do not engage in birth control nor the murder of abortion. Remember, you can adopt a child out; but please attempt to ensure that that child goes to a family that also has the true Gospel so that that child will bear the truth and perhaps become saved as well. Talk to your doctor about any way to deal with the health threat apart from using birth control; and remember to trust God above your doctor and do what is pleasing before Almighty God, who gives to you your every breath and is in charge of your health. And if we must die to serve God, so be it. What if a married couple has a genetic defect, and so they fear pregnancy? What if the next child you would have is one of the elect, even though it may have a genetic defect? Are you going to oppose God?

## 11 On Proverbs 5 and Mostly on Verses 15 Through 23

Notice the first two verses of Proverbs chapter 5, which say:

Pr 5:1 ¶ My son, attend unto my wisdom, and bow thine ear to my understanding:
2 That thou mayest regard discretion, and that thy lips may keep knowledge.

341

The starting term, "My son", is exactly how God talks to true believers. True believers are called "sons of God", as we read:

Gal 4:4 But when the fulness of the time was come, God sent forth his Son, made of a woman, made under the law,
5 To redeem them that were under the law, that we might receive the adoption of sons.
6 And because ye are sons, God hath sent forth the Spirit of his Son into your hearts, crying, Abba, Father.
7 Wherefore thou art no more a servant, but a son; and if a son, then an heir of God through Christ.

Notice in verse Gal 4:4 is teaching that Jesus Christ, the Son of God, was made of a woman—that is spiritual language saying that Jesus was not only born of the virgin Mary, but in fact that Jesus Christ was of all of the true believers, the Bride of Christ. All true believers are born of that woman, even Jesus.

In Gal 4:5 we see that true believers are redeemed from being under the law. That is short-hand for saying we are redeemed from being under the *condemnation* of the law. This is how Rom 8:1-4 speak:

Rom 8:1 ¶ *There is* therefore now no condemnation to them which are in Christ Jesus, who walk not after the flesh, but after the Spirit.
2 For the law of the Spirit of life in Christ Jesus hath made me free from the law of sin and death.
3 For what the law could not do, in that it was weak through the flesh, God sending his own Son in the likeness of sinful flesh, and for sin, condemned sin in the flesh:
4 That the righteousness of the law might be fulfilled in us, who walk not after the flesh, but after the Spirit.

And if you read all of Romans 8 you will see that we are to desire to mortify the deeds of the flesh, as Rom 8:13 says:

Rom 8:13 For if ye live after the flesh, ye shall die: but if ye through the Spirit do mortify the deeds of the body, ye shall live.

In other words, just because the law no longer condemns us, that does not mean that we now have a heart that desires sin and so can just let that sinful heart to sin as it wishes with the idea that the law no longer condemns us.

There are people who claim to be Christians who take the concept of faith in such a way that they think that they are the generators of that faith within their own hearts. They think that they believed of their own free will. These people also say that salvation is wide because they accept the idea that salvation is by faith alone, but not that faith comes from their own internal generation or free will. The doctrine of election forces us to understand that only those people that God has chosen are the only people in the past, present, and future that shall ever have true faith in the true God of the Bible, Jesus Christ (Jesus Christ is Almighty, Eternal God, you know).

342

And because of the doctrine of total depravity we understand that unless God did the choosing without reference to man, because there is absolutely nothing whatsoever good in man, even the least little bit, then no one would be saved. In order for God to have a people for himself, he must do the choosing because none of us would choose God on God's own terms. God's terms are that we are totally wicked, and thoroughly undeserving sinners that fully deserve the eternal lake of fire and nothing else, and if God were to save any of us, we must understand that even our desire to believe on and in the true God of the Bible only and strictly comes from the work of the God of the Bible within our hearts, and only the hearts of those that God is saving. God does not work salvation within the hearts of those that God does not choose to save. People who believe in free will are actually implying that they themselves did this *work* by which they now supposedly believe in the God of the Bible, Jesus Christ. But, this is a lie that they are telling both to their own selves and two us who listen to them. They may fool everyone; but they can not fool God. You see, the Bible says plainly:

Heb 12:2 Looking unto Jesus the author and finisher of *our* faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.

Joh 6:28 ¶ Then said they unto him, What shall we do, that we might work the works of God?
29 Jesus answered and said unto them, This is the work of God, that ye believe on him whom he hath sent.

Gal 2:16 Knowing that a man is not justified by the works of the law, but by the faith of Jesus Christ, even we have believed in Jesus Christ, that we might be justified by the faith of Christ, and not by the works of the law: for by the works of the law shall no flesh be justified.
17 But if, while we seek to be justified by Christ, we ourselves also are found sinners, *is* therefore Christ the minister of sin? God forbid.
18 For if I build again the things which I destroyed, I make myself a transgressor.
19 For I through the law am dead to the law, that I might live unto God.
20 I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me.
21 I do not frustrate the grace of God: for if righteousness *come* by the law, then Christ is dead in vain.

You see, people who say that they believe of their own free will are actually doing the work of the law such that they are of their own strength causing their own selves to believe on Jesus. But that is a violation of Gal 2:21, where they are now frustrating the grace of God because they are doing the work of believing in their own strength. But rather, salvation is by faith alone, and by the Son of God, as Gal 2:20 puts it. And, as Joh 6:29 puts it, "This is the work of God" that we believe.

Hence, in order for you to be a true son of God, as

343

Gal 4:7 Wherefore thou art no more a servant, but a son; and if a son, then an heir of God through Christ.

puts it, then you are only a true son of God because the true God of the Bible has conceived you by his truth and consequently the faith that you have in your heart is of Jesus, and not of your own self. Otherwise, you would not be a son of God, but rather a son of whatever lies that you believe, even the lie that you generated the faith within your own heart by your supposedly free will (no man really has a will free to choose God because we are dead towards God unless he saves us; though a man may suppose that he is free to choose what to eat at his next meal).

True faith is the work of God; so much so that the fruits of the Holy Spirit flow from it. As we read:

2Pe 1:5 ¶ And beside this, giving all diligence, add to your faith virtue; and to virtue knowledge;
6 And to knowledge temperance; and to temperance patience; and to patience godliness;
7 And to godliness brotherly kindness; and to brotherly kindness charity.
8 For if these things be in you, and abound, they make *you that ye shall* neither *be* barren nor unfruitful in the knowledge of our Lord Jesus Christ.
9 But he that lacketh these things is blind, and cannot see afar off, and hath forgotten that he was purged from his old sins.
10 Wherefore the rather, brethren, give diligence to make your calling and election sure: for if ye do these things, ye shall never fall:
11 For so an entrance shall be ministered unto you abundantly into the everlasting kingdom of our Lord and Saviour Jesus Christ.

But if the fruits of the Holy Spirit flow from this faith, then this faith must be of God, because the Holy Spirit is God himself. Furthermore, these fruits of the Spirit are works. Consider 2P1:7 which mentions one fruit being "brotherly kindness". Is not "brotherly kindness" a work? If you show kindness to a brother in the faith, are you not *doing* something kind for that brother? What is kindness without action? Is not kindness without action just mere works? So these fruits of the Spirit in 2Pe 1 are works. Hence, we now understand what Eph 2:10 is talking about, which reads:

Eph 2:10 For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

Have you ever wondered at a pastor's sermon on Eph 2:8-9 about salvation by grace and then wondered what in the world is Eph 2:10 saying after Eph 2:8-9? Is not Eph 2:10 a contradiction of Eph 2:8-9? Now, let us look entirely at Eph 2:8-10, which says:

Eph 2:8 For by grace are ye saved through faith; and that not of yourselves: *it is* the gift of God:
9 Not of works, lest any man should boast.
10 For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

344

What is Eph 2:9 talking about when it says "Not of works" if verse Eph 2:10 is directly talking about doing good works; not mere works, but *good works*—remember Jesus said that no man is good except God (Mt 19:17, Mr 10:18, Lu 18:19; and of man alone: Ps 14:1, Ps 14:3, Ps 53:1, Ps 53:3)—where could these good works possibly come from if they were not from God alone? Because we know that only God is good and that there is absolutely no goodness in man (apart from Jesus within a man who is a true believer of Jesus). Is the apostle Paul who wrote Eph 2 some sort of idiot who is contradicting himself in verse 10 from what he just said in verse 9? If he were such an idiot, then why does verse 10 start out with the word "For". Does not that word "For" at the beginning of verse 10 mean that in Paul's mind verse 10 directly *follows* logically from verse 9? Have you heard sermons by pastors on Eph 2:8-9 with out reference to Eph 2:10. Because of the word "For" at the beginning of verse 10, we may almost categorically say that any pastor that does not do a sound job explaining what verse 10 means after verse 9 most likely does not even understand verse 9, and for that matter verse 8 neither. Here is the correct way to understand Eph 2:8-10:

Eph 2:8 is saying that by grace God puts the faith of Jesus into your hearts, that faith is not something you earned nor is it some thing you did of your own. That faith is entire the work of Jesus in your heart and you can take no credit for it whatsoever. That ability to take no credit at all for that faith is the point of verse 9—we did not do this believing of our self; if we did, then that would be a work of ourselves. But, rather, it is the work of Jesus, hence verse 10 says exactly that. In other words, Eph 2:8-10 is entirely saying by the grace of God you salvation is entirely of the work of Jesus, and not of yourself. In other words, Eph 2:10 is directly saying that the faith in Eph 2:8 is work of God. Faith is a work!! This concept that faith is a work blows people away; yet it is powerfully supported by scripture. For some people the idea that faith is a work may seem as difficult to understand as the trinity. Now, I know that I do not understand the trinity, and if Moses was disallowed from looking God directly in God's face because to have done so would have destroyed Moses, then I am not surprised that I do not understand the trinity. But, get over it (are you being sinfully lazy minded by refusing to think? or maybe you are afraid of the truth?), this concept that faith is a work is not that difficult, really. This idea is clearly understood when you make the following clear observation. There are two kinds of works. Works of God, and works of man's flesh. Now works of God shall appear in the life of a true believer; all those truly good works that God has planed for that true believer in Jesus, that true believer will do in his or her life. But that man's other works are works of the flesh. Is not that the concept we understand from the phrase "dead works" that appears in Hebrews twice? As we read:

Heb 6:1 ¶ Therefore leaving the principles of the doctrine of Christ, let us go on unto perfection; not laying again the foundation of repentance from dead works, and of faith toward God,

Heb 9:14 How much more shall the blood of Christ, who through the eternal Spirit offered himself without spot to God, purge your conscience from dead works to serve the living God?

And, truly these two verses in the book of Hebrews are saying that we should *repent* and *serve the living God*. What does that God mean to repent if that repentance is not towards

345

doing the good works that Eph 2:10 is mentioning that are created in Jesus? As Eph 2:10 says again:

Eph 2:10 For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

Is not this understanding that there are two kinds of works, dead works which are of the flesh, and good works which are of Jesus the only sound way to understand Rom 4:1-8:

Rom 4:1 ¶ What shall we say then that Abraham our father, as pertaining to the flesh, hath found?
2 For if Abraham were justified by works, he hath whereof to glory; but not before God.
3 For what saith the scripture? Abraham believed God, and it was counted unto him for righteousness.
4 Now to him that worketh is the reward not reckoned of grace, but of debt.
5 But to him that worketh not, but believeth on him that justifieth the ungodly, his faith is counted for righteousness.
6 Even as David also describeth the blessedness of the man, unto whom God imputeth righteousness without works,
7 Saying, Blessed are they whose iniquities are forgiven, and whose sins are covered.
8 Blessed is the man to whom the Lord will not impute sin.

Notice Rom 4:1 which uses the phrase "pertaining to the flesh". Then Rom 4:2 uses the term "justified by works", and then makes the point that Abraham was not justified by works as those works pertain to the flesh, as verse 1 states. In other words, to avoid a contradiction with James 2; which says:

Jas 2:21 Was not Abraham our father justified by works, when he had offered Isaac his son upon the altar?
22 Seest thou how faith wrought with his works, and by works was faith made perfect?
23 And the scripture was fulfilled which saith, Abraham believed God, and it was imputed unto him for righteousness: and he was called the Friend of God.
24 Ye see then how that by works a man is justified, and not by faith only.

Do you not see that the works in Jas 2:22 that the faith that "wrought with his works" is really another name of Jesus who wrought those works within Abraham's life? These are justifying works even as Jas 2:24 speaks. Hence, Rom 4:1-2 is saying that we are not justified by works of the flesh; but Jas 2:21-24 is saying that we are justified by the works of Jesus in our life, including our faith that Jesus is the author of. Even as we read:

Heb 12:2 Looking unto Jesus the author and finisher of our faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.

So when Rom 4 and Jas 2 are combined, all we really have is the exact same thing that Eph 2:8-10 is saying, namely that there are two types of works, works of the flesh, and good works wrought by Jesus in our life as we live our life.

346

Is not that a major point of Romans 8, which says that if by the Spirit you do mortify the deeds of the flesh you will live? As we read:

Rom 8:13 For if ye live after the flesh, ye shall die: but if ye through the Spirit do mortify the deeds of the body, ye shall live.

So we need to make our calling and election sure; that is, we must continually seek God's mercy that he will give to us repentance and growth in his grace to love Jesus and obey him in all that he says by the faith that he puts into our hearts to live and walk that way. This is what defines a person to be a true son of God. This is what Pr 5:1 is mentioning when we see the term "My son" in Pr 5:1. Are you a son of God? (Both women and men may be sons of God—that term does not have any gender in the Bible.) In other words, are you saved? Are you saved? So Pr 5:1 is saying: If in fact you are a son of God, then pay close attention to what is about to be said. So we read:

Pr 5:1 ¶ My son, attend unto my wisdom, and bow thine ear to my understanding:
2 That thou mayest regard discretion, and that thy lips may keep knowledge.

God wants us to listen closely; God wishes to give to use wisdom, understanding, discretion, and knowledge. Do we want this wisdom, or not? Do we want this understanding, or not? Do we want this discretion, or not? Do we want this knowledge, or not? Are we going to listen, or not? God is encouraging us to listen very closely. Maybe it is important? What do you think? Consider what the next verses say:

Pr 5:3 For the lips of a strange woman drop as an honeycomb, and her mouth is smoother than oil:
4 But her end is bitter as wormwood, sharp as a twoedged sword.
5 Her feet go down to death: her steps take hold on hell.
6 Lest thou shouldest ponder the path of life, her ways are moveable, that thou canst not know them.
7 Hear me now therefore, O ye children, and depart not from the words of my mouth.
8 Remove thy way far from her, and come not nigh the door of her house:
9 Lest thou give thine honour unto others, and thy years unto the cruel:
10 Lest strangers be filled with thy wealth; and thy labours be in the house of a stranger;
11 And thou mourn at the last, when thy flesh and thy body are consumed,
12 And say, How have I hated instruction, and my heart despised reproof;
13 And have not obeyed the voice of my teachers, nor inclined mine ear to them that instructed me!
14 I was almost in all evil in the midst of the congregation and assembly.

Now, is this advice only for human men? Is there no spiritual knowledge here that is a warning women to follow also? Is there such a thing as spiritual adultery? What kind of adultery do you think is in view in James chapter 4? Consider:

Jas 4:1 From whence come wars and fightings among you? come they not hence, even of your lusts that war in your members?
2 Ye lust, and have not: ye kill, and desire to have, and cannot obtain: ye fight and war, yet ye have not, because ye ask not.

347

3  Ye ask, and receive not, because ye ask amiss, that ye may consume *it* upon your lusts.

4  Ye adulterers and adulteresses, know ye not that the friendship of the world is enmity with God? whosoever therefore will be a friend of the world is the enemy of God.

Is not Jas 4:4 defining a form of spiritual adultery? Spiritual adultery is friendship with the world.  Now, if that is so, then Proverbs 5 suddenly takes on meaning that is important for women as well and men.  It is telling women and men to stay away from the apostate church, which will lead us to hell because the apostate church are friends with the world.  They preach a false gospel that attracts unsaved people into the church, and by so doing consequently make the true believers unwelcome, which leave because they can not endure the false doctrines coming from the teachers of that apostate church.  And the teachers that Pr 5:13 is talking about are the true teachers who gave to use true doctrine that we later ignored so that we could go to that apostate church that looked so attractive to us.  She had a big, attractive figure filled with the knowledge of man. She sounded so wise.  She was fun.  We like that church because their music program is so nice—never mind the fact that they teach free will, which false doctrine may destroy our children in our family because the doctrine of free will does not force them to seek to make their calling and election sure.  We may end up in hell with these kinds of doctrine; but never mind, it does not matter, the music is very nice—I think that I will keep going there any way.  What they teach does not matter; they are so "loving".  Have you considered that if they let you believe lies and tell you lies with the utmost pleasantness, that in fact that is the very essence of a very friendly con man that is out to destroy you?  She is a harlot and she is going to destroy you with her adulterous friendship with the world, the same friendship she is showing towards you, and which friendship makes you feel so welcome.  Just like a real prostitute attracts a man.  She is very attractive.  She is very friendly.  She will destroy you, and take some money at the same time.  As implied by 1Pe 5:2, some pastors are there for the job and money (filthy lucre), and not out of love for your soul:

1Pe 5:2  Feed the flock of God which is among you, taking the oversight *thereof*, not by constraint, but willingly; not for filthy lucre, but of a ready mind;

These pastors that are there for filthy lucre or money will tell you anything that keeps you coming back and putting money into the offering plate.  The harlot is collecting her fee.  She gave to you the kind of spiritual sexual pleasure that you wanted by using the knowledge of man; adulterous pleasure because it is not the true knowledge of the Bible, but is bogus knowledge motivated out of an adulterous friendship with mankind, and not with the true God of the Bible.  You are not having spiritual sex with the true Jesus in the Bible; rather, you are having spiritual sex with men.  Men with men working that which is unseemly, as Rom 1:27 is speaking spiritually.  A kind of spiritual, wicked homosexuality that is very ugly to God.  Or, you may look at it as a kind of wicked spiritual lesbianism between men as Rom 1:26 implies.  So, we should return to the old paths; return to the true Jesus of the Bible.

Jer 6:16  Thus saith the LORD, Stand ye in the ways, and see, and ask for the old paths, where *is* the good way, and walk therein, and ye shall find rest for your souls: But they said, We will not walk *therein*.

---

Are you refusing to return to the old paths?

Jer 18:15  Because my people hath forgotten me, they have burned incense to vanity, and they have caused them to stumble in their ways *from* the ancient paths, to walk in paths, *in* a way not cast up;

Joh 12:35  Then Jesus said unto them, Yet a little while is the light with you, Walk while ye have the light, lest darkness come upon you: for he that walketh in darkness knoweth not whither he goeth.

Isa 28:12  To whom he said, This *is* the rest *wherewith* ye may cause the weary to rest; and this *is* the refreshing: yet they would not hear.

Jer 2:25  Withhold thy foot from being unshod, and thy throat from thirst: but thou saidst, There is no hope: no; for I have loved strangers, and after them will I go.

Jer 18:12  And they said, There is no hope: but we will walk after our own devices, and we will every one do the imagination of his evil heart.

Jer 22:21  I spake unto thee in thy prosperity; *but* thou saidst, I will not hear. This *hath been* thy manner from thy youth, that thou obeyedst not my voice.

Jer 44:16  *As for* the word that thou hast spoken unto us in the name of the LORD, we will not hearken unto thee.

Mt 21:28 ¶ But what think ye? A *certain* man had two sons; and he came to the first, and said, Son, go work to day in my vineyard.

29  He answered and said, I will not: but afterward he repented, and went.

30  And he came to the second, and said likewise. And he answered and said, I go, sir: and went not.

31  Whether of them twain did the will of *his* father? They say unto him, The first. Jesus saith unto them, Verily I say unto you, That the publicans and the harlots go into the kingdom of God before you.

Mt 21:28-31 is saying something very interesting.  Notice that it is saying in verse 29 that some people initially refused to harken to the true Gospel, but later repented and did believe the true Gospel.  But some, namely Pharisees (which are not named in this text, but clearly are implied), who think that they are doing fine with God because they look so very respectable to each other and to men are actually refusing to follow the truth.  But the sinners of the world who know that they are sinners, as verse 31 speaks, shows that these people do repent.  Even people who finally know that they are spiritual harlots can repent.  Even false teachers can repent, if they do not continue to harden their conscience against the truth of the Bible, but see their sinfulness and repent and believe the truth.

So let us not continue to refuse to hear.  As Song of Solomon says:

So 8:13 ¶ Thou that dwellest in the gardens, the companions hearken to thy voice: cause me to hear *it*.

348

A prayer to God: "cause me to hear it". This is a prayer for spiritual hearing that God can only give to a person so that a person hears Jesus' voice throughout the Bible and follows it. As we read:

Joh 10:27 My sheep hear my voice, and I know them, and they follow me:

And:

Joh 5:46 For had ye believed Moses, ye would have believed me: for he wrote of me.
47 But if ye believe not his writings, how shall ye believe my words?

And:

Lu 24:25 Then he said unto them, O fools, and slow of heart to believe all that the prophets have spoken:
26 Ought not Christ to have suffered these things, and to enter into his glory?
27 And beginning at Moses and all the prophets, he expounded unto them in all the scriptures the things concerning himself.

And:

De 29:4 Yet the LORD hath not given you an heart to perceive, and eyes to see, and ears to hear, unto this day.

Eze 12:2 Son of man, thou dwellest in the midst of a rebellious house, which have eyes to see, and see not; they have ears to hear, and hear not: for they are a rebellious house.

Mt 11:15 He that hath ears to hear, let him hear.

Mt 13:9 Who hath ears to hear, let him hear.

Mt 13:43 Then shall the righteous shine forth as the sun in the kingdom of their Father. Who hath ears to hear, let him hear.

Mr 4:9 And he said unto them, He that hath ears to hear, let him hear.

Mr 4:23 If any man have ears to hear, let him hear.

Mr 7:16 If any man have ears to hear, let him hear.

Lu 8:8 And other fell on good ground, and sprang up, and bare fruit an hundredfold. And when he had said these things, he cried, He that hath ears to hear, let him hear.

Lu 14:35 It is neither fit for the land, nor yet for the dunghill; but men cast it out. He that hath ears to hear, let him hear.

Are you making an idol of your pastor? Is he spiritually blind and unable to speak the truth (dumb, or lacking speech) and does not have ears to hear? They are like him, because you have made him into your idol. As we read:

Ps 115:1 ¶ Not unto us, O LORD, not unto us, but unto thy name give glory, for thy mercy, and for thy truth's sake.
2 Wherefore should the heathen say, Where is now their God?
3 But our God is in the heavens: he hath done whatsoever he hath pleased.
4 Their idols are silver and gold, the work of men's hands.
5 They have mouths, but they speak not: eyes have they, but they see not:
6 They have ears, but they hear not: noses have they, but they smell not:
7 They have hands, but they handle not: feet have they, but they walk not: neither speak they through their throat.
8 They that make them are like unto them; so is every one that trusteth in them.

Exalt the Bible above your pastor, and stop worshipping your pastor. Worship Jesus only through the Bible. Pray that Jesus will give to you spiritual ears to hear. "Cause me to hear it", as So 8:13 says. You should want that spiritual sex with the true Jesus of the Bible. Not spiritual sex with the adulterous apostate church, a spiritual harlot dispensing mankind's trash-knowledge. Trust the Bible only. That is the only truth that can save your soul from the eternal lake of fire. As we read:

Mt 16:26 For what is a man profited, if he shall gain the whole world, and lose his own soul? or what shall a man give in exchange for his soul?

Mr 8:37 Or what shall a man give in exchange for his soul?

With that consider the remainder of Pr 5, which says:

Pr 5:15 ¶ Drink waters out of thine own cistern, and running waters out of thine own well.
16 Let thy fountains be dispersed abroad, and rivers of waters in the streets.
17 Let them be only thine own, and not strangers' with thee.
18 Let thy fountain be blessed: and rejoice with the wife of thy youth.
19 Let her be as the loving hind and pleasant roe; let her breasts satisfy thee at all times; and be thou ravished always with her love.
20 And why wilt thou, my son, be ravished with a strange woman, and embrace the bosom of a stranger?
21 For the ways of man are before the eyes of the LORD, and he pondereth all his goings.
22 His own iniquities shall take the wicked himself, and he shall be holden with the cords of his sins.
23 He shall die without instruction; and in the greatness of his folly he shall go astray.

Pr 5:15 mentions "thine own cistern", and "running waters out of thine own well". This is spiritual language point to the true Gospel. The Hebrew word with Strongs number <05140> that is translated as "running waters" appears in De 32:2 as the word "shall distil"; De 32:2 says:

351

De 32:2 My doctrine shall drop as the rain, my speech shall distil as the dew, as the small rain upon the tender herb, and as the showers upon the grass:

And from this verse the term "My doctrine" is identified as rain, dew, small rain, and showers. This language shows that water is a symbol of the true Gospel. That is the spiritual meaning of running waters in Pr 5:15. But, in the context of Pr 5:15 we will see that the word pictures attach the term "running water" a man's wife. And verse Pr 5:18 mentions the "wife of thy youth", which is a way of saying the woman that your first married in your life as a young man. Your first wife. This is spiritual language for saying to return to the old paths. Avoid the harlot. Remember the truth of the true Gospel, and return to that. Stop playing around adulterously on your wife (here wife spiritually is referencing to the true Gospel) by visiting harlots that have a false Gospel. Repent, and return to the true Gospel. Verse Pr 5:16 is saying be involved in the sharing of the true Gospel, and with Pr 5:17 following that, we understand that we are not to mix lies with truth. Do not have your wife with a harlot also. Spread only the truth. Depart from the harlot. Pr 5:18 and 19 show the motivation that should cause us to stay with the true Gospel. There is indeed true spiritual sexual pleasure to be found with the truth. You forsake that pleasure if you forsake the truth. That pleasure is described in verse 19, which says:

Pr 5:19 Let her be as the loving hind and pleasant roe; let her breasts satisfy thee at all times; and be thou ravished always with her love.

Now that term "breasts" here in this verse is not the same Hebrew word normally translated as breasts in Song of Solomon chapter 8. Rather, the Hebrew word translated as breasts here in Pr 5:19 is a Hebrew word with Strongs number <01717>, and is twice translated as "teats" or nipples in Eze 23:3 and Eze 23:21. In Eze 23:8 it gets translated again as "breasts". If you look closely at Eze 23:3 with the Strongs numbers turned on, we see:

Eze 23:3 And they committed whoredoms <02181> <8799> in Egypt <04714>; they committed whoredoms <02181> <8804> in their youth <05271>: there were their breasts <07699> pressed <04600> <8795>, and there they bruised <06213> <8765> the teats <01717> of their virginity <01331>.

We see the normally Hebrew word (for breasts, number <07699> in this verse; and that fact forced the King James translators to translate <01717> as teats rather than breasts; because putting the word breasts twice in this same verse would have been none-sense. So <01717> does indeed mean teats or nipples. The same situation exists with Eze 23:21, which says:

Eze 23:21 Thus thou calledst to remembrance <06485> <8799> the lewdness <02154> of thy youth <05271>, in bruising <06213> <8800> thy teats <01717> by the Egyptians <04714> for the paps <07699> of thy youth <05271>.

Here the ordinary word for breasts, <07699>, was translated into the English word paps, which is fairly equivalent to breasts. But, because the King James translators could not

352

tolerate the word for breasts twice in Eze 23:21 by also translating <01717> as breasts or paps, they were forced to translate <01717> into the word "teat" or nipples. Clearly, God intends <01717> to be translated into the word "teats" or nipples, and not the word "breasts". But because the word "teats" or nipples is somewhat embarrassing, when they could get away with it, they would translate <01717> into the word breasts. The word <01717> appears in the entire bible only four times. The other location for <01717> besides Pr 5:19 is Eze 23:8, which says:

Eze 23:8 Neither left <05800> <8804> she her whoredoms <08457> brought from Egypt <04714>: for in her youth <05271> they lay <07901> <8804> with her, and they bruised <06213> <8765> the breasts <01717> of her virginity <01331>, and poured <08210> <8799> their whoredom <08457> upon her.

Here, since the ordinary word for breasts does not appear, the King James translators took the easy-way-out and translated <01717> into the word "breasts". But that is not justified, simply because the context within Eze already shows that it should be translated into the word "teats" or nipples. Hence, three times out of a total of four occurrences it should have been translated into the word "teats". I argue that it should have been translated into the word "teats" or nipples all four times. This would have facilitated comparing scripture with scripture with out the need for considering the original Hebrew word. As the King James Bible is in regards to <01717> we have a small weakness in the translation. So, Pr 5:19 would be better translated as:

Pr 5:19 Let her be as the loving hind and pleasant roe; let her teats [nipples] satisfy thee at all times; and be thou ravished always with her love.

This adds considerable clarity to the spiritual meaning of Pr 5:19. It is the nipple that gives out the milk. The breast supplies the milk, but the nipple actually gives out the milk. The author of this paper actually believes that the erect nipple on a woman's breast is actually a spiritual picture of a man standing up and preaching the Gospel. Just like the mouth of the man is at the head of the man and the speech of the true Gospel comes out of that mouth, so with the nipple does the milk come out at the head or top of the nipple out of its little mouth. The breast below the nipple represents the reservoir of knowledge of the true Gospel. The nipples satisfy you at all times" then is spiritually saying let the old paths (the wife of your youth) being preached to you satisfy you at all times, and be ravished always with her love. In contrast, the next verse says:

Pr 5:20 And why wilt thou, my son, be ravished with a strange woman, and embrace the bosom of a stranger?

In other words, why do you want the false Gospels. The true Gospel is the only Gospel that gives you rest and satisfaction. The false gospels have you doing the work of saving yourself. The true Gospel has Jesus in you giving you the power to do the work that he has designed for you in Jesus to happen in your life. As Jesus says:

Mt 11:28 Come unto me, all ye that labour and are heavy laden, and I will give you rest. 29 Take my yoke upon you, and learn of me; for I am meek and lowly in heart; and ye shall find rest unto your souls.

353

30 For my yoke is easy, and my burden is light.

Or as we read:

Isa 40:28 Hast thou not known? hast thou not heard, that the everlasting God, the LORD, the Creator of the ends of the earth, fainteth not, neither is weary? there is no searching of his understanding.

29 He giveth power to the faint, and to them that have no might he increaseth strength.

30 Even the youths shall faint and be weary, and the young men shall utterly fall:

31 But they that wait upon the LORD shall renew their strength; they shall mount up with wings as eagles; they shall run, and not be weary; and they shall walk, and not faint.

Or as we read:

Heb 4:8 For if Jesus [should be translated as "Joshua", not "Jesus"] had given them rest, then would he not afterward have spoken of another day.

9 There remaineth therefore a rest to the people of God.

10 For he that is entered into his rest, he also hath ceased from his own works, as God did from his.

11 ¶ Let us labour therefore to enter into that rest, lest any man fall after the same example of unbelief.

12 For the word of God is quick, and powerful, and sharper than any twoedged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and is a discerner of the thoughts and intents of the heart.

13 Neither is there any creature that is not manifest in his sight: but all things are naked and opened unto the eyes of him with whom we have to do.

14 Seeing then that we have a great high priest, that is passed into the heavens, Jesus the Son of God, let us hold fast our profession.

15 For we have not an high priest which cannot be touched with the feeling of our infirmities; but was in all points tempted like as we are, yet without sin.

16 Let us therefore come boldly unto the throne of grace, that we may obtain mercy, and find grace to help in time of need.

Just as a man after a pleasant sexual union with his wife falls asleep afterwards, so the true Gospel should satisfy all who listen to it.

Now, if we insist of sex with the spiritual harlot, or apostate church, Pr 5 goes on an says:

Pr 5:21 For the ways of man are before the eyes of the LORD, and he pondereth all his goings.

22 His own iniquities shall take the wicked himself, and he shall be holden with the cords of his sins.

23 He shall die without instruction; and in the greatness of his folly he shall go astray.

You will die "without instruction", which is another way of saying that even the truth that you thought that you had will be taken from you, and you will end up in the lake of fire with only lies in your heart, and you will be in complete darkness for eternity with everyone else only speaking lies to you. You love lies? Then that is what God will give

354

to you for eternity. He will give to you what you love. Be careful what you love; you just might get it. Do you love the wife of your youth, the old paths; or do you love the apostate church, the spiritual harlot? You will go where the one you love will go. The wife of your youth, who has the truth, will go to heaven. Do you want to go to heaven? Then love her by loving the truth. Do you love the apostate church who loves lies? Then you will go with her to her place, even the lake of fire to be with her for eternity, the one you love. You will get what you love. God is so kind that he will do that for you. Do you love Satan, the father of lies?, then you will be with him as your god for eternity.

As Pr 7, which also talks about the spiritual harlot, the apostate church, says at its end:

Pr 7:24 ¶ Hearken unto me now therefore, O ye children, and attend to the words of my mouth.

25 Let not thine heart decline to her ways, go not astray in her paths.

26 For she hath cast down many wounded: yea, many strong men have been slain by her.

27 Her house is the way to hell, going down to the chambers of death.

Are you following the paths of the harlot? Then you are headed for eternal hell, the second death, the eternal lake of fire. Return to the old paths, the wife of your youth; why will you die? Are you going to "Hearken unto me now therefore, O ye children, and attend to the words of my mouth", as verse 24 says? Your eternal soul depends upon it. What will you give in exchange for your soul if you do not love the old paths?

## 12 On the Lust of Concupiscence and 1 Thessalonians 4:1-10

The term "Lust of Concupiscence" in the King James Bible found in 1 Thessalonians 4:1-10 is very important to the topic of this paper. Let us now quote 1 Thessalonians 4:1-10:

1 Th 4:1 ¶ Furthermore then we beseech you, brethren, and exhort you by the Lord Jesus, that as ye have received of us how ye ought to walk and to please God, so ye would abound more and more.

2 For ye know what commandments we gave you by the Lord Jesus.

3 For this is the will of God, even your sanctification, that ye should abstain from fornication:

4 That every one of you should know how to possess his vessel in sanctification and honour;

5 Not in the lust of concupiscence, even as the Gentiles which know not God:

6 That no man go beyond and defraud his brother in any matter: because that the Lord is the avenger of all such, as we also have forewarned you and testified.

7 For God hath not called us unto uncleanness, but unto holiness.

8 He therefore that despiseth, despiseth not man, but God, who hath also given unto us his holy Spirit.

9 ¶ But as touching brotherly love ye need not that I write unto you: for ye yourselves are taught of God to love one another.

355

10 And indeed ye do it toward all the brethren which are in all Macedonia: but we beseech you, brethren, that ye increase more and more;

Notice verse 1 mentions walking in such a way so as to please God, and that we would so abound more and more. This is the idea of increasing in sanctification and obedience towards God as our behavior and actions over the time of our saved life increases in love. Jesus fixes our hearts towards God and our neighbor. To emphasis this, the next verse, verse 2, reflects on our need to pay attention to commandments given by the Lord Jesus. Here we read of Jesus emphasizing the importance of paying attention and following his sayings:

Mt 7:21 ¶ Not every one that saith unto me, Lord, Lord, shall enter into the kingdom of heaven; but he that doeth the will of my Father which is in heaven.

22 Many will say to me in that day, Lord, Lord, have we not prophesied in thy name? and in thy name have cast out devils? and in thy name done many wonderful works?

23 And then will I profess unto them, I never knew you: depart from me, ye that work iniquity.

24 Therefore whosoever heareth these sayings of mine, and doeth them, I will liken him unto a wise man, which built his house upon a rock:

25 And the rain descended, and the floods came, and the winds blew, and beat upon that house; and it fell not: for it was founded upon a rock.

26 And every one that heareth these sayings of mine, and doeth them not, shall be likened unto a foolish man, which built his house upon the sand:

27 And the rain descended, and the floods came, and the winds blew, and beat upon that house; and it fell: and great was the fall of it.

28 And it came to pass, when Jesus had ended these sayings, the people were astonished at his doctrine:

29 For he taught them as one having authority, and not as the scribes.

Did not Lot's wife, when she looked back, fail to follow these words of Jesus?:

Mt 5:28 But I say unto you, That whosoever looketh on a woman to lust after her hath committed adultery with her already in his heart.

As we learned from Proverbs 5, the apostate church is an harlot. Lot's wife was looking back at Sodom, a symbol of the apostate church, and lusted in her heart to go back to the apostate church; so God turned Lot's wife into a pillar of salt—she died because she violated:

Lu 9:62 And Jesus said unto him, No man, having put his hand to the plough, and looking back, is fit for the kingdom of God.

Now, sure, Mt 5:28 is an exhortation to a human man to control his eyes and to not dwell long on a beautiful woman that is not his own wife, but to view her, if he must do honorable business with her, as a sister (in the pure sense of the law of Moses that forbids marriage and relations between a man and his own sister; see De 27:22,) in all purity of heart and action. He must not commit adultery with her in his mind nor heart nor physically either. So this is one of the commandments that Jesus spoke that we should

356

seek to keep from the heart. 1Th 4:1-10 is actually another command of Jesus, since Jesus is the Word of God Himself. And the term "lust of concupiscence" actually, as we will see, involving how a man relates to his wife. This passage, 1Th 4:1-10 is saying where a man in his heart and life should place his wife as a person in his heart above a sex object. He uses the term "defraud" in Jesus Christ. It is not saying that a man may not enjoy her body. Rather, it is saying that he must treat her as a close friend and to love her as he himself would like to be loved. No person should like to be loved as a sex object. As Genesis says:

Ge 2:18] And the LORD God said, It is not good that the man should be alone; I will make him an help meet for him.

Marriage is here stated to have been an institution set up by God so that Adam would not be alone nor lonely. This idea of having a helper suitable for Adam is focused on friendship, because friendship is the true answer to loneliness. If you have a person in your life, but you are not a friend with that person, then you will have more loneliness because you can not share your heart with that person, since you do not have a friendship with that person. When a man looks for a woman to marry, if he understands God's design for marriage correctly, he is really looking for a close friend to be with him so that he is not lonely. Now, if a man loves his own wife as a sex object, then he is failing to love himself because he is not giving to his wife the kind of friendship that she needs—and she is a part of his own body, as Eph 5:28 speaks. How could his wife see him as a friend if he is only interested in her body? Can she share her heart with him if he only cares for her body and does not listen to her as she speaks to him? Friendship means that each one has interests in the other's concerns of life. If the man wants a friend, then his wife will be much more able to be a good friend to him if he first shows a strong friendship towards her. This is the principle of "we love Jesus because Jesus loved us first", as 1Joh 4:19 says. Hence, is attraction to his wife has turned to lust if he ignores his friendship with his wife. This is the principle of 1Th 4:1-10 that defines the "lust of concupiscence". In fact, when he looks at his wife and enjoys the sight of her body, if friendship does not support the marriage relationship, then in fact he is lusting after her in a way that is closely related to a violation of Mt 5:28, when a man is not to look at a woman to desire her for adulterously. Now, if a young single Christian man notices an attractive single woman in a proper Christian context that allows him to properly suppose that she may be a true Christian, then if his interest in her beauty is restricted in his mind or mutually only, then I, the author of this paper, personally believes that that is not an adulterous look. Nevertheless, that man should not stare endlessly at her, but rather give to her some respect even at a distance. But, if he is truly interested in her, he should attempt to form a meaningful friendship with her. Or, if she is the daughter of parents which are close friends with his parents, then that is good evidence that a friendship between her and him is a real possibility. The idea of arranged marriages between children in such families is Biblical, even from the idea of a pre-existing family friendship. The Bible makes very clear in Joh 17:6 that God the father choose the woman who was to be the Bride of Jesus. As we read:

Job 17:6 ¶ I have manifested thy name unto the men which thou gavest me out of the world: thine they were, and thou gavest them me; and they have kept thy word.

357

The idea of a pre arranged marriage is very sensible if a true friendship based on a sound Christian friendship between the parents of the two families exists. The method by which God the Father ensures this friendship is that God the Father does the drawing or attracting. As we read:

Job 6:44 No man can come to me, except the Father which hath sent me draw him: and I will raise him up at the last day.

God the Father works in the hearts of men and women to teach them to look to Jesus, because Jesus is the loving solution to the threat of God's eternal wrath upon them. As we read:

2Co 5:11 Knowing therefore the terror of the Lord, we persuade men; but we are made manifest unto God; and I trust also are made manifest in your consciences.

You see, you can not be drawn by the love of God to Jesus unless you understand how great that love is. Furthermore, your understanding of the love of God is not strong unless you first experience a clear and strong and very threatening understanding of what great wrath God has upon you for your sins. Before a person becomes truly saved by the true Jesus of the Bible, that person is under the wrath of God, even as we read:

Eph 2:3 Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind; and were by nature the children of wrath, even as others.

This understanding of the wrath of God upon you must be so strong and very threatening such that the result is a truly broken and contrite heart before the one and only Almighty, Holy, Righteous, and True God, and True God, and that he is indeed just in condemning you to the eternal lake of fire. As we read:

Lu 18:13 And the publican, standing afar off, would not lift up so much as *his* eyes unto heaven, but smote upon his breast, saying, God be merciful to me a sinner.

You see, the publican *knows and confesses in agreement with God that he is a sinner.* God is the very Judge that can condemn him to hell, and he is confessing before that Judge that he is guilty, (he deserves hell, and is admitting that before Almighty God, the Judge of all mankind.) He is casting himself upon the mercy of the very Judge that has the power to condemn him as he confesses that he is indeed guilty, and does indeed deserve hell. Similarly, we read:

Ps 51:17 The sacrifices of God *are* a broken spirit: a broken and a contrite heart, O God, thou wilt not despise.

But can such honesty of heart before Almighty God be achieved by human effort? No. Because we read:

Jer 17:9 The heart *is* deceitful above all *things,* and desperately wicked: who can know it?

358

Isa 9:13 For the people turneth not unto him that smiteth them, neither do they seek the LORD of hosts.

Merely because we hear the threat of the wrath of God against us and by that God smites us, we nevertheless do not have the ability to become broken and contrite before him. Our hearts are very much too wicked to allow us to do that. That non-responsiveness is the non-responsiveness that a dead body gives to somebody who says the words 'get up', and the dead body does not respond because it is dead. This deadness is spiritual, and that is what God is talking about in Eph 2:1, which says:

Eph 2:1 ¶ And you hath *he* quickened, who were dead in trespasses and sins;

Remember, words written in italic form in the King James Bible were made italic to thereby warn that no Greek nor Hebrew words exists within the original text of the verse being translated to support those italicized words; so a more exact translation would be (the translators are kindly warning us that these added words were added merely to help the resulting English and maybe our understanding a little):

Eph 2:1 ¶ And you, who were dead in trespasses and sins;

Here, we see that God through the apostle Paul is simply saying that before we were saved, we were dead spiritually towards God because of our trespasses and sins. We could not respond to the fear of his wrath nor to the thought of his love because we were simply very dead spiritually and as non-responsive as a dead body.

In other words, when the Judge justly points the gun at our heads, we run, rather than agree with him that he is just in killing us. Furthermore, no man can speak to the Judge as though he agrees with the Judge that the Judge is just in killing him and fool the Judge —you see, this Judge is Almighty God who can see your heart and so you can not lie to him and get away with it. You may lie; but he will see right through it and into your heart. What is the answer to the question of Jer 17:9 where we read "who can know it?" The answer is that only God can know the full depth of the wickedness in a man's heart much better than any man can know his heart himself. The answer is "only God". So you see, we can not force God to save us and to give to us eternal life by merely mouthing some words as though we agree with him that we are a sinner and to thereby ask him to save us. That will not work at all because God can see the center of our heart. If we are lying, God will see that. You may even fool yourself that you yourself are not lying—but God knows better. He can see that you are still lying, even if you have convinced yourself that you are not lying. A spiritual corpse or spiritually dead person can not give to him or her self spiritual life. We can not raise our self to spiritual life. Only God can do that, and he only does that for his chosen elect that he has decided to save in order to give them to Jesus his Son as Jesus' Bride. God the Father does indeed choose those to elect them and to save them and to choose them. If we the woman propose marriage to Jesus of our own strength, he will ignore us and effectively say no. But, if God the Father is drawing a person to Jesus, then when Jesus proposes to that person through the words of the Bible, then because of the spiritual life-giving-work of God the Father in the heart of that person that person says "yes" from a sincere and broken and

359

contrite heart to that marriage proposal. Do you realize that Jesus is proving to mankind that he is a friend first-of-all to those he's proposing to who have that broken and contrite heart because there is nothing in us that he should be attracted to us? We can not earn his proposal. We start out extremely ugly in God's eyes because of our sinfulness. This shows us his love for his Bride is first and foremost the friendship love of the heart that banishes loneliness. That is why we read:

Rom 5:8 But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us.
9 Much more then, being now justified by his blood, we shall be saved from wrath through him.
10 For if, when we were enemies, we were reconciled to God by the death of his Son, much more, being reconciled, we shall be saved by his life.
11 And not only so, but we also joy in God through our Lord Jesus Christ, by whom we have now received the atonement.

Eph 2:3 says that we were children of wrath, and yet Rom 5:8 says that he in effect loved us even before we were saved when we were children of wrath. Is this a conflict or contradiction in the Bible? The resolution of the conflict is found when we understand that Rom 5:8 is speaking from God's eternal perspective outside of time because God inhabits eternity:

Isa 57:15 For thus saith the high and lofty One that inhabiteth eternity, whose name *is* Holy; I dwell in the high and holy *place*, with him also *that is* of a contrite and humble spirit, to revive the spirit of the humble, and to revive the heart of the contrite ones.

And Eph 2:3 is speaking from the point of view of mankind who is presently captured within the context of time.

Jesus, who from all eternity past is Almighty God, nevertheless became a man and thereby came into the context of time himself. That is why we read:

From eternity:
Re 13:8 And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the Lamb slain from the foundation of the world.

Captured within time:
Ro 5:6 ¶ For when we were yet without strength, *in due time* Christ died for the ungodly.

Php 2:1 ¶ If *there be* therefore any consolation in Christ, if any comfort of love, if any fellowship of the Spirit, if any bowels and mercies,
2 Fulfil ye my joy, that ye be likeminded, having the same love, *being* of one accord, of one mind.
3 *Let* nothing *be done* through strife or vainglory; but in lowliness of mind let each esteem other better than themselves.
4 Look not every man on his own things, but every man also on the things of others.
5 Let this mind be in you, which was also in Christ Jesus:

360

6 Who, being in the form of God, thought it not robbery to be equal with God:
7 But made himself of no reputation, and took upon him the form of a servant, and was made in the likeness of men:
8 And being found in fashion as a man, he humbled himself, and became obedient unto death, even the death of the cross.
9 Wherefore God also hath highly exalted him, and given him a name which is above every name:
10 That at the name of Jesus every knee should bow, of *things* in heaven, and *things in* earth, and *things* under the earth;
11 And *that* every tongue should confess that Jesus Christ *is* Lord, to the glory of God the Father.
12 ¶ Wherefore, my beloved, as ye have always obeyed, not as in my presence only, but now much more in my absence, work out your own salvation with fear and trembling.
13 For it is God which worketh in you both to will and to do of *his* good pleasure.

The fact that Jesus is the Lamb slain from before the foundation of the world establishes the principle that Jesus loved the elect from eternity past. The fact that we are children of wrath before we are saved establishes the principle that he does not love us until we become saved—this is from the point of view of man captured within time. That is why Jesus had to actually come into time in order to die for us 2000 years ago—until he did that, even though he was the Lamb slain from before the foundation of the world, he had not put himself into man's location and died under man's condemnation of the wrath of God in the substitutionary place of the elect for which he came to die. So the principles that God hates the elect (and the non-elect for that matter) as sinners and yet loves the elect (though not the non-elect), even from eternity past, are both true because of the substitutionary work of Jesus to pay for the sins of the elect both before time and within time. Within time establishes his wrath until he did die, and in a spiritual parallel sense until we become truly born from above or born again at which point we have died to ourselves and now live to God. We start out not knowing whether we are elect or not elect before we have good repentance in our hearts that gives good evidence of salvation —all we know is that we are under his wrath unless we repent. We can not get around this issue by supposing that we are elect and so can then suppose that we can live anyway we wish in whatever sin we wish. We must fear God and seek God to give to us within our hearts true repentance so that he saves us and we do repent from and forsake our sins and stop living in those sins. All we know, before we are saved, is that we are under his wrath and condemnation because of our sins before the Almighty, Holy, Righteous God who is our Judge for our eternal destination.

So Jesus proves his very deep heart love and friendship-that-banishes-loneliness towards his bride by the fact that he dies for her while she is still very ugly in her sins before Almighty, Holy, Righteous God. We do not attract Jesus to us because of our beauty that we have worked into ourselves. We know this because Jesus had to take on our ugliness in order to save us, as we read:

Isa 53:2 For he shall grow up before him as a tender plant, and as a root out of a dry ground: he hath no form nor comeliness; and when we shall see him, *there is no beauty that we should desire him.*

361

The reason that Jesus had no beauty is that he was in the elect's place taking on their sin-caused ugliness, and giving to the elect his righteousness and beauty as he paid for the elect's sins on the cross—this is what Isa 53:2 quoted above is talking about.

Or we read:

Jas 1:17  Every good gift and every perfect gift is from above, and cometh down from the Father of lights, with whom is no variableness, neither shadow of turning.

James 1:17 above teaches that every good things comes from God; so that means any and all true beauty comes from God.

Or:

1Co 4:7  ¶ For who maketh thee to differ *from another?* and what hast thou that thou didst not receive? now if thou didst receive *it,* why dost thou glory, as if thou hadst not received *it?*

1Co 4:7 above teaches that anything we have we received, and did not generate it as though we had not received it—consequently we must not glory in anything we have as though we did generate it of ourselves. Again, all good things come from God, even beauty, and we can not take any credit for it ourselves.

Jesus only sees beauty in us if and when he puts his beauty into us.  Otherwise, we are completely ugly and have no beauty whatsoever before God.  And God only puts his beauty into the elect.  He does not do this for the non-elect.  The non-elect are always ugly before God and will remain ugly while in the lake of fire for eternity, with no beauty whatsoever.  But the Bride of Christ in heaven will have the glory of Jesus put upon her.

Jesus is our hope of glory because he gives to his bride his glory:

Joh 17:22  And the glory which thou gavest me I have given them; that they may be one, even as we are one:

Ro 8:17  ¶ And if children, then heirs; heirs of God, and joint-heirs with Christ; if so be that we suffer with *him,* that we may be also glorified together.

Ro 8:28  And we know that all things work together for good to them that love God, to them who are the called according to *his* purpose.
29 ¶ For whom he did foreknow, he also did predestinate *to be* conformed to the image of his Son, that he might be the firstborn among many brethren.
30  Moreover whom he did predestinate, them he also called: and whom he called, them he also justified: and whom he justified, them he also glorified.

Eph 1:18  The eyes of your understanding being enlightened; that ye may know what is the hope of his calling, and what the riches of the glory of his inheritance in the saints,

362

1Th 2:12  That ye would walk worthy of God, who hath called you unto his kingdom and glory.

2Th 2:14  Whereunto he called you by our gospel, to the obtaining of the glory of our Lord Jesus Christ.

1Pe 5:10  ¶ But the God of all grace, who hath called us unto his eternal glory by Christ Jesus, after that ye have suffered a while, make you perfect, stablish, strengthen, settle *you.*

Col 1:27  To whom God would make known what *is* the riches of the glory of this mystery among the Gentiles; which is Christ in you, the hope of glory:

Col 3:4  When Christ, *who is* our life, shall appear, then shall ye also appear with him in glory.

1Pe 1:4  To an inheritance incorruptible, and undefiled, and that fadeth not away, reserved in heaven for you,

Re 3:21  To him that overcometh will I grant to sit with me in my throne, even as I also overcame, and am set down with my Father in his throne.

Re 22:3  And there shall be no more curse: but the throne of God and of the Lamb shall be in it; and his servants shall serve him:
4  And they shall see his face; and his name *shall be* in their foreheads.
5  And there shall be no night there: and they need no candle, neither light of the sun; for the Lord God giveth them light: and they shall reign for ever and ever.

The key verse to understand why 1Th 4:1-10 is talking about how a man relates to his wife so as to not posses her in the lust of concupiscence is verse 1Th 4:4, which says:

1Th 4:4  That every one of you should know how to possess his vessel in sanctification and honour;

This is talking about how a man should posses his wife in sanctification and honour.  This view that the term "vessel" is pointing to a man's wife is directly supported by 1Pe 3:7, which says:

1Pe 3:7  Likewise, ye husbands, dwell with *them* according to knowledge, giving honour unto the wife, as unto the weaker vessel, and as being heirs together of the grace of life; that your prayers be not hindered.

Notice how both 1Th 4:4 uses the words "honour" and "vessel".  This is because God is emphasizing the same truth in both with the word "vessel".  These two passages are both talking about wives by use of the word "vessel".  Some careless Bible teachers have been mislead by the term "brother" in verse 1Th 4:6, which says:

363

1Th 4:6 That no *man* go beyond and defraud his brother in *any* matter: because that the Lord *is* the avenger of all such, as we also have forewarned you and testified.

These careless Bible teachers say, for example, that the term "vessel" refers to a man's own body and that 1Th 4:1-10 is talking about the trivial matter of masturbation as a dishonor before God. That is complete non-sense. How does a man "defraud" himself as 1Th 4:6 speaks? Non-sense I say. So masturbation is not in view. Or course, we are not talking about homosexuality either because we are not talking about a man possessing somebody that is not his wife. The Bible has no support for this evil legal concept that is forming in the law system of the USA these days allowing for something called a "domestic partner", whereby homosexuals may have a "fake" marriage before the laws of the land and receive some legal protection and benefits. This is very ugly and shows the moral decay of the USA in our time. Masturbation by the way is such a minor issue, if you wish to call it a sin at all, that I recommend it to any man that would otherwise be likely to fall into fornication—which would be a much worse sin. But do it without pornography or any other such stimulation and simply attempt to keep you mind on the simple stimulation and not on pictures in your mind of other women, if you can, to make it a more pure act. But, by all means avoid fornication involving other people. God understands, even as he understood how Naaman was going to bow before the idol god of his king in Syria and that Naaman nevertheless did not worship that god, and that Naaman was a true believer of the true God of Israel. Now, if you can avoid masturbation and fornication all together, that is even better. God be with you. The Bible greatly supports the idea that the term "brother" refers to wife in 1Th 4:1-10—as we shall see shortly. Furthermore, the choice of the word "brother" by the apostle Paul was actually motivated by a very clear desire to emphasize the same thing that Peter is emphasizing in 1Pe 3:7. By using the word "brother" Paul is emphasizing that a man's wife is a fellow believer, and brother in Christ, and she must be treated exactly as such and given the same full honor that any brother in Christ should receive from any other brother in Christ. That is why the word "brother" is a very powerful and correct choice of words to make the point not to posses one's wife in the lust of concupiscence. Now the Bible allows this use of the word brother very strongly. Consider:

Jesus said:

Mt 12:50 For whosoever shall do the will of my Father which is in heaven, the same is my brother, and sister, and mother.

Mr 3:35 For whosoever shall do the will of God, the same is my brother, and my sister, and mother.

And.

Ga 3:28 There is neither Jew nor Greek, there is neither bond nor free, there is neither male nor female: for ye are all one in Christ Jesus.

And Oh foolish teacher, do you suppose the following verse does not apply to women because it uses the term "son"?:

364

Gal 4:6 And because ye are sons, God hath sent forth the Spirit of his Son into your hearts, crying, Abba, Father.
7 Wherefore thou art no more a servant, but a son; and if a son, then an heir of God through Christ.

And what about?:

Rom 8:18 For I reckon that the sufferings of this present time *are* not worthy *to be compared* with the glory which shall be revealed in us.
19 For the earnest expectation of the creature waiteth for the manifestation of the sons of God.

Of course all of these scriptures apply to women every bit as much as to men: and Paul in God's place as inspired by the Holy Spirit is emphasizing the point that a man's wife is a brother in Christ, and he must treat her exactly as such with full honor as such.

Oh teacher, whoever you may be, if you are still arguing with me on this point, is there sin in your life? Are you possessing your own wife in the lust of concupiscence? Maybe you do not what this scripture to come against you because you have forgotten the need for friendship with her failure to love the soul of your wife—you have forgotten the need for friendship with her soul so that you fail to seek that friendship that banishes loneliness. To seek this friendship would benefit both her and you, and would prevent the strong language of 1Th 4:6 from coming down onto your head:

1Th 4:6 That no *man* go beyond and defraud his brother in *any* matter: because that the Lord *is* the avenger of all such, as we also have forewarned you and testified.

Or worse, maybe you are one of those evil men in church leadership who goes around trying to sleep with any young woman who you can get into your bed? Is that it? There are some church leaders that evil. I suspect that they are fairly common also, though I can not prove that. God sees though, and God will expose and condemn all such people on judgement day, unless they repent of that behavior and also believe the truth Gospel.

So the matter of not having one's wife in the lust of concupiscence is really a matter of pursuing the proper purpose of marriage, which is to pursue that friendship between spouses that banishes loneliness, since marriage was designed to solve the problem of loneliness for Adam—but be sure, that means that marriage was also designed for the man to ensure that his wife was also not lonely. If he enjoys her friendship towards him as she reaches out to him, and if he enjoys her body as she gives herself to him, and yet he does not reach out to her in friendship to remove her loneliness, then he is enjoying her body, but he is not showing proper love towards her in return. This man is, because of this lack of reaching out to her in true and close heart friendship, actually using her body for his pleasure outside of the context of that true friendship. This is the sin of possessing his wife in the lust of concupiscence. Enjoying her body during sexual relations is fine—but not out of the context of a love that reaches out to her heart to banish her loneliness. She is showing the love of Jesus Christ in her heart towards you as she reaches out in friendship to your heart to banish your loneliness, but you are failing to return that love of Jesus Christ back to Jesus Christ. And she is a

365

member of Jesus Christ; she is a brother in Christ just like you. Yet you are not returning the love of Jesus Christ toward you back to Jesus Christ, as Jesus Christ is represented in your wife—is that so? How long do you think that Jesus Christ will continue to love you and tolerate you not returning that love to him? God says that we love him because he loved us first, as 1Joh 4:19 says:

1Joh 4:19  We love him, because he first loved us.

How long do you think that Jesus will wait for this principle of 1Joh 4:19 to take effect and so you learn to return that love of Jesus Christ for your soul back to Jesus Christ by your loving your wife's soul, who represents Jesus Christ in your presence as a brother of Jesus Christ? As we also read in the next verse, you can not say that you love God whom you can not see, if you fail to love your neighbor whom you can see:

1Joh 4:20  If a man say, I love God, and hateth his brother, he is a liar: for he that loveth not his brother whom he hath seen, how can he love God whom he hath not seen?

You liar. You say that you love God whom you can not see, yet you do not love your wife so as to reach out to her soul with friendship that banishes loneliness? She reaches out to your soul; why do you not return that love and reach out to her soul? She should not be suffering with loneliness any more than you wish to suffer from loneliness. I suggest that you do a better job listening to her—that will go a great way towards easing her own loneliness. Do not say much to her nor correct her much while she talks to you. Let her talk; nevertheless, pay close attention to what she is saying and do not ignore her. Put down that newspaper and listen to her. Turn off the TV set and listen to her. Turn off the computer and listen to her. Stop stuffing your face with food at the dinner table and eat more slowly and instead listen to her. Get understanding of what she is saying and of her heart by listening closely. Feel her pain and feel her burdens but do not try to solve her problems—she just wants you to listen and to show that you love her. Do not do it once, and think you are done with it. You must practice this all the days of your marriage to her.

Also, the matter of loving your wife's soul with true, honest friendship that reaches out to her heart to get to know her and be close to her heart emotionally and her mind intellectually and her spiritual understanding and what pleases her and how you might spend time with her are all equally important to your enjoyment of her body. These different things that you do to reach out to her are the means of friendship that banishes loneliness. These acts of reaching out this way should be a regular part of your life towards your wife; I know you may be a very hard working man attempting to support your family. I say beans for dinner and a close relationship with your wife is far better than steak or lobster for dinner and a poor relationship with your wife. A house that needs its walls painted and a happy relationship with your wife is much better than a painted house and a poor relationship with your wife. A lawn with weeds in it and a close and happy relationship with your wife is far better than a nice lawn and a poor relationship with your wife. Likewise, if your enjoyment of her body is more valuable to you than her emotional needs and her physical needs and her spiritual needs, in other words all the details of a higher relationship with her above your interest in sex, then you are engaging in a type of idolatry of sex and of her body. And her pleasures are equally

366

important to your pleasures. The failure to see and seek these priorities for your wife is the real thrust of the idea of possessing her in the evil "lust of concupiscence". This term "lust of concupiscence" is really very close in concept to covetousness and idolatry, though not identical. Consider:

Col 3:5¶ Mortify therefore your members which are upon the earth; fornication, uncleanness, inordinate affection, evil concupiscence, and covetousness, which is idolatry:

Because of this close relationship of the term "lust of concupiscence" to covetousness and idolatry here in Col 3:5, the following is a fair question: Do you idolize your wife's body? Do you love her body above her soul? If your answer is no, then that is well. Yet, we have one more question. Do you idolize your wife and her soul or her body above or equal to God himself? If you do, then you still have an idol. Notice, though; in this case of "idolatry" we are asking questions concerning the *relative* or *one-compared-to-the-other* love of a man may have towards his wife's body *in comparison to* her soul, and the love a man may have towards his wife *in general* in comparison to his love for God Almighty. In other words, if you truly love God above your wife, and if you truly love your wife's soul above her body, then you are doing correctly, no matter how greatly you enjoy and love her body—this simply says that you love her soul even more than you lover her body, and that you love God even more than you love your wife. There is nothing wrong with an exceeding great sexual desire or drive in you towards your wife; just ensure that you love her soul even more. There is nothing wrong with an exceeding great love towards your wife in general, just ensure that you love God even more than that.

You see, sexual desire, in the correct context, is altogether a good thing, and a gift from God. Man did not create sex; God created sex. If men and women keep sexual love properly within the greater context of the greater types of love that are also from God, then as long as all the types of love that create that framework are each one properly honored with sincere effort and prayer and are kept in the correct order God give to them—because to know how to love properly, even sexually, we must beseech God to put his definition of love into our hearts and to teach us to pursue that definition for all forms of love: sexual, the love of our neighbor towards the soul of our wife and her physical and emotional and friendship needs to remove loneliness, and the love of God above all with every fiber of our heart and being—then God wants all types of love in our life, even sexual love, to grow and exceed and about beyond our wildest ideas—but always within God's definition of pure love, which is why we need to pray to God for guidance in learning to love at all times in our life, even sexually. All good things come from God, as James 1:17 teaches; and love is the best thing man knows of in the universe, because the Bible teaches that God is love and God is the best thing man knows of in the universe. Hence, a person could also say Love is God. As John 1:7-8 says:

1Joh 4:7 ¶ Beloved, let us love one another: for love is of God; and every one that loveth is born of God, and knoweth God.

8  He that loveth not knoweth not God: for God is love.

367

Hence, if a man demeans or abuses his wife during sexual love then he definitely needs God's guidance to repent and to teach him to love God whom he hath seen and honor sexually. He probably also has a lack of love for her soul if he is willing to demean her during sexual relations. And he is surely failing to love God properly, because the Bible teaches that to love someone we see is easier to do than to love God whom we can not see. As we read:

1 John 4:20 If a man say, I love God, and hateth his brother, he is a liar: for he that loveth not his brother whom he hath seen, how can he love God whom he hath not seen?
21 And this commandment have we from him, That he who loveth God love his brother also.

Consider, if God wants all forms of love to exceed and abound beyond all of our wildest ideas, the love of God, the love of our neighbor towards our wife, and sexual love (but always staying pure and respectful and honorable), then the answer to this matter of not possessing your wife in the "lust of concupiscence" should be to increase the other types of love above your sexual love for your wife (though all men do need God's constant blessing and perhaps repentance at times to ensure respect and honor towards their respective wife during sexual relations to not dishonor nor demean her during sexual relations)—and not to decrease your sexual love towards her as long as it is pure. All a man needs to do is to increase the other more important types of love above his sexual love. We want all types of love to increase; even sexual love, but the other types of love must increase above sexual love because sexual love is the lowest form of love and the best expression of love. To love your wife's soul is more important. And to love God above your wife is even still yet more important. But, we should want all forms of love, even sexual love, to yet increase and increase more and more. That is why we read in our passage of 1Th 4:1-10 the following:

1 ¶ Furthermore then we beseech you, brethren, and exhort you by the Lord Jesus, that as ye have received of us how ye ought to walk and to please God, so ye would abound more and more.
2 For ye know what commandments we gave you by the Lord Jesus.
3 For this is the will of God, even your sanctification, that ye should abstain from fornication:
4 That every one of you should know how to possess his vessel in sanctification and honour;
5 Not in the lust of concupiscence, even as the Gentiles which know not God:
6 That no man go beyond and defraud his brother in any matter: because that the Lord is the avenger of all such, as we also have forewarned you and testified.
7 For God hath not called us unto uncleanness, but unto holiness.
8 He therefore that despiseth, despiseth not man, but God, who hath also given unto us his holy Spirit.
9 ¶ But as touching brotherly love ye need not that I write unto you: for ye yourselves are taught of God to love one another.
10 And indeed ye do it toward all the brethren which are in all Macedonia: but we beseech you, brethren, that ye increase more and more;

368

Do not think that this passage is telling you that you should decrease your sexual love for your wife. It is not saying that at all. It is saying to ensure that your sexual love is pure, and that the other forms of greater love, the love for your wife's soul, and your love of God, must be yet greater than your sexual love. God wants all forms of love to increase and abound.

Again, in the principle of loving our neighbor as ourselves, let us consider this matter from the point of view of a man's wife.

She surely wants her husband's sexual love towards her to be very strong—but she wants it to be respectful and honorable towards her and not perverse and wicked. But she does want that sexual desire of her husband to be towards her, and to be very strong. She will find security in this as long as her husband's strong sexual desire stays within the marriage relationship and he is not committing adultery and having sexual relations outside of marriage. If he has this control, then she will rejoice in his strong and pure sexual desire towards her. She will even find some security in that strong and pure sexual desire towards her. She will know that she is wanted and needed by her husband, and she will desire to meet that desire and need of her husband because it gives to her some security. This is a very important feature of all forms of love. All forms of love give security to the one being loved. Yet a man's love and security towards his wife is really a mere paper tiger and meaningless compared to the love and security that we have if we are loved by Almighty God himself. A man's love and security towards his wife can not ensure that she will not die the next minute. But, men in their pride try to get their respective wife to believe the lie he gives to her absolute security—but in that case he is lying to her, he should be teaching her to find her ultimate security only in God. God can take our life away at any moment, and by any means that he chooses. So, truly, the only true security is from God alone and any love that he has towards a person. Ultimately, God's love found within the context of the entire world is restricted and directed only at the elect or chosen people Jesus died to save when Jesus died on the cross 2000 years ago. God is not saving every human being. He is only saving the elect; and he only loves the elect with the love that comes from the loving death of Jesus when he died for his eternal Bride, the true believers. Notice how the woman in the Song of Solomon is actually rejoicing in the fact that her husband's sexual desire (that is, sexual love) is towards her:

So 7:10 I am my beloved's, and his desire is toward me.

So, if a wife knows that her husband has a very strong sexual desire for her, and she knows that her husband has full control of that desire, then she will take security in her husband's arms, and rejoice in her husband's desire for her. When a man is dating a woman, if they engage in pre-marital sex, and then later get married, the pre-marital sex will tell the woman in her heart that her husband is actually willing to have sex outside of marriage. This in turn will cause her to fear her husband's strong sexual desire as a possible cause for him to commit adultery against her and be unfaithful against her as he again may have sex outside of marriage. The pre-marital sex in effect will damage or even completely destroy the security that she could have had in her husbands strong sexual desire for her. Pre-marital sex does great damage to the security that a woman could have had in her marriage. The reverse is also possible; the man may not trust his

369

wife because he knows that she also is willing to have sex outside of marriage, and any security he may have had in her desire for him will also be damaged, if not completely destroyed.

If a man and a woman do marry and do avoid pre-marital sex, then that marriage is on a stronger footing and has a good start. But, suppose that that man nevertheless has trouble with his eyes as he stares and watches other women when he and his wife are together in crowds. This will disturb his wife by challenging her security in his sexual desire for her only, and not for other women. To be sure, most men will have some problem with this and the wife needs to be somewhat understanding, but if the man tries to look away and remember the wife he loves, then that man will do better and give his wife more security in his desire for her, and this will honor God. No man should be committing adultery with other women in his heart, though he may be unable to not notice how physically beautiful another woman happens to be. He should not dwell on her, though, and he should not be undressing her in his mind. As we read:

1Ti 5:2 The elder women as mothers; the younger as sisters, with all purity.

I personally find going to the beach when many other women are there in bikinis as completely unacceptable for a supposedly Christian man. I really think a busy beach is off-limits for a Christian man and his family. They might go at off-times when only a few other people are there. I personally think that a woman's swimsuit should be a modest one-piece suit, and not a bikini anyway, unless the bikini is just for her husband to see her in at their own private pool at their private home alone. If two or more families wish to visit around a family pool, and all the women and young ladies are in modest one-piece swimsuits, that may work satisfactorily for the men as well and they may be able to join in the fun. Also, the men should not be wearing those tight pants that some men wear for swimsuits. This is also immodest towards the women. They should wear full size lose fitting swim shorts that are clearly modest, and not a problem or temptation for women to look at, unless the man is alone strictly with his wife at their private pool, then he might wear those tight pants if he wishes to please his wife that way.

Another thought provoking way to think spiritually of the matter of a man possessing his wife in the sin of the "lust of concupiscence" involves the spiritual meaning of the following Bible passage:

2Th_3: 6 ¶ Now we command you, brethren, in the name of our Lord Jesus Christ, that ye withdraw yourselves from every brother that walketh disorderly, and not after the tradition which he received of us.
7 For yourselves know how ye ought to follow us: for we behaved not ourselves disorderly among you;
8 Neither did we eat any man's bread for nought; but wrought with labour and travail night and day, that we might not be chargeable to any of you:
9 Not because we have not power, but to make ourselves an ensample unto you to follow us:
10 For even when we were with you, this we commanded you, that if any would not work, neither should he eat.

370

11 For we hear that there are some which walk among you disorderly, working not at all, but are busybodies.
12 Now them that are such we command and exhort by our Lord Jesus Christ, that with quietness they work, and eat their own bread.
13 But ye, brethren, be not weary in well doing.
14 And if any man obey not our word by this epistle, note that man, and have no company with him, that he may be ashamed.
15 Yet count him not as an enemy, but admonish him as a brother.

You see, this passage is talking about people who do not pull their own weight when they clearly have the ability to pull their own weight (this passage is not talking about people who God has disabled by a health or handicap issue—mercy is called for in this case and these people should be lovingly cared for even when they can not work at all; such disabled people that we may care for might be praying for us, though, and that could be a great work on their part that more than pulls their weight and benefits us greatly as God answers their powerful prayers—prayers that we may not hear nor see but which they are saying for us behind their silent faces in their hearts). These people who should be working, but refuse to work, can other people's bread. But they should work and eat their own bread, as verse 12 above says. The spiritual meaning of the term bread goes directly to Jesus himself, and the Word of God, and the spiritual meaning of the Christian communion, and is the seed of copulation (see Lev 15:18 and tie the word "tie" <0790l> to Ex 16:14 and the closely related word "lay" <0790 2>; this matter of the "seed of copulation" being a spiritual reference to "manna" was discussed much earlier in this paper):

Mt 4:4 But he answered and said, It is written, Man shall not live by bread alone, but by every word that proceedeth out of the mouth of God.

Lu 4:4 And Jesus answered him, saying, It is written, That man shall not live by bread alone, but by every word of God.

Joh 6: 28 ¶ Then said they unto him, What shall we do, that we might work the works of God?
29 Jesus answered and said unto them, This is the work of God, that ye believe on him whom he hath sent.
30 They said therefore unto him, What sign shewest thou then, that we may see, and believe thee? what dost thou work?
31 Our fathers did eat manna in the desert; as it is written, He gave them bread from heaven to eat.
32 Then Jesus said unto them, Verily, verily, I say unto you, Moses gave you not that bread from heaven, but my Father giveth you the true bread from heaven.
33 For the bread of God is he which cometh down from heaven, and giveth life unto the world.
34 Then said they unto him, Lord, evermore give us this bread.
35 And Jesus said unto them, I am the bread of life: he that cometh to me shall never hunger; and he that believeth on me shall never thirst.
36 But I said unto you, That ye also have seen me, and believe not.

371

37 All that the Father giveth me shall come to me; and him that cometh to me I will in no wise cast out.

38 For I came down from heaven, not to do mine own will, but the will of him that sent me.

39 And this is the Father's will which hath sent me, that of all which he hath given me I should lose nothing, but should raise it up again at the last day.

40 And this is the will of him that sent me, that every one which seeth the Son, and believeth on him, may have everlasting life: and I will raise him up at the last day.

41 The Jews then murmured at him, because he said, I am the bread which came down from heaven.

42 And they said, Is not this Jesus, the son of Joseph, whose father and mother we know? how is it then that he saith, I came down from heaven?

43 Jesus therefore answered and said unto them, Murmur not among yourselves.

44 No man can come to me, except the Father which hath sent me draw him: and I will raise him up at the last day.

45 It is written in the prophets, And they shall be all taught of God. Every man therefore that hath heard, and hath learned of the Father, cometh unto me.

46 Not that any man hath seen the Father, save he which is of God, he hath seen the Father.

47 Verily, verily, I say unto you, He that believeth on me hath everlasting life.

48 I am that bread of life.

49 Your fathers did eat manna in the wilderness, and are dead.

50 This is the bread which cometh down from heaven, that a man may eat thereof, and not die.

51 I am the living bread which came down from heaven: if any man eat of this bread, he shall live for ever: and the bread that I will give is my flesh, which I will give for the life of the world.

52 The Jews therefore strove among themselves, saying, How can this man give us his flesh to eat?

53 Then Jesus said unto them, Verily, verily, I say unto you, Except ye eat the flesh of the Son of man, and drink his blood, ye have no life in you.

54 Whoso eateth my flesh, and drinketh my blood, hath eternal life; and I will raise him up at the last day.

55 For my flesh is meat indeed, and my blood is drink indeed.

56 He that eateth my flesh, and drinketh my blood, dwelleth in me, and I in him.

57 As the living Father hath sent me, and I live by the Father: so he that eateth me, even he shall live by me.

58 This is that bread which came down from heaven: not as your fathers did eat manna, and are dead: he that eateth of this bread shall live for ever.

59 These things said he in the synagogue, as he taught in Capernaum.

The true bread from heaven is Jesus, who is the true manna.

When the traditional Christian communion is given with juice of the grape and bread, that act of breaking the bread is a symbol of eating the flesh of Jesus that Jesus gave to his Bride for her food to give to her eternal life. But, because of the concept of the human sexual union being a picture of giving the true Gospel to people, the man being a picture of babes in Christ receiving the sincere milk of the word as he sucks on his wife's nipples

372

during sexual union, and the woman being a picture of the Bride of Christ as she receives the seed of copulation which is a picture of the true manna that comes down from heaven as the man lay with her, even as the manna comes to lay onto the ground, we have the matter of eating in view. The ground, by the way, is a spiritual picture of the heart of man onto which the seed of the true Gospel is cast by the farmer who casts out seed. This is the parable of the sower in Matthew 13. Furthermore, what is bread made of? Is it not made of seeds that are ground up for easy eating? So the spiritual meaning of the seed of copulation that enters the womb and gives life is a picture of the manna that lays onto the ground, which in turn is a picture of the seed that is the Word of God, or bread of God, or true manna, which is Jesus, who is placed before us when the Word of God, the Bible is preached to us, The spiritual meaning of communion is to hear the Word of God, the Bible, preached to us, or maybe simply to have it read to us, or for us to simply read it ourselves. But the term "communion" does convey the idea of being present with other people, or the idea of fellowship.

Anyway, the idea of the sexual union being thought of as eating is strongly supported elsewhere in the Bible, and has already been touched on extensively in the paper as well. For example, remember earlier in this paper when we were discussing the Song of Solomon, we came across the following passages:

So 7:6 How fair and how pleasant art thou, O love, for delights!

7 This thy stature is like to a palm tree, and thy breasts to clusters of grapes.

8 I said, I will go up to the palm tree, I will take hold of the boughs thereof: now also thy breasts shall be as clusters of the vine, and the smell of thy nose like apples;

9 And the roof of thy mouth like the best wine for my beloved, that goeth down sweetly, causing the lips of those that are asleep to speak.

10 ¶ I am my beloved's, and his desire is toward me.

11 Come, my beloved, let us go forth into the field; let us lodge in the villages.

12 Let us get up early to the vineyards; let us see if the vine flourish, whether the tender grape appear, and the pomegranates bud forth: there will I give thee my loves.

13 The mandrakes give a smell, and at our gates are all manner of pleasant fruits, new and old, which I have laid up for thee, O my beloved.

Notice how many places in the above scripture we have references to plants that give food, or to food directly. The human sexual union is a picture of eating the true Gospel, both the man eats of the woman, and the woman eats of the man. The woman eating is a picture of the Bride of Christ eating of the Word of God, Jesus, the man who she is having spiritual sex with. The man eating is a picture of individual members of the Bride of Christ, especially babes in Christ but all true believers also, as these members represent Jesus that the Bride of Christ is to love as her neighbor, in loving her neighbor she is actually loving Jesus as Jesus is found in the individual members of the Bride of Christ. This is the same concept that we find in Heb 13:1-10, which says.

Heb 13:1 ¶ Let brotherly love continue.

2 Be not forgetful to entertain strangers: for thereby some have entertained angels unawares.

3 Remember them that are in bonds, as bound with them; and them which suffer adversity, as being yourselves also in the body.

373

4 Marriage is honourable in all, and the bed undefiled: but whoremongers and adulterers God will judge.

5 Let your conversation be without covetousness; and be content with such things as ye have: for he hath said, I will never leave thee, nor forsake thee.

6 So that we may boldly say, The Lord is my helper, and I will not fear what man shall do unto me.

7 Remember them which have the rule over you, who have spoken unto you the word of God: whose faith follow, considering the end of their conversation.

8 Jesus Christ the same yesterday, and to day, and for ever.

9 Be not carried about with divers and strange doctrines. For it is a good thing that the heart be established with grace; not with meats, which have not profited them that have been occupied therein.

10 We have an altar, whereof they have no right to eat which serve the tabernacle.

In giving the true Gospel, and in even giving physical support such as a fish or orange to eat, we are letting brotherly love continue. That physical support is a small matter that we should be glad to give to true believers who are in need of help—as long as they are not falling into the sin of not working when tolerable work is available in order to feed him or her self—nevertheless, the most important matter is that of spiritual love. Do we share the truth when we can? Sometimes we may share some truth about Jesus or some verse of the Bible with someone that we have no idea is in fact one of God's elect, that God may have already saved, or is going to save in the future. This is the idea of entertaining strangers unawares, as Heb 13:2 speaks (remember, the term "angles" should frequently be translated "messengers", and true believers are messengers, and to a messenger of the true Gospel we may share the Word of God and thereby delight the heart of one of God's elect, and not realize that God is using us to minister to a true believer, a messenger of God. Notice verse 9 of Heb 13 above. There we again see the spiritual meaning of sound doctrine (implied as the opposite of "strange doctrines") involves the grace of the God, and meats—again, a reference to food—that do not benefit us spiritually.

This verse, verse 9, is not saying that physical meat is anything bad. We may eat physical meat if that is our practice. This verse is labeling "strange doctrines" with the word "meats", and is saying that we should cling to the doctrines that are clearly provable by careful consideration of the Scripture and are not heresies. If a doctrine sounds strange, it may in fact be a heresy; yet we may choose to go into the Bible and see for ourselves when we encounter such a doubtful doctrine whether it be true or false—as long as we do not get all caught up wasting time chasing strange doctrines, because this is unprofitable. We should be busy sending forth the sound doctrines that we already know are true. And even if a certain doctrine seems to be true in Scripture and may in fact not be a heresy, it may be too offensive for a younger believer to deal with as it points to some gruesome reality of some deep detail of Jesus sacrifice for the elect—remember, knowledge puffs up, and we ought to give to a newborn babe the milk of God's Word (1 Pet 2:2), the sincere milk of the word (1 Pet 2:2). We need to condescend to men of low estate (Rom 12:16). We need to sometimes wait for God to open the eyes of other believers, as Paul spoke in Php 3:15.

And verse 10 speaks clearly of a spiritual food that the non-elect in the apostate church can not eat, because Jesus does not give to them that food that gives eternal life such that

374

they believe it. This is another reference to limited atonement. Only the true elect of God can eat of Jesus and have their sins washed away by the blood of Jesus. We read further in Heb 13:

Heb 13:11 For the bodies of those beasts, whose blood is brought into the sanctuary by the high priest for sin, are burned without the camp.

12 Wherefore Jesus also, that he might sanctify the people with his own blood, suffered without the gate.

13 Let us go forth therefore unto him without the camp, bearing his reproach.

14 For here have we no continuing city, but we seek one to come.

15 By him therefore let us offer the sacrifice of praise to God continually, that is, the fruit of our lips giving thanks to his name.

16 But to do good and to communicate forget not: for with such sacrifices God is well pleased.

17 Obey them that have the rule over you, and submit yourselves: for they watch for your souls, as they that must give account, that they may do it with joy, and not with grief: for that is unprofitable for you.

Notice how verses 11 through 13 are saying that we are sanctified by the blood of Jesus who suffered without the gate. This is saying that we must go without the apostate church to find the true food of the Gospel to avoid those diverse and strange doctrines that are within the apostate church that verse 9 is talking about. And verse 14 says that we have no continuing city, meaning that in this physical world the church is going to die—if will not continue—and that we must go out of it as verse 13 says. Now, verses 15 and 16 are spiritually saying that we should focus our speech on the truth, and to give thanks to God for the truth that he feeds us with and with which we feed others, as verse 16 is saying. Verse 17 is saying to obey them that have the rule over you, and submit yourselves. Do you think that means to obey the apostate church no matter what? Consider the following passage, which is a spiritual picture of the time we now live, when the apostate church spiritually represented by women and children that rule, and her husband and their Father Jesus does not rule, because she and her children are rebellious against the husband and father of the church, Jesus:

Isa 3:1 For, behold, the Lord, the LORD of hosts, doth take away from Jerusalem and from Judah the stay and the staff, the whole stay of bread, and the whole stay of water,

2 The mighty man, and the man of war, the judge, and the prophet, and the prudent, and the ancient,

3 The captain of fifty, and the honourable man, and the counsellor, and the cunning artificer, and the eloquent orator.

4 And I will give children to be their princes, and babes shall rule over them.

5 And the people shall be oppressed, every one by another, and every one by his neighbour: the child shall behave himself proudly against the ancient, and the base against the honourable.

6 When a man shall take hold of his brother of the house of his father, saying, Thou hast clothing, be thou our ruler, and let this ruin be under thy hand:

7 In that day shall he swear, saying, I will not be an healer; for in my house is neither bread nor clothing: make me not a ruler of the people.

375

8 For Jerusalem is ruined, and Judah is fallen: because their tongue and their doings *are* against the LORD, to provoke the eyes of his glory.

9 ¶ The shew of their countenance doth witness against them; and they declare their sin as Sodom, they hide *it* not. Woe unto their soul! for they have rewarded evil unto themselves.

10 Say ye to the righteous, that *it shall be* well *with him*: for they shall eat the fruit of their doings.

11 Woe unto the wicked! *it shall be* ill *with him*: for the reward of his hands shall be given him.

12 *As for* my people, children *are* their oppressors, and women rule over them. O my people, they which lead thee cause *thee* to err, and destroy the way of thy paths.

13 The LORD standeth up to plead, and standeth to judge the people.

14 The LORD will enter into judgment with the ancients of his people, and the princes thereof: for ye have eaten up the vineyard; the spoil of the poor *is* in your houses.

15 What mean ye *that* ye beat my people to pieces, and grind the faces of the poor? saith the Lord GOD of hosts.

16 ¶ Moreover the LORD saith, Because the daughters of Zion are haughty, and walk with stretched forth necks and wanton eyes, walking and mincing *as* they go, and making a tinkling with their feet:

17 Therefore the Lord will smite with a scab the crown of the head of the daughters of Zion, and the LORD will discover their secret parts.

18 In that day the Lord will take away the bravery of *their* tinkling ornaments *about their* feet, and *their* cauls, and *their* round tires like the moon,

19 The chains, and the bracelets, and the mufflers,

20 The bonnets, and the ornaments of the legs, and the headbands, and the tablets, and the earrings,

21 The rings, and nose jewels,

22 The changeable suits of apparel, and the mantles, and the wimples, and the crisping pins,

23 The glasses, and the fine linen, and the hoods, and the vails.

24 And it shall come to pass, *that* instead of sweet smell there shall be stink; and instead of a girdle a rent; and instead of well set hair baldness; and instead of a stomacher a girding of sackcloth; *and* burning instead of beauty.

25 Thy men shall fall by the sword, and thy mighty in the war.

26 And her gates shall lament and mourn; and she *being* desolate shall sit upon the ground.

This passage is talking about the time we now live, when the church is apostate. Verse 9 of Isa 3 above likens the apostate church to Sodom, as the time when the apostate church will like the two witnesses where their dead bodies are left out in the street—this is what Heb 13:13 talks about when we must go outside of the camp (outside of the apostate church, because there is no spiritual food within the apostate church). Notice how Rev 11:7-9 puts the two believers, the two witnesses, outside in the streets and calls the apostate church "Sodom", just as our Isa 3:9 verse is calling the apostate church, where we have women and children and babies ruling the church.

376

Rev 11:7 And when they shall have finished their testimony, the beast that ascendeth out of the bottomless pit shall make war against them, and shall overcome them, and kill them.

8 And their dead bodies *shall lie* in the street of the great city, which spiritually is called Sodom and Egypt, where also our Lord was crucified.

9 And they of the people and kindreds and tongues and nations shall see their dead bodies three days and an half, and shall not suffer their dead bodies to be put in graves.

Notice also in Isa 3 verses 1-3 is saying that all the strong communicators of the Word of God have been taken outside of the church. The true believers have been pushed out; those who have the truth are despised and are not allowed to be within the church. This is again exactly how Lam 4:1-12 speaks, there again calling the church "Sodom" in verse 6 and implying in verse 12 that Satan has taken his seat in the temple of God (2Th 2:3-4):

Lam 4:1 How is the gold become dim! *how* is the most fine gold changed! the stones of the sanctuary are poured out in the top of every street.

2 The precious sons of Zion, comparable to fine gold, how are they esteemed as earthen pitchers, the work of the hands of the potter!

3 Even the sea monsters draw out the breast, they give suck to their young ones: the daughter of my people *is become* cruel, like the ostriches in the wilderness.

4 The tongue of the sucking child cleaveth to the roof of his mouth for thirst: the young children ask bread, *and* no man breaketh *it* unto them.

5 They that did feed delicately are desolate in the streets: they that were brought up in scarlet embrace dunghills.

6 For the punishment of the iniquity of the daughter of my people is greater than the punishment of the sin of Sodom, that was overthrown as in a moment, and no hands stayed on her.

7 Her Nazarites were purer than snow, they were whiter than milk, they were more ruddy in body than rubies, their polishing *was* of sapphire:

8 Their visage is blacker than a coal; they are not known in the streets: their skin cleaveth to their bones; it is withered, it is become like a stick.

9 *They that be* slain with the sword are better than *they that be* slain with hunger: for these pine away, stricken through for *want of* the fruits of the field.

10 The hands of the pitiful women have sodden their own children: they were their meat in the destruction of the daughter of my people.

11 The LORD hath accomplished his fury; he hath poured out his fierce anger, and hath kindled a fire in Zion, and it hath devoured the foundations thereof.

12 The kings of the earth, and all the inhabitants of the world, would not have believed that the adversary and the enemy should have entered into the gates of Jerusalem.

Again, notice that no food is available via the apostate church, as verse 3 says that "my people", a reference to the apostate church, does not give suck. The breast of the apostate church is dry and does not give truth. So "the tongue of the sucking child cleaveth to the roof of his mouth" for lack of milk, as Lam 4:4 says. As Heb 13:10 says: "We have an altar, whereof they have no right to eat which serve the tabernacle", meaning that the unsaved of the apostate church can not eat of the truth because God has denied the truth to the apostate church, and that the Holy Spirit opens the truth concerning the true Jesus of the Bible to feed the true elect only.

377

Only the elect may eat of the true Jesus. This is limited atonement again here in Lam 4 as it resonates with Heb 13:10 and Rev 11 and Isa 3. These passages all sing together and they are all saying the same thing. These passages are four witnesses against the apostate church of our day. The words of these four passages are surely established. Four witnesses that agree are plenty to prove the point.

So now, we started this train of thought from the truth that the Bible teaches that if a man does not work, he should not eat. The apostate church is failing to labor or work to rightly divide the scriptures (2Tim 2:15), and so they are not eating the truth (2Th 3:10). And when we see this before our eyes, we need to leave the so called rulers over us, because they are in fact not serving the true God of the Bible. An example of this is clearly in the Bible, when a woman ruled, and her rule was broken, even though she cried "treason, treason", those around her did not listen. As we read:

2Ki 11:1 ¶ And when Athaliah the mother of Ahaziah saw that her son was dead, she arose and destroyed all the seed royal.

2 But Jehosheba, the daughter of king Joram, sister of Ahaziah, took Joash the son of Ahaziah, and stole him from among the king's sons which were slain; and they hid him, even him and his nurse, in the bedchamber from Athaliah, so that he was not slain.

3 And he was with her hid in the house of the LORD six years. And Athaliah did reign over the land.

4 ¶ And the seventh year Jehoiada sent and fetched the rulers over hundreds, with the captains and the guard, and brought them to him into the house of the LORD, and made a covenant with them, and took an oath of them in the house of the LORD, and shewed them the king's son.

5 And he commanded them, saying, This is the thing that ye shall do; A third part of you that enter in on the sabbath shall even be keepers of the watch of the king's house;

6 And a third part shall be at the gate of Sur; and a third part in the gate behind the guard: so shall ye keep the watch of the house, that it be not broken down.

7 And two parts of all you that go forth on the sabbath, even they shall keep the watch of the house of the LORD about the king.

8 And ye shall compass the king round about, every man with his weapons in his hand: and he that cometh within the ranges, let him be slain: and be ye with the king as he goeth out and as he cometh in.

9 And the captains over the hundreds did according to all things that Jehoiada the priest commanded: and they took every man his men that were to come in on the sabbath, with them that should go out on the sabbath, and came to Jehoiada the priest.

10 And to the captains over hundreds did the priest give king David's spears and shields, that were in the temple of the LORD.

11 And the guard stood, every man with his weapons in his hand, round about the king, from the right corner of the temple to the left corner of the temple, along by the altar and the temple.

12 And he brought forth the king's son, and put the crown upon him, and gave him the testimony; and they made him king, and anointed him; and they clapped their hands, and said, God save the king.

378

13 ¶ And when Athaliah heard the noise of the guard and of the people, she came to the people into the temple of the LORD.

14 And when she looked, behold, the king stood by a pillar, as the manner was, and the princes and the trumpeters by the king, and all the people of the land rejoiced, and blew with trumpets: and Athaliah rent her clothes, and cried, Treason, Treason.

15 But Jehoiada the priest commanded the captains of the hundreds, the officers of the host, and said unto them, Have her forth without the ranges: and him that followeth her kill with the sword. For the priest had said, Let her not be slain in the house of the LORD.

16 And they laid hands on her; and she went by the way by the which the horses came into the king's house: and there was she slain.

17 ¶ And Jehoiada made a covenant between the LORD and the king and the people, that they should be the LORD'S people; between the king also and the people.

18 And all the people of the land went into the house of Baal, and brake it down; his altars and his images brake they in pieces thoroughly, and slew Mattan the priest of Baal before the altars. And the priest appointed officers over the house of the LORD.

19 And he took the rulers over hundreds, and the captains, and the guard, and all the people of the land; and they brought down the king from the house of the LORD, and came by the way of the gate of the guard to the king's house. And he sat on the throne of the kings.

20 And all the people of the land rejoiced, and the city was in quiet: and they slew Athaliah with the sword beside the king's house.

21 Seven years old was Jehoash when he began to reign.

Notice that verse 15 is saying to let her not be slain in the house of the LORD. That is saying that where Athaliah is slain must not be where the true believers are, because the true believers are the house of the LORD. This is equivalent to saying that the true believers must be separated from the apostate church and its leaders as the true believers leave the apostate church. If you doubt me on the statement of relative motion—whom is leaving whom—then consider the following passage:

Jas 4:1 ¶ From whence come wars and fightings among you? come they not hence, even of your lusts that war in your members?

2 Ye lust, and have not: ye kill, and desire to have, and cannot obtain: ye fight and war, yet ye have not, because ye ask not:

3 Ye ask, and receive not, because ye ask amiss, that ye may consume it upon your lusts.

4 Ye adulterers and adulteresses, know ye not that the friendship of the world is enmity with God? whosoever therefore will be a friend of the world is the enemy of God.

5 Do ye think that the scripture saith in vain, The spirit that dwelleth in us lusteth to envy?

6 But he giveth more grace. Wherefore he saith, God resisteth the proud, but giveth grace unto the humble.

7 Submit yourselves therefore to God. Resist the devil, and he will flee from you.

8 Draw nigh to God, and he will draw nigh to you. Cleanse your hands, ye sinners; and purify your hearts, ye double minded.

9 Be afflicted, and mourn, and weep: let your laughter be turned to mourning, and your joy to heaviness.

10 Humble yourselves in the sight of the Lord, and he shall lift you up.

379

God is really saying that we leave God, and not that God left us. So likewise the apostate church has left God, and God did not actually leave the apostate church. The apostate church is a rebellious, adulterous woman that wants a divorce from her husband. And her peaceful husband will grant it if at insist, as per 1Cor 7:15.

We need to go where the true believers are, and *then* we are not forsaking the assembling together of the saints. The true believers can not stay where there is no spiritual food, where the apostate church refuses to labor in the Word of God and rightly divide it, and so work for that food. They refuse to do that work because they hate the truth that they would uncover, that God has declared them to be apostate, and that God only saves the elect and not everybody, that God declares all mankind to be desperately wicked and totally depraved unless the righteousness of Jesus is imputed to them; and Jesus only gives out his righteousness to whom he chooses. His atonement is limited as he only gives righteousness to the elect. They hate these truths. They hate the Bible. They hate the true Jesus of the Bible. We must go out of the apostate church and obey the ruler over us, namely Jesus who is in the true believers. We must not forsake their assembly. This is the correct way to understand Heb 10:20-39.

Heb 10:20 By a new and living way, which he hath consecrated for us, through the veil, that is to say, his flesh;
21 And *having* an high priest over the house of God;
22 Let us draw near with a true heart in full assurance of faith, having our hearts sprinkled from an evil conscience, and our bodies washed with pure water.
23 Let us hold fast the profession of *our* faith without wavering; (for he *is* faithful that promised;)
24 And let us consider one another to provoke unto love and to good works:
25 Not forsaking the assembling of ourselves together, as the manner of some *is*; but exhorting *one another*: and so much the more, as ye see the day approaching.
26 For if we sin wilfully after that we have received the knowledge of the truth, there remaineth no more sacrifice for sins,
27 But a certain fearful looking for of judgment and fiery indignation, which shall devour the adversaries.
28 He that despised Moses' law died without mercy under two or three witnesses:
29 Of how much sorer punishment, suppose ye, shall he be thought worthy, who hath trodden under foot the Son of God, and hath counted the blood of the covenant, wherewith he was sanctified, an unholy thing, and hath done despite unto the Spirit of grace?
30 For we know him that hath said, Vengeance *belongeth* unto me, I will recompense, saith the Lord. And again, The Lord shall judge his people.
31 *It is* a fearful thing to fall into the hands of the living God.
32 But call to remembrance the former days, in which, after ye were illuminated, ye endured a great fight of afflictions;
33 Partly, whilst ye were made a gazingstock both by reproaches and afflictions; and partly, whilst ye became companions of them that were so used.
34 For ye had compassion of me in my bonds, and took joyfully the spoiling of your goods, knowing in yourselves that ye have in heaven a better and an enduring substance.

380

35 Cast not away therefore your confidence, which hath great recompence of reward.
36 For ye have need of patience, that, after ye have done the will of God, ye might receive the promise.
37 For yet a little while, and he that shall come will come, and will not tarry.
38 Now the just shall live by faith: but if any man draw back, my soul shall have no pleasure in him.
39 But we are not of them who draw back unto perdition; but of them that believe to the saving of the soul.

So, the truth is that to avoid violating Heb 10:25 and having the consequent condemnation of Heb 10:26 falling upon us because we violate Heb 10:25, then we need to understand that to not violate Heb 10:25 we need to go to where the true believers are, where there is spiritual food to eat that gives to us spiritual life. If you stay within the apostate church and do not go to where the true believers are, then the condemnation of Heb 10:26-31 will fall upon you and you will find yourself in the eternal lake of fire into which the beast, the apostate church, is cast for eternity—because you are part of that apostate church, that beast. Get out of it before you die eternally with it. Get out of Sodom before God's judgement comes down upon it, and you die with it because you are in it. When you get out, then you are obeying the rulers over you, the true believers in which Jesus resides, Jesus being the chief ruler.

So in our spiritual picture of a man that does not work and so should not eat, we see that a man that does not love his wife with the truth and does not care for her physical needs as well (assuming he has the health to do so, of course; without that health, God still demands that there never be divorce; marriage is until death do we part), then the woman will feel very unloved and may refuse to give to her husband his food of her nipples and a joyful sexual union with her. She may be cold, or refuse him altogether. Nevertheless, God does not give permission for a wife to so refuse her husband—her only ability to continue to give her body to her husband will be powered by the love of Jesus in her heart that teaches her that she still needs to be submissive to her husband. But Jesus may physically kill him some day if he does not repent; and that physical death will be a picture of Jesus killing the visible church with apostasy, and setting the true believers, the true Bride, free by that physical death that pictures the death of apostasy. When that death by apostasy of the church we are in happens, then we are free to leave because that church is dead and it has no rule over us. We must instead preserve our spiritual marriage to the true Jesus of the Bible by following those who love the Bible and work to divide it correctly in order to find the Jesus of the Bible on every page of the Bible. The Jesus of the Bible is the one who has the rule over us, and we want to be with Jesus as we are with the true believers who have the true Jesus of the Bible in them and in their hearts. The idea that apostasy in the church equates to death of the church is strongly supported by God's description of death that God spoke concerning Adam after Adam had sinned and eaten the fruit from the tree of knowledge of good and evil. That description of death is in the following verse:

Gen 3:19 In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou *art*, and *unto dust shalt thou return*.

382

11 For the bodies of those beasts, whose blood is brought into the sanctuary by the high priest for sin, are burned without the camp.
12 Wherefore Jesus also, that he might sanctify the people with his own blood, suffered without the gate.
13 Let us go forth therefore unto him without the camp, bearing his reproach.
14 For here have we no continuing city, but we seek one to come.
15 By him therefore let us offer the sacrifice of praise to God continually, that is, the fruit of our lips giving thanks to his name.
16 But to do good and to communicate forget not: for with such sacrifices God is well pleased.
17 Obey them that have the rule over you, and submit yourselves: for they watch for your souls, as they that must give account, that they may do it with joy, and not with grief: for that is unprofitable for you.

If I were incorrect in my interpretation of Heb 13:7,17 in saying that we may leave when a church becomes apostate, then why do we have the language in verse 12 of Heb 13 above that mentions how Jesus suffered "without the gate"? That reference to Jesus suffering "without the gate" is strongly reminding us that Jesus suffered at the hands of the apostate leaders of God's corporate visible church at the time 2000 years ago, and that Jesus in fact suffered outside of Jerusalem, though he was crucified by the very leaders of Jerusalem, because Jesus was focused on the heavenly Jerusalem that we seek to come, as verse 14 in Heb 13 above says. Jesus was not focused on the physical Jerusalem at that time, he was focused on the heavenly Jerusalem to come. Even as we read:

Heb 11:16 But now they desire a better country, that is, an heavenly: wherefore God is not ashamed to be called their God: for he hath prepared for them a city.

Heb 12:16 But now they desire a better country, that is, an heavenly: wherefore God is not ashamed to be called their God: for he hath prepared for them a city.

Gal 4:25 For this Agar is mount Sinai in Arabia, and answereth to Jerusalem which now is, and is in bondage with her children.
26 But Jerusalem which is above is free, which is the mother of us all.

Rev 21:2 And I John saw the holy city, new Jerusalem, coming down from God out of heaven, prepared as a bride adorned for her husband.

You see, Jesus was focused on his Bride when he went to the cross, because love filled his heart for her as he died for her. As we read:

Heb 12:2 Looking unto Jesus the author and finisher of our faith: who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.

That phrase "the joy that was set before him" is a reference to the Bride, which is the joy of the Groom's heart. This is consistent with:

381

The reason that this description of death fits the death of the apostate church is that the apostasy of the end-time church is described using the term "dust", even as Adam's death was described above using that word "dust". Consider:

Hab 1:5 ¶ Behold ye among the heathen, and regard, and wonder marvellously: for I will work a work in your days, which ye will not believe, though it be told you.
6 For, lo, I raise up the Chaldeans, that bitter and hasty nation, which shall march through the breadth of the land, to possess the dwellingplaces that are not theirs.
7 They are terrible and dreadful: their judgment and their dignity shall proceed of themselves.
8 Their horses also are swifter than the leopards, and are more fierce than the evening wolves: and their horsemen shall spread themselves, and their horsemen shall come from far; they shall fly as the eagle that hasteth to eat.
9 They shall come all for violence: their faces shall sup up as the east wind, and they shall gather the captivity as the sand.
10 And they shall scoff at the kings, and the princes shall be a scorn unto them: they shall deride every strong hold; for they shall heap dust, and take it.
11 Then shall his mind change, and he shall pass over, and offend, imputing this his power unto his god.

This passage in Habakkuk chapter 1 is describing the over running of the church in the end time by the Chaldeans, the people-group term for the people of Babylon, those who are the historical spiritual representatives of the unsaved who enter the Christian church in our day. In other words, the Chaldeans spiritually picture the unsaved that would fill the church in our day. The Hab 1:10 verse in the passage above, in saying that they "shall heap dust" is saying that unsaved people shall fill the churches, and because people are made of dust as Gen 3:19 speaks concerning Adam being made of dust, then this verse is saying that the churches shall be filled with unsaved people. Since the corporate visible church is made of people, and since those people form associations called "denominations" or subcategories of Christianity, then these denominations represent the body of Christ in a visible way. When these denominations become corrupt with false doctrine, then they are apostate, and the visible body of Christ returns to the dust, even according to the curse put onto Adam in Gen 3:19. This topic was visited earlier in this paper as well as here and made the same point. But in the present context at the present location in this paper this point is being revisited in order to make clear that indeed the concept of death is correct when we talk about a church going apostate. And when a church is dead, then the leaders hold no authority over any true believers any more than a physically dead husband holds any authority over his former wife that is still living, that is, his widow is free to be married to another. Remember, the focus at this point is the exhortation to obey those who have the rule over you, as Heb 13:7,17 say:

Heb 13:7 Remember them which have the rule over you, who have spoken unto you the word of God: whose faith follow, considering the end of their conversation.

8 Jesus Christ the same yesterday, and to day, and for ever.
9 Be not carried about with divers and strange doctrines. For it is a good thing that the heart be established with grace; not with meats, which have not profited them that have been occupied therein.
10 We have an altar, whereof they have no right to eat which serve the tabernacle.

383

1Th 2:19  For what is our hope, or joy, or crown of rejoicing? *Are* not even ye in the presence of our Lord Jesus Christ at his coming?

The true believers at the church of the Thessalonians are being referred to here as a "hope", or a "joy", or a "crown of rejoicing". The true believers are viewed as Paul's "hope" and in his heart as that very joy that made him look down on the shame of the cross as a small thing, he despised the shame as a small thing as he looked down his nose at it, not worthy to be compared to the joy that was in his mind, his Bride that he was lovingly and gladly and cheerfully giving his body on the cross for as he, the God-Man paid for the full equivalent of eternal damnation for the elect, the Bride of Christ.

That is the Jerusalem above that we all are to die for.  That is what we read:

1Joh 3:16  Hereby perceive we the love of *God*, because he laid down his life for us: and we ought to lay down *our* lives for the brethren.

And that is the city that Heb 13:14 is speaking of that we are to seek, even as we leave the earthly corporate church that has died and become apostate.  As Heb 13:14 says:

Heb 13:14  For here have we no continuing city, but we seek one to come.

Hence, in order to obey the rulers over us, as Heb 13:7,17 speak, we must obey Jesus' exhortation to flee to the mountains:

Mt 24:16  Then let them which be in Judea flee into the mountains.

And Judaea is where Jerusalem is located, and so if we flee the corporate church here being referred to as Judaea, then, because Jerusalem is within Judaea, then we must flee Jerusalem as well, and go to the mountains.  The mountains refer to the true rulers over us.  This is supported by:

Ps 125:1 ¶ <<A Song of degrees.>> They that trust in the LORD *shall be* as mount Zion, *which* cannot be removed, *but* abideth for ever.
2  As the mountains *are* round about Jerusalem, so the LORD *is* round about his people from henceforth even for ever.

Verse 1 of Ps 125 is teaching that mount Zion abideth for ever.  This can be none other than a spiritual reference to the eternal church, the Bride of Christ.  And verse 2 of Ps 125 is teaching that the LORD is as a mountain.  And Jesus in Mt 24:16 is telling us to flee to the mountains.  That is a reference in Mt 24, which describes the end times in which we now live, to flee to God in the time of the apostasy of the apostate church.  Remember, in Mt 24 Jesus mentions the abomination of desolation in the previous verse, which says:

Mt 24:15  When ye therefore shall see the abomination of desolation, spoken of by Daniel the prophet, stand in the holy place, (whoso readeth, let him understand:)
16  Then let them which be in Judea flee into the mountains:

384

I believe, and I hope to show this later in this paper, that the death of the two witnesses in Rev 11 is exactly simultaneous to the standing of the abomination of desolation in the holy place.  This can be shown by a study of Daniel 11 and Daniel 12 together.  So when the two witnesses are dead, that means that the true believers have been spiritually killed by the apostate church, and Satan reigns in the world of Christianity via his unsaved ministers as though Satan were God, as 2The 2:4 speaks:

2Th 2:4  Who opposeth and exalteth himself above all that is called God, or that is worshipped; so that he as God sitteth in the temple of God, shewing himself that he is God.

So, when the two witnesses are killed, then get out of the apostate church.  This is the time when Jesus is saying to flee to the mountains; in other words, flee to God, and find true believers in small pockets wherever you can to fellowship with each week, because we do not want to forsake the assembly of the saints, especially as we see the day approaching.  As we read:

Heb 10:25  Not forsaking the assembling of ourselves together, as the manner of some *is*; but exhorting *one another*: and so much the more, as ye see the day approaching.

When the two witnesses are dead, that means that the true believers are dead to the corporate church, and the corporate church is dead to the true believers or the two witnesses.  This principle of each being dead to the other is spoken of here:

Gal 6:25  Not forsaking the assembling of ourselves together, as the manner of some *is*; but exhorting *one another*: and so much the more, as ye see the day approaching.

The two witnesses are crucified by the apostate church, and the apostate church is actually crucified by God at the same time because the apostate church is at that very moment recognized as the world and as such, is totally dead, being over run with the dust of mankind, the unsaved who have filled the church and have despised the true believers and have killed them spiritually.  Each are crucified to the other; each are dead to the other.  The true believers must flee the dead apostate church even as the soul of a person leaves a person's body when a person dies.  As we read:

Jas 2:26  For as the body without the spirit is dead, so faith without works is dead also.

The apostate church says that they have faith in Jesus, but because they have no true believers within them, then their faith is dead, because the true believers are the "works" that constitute the heavenly Jerusalem that the apostate church is building, and their faith is dead with out true believers within the apostate corporate church.

This establishes with strong spiritual reasoning that the apostate church is dead when the two witnesses are forced out of the apostate church.  Notice that in fact the apostate church in Rev 11:9 will not suffer the dead bodies of the two witnesses to be buried in graves, but rather leaves their dead bodies out on the street.  This is spiritual language for saying that the "graves" are the apostate churches which are dead themselves, and those apostate churches which will not let the true believers, who are the despised and spiritually

385

killed two witnesses, back into their churches, which churches are spiritual graves filled only with dead men's bones because they are dead and have no works, the "woks" being true believers, within those apostate churches. Their body is dead because the spirit, the true believers, has left them, even because they have pushed the true believers out.

At this point, when other true believers—who are spiritually one with the killed two witnesses—still remaining with the corporate church see this death, they are to flee to the mountains also. Since the true believers represent the soul or life of the corporate church, this completes the death of the apostate church. This means that when the husband, the leaders and teachers of the apostate church no longer love the soul of their wife. They only care for her flesh where in is no spiritual life. The flesh of the corporate church are the non-elect filling the corporate church. She has much money—big breasts to these leaders as they enjoy her body in their spiritual lust of concupiscence. Hence God is going to kill these false teachers in the lake of fire as God casts the Beast into the lake of fire on Judgment day. The warning that Paul gives in 2Thes 4:6 says:

1Th 4:6 That no *man* go beyond and defraud his brother in *any* matter: because that the Lord is the avenger of all such, as we also have forewarned you and testified.

saying that the Lord is the "avenger" of all such is really speaking of God judging unto eternal damnation. If a man posses his wife without loving her soul with the truth, then he is a picture of a false teacher that does not care to teach the truth to his church. He does not care for her spiritual welfare. He is just using her body for pleasure (money is his pleasure—he is that spiritual harlot who has collected her fee of Pr 5), and he does not love her soul. Her soul is a picture of the true believers, and her body is the source of his pleasure, and he no longer gets any pleasure in loving the true believers or her soul, but only cares for her body. God will kill this man by sending him to the eternal lake of fire for eternity.

In talking about a man possessing his wife in the "lust of concupiscence" we were talking much earlier about a man idolizing his wife's body or his wife altogether above God.

Likewise, your wife must not idolize you either. She must love God above you. Do you let her do that? Or do you demand that she follow you in things that are wrong according to what the Bible says? Do you ask her to lie for you on the phone and tell other people that you are not here? Do you ask her to lie on your income taxes? If you do these things, then you are making her love you above God. But, God knows her heart and he can forgive her for this. Yet, you do harm to her relationship with God if you force her to do things against the Bible. You should love her more than that by letting her relationship with God be above her relationship with you, and you should encourage her in this that she love God above all. God will put into her heart the right respect for you; you do not need to demand more respect than that which is right before God.

Also, a wife might possess something she likes about you very closely to her heart, but not your soul. This is another kind of idol. If she does that, then she is possessing you, her husband, in a kind of "lust of concupiscence." A story could be said that is supposedly true, and is nevertheless very possible, goes as follows: A man was working in some company. And in this company there was a particular job position within that company that was very difficult, but it earned a huge salary of $200,000 dollars per year.

386

This man observed that two previous men who held this job eventually died of heart attacks. Nevertheless, he eventually took this very stressful job. His wife liked the $200,000 dollars per year. After a while, though, the man realized that that job was going to kill him also, probably with a heart attack as well. So that man quit that stressful job and found a much less stressful job for $30,000 dollars per year. He was much more comfortable and had much less stress with this new job. But his wife was so upset at the lower income, that she divorced him. This wife was clearly possessing her husband in the "lust of concupiscence" for money. She loved her husband's money more than her husband, the love for his soul. She was failing to love him as a person, she did not care at all for his soul. This woman most likely was not a true Christian, first because she divorced her husband, which is a quite serious sin, and second, to add sin upon sin, she divorced him out of a love for money. But the Bible says concerning the love of money:

1Ti 6:10 For the love of money, is the root of all evil: which while some coveted after, they have erred from the faith, and pierced themselves through with many sorrows.

I believe that to put money in proper perspective for a woman married to a rich man is very similar to a man married to a very sexually attractive woman and his need to put his sexual relationship with his wife and her body [her body is like money to him because it brings him very great pleasure] into proper perspective. If the man is so to put his attractive wife's body into proper perspective he must see to it, by prayer and sincere effort by the grace of God in him, that he loves her soul more than her body, and that he loves God above that. A test of that greater love that he should have for her would be whether he stays lovingly married to her after she gets a mastectomy due to breast cancer. This would be very similar to the rich man taking a much lower earning job and thereby restricting the pleasure his wife can now have in spending that money because they now have much less money—will she stay lovingly married to her now poorer husband? This paper is not ment to be a Bible study on the spiritual meaning of human sexuality; nevertheless, I will give my personal views on priorities about how money should be used:

1) To meet basic physical needs such as food and clothing.
2) To meet the less basic need, though still quite basic, of shelter.
3) To meet the needs other true believers.
4) To put money into the sending forth of the true Gospel.
5) A little money should be reserved for helping unsaved people as well who may cross our path, especially if we have a Christian tract to give to that person when we give to them some money, so that we are feeding both his or her body and his or her soul.
6) To spend money for stress relief. By this I mean, if you have more money than time, then use that money to buy time by not shopping around so much, but rather just purchase the first good quality version of whatever it is that you need. Excessive shopping around costs time and adds to stress if lack of time is your area of stress. On the other hand, if you have more time than money, then you may spend that time shopping around to find the lowest price, or to find the cheapest price even, if you buy the cheapest all the time, you may actually be wasting both time and money if everything you buy breaks down quickly because it is of such poor quality).
7) To spend money for pleasure. Here, if you like to shop-until-you-drop as some people do (almost always women—I have never heard of a man with this attitude towards

387

shopping). This is a valid use of money, but be careful to keep the other items, at least from item 5 and above, above this item. Item 6) is about equal with item 7) simply because pleasure in itself is a kind of stress relief. Be careful, though, when you spend money for pleasure, that you do not end up with a house full of stuff that you never use. If that happens, then you may have a real emotional problem that should be dealt with, and much of that money should have gone towards helping other true believers and sending forth the true Gospel instead, in this case a house full of stuff may indicate a god or idol of shopping and money and a lack of love for the soul of your neighbor and of the true God of the Bible, Jesus Christ, and his children around you, the Bride of Christ.

Men also may spend money for pleasure (but they do not do it by shopping-until-you-drop) by buying tools, cars, boats, hobby supplies for a model railroad, or whatever hobby or honorable past time they may have, such as golf or fishing or whatever. And apart from these more expensive hobbies, there are many hobbies that are quite inexpensive and very rewarding and enjoyable as well. Simple lake shore fishing can be quite inexpensive and very relaxing, even if you catch nothing. Wood carving would be very inexpensive. There are surely many inexpensive hobbies. We do not have to gravitate towards the expensive hoppies. A nice digital camera for taking pictures of flowers, sunsets, and other honorable sources of beauty could be quite inexpensive after you go past the big expense of buying the camera--assuming you have a means of displaying those pictures such as a digital picture frame or a way to print them or display them on a computer. Going for hikes can be inexpensive and very enjoyable. Helping other people at a volunteer organization can be very rewarding and quite inexpensive. Maybe you like to do oil painting. That hobby could be quite inexpensive, and very delightful if someone buys one of your paintings.

One of the most powerful passages on money in the Bible is the following, and it shows a deep love for God:

Lu 21:1 ¶ And he looked up, and saw the rich men casting their gifts into the treasury.
2 And he saw also a certain poor widow casting in thither two mites.
3 And he said, Of a truth I say unto you, that this poor widow hath cast in more than they all:
4 For all these have of their abundance cast in unto the offerings of God: but she of her penury hath cast in all the living that she had.

I know, when I think of this historical observation and these statements of Jesus, that this widow whom Jesus observed 2000 years ago glorified God more with her money than I ever have. We should all consider what Jesus is saying here. I would have to sell all my possessions and give all that money and all the money in my bank accounts to the sending forth of the true Gospel, and be left with the cloths on my back before I got close to what this widow did in glorifying God with her money. What we read of here is a very awesome act of faith that worked by love (Gal 5:6, ". . . but faith which worketh by love") that Jesus worked into the heart and life of that widow woman 2000 years ago. Jesus' love was in her heart and that love came out as she loved God back with all her money. This great gift is powered by the fact that Jesus gave himself for her on the cross, and she knows that she owes to Jesus (in her mind that may have simply been God that she knew loved her, as she may not have directly known Jesus as historical person at that time) everything she has, and so she gives it back to God entirely in a great act of love for God.

388

And if you doubt that giving money can be an expression of true, God based love, consider the following passage, 2 Corinthians chapter 8 through chapter 9, and take special note of 2Cor 8:24. That entire passage says:

2Co 8:1 ¶ Moreover, brethren, we do you to wit of the grace of God bestowed on the churches of Macedonia;
2 How that in a great trial of affliction the abundance of their joy and their deep poverty abounded unto the riches of their liberality.
3 For to *their* power, I bear record, yea, and beyond *their* power *they were* willing of themselves;
4 Praying us with much intreaty that we would receive the gift, and *take upon us the* fellowship of the ministering to the saints.
5 And *this they did*, not as we hoped, but first gave their own selves to the Lord, and unto us by the will of God.
6 Insomuch that we desired Titus, that as he had begun, so he would also finish in you the same grace also.
7 ¶ Therefore, as ye abound in every *thing, in* faith, in utterance, and knowledge, and *in* all diligence, and *in* your love to us, *see* that ye abound in this grace also.
8 I speak not by commandment, but by occasion of the forwardness of others, and to prove the sincerity of your love.
9 For ye know the grace of our Lord Jesus Christ, that, though he was rich, yet for your sakes he became poor, that ye through his poverty might be rich.
10 And herein I give *my* advice: for this is expedient for you, who have begun before, not only to do, but also to be forward a year ago.
11 Now therefore perform the doing *of it; that as there was* a readiness to will, so *there may be* a performance also out of that which ye have.
12 For if there be first a willing mind, *it is* accepted according to that a man hath, *and* not according to that he hath not.
13 For *I mean* not that other men be eased, and ye burdened:
14 But by an equality, *that* now at this time your abundance *may be a supply* for their want, that their abundance also *may be a supply* for your want: that there may be equality:
15 As it is written, He that *had gathered* much had nothing over; and he that *had gathered* little had no lack.
16 ¶ But thanks *be* to God, which put the same earnest care into the heart of Titus for you.
17 For indeed he accepted the exhortation; but being more forward, of his own accord he went unto you.
18 And we have sent with him the brother, whose praise *is* in the gospel throughout all the churches;
19 And not that only, but who was also chosen of the churches to travel with us with this grace, which is administered by us to the glory of the same Lord, and *declaration of* your ready mind:
20 Avoiding this, that no man should blame us in this abundance which is administered by us;
21 Providing for honest things, not only in the sight of the Lord, but also in the sight of men.

389

22 And we have sent with them our brother, whom we have oftentimes proved diligent in many things, but now much more diligent, upon the great confidence which I have in you.

23 Whether *any do enquire of Titus, he is* my partner and fellowhelper concerning you: or our brethren *be enquired of, they are* the messengers of the churches, *and the* glory of Christ.

24 Wherefore shew ye to them, and before the churches, the proof of your love, and of our boasting on your behalf.

2Co 9:1 ¶ For as touching the ministering to the saints, it is superfluous for me to write to you:

2 For I know the forwardness of your mind, for which I boast of you to them of Macedonia, that Achaia was ready a year ago; and your zeal hath provoked very many.

3 Yet have I sent the brethren, lest our boasting of you should be in vain in this behalf; that, as I said, ye may be ready:

4 Lest haply if they of Macedonia come with me, and find you unprepared, we (that we say not, ye) should be ashamed in this same confident boasting.

5 Therefore I thought it necessary to exhort the brethren, that they would go before unto you, and make up beforehand your bounty, whereof ye had notice before, that the same might be ready, *as a matter of* bounty, and not as of covetousness.

6 ¶ But this *I say,* He which soweth sparingly shall reap also sparingly; and he which soweth bountifully shall reap also bountifully.

7 Every man according as he purposeth in his heart, *so let him give;* not grudgingly, or of necessity: for God loveth a cheerful giver.

8 And God *is* able to make all grace abound toward you; that ye, always having all sufficiency in all *things,* may abound to every good work:

9 (As it is written, He hath dispersed abroad; he hath given to the poor: his righteousness remaineth for ever.

10 Now he that ministereth seed to the sower both minister bread *for your* food, and multiply your seed sown, and increase the fruits of your righteousness;)

11 Being enriched in every thing to all bountifulness, which causeth through us thanksgiving to God.

12 For the administration of this service not only supplieth the want of the saints, but is abundant also by many thanksgivings unto God;

13 Whiles by the experiment of this ministration they glorify God for your professed subjection unto the gospel of Christ, and for your liberal distribution unto them, and unto all *men;*

14 And by their prayer for you, which long after you for the exceeding grace of God in you.

15 Thanks *be* unto God for his unspeakable gift.

If we give money as an expression of our faith towards God, but do it *without love,* then that is useless. As we read:

1Co 13:2 And though I have *the gift of* prophecy, and understand all mysteries, and all knowledge, and though I have all faith, so that I could remove mountains, and have not charity, I am nothing.

390

3 And though I bestow all my goods to feed *the poor,* and though I give my body to be burned, and have not charity, it profiteth me nothing.

The two chapters of 2Co 8 and 9 on giving quoted in their entirety above say this as well. This need for a heart of love for the one's soul to whom we are giving is really the essence of 2Co 9:6-10 (verse 7)

6 ¶ But this *I say,* He which soweth sparingly shall reap also sparingly; and he which soweth bountifully shall reap also bountifully.

7 Every man according as he purposeth in his heart, *so let him give;* not grudgingly, or of necessity: for God loveth a cheerful giver.

8 And God *is* able to make all grace abound toward you; that ye, always having all sufficiency in all *things,* may abound to every good work:

9 (As it is written, He hath dispersed abroad, he hath given to the poor: his righteousness remaineth for ever.

10 Now he that ministereth seed to the sower both minister bread *for your* food, and multiply your seed sown, and increase the fruits of your righteousness.)

Why does God love a cheerful giver as verse 7 says? Because God is seeing the victory of God's love in the heart of that person doing the giving, so that that person is not trusting in money, but rather in God alone and God's personal love for that person, and in so doing is sharing that love via money with others. This is truly a good work--and remember, only God is good, so a work that may be called good must be powered by Jesus in the heart of that person so that that work works its way out into the visible life of that person as the act of giving money--as verse 8 above says.

One more passage on money. This passage teaches the importance of giving money for the sending forth of the true Gospel:

Lu 16:1 ¶ And he said also unto his disciples, There was a certain rich man, which had a steward; and the same was accused unto him that he had wasted his goods.

2 And he called him, and said unto him, How is it that I hear this of thee? give an account of thy stewardship; for thou mayest be no longer steward.

3 Then the steward said within himself, What shall I do? for my lord taketh away from me the stewardship: I cannot dig; to beg I am ashamed.

4 I am resolved what to do, that, when I am put out of the stewardship, they may receive me into their houses.

5 So he called every one of his lord's debtors *unto him,* and said unto the first, How much owest thou unto my lord?

6 And he said, An hundred measures of oil. And he said unto him, Take thy bill, and sit down quickly, and write fifty.

7 Then said he to another, And how much owest thou? And he said, An hundred measures of wheat. And he said unto him, Take thy bill, and write fourscore.

8 And the lord commended the unjust steward, because he had done wisely: for the children of this world are in their generation wiser than the children of light.

9 And I say unto you, Make to yourselves friends of the mammon of unrighteousness; that when ye fail, they may receive you into everlasting habitations.

10 He that is faithful in that which is least is faithful also in much: and he that is unjust in the least is unjust also in much.

11 If therefore ye have not been faithful in the unrighteous mammon, who will commit to your trust the true *riches*?

12 And if ye have not been faithful in that which is another man's, who shall give you that which is your own?

13 No servant can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon.

14 And the Pharisees also, who were covetous, heard all these things: and they derided him.

15 And he said unto them, Ye are they which justify yourselves before men; but God knoweth your hearts: for that which is highly esteemed among men is abomination in the sight of God.

16 The law and the prophets were until John: since that time the kingdom of God is preached, and every man presseth into it.

17 And it is easier for heaven and earth to pass, than one tittle of the law to fail.

18 Whosoever putteth away his wife, and marrieth another, committeth adultery: and whosoever marrieth her that is put away from *her* husband committeth adultery.

Verse 9 is saying to make friends with money. This is spiritual language for saying that we should spend our money towards sending forth the true Gospel so that the people that become saved will be with us in heaven as friends—of course, every true believer in heaven will be a friend of every other true believer in heaven.

And verse 14 says of the Pharisees that they were covetous. This makes them spiritual adulterers because covetousness is idolatry, and so they have another god besides the true God, and that god is money—that is the point of the last verse, verse 13, which says that you can not serve both God and money. This spiritual adultery is the point of verse 9, which is saying that if you make money into your wife rather than the true Gospel (as Proverbs 5 is teaching), and divorce the truth (the wife of your youth being the truth, again as Proverbs 5 speaks), then you are committing adultery against God because you have made money into your god and have despised the true God (here God or the truth of God is represented as the wife of your youth, again as Proverbs 5 speaks).

Now back to the subject of this paper, the spiritual meaning of human sexuality.

A man has needs beyond sex as well. A big need is that a man needs peace and quiet now and then; the wife needs to respect this and so not talk her husband's ear off relentlessly. If she abuses her husband's effort to listen to her, she will exhaust his efforts—being a thoughtful, good listener is in fact hard work, not to mention that it takes precious time off his own plate and so he should not waste this effort by her husband to listen to her by abusing his listening efforts relentlessly. There must be a balance in this matter between the wife's need for a good, friendly listener on one hand, and the husband's need for respect shown to him by giving him time to think and rest in peace and quiet or perhaps to recreate with some other men. I do not know why men need peace and quiet as much as they do—I have read of this need in a secular book—but as a man myself I know that I love peace and quiet. One possible reason that I love peace

and quiet is that much of my life is actually in my head—I think much of the time, and I can not do that if I must be listening thoughtfully to someone else. Furthermore, the responsibility of being a head of a household requires a man to think and plan and pray. He needs peace and quiet to do this task. Or maybe he just needs rest to have the strength to continually serve his family in spite of his flesh. Or maybe he needs peace and quiet to gather that rest. Or, maybe he just needs to watch a clean show on TV in order to relax.

About the TV, though: the TV is mostly a curse on human relationships because it consumes excessive time that a married couple should spend with each other instead and time also with their children, or together the husband and wife and even children may use this time rather to help others, especially in sending forth the true Gospel. Instead of watching the TV, why not write a letter to someone who needs to hear from a loving friend and how that friend (namely, you) is praying for that someone? In other words, kill the TV and find a spiritually safe and beneficial way to help other people. Consider both you and your wife together (if you do not have children that one of you must care for at home) going food shopping for an older person who lives near by, and when you get back to that older person's home and put away the food then spend time talking to that person and share a Bible verse with that person. You and your wife can do such a thing together and help that older person. Surely, that older person most likely would be more honored if both of you helped and visited rather than if only one of you helped and visited; what do you think? If you and your wife do not have anything to talk about because you know not each other so well, then spend your time together in helping other people in various ways and also share a scripture verse with that person—kill the TV because you will not have time to do such things if you watch too much TV. You may be required to remove the TV from your home completely, if the TV is too much temptation and continues to cause too much time waste. Helping other people with your wife helping you do so will likely improve your relationship with your wife, as well as benefit those other people.

When a whole family spends time in front of the TV together, there is a small amount of fun so that, but even that sometimes becomes a waste of time because the family members are not interacting with each other very much. This type of watching should be done rarely, for special occasions, perhaps. Do not waste hours and hours a week, week after week, doing this. There are better ways to spend time as a family together than the TV. Maybe reading a classic story book together as a family, one member reading, and the others listening and interacting and making comments. And then ask a different member, if possible, to also read some, and go around like this. Learning to listen and to interact honestly but in a friendly way is very valuable and healthy for a family.

Another marvelous thing that a married couple could do together in place of TV time would be to visit a person who is forced day and night to take care of a bed bound person or a non-independent handicapped person and relieve that care giver for a few hours so that that care giver could have a break and maybe go out to dinner with some friends or some other refreshing activity for that care giver. You might even consider doing this for a day or two for that care giver if you can learn the care giving tasks that that care giver must do, and then well—then that care giver could have a very nice break of one or two full days—maybe at a hotel just to get away. That care giver would greatly love that and be very thankful to you and your wife; and when the care giver returns, sit down

393

with that care giver and share a Bible verse with that care giver. After you have done such a kind thing for him or her, he or she just might be willing to listen to that verse. But do not talk that person's ear off if that person normally has resistance to the Bible—especially in that case just share politely and shortly, and then talk on something else or go with a kind good-by.

Back on the direct relationship between a man and his wife. As I have already begun to admit, I read of both the woman's need for her husband to be a good listener and the man's need for peace and quiet in a secular book—I almost never read of these books outside of the Bible; but a secular, unsaved, person close to me in my life made the case that I need to read a particular secular book on marriage. So I did that in honor of that request. And that book made these two points most of all: The woman has a strong need for her husband to be a good listener; and the man has a strong need for some peace and quiet. But, the secular author who wrote this book is merely being a good observer of God's creation, namely the creation of marriage. If this secular author's observations are sound (and I believe they are, because I have had considerable verification by married people in support of the woman's need for the woman to be a good listener—and as a man I know that I love peace and quiet), then we should find support for these two principles in the Bible.

In the first place, the principle of a woman's need for her husband to be a good listener is very easy to support. That directly comes from the core purpose of marriage—to banish loneliness. How can loneliness be banished without being good, friendly listeners to each other? In fact, as a man I can say that the man also needs his wife to be a good listener to him as well—though I am not married yet, this is easy for me to see. This is one important way that she can show her respect for him—especially when she follows his advice when he gives it her advice; submissiveness from the heart and into the marriage actions shows respect. And since the man is a symbol of Jesus Christ in the marriage between Jesus Christ and his Bride, then listening to one's husband is similar to reading the Bible as we listen to God himself speak to us. This shows respect to God when we read the Bible and pay attention to what it says and follow what it says from our heart. And the principle of the woman needing to speak to her husband and for him to be a good listener is really the principle of prayer that we have mentioned in a very many places in the Bible. And to this principle of prayer God attaches the concept that he loves us and cares for us. As we read—notice verse 7, that is the point I am making (but verses 5 and 6 are just too beautiful to not also quote):

1 Pe. 5:5 ¶ Likewise, ye younger, submit yourselves unto the elder. Yea, all of you be subject one to another, and be clothed with humility: for God resisteth the proud, and giveth grace to the humble.
6 Humble yourselves therefore under the mighty hand of God, that he may exalt you in due time:
7 Casting all your care upon him: for he careth for you.

You see, the term "casting all your care upon him" is a reference to our praying to God; and he then reminds us that he cares for us—implying that he is listening closely to our prayers. God is a good listener to those he loves, the true believers

394

and the elect he has yet to save when God decides to open his ear to them. Now, amazingly, though we should pray without ceasing because we read:

1Th. 5:17 Pray without ceasing.

Our prayers must not be respectful of God. But we will still need to case our care upon him with all honesty and frankness. This requirement that our prayer's be respectful of God is found in the following two passages (verse 7 makes my point, but quoted below is much of that verse's context):

Mt 6:1 ¶ Take heed that ye do not your alms before men, to be seen of them: otherwise ye have no reward of your Father which is in heaven.
2 Therefore when thou doest thine alms, do not sound a trumpet before thee, as the hypocrites do in the synagogues and in the streets, that they may have glory of men. Verily I say unto you, They have their reward.
3 But when thou doest alms, let not thy left hand know what thy right hand doeth:
4 That thine alms may be in secret: and thy Father which seeth in secret himself shall reward thee openly.
5 ¶ And when thou prayest, thou shalt not be as the hypocrites are: for they love to pray standing in the synagogues and in the corners of the streets, that they may be seen of men. Verily I say unto you, They have their reward.
6 But thou, when thou prayest, enter into thy closet, and when thou hast shut thy door, pray to thy Father which is in secret; and thy Father which seeth in secret shall reward thee openly.
7 But when ye pray, use not vain repetitions, as the heathen do: for they think that they shall be heard for their much speaking.
8 Be not ye therefore like unto them: for your Father knoweth what things ye have need of, before ye ask him.
9 ¶ After this manner therefore pray ye: Our Father which art in heaven, Hallowed be thy name.
10 Thy kingdom come. Thy will be done in earth, as it is in heaven.
11 Give us this day our daily bread.
12 And forgive us our debts, as we forgive our debtors.
13 And lead us not into temptation, but deliver us from evil: For thine is the kingdom, and the power, and the glory, for ever. Amen.
14 For if ye forgive men their trespasses, your heavenly Father will also forgive you:
15 But if ye forgive not men their trespasses, neither will your Father forgive your trespasses.

And also we read about the need for our prayer to be respectful of God here:

Ecc. 5:1 ¶ Keep thy foot when thou goest to the house of God, and be more ready to hear, than to give the sacrifice of fools: for they consider not that they do evil.
2 Be not rash with thy mouth, and let not thine heart be hasty to utter any thing before God: for God is in heaven, and thou upon earth: therefore let thy words be few.
3 For a dream cometh through the multitude of business; and a fool's voice is known by multitude of words.

395

4 ¶ When thou vowest a vow unto God, defer not to pay it; for *he hath* no pleasure in fools: pay that which thou hast vowed.

5 Better *is it* that thou shouldest not vow, than that thou shouldest vow and not pay.

6 Suffer not thy mouth to cause thy flesh to sin; neither say thou before the angel, that it *was* an error: wherefore should God be angry at thy voice, and destroy the work of thine hands?

7 For in the multitude of dreams and many words *there are also divers* vanities: but fear thou God.

This passage if very powerful in that it emphasizes our need to listen to God first of all, in Ecc 5:1 where we read "be more ready to hear, than to give the sacrifice of fools". That phrase "the sacrifice of fools" is referring to a person with a run-away mouth that spews trash because he or she does not give enough thought behind each word to reasonably ensure that those words may be true. You can fairly suppose that a person with a run-away mouth, or motor-mouth as is the common phrase in my part of world, could not possibly be giving honest thought about the accuracy of what he or she is saying if they just spew many, many words like foam coming out of his or her mouth. To be understanding, surely sometimes we may find ourselves in distress and so need to talk and say many things to someone who will closely listen to us to thereby help unburden our heart. Yet, if our life style is to spew words needlessly and to abuse other people's willingness to listen, we will find that people do not like to listen to us because we abuse their ear. Then we will end up in a endless chase for people who are willing to listen to us and to chase them all away with our word spewing mouth, until we find ourselves all alone with no one who wants to listen to us. How much more do you suppose that God would dislike such disrespect if we abuse his ear? Notice verse Ecc 5:6 above, which says "Suffer not thy mouth to cause thy flesh to sin". That is saying that our mouth is quite able to get us into much trouble—trouble that would be avoided if we just kept our mouth shut. This could be a very simple solution to the very big problem of our run-away mouth—just keep it shut. As we read:

Pr 10:19¶ In the multitude of words there wanteth not sin: but he that refraineth his lips *is* wise.

So our prayers to God need to be respectful; not with foolish repetition, but with restatement of our concern only when our heart is again concerned. We should cast our care upon him each and every moment we do have care and worry; but not like the heathen prayer-wheel that some other religions use. That idea of a prayer-wheel is the same as a gambling slot machine; if we insert enough coins after a while, then we get a reward. Is God like a slot machine to you? Do you pray that way to him? If so, you have absolutely no respect for God. You have no idea of who God is. Do you realize that he can turn-off-your-lights immediately—you can be dead in exactly one second if he so much as chooses? God took life away this way 2000 years ago, and had that recorded in the Bible. As we read:

Acts 5:1 ¶ But a certain man named Ananias, with Sapphira his wife, sold a possession,
2 And kept back *part* of the price, his wife also being privy *to it*, and brought a certain part, and laid *it* at the apostles' feet.

396

3 But Peter said, Ananias, why hath Satan filled thine heart to lie to the Holy Ghost, and to keep back *part* of the price of the land?

4 Whiles it remained, was it not thine own? and after it was sold, was it not in thine own power? why hast thou conceived this thing in thine heart? thou hast not lied unto men, but unto God.

5 And Ananias hearing these words fell down, and gave up the ghost: and great fear came on all them that heard these things.

6 And the young men arose, wound him up, and carried *him* out, and buried *him*.

7 And it was about the space of three hours after, when his wife, not knowing what was done, came in.

8 And Peter answered unto her, Tell me whether ye sold the land for so much? And she said, Yea, for so much.

9 Then Peter said unto her, How is it that ye have agreed together to tempt the Spirit of the Lord? behold, the feet of them which have buried thy husband *are* at the door, and shall carry thee out.

10 Then fell she down straightway at his feet, and yielded up the ghost: and the young men came in, and found her dead, and, carrying *her* forth, buried *her* by her husband.

11 And great fear came upon all the church, and upon as many as heard these things.

And we did not know how to pray as we should, but God offers help in this matter. As we read:

Rom 8:26 ¶ Likewise the Spirit also helpeth our infirmities: for we know not what we should pray for as we ought: but the Spirit itself maketh intercession for us with groanings which cannot be uttered.

27 And he that searcheth the hearts knoweth what *is* the mind of the Spirit, because he maketh intercession for the saints according to *the will of* God.

28 And we know that all things work together for good to them that love God, to them who are the called according to *his* purpose.

This passage in Romans 8, verses 26 and 27, make the point that as we pray to God, God the Holy Spirit fixes and repairs and sanctifies our prayers so that they are presentable to God. This is because of the atoning blood of Jesus that cleanses and sanctifies us; only because of that cleansing is God willing to listen to us. And this cleansing is only for the elect. God will never hear the prayer of a non-elect.

Pr 1:28 Then shall they call upon me, but I will not answer; they shall seek me early, but they shall not find me:

Ps 18:41 They cried, *but there was* none to save *them*: *even* unto the LORD, but he answered them not.

Jer 11:11 ¶ Therefore thus saith the LORD, Behold, I will bring evil upon them, which they shall not be able to escape; and though they shall cry unto me, I will not hearken unto them.

397

Jer 14:12 When they fast, I will not hear their cry; and when they offer burnt offering and an oblation, I will not accept them: but I will consume them by the sword, and by the famine, and by the pestilence.

Eze 8:18 Therefore will I also deal in fury: mine eye shall not spare, neither will I have pity: and though they cry in mine ears with a loud voice, yet will I not hear them.

Mic 3:4 Then shall they cry unto the LORD, but he will not hear them: he will even hide his face from them at that time, as they have behaved themselves ill in their doings.

Mt 25:11 Afterward came also the other virgins, saying, Lord, Lord, open to us.
12 But he answered and said, Verily I say unto you, I know you not.

Mt 7:21 ¶ Not every one that saith unto me, Lord, Lord, shall enter into the kingdom of heaven; but he that doeth the will of my Father which is in heaven.
22 Many will say to me in that day, Lord, Lord, have we not prophesied in thy name? and in thy name have cast out devils? and in thy name done many wonderful works?
23 And then will I profess unto them, I never knew you: depart from me, ye that work iniquity.
24 Therefore whosoever heareth these sayings of mine, and doeth them, I will liken him unto a wise man, which built his house upon a rock:
25 And the rain descended, and the floods came, and the winds blew, and beat upon that house; and it fell not: for it was founded upon a rock.
26 And every one that heareth these sayings of mine, and doeth them not, shall be likened unto a foolish man, which built his house upon the sand:
27 And the rain descended, and the floods came, and the winds blew, and beat upon that house; and it fell: and great was the fall of it.
28 And it came to pass, when Jesus had ended these sayings, the people were astonished at his doctrine:
29 For he taught them as one having authority, and not as the scribes.

Nevertheless, God may give to a non-elect what that non-elect asks for—only to that non-elect's destruction eventually; even blessings God given to the non-elect turn into a curse on Judgement Day when that non-elect sees that God's truest blessings were shunned by that non-elect because that non-elect never believed the true Gospel and never had a justifying faith that works, as James 2 speaks. Such people have shunned the kindness of God that Rom 2:4-6 speaks of:

Rom 2:4 Or despisest thou the riches of his goodness and forbearance and longsuffering; not knowing that the goodness of God leadeth thee to repentance?
5 But after thy hardness and impenitent heart treasurest up unto thyself wrath against the day of wrath and revelation of the righteous judgment of God;
6 Who will render to every man according to his deeds:

Or we read of those who are filled with the blessings of this life, but in fact those blessings will only increase the greatness of their destruction at Judgement Day:

398

Ps 92:7 ¶ When the wicked spring as the grass, and when all the workers of iniquity do flourish; it is that they shall be destroyed for ever:

Acts 20:21 And upon a set day Herod, arrayed in royal apparel, sat upon his throne, and made an oration unto them.
22 And the people gave a shout, saying, It is the voice of a god, and not of a man.
23 And immediately the angel of the Lord smote him, because he gave not God the glory: and he was eaten of worms, and gave up the ghost.

Job 20:5 That the triumphing of the wicked is short, and the joy of the hypocrite but for a moment?
6 Though his excellency mount up to the heavens, and his head reach unto the clouds;
7 Yet he shall perish for ever like his own dung: they which have seen him shall say, Where is he?
8 He shall fly away as a dream, and shall not be found: yea, he shall be chased away as a vision of the night.
9 The eye also which saw him shall see him no more; neither shall his place any more behold him.

Ps 37:34 ¶ Wait on the LORD, and keep his way, and he shall exalt thee to inherit the land: when the wicked are cut off, thou shalt see it.
35 I have seen the wicked in great power, and spreading himself like a green bay tree.
36 Yet he passed away, and, lo, he was not: yea, I sought him, but he could not be found.

And as God says of Pharaoh, King of Egypt, that God raised up Pharaoh in order for God to show God's power as God overcame and destroyed Pharaoh:

Ex 9:16 And in very deed for this cause have I raised thee up, for to shew in thee my power, and that my name may be declared throughout all the earth.

Coupled with:

Ex 18:8 And Moses told his father in law all that the LORD had done unto Pharaoh and to the Egyptians for Israel's sake, and all the travail that had come upon them by the way, and how the LORD delivered them.
9 And Jethro rejoiced for all the goodness which the LORD had done to Israel, whom he had delivered out of the hand of the Egyptians.
10 And Jethro said, Blessed be the LORD, who hath delivered you out of the hand of the Egyptians, and out of the hand of Pharaoh, who hath delivered the people from under the hand of the Egyptians.
11 Now I know that the LORD is greater than all gods: for in the thing wherein they dealt proudly he was above them.
12 And Jethro, Moses' father in law, took a burnt offering and sacrifices for God: and Aaron came, and all the elders of Israel, to eat bread with Moses' father in law before God.

399

So we do not need to fret when God seems to be blessing the unsaved and wicked people around us. God will have is day with them. We need to wait on God. As Ps 73 says (to quote the whole thing):

Ps 73:1 ¶ <<A Psalm of Asaph.>> Truly God is good to Israel, even to such as are of a clean heart.
2 But as for me, my feet were almost gone; my steps had well nigh slipped.
3 For I was envious at the foolish, when I saw the prosperity of the wicked.
4 For there are no bands in their death: but their strength is firm.
5 They are not in trouble as other men; neither are they plagued like other men.
6 Therefore pride compasseth them about as a chain; violence covereth them as a garment.
7 Their eyes stand out with fatness: they have more than heart could wish.
8 They are corrupt, and speak wickedly concerning oppression: they speak loftily.
9 They set their mouth against the heavens, and their tongue walketh through the earth.
10 Therefore his people return hither: and waters of a full cup are wrung out to them.
11 And they say, How doth God know? and is there knowledge in the most High?
12 Behold, these are the ungodly, who prosper in the world; they increase in riches.
13 Verily I have cleansed my heart in vain, and washed my hands in innocency.
14 For all the day long have I been plagued, and chastened every morning.
15 ¶ If I say, I will speak thus; behold, I should offend against the generation of thy children.
16 When I thought to know this, it was too painful for me;
17 Until I went into the sanctuary of God; then understood I their end.
18 Surely thou didst set them in slippery places: thou castedst them down into destruction.
19 How are they brought into desolation, as in a moment! they are utterly consumed with terrors.
20 As a dream when one awaketh; so, O Lord, when thou awakest, thou shalt despise their image.
21 ¶ Thus my heart was grieved, and I was pricked in my reins.
22 So foolish was I, and ignorant: I was as a beast before thee.
23 Nevertheless I am continually with thee: thou hast holden me by my right hand.
24 Thou shalt guide me with thy counsel, and afterward receive me to glory.
25 Whom have I in heaven but thee? and there is none upon earth that I desire beside thee.
26 My flesh and my heart faileth: but God is the strength of my heart, and my portion for ever.
27 For, lo, they that are far from thee shall perish: thou hast destroyed all them that go a whoring from thee.
28 But it is good for me to draw near to God: I have put my trust in the Lord GOD, that I may declare all thy works.

Just because the unsaved and wicked and apostate-so-called-Christians have an easy life, do not envy them. The blessings that they think that they have are actually serving to comfort their conscience before God, because they think that they have God's favor on them. But, in fact, these things that seem like blessings to them—happy children and a nice house and a nice job and many friends (rich people, especially, have many

400

friends—but are they sincere friends?) are given to them by God as a curse, because by this curse they are being kept from seeking God and making their calling election sure—because they already think that they have God's favor and blessing. Yet, in fact they do not have any blessing, but God is seeing to it by these apparent blessings which are really a curse that they will go to the eternal lake of fire—because they see no need for making their calling and election sure; they are already falsely confident that they are going to heaven—yet they are not going to heaven; they are deceived in their soul and are believing a lie as they trust in their riches as supposed evidence of God's favor on them. This is what Asaph is talking about in Ps 73 above, where he says:

Ps 73:16 When I thought to know this, it was too painful for me;
17 Until I went into the sanctuary of God; then understood I their end.
18 Surely thou didst set them in slippery places: thou castedst them down into destruction.
19 How are they brought into desolation, as in a moment! they are utterly consumed with terrors.
20 As a dream when one awaketh; so, O Lord, when thou awakest, thou shalt despise their image.

Maybe he is saying about in our life, as Asaph is saying in verse 14:

Ps 73:14 For all the day long have I been plagued, and chastened every morning.

Or:

Ps 88:1 ¶ <<A Song or Psalm for the sons of Korah, to the chief Musician upon Mahalath Leannoth, Maschil of Heman the Ezrahite.>> O LORD God of my salvation, I have cried day and night before thee:
2 Let my prayer come before thee: incline thine ear unto my cry;
3 For my soul is full of troubles: and my life draweth nigh unto the grave.
4 I am counted with them that go down into the pit: I am as a man that hath no strength:
5 Free among the dead, like the slain that lie in the grave, whom thou rememberest no more: and they are cut off from thy hand.
6 Thou hast laid me in the lowest pit, in darkness, in the deeps.
7 Thy wrath lieth hard upon me, and thou hast afflicted me with all thy waves. Selah.
8 Thou hast put away mine acquaintance far from me; thou hast made me an abomination unto them: I am shut up, and I cannot come forth.
9 Mine eye mourneth by reason of affliction: LORD, I have called daily upon thee, I have stretched out my hands unto thee.
10 ¶ Wilt thou shew wonders to the dead? shall the dead arise and praise thee? Selah.
11 Shall thy lovingkindness be declared in the grave? or thy faithfulness in destruction?
12 Shall thy wonders be known in the dark? and thy righteousness in the land of forgetfulness?
13 But unto thee have I cried, O LORD; and in the morning shall my prayer prevent thee.
14 LORD, why castest thou off my soul? why hidest thou thy face from me?
15 I am afflicted and ready to die from my youth up: while I suffer thy terrors I am distracted.

401

16 Thy fierce wrath goeth over me; thy terrors have cut me off.
17 They came round about me daily like water; they compassed me about together.
18 Lover and friend hast thou put far from me, *and* mine acquaintance into darkness.

Ps 34:19 Many *are* the afflictions of the righteous: but the LORD delivereth him out of them all.

Ps 94:12 ¶ Blessed *is* the man whom thou chastenest, O LORD, and teachest him out of thy law;

Ps 119:67 ¶ Before I was afflicted I went astray: but now have I kept thy word.

Ps 119:71 ¶ *It is* good for me that I have been afflicted; that I might learn thy statutes.

Job 5:17 ¶ Behold, happy *is* the man whom God correcteth: therefore despise not thou the chastening of the Almighty:

Pr 3:11 My son, despise not the chastening of the LORD; neither be weary of his correction:

1Co 11:32 But when we are judged, we are chastened of the Lord, that we should not be condemned with the world.

Heb 12:5 And ye have forgotten the exhortation which speaketh unto you as unto children, My son, despise not thou the chastening of the Lord, nor faint when thou art rebuked of him:
6 For whom the Lord loveth he chasteneth, and scourgeth every son whom he receiveth.
7 If ye endure chastening, God dealeth with you as with sons; for what son is he whom the father chasteneth not?
8 But if ye be without chastisement, whereof all are partakers, then are ye bastards, and not sons.
9 Furthermore we have had fathers of our flesh which corrected *us,* and we gave *them* reverence: shall we not much rather be in subjection unto the Father of spirits, and live?
10 For they verily for a few days chastened us after their own pleasure; but he for *our* profit, that we might be partakers of his holiness.
11 Now no chastening for the present seemeth to be joyous, but grievous: nevertheless afterward it yieldeth the peaceable fruit of righteousness unto them which are exercised thereby.

So when we pray to God sometimes God seems to not answer our prayer, as Ps 88:14 says:

Ps 88:14 LORD, why castest thou off my soul? *why* hidest thou thy face from me?

This state is the true believers taking up the their cross and following Jesus, who said as he suffered the full equivalent of eternal damnation in the place of the elect:

402

Mt 27:46 And about the ninth hour Jesus cried with a loud voice, saying, Eli, Eli, lama sabachthani? that is to say, My God, my God, why hast thou forsaken me?

Mr 15:34 And at the ninth hour Jesus cried with a loud voice, saying, Eloi, Eloi, lama sabachthani? which is, being interpreted, My God, my God, why hast thou forsaken me?

And David was a picture of Jesus on the cross, when David said:

Ps 22:1 ¶ <<To the chief Musician upon Aijeleth Shahar, A Psalm of David.>> My God, my God, why hast thou forsaken me? *why art thou so* far from helping me, *and from* the words of my roaring?

Which are the words that Jesus is quoting while he was on the cross. So we must take up our cross and follow Jesus, even as David did. So we may feel forsaken of God at some time or times in our life. Even as we read from the heart of true believers:

La 5:20 Wherefore dost thou forget us for ever, *and* forsake us so long time?
21 Turn thou us unto thee, O LORD, and we shall be turned; renew our days as of old.
22 But thou hast utterly rejected us; thou art very wroth against us.

Yet we know the following truth:

Heb 13:5 *Let your* conversation *be* without covetousness; *and be* content with such things as ye have: for he hath said, I will never leave thee, nor forsake thee.

So how can this be? God here says that he will never forsake us. Yet we see above by the earlier scriptures that God does forsake his true believers, at least in some way. What is the answer to this apparent conflict? The answer is found in Isa 54:7-8, included below:

Isa 54:6 ¶ For the LORD hath called thee as a woman forsaken and grieved in spirit, and a wife of youth, when thou wast refused, saith thy God.
7 For a small moment have I forsaken thee; but with great mercies will I gather thee.
8 In a little wrath I hid my face from thee for a moment; but with everlasting kindness will I have mercy on thee, saith the LORD thy Redeemer.
9 For this *is as* the waters of Noah unto me: for *as* I have sworn that the waters of Noah should no more go over the earth; so have I sworn that I would not be wroth with thee, nor rebuke thee.
10 For the mountains shall depart, and the hills be removed; but my kindness shall not depart from thee, neither shall the covenant of my peace be removed, saith the LORD that hath mercy on thee.

You see, Jesus was actually forsaken eternally as he, being infinite God himself was as an infinite bucket that was filled with the infinite price of the full equivalent of eternal damnation for the elect—he was forsaken eternally, even though he hung on the cross from man's point of view trapped in time for only a few hours. God will never forsake the elect in such an eternal way. God did that to Jesus so that he would not do that to the elect in such an eternal way.

403

elect. Jesus died eternally on the elect's behalf and was forsaken eternally on the elect's behalf so that God could say, with all truth and power that he will never forsake the elect. Yet, in mere time only God may forsake us to make us a picture of Jesus, as God causes us to proclaim the Gospel in our life according to God's plan for our life as he requires us to take up our cross and follow him.

So we know now that God still loves us, even though we may suffer for him. That is what Isa 54:7-8 are also saying, which again say:

Isa 54:7 For a small moment have I forsaken thee; but with great mercies will I gather thee.
8 In a little wrath I hid my face from thee for a moment; but with everlasting kindness will I have mercy on thee, saith the LORD thy Redeemer.

See those great mercies and that everlasting kindness. These things are eternal. Our suffering is only once in this life. Heaven is forever. As we read:

Rom 8:17 ¶ And if children, then heirs; heirs of God, and joint-heirs with Christ; if so be that we suffer with him, that we may be also glorified together.
18 For I reckon that the sufferings of this present time are not worthy *to be compared* with the glory which shall be revealed in us.

And:

Rom 8:31 ¶ What shall we then say to these things? If God *be* for us, who *can be* against us?
32 He that spared not his own Son, but delivered him up for us all, how shall he not with him also freely give us all things?
33 Who shall lay any thing to the charge of God's elect? *It is* God that justifieth.
34 Who *is* he that condemneth? *It is* Christ that died, yea rather, that is risen again, who is even at the right hand of God, who also maketh intercession for us.
35 Who shall separate us from the love of Christ? *shall* tribulation, or distress, or persecution, or famine, or nakedness, or peril, or sword?
36 As it is written, For thy sake we are killed all the day long; we are accounted as sheep for the slaughter.
37 Nay, in all these things we are more than conquerors through him that loved us.
38 For I am persuaded, that neither death, nor life, nor angels, nor principalities, nor powers, nor things present, nor things to come,
39 Nor height, nor depth, nor any other creature, shall be able to separate us from the love of God, which is in Christ Jesus our Lord.

Such is our life, and such a life will produce much prayer in the hearts of true believers towards Almighty God as Almighty God causes us to trust him more and more through our trials that he puts into our life, either because of our sin, or not because of our sin. Remember Job in the book of Job. Read all of Job. Did Job earn that suffering? No. What do we read:

404

Job 2:3 And the LORD said unto Satan, Hast thou considered my servant Job, that *there is* none like him in the earth, a perfect and an upright man, one that feareth God, and escheweth evil? and still he holdeth fast his integrity, although thou movedst me against him, to destroy him *without cause.*

Job 9:17 For he breaketh me with a tempest, and multiplieth my wounds *without cause.*

Did Jesus deserve the suffering that he went through on the cross? No. He was sinless; that is, absolutely perfect—Job was not truly perfect; he did have sin and he did need Jesus to pay for his sins also. Yet, God said that the trial that Job went through was brought upon Job for no fault of Job. In fact, God himself boasts of Job's love for God in Satan's face. As we read:

Job 1:8 And the LORD said unto Satan, Hast thou considered my servant Job, that *there is* none like him in the earth, a perfect and an upright man, one that feareth God, and escheweth evil?

We should all pray that our life would please God so much that he would boast of it like he did of Job's life. Of course, Job knows that his righteousness comes from Jesus (Job looks forward in time to his savior, as we read in Job 19:25 that says "For I know that *my redeemer liveth, and that* he shall stand at the latter *day* upon the earth:"). Job knew that he had sin also. Yet, God had placed such great salvation and repentance and obedience into Job's life that God boasted of that to Satan's face. Oh that God would grant to all of the elect such obedience; and God will in due time. We need to seek God's face as we attempt to make our own calling and election sure so that we do not end up in the eternal lake of fire, and instead that God blesses us with that same great obedience. This is what Jacob was wrestling with God concerning as Jacob was seeking to make his calling and election sure, as we read:

Gen 32:24 ¶ And Jacob was left alone; and there wrestled a man with him until the breaking of the day.
25 And when he saw that he prevailed not against him, he touched the hollow of his thigh; and the hollow of Jacob's thigh was out of joint, as he wrestled with him.
26 And he said, Let me go, for the day breaketh. And he said, I will not let thee go, except thou bless me.
27 And he said unto him, What *is* thy name? And he said, Jacob.
28 And he said, Thy name shall be called no more Jacob, but Israel: for as a prince hast thou power with God and with men, and hast prevailed.
29 And Jacob asked *him,* and said, Tell me, I pray thee, thy name. And he said, Wherefore *is it* that thou dost ask after my name? And he blessed him there.
30 And Jacob called the name of the place Peniel: for I have seen God face to face, and my life is preserved.
31 And as he passed over Penuel the sun rose upon him, and he halted upon his thigh.
32 Therefore the children of Israel eat not *of* the sinew which shrank, which *is* upon the hollow of the thigh, unto this day: because he touched the hollow of Jacob's thigh in the sinew that shrank.

405

The phrase in verse Gen 32:31 that "the sun rose upon him" is spiritual language that God's blessing fell upon Jacob. God blessed Jacob after Jacob wrestled with God for a blessing; a true blessing of eternal salvation. That is why God renamed Jacob Israel; as the text above says:

Gen 32:28  And he said, Thy name shall be called no more Jacob, but Israel: for as a prince hast thou power with God and with men, and hast prevailed.

A Christian teacher and brother in my life made mention of 2Co 13:5 in reference to making one's calling and election sure.  This verse says:

2Co 13:5  Examine yourselves, whether ye be in the faith; prove your own selves. Know ye not your own selves, how that Jesus Christ is in you, except ye be reprobates?

And he said that the way that we do this examining of ourselves is to read the Bible.  This is a very correct and beautiful statement, and it reminds me of:

Heb 4:11 ¶ Let us labour therefore to enter into that rest, lest any man fall after the same example of unbelief.
12  For the word of God is quick, and powerful, and sharper than any twoedged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and is a discerner of the thoughts and intents of the heart.
13  Neither is there any creature that is not manifest in his sight: but all things are naked and opened unto the eyes of him with whom we have to do.

And this gives a very nice way to view Ps 139:23-24, which says:

Ps 139:23  Search me, O God, and know my heart: try me, and know my thoughts:
24  And see if there be any wicked way in me, and lead me in the way everlasting.

And so let us also remember:

Rom 10:17  So then faith cometh by hearing, and hearing by the word of God.

2Ti 2:15  Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.

Joh 6:63  It is the spirit that quickeneth; the flesh profiteth nothing: the words that I speak unto you, they are spirit, and they are life.

Joh 5:36  But I have greater witness than that of John: for the works which the Father hath given me to finish, the same works that I do, bear witness of me, that the Father hath sent me.
37  And the Father himself, which hath sent me, hath borne witness of me. Ye have neither heard his voice at any time, nor seen his shape.
38  And ye have not his word abiding in you: for whom he hath sent, him ye believe not.
39  Search the scriptures; for in them ye think ye have eternal life: and they are they which testify of me.

406

40  And ye will not come to me, that ye might have life.
41  I receive not honour from men.
42  But I know you, that ye have not the love of God in you.
43  I am come in my Father's name, and ye receive me not: if another shall come in his own name, him ye will receive.
44  How can ye believe, which receive honour one of another, and seek not the honour that cometh from God only?
45  Do not think that I will accuse you to the Father: there is one that accuseth you, even Moses, in whom ye trust.
46  For had ye believed Moses, ye would have believed me: for he wrote of me.
47  But if ye believe not his writings, how shall ye believe my words?

Lu 24:25  Then he said unto them, O fools, and slow of heart to believe all that the prophets have spoken:
26  Ought not Christ to have suffered these things, and to enter into his glory?
27  And beginning at Moses and all the prophets, he expounded unto them in all the scriptures the things concerning himself.

.  A few more comments on the "lust of concupiscence":

The way by which a desire turns into the sin of lust involves some denial of the law of God, the Bible.  The easiest way to summarize the law of God is to remember the two greatest commandments, to love God with all one's heart, with all one's mind, with all one's strength, with all one's soul, and with all the resources of one's life.  And the second commandment to love one's neighbor as him or her self.  If we have a desire that causes us in our heart to violate either of these two commandments, then, and only then, do we have a lust.  If a desire is very great, but nevertheless keep like a race horse under submission to God's law, then no matter how great that desire, it is not a lust, and is acceptable in God's eyes.  For example, consider a person that enjoys smoking.  If we are talking about a person who smoked 200 years ago when no person knew that smoking was hazardous to health, and such a person greatly enjoyed smoking and there was no person beside that person him or her self that was disturbed by that smoking, then there was no sin in that smoking.  But, the desire to smoke in our day goes against the knowledge that smoking tends towards cancer and heart attack and stroke, and so is known to be quite unhealthy.  In this context, the desire to smoke becomes a lust because it is going against the requirement that we must love God above all, and that God who is above above all require that we not kill ourselves because we are made in the image of God.  Self murder by smoking is a sin, even though it is slow self murder.  This requirement that we love God and so not murder ourselves because we are made in the image of God is also an example of how the greatest commandment to love God with every fiber of our being also teaches us the second commandment concerning how to love one's self, and consequently also how to love our neighbor.  That is why Jesus said that the second command is like unto the greatest commandment.  As we read:

Mt 22:34 ¶ But when the Pharisees had heard that he had put the Sadducees to silence, they were gathered together.
35  Then one of them, which was a lawyer, asked him a question, tempting him, and saying,

407

36 Master, which is the great commandment in the law?
37 Jesus said unto him, Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind.
38 This is the first and great commandment.
39 And the second is like unto it, Thou shalt love thy neighbour as thyself.
40 On these two commandments hang all the law and the prophets.

Mr 12:28 ¶ And one of the scribes came, and having heard them reasoning together, and perceiving that he had answered them well, asked him, Which is the first commandment of all?
29 And Jesus answered him, The first of all the commandments is, Hear, O Israel; The Lord our God is one Lord:
30 And thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind, and with all thy strength: this is the first commandment.
31 And the second is like, namely this, Thou shalt love thy neighbour as thyself. There is none other commandment greater than these.
32 And the scribe said unto him, Well, Master, thou hast said the truth: for there is one God; and there is none other but he:
33 And to love him with all the heart, and with all the understanding, and with all the soul, and with all the strength, and to love his neighbour as himself, is more than all whole burnt offerings and sacrifices.
34 And when Jesus saw that he answered discreetly, he said unto him, Thou art not far from the kingdom of God. And no man after that durst ask him any question.

This likeness of the second commandment to the greatest commandment follows directly from the fact that man is made in the likeness of God. In other words, we must love our neighbor according to the respect that we want our neighbor to give to ourselves, and that respect gets is definition from the requirement that we greatly respect—the proper word is fear—Almighty God. Again, this is because we are made in the likeness of Almighty God, both male and female. As we read:

Gen 1:26 ¶ And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth.
27 So God created man in his own image, in the image of God created he him; male and female created he them.

A desire, no matter how strong, if it is kept in proper perspective in the context of the greatest and the second greatest commandments, is not sinful, nor is it a lust.

So if a man gives to his wife's soul the same respect that he wants her to give to his soul, and that he himself knows how to properly respect his own soul by seeking Almighty God above all with every fiber of his being that he himself no end up in the eternal lake of fire—that is, he won't properly by desiring to not go to hell—then his is desire towards his wife's body is pure and good in God's eyes, no matter how strong that desire is. If fact, if he always loves his wife's soul with the truth as he seeks to ensure that she has a strong, good, and pure relationship with Almighty God, then all of his love towards

408

his wife may abound and increase up to heaven, including love of God above all, love of his wife's soul as his own soul, and sexual love as well. God want's all love to increase and abound.

Now, that brings me to the point I wished to further make to this section on the matter of the lust of concupiscence. The concept of lust involves a desire for pleasure. Pleasure is very, very important to human existence. Why live if we live and die and end up in hell, never to experience any pleasure at all? And, since hell or the eternal lake of fire is forever, even the pleasures of this life, if we end up in hell, are worthless. So the true, important pleasures are those pleasures that serve God and do not send us to the lake of fire, and that lead to the eternal pleasures of heaven with Jesus as our husband, we being his Bride. Now sexual pleasure, if it remains in the proper context of God's law, actually leads us to heaven, because it's pleasure teaches us or witnesses to us how good God is and how beautiful and desirable a proper relationship with God, or Jesus, really is—because the sexual union was designed by God to picture the true and immeasurably good relationship that exists between Jesus and his eternal Bride, the elect that will be with Jesus in heaven for eternity. In fact, the greater that sexual desire, as long as it stays in that proper context, the greater that witness of Almighty God that we have a great God that we must deal with. As we read:

Rom 2:4 Or despisest thou the riches of his goodness and forbearance and longsuffering; not knowing that the goodness of God leadeth thee to repentance?
5 But after thy hardness and impenitent heart treasurest up unto thyself wrath against the day of wrath and revelation of the righteous judgment of God;
6 Who will render to every man according to his deeds:

The knowledge of the goodness of God, and with absolute certainty a spectacularly enjoyable sexual relationship between a man and his wife is in fact a powerful witness of the goodness of God towards that marriage relationship, should lead us to repentance. The rains that grow crops and the nice taste of a peach should teach us of the goodness of God, and we should repent out of a fear for such a powerful and good God. As we read:

Acts 14:8 ¶ And there sat a certain man at Lystra, impotent in his feet, being a cripple from his mother's womb, who never had walked.
9 The same heard Paul speak: who stedfastly beholding him, and perceiving that he had faith to be healed,
10 Said with a loud voice, Stand upright on thy feet. And he leaped and walked.
11 And when the people saw what Paul had done, they lifted up their voices, saying in the speech of Lycaonia, The gods are come down to us in the likeness of men.
12 And they called Barnabas, Jupiter; and Paul, Mercurius, because he was the chief speaker.
13 Then the priest of Jupiter, which was before their city, brought oxen and garlands unto the gates, and would have done sacrifice with the people.
14 Which when the apostles, Barnabas and Paul, heard of, they rent their clothes, and ran in among the people, crying out,
15 And saying, Sirs, why do ye these things? We also are men of like passions with you, and preach unto you that ye should turn from these vanities unto the living God, which made heaven, and earth, and the sea, and all things that are therein:

409

16 Who in times past suffered all nations to walk in their own ways.
17 Nevertheless he left not himself without witness, in that he did good, and gave us rain from heaven, and fruitful seasons, filling our hearts with food and gladness.
18 And with these sayings scarce restrained they the people, that they had not done sacrifice unto them.

Paul and Barnabas had to encourage these people at Lystra not to worship idols, which in this passage are referred to as vanities, and rather to worship God. But note that Paul says that he and Barnabas were of *like passions* as the people at Lystra, and that God witnessed of his power and existence to people via their desires by doing good to people by feeding them and filling them with gladness, as verse 17 above says. God will witness to people via the pleasures (the taste of a fine peach, for example) that God created in humans in order to communicate to the hearts of people of God's existence and goodness. Nevertheless, we need the full witness of the Bible to become saved. A person can not become saved outside of spiritually hearing the words of the Bible—a deaf person can be saved, even by reading the words in his or her presence, even though he or she may not physically hear them. This is the concept of spiritual ears to hear:

De 29:4 Yet the LORD hath not given you an heart to perceive, and eyes to see, and ears to hear, unto this day.
Eze 12:2 Son of man, thou dwellest in the midst of a rebellious house, which have eyes to see, and see not; they have ears to hear, and hear not: for they *are* a rebellious house.
Mt 11:15 He that hath ears to hear, let him hear.
Mt 13:9 Who hath ears to hear, let him hear.
Mt 13:43 Then shall the righteous shine forth as the sun in the kingdom of their Father. Who hath ears to hear, let him hear.
Mt 4:9 And he said unto them, He that hath ears to hear, let him hear.
Mt 4:23 If any man have ears to hear, let him hear.
Mr 7:16 If any man have ears to hear, let him hear.
Lu 8:8 And other fell on good ground, and sprang up, and bare fruit an hundredfold. And when he had said these things, he cried, He that hath ears to hear, let him hear.
Lu 14:35 It is neither fit for the land, nor yet for the dunghill; *but* men cast it out. He that hath ears to hear, let him hear.

This concept of spiritual hearing is especially important in understanding how God can save a child that is still within his or her mother's womb. The child's ears may not even be operating yet, as the child is very young in the womb. Yet we read that both Jeremiah and John the Baptist were saved even while in their mother's womb. As we read:

Jer 1:4 ¶ Then the word of the LORD came unto me, saying,
5 Before I formed thee in the belly I knew thee; and before thou camest forth out of the womb I sanctified thee, *and* I ordained thee a prophet unto the nations.
6 Then said I, Ah, Lord GOD! behold, I cannot speak: for I *am* a child.
7 But the LORD said unto me, Say not, I *am* a child: for thou shalt go to all that I shall send thee, and whatsoever I command thee thou shalt speak.

And:

410

Lu 1:39 ¶ And Mary arose in those days, and went into the hill country with haste, into a city of Juda;
40 And entered into the house of Zacharias, and saluted Elisabeth.
41 And it came to pass, that, when Elisabeth heard the salutation of Mary, the babe leaped in her womb; and Elisabeth was filled with the Holy Ghost:
42 And she spake out with a loud voice, and said, Blessed *art* thou among women, and blessed *is* the fruit of thy womb.
43 And whence *is* this to me, that the mother of my Lord should come to me?
44 For, lo, as soon as the voice of thy salutation sounded in mine ears, the babe leaped in my womb for joy.

Jeremiah was *known* of God before God had completed forming Jeremiah in the womb; this knowing of God is that language of sexual intimacy between God and a believer because God has gotten to know that person's sins of that person's heart and so has lovingly taken those sins onto himself to pay for those sins. And John the Baptist in his mother Elisabeth's womb leaped for *joy* at the sound of the mother of Jesus because Jesus was already in existence within the womb of the mother of Jesus. This joy towards Jesus can only be because John the Baptist was already born again.

So God can save an child of any age, even just moments after conception. But this is done by God in the presence of the hearing of the words of the Bible, and by the prayers of true believers for salvation of others.

Again, the witness of God's creation is not itself sufficient to save a person. This is why Jesus requires the preaching of the Bible using the phrase "whatsoever I have commanded you":

Mt 28:18 And Jesus came and spake unto them, saying, All power is given unto me in heaven and in earth.
19 Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost:
20 Teaching them to observe all things whatsoever I have commanded you: and, lo, I am with you alway, *even* unto the end of the world. Amen.

But the reason that human sexuality is in such great disrespect in our day, with adultery, fornication, homosexuality, lesbianism, bestiality, and other perversions is exactly because human sexuality reminds mankind of God, and they hate that reminder—because men and women hate God. This hatred in the hearts of men and women against God serves Satan's purposes greatly. But God will overcome both this hatred and Satan by communicating God's threat of eternal judgement and the promise of God's love instead to which God will open the eyes of the elect. The elect being those that God is absolutely committed to save for eternity for a blessed eternal relationship with Jesus.

Another pleasure that can turn into the lust of concupiscence, that I bet you never thought of, is the pleasure of raising children. If a man and his wife have many children, and if they feed them and give to them a comfortable and playful and joyful home and they grow up to be very successful in the eyes of the world, but those parents nevertheless fail

411

to teach those same children the true Gospel, then those parents had that pleasure of raising those children as a lust, and not as a pure desire. In other words, those parents possessed their children in the lust of concupiscence because they enjoyed their children with the great pleasure of raising those children, but those same parents failed to show their children's soul's with the true Gospel. Those parents actually hated their children because they failed to teach their children the truth that would save them from the eternal lake of fire.

## 13 The tree of knowledge of good and evil

Eating of the tree of knowledge of good and evil as spoken of in Genesis is what plunged all of mankind, from Adam and Eve the first humans and all the human race that came of them into sin and the curse of God. God's command to not eat of the tree of the knowledge of good and evil was given in Gen 2:17, quoted below, and then in Gen 3 Adam and Eve, being tempted by Satan in the form of a serpent, disobeyed that command of God to not eat of the tree of the knowledge of good and evil and so brought upon themselves, and all their children to come—which was the entire human race—the just curse of God in response to that disobedient, rebellious, and sinful act towards God and his command. This is as we read in Gen 3 also quoted below:

Gen 2:15  And the LORD God took the man, and put him into the garden of Eden to dress it and to keep it.
16 ¶ And the LORD God commanded the man, saying, Of every tree of the garden thou mayest freely eat:
17 But of the tree of the knowledge of good and evil, thou shalt not eat of it: for in the day that thou eatest thereof thou shalt surely die.
18 ¶ And the LORD God said, It is not good that the man should be alone; I will make him an help meet for him.
19 And out of the ground the LORD God formed every beast of the field, and every fowl of the air; and brought them unto Adam to see what he would call them: and whatsoever Adam called every living creature, that was the name thereof.
20 And Adam gave names to all cattle, and to the fowl of the air, and to every beast of the field; but for Adam there was not found an help meet for him.
21 ¶ And the LORD God caused a deep sleep to fall upon Adam, and he slept: and he took one of his ribs, and closed up the flesh instead thereof;
22 And the rib, which the LORD God had taken from man, made he a woman, and brought her unto the man.
23 And Adam said, This is now bone of my bones, and flesh of my flesh: she shall be called Woman, because she was taken out of Man.
24 Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh.
25 And they were both naked, the man and his wife, and were not ashamed.
Gen 3:1 ¶ Now the serpent was more subtil than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden?
2 And the woman said unto the serpent, We may eat of the fruit of the trees of the garden:

412

3 But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither shall ye touch it, lest ye die.
4 And the serpent said unto the woman, Ye shall not surely die:
5 For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil.
6 ¶ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her; and he did eat.
7 And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons.
8 And they heard the voice of the LORD God walking in the garden in the cool of the day: and Adam and his wife hid themselves from the presence of the LORD God amongst the trees of the garden.
9 ¶ And the LORD God called unto Adam, and said unto him, Where art thou?
10 And he said, I heard thy voice in the garden, and I was afraid, because I was naked; and I hid myself.
11 ¶ And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat?
12 And the man said, The woman whom thou gavest to be with me, she gave me of the tree, and I did eat.
13 And the LORD God said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me, and I did eat.
14 ¶ And the LORD God said unto the serpent, Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life:
15 And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel.
16 ¶ Unto the woman he said, I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children; and thy desire shall be to thy husband, and he shall rule over thee.
17 ¶ And unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it: cursed is the ground for thy sake; in sorrow shalt thou eat of it all the days of thy life;
18 Thorns also and thistles shall it bring forth to thee; and thou shalt eat the herb of the field;
19 In the sweat of thy face shalt thou eat bread, till thou return unto the ground; for out of it wast thou taken: for dust thou art, and unto dust shalt thou return.
20 ¶ And Adam called his wife's name Eve; because she was the mother of all living.
21 ¶ Unto Adam also and to his wife did the LORD God make coats of skins, and clothed them.
22 ¶ And the LORD God said, Behold, the man is become as one of us, to know good and evil: and now, lest he put forth his hand, and take also of the tree of life, and eat, and live for ever:
23 Therefore the LORD God sent him forth from the garden of Eden, to till the ground from whence he was taken.
24 So he drove out the man; and he placed at the east of the garden of Eden Cherubims, and a flaming sword which turned every way, to keep the way of the tree of life.

413

This act of eating of the tree of the knowledge of good and evil is a spiritual sex act of spiritual adultery against God. Notice that this act of eating of the tree of the knowledge of good and evil is an act of pursuing *knowledge*. That is the very essence of spiritual meaning of human sexuality. The spiritual picture is that the woman preaches the milk of the Word through her nipples, and the spiritual picture is that the man preaches the true Gospel through the seed of copulation which is a picture of the true manna that came down from heaven, Jesus Christ. Also, the kissing that occurs in human sexuality is a picture of this same communication of the true Gospel as each receive of the other's mouth (Song of Solomon 7:9 and Ps 2:11-12). And as they look at each other face-to-face during sex that is a picture of the true Believers looking into the face of God and God smiling back and giving his salvation to his Bride, as we become like Jesus as we see him face-to-face (1 John 3:1-3 and Rev 22:4). This all involves a transfer of knowledge as Truth, who is Jesus, infuses and communicates his love for the truth into the heart of his Bride by giving to her a love for Truth (Jesus)—as Jesus woos his Bride and teaches her to love him from her heart, even as he loves her from his heart. This will banish absolutely all lies from the heart of Jesus' Bride. She will never, ever have any interest in lies, nor will she ever be deceived by a lie as Eve was, because she now has a heart filled with Truth himself, and so can not ever be deceived again. Truth is protecting her both inwardly from her heart, where Truth, Jesus, now lives, and outwardly as all liars are banished from heaven (Rev 21:27); again, heaven is where Jesus lives and so lies can not be in heaven. The Bride can not ever be threatened by a lie again, and her security in heaven is absolutely perfect—she has eternal life, and as a fine teacher (not me) has said, eternal life is not eternal if it could ever be taken away. But God gives eternal life at the very moment of being born again, and the full display of that eternal life in the heart of true believers will be shown when the true believers are taken to heaven for the marriage supper of the Lamb. On this earth, that eternal life is hidden within the hearts of the true believers.

But when Adam and Eve ate of the tree of the knowledge of good and evil, they engaged in a spiritual sex act that was adulterous before God. They were pursuing knowledge; but because that knowledge came via obedience to Satan by responding to Satan's lie, then in fact they got their knowledge by responding to the lie of a false teacher, Satan himself. Yes indeed, they did receive knowledge by responding to a lie—but that knowledge was the knowledge of sin and rebellion. This was the knowledge that comes by *experience* and not by *faith*. That is the difference between man's knowledge that comes by *experience*, and the knowledge that comes by *faith* in God's Word. Knowledge waits until *after* the fact. Faith *anticipates* the outcome before the outcome happens. Consequently, *experience* will destroy us as we discover that the food that we ate was indeed poison, and *faith* will preserve us as we obey God by the faith of Jesus in our hearts and so do not eat of that poison. As we read:

Pr 22:3¶ A prudent *man* foreseeth the evil, and hideth himself: but the simple pass on, and are punished.

Pr 27:12¶ A prudent *man* foreseeth the evil, *and* hideth himself; *but* the simple pass on, *and are* punished.

414

Ex 9:20 He that feared the word of the LORD among the servants of Pharaoh made his servants and his cattle flee into the houses:
Ex 9:21 And he that regarded not the word of the LORD left his servants and his cattle in the field.

Mt 3:7 ¶ But when he saw many of the Pharisees and Sadducees come to his baptism, he said unto them, O generation of vipers, who hath warned you to flee from the wrath to come?

Heb 6:18 That by two immutable things, in which *it was* impossible for God to lie, we might have a strong consolation, who have fled for refuge to lay hold upon the hope set before us:

Heb 11:7 By faith Noah, being warned of God of things not seen as yet, moved with fear, prepared an ark to the saving of his house; by the which he condemned the world, and became heir of the righteousness which is by faith.

2Pe 3:7 But the heavens and the earth, which are now, by the same word are kept in store, reserved unto fire against the day of judgment and perdition of ungodly men.
8 ¶ But, beloved, be not ignorant of this one thing, that one day is with the Lord as a thousand years, and a thousand years as one day.
9 ¶ The Lord is not slack concerning his promise, as some men count slackness; but is longsuffering to us-ward, not willing that any should perish, but that all should come to repentance.
10 But the day of the Lord will come as a thief in the night; in the which the heavens shall pass away with a great noise, and the elements shall melt with fervent heat, the earth also and the works that are therein shall be burned up.
11 ¶ *Seeing* then *that* all these things shall be dissolved, what manner *of persons* ought ye to be *in all* holy conversation and godliness,
12 Looking for and hasting unto the coming of the day of God, wherein the heavens being on fire shall be dissolved, and the elements shall melt with fervent heat?
13 Nevertheless we, according to his promise, look for new heavens and a new earth, wherein dwelleth righteousness.
14 Wherefore, beloved, seeing that ye look for such things, be diligent that ye may be found of him in peace, without spot, and blameless.
15 And account *that* the longsuffering of our Lord *is* salvation; even as our beloved brother Paul also according to the wisdom given unto him hath written unto you;
16 As also in all *his* epistles, speaking in them of these things; in which are some things hard to be understood, which they that are unlearned and unstable wrest, *as they do* also the other scriptures, unto their own destruction.
17 Ye therefore, beloved, seeing ye know *these things* before, beware lest ye also, being led away with the error of the wicked, fall from your own stedfastness.
18 But grow in grace, and *in* the knowledge of our Lord and Saviour Jesus Christ. To him *be* glory both now and for ever. Amen.

Because the entire human race, which was only two people at the time, obeyed the words of the father of lies himself, Satan, then the entire human race was at one time totally apostate, and so the seed of copulation of the false gospel of Satan's lies entered into their

415

hearts and pushed out the truth from mankind's hearts and therefore gave birth such that all men became liars and Satan was their father:

Joh 8:37 I know that ye are Abraham's seed; but ye seek to kill me, because my word hath no place in you.
38 ¶ I speak that which I have seen with my Father: and ye do that which ye have seen with your father.
39 They answered and said unto him, Abraham is our father. Jesus saith unto them, If ye were Abraham's children, ye would do the works of Abraham.
40 But now ye seek to kill me, a man that hath told you the truth, which I have heard of God: this did not Abraham.
41 Ye do the deeds of your father. Then said they to him, We be not born of fornication; we have one Father, even God.
42 Jesus said unto them, If God were your Father, ye would love me: for I proceeded forth and came from God; neither came I of myself, but he sent me.
43 Why do ye not understand my speech? *even* because ye cannot hear my word.
44 Ye are of *your* father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it.
45 And because I tell you the truth, ye believe me not.
46 ¶ Which of you convinceth me of sin? And if I say the truth, why do ye not believe me?
47 He that is of God heareth God's words: ye therefore hear *them* not, because ye are not of God.

Rom 3:3 For what if some did not believe? shall their unbelief make the faith of God without effect?
4 God forbid: yea, let God be true, but every man a liar; as it is written, That thou mightest be justified in thy sayings, and mightest overcome when thou art judged.

The elect, which were yet in the loins of Adam and had to spring forth from those loins were also therefore apostate. (This principle of being in the loins of a man (in his testes, where the sperm or seed of copulation comes from) who is a father or grandfather or great-great grandfather etc. is clearly taught in Heb 7:9-10) We had all become as a beast before him, as Ps 73:22 says:

Ps 73:22 So foolish *was* I, and ignorant: I was *as* a beast before thee.

This is because we had Satan as our father, because we had believed his lies.

In order for God to save a person, God must cause a person to believe the truth so that the lies of Satan are pushed out of a person's heart. Then such a person becomes born again or born from *above* and is no longer spiritually dead, but now has true spiritual life towards God. But it is impossible for any person to believe the truth unless God does a complete miracle work in the heart of a person by giving to a person the living, powerful, resurrecting faith of Jesus to believe the truth into a person's heart. To believe the truth is the work of God, as we know:

416

Joh 6:28 ¶ Then said they unto him, What shall we do, that we might work the works of God?
29 Jesus answered and said unto them, This is the work of God, that ye believe on him whom he hath sent.

But those that have actually believed the true Jesus of the Bible love the truth, and so are no longer liars. Jesus, or Truth, has entered their hearts and pushed out the lies of Satan. No human does this by his or her own motivation or strength simply because they start out completely spiritually dead and totally depraved. But God in his resurrection power does this spiritual resurrection, and so they are born again, and now greatly desire to live according to the truth that they now believe. The attitude of Jesus towards the truth becomes their attitude. This is the exact point of the entire Psalm 119. Which in its entirety says:

Ps 119:1 ¶ ALEPH. Blessed *are* the undefiled in the way, who walk in the law of the LORD.
2 Blessed *are* they that keep his testimonies, *and that* seek him with the whole heart.
3 They also do no iniquity: they walk in his ways.
4 ¶ Thou hast commanded *us* to keep thy precepts diligently.
5 O that my ways were directed to keep thy statutes!
6 Then shall I not be ashamed, when I have respect unto all thy commandments.
7 ¶ I will praise thee with uprightness of heart, when I shall have learned thy righteous judgments.
8 I will keep thy statutes: O forsake me not utterly.
9 ¶ BETH. Wherewithal shall a young man cleanse his way? by taking heed *thereto* according to thy word.
10 ¶ With my whole heart have I sought thee: O let me not wander from thy commandments.
11 ¶ Thy word have I hid in mine heart, that I might not sin against thee.
12 ¶ Blessed *art* thou, O LORD: teach me thy statutes.
13 ¶ With my lips have I declared all the judgments of thy mouth.
14 I have rejoiced in the way of thy testimonies, as *much as* in all riches.
15 I will meditate in thy precepts, and have respect unto thy ways.
16 I will delight myself in thy statutes: I will not forget thy word.
17 ¶ GIMEL. Deal bountifully with thy servant, *that* I may live, and keep thy word.
18 ¶ Open thou mine eyes, that I may behold wondrous things out of thy law.
19 ¶ I *am* a stranger in the earth: hide not thy commandments from me.
20 ¶ My soul breaketh for the longing *that it hath* unto thy judgments at all times.
21 ¶ Thou hast rebuked the proud *that are* cursed, which do err from thy commandments.
22 ¶ Remove from me reproach and contempt; for I have kept thy testimonies.
23 ¶ Princes also did sit *and* speak against me: *but* thy servant did meditate in thy statutes.
24 ¶ Thy testimonies also *are* my delight *and* my counsellors.
25 ¶ DALETH. My soul cleaveth unto the dust: quicken thou me according to thy word.
26 ¶ I have declared my ways, and thou heardest me: teach me thy statutes.
27 Make me to understand the way of thy precepts: so shall I talk of thy wondrous works.

28 ¶ My soul melteth for heaviness: strengthen thou me according unto thy word.
29 Remove from me the way of lying: and grant me thy law graciously.
30 ¶ I have chosen the way of truth: thy judgments have I laid before me.
31 I have stuck unto thy testimonies: O LORD, put me not to shame.
32 I will run the way of thy commandments, when thou shalt enlarge my heart.
33 ¶ HE. Teach me, O LORD, the way of thy statutes; and I shall keep it unto the end.
34 Give me understanding, and I shall keep thy law; yea, I shall observe it with my whole heart.
35 Make me to go in the path of thy commandments; for therein do I delight.
36 Incline my heart unto thy testimonies, and not to covetousness.
37 ¶ Turn away mine eyes from beholding vanity; and quicken thou me in thy way.
38 ¶ Stablish thy word unto thy servant, who is devoted to thy fear.
39 ¶ Turn away my reproach which I fear: for thy judgments are good.
40 ¶ Behold, I have longed after thy precepts: quicken me in thy righteousness.
41 ¶ VAU. Let thy mercies come also unto me, O LORD, even thy salvation, according to thy word.
42 So shall I have wherewith to answer him that reproacheth me: for I trust in thy word.
43 ¶ And take not the word of truth utterly out of my mouth; for I have hoped in thy judgments.
44 So shall I keep thy law continually for ever and ever.
45 ¶ And I will walk at liberty: for I seek thy precepts.
46 I will speak of thy testimonies also before kings, and will not be ashamed.
47 And I will delight myself in thy commandments, which I have loved.
48 My hands also will I lift up unto thy commandments, which I have loved; and I will meditate in thy statutes.
49 ¶ ZAIN. Remember the word unto thy servant, upon which thou hast caused me to hope.
50 ¶ This is my comfort in my affliction: for thy word hath quickened me.
51 ¶ The proud have had me greatly in derision: yet have I not declined from thy law.
52 I remembered thy judgments of old, O LORD; and have comforted myself.
53 ¶ Horror hath taken hold upon me because of the wicked that forsake thy law.
54 ¶ Thy statutes have been my songs in the house of my pilgrimage.
55 ¶ I have remembered thy name, O LORD, in the night, and have kept thy law.
56 This I had, because I kept thy precepts.
57 ¶ CHETH. Thou art my portion, O LORD: I have said that I would keep thy words.
58 ¶ I intreated thy favour with my whole heart: be merciful unto me according to thy word.
59 I thought on my ways, and turned my feet unto thy testimonies.
60 I made haste, and delayed not to keep thy commandments.
61 ¶ The bands of the wicked have robbed me: but I have not forgotten thy law.
62 ¶ At midnight I will rise to give thanks unto thee because of thy righteous judgments.
63 ¶ I am a companion of all them that fear thee, and of them that keep thy precepts.
64 ¶ The earth, O LORD, is full of thy mercy: teach me thy statutes.
65 ¶ TETH. Thou hast dealt well with thy servant, O LORD, according unto thy word.
66 Teach me good judgment and knowledge: for I have believed thy commandments.
67 ¶ Before I was afflicted I went astray: but now have I kept thy word.
68 ¶ Thou art good, and doest good; teach me thy statutes.

69 ¶ The proud have forged a lie against me: but I will keep thy precepts with my whole heart.
70 Their heart is as fat as grease; but I delight in thy law.
71 ¶ It is good for me that I have been afflicted; that I might learn thy statutes.
72 ¶ The law of thy mouth is better unto me than thousands of gold and silver.
73 ¶ JOD. Thy hands have made me and fashioned me: give me understanding, that I may learn thy commandments.
74 ¶ They that fear thee will be glad when they see me; because I have hoped in thy word.
75 ¶ I know, O LORD, that thy judgments are right, and that thou in faithfulness hast afflicted me.
76 ¶ Let, I pray thee, thy merciful kindness be for my comfort, according to thy word unto thy servant.
77 ¶ Let thy tender mercies come unto me, that I may live: for thy law is my delight.
78 ¶ Let the proud be ashamed; for they dealt perversely with me without a cause: but I will meditate in thy precepts.
79 ¶ Let those that fear thee turn unto me, and those that have known thy testimonies.
80 ¶ Let my heart be sound in thy statutes; that I be not ashamed.
81 ¶ CAPH. My soul fainteth for thy salvation: but I hope in thy word.
82 Mine eyes fail for thy word, saying, When wilt thou comfort me?
83 ¶ For I am become like a bottle in the smoke; yet do I not forget thy statutes.
84 ¶ How many are the days of thy servant? when wilt thou execute judgment on them that persecute me?
85 ¶ The proud have digged pits for me, which are not after thy law.
86 ¶ All thy commandments are faithful: they persecute me wrongfully; help thou me.
87 ¶ They had almost consumed me upon earth; but I forsook not thy precepts.
88 ¶ Quicken me after thy lovingkindness; so shall I keep the testimony of thy mouth.
89 ¶ LAMED. For ever, O LORD, thy word is settled in heaven.
90 ¶ Thy faithfulness is unto all generations: thou hast established the earth, and it abideth.
91 ¶ They continue this day according to thine ordinances: for all are thy servants.
92 ¶ Unless thy law had been my delights, I should then have perished in mine affliction.
93 ¶ I will never forget thy precepts: for with them thou hast quickened me.
94 ¶ I am thine, save me; for I have sought thy precepts.
95 ¶ The wicked have waited for me to destroy me: but I will consider thy testimonies.
96 ¶ I have seen an end of all perfection: but thy commandment is exceeding broad.
97 ¶ MEM. O how love I thy law! it is my meditation all the day.
98 ¶ Thou through thy commandments hast made me wiser than mine enemies: for they are ever with me.
99 I have more understanding than all my teachers: for thy testimonies are my meditation.
100 I understand more than the ancients, because I keep thy precepts.
101 ¶ I have refrained my feet from every evil way, that I might keep thy word.
102 ¶ I have not departed from thy judgments: for thou hast taught me.
103 ¶ How sweet are thy words unto my taste! yea, sweeter than honey to my mouth!
104 Through thy precepts I get understanding: therefore I hate every false way.
105 ¶ NUN. Thy word is a lamp unto my feet, and a light unto my path.
106 ¶ I have sworn, and I will perform it, that I will keep thy righteous judgments.
107 ¶ I am afflicted very much: quicken me, O LORD, according unto thy word.

419

108 ¶ Accept, I beseech thee, the freewill offerings of my mouth, O LORD, and teach me thy judgments.
109 ¶ My soul is continually in my hand: yet do I not forget thy law.
110 The wicked have laid a snare for me: yet I erred not from thy precepts.
111 ¶ Thy testimonies have I taken as an heritage for ever: for they are the rejoicing of my heart.
112 I have inclined mine heart to perform thy statutes alway, even unto the end.
113 ¶ SAMECH. I hate vain thoughts: but thy law do I love.
114 ¶ Thou art my hiding place and my shield: I hope in thy word.
115 ¶ Depart from me, ye evildoers: for I will keep the commandments of my God.
116 ¶ Uphold me according unto thy word, that I may live: and let me not be ashamed of my hope.
117 Hold thou me up, and I shall be safe: and I will have respect unto thy statutes continually.
118 ¶ Thou hast trodden down all them that err from thy statutes: for their deceit is falsehood.
119 ¶ Thou puttest away all the wicked of the earth like dross: therefore I love thy testimonies.
120 My flesh trembleth for fear of thee; and I am afraid of thy judgments.
121 ¶ AIN. I have done judgment and justice: leave me not to mine oppressors.
122 Be surety for thy servant for good: let not the proud oppress me.
123 ¶ Mine eyes fail for thy salvation, and for the word of thy righteousness.
124 ¶ Deal with thy servant according unto thy mercy, and teach me thy statutes.
125 I am thy servant; give me understanding, that I may know thy testimonies.
126 ¶ It is time for thee, LORD, to work: for they have made void thy law.
127 ¶ Therefore I love thy commandments above gold; yea, above fine gold.
128 ¶ Therefore I esteem all thy precepts concerning all things to be right; and I hate every false way.
129 ¶ PE. Thy testimonies are wonderful: therefore doth my soul keep them.
130 ¶ The entrance of thy words giveth light; it giveth understanding unto the simple.
131 ¶ I opened my mouth, and panted: for I longed for thy commandments.
132 ¶ Look thou upon me, and be merciful unto me, as thou usest to do unto those that love thy name.
133 ¶ Order my steps in thy word: and let not any iniquity have dominion over me.
134 ¶ Deliver me from the oppression of man: so will I keep thy precepts.
135 ¶ Make thy face to shine upon thy servant; and teach me thy statutes.
136 ¶ Rivers of waters run down mine eyes, because they keep not thy law.
137 ¶ TZADDI. Righteous art thou, O LORD, and upright are thy judgments.
138 ¶ Thy testimonies that thou hast commanded are righteous and very faithful.
139 ¶ My zeal hath consumed me, because mine enemies have forgotten thy words.
140 ¶ Thy word is very pure: therefore thy servant loveth it.
141 ¶ I am small and despised: yet do not I forget thy precepts.
142 ¶ Thy righteousness is an everlasting righteousness, and thy law is the truth.
143 ¶ Trouble and anguish have taken hold on me: yet thy commandments are my delights.
144 ¶ The righteousness of thy testimonies is everlasting: give me understanding, and I shall live.
145 ¶ KOPH. I cried with my whole heart; hear me, O LORD: I will keep thy statutes.

420

146 I cried unto thee; save me, and I shall keep thy testimonies.
147 ¶ I prevented the dawning of the morning, and cried: I hoped in thy word.
148 Mine eyes prevent the night watches, that I might meditate in thy word.
149 ¶ Hear my voice according unto thy lovingkindness: O LORD, quicken me according to thy judgment.
150 ¶ They draw nigh that follow after mischief: they are far from thy law.
151 Thou art near, O LORD; and all thy commandments are truth.
152 ¶ Concerning thy testimonies, I have known of old that thou hast founded them for ever.
153 ¶ RESH. Consider mine affliction, and deliver me: for I do not forget thy law.
154 Plead my cause, and deliver me: quicken me according to thy word.
155 ¶ Salvation is far from the wicked: for they seek not thy statutes.
156 ¶ Great are thy tender mercies, O LORD: quicken me according to thy judgments.
157 ¶ Many are my persecutors and mine enemies; yet do I not decline from thy testimonies.
158 ¶ I beheld the transgressors, and was grieved; because they kept not thy word.
159 ¶ Consider how I love thy precepts: quicken me, O LORD, according to thy lovingkindness.
160 ¶ Thy word is true from the beginning: and every one of thy righteous judgments endureth for ever.
161 ¶ SCHIN. Princes have persecuted me without a cause: but my heart standeth in awe of thy word.
162 ¶ I rejoice at thy word, as one that findeth great spoil.
163 ¶ I hate and abhor lying: but thy law do I love.
164 ¶ Seven times a day do I praise thee because of thy righteous judgments.
165 ¶ Great peace have they which love thy law: and nothing shall offend them.
166 ¶ LORD, I have hoped for thy salvation, and done thy commandments.
167 ¶ My soul hath kept thy testimonies; and I love them exceedingly.
168 ¶ I have kept thy precepts and thy testimonies: for all my ways are before thee.
169 ¶ TAU. Let my cry come near before thee, O LORD: give me understanding according to thy word.
170 ¶ Let my supplication come before thee: deliver me according to thy word.
171 ¶ My lips shall utter praise, when thou hast taught me thy statutes.
172 ¶ My tongue shall speak of thy word: for all thy commandments are righteousness.
173 ¶ Let thine hand help me; for I have chosen thy precepts.
174 ¶ I have longed for thy salvation, O LORD; and thy law is my delight.
175 ¶ Let my soul live, and it shall praise thee; and let thy judgments help me.
176 ¶ I have gone astray like a lost sheep; seek thy servant; for I do not forget thy commandments.

You see, the tree of the knowledge of good and evil is both a tree of the knowledge of good as well as of evil. The elect of God, the chosen, the Bride of Christ, are the good. The non-elect are the evil. This is the same concept we have here:

Jer 24:3  Then said the LORD unto me, What seest thou, Jeremiah? And I said, Figs; the good figs, very good; and the evil, very evil, that cannot be eaten, they are so evil.
4  Again the word of the LORD came unto me, saying,

421

5 Thus saith the LORD, the God of Israel; Like these good figs, so will I acknowledge them that are carried away captive of Judah, whom I have sent out of this place into the land of the Chaldeans for their good.

6 For I will set mine eyes upon them for good, and I will bring them again in this land: and I will build them, and not pull them down; and I will plant them, and not pluck them up.

7 And I will give them an heart to know me, that I am the LORD: and they shall be my people, and I will be their God: for they shall return unto me with their whole heart.

8 And as the evil figs, which cannot be eaten, they are so evil; surely thus saith the LORD, So will I give Zedekiah the king of Judah, and his princes, and the residue of Jerusalem, that remain in this land, and them that dwell in the land of Egypt:

9 And I will deliver them to be removed into all the kingdoms of the earth for their hurt, to be a reproach and a proverb, a taunt and a curse, in all places whither I shall drive them.

10 And I will send the sword, the famine, and the pestilence, among them, till they be consumed from off the land that I gave unto them and to their fathers.

The good figs represent the elect; the evil figs represent the non-elect. And to have knowledge of the good and the evil means that God will separate the good from the evil, even as he will separate the wheat from the tares or the elect from the non-elect. This concept of the knowledge of good and evil is established by the forerunner of the faith of the elect, Jesus himself. Jesus, a member of the trinity the One LORD, is that one member of the trinity that knows good and evil by experience simply because it is Jesus who was the lamb slain from the foundation of the world:

Re 13:8 And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the Lamb slain from the foundation of the world.

Since Jesus was slain from the foundation of the world. This knowledge of sin from the foundation of the world is because to be slain from the foundation of the world—as Jesus was per Rev 13:8—means that Jesus became sin for the elect as he died on the cross from the foundation of the world. Even as we know from:

2Cor 5:21 For he hath made him to be sin for us, who knew no sin; that we might be made the righteousness of God in him.

That is why we read the following in Genesis 3 about Jesus, a member of the trinity that One LORD:

Gen 3:22 ¶ And the LORD God said, Behold, the man is become as one of us, to know good and evil: and now, lest he put forth his hand, and take also of the tree of life, and eat, and live for ever:

Clearly from Gen 3:22, Jesus knew good and evil before Adam and Eve ate of the tree and consequently knew good and evil. This is because Jesus became sin for the elect even from eternity past, at least in the determinate and sovereign mind of Almighty God. Thus, one of the trinity already knew good and evil before Adam and Even knew good and evil. Jesus, the King, is the forerunner in everything, and all mankind and the fallen

422

angles (Satan and the fallen angels) are forced to follow in that pattern as well. As we read:

Ecc 2:12 ¶ And I turned myself to behold wisdom, and madness, and folly: for what can the man do that cometh after the king? even that which hath been already done.

No man can do anything except follow in the pattern of Jesus. The elect must take up their cross and follow Jesus. And the non-elect will take up their cross when they are cast into the eternal lake of fire. Satan will take up his cross when he is cast into the eternal lake of fire also. If Jesus, the only true Righteous and Holy One had to suffer, then how much more everyone else? As we read:

1Pe 4:17 For the time is come that judgment must begin at the house of God: and if it first begin at us, what shall the end be of them that obey not the gospel of God?

The true believers must have judgment begin with them because they are the house of God; but the true believers are taking their cross and following Jesus. So the example of judgement began with Jesus, not with the true believers. Jesus is the ultimate House of God. And judgement began with him. Then it went to the true believers. Finally, judgement will fall upon Satan and all of the non-elect, Satan's followers. We all must follow in the example and pattern of the King. And Jesus did not deny that he was a king:

Joh 18:33 Then Pilate entered into the judgment hall again, and called Jesus, and said unto him, Art thou the King of the Jews?

34 Jesus answered him, Sayest thou this thing of thyself, or did others tell it thee of me?

35 Pilate answered, Am I a Jew? Thine own nation and the chief priests have delivered thee unto me: what hast thou done?

36 Jesus answered, My kingdom is not of this world: if my kingdom were of this world, then would my servants fight, that I should not be delivered to the Jews: but now is my kingdom not from hence.

37 Pilate therefore said unto him, Art thou a king then? Jesus answered, Thou sayest that I am a king. To this end was I born, and for this cause came I into the world, that I should bear witness unto the truth. Every one that is of the truth heareth my voice.

38 Pilate saith unto him, What is truth? And when he had said this, he went out again unto the Jews, and saith unto them, I find in him no fault at all.

If Jesus were not a king, then he would not refer to His kingdom. But he is the king. And the Bible refers to him as the King of Kings:

1Ti 6:15 Which in his times he shall shew, who is the blessed and only Potentate, the King of kings, and Lord of lords;

Re 17:14 ¶ These shall make war with the Lamb, and the Lamb shall overcome them: for he is Lord of lords, and King of kings: and they that are with him are called, and chosen, and faithful.

423

Re 19:16 And he hath on his vesture and on his thigh a name written, KING OF KINGS, AND LORD OF LORDS.

So mankind, both the elect and the non-elect and Satan also, must follow in the pattern of Jesus who was the one who knew good and evil from the foundation of the world. Now, before Adam and Eve fell, they knew good, but not as the saving righteousness of Jesus covering their nakedness; they knew good only as their present state before they fell —they knew nothing of condemnation, because God's law was not condemning them. So, because they had not fallen, they did not know evil except as a concept which God had surely put into their understanding. If they had no such understanding, then the following command could not have been understood because the idea of dieing would not have been understood:

Gen 2:17 But of the tree of the knowledge of good and evil, thou shalt not eat of it: for in the day that thou eatest thereof thou shalt surely die.

But, we read that Adam was not deceived by Satan when Satan lied, only Eve was deceived:

1Ti 2:9 ¶ In like manner also, that women adorn themselves in modest apparel, with shamefacedness and sobriety; not with broided hair, or gold, or pearls, or costly array;
10 But (which becometh women professing godliness) with good works.
11 Let the woman learn in silence with all subjection.
12 But I suffer not a woman to teach, nor to usurp authority over the man, but to be in silence.
13 For Adam was first formed, then Eve.
14 And Adam was not deceived, but the woman being deceived was in the transgression.
15 Notwithstanding she shall be saved in childbearing, if they continue in faith and charity and holiness with sobriety.

So, if Adam was not deceived, then that means that indeed God had put clear understanding into Adam and Eve. But, Eve lost the understanding that she would die, though she still yet may have understood what death was, when she believed Satan's lie that she would not die. Adam did not believe that lie, and so he clearly knew what death was, or being not deceived would have been meaningless, and Satan's lie would have been trivial. Why do you think that Satan had to attack that statement that they would die if they ate of the tree of the knowledge of good and evil? Was not that attack required because there was an apprehension in the hearts of Adam and Eve that they did not want to die? Of course, that must be the case. Otherwise, Satan would not have thought important to even mention the matter of not dieing. And, because Adam was not deceived, that means that he is a spiritual picture (even though Adam is also indeed a true historical fact) of Jesus Christ who ate of the tree of the knowledge of good and evil with understanding that if he did so, he would die. And what is that tree of the knowledge of good and evil spiritually? (The tree in the Garden of Eden was a real, physical tree historically, but that tree nevertheless symbolizes something spiritual.) Why did Jesus die? Was it not because he took on the sins of his Bride to thereby save her, and gave his righteousness to her to cover her sins? In doing so, he knew his wife, his Bride, in the sense of sexual knowledge. He knew the experience of her sin, and so he got to know all

424

of the sins of her heart and he moved into her heart to make her into his temple where he was to live. This is the ultimate meaning of sex; to get to know your mate in his or her heart, and to be one with him or her, even after you know all of the evil and the good within the heart of the one you have joined. How can two be one, unless they merge into one by sharing the secrets of each other's hearts and so thereby get to know each other intimately? This is why sex is a violation of true marriage. You can not be one with someone if that someone keeps lying and hiding his or her heart from you. The tree of the knowledge of good and evil is really a picture of the Bride of Christ that Jesus had to eat of. This eating is directly related to the eating and food that God refers to in describing human sexuality in the Song of Solomon 7:6-13, which says:

So 7:6 How fair and how pleasant art thou, O love, for delights!
7 This thy stature is like to a palm tree, and thy breasts to clusters of grapes.
8 I said, I will go up to the palm tree, I will take hold of the boughs thereof: now also thy breasts shall be as clusters of the vine, and the smell of thy nose like apples;
9 And the roof of thy mouth like the best wine for my beloved, that goeth down sweetly, causing the lips of those that are asleep to speak.
10 ¶ I am my beloved's, and his desire is toward me.
11 Come, my beloved, let us go forth into the field; let us lodge in the villages.
12 Let us get up early to the vineyards; let us see if the vine flourish, whether the tender grape appear, and the pomegranates bud forth: there will I give thee my loves.
13 The mandrakes give a smell, and at our gates are all manner of pleasant fruits, new and old, which I have laid up for thee, O my beloved.

Adam took the fruit from the hand of Eve; as we read:

Gen 3:6 ¶ And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her; and he did eat.

Eve represents the sinful Bride when she ate of the tree of the knowledge of good and evil. She became sin. Her eyes were opened. I believe that her eyes were opened the very instant that she ate, and she became knowledgeable of sin and evil, and she realized that she was going to die, and the lie of Satan that she believed was revealed in her heart to be a lie—yet it was too late, she had no way of her self to avoid death, that was to come upon her, and no way to undo the spiritual death that had come upon her immediately, that very moment she ate. In her fear that she was going to die, she desperately wanted someone to take that death from her, and so she hoped that she could cause her husband to join her in her death, because then he might help her avoid death, or at least she would be less lonely if her husband would die with her. When a woman wants to find a husband, she is loath to admit it, but what she is really saying to a man that she desperately needs to marry is, "Please die with me, I sincerely—can you save me? Please help me!" She knows that she has become sin, and that she is in a helpless and dreadful situation. She wants a man to save her. Adam was not deceived. So, when Adam took of the fruit from the hand of Eve, he knew full well that he would pay the high price of death to be with her. But he loved her so much that he chose to do that.

The spiritual picture formed by Adam taking of the fruit from Eve pointing to human sexuality, and really spiritual sexuality, is made clear when some verses are shown with

425

the Strongs numbers exposed so that we may see what words are involved in the fall of Adam and Eve:

Ge 3:22¶ And the LORD <03068> God <0430> said <0559> (8799), Behold <02005>, the man <0120> is become as one <0259> of us, to know <03045> (8800) good <02896> and evil <07451>: and now, lest he put forth <07971> (8799) his hand <03027>, and take <03947> (8800) also of the tree <06086> of life <02416>, and eat <0398> (8804), and live <02425> (8804) for ever:
Ge 4:1¶ And Adam <0120> knew <03045> (8804) Eve <02332> his wife <0802>; and she conceived <02029> (8799), and bare <03205> (8799) <0853> Cain <07014>, and said <0559> (8799), I have gotten <07069> (8804) a man <0376> from <0854> the LORD <03068>.

Notice in Gen 3:22 Jesus, who is the one who was said to "know good and evil", was so described by using word <03045> there in Gen 3:22; and according to Gen 3:22 mankind had become as Jesus in this matter of knowing good and evil. Yet, when we read Gen 4:1 we see the exact same word for knowledge or to know used to describe Adam's first sexual union with Eve, word <03045>. This is no coincidence. Adam knew Eve spiritually when he became spiritually dead just like Eve was spiritually dead after he also ate of that fruit of the tree of the knowledge of good and evil just as Eve had eaten. And then God uses that word to describe Adam's first sexual union with Eve. God does this because they are spiritual synonyms or parallel spiritual pictures picturing the spiritual sex that Jesus must have with the Bride of Christ in order to send forth the true Gospel and to seek and to save that which was lost.

There are two women on earth today. The Bride of Christ, whose husband is Jesus Christ. And then there is the great whore, the bride of Satan. And these two women both have children:

1Jo 3:10 In this the children of God are manifest, and the children of the devil: whosoever doeth not righteousness is not of God, neither he that loveth not his brother.

Now, the Bible describes that bride of Satan as the great whore; as we read:

Re 17:1¶ And there came one of the seven angels which had the seven vials, and talked with me, saying unto me, Come hither; I will shew unto thee the judgment of the great whore that sitteth upon many waters:
Re 17:15 And he saith unto me, The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues.
Re 17:16 And the ten horns which thou sawest upon the beast, these shall hate the whore, and shall make her desolate and naked, and shall eat her flesh, and burn her with fire.
Re 19:2 For true and righteous are his judgments: for he hath judged the great whore, which did corrupt the earth with her fornication, and hath avenged the blood of his servants at her hand.

And remember, when a man is handling the breasts of his wife during sex, and is sucking of her nipples during sex, and is kissing her mouth as they kiss and taste the roof of each other's mouth, all of these symbols refer

426

to eating, as the Song of Solomon teaches. And as Proverbs 5 teaches, the wife represents the gospel that that man is eating of. And as Proverbs 5 teaches, the harlot should be avoided, and the wife of the man's youth—that is, his first wife—should be his only wife. The man represents Jesus Christ in the form of the elect who are the body of Christ, who must be feed the true Gospel of the Word of God to be saved. Or, the man represents the non-elect who have Satan as their father, and they eat of the harlot of false gospels. But the wheat and tares start out growing together (Mt 13:28-30); the elect and non-elect. Jesus, to whom a kingdom desired to have people within his kingdom. A kingdom of a population of zero, except for the king, is a very lonely idea. Jesus did not want to be alone. He wanted a bride. It is not good for man to be alone (Gen 2:18). So he ate of the tree of the knowledge of good and evil. He had spiritual sex with his bride in order to know her heart and to take on her sins, because he loved her. Remember, Jesus taught that sins come from the heart:

Mt 15:19 For out of the heart proceed evil thoughts, murders, adulteries, fornications, thefts, false witness, blasphemies:
Mr 7:21 For from within, out of the heart of men, proceed evil thoughts, adulteries, fornications, murders,

Yet Jesus was going to make his home within the sinful heart of his Bride. Jesus said that he abides in true believers:

Joh 15:1 ¶ I am the true vine, and my Father is the husbandman.
2 Every branch in me that beareth not fruit he taketh away: and every branch that beareth fruit, he purgeth it, that it may bring forth more fruit.
3 Now ye are clean through the word which I have spoken unto you.
4 Abide in me, and I in you. As the branch cannot bear fruit of itself, except it abide in the vine; no more can ye, except ye abide in me.
5 I am the vine, ye are the branches: He that abideth in me, and I in him, the same bringeth forth much fruit: for without me ye can do nothing.
6 If a man abide not in me, he is cast forth as a branch, and is withered; and men gather them, and cast them into the fire, and they are burned.
7 If ye abide in me, and my words abide in you, ye shall ask what ye will, and it shall be done unto you.
8 Herein is my Father glorified, that ye bear much fruit; so shall ye be my disciples.

But to bear much fruit, as we read here in John 15, that means that the breasts of his bride, which are pictured as clusters of grapes and dates in the Song of Solomon, must be filled with the sincere milk of the word. Jesus must abide within her breasts so that she can give out the true Gospel; that is why Joh 15:7 says that his words abide in you. This language of Jesus abiding within the true believers in John 15:1-8 is given in John 15:1-8 with much language of the bride also abiding within Jesus, where Jesus speaks of himself as the true vine and we are the branches that abide within that true vine. So Jesus abides within his Bride, and his Bride abides within Jesus. This is again a picture of human sexuality. The man enters the woman with his penis, and the woman enters the man with her nipples and the tongue of her mouth into his mouth; and the man enters the woman with his tongue within her mouth as they kiss and taste the roof of each other's mouth, as Song 7:9 speaks:

427

Song 7:9  And the roof of thy mouth like the best wine for my beloved, that goeth *down* sweetly, causing the lips of those that are asleep to speak.

Notice how Song 7:9 says "causing the lips of those that are asleep to speak."  The concept of being asleep here is the concept of being spiritually dead, and the fact that those that are asleep are caused to speak is a picture of a person being awakened from spiritual death to spiritual life, whereby they now believe the true Gospel and are now able to speak the truth from the heart.  That person has become saved and a true believer, and now is able and permitted to share the true Gospel.  Did you know that the non-elect are never allowed by God to share the true Gospel?  Nevertheless, the non-elect are used of God to share the true Gospel.  But, when the non-elect share the true Gospel, they bring great judgment upon themselves when they must answer to God for that sin on Judgement day at the end of time.  This principle has its root in the fact that Satan, in effect, was used of God the preach the true Gospel when God used Satan to put Jesus onto the cross.  The outcome of putting Jesus onto the cross was the exact opposite of what Satan wanted.  When Jesus was put onto the cross, Jesus drew all men to himself.  The exact opposite of what Satan wanted.  As we read:

Joh 12:32  And I, if I be lifted up from the earth, will draw all *men* unto me.

Satan wanted all mankind for himself.  But Jesus was destined to seek and to save that which was lost, namely the elect, and to take those elect from the kingdom of Satan, and translate them to the kingdom of Jesus Christ (Col 1:13); Jesus Christ being the King of kings, and the Lord of lords.

But for Satan to be so involved in preaching the true Gospel by putting Jesus onto the cross, Satan caused great judgement to fall upon himself.  That great sin of Satan will cause great judgement to fall upon Satan's head for eternity in the eternal lake of fire.  All who follow in Satan's footsteps by killing true believers, either simbolically by slandering them, or by actually killing them, in either case will have great judgement put upon them.  Nevertheless, some of these who kill true believers are also elect, and God saves them as well.  This is the case with the apostle Paul.  He was a killer of true believers before God saved Paul:

Ac 8:3  As for Saul, he made havock of the church, entering into every house, and haling men and women committed *them* to prison.

Ac 9:1  ¶ And Saul, yet breathing out threatenings and slaughter against the disciples of the Lord, went unto the high priest,

Ac 9:5  And he said, Who art thou, Lord?  And the Lord said, I am Jesus whom thou persecutest: *it is* hard for thee to kick against the pricks.

Ac 9:13  Then Ananias answered, Lord, I have heard by many of this man, how much evil he hath done to thy saints at Jerusalem:

Ac 22:4  And I persecuted this way unto the death, binding and delivering into prisons both men and women.

Ac 26:9  I verily thought with myself, that I ought to do many things contrary to the name of Jesus of Nazareth.

428

Ac 26:10  Which thing I also did in Jerusalem: and many of the saints did I shut up in prison, having received authority from the chief priests; and when they were put to death, I gave my voice against *them*.

Ac 26:11  And I punished them oft in every synagogue, and compelled *them* to blaspheme; and being exceedingly mad against them, I persecuted *them* even unto strange cities.

1Co 15:9  For I am the least of the apostles, that am not meet to be called an apostle, because I persecuted the church of God.

Ga 1:13  For ye have heard of my conversation in time past in the Jews' religion, how that beyond measure I persecuted the church of God, and wasted it:

Php 3:6  Concerning zeal, persecuting the church; touching the righteousness which is in the law, blameless.

But God showed mercy to Paul:

1Ti 1:16  Howbeit for this cause I obtained mercy, that in me first Jesus Christ might shew forth all longsuffering, for a pattern to them which should hereafter believe on him to life everlasting.

But there is no salvation for Satan, and so God used Satan as a tool, and when God is done with that tool, he will cast that tool into the eternal lake of fire:

Re 20:10  And the devil that deceived them was cast into the lake of fire and brimstone, where the beast and the false prophet *are*, and shall be tormented day and night for ever and ever.

There is no salvation for Satan, just as there was no salvation for that betrayer, Judas Iscariot, whom Satan filled on the night that Jesus was betrayed.

Joh 13:26  Jesus answered, He it is, to whom I shall give a sop, when I have dipped *it*.  And when he had dipped the sop, he gave *it* to Judas Iscariot, *the son* of Simon.

27  And after the sop Satan entered into him.  Then said Jesus unto him, That thou doest, do quickly.

And as Jesus says in John 17:

Joh 17:12  While I was with them in the world, I kept them in thy name: those that thou gavest me I have kept, and none of them is lost, but the son of perdition; that the scripture might be fulfilled.

The "son of perdition" is a reference to the fact that Judas Iscariot was a child of the devil.  So Judas Iscariot will be cast into the lake of fire on Judgement Day, at the end of time.

To be a betrayer is not the unpardonable sin, though.  God simply did not choose to save Judas Iscariot, even as God did not choose to save Esau, but only chose to save Jacob.  As God says: