429

Ro 9: 13  As it is written, Jacob have I loved, but Esau have I hated.

Mal 1:1 ¶ The burden of the word of the LORD to Israel by Malachi.
2  I have loved you, saith the LORD. Yet ye say, Wherein hast thou loved us? *Was not* Esau Jacob's brother? saith the LORD: yet I loved Jacob.
3  And I hated Esau, and laid his mountains and his heritage waste for the dragons of the wilderness.

To commit the unpardonable sin is to resist the truth to the point that your conscience is completely hardened because you have resisted the Holy Spirit too long; the Holy Spirit who uses the Bible to convince men of sin and of truth and of judgement and righteousness to come.  This resisting of the Holy Spirit too long is blasphemy of the Holy Spirit.  Do not resist the truth.  If you continue to do so, God will eventually take all truth from you, since you resist it and prove that you do not love the truth, and God will give to you the lies that you love.  And you will have no place of return.  You will be with your god, Satan, the master of lies, in the eternal lake of fire forever.  You have thereby proven that you are a child of the devil, and a child of his bride, the great whore, the apostate church and all of apostate mankind who do not know the truth, and whom Jesus does not know either.  Satan knows you, though, because you are just like him.  He loves lies, and so do you and you are just like him.

The non-elect will never understand the truth, even though in this life they may think that they have understanding of the truth, even understanding of the Bible itself.

God says clearly that there is truth that the non-elect will never understand.  This includes Satan himself, and all of the false teachers with their many PhD degrees in theology and philosophy.  As we read:

Da 12:10  Many shall be purified, and made white, and tried; but the wicked shall do wickedly: and none of the wicked shall understand; but the wise shall understand.

And I assert, because truth is one cohesive whole, that in fact, if God denys any truth from the non-elect, consequently God shall deny all truth from the non-elect.

Also, if God gives any truth to an elect, God will give all truth to that elect.  Consequently, each and every elect of God shall have all truth.  Romans 8 implies this:

Rom 8:32  He that spared not his own Son, but delivered him up for us all, how shall he not with him also freely give us all things?

So the elect will have all truth, and the non-elect will have absolutely no truth.  This does not mean, though, that all of God's mind will be comprehensible to the elect.  God is too big for that, even in eternity.  God will reveal of his mind all that the elect need to know, and hold nothing back from them in that sense; God's infinite love for the elect will dictate what the elect are to know of God's infinite, loving mind of truth, and God's infinite love will also dictate what of God's mind they should not know, as a way of protection to the elect.  I, the author of this paper, personally believes that the elect will always be learning more and more of God throughout eternity, in a never-ending-delight

430

to know more about God.  God will never be boring, nor threatening to the elect.  His love will calm all our would-be fears of him, except for the proper respectful fear that the Bride of Christ should have in her desire to please God utterly, because how deeply he loves us.  We will return that infinite, profound love that God will show to us, the elect, with an overwhelming desire to please him and be submissive to him in all respects.  And he will not forget our desires and our interest as we seek to please him; but he will remember our desires and fulfill them in the never-boring, ever-tiring no exhausting joy and pleasure for eternity.  Heaven will never be boring, never tiring nor exhausting; but totally delightful, and give to us absolute perfect purpose of heart and reason for existence that will stretch out before us for eternity.

Quite the opposite is the case for the non-elect in the eternal lake of fire.  They will have absolutely no purpose of heart for existence; but their future will be filled with horror that will stretch out before them for eternity; and they will nevertheless exist continuously for eternity there in that eternal lake of fire; and though they may wish to be annihilated, they will never get that wish.  There is absolutely no mercy nor any goodness in the least little way in the eternal lake of fire.  There will be no pleasure, nor joy, nor happiness, nor any purpose for living whatsoever.  Yet they will not be able to avoid that horrible eternal future that they are assigned to by Almighty God; because they hated the truth of Almighty God in this life.  God will therefore not give to them the truth that they hated, namely Jesus, who is Truth.  They hated Truth, so Truth will not have them for his Bride.

Nevertheless, those false teachers in the apostate church that are non-elect do *appear* to have a deep understanding of God's truth in some subject areas and at times while in this life.  That is why we read:

Da 8: 23.  And in the latter time of their kingdom, when the transgressors are come to the full, a king of fierce countenance, and understanding dark sentences, shall stand up.
24  And his power shall be mighty, but not by his own power: and he shall destroy wonderfully, and shall prosper, and practise, and shall destroy the mighty and the holy people.

Eze 28:1 ¶ The word of the LORD came again unto me, saying,
2  Son of man, say unto the prince of Tyrus, Thus saith the Lord GOD; Because thine heart is lifted up, and thou hast said, I am a God, I sit in the seat of God, in the midst of the seas; yet thou *art* a man, and not God, though thou set thine heart as the heart of God:
3  Behold, thou *art* wiser than Daniel; there is no secret that they can hide from thee:
4  With thy wisdom and with thine understanding thou hast gotten thee riches, and hast gotten gold and silver into thy treasures:
5  By thy great wisdom *and* by thy traffick hast thou increased thy riches, and thine heart is lifted up because of thy riches:
6  Therefore thus saith the Lord GOD; Because thou hast set thine heart as the heart of God;
7  Behold, therefore I will bring strangers upon thee, the terrible of the nations: and they shall draw their swords against the beauty of thy wisdom, and they shall defile thy brightness.

431

But because of the lies that are in the non-elect's heart, including the apparently wise non-elect false teachers, the apparent truth that the non-elect have in their hearts will be taken from them, because Truth, Jesus, can not live within such a heart of lies; as we read:

Lu 8:10 And he said, Unto you it is given to know the mysteries of the kingdom of God: but to others in parables; that seeing they might not see, and hearing they might not understand.
11 Now the parable is this: The seed is the word of God.
12 Those by the way side are they that hear; then cometh the devil, and taketh away the word out of their hearts, lest they should believe and be saved.
13 They on the rock are they, which, when they hear, receive the word with joy; and these have no root, which for a while believe, and in time of temptation fall away.
14 And that which fell among thorns are they, which, when they have heard, go forth, and are choked with cares and riches and pleasures of this life, and bring no fruit to perfection.
15 But that on the good ground are they, which in an honest and good heart, having heard the word, keep it, and bring forth fruit with patience.
16 No man, when he hath lighted a candle, covereth it with a vessel, or putteth it under a bed; but setteth it on a candlestick, that they which enter in may see the light.
17 For nothing is secret, that shall not be made manifest; neither any thing hid, that shall not be known and come abroad.
18 Take heed therefore how ye hear: for whosoever hath, to him shall be given; and whosoever hath not, from him shall be taken even that which he seemeth to have.

We must heed how we hear the truth. If we hear the truth of the Gospel, but never repent of our self-reliance and self trust, then the lies of self-reliance and self trust will keep us from trusting the all powerful, electing God—the God whom we need to be begging for mercy; if perhaps he may save us. We can not control God's electing program by which he chooses some to salvation, but if we beg God, maybe we may discover that he has indeed elected us. Who can tell? As we read:

Jonah 3:1 ¶ And the word of the LORD came unto Jonah the second time, saying,
2 Arise, go unto Nineveh, that great city, and preach unto it the preaching that I bid thee.
3 So Jonah arose, and went unto Nineveh, according to the word of the LORD. Now Nineveh was an exceeding great city of three days' journey.
4 And Jonah began to enter into the city a day's journey, and he cried, and said, Yet forty days, and Nineveh shall be overthrown.
5 ¶ So the people of Nineveh believed God, and proclaimed a fast, and put on sackcloth, from the greatest of them even to the least of them.
6 For word came unto the king of Nineveh, and he arose from his throne, and he laid his robe from him, and covered him with sackcloth, and sat in ashes.
7 And he caused it to be proclaimed and published through Nineveh by the decree of the king and his nobles, saying, Let neither man nor beast, herd nor flock, taste any thing: let them not feed, nor drink water:
8 But let man and beast be covered with sackcloth, and cry mightily unto God: yea, let them turn every one from his evil way, and from the violence that is in their hands.
9 Who can tell if God will turn and repent, and turn away from his fierce anger, that we perish not?

432

10 And God saw their works, that they turned from their evil way; and God repented of the evil, that he had said that he would do unto them; and he did it not.

These people in Jonah's time recorded in Jonah 3 above did become saved. They did not know if God would save them; they cast themselves on the unknown possibility of God's mercy. And God chose to grant them mercy. Yet, they did not know whether of not they were one of God's elect. But God mercifully saved them, thereby showing that in fact they were God's elect. These people of Nineveh who repented are true believers, and are members of the Bride of Christ. But, for the false teachers of the apostate church who never repent of their self-reliance and pride and security in themselves (rather than an abandonment of their self-reliance and pride and self-security and a complete casting of themselves onto the unknown possibility of God's mercy), they will be cast into the eternal lake of fire. Consequently, when Jesus says to them "depart from me ye that work iniquity", they will be in complete disagreement with Jesus, and they will end up in the eternal lake of fire in full disagreement with Jesus having sent them into the eternal lake of fire. As we read:

Mt 7:21 ¶ Not every one that saith unto me, Lord, Lord, shall enter into the kingdom of heaven; but he that doeth the will of my Father which is in heaven.
22 Many will say to me in that day, Lord, Lord, have we not prophesied in thy name? and in thy name have cast out devils? and in thy name done many wonderful works?
23 And then will I profess unto them, I never knew you: depart from me, ye that work iniquity.

And the disagreement with being cast into hell will be evident because of their weeping and gnashing of teeth—and because we know that Jesus has already taken from them what they seem to have (Lu 8:19); as we read:

Mt 8:5 ¶ And when Jesus was entered into Capernaum, there came unto him a centurion, beseeching him,
6 And saying, Lord, my servant lieth at home sick of the palsy, grievously tormented.
7 And Jesus saith unto him, I will come and heal him.
8 The centurion answered and said, Lord, I am not worthy that thou shouldest come under my roof: but speak the word only, and my servant shall be healed.
9 For I am a man under authority, having soldiers under me: and I say to this man, Go, and he goeth; and to another, Come, and he cometh; and to my servant, Do this, and he doeth it.
10 When Jesus heard it, he marvelled, and said to them that followed, Verily I say unto you, I have not found so great faith, no, not in Israel.
11 And I say unto you, That many shall come from the east and west, and shall sit down with Abraham, and Isaac, and Jacob, in the kingdom of heaven.
12 But the children of the kingdom shall be cast into outer darkness: there shall be weeping and gnashing of teeth.
13 And Jesus said unto the centurion, Go thy way; and as thou hast believed, so be it done unto thee. And his servant was healed in the selfsame hour.

So man's wisdom will fail man, and leave him with no option other than to end up in the eternal lake of fire. The failure of man's wisdom is very evident from this passage:

433

Isa 47:1 ¶ Come down, and sit in the dust, O virgin daughter of Babylon, sit on the ground: *there is* no throne, O daughter of the Chaldeans: for thou shalt no more be called tender and delicate.

2 Take the millstones, and grind meal: uncover thy locks, make bare the leg, uncover the thigh, pass over the rivers.

3 Thy nakedness shall be uncovered, yea, thy shame shall be seen: I will take vengeance, and I will not meet *thee as* a man.

4 *As for* our redeemer, the LORD of hosts *is* his name, the Holy One of Israel.

5 Sit thou silent, and get thee into darkness, O daughter of the Chaldeans: for thou shalt no more be called, The lady of kingdoms.

6 I was wroth with my people, I have polluted mine inheritance, and given them into thine hand: thou didst shew them no mercy; upon the ancient hast thou very heavily laid thy yoke.

7 ¶ And thou saidst, I shall be a lady for ever: *so* that thou didst not lay these *things* to thy heart, neither didst remember the latter end of it.

8 Therefore hear now this, *thou that art* given to pleasures, that dwellest carelessly, that sayest in thine heart, I *am*, and none else beside me; I shall not sit *as* a widow, neither shall I know the loss of children:

9 But these two *things* shall come to thee in a moment in one day, the loss of children, and widowhood: they shall come upon thee in their perfection for the multitude of thy sorceries, *and* for the great abundance of thine enchantments.

10 For thou hast trusted in thy wickedness: thou hast said, None seeth me. Thy wisdom and thy knowledge, it hath perverted thee; and thou hast said in thine heart, I *am*, and none else beside me.

11 Therefore shall evil come upon thee; thou shalt not know from whence it riseth: and mischief shall fall upon thee; thou shalt not be able to put it off: and desolation shall come upon thee suddenly, *which* thou shalt not know.

12 Stand now with thine enchantments, and with the multitude of thy sorceries, wherein thou hast laboured from thy youth; if so be thou shalt be able to profit, if so be thou mayest prevail.

13 Thou art wearied in the multitude of thy counsels. Let now the astrologers, the stargazers, the monthly prognosticators, stand up, and save thee from *these things that* shall come upon thee.

14 Behold, they shall be as stubble; the fire shall burn them; they shall not deliver themselves from the power of the flame: *there shall not be* a coal to warm at, *nor* fire to sit before it.

15 Thus shall they be unto thee with whom thou hast laboured, *even* thy merchants, from thy youth: they shall wander every one to his quarter; none shall save thee.

Da 5:7 The king cried aloud to bring in the astrologers, the Chaldeans, and the soothsayers. *And* the king spake, and said to the wise *men* of Babylon, Whosoever shall read this writing, and shew me the interpretation thereof, shall be clothed with scarlet, and *have* a chain of gold about his neck, and shall be the third ruler in the kingdom.

8 Then came in all the king's wise *men*: but they could not read the writing, nor make known to the king the interpretation thereof.

434

God brings to nothing the wisdom of this world. That fact is plain from I Cor 1, where we read:

1 Co 1:17 ¶ For Christ sent me not to baptize, but to preach the gospel: not with wisdom of words, lest the cross of Christ should be made of none effect.

18 For the preaching of the cross is to them that perish foolishness; but unto us which are saved it is the power of God.

19 For it is written, I will destroy the wisdom of the wise, and will bring to nothing the understanding of the prudent.

20 Where *is* the wise? where *is* the scribe? where *is* the disputer of this world? hath not God made foolish the wisdom of this world?

21 For after that in the wisdom of God the world by wisdom knew not God, it pleased God by the foolishness of preaching to save them that believe.

22 For the Jews require a sign, and the Greeks seek after wisdom:

23 But we preach Christ crucified, unto the Jews a stumblingblock, and unto the Greeks foolishness;

24 But unto them which are called, both Jews and Greeks, Christ the power of God, and the wisdom of God.

25 Because the foolishness of God is wiser than men; and the weakness of God is stronger than men.

26 For ye see your calling, brethren, how that not many wise men after the flesh, not many mighty, not many noble, *are called*:

27 But God hath chosen the foolish things of the world to confound the wise; and God hath chosen the weak things of the world to confound the things which are mighty;

28 And base things of the world, and things which are despised, hath God chosen, yea, and things which are not, to bring to nought things that are:

29 That no flesh should glory in his presence.

30 But of him are ye in Christ Jesus, who of God is made unto us wisdom, and righteousness, and sanctification, and redemption:

31 That, according as it is written, He that glorieth, let him glory in the Lord.

And, as Lu 8:18 teaches, God will take away that which they seem to have, so that in the eternal lake of fire, the reality will be that no one sliech of truth may be found in the hearts of each and every inhabitant of that eternal lake of fire. Their hearts will be the fully pitch black and darker than dark, darkness so dark that it can be felt, like swimming in an infinitely deep tar pit from which they can not escape, nor ever swim to the surface—and a boiling tar bit at that. The core lie within their hearts that they will tell themselves and believe with all sincerity in their hearts will be that they do not deserve to be in the eternal lake of fire, especially not for eternity. This lie that they do not belong there they will cling to with all their might, and believe with all their strength. And in so doing, they will be contradicting every truth of the Bible. This must be so, because the truth of the Bible is one cohesive whole that stands together in full agreement—God does not contradict God, and Satan can not cause God to be divided against God. Hence, mankind in hell will never hear a single syllable of truth within their hearts—they will not even be able to tell themselves that they were wrong in believing the false gospels that they believed. If they believed that those false gospels were really false, then they would be giving acknowledgement to God's right to put them into the eternal lake of fire. Yet, on Judgement Day they will give glory to Jesus Christ as Almighty God, and they will

436

Jeremiah 13, given below, pictures the apostate church of our time as spiritually pictured by historical Israel years ago. And the great pride mentioned in verse 9 below is the fuel that makes verse 14 below so awful, namely that the unsaved in hell will destroy each other without any blessing to anyone and only ending suffering—because there is no light of love anywhere to relieve their pain. They hated truth, so truth will be very far from them. Truth will be at peace in heaven with his Bride; Truth and his Bride will never experience joy and pleasures forevermore. But the great whore and her husband, Satan, will never experience one iota of pleasure nor joy, whatsoever, as they are forever in the eternal lake of fire continually torching each other like dragons (Re 12:9) with their never ending lies:

Jer 13:1 ¶ Thus saith the LORD unto me, Go and get thee a linen girdle, and put it upon thy loins, and put it not in water.

2 So I got a girdle according to the word of the LORD, and put it on my loins.

3 And the word of the LORD came unto me the second time, saying,

4 Take the girdle that thou hast got, which is upon thy loins, and arise, go to Euphrates, and hide it there in a hole of the rock.

5 So I went, and hid it by Euphrates, as the LORD commanded me.

6 And it came to pass after many days, that the LORD said unto me, Arise, go to Euphrates, and take the girdle from thence, which I commanded thee to hide there.

7 Then I went to Euphrates, and digged, and took the girdle from the place where I had hid it: and, behold, the girdle was marred, it was profitable for nothing.

8 Then the word of the LORD came unto me, saying,

9 Thus saith the LORD, After this manner will I mar the pride of Judah, and the great pride of Jerusalem.

10 This evil people, which refuse to hear my words, which walk in the imagination of their heart, and walk after other gods, to serve them, and to worship them, shall even be as this girdle, which is good for nothing.

11 For as the girdle cleaveth to the loins of a man, so have I caused to cleave unto me the whole house of Israel and the whole house of Judah, saith the LORD; that they might be unto me for a people, and for a name, and for a praise, and for a glory: but they would not hear.

12 ¶ Therefore thou shalt speak unto them this word; Thus saith the LORD God of Israel, Every bottle shall be filled with wine: and they shall say unto thee, Do we not certainly know that every bottle shall be filled with wine?

13 Then shalt thou say unto them, Thus saith the LORD, Behold, I will fill all the inhabitants of this land, even the kings that sit upon David's throne, and the priests, and the prophets, and all the inhabitants of Jerusalem, with drunkenness.

14 And I will dash them one against another, even the fathers and the sons together, saith the LORD: I will not pity, nor spare, nor have mercy, but destroy them.

15 ¶ Hear ye, and give ear; be not proud: for the LORD hath spoken.

16 Give glory to the LORD your God, before he cause darkness, and before your feet stumble upon the dark mountains, and, while ye look for light, he turn it into the shadow of death, and make it gross darkness.

17 But if ye will not hear it, my soul shall weep in secret places for your pride; and mine eye shall weep sore, and run down with tears, because the LORD'S flock is carried away captive.

18 Say unto the king and to the queen, Humble yourselves, sit down: for your principalities shall come down, even the crown of your glory.

435

acknowledge their sin before God. Yet, this acknowledgement will be their last ditch effort to please God in their own strength so that God will not cast them into hell. God will see through that lie of their mouth, because that acknowledgement is not sincere in that they are trying to please God in their own strength, and have not acknowledged God's right to choose to save some and not others—he will have no choice to save them in the pride of their self-reliance and non-trust in God. In Jeremiah 13 God records a powerful picture of how the apostate church will end up in hell because of their great pride. And this great pride will cause the unsaved in hell to force their lies onto each other, as each believes those lies that are being told. Because of their pride, no one in hell will be able to admit that they are a liar. Yet, only lies will come from their mouths. The pride of man will cause the eternal lake of fire to be a place of mutual destruction as each will destroy his neighbor by speaking words of lies from their hearts—and they can not avoid speaking lies, because there is absolutely no truth within their hearts. This is why the lake of fire is called the lake of fire. Fire refers to the lies of their mouth. Isa 33 says:

Isa 33:11 Ye shall conceive chaff, ye shall bring forth stubble: your breath, as fire, shall devour you.

12 And the people shall be as the burnings of lime: as thorns cut up shall they be burned in the fire.

And the lake of fire is called a lake, because it is a lesser portion of the entire sea of humanity. God calls the gentiles, which really refers to all of humanity for all practical purposes, a sea:

Isa 60:5 Then thou shalt see, and flow together, and thine heart shall fear, and be enlarged; because the abundance of the sea shall be converted unto thee, the forces of the Gentiles shall come unto thee.

The term "the abundance of the sea" is a metaphor for the very desirable food to be caught from the sea, that food being the elect that Jesus is out to catch for his Bride. That phrase "shall come unto thee" is referring to the elect from around the world coming to Jesus over all time, and in particular in these last 2000 years of the earth's existence since Jesus went to the cross and commissioned his disciples to spread the true Gospel to the entire world. That term "sea" then refers to humanity. And the term "lake" in the phrase "lake of fire" then refers to that portion of the sea that goes to hell, the non-elect that did not come to Jesus with a truly broken and contrite heart truly realizing that he or she deserves hell and maybe, just maybe God will forgive. These non-elect, who fail to have true brokenness and contrite-ness—because God does not give it to them, since repentance comes only from God (Acts 5:31)—are that lake. So, in all the lies that fills the hearts of the non-elect, the non-elect will breath fire onto each other as their neighbor in hell, with Satan, their king and their god forcing the fire even hotter with his lies and commands to the human race underneath him. And their pride will not let them escape nor repent nor admit that they are liars, nor that they have ever lied.

437

19 The cities of the south shall be shut up, and none shall open *them*: Judah shall be carried away captive all of it, it shall be wholly carried away captive.
20 Lift up your eyes, and behold them that come from the north: where *is* the flock *that* was given thee, thy beautiful flock?
21 What wilt thou say when he shall punish thee? for thou hast taught them *to be* captains, *and* as chief over thee: shall not sorrows take thee, as a woman in travail?
22 ¶ And if thou say in thine heart, Wherefore come these things upon me? For the greatness of thine iniquity are thy skirts discovered, *and* thy heels made bare.
23 Can the Ethiopian change his skin, or the leopard his spots? *then* may ye also do good, that are accustomed to do evil.
24 Therefore will I scatter them as the stubble that passeth away by the wind of the wilderness.
25 This *is* thy lot, the portion of thy measures from me, saith the LORD; because thou hast forgotten me, and trusted in falsehood.
26 Therefore will I discover thy skirts upon thy face, that thy shame may appear.
27 I have seen thine adulteries, and thy neighings, the lewdness of thy whoredom, *and* thine abominations on the hills in the fields. Woe unto thee, O Jerusalem! wilt thou not be made clean? when *shall it* once *be*?

The idea that historical Israel is a spiritual picture of the church today, and that the apostasy of historical Israel is a spiritual picture of the apostasy at the end of time is clearly taught by the Bible, when 1Co 10:1-14 and Rom 15:1-5 are combined with 2Th 2:1-4. As we read:

1 ¶ Moreover, brethren, I would not that ye should be ignorant, how that all our fathers were under the cloud, and all passed through the sea;
2 And were all baptized unto Moses in the cloud and in the sea;
3 And did all eat the same spiritual meat;
4 And did all drink the same spiritual drink: for they drank of that spiritual Rock that followed them: and that Rock was Christ.
5 But with many of them God was not well pleased: for they were overthrown in the wilderness.
6 ¶ Now these things were our examples, to the intent we should not lust after evil things, as they also lusted.
7 Neither be ye idolaters, as *were* some of them; as it is written, The people sat down to eat and drink, and rose up to play.
8 Neither let us commit fornication, as some of them committed, and fell in one day three and twenty thousand.
9 Neither let us tempt Christ, as some of them also tempted, and were destroyed of serpents.
10 Neither murmur ye, as some of them also murmured, and were destroyed of the destroyer.
11 Now all these things happened unto them for examples: and they are written for our admonition, upon whom the ends of the world are come.
12 Wherefore let him that thinketh he standeth take heed lest he fall.
13 There hath no temptation taken you but such as is common to man: but God *is* faithful, who will not suffer you to be tempted above that ye are able; but will with the temptation also make a way to escape, that ye may be able to bear *it*.

438

14 Wherefore, my dearly beloved, flee from idolatry.

Rom 15:1 ¶ We then that are strong ought to bear the infirmities of the weak, and not to please ourselves.
2 Let every one of us please *his* neighbour for *his* good to edification.
3 For even Christ pleased not himself; but, as it is written, The reproaches of them that reproached thee fell on me.
4 For whatsoever things were written aforetime were written for our learning, that we through patience and comfort of the scriptures might have hope.

2Th 2:1 ¶ Now we beseech you, brethren, by the coming of our Lord Jesus Christ, and by our gathering together unto him,
2 That ye be not soon shaken in mind, or be troubled, neither by spirit, nor by word, nor by letter as from us, as that the day of Christ is at hand.
3 ¶ Let no man deceive you by any means: for *that day shall not come*, except there come a falling away first, and that man of sin be revealed, the son of perdition;
4 Who opposeth and exalteth himself above all that is called God, or that is worshipped: so that he as God sitteth in the temple of God, shewing himself that he is God.

That term "a falling away" in 2Th 2:3 is based on the Greek word for apostasy. Hence, since 1Co 10:1-14 teaches us to look at historical Israel as a warning concerning a falling away that will happen in the church in the future, and Romans 15:4 reinforces the fact that we must view the Old Testament as things written for our learning, then the Old Testament language showing the unfaithfulness and spiritual adultery towards Almighty God of historical Israel are really for our learning concerning the nature and picture of the falling away of the New Testament church in our time. And also remember, the historical national Israel killed the only sinless man that ever walked the face of this earth, Jesus Christ—what could be more apostate than that? And if Israel killed the Truth himself, then the apostate church or our time will hate the truth also, and kill, at least spiritually, those that do love the true Jesus of the Bible. The false teachers in the apostate church of our time do this killing by their lies. That is the point of Eze 13:17-23, which reads:

Eze 13:17 ¶ Likewise, thou son of man, set thy face against the daughters of thy people, which prophesy out of their own heart; and prophesy thou against them.
18 And say, Thus saith the Lord GOD; Woe to the *women* that sew pillows to all armholes, and make kerchiefs upon the head of every stature to hunt souls! Will ye hunt the souls of my people, and will ye save the souls *alive that* come unto you?
19 And will ye pollute me among my people for handfuls of barley and for pieces of bread, to slay the souls that should not die, and to save the souls alive that should not live, by your lying to my people that hear your lies?
20 Wherefore thus saith the Lord GOD; Behold, I *am* against your pillows, wherewith ye there hunt the souls to make *them* fly, and I will tear them from your arms, and will let the souls go, even the souls that ye hunt to make *them* fly.
21 Your kerchiefs also will I tear, and deliver my people out of your hand, and they shall be no more in your hand to be hunted; and ye shall know that I *am* the LORD.

439

22 Because with lies ye have made the heart of the righteous sad, whom I have not made sad; and strengthened the hands of the wicked, that he should not return from his wicked way, by promising him life:

23 Therefore ye shall see no more vanity, nor divine divinations: for I will deliver my people out of your hand: and ye shall know that I *am* the LORD.

Furthermore, notice that I Co 10:14 says to flee from idolatry. Idolatry is to worship something that has eyes that can not see, and ears that can not hear, and a mouth that can not speak the truth. As Ps 115 says:

Ps 115:1 ¶ Not unto us, O LORD, not unto us, but unto thy name give glory, for thy mercy, *and* for thy truth's sake.

2 Wherefore should the heathen say, Where *is* now their God?

3 But our God *is* in the heavens: he hath done whatsoever he hath pleased.

4 Their idols *are* silver and gold, the work of men's hands.

5 They have mouths, but they speak not: eyes have they, but they see not:

6 They have ears, but they hear not: noses have they, but they smell not:

7 They have hands, but they handle not: feet have they, but they walk not: neither speak they through their throat.

8 They that make them are like unto them; *so is* every one that trusteth in them.

These idols of silver and gold are the false teachers that have many people following them. These many people are the silver and gold that adorn these false teachers. And many follow these false teachers because of this adornment and apparent beauty. And such followers become further adornment to these idols that men worship, these idols being the false teachers that can not correctly speak the truth, though they may mix some truth with their lies to make their message more deceptive. But they hate the truth, and it is only a act of deception. Flee from them before your worship of them causes you to be like them, and then God casts you into hell with them. Worship the true Jesus of the Bible by studying your own Bible and comparing Bible verses with Bible verses and seeking God's mercy and his kind face that he may grant you wisdom to see the truth, and to flee the lies that are being told to you, before you are destroyed by those lies.

The tree of the knowledge of good and evil really has to do with God showing forth the knowledge of who is good, and who is evil. In the first place, that knowledge manifests itself as the truth that only God is good, and men are all wicked with no good in them whatsoever. Then God sends forth his truth and redeems men from their wickedness by the true Gospel of Jesus Christ dieing for the elect and giving to the elect God's love and righteousness and truth, thereby preparing the elect to be the Bride of Christ, to be the wife of Jesus for eternity. We must be righteous if we are to be the wife of the Righteous, Holy Jesus Christ, the Almighty God of eternity. This is the goodness and beauty of Jesus coming upon us. As is very beautifully stated in Ps 90, with the last verse being totally glorious, we read:

Ps 90:1 ¶ <<A Prayer of Moses the man of God.>> Lord, thou hast been our dwelling place in all generations.

2 Before the mountains were brought forth, or ever thou hadst formed the earth and the world, even from everlasting to everlasting, thou *art* God.

440

3 Thou turnest man to destruction; and sayest, Return, ye children of men.

4 For a thousand years in thy sight *are but* as yesterday when it is past, and *as* a watch in the night.

5 Thou carriest them away as with a flood, they are *as* a sleep; in the morning *they are* like grass *which* groweth up.

6 In the morning it flourisheth, and groweth up; in the evening it is cut down, and withereth.

7 ¶ For we are consumed by thine anger, and by thy wrath are we troubled.

8 Thou hast set our iniquities before thee, our secret *sins* in the light of thy countenance.

9 For all our days are passed away in thy wrath: we spend our years as a tale *that is told.*

10 The days of our years *are* threescore years and ten; and if by reason of strength *they be* fourscore years, yet *is* their strength labour and sorrow; for it is soon cut off, and we fly away.

11 Who knoweth the power of thine anger? even according to thy fear, *so is* thy wrath.

12 ¶ So teach us to number our days, that we may apply *our* hearts unto wisdom.

13 Return, O LORD, how long? and let it repent thee concerning thy servants.

14 O satisfy us early with thy mercy; that we may rejoice and be glad all our days.

15 Make us glad according to the days *wherein* thou hast afflicted us, *and* the years *wherein* we have seen evil.

16 Let thy work appear unto thy servants, and thy glory unto their children.

17 And let the beauty of the LORD our God be upon us: and establish thou the work of our hands upon us; yea, the work of our hands establish thou it.

And to seek that God establish the work of our hands is really the Bride, the elect, praying that God will help us to prepare ourselves for our wedding with Jesus by seeking and saving every last one of the elect, that none be lost, so that we may be as beautiful as absolutely possible for our beloved Savior, without spot or blemish So we read:

Re 19:7 Let us be glad and rejoice, and give honour to him: for the marriage of the Lamb is come, and his wife hath made herself ready.

Eph 5:27 That he might present it to himself a glorious church, not having spot, or wrinkle, or any such thing; but that it should be holy and without blemish.

If any one of the elect where to go unsaved, that would be an ugly indentation or blemish in the Bride. If any non-elect were to actually find truth and repent of his or her lies in all sincerity, then God would have to save that person, and that person would be a bump or blemish also on the Bride. The doctrine of limited atonement is quite equal to the concept to the Bride of Christ having absolutely no blemish—her beauty, which is entirely from Jesus, shall be absolutely perfect; and Jesus will have only payed for the sins of the elect, and all such sins, and no other sins, and only the sins of all of the elect will be in the Bride. The elect can be spiritually equated to the sins of Jesus Christ. Jesus Christ was found a sinner, not because of any sins that he did, but rather entirely because of the sins of this Bride as he died for her in his total love for her. Jesus Christ will have the most beautiful Bride in the history of the universe, even from all eternity to all eternity, entirely because she is covered by the righteousness of Jesus Christ, and only because of that righteousness. We have absolutely no beauty of our selves, not the least stitch of beauty. Without Jesus we are pure ugliness. But Jesus puts his beauty into our

441

hearts which then shows forth itself in our life as the love of Jesus lives in us as we serve him by loving others with the truth of the Truth of the Bible, the Jesus of the Bible, and no other Jesus.

So all mankind and the angels will know who is good, and who is evil at the end of time, on Judgement Day. This is per God's sovereign decree, as we read (a friend of mine noticed this verse):

Lam 3:38 Out of the mouth of the most High proceedeth not evil and good?

The tree of the knowledge of good and evil is directly related to the sovereign decrees of God. God decrees who the elect are, and who are not the elect. God saves whom he will, and the remainder he leaves in their sins to go to the eternal lake of fire. The Bride became the tree of the knowledge of good and evil when she ate of that tree in Eve, the mother of all living as Adam called her, and Adam as a picture of Jesus took of that fruit of the hand of Eve and took on her sins so that he could save her, because he loved her; and by so doing we see a picture of Jesus fulfilling the sovereign decree of God to save the elect who are the sins of the world that Jesus died for (1Joh 2:2), those who were to have the beauty and goodness of God put upon them to wash away their sins and make them ready for the marriage of the Lamb.

You may ask, how can God decree such a thing as the fall of mankind? Does not that decree make God guilty of sin?

If God were guilty of sin, then such guilt would imply that God created some flaw within mankind when God created Adam and Eve. This is equivalent to saying that mankind, who is made in the image of God, reflected some flaw in God himself. If that image were perfect, and God was perfect, then there could not be a flaw in mankind when God made Adam and Eve in the image of God. But, if that image were perfect, and if God had a flaw, then that perfect image would duplicate that flaw exactly. Here, the idea of a perfect image is not to say that Adam and Eve were perfect, but rather to say that the image was an exactly reliable duplication in detail as far as an image is concerned. But, if God were perfect, and Adam and Eve were created with a flaw, then that contradicts the perfect righteousness of God because God made an error when he created Adam and Eve (and a perfect God could not make any errors) thereby implying that God could not be perfect. This is a type of proof by reduction to absurdity (loosely called by mathematicians, a proof by contradiction). Hence, if Adam and Eve had a flaw, then that forces the conclusion that God had to have a flaw. So we are left with only two possibilities, either God is perfect and God created Adam and Eve perfect, or God is not perfect and he created Adam and Eve so that they were not perfect. (The other two possibilities are complete non-sense, namely that God is perfect and yet he erred when he made Adam and Eve; or God is not perfect and yet he created man perfect—even better than God—which is complete non-sense.) Now there are plenty of verses that force us to the conclusion that God is sinless and absolutely righteous—which means that he must be absolutely perfect. Also, the Bible directly calls God perfect, as we read:

Mt 5:48 Be ye therefore perfect, even as your Father which is in heaven is perfect.

442

This verse, Mt 5:48 is saying that if God the Father is perfect, then the true believers need to be perfect also. This implies that the end goal of salvation is the perfection of God. We see this end goal in a few scriptures (though, may verses may be given):

Ge 17:1 ¶ And when Abram was ninety years old and nine, the LORD appeared to Abram, and said unto him, I am the Almighty God; walk before me, and be thou perfect.

Le 11:44 For I am the LORD your God; ye shall therefore sanctify yourselves, and ye shall be holy: for I am holy: neither shall ye defile yourselves with any manner of creeping thing that creepeth upon the earth.

Le 19:2 Speak unto all the congregation of the children of Israel, and say unto them, Ye shall be holy: for I the LORD your God am holy.

Le 20:26 And ye shall be holy unto me: for I the LORD am holy, and have severed you from other people, that ye should be mine.

De 18:13 Thou shalt be perfect with the LORD thy God.

Php 3:12 Not as though I had already attained, either were already perfect: but I follow after, if that I may apprehend that for which also I am apprehended of Christ Jesus.

Php 3:13 Brethren, I count not myself to have apprehended: but this one thing I do, forgetting those things which are behind, and reaching forth unto those things which are before,

Php 3:14 I press toward the mark for the prize of the high calling of God in Christ Jesus.

So, as far as our two cases go, the Bible plainly teaches that our end goal is to be righteous and holy like God—otherwise we could not be in his presence. Yet, even in heaven I believe that all true believers must always remember that they are the created creature, though redeemed, and God remains Almighty infinite God who has always been, without beginning nor end. Yet, Jesus Christ makes us God-created beings, who had fallen into sin, into his wife because he loves us.

Now, if this end goal is to be like an absolutely perfect God, then we must conclude that Adam and Eve were also created with absolute perfection and had no flaw in them.

Have you ever wondered why God put the tree of the knowledge of good and evil into the Garden of Eden in the first place? If God had not put that tree there, then mankind could not have fallen. Would not that have been a better outcome? Then God's love that saves sinners could never have been put onto display; but God is glorified when he puts his love on display. Also, God is glorified when he puts his wrath on display as he casts the non-elect into the eternal lake of fire. Think about this. If God desires to put his love and wrath on display, how would you do that if you were God? How would you put that powerful, incomprehensible combination of your perfect, holy love and perfect, holy justice on display for all to see? Do you realize that God wants us to put love on display as well?? Consider:

Heb 10:24 And let us consider one another to provoke unto love and to good works:

443

Jas 2:18 Yea, a man may say, Thou hast faith, and I have works: shew me thy faith without thy works, and I will shew thee my faith by my works.
19 Thou believest that there is one God; thou doest well: the devils also believe, and tremble.
20 But wilt thou know, O vain man, that faith without works is dead?

Gal 5:6 For in Jesus Christ neither circumcision availeth any thing, nor uncircumcision; but faith which worketh by love.

Mt 5:13 ¶ Ye are the salt of the earth: but if the salt have lost his savour, wherewith shall it be salted? it is thenceforth good for nothing, but to be cast out, and to be trodden under foot of men.
14 Ye are the light of the world. A city that is set on an hill cannot be hid.
15 Neither do men light a candle, and put it under a bushel, but on a candlestick; and it giveth light unto all that are in the house.
16 Let your light so shine before men, that they may see your good works, and glorify your Father which is in heaven.

God is glorified by the display of his love as that love in you plays out in your life towards others. Love is not a boastful thing, you know. Consider:

1Co 13:4 ¶ Charity suffereth long, and is kind, charity envieth not; charity vaunteth not itself, is not puffed up.

Yet, God wants our love on display.

This motive of God to put love on display is at the very center of the true Gospel. The ultimate display of God's love when Jesus was put onto the cross to draw all men—the elect—to him. In this display of love Jesus hung there naked, and great shame was upon him because of the sins of the elect that he was bearing. So where is boasting in this display of love? Yet God is glorified. Even as we read when Jesus was anticipating going to the cross:

Joh 17:1 ¶ These words spake Jesus, and lifted up his eyes to heaven, and said, Father, the hour is come: glorify thy Son, that thy Son also may glorify thee:

Remember, sacrifice without friendship is not friendship. Jesus must then have kept his mind and heart on the Bride as a close friend that he was dieing for. As we read:

Joh 15:13 Greater love hath no man than this, that a man lay down his life for his friends.
14 Ye are my friends, if ye do whatsoever I command you.
15 Henceforth I call you not servants; for the servant knoweth not what his lord doeth: but I have called you friends; for all things that I have heard of my Father I have made known unto you.
16 Ye have not chosen me, but I have chosen you, and ordained you, that ye should go and bring forth fruit, and that your fruit should remain: that whatsoever ye shall ask of the Father in my name, he may give it you.

444

17 These things I command you, that ye love one another.

So let us go back to the question of God's motive for putting his love on display. Do you see any evil in this motive? Is this motive manifestly pure beyond our comprehension? Or course it is. Hence, God's motive to put his love on display is absolutely pure.

Now consider further. What if you, as God, wanted to put your absolutely pure love on display for all to see? If you let mankind fall, and then saved all of mankind, then would that be a powerful display of your love? If you did that, then there would be a nagging doubt that God was somehow obligated to save all of mankind, even apart from his love, as though man deserved to be saved. Love that is deserved is not love, but rather a wage: grace comes because of love, and grace is never earned, so love is never earned.

Ro 4:4 Now to him that worketh is the reward not reckoned of grace, but of debt.

If the love that you are to put onto display involved the payment of a very high price, would not that help make plain the greatness of that love, and so result in greater glory? Of course, that is so. Even Jesus taught that truth exactly. Those who are forgiven much, and those that are forgiven little love little. The love returned in response to forgiving love is proportional to the greatness of that forgiving love. The greater the forgiving love, the greater the returned love by the one that was forgiven. And the greatness of that forgiving love is proportional to the price payed by that forgiving love. As we read:

Lu 7:36 ¶ And one of the Pharisees desired him that he would eat with him. And he went into the Pharisee's house, and sat down to meat.
37 And, behold, a woman in the city, which was a sinner, when she knew that Jesus sat at meat in the Pharisee's house, brought an alabaster box of ointment,
38 And stood at his feet behind him weeping, and began to wash his feet with tears, and did wipe them with the hairs of her head, and kissed his feet, and anointed them with the ointment.
39 Now when the Pharisee which had bidden him saw it, he spake within himself, saying, This man, if he were a prophet, would have known who and what manner of woman this is that toucheth him: for she is a sinner.
40 And Jesus answering said unto him, Simon, I have somewhat to say unto thee. And he saith, Master, say on.
41 There was a certain creditor which had two debtors: the one owed five hundred pence, and the other fifty.
42 And when they had nothing to pay, he frankly forgave them both. Tell me therefore, which of them will love him most?
43 Simon answered and said, I suppose that he, to whom he forgave most. And he said unto him, Thou hast rightly judged.
44 And he turned to the woman, and said unto Simon, Seest thou this woman? I entered into thine house, thou gavest me no water for my feet: but she hath washed my feet with tears, and wiped them with the hairs of her head.
45 Thou gavest me no kiss: but this woman since the time I came in hath not ceased to kiss my feet.

445

46 My head with oil thou didst not anoint: but this woman hath anointed my feet with ointment.

47 Wherefore I say unto thee, Her sins, which are many, are forgiven; for she loved much: but to whom little is forgiven, the same loveth little.

48 And he said unto her, Thy sins are forgiven.

49 And they that sat at meat with him began to say within themselves, Who is this that forgiveth sins also?

50 And he said to the woman, Thy faith hath saved thee; go in peace.

So, if you were God and you wished to show your great love, then you must pay a high price with that love to show its greatness. To show your great mountain climbing skill, you must climb a difficult mountain. How can you put on display that high price of payment if that high price of payment was actually infinite? To make an infinite payment would show that your love is infinite in greatness. Would not that be appropriate for an infinite God to do? For an infinite God to do something finite, that is completely unimpressive. But, for an infinite God to do something infinite, that should get our attention, and cause us to give God great glory and praise, especially because we people are finite creatures, at least in this life, before we face our infinite eternal destiny, whatever destiny that may be. So if God does something infinite to show his great love for us, then we know that his love for us is in fact infinite. Now, if God saved every last human being that he created, then we might not understand the high price that Jesus paid on the cross. That infinite price is presently invisible to us when we look back at the historical matter of the cross of Jesus, since he hung there only for a few hours. But when we realize that that infinite God, named Jesus, hung there, he took the full equivalent of eternal damnation onto himself, just like a infinite bucket being filled with an infinite ocean in a finite time. This is what Jesus did. He, being God, was an infinite bucket. The price for Jesus' sin, namely the elect who are Jesus sin, was infinite because that price is eternal damnation in the eternal lake of fire. Jesus' sacrifice on the cross is a fulfillment of the word pictures that the animal sacrifices of the Old Testament draw.

And those animal sacrifices were usually sacrifices by fire. Jesus indeed endured the full equivalent of the eternal lake of fire for the elect. Yet, Jesus rose again on the third day after his suffering began in the garden of Gethsemane three days earlier. Jesus must be infinite God to each an infinite payment for his Bride. This puts on display his infinite love for her, if only we could see that payment more clearly. Now, if you could find a way to justly send many people to eternal hell, notice, I said justly, then the infinite price your love payed would be much easier to understand. Now, how could you condemn many to eternal hell justly in order to put on greater display you infinite, eternal love than you choose to save? What are the requirements of a just condemnation? Is not the requirement that one is punished for his own sin, and not for the sin of another? Are we condemned for the sin of Adam, a sin that we did not comit because we suppose that we were not there? Well, consider the following scripture:

Eze 18:1 ¶ The word of the LORD came unto me again, saying,

2 What mean ye, that ye use this proverb concerning the land of Israel, saying, The fathers have eaten sour grapes, and the children's teeth are set on edge?

3 As I live, saith the LORD GOD, ye shall not have occasion any more to use this proverb in Israel.

446

4 Behold, all souls are mine; as the soul of the father, so also the soul of the son is mine: the soul that sinneth, it shall die.

5 But if a man be just, and do that which is lawful and right,

6 And hath not eaten upon the mountains, neither hath lifted up his eyes to the idols of the house of Israel, neither hath defiled his neighbour's wife, neither hath come near to a menstruous woman,

7 And hath not oppressed any, but hath restored to the debtor his pledge, hath spoiled none by violence, hath given his bread to the hungry, and hath covered the naked with a garment;

8 He that hath not given forth upon usury, neither hath taken any increase, that hath withdrawn his hand from iniquity, hath executed true judgment between man and man,

9 Hath walked in my statutes, and hath kept my judgments, to deal truly; he is just, he shall surely live, saith the Lord GOD.

10 ¶ If he beget a son that is a robber, a shedder of blood, and that doeth the like to any one of these things,

11 And that doeth not any of those duties, but even hath eaten upon the mountains, and defiled his neighbour's wife,

12 Hath oppressed the poor and needy, hath spoiled by violence, hath not restored the pledge, and hath lifted up his eyes to the idols, hath committed abomination,

13 Hath given forth upon usury, and hath taken increase: shall he then live? he shall not live: he hath done all these abominations; he shall surely die; his blood shall be upon him.

14 Now, lo, if he beget a son, that seeth all his father's sins which he hath done, and considereth, and doeth not such like,

15 That hath not eaten upon the mountains, neither hath lifted up his eyes to the idols of the house of Israel, hath not defiled his neighbour's wife,

16 Neither hath oppressed any, hath not withholden the pledge, neither hath spoiled by violence, but hath given his bread to the hungry, and hath covered the naked with a garment,

17 That hath taken off his hand from the poor, that hath not received usury nor increase, hath executed my judgments, hath walked in my statutes; he shall not die for the iniquity of his father, he shall surely live.

18 As for his father, because he cruelly oppressed, spoiled his brother by violence, and did that which is not good among his people, lo, even he shall die in his iniquity.

19 Yet say ye, Why? doth not the son bear the iniquity of the father? When the son hath done that which is lawful and right, and hath kept all my statutes, and hath done them, he shall surely live.

20 The soul that sinneth, it shall die. The son shall not bear the iniquity of the father, neither shall the father bear the iniquity of the son: the righteousness of the righteous shall be upon him, and the wickedness of the wicked shall be upon him.

If you are knowledgeable of the world of Christianity, you surely have heard of the concept or doctrine or teaching called "original sin". This concept has always given me some trouble in my life, and now I am finding that the Bible says clearly that the entire human race, including the author of this paper and you reading this paper, were in Adam when Adam fell and ate of the tree of the knowledge of good and evil. This reality is best understood by Heb 7:9-10 which shows that a man named Levi was in the loins of his distant

447

grandfather Abraham; this we have talked about before, just a little earlier in this paper. That scripture says:

Heb 7:9 And as I may say, Levi also, who receiveth tithes, payed tithes in Abraham.
10 For he was yet in the loins of his father, when Melchisedec met him.

To be in the loins of Adam when he fell is basically saying that the human race was within his testes where his sperm resides. That is what the Bible is referring to when it uses the term "loins" in this context.

So, if the doctrine of original sin is correct, then to state that doctrine is to say that I was in Adam when Adam sinned, and when Adam sinned I also sinned because I was there doing the same thing with Adam. Certainly, I must be humble and realize that if I were there in the garden of Eden, certainly, because Adam was created without all of the genetic flaws that I have—because genetically the human race's gene pool has been decaying with an increasing harmful mutation load over time—I could have done no better than Adam. Hence, I was there and I committed that sin of myself even as I was there in Adam. That is one way to understand the doctrine of original sin.

But my heart rests easier with another explanation. I modify the doctrine of original sin and replace that term with the term "original weakness". The idea is that when Adam fell, he became spiritually dead the day he ate of the tree of the knowledge of good and evil. And, in his body he remained spiritually alive, though the day he physically died (I do believe, though, that Adam became saved before he died and that Adam is one of the elect. My favorite proof that Adam was saved comes from another believer who made the powerful observation that Adam is in the genealogy of Christ. Only true believers may be in the genealogy of Christ. We see this in Lu 3:38 and 1Chron 1:1 for example. I also believe that Eve was also saved because Adam names her the mother of all living, which is a spiritual name for the Bride of Christ, the mother of all living with spiritual life;) and so all his children were fathered from a spiritually dead body, the body of Adam. The body of Adam will become spiritually alive at the end of time when Adam is resurrected from the dead and given eternal life fit for heaven, the same eternal life Adam's soul received the day he died because he was born again long before he died. So all of Adam's children could not inherit spiritual life from Adam, since Adam's body was spiritually dead. This means that each child had the weakness that spiritual death causes. This concept of such weakness is clearly taught here:

Rom 8:1 ¶ There is therefore now no condemnation to them which are in Christ Jesus, who walk not after the flesh, but after the Spirit.
2 For the law of the Spirit of life in Christ Jesus hath made me free from the law of sin and death.
3 For what the law could not do, in that it was weak through the flesh, God sending his own Son in the likeness of sinful flesh, and for sin, condemned sin in the flesh:
4 That the righteousness of the law might be fulfilled in us, who walk not after the flesh, but after the Spirit.

The law was weak because the flesh or body is spiritually dead. We can not keep the law of our own strength. True believers keep the law because inwardly they have the

448

power of Jesus Christ that helps them to repent of our sins—because the condemnation of the law is gone by Jesus payment for our sins, thereby encouraging us greatly–so that they begin to obey both inwardly and outwardly as Jesus actively power's them in all their behavior towards God and men. We will fight sin in our physical life if we are a true believer—yet God the Holy Spirit, or the Spirit of Christ (whichever term you prefer) will work with us to give us increasing repentance during our life as we put to death the deeds of our flesh (body). (If you think that the term "body" is not equivalent to the term "flesh", then consider that everything that goes into the grave at death is the flesh because it is still sinful, and everything that goes to heaven is the soul, because it has been born again. Therefore, there is no difference between the term "body" and the term "flesh" since both go into the grave. See how Php 3:21 uses the term "body" as corrupt, just like the term "flesh" is used as corrupt in Romans 8.)

So I am saying that we, the human race that flowed from Adam's loins, were made weak and became imperfect because of what Adam did, not because of what God did. Hence, the perfect God created man perfectly, but Adam destroyed that perfection when he sinned. Now, you may protest! If Adam was made perfect, then why did Adam in particular sin? To answer that, we must again consider that Adam and Eve were made in the image of God. Now, I assert that God is absolutely perfect, and that he made Adam and Eve in an image that was also absolutely perfect. Again, if so, then why did Adam sin? Remember, before Adam and Eve sinned, Adam was neither a servant to righteousness nor was he a servant to sin; many would call this concept "free will". Another term some others use is "the power of contrary choice". Whatever you call it, Adam had a sincere and genuine ability to choose between obedience and disobedience. I assert that this sincere and genuine ability to choose between obedience and disobedience was very real; and was completely lost in spiritual death when all the human race became a servant to sin after Adam sinned. Furthermore, I assert that this ability to choose between obedience and disobedience was put into Adam because that same power exists within God himself. Remember, Adam and Eve were made in the image of God. So the perfection of God's character includes the power of contrary choice. So this power had to be given to any creature created in God's image. Now some of you may be thinking of the fact that the Bible says that it is impossible for God to lie. The Bible does say that:

Heb 6:18 That by two immutable things, in which it was impossible for God to lie, we might have a strong consolation, who have fled for refuge to lay hold upon the hope set before us:

This impossibility of God to lie is equivalent to saying that for God to sin in any way is impossible. Now, to the idea that God's word "impossible" will fail with the concept of God being mechanically unable to sin, I believe that would be an incorrect understanding. I believe that God has the power of contrary choice, and if so, then the only reality keeping God from sinning is his correct expression of that power of contrary choice that God has. It is by this correct expression of that power of contrary choice that Jesus defeats Satan when Satan tempts Jesus:

449

Mt 4:1 ¶ Then was Jesus led up of the Spirit into the wilderness to be tempted of the devil.
2 And when he had fasted forty days and forty nights, he was afterward an hungred.
3 And when the tempter came to him, he said, If thou be the Son of God, command that these stones be made bread.
4 But he answered and said, It is written, Man shall not live by bread alone, but by every word that proceedeth out of the mouth of God.
5 Then the devil taketh him up into the holy city, and setteth him on a pinnacle of the temple,
6 And saith unto him, If thou be the Son of God, cast thyself down: for it is written, He shall give his angels charge concerning thee: and in their hands they shall bear thee up, lest at any time thou dash thy foot against a stone.
7 Jesus said unto him, It is written again, Thou shalt not tempt the Lord thy God.
8 Again, the devil taketh him up into an exceeding high mountain, and sheweth him all the kingdoms of the world, and the glory of them;
9 And saith unto him, All these things will I give thee, if thou wilt fall down and worship me.
10 Then saith Jesus unto him, Get thee hence, Satan: for it is written, Thou shalt worship the Lord thy God, and him only shalt thou serve.
11 Then the devil leaveth him, and, behold, angels came and ministered unto him.

And:

Lu 4:1 ¶ And Jesus being full of the Holy Ghost returned from Jordan, and was led by the Spirit into the wilderness,
2 Being forty days tempted of the devil. And in those days he did eat nothing: and when they were ended, he afterward hungered.
3 And the devil said unto him, If thou be the Son of God, command this stone that it be made bread.
4 And Jesus answered him, saying, It is written, That man shall not live by bread alone, but by every word of God.
5 And the devil, taking him up into an high mountain, shewed unto him all the kingdoms of the world in a moment of time.
6 And the devil said unto him, All this power will I give thee, and the glory of them: for that is delivered unto me; and to whomsoever I will I give it.
7 If thou therefore wilt worship me, all shall be thine.
8 And Jesus answered and said unto him, Get thee behind me, Satan: for it is written, Thou shalt worship the Lord thy God, and him only shalt thou serve.
9 And he brought him to Jerusalem, and set him on a pinnacle of the temple, and said unto him, If thou be the Son of God, cast thyself down from hence:
10 For it is written, He shall give his angels charge over thee, to keep thee:
11 And in their hands they shall bear thee up, lest at any time thou dash thy foot against a stone.
12 And Jesus answering said unto him, It is said, Thou shalt not tempt the Lord thy God.
13 And when the devil had ended all the temptation, he departed from him for a season.

Jesus defeats Satan by Jesus exercising his power of contrary choice correctly, and so chooses to be obedient to God, God being obedient to God. Now, if Jesus was

450

mechanistically unable to sin, then this temptation by Satan would be a farce and a fake and a fraud. Rather, the temptation was very real, and yet Jesus obeyed by exercising his power of contrary choice correctly. The reason that for God lying and sinning is impossible is because God has internally within his heart chosen to love his own righteousness so as to insist not to sin, ever. We see a picture of this attitude of God placed into Daniel's heart:

Da 1:8 ¶ But Daniel purposed in his heart that he would not defile himself with the portion of the king's meat, nor with the wine which he drank: therefore he requested of the prince of the eunuchs that he might not defile himself.

This purposing in Daniel's heart is a good thing, and all good things come from God, and God alone is good. Hence, if Daniel does this within his heart, then that means that God also does a similar thing within his heart. All beauty comes from God, and this thing that Daniel did within his heart is very beautiful in God's eyes. And God indeed loved Daniel; so God gave Daniel favor in the eyes of those around him while in captivity in Babylon.

Da 1:9 Now God had brought Daniel into favour and tender love with the prince of the eunuchs.

Now, this temptation that Satan was used of God to bring against Jesus was very, very great, and it was very real, just like the tree of the knowledge of good and evil was very real. Adam failed the test but Jesus passed the test. Both had the power of contrary choice, but Jesus loved his righteousness more than Adam loved his. Jesus purposed in his heart to serve God, but Adam failed to do that. We see this purposing of Jesus within Jesus' heart recorded here:

Isa 50:7 For the Lord GOD will help me: therefore shall I not be confounded: therefore have I set my face like a flint, and I know that I shall not be ashamed.

When we read "therefore have I set my face like a flint", that is Jesus purposing to serve God above all; he is determined to serve God at all cost, what ever happens to Jesus as he goes to the cross and pays the full price of the eternal wrath of God against him as he is to suffer the full equivalent of the eternal lake of fire for all and each of the elect's sins. He has set his heart on doing this thing, and will accept any outcome that God may bring; Jesus is trusting God and not himself. As we read:

Lu 22:42. Saying, Father, if thou be willing, remove this cup from me: nevertheless not my will, but thine, be done.

His will says no, God's will says yes. He trusts God and does God's will, not his own. We are delving into the unfathomable trinity of Almighty God. Jesus is God, even though the Bible gives us such a passage such as Lu 22:42. This beautiful language is for our benefit, because Jesus is fulfilling his role as the forerunner to whom we must look. He is the bow of the ice-breaker ship, and he also is the engine within that ship, and he is the captain that steers that ship. We go along for the ride, and follow in his pattern as he asks us to take up our cross and follow him. I am very grateful for Lu 22:42, because that

451

verse teaches me that at times I will struggle with the matter of either seeking to do my will, or seeking to do God's will. God help me to desire his will over mine. Jesus, in a very tender and gracious way is saying that he understands that struggle within my heart as the Almighty God records Lu 22:42 for me to see and take hope in, hope that Jesus will be that power within me to do that which is right and pleasing to God. Jesus can guide me to make right decisions, even the most dreadfully difficult decisions, if I do not use the Bible as a gambling tool, but rather reading and study the Bible and seek out to understand God's will for me by using the Bible respectfully, and remember:

Pr 3:5 Trust in the LORD with all thine heart, and lean not unto thine own understanding.

6 In all thy ways acknowledge him, and he shall direct thy paths.

This understanding that God gives to one does not come apart from the Bible. It does not come from dreams, nor from visions, nor from voices, nor hallucinations, nor tongues, nor any supernatural revelation from God. But the understanding that God gives, which replaces our own understanding that we are not to lean unto, comes as we seek God to help us better understand the Bible and to be obedient to the Bible. Handling the Bible in such an honest and non-deceitful manner is leaning on God and not unto our own understanding. If we try to get messages outside of the Bible for guidance, then we are saying that the Bible is not enough. This attitude saying the Bible is not enough for all guidance is very dangerous, and is a violation of Rev 22:18, which says:

Rev 22:18 For I testify unto every man that heareth the words of the prophecy of this book, If any man shall add unto these things, God shall add unto him the plagues that are written in this book:

To add to the Bible is to fall under the condemnation that we will go to the eternal lake of fire, because that is the ultimate plague God is speaking of. That is the plague that all other plagues are a spiritual picture of. That is the final and true plague. You do not want that plague on you, do you? Then accept the Bible as enough, and do not seek guidance outside of the Bible. And do not use the Bible as some gambling tool either. To use the Bible as a gambling tool would be something like opening the Bible randomly and dropping your finger down onto some random verse and reading that verse as though that was some message from God to you. This type of handling of the Bible is very evil. God wants us to use our hearts and minds as we seek God's will and pray for his understanding to fill our thinking as we struggle to understand what the Bible may say on some topic. For example, suppose we need wisdom on some money decision. We should use our mind and ask, what passages do I know that talk about money in the Bible? Then deliberately go to those passages and study it further. Also, open your concordance and look for other verses that relate to money and begin a topic study within the Bible on money. Through such deliberate effort, as you use the Bible respectfully in this manner, God will give to you understanding and wisdom from how to use the Bible to help you to make a good decision. Also talk to other believers if you wish, and then consider their advice against the Bible as well. With much prayer, eventually God may give to you the wisdom that you need to make that decision. As we read:

452

Jas 1:5 If any of you lack wisdom, let him ask of God, that giveth to all *men* liberally, and upbraideth not; and it shall be given him.

6 But let him ask in faith, nothing wavering. For he that wavereth is like a wave of the sea driven with the wind and tossed.

7 For let not that man think that he shall receive any thing of the Lord.

8 A double minded man *is* unstable in all his ways.

To avoid wavering and to have a strong faith you must fill your mind with the Bible, since faith comes by hearing the Word of God, the Bible. As we read:

Rom 10:17 So then faith *cometh* by hearing, and hearing by the word of God.

Does not the idea of filling our mind with the Bible tend toward us understanding what God says is right, and what God says is wrong? Hence, once we have a strong conviction soundly based on the Bible as to what God's will is, then there should be no wavering in that matter, and our faith should be strong—unless we are still seeking our own will, and not God's will, in which case we may be arguing with God—and that could be very unhealthy for our future, and we would miss out on a great blessing from God in that case. Jesus expected a blessing from God even as he went to the cross to die eternally. What was that blessing that Jesus expected? It was to be resurrected after that eternal death and to have his Bride all clean and white with his righteousness on his wedding day.

So let us make good decisions and seek God's will, and lay down our life as a reasonable sacrifice for God in service to God. If we lose our life for the true Gospel's sake, we will find it in heaven later. If we lose our life for our own purposes now in this life, then we will lose our life in the eternal lake of fire.

Mt 10:39 He that findeth his life shall lose it: and he that loseth his life for my sake shall find it.

Mt 16:25 For whosoever will save his life shall lose it: and whosoever will lose his life for my sake shall find it.

Mr 8:35 For whosoever will save his life shall lose it; but whosoever shall lose his life for my sake, and the gospel's, the same shall save it.

Lu 9:24 For whosoever will save his life shall lose it: but whosoever will lose his life for my sake, the same shall save it.

Lu 17:33 Whosoever shall seek to save his life shall lose it; and whosoever shall lose his life shall preserve it.

Joh 12:25 He that loveth his life shall lose it; and he that hateth his life in this world shall keep it unto life eternal.

We can be paralyzed by fear because of repeated failure at making decisions and at failing to keep responsibilities. But Jesus gives hope; he forgives our sins. So take that hope and forgiveness and learn to make very small decisions correctly with the Bible helping you. Then over time God in your heart through the Bible will help you also to make bigger decisions correctly as well. This truth of learning little responsibilities before bigger responsibilities is found in the following passage, and is really an expression of God's mercy as he seeks to cause us to grow in grace and wisdom:

453

Mt 25:14 ¶ For the kingdom of heaven is as a man travelling into a far country, who called his own servants, and delivered unto them his goods.

15 And unto one he gave five talents, to another two, and to another one; to every man according to his several ability; and straightway took his journey.

16 Then he that had received the five talents went and traded with the same, and made them other five talents.

17 And likewise he that had received two, he also gained other two.

18 But he that had received one went and digged in the earth, and hid his lord's money.

19 After a long time the lord of those servants cometh, and reckoneth with them.

20 And so he that had received five talents came and brought other five talents, saying, Lord, thou deliveredst unto me five talents: behold, I have gained beside them five talents more.

21 His lord said unto him, Well done, thou good and faithful servant: thou hast been faithful over a few things, I will make thee ruler over many things: enter thou into the joy of thy lord.

22 He also that had received two talents came and said, Lord, thou deliveredst unto me two talents: behold, I have gained two other talents beside them.

23 His lord said unto him, Well done, good and faithful servant; thou hast been faithful over a few things, I will make thee ruler over many things: enter thou into the joy of thy lord.

24 Then he which had received the one talent came and said, Lord, I knew thee that thou art an hard man, reaping where thou hast not sown, and gathering where thou hast not strawed:

25 And I was afraid, and went and hid thy talent in the earth: lo, there thou hast that is thine.

26 His lord answered and said unto him, Thou wicked and slothful servant, thou knewest that I reap where I sowed not, and gather where I have not strawed:

27 Thou oughtest therefore to have put my money to the exchangers, and then at my coming I should have received mine own with usury.

28 Take therefore the talent from him, and give it unto him which hath ten talents.

29 For unto every one that hath shall be given, and he shall have abundance: but from him that hath not shall be taken away even that which he hath.

30 And cast ye the unprofitable servant into outer darkness: there shall be weeping and gnashing of teeth.

So Adam made the wrong decision; but Jesus made the right decision. So let us have Jesus help us to make correct decisions for now on. We need his help. Let us seek his mind by studying the Bible in an honorable way so as to seek understanding from the Bible, because that reveals the mind of God.

Concerning the matter of Adam being made with the ability of contrary choice. In God's perfection the anatomy of God includes the ability to make contrary choice. God put that feature of his anatomy into Adam as well. This ability to make contrary choice is part of the perfection of the image of God. Adam's anatomy was also perfect in that it also had this feature of the ability to make contrary choice. And if the test for Adam was not real —the tree of the knowledge of good and evil was never put into the Garden of Eden, then that feature of Adam could not have been exercised—and there was no real rest.

454

Hence, Adam's ability to make a decision of contrary choice was actually a display of his perfection, and not evidence of an imperfection. The issue really involves Adam not resolving to avoid sin the way Daniel did, which ultimately comes from Jesus who did that in Daniel, and which Jesus displayed when Jesus was tempted. If Adam had not made that wrong decision, then we would never have known that he indeed had that power to make such a decision. Furthermore, understand Adam's real error was not watching out for Eve so that she would not have sinned in the first place. But he failed here in that he made the deliberate decision, because he still loved Eve even though he failed to protect her to die with her. This is a picture of Jesus making that deliberate decision to take on the sins of his Bride in order to save her. Adam's actions were in error, and did show a lack of love for Eve when he failed to protect her. Jesus will never show any such lack of love for his Bride. He protected her perfectly by dieing for her and paying for every bit of her sins, thereby guaranteeing that she will be in heaven with him in absolute security. Even now, we have absolute security if we are one of God's elect and are born again and know it; but in this life we may have to die for Jesus. Yet we are completely secure in his arms because he has defeated death for us; so we will be resurrected.

So our conclusion is that when Adam sinned and all the human race took on the original weakness towards sin, then consequently all became sinners the moment they were conceived—because in that weakness we fail to keep the law to love God with all our heart and being. That first commandment results in continuous sin in our lives from the moment we are conceived. We are not dieing for Adam's sin. We die for our own sin. It is our rebellion that sends us to hell, and not the rebellion of Adam our greatest human father; the great, great, great of greats.

So many good and many evil people follow from Adam eating of the tree of the knowledge of good and evil. The good people are the elect that Jesus saves. The evil people are the people that God does not choose to save. On judgement day the sheep and goats are separated from each other, we will finally have full knowledge of the good and the evil. As we read:

Mt 25: 31 ¶ When the Son of man shall come in his glory, and all the holy angels with him, then shall he sit upon the throne of his glory:

32 And before him shall be gathered all nations: and he shall separate them one from another, as a shepherd divideth his sheep from the goats:

33 And he shall set the sheep on his right hand, but the goats on the left.

34 Then shall the King say unto them on his right hand, Come, ye blessed of my Father, inherit the kingdom prepared for you from the foundation of the world:

35 For I was an hungred, and ye gave me meat: I was thirsty, and ye gave me drink: I was a stranger, and ye took me in:

36 Naked, and ye clothed me: I was sick, and ye visited me: I was in prison, and ye came unto me.

37 Then shall the righteous answer him, saying, Lord, when saw we thee an hungred, and fed thee? or thirsty, and gave thee drink?

38 When saw we thee a stranger, and took thee in? or naked, and clothed thee?

39 Or when saw we thee sick, or in prison, and came unto thee?

40 And the King shall answer and say unto them. Verily I say unto you, Inasmuch as ye have done *it* unto one of the least of these my brethren, ye have done *it* unto me.

41 Then shall he say also unto them on the left hand, Depart from me, ye cursed, into everlasting fire, prepared for the devil and his angels:

42 For I was an hungred, and ye gave me no meat: I was thirsty, and ye gave me no drink:

43 I was a stranger, and ye took me not in: naked, and ye clothed me not: sick, and in prison, and ye visited me not.

44 Then shall they also answer him, saying, Lord, when saw we thee an hungred, or athirst, or a stranger, or naked, or sick, or in prison, and did not minister unto thee?

45 Then shall he answer them, saying, Verily I say unto you, Inasmuch as ye did *it* not to one of the least of these, ye did *it* not to me.

46 And these shall go away into everlasting punishment: but the righteous into life eternal.

And from this the wrath of God will be come evident when the goats are cast into the eternal lake of fire. And with that fact, then the love of God on the sheep will seem much more precious and much more glorious. God has succeeded in displaying his great love, and has remained completely righteous as he did it. God is glorified in all that he does.

## 14 The Apostate Church, the Great Whore and Beast

The apostate church hates the truth, as Jer 13:10, which says:

Jer 13:10  This evil people, which refuse to hear my words, which walk in the imagination of their heart, and walk after other gods, to serve them, and to worship them, shall even be as this girdle, which is good for nothing.

Or as is implied by Isa 66:5 there we read of those that love the Word of God, the true believers, and those that hate the true believers, called brethren:

Isa 66:5 ¶ Hear the word of the LORD, ye that tremble at his word; Your brethren that hated you, that cast you out for my name's sake, said, Let the LORD be glorified: but he shall appear to your joy, and they shall be ashamed.

These so called brethren in Isa 66:5 above that hate those that tremble at God's word (those that tremble at God's word, the Bible, are true believers because they are fearing God properly) are called *false brethren* as God the Holy Spirit inspires the Apostle Paul in the New Testament to call them:

2Co 11:26  *In* journeyings often, *in* perils of waters, *in* perils of robbers, *in* perils by *mine own* countrymen, *in* perils by the heathen, *in* perils in the city, *in* perils in the wilderness, *in* perils in the sea, *in* perils among false brethren;

Ga 2:4  And that because of false brethren unawares brought in, who came in privily to spy out our liberty which we have in Christ Jesus, that they might bring us into bondage:

The false brethren are people in the Christian churches throughout the world that wrongly suppose that they are true Christians because the blindness and lies of their own sinful heart convinces them that they are true Christians. They are self deceived and are headed for hell. Some false brethren, though, may fully know in their hearts that they are not Christians at all, and they may know in their hearts that they hate the Bible, but they may be mixing with Christians within Christian churches and calling themselves Christians because they are functioning as a kind of spy. Their spying may merely be curiosity; nevertheless, they could be harmful to the true believers because these spies do not like the Bible. They may in fact be so offended by the true believers that they may mix with that they spiritually kill them by slandering them and cause them to be put out of the church. This is the very process of apostasy in action as a church dies spiritually. The dust, a spiritual word for unsaved people who are spiritually dead, are filling that church as unsaved people fill it by entering into that church out of curiosity and concern that they be right with God, but they do not wish to be right with God on God's terms per a correct understanding of the Bible because they hate the Bible. So they will accept ministers who teach smooth things and speak lies that makes those unsaved people feel much more comfortable at that church:

Isa 30:10  Which say to the seers, See not; and to the prophets, Prophesy not unto us right things, speak unto us smooth things, prophesy deceits:

And the minister who speaks these lies is much more comfortable because now that he is preaching words that people like, the number of people attending his church is growing. More and more people are joining his church every month. This means that that minister or preacher may command a stronger salary and put more money into his bank account.

The unsaved people, in their hatred for the truth will hate the true believers that love the truth, as so cast out the true believers. To quote Isa 66:5 again:

Isa 66:5 ¶ Hear the word of the LORD, ye that tremble at his word; Your brethren that hated you, that cast you out for my name's sake, said, Let the LORD be glorified: but he shall appear to your joy, and they shall be ashamed.

This casting out of the true believers from churches is also reflected in the following passage:

Job 16:1 ¶ These things have I spoken unto you, that ye should not be offended.
2 They shall put you out of the synagogues: yea, the time cometh, that whosoever killeth you will think that he doeth God service.
3 And these things will they do unto you, because they have not known the Father, nor me.
4 But these things have I told you, that when the time shall come, ye may remember that I told you of them. And these things I said not unto you at the beginning, because I was with you.

Now I ask you a question of warfare and strategy. If two fighting armies each has a high ranking general directing the battle against the other, what better way to cause confusion

457

in the enemy army if the enemy's high ranking general can be killed and a subordinate general take over who happens to be a spy against the army than he is presently within. Plenty of confusion can be caused if the high ranking general is killed; but even more confusion can be caused if the killed general is replaced by a spy taking orders from the other army. That is the powerful strategy that Satan is using in the growing apostasy of the Christian churches around the world today. This strategy is what we are reading about in the following texts:

2Th.2:1 ¶ Now we beseech you, brethren, by the coming of our Lord Jesus Christ, and by our gathering together unto him,
2 That ye be not soon shaken in mind, or be troubled, neither by spirit, nor by word, nor by letter as from us, as that the day of Christ is at hand.
3 ¶ Let no man deceive you by any means: for that day shall not come, except there come a falling away first, and that man of sin be revealed, the son of perdition;
4 Who opposeth and exalteth himself above all that is called God, or that is worshipped; so that he as God sitteth in the temple of God, shewing himself that he is God.

The unsaved ministers that preach in the churches today are ministers of Satan because they preach lies, lies, and more lies—mixed with enough truth, perhaps, to deceive you, if possible. As we read:

2Co.11:13 For such are false apostles, deceitful workers, transforming themselves into the apostles of Christ.
14 And no marvel; for Satan himself is transformed into an angel of light.
15 Therefore it is no great thing if his ministers also be transformed as the ministers of righteousness; whose end shall be according to their works.

And:

Mt.24:23 Then if any man shall say unto you, Lo, here is Christ, or there; believe it not.
24 For there shall arise false Christs, and false prophets, and shall shew great signs and wonders; insomuch that, if it were possible, they shall deceive the very elect.

These false Christs that Mt.24:24 speak of are merely another Jesus that results from wrongly preaching the Bible; as we read:

2Co.11:1 ¶ Would to God ye could bear with me a little in my folly: and indeed bear with me.
2 For I am jealous over you with godly jealousy: for I have espoused you to one husband, that I may present you as a chaste virgin to Christ.
3 But I fear, lest by any means, as the serpent beguiled Eve through his subtilty, so your minds should be corrupted from the simplicity that is in Christ.
4 For if he that cometh preacheth another Jesus, whom we have not preached, or if ye receive another spirit, which ye have not received, or another gospel, which ye have not accepted, ye might well bear with him.

If the Jesus that is being preached to you allows you to use your so-called "free will" to choose to believe in your own power, then you have another Jesus, a false Christ. This is

458

because the exercise of this so-called "free will" is a lie and a works gospel that is going to send you to hell if you do not repent—assuming that you truly trust in that lie so that you are then truly trusting the wisdom of your own heart to believe; in this case you do have a works gospel and you are headed for hell unless you repent and cast yourself fully on the uncertain possibility that the Almighty, Righteous, Electing God may or may not have chosen to save you. You must reject this idea of free will and never trust in yourself at all. Only then is there any possibility that God may save you. Beg God for salvation, and the sinner in the following passage does where he or she begs for mercy and does not trust in his or her own will and supposes in his or her heart that maybe God will save him or her just like the people in Jonah 3 did:

Lu.18:1 ¶ And he spake a parable unto them to this end, that men ought always to pray, and not to faint;
2 Saying, There was in a city a judge, which feared not God, neither regarded man:
3 And there was a widow in that city; and she came unto him, saying, Avenge me of mine adversary.
4 And he would not for a while: but afterward he said within himself, Though I fear not God, nor regard man;
5 Yet because this widow troubleth me, I will avenge her, lest by her continual coming she weary me.
6 And the Lord said, Hear what the unjust judge saith.
7 And shall not God avenge his own elect, which cry day and night unto him, though he bear long with them?
8 I tell you that he will avenge them speedily. Nevertheless, when the Son of man cometh, shall he find faith on the earth?
9 ¶ And he spake this parable unto certain which trusted in themselves that they were righteous, and despised others:
10 Two men went up into the temple to pray; the one a Pharisee, and the other a publican.
11 The Pharisee stood and prayed thus with himself, God, I thank thee, that I am not as other men are, extortioners, unjust, adulterers, or even as this publican.
12 I fast twice in the week, I give tithes of all that I possess.
13 And the publican, standing afar off, would not lift up so much as his eyes unto heaven, but smote upon his breast, saying, God be merciful to me a sinner.
14 I tell you, this man went down to his house justified rather than the other: for every one that exalteth himself shall be abased: and he that humbleth himself shall be exalted.

Are you exalting your self by trusting in your own so-called "free will", or are you desperately hoping against all hope that God may be merciful to you and so you beg God for salvation and seek him out in the Bible day after day—seeking to make your calling and election sure?

Get out of any church that teaches a so-called "free will"; that evil living doctrine will be used of God at Satan's hand to send many people to hell as God condemns people for their refusal to be humbled and not deal with God by the grace of God according to the Bible alone. Wicked, evil, unrighteous Satan in the form of unsaved ministers are a tool in God's almighty, righteous hand to destroy the non-elect who hate the truth. As we read:

459

2Th 2:9 *Even him*, whose coming is after the working of Satan with all power and signs and lying wonders,

10 And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.

11 And for this cause God shall send them strong delusion, that they should believe a lie:

12 That they all might be damned who believed not the truth, but had pleasure in unrighteousness.

Eze 14:6 Therefore say unto the house of Israel, Thus saith the Lord GOD; Repent, and turn *yourselves* from your idols; and turn away your faces from all your abominations.

7 For every one of the house of Israel, or of the stranger that sojourneth in Israel, which separateth himself from me, and setteth up his idols in his heart, and putteth the stumblingblock of his iniquity before his face, and cometh to a prophet to enquire of him concerning me; I the LORD will answer him by myself:

8 And I will set my face against that man, and will make him a sign and a proverb, and I will cut him off from the midst of my people; and ye shall know that I *am* the LORD.

9 And if the prophet be deceived when he hath spoken a thing, I the LORD have deceived that prophet, and I will stretch out my hand upon him, and will destroy him from the midst of my people Israel.

10 And they shall bear the punishment of their iniquity: the punishment of the prophet shall be even as the punishment of him that seeketh *unto him*;

11 That the house of Israel may go no more astray from me, neither be polluted any more with all their transgressions; but that they may be my people, and I may be their God, saith the Lord GOD.

How does God deceive someone, as Eze 14:9 speaks, if God never lies? To answer this question we must understand an important concept concerning how God maintains his absolute sovereignty over all details of the universe, from every vibration of every atom of matter, to the thoughts and intents of the hearts of each and every person ever created from conception to death. At the detail end of the universe, that is concerning every atom's movement, the mathematics describing movement of atoms and subatomic particles includes the concept of a cloud of uncertainty. *The very mathematics that God created and that man has discovered for description of movement of such particles includes random motion that is unpredictable by mankind.* I believe that God hides at the subatomic level within that cloud of uncertain, random motion, and from within that cloud God controls all of the universe without violating any of the laws of physics. He controls our every breath and our every heart beat that way, and can kill us in a instant any time we live, again without violating any of the laws of physics; the laws of physics which God created to define the universe. This is from the point of view of physics. From the point of view of human psychology, we have another principle that is very important; that principle is best named "God's restraining hand". And, in conjunction with the principle of God's restraining hand another concept, which we have discussed in detail at the very beginning of this paper, is the total depravity of mankind.

Mankind is an active agent; by this I mean that he moves around in this universe with physical life but simultaneously with spiritual death. We see this principle of moving

460

around with physical life but simultaneously with spiritual death in the following passage:

Mt 8:21 And another of his disciples said unto him, Lord, suffer me first to go and bury my father.

22 But Jesus said unto him, Follow me; and let the dead bury their dead.

Or:

Lu 9:59 And he said unto another, Follow me. But he said, Lord, suffer me first to go and bury my father.

60 Jesus said unto him, Let the dead bury their dead: but go thou and preach the kingdom of God.

This man wished to bury his father—either this man's father was going to physically die soon in the future, or perhaps may have already physically died and this man wished to bury his father, in either case now or in the future—and Jesus wished to make the point with this man as an example in the Bible that serving God is more important than family matters, if and when God should require of a person such a difficult decision. And such a decision is very difficult. Consider the following principle from the Bible that if a person has resources—such as money or time—and God has not put a circumstance in that person's life demanding that those resources be used for sending forth of the true Gospel, then God wishes that person to give very high priority to care for family matters if the need arises:

Mr 7:1 ¶ Then came together unto him the Pharisees, and certain of the scribes, which came from Jerusalem.

2 And when they saw some of his disciples eat bread with defiled, that is to say, with unwashen, hands, they found fault.

3 For the Pharisees, and all the Jews, except they wash *their* hands oft, eat not, holding the tradition of the elders.

4 And when *they come* from the market, except they wash, they eat not. And many other things there be, which they have received to hold, *as* the washing of cups, and pots, brasen vessels, and of tables.

5 Then the Pharisees and scribes asked him, Why walk not thy disciples according to the tradition of the elders, but eat bread with unwashen hands?

6 He answered and said unto them, Well hath Esaias prophesied of you hypocrites, as it is written, This people honoureth me with *their* lips, but their heart is far from me.

7 Howbeit in vain do they worship me, teaching *for* doctrines the commandments of men.

8 For laying aside the commandment of God, ye hold the tradition of men, *as the* washing of pots and cups: and many other such like things ye do.

9 And he said unto them, Full well ye reject the commandment of God, that ye may keep your own tradition.

10 For Moses said, Honour thy father and thy mother; and, Whoso curseth father or mother, let him die the death:

11 But ye say, If a man shall say to his father or mother, *It is* Corban, that is to say, a gift, by whatsoever thou mightest be profited by me; *he shall be free.*

461

12  And ye suffer him no more to do ought for his father or his mother;
13  Making the word of God of none effect through your tradition, which ye have delivered: and many such like things do ye.
14  And when he had called all the people *unto him*, he said unto them, Hearken unto me every one *of you*, and understand:
15  There is nothing from without a man, that entering into him can defile him: but the things which come out of him, those are they that defile the man.
16  If any man have ears to hear, let him hear.
17  And when he was entered into the house from the people, his disciples asked him concerning the parable.
18  And he saith unto them, Are ye so without understanding also? Do ye not perceive, that whatsoever thing from without entereth into the man, *it* cannot defile him;
19  Because it entereth not into his heart, but into the belly, and goeth out into the draught, purging all meats?
20  And he said, That which cometh out of the man, that defileth the man.
21  For from within, out of the heart of men, proceed evil thoughts, adulteries, fornications, murders,
22  Thefts, covetousness, wickedness, deceit, lasciviousness, an evil eye, blasphemy, pride, foolishness:
23  All these evil things come from within, and defile the man.

The above passage says many important things, but clearly it says that a gift (that is, resources or money or time) that is committed in one's heart for use in God's service must be available per God's commands above man's preferences and traditions. That word "Corban" is Strongs number <2878>, which means a gift committed to the treasury of the church per the requirements of *man's* tradition and ideas. Jesus is coming down forcefully against the leaders of the corporate church of Jesus' time 2000 years ago—that is, the corrupt spiritual leaders of national Israel—because those leaders taught, effectively, that the money and resources of a family were for the church more than those resources were for the care of the family—and by teaching that these corrupt leaders were causing family members to violate God's command to honor one's father and mother by causing those family members to give that money to the church rather than use it for the care of one's father or mother. To put it bluntly, if you have $10 to buy medicine for your mother, then Jesus is saying it is more important to buy that medicine for your mother than to give that money to the church. This honors God by you honoring your mother, which God commands when God says to honor your father and your mother. The violation of this tradition would have you honor the church by causing you to give the money to them rather than to care for your mother. But God demands that we honor our father and our mother above the demands of our church leaders. This honoring of God's commands above man's commands is part of sending forth the true Gospel.

To be sure, we must also take into account all of God's commands concerning the use of our resources involving the true Gospel and honoring our father and our mother. God is saying that we must not violate God's commands with the traditions and ideas of men. Nevertheless, God is not saying that we may ignore other commands of God in trying to cause us to use our resources for sending forth of the true Gospel above the care of our father or our mother. We must take into account all of *God's* commands when we are

462

faced with such a difficult decision, as we always should do. This is what Jesus says in powerful summary when he says:

Lu 14:16  Then said he unto him, A certain man made a great supper, and bade many:
17  And sent his servant at supper time to say to them that were bidden, Come; for all things are now ready.
18  And they all with one *consent* began to make excuse. The first said unto him, I have bought a piece of ground, and I must needs go and see it: I pray thee have me excused.
19  And another said, I have bought five yoke of oxen, and I go to prove them: I pray thee have me excused.
20  And another said, I have married a wife, and therefore I cannot come.
21  So that servant came, and shewed his lord these things. Then the master of the house being angry said to his servant, Go out quickly into the streets and lanes of the city, and bring in hither the poor, and the maimed, and the halt, and the blind.
22  And the servant said, Lord, it is done as thou hast commanded, and yet there is room.
23  And the lord said unto the servant, Go out into the highways and hedges, and compel *them* to come in, that my house may be filled.
24  For I say unto you, That none of those men which were bidden shall taste of my supper.
25  ¶ And there went great multitudes with him: and he turned, and said unto them,
26  If any *man* come to me, and hate not his father, and mother, and wife, and children, and brethren, and sisters, yea, and his own life also, he cannot be my disciple.
27  And whosoever doth not bear his cross, and come after me, cannot be my disciple.
28  For which of you, intending to build a tower, sitteth not down first, and counteth the cost, whether he have *sufficient* to finish *it*?
29  Lest haply, after he hath laid the foundation, and is not able to finish *it*, all that behold *it* begin to mock him,
30  Saying, This man began to build, and was not able to finish.
31  Or what king, going to make war against another king, sitteth not down first, and consulteth whether he be able with ten thousand to meet him that cometh against him with twenty thousand?
32  Or else, while the other is yet a great way off, he sendeth an ambassage, and desireth conditions of peace.
33  So likewise, whosoever he be of you that forsaketh not all that he hath, he cannot be my disciple.
34  Salt *is* good: but if the salt have lost his savour, wherewith shall it be seasoned?
35  It is neither fit for the land, nor yet for the dunghill; *but* men cast it out. He that hath ears to hear, let him hear.

Jesus in verses 26 and 33 above is saying that serving Jesus is far more important than serving people, even our parents—this is because Jesus is Almighty God, and we must love God above all, with all of our heart, with all of our mind, with all of our strength—that is, with every fiber of our being and all of our resources, including money and time. Jesus could not demand such commitment if he were not God himself. We are to worship and respectfully fear him and serve him with our whole life. As we read:

463

Rom 12:1 ¶ I beseech you therefore, brethren, by the mercies of God, that ye present your bodies a living sacrifice, holy, acceptable unto God, which is your reasonable service.
2 And be not conformed to this world: but be ye transformed by the renewing of your mind, that ye may prove what is that good, and acceptable, and perfect, will of God.

The prioritizing of God's commands above other of God's commands is at the very essence of making correct decisions in obeying and serving God. This prioritizing involves learning what commands hang below what higher commands. God's commands attach together like a big, upside down tree, with the trunk at the top in the air, and the major branches going downward, with yet smaller branches coming off of those major branches, until the littlest branches are arrived at farthest below from the trunk. This structure is plain in Jesus language when he uses the word "hang":

Mt 22:40 On these two commandments hang all the law and the prophets.

The two commands in view in Mt 22:40 are the command to love God with every fiber of our being, and second, to love our neighbor as ourselves; and Jesus is saying all other commands of God in the Bible descend from these two commands. The trunk command is to love God with every fiber of our being, and a very major branch is to love one's neighbor as one's self. If these two commands are the trunk and first major branch, then we should be able to consider God's other commands and to see how these other commands attach to either the trunk directly, or perhaps to that major branch. That is one very important purpose of the Ten Commandments. The Ten Commandments are ten major branches upon which many, many further lower priority commands also hang. To quote the Ten Commandments from Ex 20 (Deut 5 also give the Ten Commandments):

Ex 20:1 ¶ And God spake all these words, saying,
2 I am the LORD thy God, which have brought thee out of the land of Egypt, out of the house of bondage.
3 Thou shalt have no other gods before me.
4 Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth:
5 Thou shalt not bow down thyself to them, nor serve them: for I the LORD thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate me;
6 And shewing mercy unto thousands of them that love me, and keep my commandments.
7 Thou shalt not take the name of the LORD thy God in vain; for the LORD will not hold him guiltless that taketh his name in vain.
8 Remember the sabbath day, to keep it holy.
9 Six days shalt thou labour, and do all thy work:
10 But the seventh day is the sabbath of the LORD thy God: in it thou shalt not do any work, thou, nor thy son, nor thy daughter, thy manservant, nor thy maidservant, nor thy cattle, nor thy stranger that is within thy gates:
11 For in six days the LORD made heaven and earth, the sea, and all that in them is, and rested the seventh day: wherefore the LORD blessed the sabbath day, and hallowed it.
12 ¶ Honour thy father and thy mother: that thy days may be long upon the land which the LORD thy God giveth thee.

464

13 Thou shalt not kill.
14 Thou shalt not commit adultery.
15 Thou shalt not steal.
16 Thou shalt not bear false witness against thy neighbour.
17 Thou shalt not covet thy neighbour's house, thou shalt not covet thy neighbour's wife, nor his manservant, nor his maidservant, nor his ox, nor his ass, nor any thing that is thy neighbour's.

Notice that the last six commands, from verse 12 through verse 17 involve how we relate to other people. These last six commands therefore hang off of the command to love our neighbor as ourselves. The first four commands from verse 2 through 11 involve how we relate to God himself; these first four commands hang off of the command to love God with every fiber of our being. Because the first four commands involve how we love God, and because Jesus said that we must love him above all people in Lu 14:26,33, and because Jesus is God, then we know that the first four commands have a higher priority than the later six commands which relate to loving people besides Jesus. Also, we know that if something not listed in these Ten Commandments such as whether a person should do illicite drugs, for example, we may look elsewhere in the Bible for some other lower command that may relate to that question. But, if we find no specific verse that clearly deals with the question at hand, then we may also consider which of the two top commands, to love God with every fiber of our being, and to love our neighbor as ourselves may apply to the question. Actually, the top command to love God with every fiber of our being includes the second command of loving our neighbor as ourselves; consequently, we can actually deal with the matter of any question of whether something is a sin or not by deeply thinking about that command to love God with every fiber of our being; that command is actually sufficient to imply an answer to any such question. But, God gave us the Bible to help us see how that greatest command expands onto many, many lesser commands. Do you realize that the greatest command to love God with every fiber of our being is actually teaching that all commands below that greatest command are God's detailed description of Love? The entire Bible, every word thereof, is actually dedicated to describing Love. Those passages that involve judgement and death are very much involved in describing Love; why is that? Because if we did not understand God's wrath against sin by these judgmental scripture passages, then we would not understand the nature of the Love that Jesus is, as Jesus paid the full equivalent of eternal damnation for the elect on the cross. If we did not have any statement of God's wrath in the entire Bible, then all we would know about Jesus sacrifice on the cross is that Jesus endured death for some unknown reason, because we would not understand the wrath of God. Without the statements of God's wrath, then all that Jesus really did was go to the candy store and get a piece of free candy to give to every man, and then he handed us a piece of free candy. Such a gospel would be an absolutely tiny statement of God's love; so tiny that we would feel cheated anything of that love. So, you see, the passages in the Bible describing the wrath of God are actually on the same exact coin of these passages that describe God's Love. Wrath on one side of the coin; love on the other side of the coin. A coin with only one side is non-sense. No person can claim to understand the love of God if they do not understand the wrath of God. No person can claim such a non-sense position and be respected by any honestly logical person.

465

Logic, by the way, is a matter of honesty. Not that we always have perfect logic. Sometimes things seem logical, but we are overlooking something that makes our logic in error, sometimes we have all the information in front of us, but we fail to think carefully enough about the information in front of us (honesty demands hard-work-of-the-brain to try to ensure that we are thinking correctly—this hinges on having methods for correcting and checking our thinking, a skill that this author humbly suggests many people do not practice, nor even care to practice, nor even know how to practice; and I assert that the reason that people are like this is that they are too comfortable with lies and do not love the truth the way they should). In any case we all do make logic errors in our thinking. But, because of past thinking errors, and maybe bad thinking skills passed down from one's parents or inherent laziness in ourselves, we can become gun-shy about striving to improve our thinking skills, and so we just quit trying. Once we fall into that state, we force ourselves into darkness, and also into a temptation to be a gossip to try to see what other people are always thinking, because we are so afraid to think for ourselves. This weak state-of-mind will also put us at the mercy of false teachers. These false teachers know how to sound very convincing and how to mix lies with truth to sound very convincing. I assert to you that God states clearly in the Bible the secret for fixing and improving the quality of our thinking. That clear statement is 1Co 2:13, which says:

1Co 2:13 Which things also we speak, not in the words which man's wisdom teacheth, but which the Holy Ghost teacheth; comparing spiritual things with spiritual.

Why do you think that God in 1Co 2:13 is on one hand saying that the Holy Spirit teaches us truth, and on the other hand is telling us to do the work of comparing spiritual things with spiritual [things]? If the Holy Spirit teaches us, then why do we need to read the Bible? You see, the answer to that question is found in the fact that the Holy Spirit hides his work behind our sincere efforts to find truth. And, our only source for such sincerity is also from God the Holy Spirit, or Jesus working within our heart, because of the trinity. Hence, we can not find truth apart from effort, yet God is doing that work in us with truth—but God does not honor the sin of laziness, though at times he may bless us with truth even though we may put forth very little effort—because God is very loving and merciful. Yet, at other times God may require us to labor very greatly before he may choose to reveil a truth to us from the Bible. Thus, God hinds behind our efforts. Now, the world has an evil saying that sound very true, yet it is a dreadful lie. That lie is "God helps those who help themselves". This statement is a lie and very evil because it completely destroys a correct understanding of a believer's proper motive for laboring per God's commands. In other words, this statement "God helps those who help themselves" is a very man-pleasing statement that is actually a works gospel that, in effect, says God will help us pursue our own selfish goals. This is a works gospel. But, for true believers who labor in the Word of God, the Bible, out of a proper fear and respect for God, those people have a pure motive that pleases God, and God will bless that labor, because that labor is driven by the grace of God. You see, grace works or labors; as we read:

1Co 15:10 But by the grace of God I am what I am: and his grace which was bestowed upon me was not in vain: but I laboured more abundantly than they all: yet not I, but the grace of God which was with me.

11 Therefore whether it were I or they, so we preach, and so ye believed.

466

These are the works or labors of Eph 2:10, which says:

Eph 2:10 For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

Just because grace works or labors does not mean that we have a works gospel. We have a works gospel if and only if the works we do are not powered by the grace of God. Eph 2:9 is talking about works of the flesh, works that are not powered by the grace of God. Think this through again, and read Eph 2:8-10 again:

Eph 2:8 For by grace are ye saved through faith; and that not of yourselves: it is the gift of God:

9 Not of works, lest any man should boast.

10 For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

If our works are powered by the grace of God, then we have the true Gospel where Jesus does all the work, Jesus' work is so powerful and real that Jesus' work changes the way we live both in deed as well as in word. Our speech and our actions change for the better because Jesus is working by his grace in our life and heart. This is true when we labor in the Bible to understand the Bible. This is true when we labor to flee from lies by seeking truth, and only truth. Jesus can help us in that labor to find truth by his grace and love; but let us do that labor. If we do not work for spiritual food, God will not let us eat spiritual food. This is why the apostate church is starving for truth. They refuse to labor in the Bible. As we read:

Am 8:11 ¶ Behold, the days come, saith the Lord GOD, that I will send a famine in the land, not a famine of bread, nor a thirst for water, but of hearing the words of the LORD:

We are talking about spiritual hearing; churches do read from the Bible, but they do not understand what they are reading because they do not know how to compare scripture with scripture to find truth. Hence, they are starving for true spiritual food because they will not work for that food. They trust in the words of men and teachers who also trust in other men and teachers, until we are so far removed from the actual words of the Bible that plain chain of information flow from the Bible to our ears has become a completely unreliable gossip chain of deceitful and meaningless statements, and the foolish so-called wisdom of men. Let us cut through all that gossip-fog and go directly to the Bible ourselves, and learn to compare scripture with scripture and see what the Holy Spirit may teach us once we begin to obey the Bible and do that work of comparing. As we read:

2Ti 2:15 Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.

There is a very nice Proverb that relates to our discussion:

Pr 25:2¶ It is the glory of God to conceal a thing: but the honour of kings is to search out a matter.

467

This beautiful little Proverb verse is really teaching that God has designed truth-seeking exercises for his true believers through-out the Bible to delight in as they labor and work to search out truth in those hills, and we should delight in hiking and digging to find that gold, to make us spiritually rich and fat and sassy!

Ne 8:10 Then he said unto them, Go your way, eat the fat, and drink the sweet, and send portions unto them for whom nothing is prepared: for *this day is* holy unto our Lord: neither be ye sorry; for the joy of the LORD is your strength.

And when we find truth, then we have food to share with others also.

We should be handing out food, rather than depend upon hand-outs from others. If we depend upon hand-outs from others too much, then God may come against us with the principle that if we do not work, then we shall not eat. This principle of us needing to learn to work is here:

Heb 5:10 ¶ Called of God an high priest after the order of Melchisedec.
11 Of whom we have many things to say, and hard to be uttered, seeing ye are dull of hearing.
12 For when for the time ye ought to be teachers, ye have need that one teach you again which *be* the first principles of the oracles of God; and are become such as have need of milk, and not of strong meat.
13 For every one that useth milk *is* unskilful in the word of righteousness: for he is a babe.
14 But strong meat belongeth to them that are of full age, *even* those who by reason of use have their senses exercised to discern both good and evil.

Are you going to strengthen your sense of good and evil by laboring and exercising in the Bible so that then you can teach and feed others, or are you going to continue to depend upon handouts? Excessive welfare is very unhealthy, if it can be avoided. Pr 25:2 teaches that God has hidden many neat and fun and delightful and awesome and fearful truths in the Bible for us to seek for and find. I've will simply get off-of-our-butt and do the work by comparing the Bible with the Bible, which will straighten-our our thinking and give to us clear thinking. I could talk about mathematics and principles of logic here for mathematics; but really, that is not very important, simply because if you have the Holy Spirit and you are laboring in the Bible sincerely, God will bless you greatly in finding truth; much truth, very much to your delight. He will feed you with delicacies that you never knew were there in the Bible; and it will not be someone else teaching you; rather you will have found truth that God personally showed to you. This will help to encourage you that God loves you and help you to gain real assurance of your salvation. Nevertheless, remember that knowledge puffeth up, but love edifieth; so use your new knowledge without being boastful nor proud—because your labor is only possible because Jesus is working within your heart and giving to you the power to do this work. You know, if Jesus boasted of all of his knowledge, then he might as well cast us into hell, because we can not compare to him; he is God, and he knows everything. But, even though he knows everything, he comes to us in as great gentleness and love without

---

468

boasting of his knowledge. Rather, Jesus obeys his own command to condescend to men of low estate:

Rom 12:16 *Be* of the same mind one toward another. Mind not high things, but condescend to men of low estate. Be not wise in your own conceits.

This is because Jesus is the most humble one of all. I like to call Jesus the "King of Humility", because he is the essence of humility. Satan is the opposite; the Bible actually calls Satan the "King of the children of pride":

Job 41:34 He beholdeth all high *things: he is* a king over all the children of pride.

But of Jesus we read:

Php 2:1 ¶ If *there be* therefore any consolation in Christ, if any comfort of love, if any fellowship of the Spirit, if any bowels and mercies,
2 Fulfil ye my joy, that ye be likeminded, having the same love, *being* of one accord, of one mind.
3 *Let* nothing *be done* through strife or vainglory; but in lowliness of mind let each esteem other better than themselves.
4 Look not every man on his own things, but every man also on the things of others.
5 Let this mind be in you, which was also in Christ Jesus:
6 Who, being in the form of God, thought it not robbery to be equal with God:
7 But made himself of no reputation, and took upon him the form of a servant, and was made in the likeness of men:
8 And being found in fashion as a man, he humbled himself and became obedient unto death, even the death of the cross.
9 Wherefore God also hath highly exalted him, and given him a name which is above every name:
10 That at the name of Jesus every knee should bow, of *things* in heaven, and *things* in earth, and *things* under the earth;
11 And *that* every tongue should confess that Jesus Christ *is* Lord, to the glory of God the Father.
12 ¶ Wherefore, my beloved, as ye have always obeyed, not as in my presence only, but now much more in my absence, work out your own salvation with fear and trembling.
13 For it is God which worketh in you both to will and to do of *his* good pleasure.

And Jesus fulfills perfectly:

Mic 6:8 He hath shewed thee, O man, what is good; and what doth the LORD require of thee, but to do justly, and to love mercy, and to walk humbly with thy God?

So if the Holy Spirit by the Bible teaches us truth and teaches us to think correctly, then let us go on to study the concept mentioned some good distance earlier called "God's restraining hand". We need to understand that concept in order to understand how God can deceive someone without lying to that someone, so that God remains righteous, and yet is in full control of the lies that occur in the apostate churches today. To repeat and emphasize, God does not ever lie, and God does not approve when a false teacher in a

469

church lies—yet God in his anger against the people in apostate churches who do not love the truth and who refuse to labor for the truth will send to those lazy people lies for their consumption—because if they refuse to work, then God will set to it that they starve, because they hate God's words, since they refuse to honor the author of those words with the required hard work to seek truth out from among those words. If we do not work, God will see to it that we do not eat, because the Holy Spirit is the one who opens truth to our understanding as we compare scripture with scripture. We can not find truth of our own mental powers. We depend completely upon God for this. As we read:

Mt 16:17 And Jesus answered and said unto him, Blessed art thou, Simon Barjona: for flesh and blood hath not revealed it unto thee, but my Father which is in heaven.

Or again we see how God reveals truth to humble people, but leaves self-reliant wise people completely in the dark:

Mt 11:25 ¶ At that time Jesus answered and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes.

Lu 10:21 In that hour Jesus rejoiced in spirit, and said, I thank thee, O Father, Lord of heaven and earth, that thou hast hid these things from the wise and prudent, and hast revealed them unto babes: even so, Father; for so it seemed good in thy sight.

But he wants us to compare scripture with scripture to thereby bless us with true spiritual understanding.

So, how does God, in all his true purity and holy righteousness, send a strong delusion, so that people will believe a lie?:

2Th 2:9 Even him, whose coming is after the working of Satan with all power and signs and lying wonders,

10 And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.

11 And for this cause God shall send them strong delusion, that they should believe a lie:

12 That they all might be damned who believed not the truth, but had pleasure in unrighteousness.

This act of God sending a strong delusion is definitely God accomplishing the deception that he sends as judgment upon the apostate church, because they refuse to love truth.

Did you notice verse 9 of 2Th 2 above. That verse is beginning to give to us the answer. God uses Satan to send lies by Satan's unsaved, false teachers filling the pulpits of Christian churches around the entire world. What do you suppose these lying wonders are that verse 9 is speaking of that come by Satan? Do you think that Satan himself is going to work the entire wonder as some sort of aberration for all to see as he does these lying wonders? Of course, that is ridiculous. Satan works through people. Satan even in-filled Judas, as we read:

470

Joh 13:26 Jesus answered, He it is, to whom I shall give a sop, when I have dipped it. And when he had dipped the sop, he gave it to Judas Iscariot, the son of Simon.

27 And after the sop Satan entered into him. Then said Jesus unto him, That thou doest, do quickly.

So also today: Satan can only enter a single human being at a time because Satan is not omni-present or present-everywhere. But the principle is clear, people do Satan's work, and Satan gets very interested in those evil works that evil people do, and may enter into them if he gets very interested. Satan and any of his demons can never enter into any true believer, though. Such entry is impossible because the evil one, Satan, can not touch a true believer. Now, your mind may go immediately to the book of Job, and you may be wondering whether Satan was actually allowed to touch Job.

Job 1:1 ¶ There was a man in the land of Uz, whose name was Job; and that man was perfect and upright, and one that feared God, and eschewed evil.

2 And there were born unto him seven sons and three daughters.

3 His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest of all the men of the east.

4 ¶ And his sons went and feasted in their houses, every one his day; and sent and called for their three sisters to eat and to drink with them.

5 And it was so, when the days of their feasting were gone about, that Job sent and sanctified them, and rose up early in the morning, and offered burnt offerings according to the number of them all: for Job said, It may be that my sons have sinned, and cursed God in their hearts. Thus did Job continually.

6 ¶ Now there was a day when the sons of God came to present themselves before the LORD, and Satan came also among them.

7 And the LORD said unto Satan, Whence comest thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it.

8 And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an upright man, one that feareth God, and escheweth evil?

9 ¶ Then Satan answered the LORD, and said, Doth Job fear God for nought?

10 Hast not thou made an hedge about him, and about his house, and about all that he hath on every side? thou hast blessed the work of his hands, and his substance is increased in the land.

11 But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face.

12 And the LORD said unto Satan, Behold, all that he hath is in thy power; only upon himself put not forth thine hand. So Satan went forth from the presence of the LORD.

13 ¶ And there was a day when his sons and his daughters were eating and drinking wine in their eldest brother's house:

14 And there came a messenger unto Job, and said, The oxen were plowing, and the asses feeding beside them:

15 And the Sabeans fell upon them, and took them away; yea, they have slain the servants with the edge of the sword; and I only am escaped alone to tell thee.

472

The answer seems to be yes, Satan was allowed to touch Job. But, there are two very important observations that must be made. First, verses Job 1:11-12 and Job 2:5-7 shows that first Satan needed to get God's permission. Second, remember that Satan has since Job's time been cast out from heaven when Jesus went to the cross, so that Satan can not ask for permission ever again nor ever again touch a true believer—simply because he can not get into heaven to make any request of God. We see Satan cast out here:

Re 12:8 And prevailed not; neither was their place found any more in heaven.
9 And the great dragon was cast out, that old serpent, called the Devil, and Satan, which deceiveth the whole world: he was cast out into the earth, and his angels were cast out with him.
10 And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our God, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our God day and night.

Lu 10:17 ¶ And the seventy returned again with joy, saying, Lord, even the devils are subject unto us through thy name.
18 And he said unto them, I beheld Satan as lightning fall from heaven.

Job 12:31 Now is the judgment of this world: now shall the prince of this world be cast out.

Job 16:11 Of judgment, because the prince of this world is judged.

Personally, I do not believe that Satan ever had the ability to cause disease, as we apparently read of at Job 2:7. You see, I believe that touching complex biology, which is necessary to cause disease, is very much beyond Satan's limited powers. And Satan is not a creator either. Rather, notice that Satan also asked God to do this thing. See what verse Job 2:4-5 says as Satan asks permission of God:

Job 2:4 And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life.
5 But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face.

You see, Satan must ask God to do this thing, because in fact Satan is completely unable to do such a complex act involving biology. So the other language in Job gives a slight impression that Satan can cause disease; but when we look closely, we see otherwise. Satan is completely dependent upon God to do the actual work of causing disease in Job. Be careful here in your thinking. God is not causing Job to sin. God is merely causing disease. God can not be accused of being the author of sin here. Actual disease is not sin, but the Bible does use disease as a spiritual picture of sin, though.

Furthermore, even with the language here in Job that sounds like Satan did touch Job, even Job recognizes that God is in such sovereign control, that in fact Job says that God touched him:

---

471

16  While he was yet speaking, there came also another, and said, The fire of God is fallen from heaven, and hath burned up the sheep, and the servants, and consumed them; and I only am escaped alone to tell thee.

17  While he was yet speaking, there came also another, and said, The Chaldeans made out three bands, and fell upon the camels, and have carried them away, yea, and slain the servants with the edge of the sword; and I only am escaped alone to tell thee.

18  While he was yet speaking, there came also another, and said, Thy sons and thy daughters were eating and drinking wine in their eldest brother's house:

19  And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead; and I only am escaped alone to tell thee.

20  ¶ Then Job arose, and rent his mantle, and shaved his head, and fell down upon the ground, and worshipped,

21  And said, Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD.

22  In all this Job sinned not, nor charged God foolishly.

Job 2:1 ¶ Again there was a day when the sons of God came to present themselves before the LORD, and Satan came also among them to present himself before the LORD.

2  And the LORD said unto Satan, From whence comest thou? And Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it.

3  And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an upright man, one that feareth God, and escheweth evil? and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause.

4  And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life.

5  But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face.

6  And the LORD said unto Satan, Behold, he is in thine hand; but save his life.

7  ¶ So went Satan forth from the presence of the LORD, and smote Job with sore boils from the sole of his foot unto his crown.

8  And he took him a potsherd to scrape himself withal; and he sat down among the ashes.

9  Then said his wife unto him, Dost thou still retain thine integrity? curse God, and die.

10  But he said unto her, Thou speakest as one of the foolish women speaketh. What? shall we receive good at the hand of God, and shall we not receive evil? In all this did not Job sin with his lips.

11  ¶ Now when Job's three friends heard of all this evil that was come upon him, they came every one from his own place; Eliphaz the Temanite, and Bildad the Shuhite, and Zophar the Naamathite: for they had made an appointment together to come to mourn with him and to comfort him.

12  And when they lifted up their eyes afar off, and knew him not, they lifted up their voice, and wept; and they rent every one his mantle, and sprinkled dust upon their heads toward heaven.

13  So they sat down with him upon the ground seven days and seven nights, and none spake a word unto him: for they saw that his grief was very great.

473

Job 19:21  Have pity upon me, have pity upon me, O ye my friends; for the hand of God hath touched me.

So Job knew that nothing could happen to him outside of God's sovereign control. Job always trusted in God, even when God had such a hard trial for Job to go through.

Furthermore, let us understand the full meaning of Job 10:28-30:

Job 10:28  And I give unto them eternal life; and they shall never perish, neither shall any man pluck them out of my hand.

29  My Father, which gave them me, is greater than all; and no man is able to pluck them out of my Father's hand.

30  I and my Father are one.

I personally believe that an elect of God is in God's hand in some sense even from conception. But after becoming born again, then clearly Job 10:28-30 is strong language that we are highly protected by God. Notice how King David in Ps 17:8 prays for protection, the entire Psalm is quoted.

Ps 17:1 ¶ <<A Prayer of David.>> Hear the right, O LORD, attend unto my cry, give ear unto my prayer, that goeth not out of feigned lips.

2  Let my sentence come forth from thy presence; let thine eyes behold the things that are equal.

3  Thou hast proved mine heart; thou hast visited me in the night; thou hast tried me, and shalt find nothing; I am purposed that my mouth shall not transgress.

4  Concerning the works of men, by the word of thy lips I have kept me from the paths of the destroyer.

5  Hold up my goings in thy paths, that my footsteps slip not.

6  I have called upon thee, for thou wilt hear me, O God: incline thine ear unto me, and hear my speech.

7  Shew thy marvellous lovingkindness, O thou that savest by thy right hand them which put their trust in thee from those that rise up against them.

8 ¶ Keep me as the apple of the eye, hide me under the shadow of thy wings,

9  From the wicked that oppress me, from my deadly enemies, who compass me about.

10  They are inclosed in their own fat: with their mouth they speak proudly.

11  They have now compassed us in our steps: they have set their eyes bowing down to the earth;

12  Like as a lion that is greedy of his prey, and as it were a young lion lurking in secret places.

13  Arise, O LORD, disappoint him, cast him down: deliver my soul from the wicked, which is thy sword:

14  From men which are thy hand, O LORD, from men of the world, which have their portion in this life, and whose belly thou fillest with thy hid treasure: they are full of children, and leave the rest of their substance to their babes.

15  As for me, I will behold thy face in righteousness: I shall be satisfied, when I awake, with thy likeness.

474

God keeps all true believers as the apple of his eye, and that means that he hides all true believers under the shadow of his wings. Now consider the following passage, again mentioning the true believers as the apple of God's eye:

Zec 2:1 ¶ I lifted up mine eyes again, and looked, and behold a man with a measuring line in his hand.

2  Then said I, Whither goest thou? And he said unto me, To measure Jerusalem, to see what is the breadth thereof, and what is the length thereof.

3  And, behold, the angel that talked with me went forth, and another angel went out to meet him,

4  And said unto him, Run, speak to this young man, saying, Jerusalem shall be inhabited as towns without walls for the multitude of men and cattle therein:

5  For I, saith the LORD, will be unto her a wall of fire round about, and will be the glory in the midst of her.

6 ¶ Ho, ho, come forth, and flee from the land of the north, saith the LORD: for I have spread you abroad as the four winds of the heaven, saith the LORD.

7  Deliver thyself, O Zion, that dwellest with the daughter of Babylon.

8  For thus saith the LORD of hosts; After the glory hath he sent me unto the nations which spoiled you: for he that toucheth you toucheth the apple of his eye.

9  For, behold, I will shake mine hand upon them, and they shall be a spoil to their servants: and ye shall know that the LORD of hosts hath sent me.

10 ¶ Sing and rejoice, O daughter of Zion: for, lo, I come, and I will dwell in the midst of thee, saith the LORD.

11  And many nations shall be joined to the LORD in that day, and shall be my people: and I will dwell in the midst of thee, and thou shalt know that the LORD of hosts hath sent me unto thee.

12  And the LORD shall inherit Judah his portion in the holy land, and shall choose Jerusalem again.

13  Be silent, O all flesh, before the LORD: for he is raised up out of his holy habitation.

Zec 2:8, which says "…for he that toucheth you toucheth the apple of his eye" is actually a threat by God to the rest of the world and to Satan: "If you touch my believers, I will profoundly destroy you very powerfully". This is a statement of God, Jesus, saying He will greatly protect his Bride from any that would threaten her. Even though I believe that a major meaning for Zechariah chapter 2 entirely quoted above is for the end time in which we all find ourselves living at this time, nevertheless, there is a principle in Zec 2:8 saying that God protects all true believers individually from being touched by Satan at all times over the entire history of the earth. Even in Job's case, we saw that Satan actually asked God to touch Job in Job 2:5; I believe that Satan worded this request this way because he knew that God would not let him touch Job directly. Again, Job 2:5 says:

Job 2:5  But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face.

6  And the LORD said unto Satan, Behold, he is in thine hand; but save his life.

7 ¶ So went Satan forth from the presence of the LORD, and smote Job with sore boils from the sole of his foot unto his crown.

475

The language of Job 2:6-7 sounds as though Satan actually touched Job. But Job spoke later as though God himself did the touching:

Job 19:21 Have pity upon me, have pity upon me, O ye my friends; for the hand of God hath touched me.

I firmly believe that, in fact, Satan and any and all of Satan's demons can *not* actually touch any true believer. Furthermore, because the Holy Spirit is within each and every true believer, no demon nor Satan himself can put a thought into the mind of a true believer either. Such touching of the thinking processes of a true believer is completely beyond the reach of Satan, simply because the Holy Spirit lives in the heart of every true believer. So, then, where do the evil thoughts still come from when we true believers continue to have very sinful, evil, and ugly thoughts and doubts sometimes? Do you realize that the body, our flesh, has a brain? What is the brain? It is a hunk of flesh in the head or skull that thinks. This hunk of flesh, the brain, is sinful. Evil thoughts do come from our own flesh, our brain, which is part of our body. Our body has not experienced salvation yet, not until the resurrection at the last trump when we will experience the rapture and be caught up to heaven to be with Jesus (notice verse 52 in 1Co 15:35-58):

1Co 15:35 ¶But some *man* will say, How are the dead raised up? and with what body do they come?
36 *Thou* fool, that which thou sowest is not quickened, except it die:
37 And that which thou sowest, thou sowest not that body that shall be, but bare grain, it may chance of wheat, or of some other *grain*:
38 But God giveth it a body as it hath pleased him, and to every seed his own body.
39 All flesh *is* not the same flesh: but *there is* one *kind of* flesh of men, another flesh of beasts, another of fishes, *and* another of birds.
40 *There are* also celestial bodies, and bodies terrestrial: but the glory of the celestial *is* one, and the *glory* of the terrestrial *is* another.
41 *There is* one glory of the sun, and another glory of the moon, and another glory of the stars: for *one* star differeth from *another* star in glory.
42 So also *is* the resurrection of the dead. It is sown in corruption; it is raised in incorruption:
43 It is sown in dishonour; it is raised in glory: it is sown in weakness; it is raised in power:
44 It is sown a natural body; it is raised a spiritual body. There is a natural body, and there is a spiritual body.
45 And so it is written, The first man Adam was made a living soul; the last Adam *was made* a quickening spirit.
46 Howbeit that *was* not first which is spiritual, but that which is natural; and afterward that which is spiritual.
47 The first man *is* of the earth, earthy: the second man *is* the Lord from heaven.
48 As *is* the earthy, such *are* they also that are earthy: and as *is* the heavenly, such *are* they also that are heavenly.
49 And as we have borne the image of the earthy, we shall also bear the image of the heavenly.
50 Now this I say, brethren, that flesh and blood cannot inherit the kingdom of God; neither doth corruption inherit incorruption.

476

51 ¶Behold, I shew you a mystery; We shall not all sleep, but we shall all be changed.
52 In a moment, in the twinkling of an eye, at the last trump: for the trumpet shall sound, and the dead shall be raised incorruptible, and we shall be changed.
53 For this corruptible must put on incorruption, and this mortal *must* put on immortality.
54 So when this corruptible shall have put on incorruption, and this mortal shall have put on immortality, then shall be brought to pass the saying that is written, Death is swallowed up in victory.
55 O death, where *is* thy sting? O grave, where *is* thy victory?
56 The sting of death *is* sin; and the strength of sin *is* the law.
57 But thanks *be* to God, which giveth us the victory through our Lord Jesus Christ.
58 ¶Therefore, my beloved brethren, be ye stedfast, unmoveable, always abounding in the work of the Lord, forasmuch as ye know that your labour is not in vain in the Lord.

Before all true believers get their glorious spiritual body, which verse 44 above is mentioning, the only body we have is our fleshly body—which may be in the grave or even cremated if we have already died, or we are still living in this fleshly body and live and move upon the earth. But at the last trump our fleshly body will be either changed or resurrected into a glorious spiritual body that is perfectly fit to allow us to be in the very presence of the fearful, righteous God Almighty, Jesus Christ, our Husband. We will be able to look him in the face without any shame or shyness whatsoever (yet we will always have a proper fearful respect for him, our husband), and even with great delight as he looks us in the eyes, and we look him in the eyes. That is how pure and perfect our resurrected spiritual body will be, and it will be that perfect for all never-ending eternity. Our spiritual body will be saved as our soul is now, and because there will no longer be any sin within our entire being—because both our body and our soul are now saved—we will never, ever have another sinful thought again, for all eternity. This absolute sinlessness is absolutely necessary in order for us to be in the very presence of Almighty God, our loving and righteous and pure hearted husband Jesus.

This does not mean that God will prevent Satan and unsaved men from bringing trials and great hardship into our life. And God may bring disease into our life. But God is always in full control, and we should trust God no matter what—at all times. Nevertheless, we may experience doubt, and we should remember, especially during times of doubt and weak faith, to pray as the following man prayed:

Mr 9:14 ¶And when he came to *his* disciples, he saw a great multitude about them, and the scribes questioning with them.
15 And straightway all the people, when they beheld him, were greatly amazed, and running to *him* saluted him.
16 And he asked the scribes, What question ye with them?
17 And one of the multitude answered and said, Master, I have brought unto thee my son, which hath a dumb spirit;
18 And wheresoever he taketh him, he teareth him: and he foameth, and gnasheth with his teeth, and pineth away: and I spake to thy disciples that they should cast him out; and they could not.
19 He answereth him, and saith, O faithless generation, how long shall I be with you? how long shall I suffer you? bring him unto me.

477

20   And they brought him unto him: and when he saw him, straightway the spirit tare him; and he fell on the ground, and wallowed foaming.

21   And he asked his father, How long is it ago since this came unto him? And he said, Of a child.

22   And ofttimes it hath cast him into the fire, and into the waters, to destroy him: but if thou canst do any thing, have compassion on us, and help us.

23   Jesus said unto him, If thou canst believe, all things *are* possible to him that believeth.

24   And straightway the father of the child cried out, and said with tears, Lord, I believe; help thou mine unbelief.

25   When Jesus saw that the people came running together, he rebuked the foul spirit, saying unto him, *Thou* dumb and deaf spirit, I charge thee, come out of him, and enter no more into him.

26   And *the spirit* cried, and rent him sore, and came out of him: and he was as one dead; insomuch that many said, He is dead.

27   But Jesus took him by the hand, and lifted him up; and he arose.

28   And when he was come into the house, his disciples asked him privately, Why could not we cast him out?

29   And he said unto them, This kind can come forth by nothing, but by prayer and fasting.

Do you see in verse 24 above how the father of the child cried out for help with his weak faith. That is how we should do in times of doubt and weak faith.

Let us consider a few other passages involving Satan that appear to give the suggestion that Satan can put thoughts into the hearts of true believers. Consider the matter of Peter where Jesus said to Peter "Get the behind he Satan":

Mr 8:27 ¶ And Jesus went out, and his disciples, into the towns of Caesarea Philippi: and by the way he asked his disciples, saying unto them, Whom do men say that I am?

28   And they answered, John the Baptist: but some say, Elias; and others, One of the prophets.

29   And he saith unto them, But whom say ye that I am? And Peter answereth and saith unto him, Thou art the Christ.

30   And he charged them that they should tell no man of him.

31   And he began to teach them, that the Son of man must suffer many things, and be rejected of the elders, and of the chief priests, and scribes, and be killed, and after three days rise again.

32   And he spake that saying openly. And Peter took him, and began to rebuke him.

33   But when he had turned about and looked on his disciples, he rebuked Peter, saying, Get thee behind me, Satan: for thou savourest not the things that be of God, but the things that be of men.

34   And when he had called the people *unto him* with his disciples also, he said unto them, Whosoever will come after me, let him deny himself, and take up his cross, and follow me.

35   For whosoever will save his life shall lose it; but whosoever shall lose his life for my sake and the gospel's, the same shall save it.

36   For what shall it profit a man, if he shall gain the whole world, and lose his own soul?

37   Or what shall a man give in exchange for his soul?

478

38   Whosoever therefore shall be ashamed of me and of my words in this adulterous and sinful generation; of him also shall the Son of man be ashamed, when he cometh in the glory of his Father with the holy angels.

Here we read in verse 33 above that phrase "Get thee behind me, Satan". Do you suppose that Jesus was calling Peter "Satan" so as to mean that Peter was actually Satan? Of course not; he remained Peter, not Satan. But Jesus is saying that the words (verse 32 mentions unrecorded words of Peter) of rebuke that Peter spoke and the attitude of Peter's heart were evil of Satan in some sense. In what sense were those words of Satan, especially if I am going to say that Satan did not put that thought into Peter's mind, since I firmly believe that Satan can not touch true believers nor put a thought into a true believer's mind? Remember, part of our sinful flesh is our brain, a sinful brain at that. The human brain is designed to seek survival, even as a normal animal seeks to survive by finding food and water and maybe shelter. Humans are not animals, though, because humans are more than an animal. Yes, there biology is very similar to animals; that is why animals are very helpful in testing and developing life saving medicines—their body chemistry is very similar to that of humans. But, humans also have an eternal spirit, and animals do not have an eternal spirit (this concept is implied by Ecc 3:21 when we consider the mere physical meaning of that verse). The Bible no where speaks of a hell for animals, nor does it speak of a heaven with animals—though symbolically, animals are mentioned in Isa 65:17-25.

Isa 65:17 ¶ For, behold, I create new heavens and a new earth: and the former shall not be remembered, nor come into mind.

18   But be ye glad and rejoice for ever *in that* which I create: for, behold, I create Jerusalem a rejoicing, and her people a joy.

19   And I will rejoice in Jerusalem, and joy in my people: and the voice of weeping shall be no more heard in her, nor the voice of crying.

20   There shall be no more thence an infant of days, nor an old man that hath not filled his days: for the child shall die an hundred years old; but the sinner *being* an hundred years old shall be accursed.

21   And they shall build houses, and inhabit *them*; and they shall plant vineyards, and eat the fruit of them.

22   They shall not build, and another inhabit; they shall not plant, and another eat: for as the days of a tree *are* the days of my people, and mine elect shall long enjoy the work of their hands.

23   They shall not labour in vain, nor bring forth for trouble; for they *are* the seed of the blessed of the LORD, and their offspring with them.

24   And it shall come to pass, that before they call, I will answer; and while they are yet speaking, I will hear.

25   The wolf and the lamb shall feed together, and the lion shall eat straw like the bullock: and dust *shall be* the serpent's meat. They shall not hurt nor destroy in all my holy mountain, saith the LORD.

This is clearly symbolic, since the idea of the serpent eating dust is clearly a reference to the eternal lake of fire where Satan does his lying evil against the inhabitants of the eternal lake of fire (it may also have a meaning involving this life if we understand more deeply the seeding forth of the true Gospel). And as the serpent is symbolic, so also is

479

the lamb is symbolic, since the lamb is a reference to true believers in heaven; all true believers are actually lambs using the Bible's spiritual language. Also, we may take the wolf and the lion as references to true believers that were evil when before they were saved, but after they became saved then they no longer hurt other true believers. A true believer that fits this description very well is the apostle Paul. Before Paul became saved he was a lion and a wolf seeking to destroy the followers of Jesus. Paul himself, after he becomes saved, even uses the term "wolf" this way as Paul is speaking of false teachers that shall enter into the church in the future:

Acts 20:29 For I know this, that after my departing shall grievous wolves enter in among you, not sparing the flock.

And of course the term "flock" is again referring to the true believers a lambs and sheep. So, there will not be actual animals in heaven; the Bible gives no such language that I have ever understood that way. So Peter, when he rebuked Jesus was merely operating from his animal instincts for survival out of his sinful flesh and brain, because Peter did not want Jesus to die—he loved Jesus too much to even think of that. But Peter needed to grow some spiritually, and Jesus, to help him grow, rebuked him back strongly so that he would realize that Peter's goals were selfish, and that those goals did not serve God's purposes. If we do not serve God's purposes, then we are serving Satan's purposes. Even as Jesus said:

Mt 12:30 He that is not with me is against me; and he that gathereth not with me scattereth abroad.

Mr 9:40 For he that is not against us is on our part.

Lu 9:50 And Jesus said unto him, Forbid him not: for he that is not against us is for us.

Lu 11:23 He that is not with me is against me: and he that gathereth not with me scattereth.

Mt 6:24 No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon.

Jos 5:13 ¶ And it came to pass, when Joshua was by Jericho, that he lifted up his eyes and looked, and, behold, there stood a man over against him with his sword drawn in his hand: and Joshua went unto him, and said unto him, Art thou for us, or for our adversaries?

Jos 24:15 ¶ And if it seem evil unto you to serve the LORD, choose you this day whom ye will serve; whether the gods which your fathers served that were on the other side of the flood, or the gods of the Amorites, in whose land ye dwell: but as for me and my house, we will serve the LORD.

Technically, Jesus even spoke the words of Joshua, since Jesus is the Word from the beginning, as John 1:1 speaks. And without a parable he did not speak:

480

Mt 13:34 All these things spake Jesus unto the multitude in parables; and without a parable spake he not unto them:

Mr 4:34 But without a parable spake he not unto them: and when they were alone, he expounded all things to his disciples.

But Jesus does enter into the hearts of his elect and saves them and begins to give them understanding of his parables, so that those parables become clear to the true believers in their minds.

Anyway, if we of our own flesh serve Satan's purposes, then the evil comes from our unsaved flesh, or that sinful portion of our mind that is the brain (verses that righteous portion of our mind that is our soul and the hidden, internally unobservable involvement of the Holy Spirit). The Bible does speak of a struggle between our flesh (that is, our unsaved or unresurrected body) and our resurrected spirit along side which the Holy Spirit resides as well. This struggle is clearly described in Gal 5:13-26:

Gal 5:13 ¶ For, brethren, ye have been called unto liberty; only use not liberty for an occasion to the flesh, but by love serve one another.
14 For all the law is fulfilled in one word, even in this; Thou shalt love thy neighbour as thyself.
15 But if ye bite and devour one another, take heed that ye be not consumed one of another.
16 This I say then, Walk in the Spirit, and ye shall not fulfil the lust of the flesh.
17 For the flesh lusteth against the Spirit, and the Spirit against the flesh: and these are contrary the one to the other; so that ye cannot do the things that ye would.
18 But if ye be led of the Spirit, ye are not under the law.
19 Now the works of the flesh are manifest, which are these; Adultery, fornication, uncleanness, lasciviousness,
20 Idolatry, witchcraft, hatred, variance, emulations, wrath, strife, seditions, heresies,
21 Envyings, murders, drunkenness, revellings, and such like: of the which I tell you before, as I have also told you in time past, that they which do such things shall not inherit the kingdom of God.
22 But the fruit of the Spirit is love, joy, peace, longsuffering, gentleness, goodness, faith,
23 Meekness, temperance: against such there is no law.
24 And they that are Christ's have crucified the flesh with the affections and lusts.
25 If we live in the Spirit, let us also walk in the Spirit.
26 Let us not be desirous of vain glory, provoking one another, envying one another.

This struggle is also seen in Romans 7:

Rom 7:1 ¶ Know ye not, brethren, (for I speak to them that know the law,) how that the law hath dominion over a man as long as he liveth?
2 For the woman which hath an husband is bound by the law to her husband so long as he liveth; but if the husband be dead, she is loosed from the law of her husband.

481

3 So then, if, while her husband liveth, she be married to another man, she shall be called an adulteress: but if her husband be dead, she is free from that law; so that she is no adulteress, though she be married to another man.

4 Wherefore, my brethren, ye also are become dead to the law by the body of Christ; that ye should be married to another, even to him who is raised from the dead, that we should bring forth fruit unto God.

5 For when we were in the flesh, the motions of sins, which were by the law, did work in our members to bring forth fruit unto death.

6 But now we are delivered from the law, that being dead wherein we were held; that we should serve in newness of spirit, and not in the oldness of the letter.

7 ¶ What shall we say then? Is the law sin? God forbid. Nay, I had not known sin, but by the law: for I had not known lust, except the law had said, Thou shalt not covet.

8 But sin, taking occasion by the commandment, wrought in me all manner of concupiscence. For without the law sin was dead.

9 For I was alive without the law once: but when the commandment came, sin revived, and I died.

10 And the commandment, which was ordained to life, I found to be unto death.

11 For sin, taking occasion by the commandment, deceived me, and by it slew me.

12 Wherefore the law is holy, and the commandment holy, and just, and good.

13 Was then that which is good made death unto me? God forbid. But sin, that it might appear sin, working death in me by that which is good; that sin by the commandment might become exceeding sinful.

14 ¶ For we know that the law is spiritual: but I am carnal, sold under sin.

15 For that which I do I allow not: for what I would, that do I not; but what I hate, that do I.

16 If then I do that which I would not, I consent unto the law that it is good.

17 Now then it is no more I that do it, but sin that dwelleth in me.

18 For I know that in me (that is, in my flesh,) dwelleth no good thing: for to will is present with me; but how to perform that which is good I find not.

19 For the good that I would I do not: but the evil which I would not, that I do.

20 Now if I do that I would not, it is no more I that do it, but sin that dwelleth in me.

21 I find then a law, that, when I would do good, evil is present with me.

22 For I delight in the law of God after the inward man:

23 But I see another law in my members, warring against the law of my mind, and bringing me into captivity to the law of sin which is in my members.

24 O wretched man that I am! who shall deliver me from the body of this death?

25 I thank God through Jesus Christ our Lord. So then with the mind I myself serve the law of God; but with the flesh the law of sin.

Romans chapter 7 is a very special chapter to me, the author of this paper, and has been very special to me for a very many years. This passage has comforted me by helping me to understand the struggle in my life with my own sin. It explains why true believers still have some sin within their life. But, over the years of struggling with sin in my life, I grew tired of that struggle and wished that God would simply kill me so that I could go to heaven and not struggle any more. I was even somewhat angry towards God that God would put me into this situation. Notice even verse 24 above reflects the apostle Paul's dread and pain at being in this situation himself. Furthermore, Paul did say to be in heaven is far better; as we read:

482

Php 1:21 ¶ For to me to live is Christ, and to die is gain.

22 But if I live in the flesh, this is the fruit of my labour: yet what I shall choose I wot not.

23 For I am in a strait betwixt two, having a desire to depart, and to be with Christ: which is far better:

24 Nevertheless to abide in the flesh is more needful for you.

25 And having this confidence, I know that I shall abide and continue with you all for your furtherance and joy of faith;

26 That your rejoicing may be more abundant in Jesus Christ for me by my coming to you again.

But the final truth that helped me be no longer be angry with God on this matter was the discovery of the spiritual understanding of Rom 7. That spiritual understanding involves seeing that this language of Rom 7 about a struggle with one's sin involving the flesh is actually speaking concerning Jesus Christ more than it is Paul. This understanding is easy to see when we realize that we, the true believers, are the flesh of Jesus Christ, the members of his body. That is precisely how 1Co 12 speaks:

1Co 12:1 ¶ Now concerning spiritual gifts, brethren, I would not have you ignorant.

2 Ye know that ye were Gentiles, carried away unto these dumb idols, even as ye were led.

3 Wherefore I give you to understand, that no man speaking by the Spirit of God calleth Jesus accursed: and that no man can say that Jesus is the Lord, but by the Holy Ghost.

4 Now there are diversities of gifts, but the same Spirit.

5 And there are differences of administrations, but the same Lord.

6 And there are diversities of operations, but it is the same God which worketh all in all.

7 But the manifestation of the Spirit is given to every man to profit withal.

8 For to one is given by the Spirit the word of wisdom; to another the word of knowledge by the same Spirit;

9 To another faith by the same Spirit; to another the gifts of healing by the same Spirit;

10 To another the working of miracles; to another prophecy; to another discerning of spirits; to another divers kinds of tongues; to another the interpretation of tongues:

11 But all these worketh that one and the selfsame Spirit, dividing to every man severally as he will.

12 ¶ For as the body is one, and hath many members, and all the members of that one body, being many, are one body: so also is Christ.

13 For by one Spirit are we all baptized into one body, whether we be Jews or Gentiles, whether we be bond or free; and have been all made to drink into one Spirit.

14 For the body is not one member, but many.

15 If the foot shall say, Because I am not the hand, I am not of the body; is it therefore not of the body?

16 And if the ear shall say, Because I am not the eye, I am not of the body; is it therefore not of the body?

17 If the whole body were an eye, where were the hearing? If the whole were hearing, where were the smelling?

18 But now hath God set the members every one of them in the body, as it hath pleased him.

483

19 And if they were all one member, where were the body?
20 But now are they many members, yet but one body.
21 And the eye cannot say unto the hand, I have no need of thee: nor again the head to the feet, I have no need of you.
22 Nay, much more those members of the body, which seem to be more feeble, are necessary:
23 And those members of the body, which we think to be less honourable, upon these we bestow more abundant honour; and our uncomely parts have more abundant comeliness.
24 For our comely parts have no need: but God hath tempered the body together, having given more abundant honour to that part which lacked:
25 That there should be no schism in the body; but that the members should have the same care one for another.
26 And whether one member suffer, all the members suffer with it; or one member be honoured, all the members rejoice with it.
27 ¶ Now ye are the body of Christ, and members in particular.
28 And God hath set some in the church, first apostles, secondarily prophets, thirdly teachers, after that miracles, then gifts of healings, helps, governments, diversities of tongues.
29 Are all apostles? are all prophets? are all teachers? are all workers of miracles?
30 Have all the gifts of healing? do all speak with tongues? do all interpret?
31 But covet earnestly the best gifts: and shew I unto you a more excellent way.

See verse 12 above; clearly we, the true believers, are bone of his bone, flesh of his flesh, as Adam spoke of Eve and as Eph. 5 speaks. Hence, we are the flesh that causes the mind to sin in Romans 7. The mind is Jesus Christ himself, and that mind exists within his body, the true believers, and the sin of the true believers is what Jesus is praying for deliverance from in Rom. 7:24. When I had that understanding, then I could look to Jesus and realize that he took of this cross first, and I can not complain about it at all. He asks me to take up my cross and follow him. With this spiritual understanding of Romans 7 I could no longer be angry with God for putting me into this situation; because, in fact, my sins were putting Jesus into this situation. If I want Jesus to forgive me for putting him into this situation as he forgives me for my daily sins, then what right do I have to be angry with Jesus or God for his putting me into this situation? I am the real problem, and not God; and so I have no right to be angry with God. And now that I can look to Jesus in this matter as my leader and power within me to do what is right, I have more peace and no excuse for anger in this matter. I need to look to Jesus concerning any matter in the Bible; then I will have power and peace to follow Jesus as he works within my heart and life with his power and truth and righteousness by the Holy Spirit. This understanding is exactly why Romans chapter 8, which, of course follows Romans chapter 7, speaks exactly as it does. Romans 8 in its entirety says:

Rom 8:1 ¶ There is therefore now no condemnation to them which are in Christ Jesus, who walk not after the flesh, but after the Spirit.
2 For the law of the Spirit of life in Christ Jesus hath made me free from the law of sin and death.
3 For what the law could not do, in that it was weak through the flesh, God sending his own Son in the likeness of sinful flesh, and for sin, condemned sin in the flesh:

484

4 That the righteousness of the law might be fulfilled in us, who walk not after the flesh, but after the Spirit.
5 For they that are after the flesh do mind the things of the flesh; but they that are after the Spirit the things of the Spirit.
6 For to be carnally minded is death; but to be spiritually minded is life and peace.
7 Because the carnal mind is enmity against God: for it is not subject to the law of God, neither indeed can be.
8 So then they that are in the flesh cannot please God.
9 But ye are not in the flesh, but in the Spirit, if so be that the Spirit of God dwell in you. Now if any man have not the Spirit of Christ, he is none of his.
10 ¶ And if Christ be in you, the body is dead because of sin; but the Spirit is life because of righteousness.
11 But if the Spirit of him that raised up Jesus from the dead dwell in you, he that raised up Christ from the dead shall also quicken your mortal bodies by his Spirit that dwelleth in you.
12 Therefore, brethren, we are debtors, not to the flesh, to live after the flesh.
13 For if ye live after the flesh, ye shall die: but if ye through the Spirit do mortify the deeds of the body, ye shall live.
14 For as many as are led by the Spirit of God, they are the sons of God.
15 For ye have not received the spirit of bondage again to fear; but ye have received the Spirit of adoption, whereby we cry, Abba, Father.
16 The Spirit itself beareth witness with our spirit, that we are the children of God:
17 ¶ And if children, then heirs; heirs of God, and joint-heirs with Christ; if so be that we suffer with him, that we may be also glorified together.
18 For I reckon that the sufferings of this present time are not worthy to be compared with the glory which shall be revealed in us.
19 For the earnest expectation of the creature waiteth for the manifestation of the sons of God.
20 For the creature was made subject to vanity, not willingly, but by reason of him who hath subjected the same in hope.
21 Because the creature itself also shall be delivered from the bondage of corruption into the glorious liberty of the children of God.
22 For we know that the whole creation groaneth and travaileth in pain together until now.
23 And not only they, but ourselves also, which have the firstfruits of the Spirit, even we ourselves groan within ourselves, waiting for the adoption, to wit, the redemption of our body.
24 For we are saved by hope: but hope that is seen is not hope: for what a man seeth, why doth he yet hope for?
25 But if we hope for that we see not, then do we with patience wait for it.
26 ¶ Likewise the Spirit also helpeth our infirmities: for we know not what we should pray for as we ought: but the Spirit itself maketh intercession for us with groanings which cannot be uttered.
27 And he that searcheth the hearts knoweth what is the mind of the Spirit, because he maketh intercession for the saints according to the will of God.
28 And we know that all things work together for good to them that love God, to them who are the called according to his purpose.

485

29 ¶ For whom he did foreknow, he also did predestinate *to be* conformed to the image of his Son, that he might be the firstborn among many brethren.

30 Moreover whom he did predestinate, them he also called: and whom he called, them he also justified: and whom he justified, them he also glorified.

31 ¶ What shall we then say to these things? If God *be* for us, who *can be* against us?

32 He that spared not his own Son, but delivered him up for us all, how shall he not with him also freely give us all things?

33 Who shall lay any thing to the charge of God's elect? *It is* God that justifieth.

34 Who *is* he that condemneth? *It is* Christ that died, yea rather, that is risen again, who is even at the right hand of God, who also maketh intercession for us.

35 Who shall separate us from the love of Christ? *shall* tribulation, or distress, or persecution, or famine, or nakedness, or peril, or sword?

36 As it is written, For thy sake we are killed all the day long; we are accounted as sheep for the slaughter.

37 Nay, in all these things we are more than conquerors through him that loved us.

38 For I am persuaded, that neither death, nor life, nor angels, nor principalities, nor powers, nor things present, nor things to come,

39 Nor height, nor depth, nor any other creature, shall be able to separate us from the love of God, which is in Christ Jesus our Lord.

Romans chapter 8 speaks of the need to to put to death the sins of our life by the mind of the spirit. Notice verse 6 which mentions both of the ideas of being fleshly minded, and being spiritually minded. The idea of being spiritually minded is to be under the direction of the Spirit of Christ which verse 9 mentions. If we are fleshly minded only, then we are not saved, and still headed for the eternal lake of fire. Are we desiring to be right with God based on a true and sincere heart; or are we continuing in attempt to please God in our own strength and to cover our deceitful heart where we hide the fact from God that in our heart we have no love for God at all? You see, the Holy Spirit does witness with our own spirit that we are saved, as verse 16 speaks. How does God do this, if the Holy Spirit operates invisibly, and undetectably behind the scenes deep within the invisible recesses of our heart where we can not feel him, nor see him, nor sense him? The Holy Spirit communicates with our hearts by using the words of the Holy Bible. When the Holy Spirit is involved in saving a person and giving to a person true faith, the Holy Spirit works with the heart of such a person to give to that person a believing heart. We can not see how God does this; this is the humanly impossible act of God bringing about a spiritual resurrection into the soul of a person when God makes a person born from above or born again. But we should observe a new love for the words of the Bible as a consequence of this work of the Holy Spirit within our hearts; and a new desire to be obedient to those words, both inwardly and outwardly. This love for the words of the Bible is very plainly referred to in the Bible. As we read:

Ps 119:97 ¶ MEM. O how love I thy law! it *is* my meditation all the day.
Ps 119:113 ¶ SAMECH. I hate *vain* thoughts: but thy law do I love.
Ps 119:163 I hate and abhor lying: *but* thy law do I love.
Ps 119:165 ¶ Great peace have they which love thy law; and nothing shall offend them.

And a deep fear of God's words also, out of a deep desire to please God:

486

Isa 66:1 ¶ Thus saith the LORD, The heaven *is* my throne, and the earth *is* my footstool: where *is* the house that ye build unto me? and where *is* the place of my rest?

2 For all those *things* hath mine hand made, and all those *things* have been, saith the LORD: but to this *man* will I look, *even* to *him that is* poor and of a contrite spirit, and trembleth at my word.

3 He that killeth an ox *is as if* he slew a man; he that sacrificeth a lamb, *as if* he cut off a dog's neck; he that offereth an oblation, *as if* he offered swine's blood; he that burneth incense, *as if* he blessed an idol. Yea, they have chosen their own ways, and their soul delighteth in their abominations.

4 I also will choose their delusions, and will bring their fears upon them, because when I called, none did answer; when I spake, they did not hear: but they did evil before mine eyes, and chose *that* in which I delighted not.

5 ¶ Hear the word of the LORD, ye that tremble at his word; Your brethren that hated you, that cast you out for my name's sake, said, Let the LORD be glorified: but he shall appear to your joy, and they shall be ashamed.

And since the entire Bible is the law of God, and since the law of God descends from the greatest law, which is entirely about love, namely to love God with every fiber of our being, and the second highest law is all about love as well, namely to love our neighbor and ourselves, then every law of God is a description of Love, because every law in the Bible hangs from these two laws of Love. No wonder then, true believers are reading a love letter from God to them when they read the Bible, and so they will have this deep love towards the author of the love letter, namely Jesus who is God. No wonder we tremble before these words and love these words of the entire Bible. So when the Holy Spirit opens our understanding to the words of the Bible and saves us, we read:

Rom 5:5 And hope maketh not ashamed; because the love of God is shed abroad in our hearts by the Holy Ghost which is given unto us.

And this love in our hearts should increase as we grow in knowledge and grace:

Co 2:1 ¶ For I would that ye knew what great conflict I have for you, and *for* them at Laodicea, and *for* as many as have not seen my face in the flesh;

2 That their hearts might be comforted, being knit together in love, and unto all riches of the full assurance of understanding, to the acknowledgement of the mystery of God, and of the Father, and of Christ;

3 In whom are hid all the treasures of wisdom and knowledge.

4 ¶ And this I say, lest any man should beguile you with enticing words.

5 For though I be absent in the flesh, yet am I with you in the spirit, joying and beholding your order, and the stedfastness of your faith in Christ.

6 As ye have therefore received Christ Jesus the Lord, *so* walk ye in him:

7 Rooted and built up in him, and stablished in the faith, as ye have been taught, abounding therein with thanksgiving.

8 Beware lest any man spoil you through philosophy and vain deceit, after the tradition of men, after the rudiments of the world, and not after Christ.

9 For in him dwelleth all the fulness of the Godhead bodily.

10 And ye are complete in him, which is the head of all principality and power:

487

Did you notice the phrase "the full assurance of understanding"? That phrase is saying that as our understanding of the words of the Bible gets deeper and deeper, God the Holy Spirit increases our understanding of his love and thereby increases our peace and assurance of our salvation. There are two other verses about assurance that should be quoted here:

Heb 6:11 And we desire that every one of you do shew the same diligence to the full assurance of hope unto the end:

Heb 10:22 Let us draw near with a true heart in full assurance of faith, having our hearts sprinkled from an evil conscience, and our bodies washed with pure water.

So God speaks of the full assurance of understanding, the full assurance of hope, and the full assurance of faith. The full assurance of understanding is based in knowledge and obedience—some understanding only comes after we obey what we are told to do (John 14:22-24). The full assurance of hope is based on knowledge of the promises of God and a willingness to spend our life serving God by loving other true believers in obedience as we wait in hope for God to give us the fulfillment of those promises (Heb 6:9-20). The full assurance of faith is based on trusting the words of God and promises of God and obeying those words as we do what we are told to do (2Pe 1:4-11). We walk by faith, not by sight (2Co 5:7). And faith comes by hearing the Word of God, the Bible, as Rom 10:17 speaks. It all comes down to both an inward and outward obedience to God's words, from a truly sincere heart given to us as God the Father draws an elect to faith and salvation (John 6:44). If we fill our heart with the Words of God, then that gives the Holy Spirit the tool to work with within our heart to cause that increasing of the full assurance of understanding, the full assurance of hope, and the full assurance of faith. And if God blesses us so, we may find such great assurance of our salvation that we can say that we are confident of our salvation—but such confidence does not come if we have much sin in our life, because then we are failing to obey God's words, and that sin, if serious, will bread doubt and fear, and rightly so. Even as King David doubted his salvation in Ps 51:11 after his sin of adultery with Bathsheba. But if we have no serious sin in our life, and if we are filling our heart and mind with the Bible and meditating on those words and obeying those words as we love our neighbor with the true Gospel, then the following confidence of salvation may be ours to be had!

1Joh 3:21 Beloved, if our heart condemn us not, then have we confidence toward God.
22 And whatsoever we ask, we receive of him, because we keep his commandments, and do those things that are pleasing in his sight.

Ps 84:11 For the LORD God is a sun and shield: the LORD will give grace and glory: no good thing will he withhold from them that walk uprightly.

Pr 2:7 He layeth up sound wisdom for the righteous: he is a buckler to them that walk uprightly.

Even though God is not a butler nor a bellhop doing whatever we ask, nevertheless God loves his true believers very deeply and those that truly walk uprightly can know with confidence that God indeed has that deep love towards that him or her particularly. So,

488

with such deep love towards us, no wonder he promises to not withhold any good thing from those that walk uprightly. And truly, each and every one of God's elect will be found to walk uprightly before Almighty God when they get to heaven, because our sinful flesh will be done away with, and instead resurrected into a glorious spiritual body that does not sin anymore. But in this life, the possibility of walking with God so as to avoid serious sin is possible, though God does not grant that grace to every one of the elect. Sometimes God has very specific plans to take of this hand of restraint from the sinful flesh in the life of a true believer to let that true believer sin a serious sin—because God has plans to show his grace and victory over such serious sin. We see this plainly in King David's life after sinning by adultery with Bathsheba in that God brought forth of that sin-caused marriage the wisest king ever over Israel, except for Jesus himself who is the wisest of all, and probably the wisest true believer to ever come into existence on this earth, King Solomon. The great blessing of having King Solomon come of that marriage shows how God's grace triumphs over sin, and produces a marvelous blessing. We are not to sin deliberately so that grace may abound; nevertheless, if we do sin deliberately some serious sin, and if we get through the terrible doubt and the dreadful consequences in this life that may torment us afterwards—and only God knows if our faith will survive such a bad sin or whether we will discover that we were never saved in the first place—then if we come through with our faith still intact, God may bring a great blessing that follows from that sin, just to glorify God as God gets victory over sin and teaches as much more about his glorious forgiveness and grace, and that will increase our hatred for sin in general and teach us to be more obedient to God's word, the Bible, and we will also have a strong desire to avoid that particular sin again in the future—though sin can repeat, and we need God's blessing and power in this matter always—let us humbly pray and beg God for the blessing of greater repentance from sin and hatred towards sin in our own life (unless God has given to us a particular authority relationship over a person (such as a parent over a child), we need to avoid pointing our finger at sin in other particular people—though we may certainly may condemn false gospels—because God will be their ultimate judge, not us in this life).

We are still not done with the discussion on whether Satan can touch a true believer or not—though I strongly believe that Satan can not touch a true believer. In order for my discussion and logical argument to be strong, I need to deal properly with two more very important passages. Those passages involve the same historical event, namely King David's sin to number the people of historical national Israel. That event is recorded in 2Sa 24 and 1Ch 21. The very significant point that arises from this point is found in the wording of the first verses of these two chapters. These first verses are:

2Sa 24:1¶ And again the anger of the LORD was kindled against Israel, and he moved David against them to say, Go, number Israel and Judah.

1Ch 21:1¶ And Satan stood up against Israel, and provoked David to number Israel.

Notice that 2Sa 24:1 states "the anger of the LORD was kindled" as how David was moved to number Israel. And 1Ch 21:1 states "And Satan stood up against Israel, and provoked David" to number Israel. By comparison of these two verses, and comparison is a primary God ordained method for pursuing the matter of Bible interpretation per 1Co 2:13, we see that God has given a very interesting name to Satan. This comparison

489

teaches that one of Satan's names is "the anger of the LORD". Now, the interesting question for the purpose of this paper is: "did Satan put this thought into David's heart to number Israel?" I say no. But, consider the following two possibilities for explaining how this provoking of David by Satan could have been accomplished. One simple way is to view the attitude of David as one of sinful pride as the king of national Israel, and he wanted to feed that pride and his own self glory by knowing how many people were in the nation of Israel at that time. This is a very reasonable possibility; if this is the cause, then God is actually naming David's sinful pride with the term "Satan". This is entirely realistic, since Satan is the king of all of the children of pride; and this labeling by God in the Old Testament of David's sin of pride by the term "Satan" is really no different than when Jesus said to Peter "Get thee behind me Satan". Peter was only speaking out of his ordinary human desire for self-preservation when he attempted to rebuke Jesus against going to the cross. Satan was not actually touching Peter in Peter's thinking—since I believe that Satan can not touch our thoughts nor our being in any direct way. The other possibility for how Satan may have provoked King David to number Israel could have simply been though the sinful influence of some other unidentified people in David's life, possibility even unsaved people who may have be subject to Satan touching those unsaved people in their thinking, or even indwelling those unsaved people, and those unsaved people may have communicated their influence that feed the first possibility, namely David's pride. Maybe, even one of David's wives gave to David some praise and said to him how great he was in her eyes, and David failed to handle that good praise properly, and so David let that praise feed his sinful pride, and then he was thereby provoked to number Israel. Wives, when you praise your husband, you may also wish to pray in your heart before you give that praise that your husband will give the glory to God ultimately, and not let it feed his sinful pride. Men need respect from their wives as much a wives need love from their husband; so such praise can be very helpful. But, in the midst of a man, there is a fine line between his need for such respect, and his sinful pride. A man's need for respect is directly related to his love for his wife. If he is going so good much of this life's resources–including time, attention, health, and money–-in caring for you and your and his family, that love he is showing by such spending of his life absolutely must be respected; and so some praise and thankfulness is very much needed in his heart. But if the test that praise feed his sinful pride, then that is not the best outcome. That is why a wife should say a little prayer in her heart before she speaks her praise to her husband. Be very careful, though, that you do not want your husband to keep your praise from feeding his sinful pride; just depend upon God and your prayer to God, and then give that sinful pride before God in his own heart. Just smile, and give him a kiss after your statement of praise and thankfulness; and if appropriate, give him a nice time in bed.

The use of other people to provoke sin in a king is clearly demonstrated in the matter of King Ahab before King Ahab was to go to war and to die in the resulting battle. That passage is quoted entirely next (King Ahab, an evil king, here is also called the king of Israel, and the king of Judah is King Jehoshaphat, a good king):

1Ki 22:1 ¶ And they continued three years without war between Syria and Israel.

490

2 And it came to pass in the third year, that Jehoshaphat the king of Judah came down to the king of Israel.

3 And the king of Israel said unto his servants, Know ye that Ramoth in Gilead *is* ours, and *we be* still, *and* take *it* not out of the hand of the king of Syria?

4 And he said unto Jehoshaphat, Wilt thou go with me to battle to Ramothgilead? And Jehoshaphat said to the king of Israel, I *am* as thou *art*, my people as thy people, my horses as thy horses.

5 And Jehoshaphat said unto the king of Israel, Enquire, I pray thee, at the word of the LORD to day.

6 Then the king of Israel gathered the prophets together, about four hundred men, and said unto them, Shall I go against Ramothgilead to battle, or shall I forbear? And they said, Go up; for the Lord shall deliver *it* into the hand of the king.

7 And Jehoshaphat said, *Is there* not here a prophet of the LORD besides, that we might enquire of him?

8 And the king of Israel said unto Jehoshaphat, *There is* yet one man, Micaiah the son of Imlah, by whom we may enquire of the LORD: but I hate him; for he doth not prophesy good concerning me, but evil. And Jehoshaphat said, Let not the king say so.

9 Then the king of Israel called an officer, and said, Hasten *hither* Micaiah the son of Imlah.

10 And the king of Israel and Jehoshaphat the king of Judah sat each on his throne, having put on their robes, in a void place in the entrance of the gate of Samaria; and all the prophets prophesied before them.

11 And Zedekiah the son of Chenaanah made him horns of iron: and he said, Thus saith the LORD, With these shalt thou push the Syrians, until thou have consumed them.

12 And all the prophets prophesied so, saying, Go up to Ramothgilead, and prosper: for the LORD shall deliver *it* into the king's hand.

13 And the messenger that was gone to call Micaiah spake unto him, saying, Behold now, the words of the prophets *declare* good unto the king with one mouth: let thy word, I pray thee, be like the word of one of them, and speak *that which is* good.

14 And Micaiah said, *As* the LORD liveth, what the LORD saith unto me, that will I speak.

15 ¶ So he came to the king. And the king said unto him, Micaiah, shall we go against Ramothgilead to battle, or shall we forbear? And he answered him, Go, and prosper: for the LORD shall deliver *it* into the hand of the king.

16 And the king said unto him, How many times shall I adjure thee that thou tell me nothing but *that which is* true in the name of the LORD?

17 And he said, I saw all Israel scattered upon the hills, as sheep that have not a shepherd: and the LORD said, These have no master: let them return every man to his house in peace.

18 And the king of Israel said unto Jehoshaphat, Did I not tell thee that he would prophesy no good concerning me, but evil?

19 And he said, Hear thou therefore the word of the LORD: I saw the LORD sitting on his throne, and all the host of heaven standing by him on his right hand and on his left.

20 And the LORD said, Who shall persuade Ahab, that he may go up and fall at Ramothgilead? And one said on this manner, and another said on that manner.

491

21 And there came forth a spirit, and stood before the LORD, and said, I will persuade him.

22 And the LORD said unto him, Wherewith? And he said, I will go forth, and I will be a lying spirit in the mouth of all his prophets. And he said, Thou shalt persuade him, and prevail also: go forth, and do so.

23 Now therefore, behold, the LORD hath put a lying spirit in the mouth of all these thy prophets, and the LORD hath spoken evil concerning thee.

24 But Zedekiah the son of Chenaanah went near, and smote Micaiah on the cheek, and said, Which way went the Spirit of the LORD from me to speak unto thee?

25 And Micaiah said, Behold, thou shalt see in that day, when thou shalt go into an inner chamber to hide thyself.

26 And the king of Israel said, Take Micaiah, and carry him back unto Amon the governor of the city, and to Joash the king's son;

27 And say, Thus saith the king, Put this *fellow* in the prison, and feed him with bread of affliction and with water of affliction, until I come in peace.

28 And Micaiah said, If thou return at all in peace, the LORD hath not spoken by me. And he said, Hearken, O people, every one of you.

29 ¶ So the king of Israel and Jehoshaphat the king of Judah went up to Ramothgilead.

30 And the king of Israel said unto Jehoshaphat, I will disguise myself, and enter into the battle; but put thou on thy robes. And the king of Israel disguised himself, and went into the battle.

31 But the king of Syria commanded his thirty and two captains that had rule over his chariots, saying, Fight neither with small nor great, save only with the king of Israel.

32 And it came to pass, when the captains of the chariots saw Jehoshaphat, that they said, Surely it *is* the king of Israel. And they turned aside to fight against him: and Jehoshaphat cried out.

33 And it came to pass, when the captains of the chariots perceived that it was not the king of Israel, that they turned back from pursuing him.

34 And a *certain* man drew a bow at a venture, and smote the king of Israel between the joints of the harness: wherefore he said unto the driver of his chariot, Turn thine hand, and carry me out of the host; for I am wounded.

35 And the battle increased that day: and the king was stayed up in his chariot against the Syrians, and died at even: and the blood ran out of the wound into the midst of the chariot.

36 And there went a proclamation throughout the host about the going down of the sun, saying, Every man to his city, and every man to his own country.

37 So the king died, and was brought to Samaria; and they buried the king in Samaria.

38 And *one* washed the chariot in the pool of Samaria; and the dogs licked up his blood; and they washed his armour; according unto the word of the LORD which he spake.

39 Now the rest of the acts of Ahab, and all that he did, and the ivory house which he made, and all the cities that he built, *are* they not written in the book of the chronicles of the kings of Israel?

40 So Ahab slept with his fathers; and Ahaziah his son reigned in his stead.

With these reasonable explanations for how Satan may influence a true believer, I see no need to suppose that Satan can touch the thoughts of a true believer directly, and since the Holy Spirit indwells a true Believer, the idea of Satan directly touching the thoughts of a true believer makes absolutely no good sense.

492

One more passage must be discussed before we finish with a conclusion about our battle with sin of our own flesh, and our battle with Satan. Eph 6 says:

Eph 6:10 ¶ Finally, my brethren, be strong in the Lord, and in the power of his might.

11 Put on the whole armour of God, that ye may be able to stand against the wiles of the devil.

12 For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places.

13 Wherefore take unto you the whole armour of God, that ye may be able to withstand in the evil day, and having done all, to stand.

14 Stand therefore, having your loins girt about with truth, and having on the breastplate of righteousness;

15 And your feet shod with the preparation of the gospel of peace;

16 Above all, taking the shield of faith, wherewith ye shall be able to quench all the fiery darts of the wicked.

17 And take the helmet of salvation, and the sword of the Spirit, which is the word of God;

18 Praying always with all prayer and supplication in the Spirit, and watching thereunto with all perseverance and supplication for all saints;

Here in Eph 6 we see in verse 12 the statement that "we wrestle not against flesh and blood". This statement is not about our own struggle with sin in our flesh, obviously, since this statement says we wrestle not against flesh and blood. This statement is about the higher struggle that we the true believers have against Satan in a deeper spiritual sense. Notice the phrase ending verse 12 that says "against spiritual wickedness in high places". What are these high places? 2Th 2:4 answers that:

2Th 2:4 Who opposeth and exalteth himself above all that is called God, or that is worshipped; so that he as God sitteth in the temple of God, shewing himself that he is God.

For Satan to exalt himself is to pursue the high places of spiritual power. That is the place of leadership in the corporate Christian church around the world in its very many denominations. These high places are the places of spiritual power in the temple of God, where many true believers are hidden within the corporate Christian church. The true believers are actually the soul of the corporate Christian church; the soul is where spiritual life exist within the corporate Christian church; and the non-elect in the corporate Christian church are the flesh of the corporate Christian church, where there is only spiritual deadness due to the total depravity of the unsaved. The yet-to-be-saved elect in the corporate Christian church are in an ambiguous location in that from the point of view of God in eternity past, these not-yet-saved elect are part of that soul; but from the point of view of the frame of time, they are yet part of the flesh of the corporate Christian church until they become born again. In this sense the flesh of the corporate Christian church melts away when one of these unsaved elect becomes saved, since after becoming saved they are no longer part of that flesh, but rather part of the soul.

493

Now, the Bible has two important spiritual meanings for the term "flesh", as well as the physical meaning referring to a human body, for a total of three meanings. The spiritual meaning in the above paragraph is that of the unsaved. We see this spiritual meaning in 1Co 5:5. All of 1Co 5 is quoted below:

1 ¶ It is reported commonly *that there is fornication among you*, and such fornication as is not so much as named among the Gentiles, that one should have his father's wife.
2 And ye are puffed up, and have not rather mourned, that he that hath done this deed might be taken away from among you.
3 For I verily, as absent in body, but present in spirit, have judged already, as though I were present, *concerning him* that hath so done this deed,
4 In the name of our Lord Jesus Christ, when ye are gathered together, and my spirit, with the power of our Lord Jesus Christ,
5 To deliver such an one unto Satan for the destruction of the flesh, that the spirit may be saved in the day of the Lord Jesus.
6 Your glorying *is* not good. Know ye not that a little leaven leaveneth the whole lump?
7 ¶ Purge out therefore the old leaven, that ye may be a new lump, as ye are unleavened. For even Christ our passover is sacrificed for us:
8 Therefore let us keep the feast, not with old leaven, neither with the leaven of malice and wickedness; but with the unleavened *bread* of sincerity and truth.
9 ¶ I wrote unto you in an epistle not to company with fornicators:
10 Yet not altogether with the fornicators of this world, or with the covetous, or extortioners, or with idolaters; for then must ye needs go out of the world.
11 But now I have written unto you not to keep company, if any man that is called a brother be a fornicator, or covetous, or an idolater, or a railer, or a drunkard, or an extortioner; with such an one no not to eat.
12 For what have I to do to judge them also that are without? do not ye judge them that are within?
13 But them that are without God judgeth. Therefore put away from among yourselves that wicked person.

The other spiritual meaning points to the one true believers as the flesh of Christ, his body; bone of his bone, flesh of his flesh, as Adam spoke in Gen 2.

And then we have the physical meaning referring to the body, which is understandable when we compare Php 3:21 which uses the term "body" with the equivalent use in Romans 7 for the term "flesh". Also, Rom 7:24 itself uses the term "body" as a direct equivalence for the term "flesh" found in Rom 7:18.

Now in Eph 6:12 where the phrase "flesh and blood" occurs, we must conclude that the occurrence of the term "flesh" involves the physical meaning. This is obvious when we consider that the text of Eph 6:10-18 is speaking in *contrast* to physical warfare armament such as shields and helmets and swords; this is because Eph 6:12 says that our warfare is *not* against flesh and blood. Eph 6:12 is really saying that the spiritual warfare true believers are involved in is really a matter of the truth of Jesus Christ versus the lies of Satan. The one true Gospel verses the many false gospels of Satan. This does not involve real shields, helmets, and swords. Rather, this battle involves spiritual armament,

494

as listed in Eph 6, such as faith and truth and the sword of the Spirit (the sword of the Spirit is the Bible, Heb 4:12).

Many pages back in this section on the apostate church we were discussing the matter of how does God deceive someone if God never lies. We were considering the following passage:

Eze 14:6 Therefore say unto the house of Israel, Thus saith the Lord GOD; Repent, and turn *yourselves* from your idols; and turn away your faces from all your abominations.
7 For every one of the house of Israel, or of the stranger that sojourneth in Israel, which separateth himself from me, and setteth up his idols in his heart, and putteth the stumblingblock of his iniquity before his face, and cometh to a prophet to enquire of him concerning me; I the LORD will answer him by myself:
8 And I will set my face against that man, and will make him a sign and a proverb, and I will cut him off from the midst of my people; and ye shall know that I am the LORD.
9 And if the prophet be deceived when he hath spoken a thing, I the LORD have deceived that prophet, and I will stretch out my hand upon him, and will destroy him from the midst of my people Israel.
10 And they shall bear the punishment of their iniquity: the punishment of the prophet shall be even as the punishment of him that seeketh *unto him*;
11 That the house of Israel may go no more astray from me, neither be polluted any more with all their transgressions; but that they may be my people, and I may be their God, saith the Lord GOD.

And the matter of God using Satan to achieve this deception is the essence of this issue regarding God deceiving someone. God, in Eze 14:6-11 is taking full credit for deceiving false prophets. The reason that God takes such full credit is because he is in fact sovereign over Satan, and Satan can not do anything beyond God's allowance.

Furthermore, God, in taking such full credit, is really saying to all true believers, "do not worry, I, God, am in full control". This should comfort the true believers greatly. Yet, since for God to lie is absolutely impossible, then we must understand that God uses Satan as a tool of God's anger to cause false prophets to be deceived and to use that deception in the heart of these false prophets to bring the destruction in the world and in the church particularly that comes about by the lies of the false prophets—another name for false teachers. And God does all this, even when it is impossible for Satan to touch the true believers, and when it is impossible for God to lie. God's righteous, sovereign power is so awesome and so great that God is in full control of every vibration of every atom in the universe over all time, without exception. Yet God remains fully innocent of any guilt or cause for sin. All sin comes from Satan and the exercise of the power of contrary choice that God put into Adam when God made Adam and Eve absolutely perfect. As we read:

Ecc 7:29 Lo, this only have I found, that God hath made man upright; but they have sought out many inventions.

Eze 28:15 Thou wast perfect in thy ways from the day that thou wast created, till iniquity was found in thee.

495

Many people believe that Eze 28 is about Satan; but another suggestion that I have heard from another Bible teacher is that Eze 28 is talking about mankind as Adam and Eve.

Actually, I believe something rather unusual after looking closely at Eze 28. I believe that both are in view, though mankind is primarily in view. Satan fell into sin at the time that he tempted Adam and Eve to fall into sin, and both Satan and Adam and Eve were in the Garden of Eden, and both were made perfect when God created them. Satan, also, apparently, had some sort of power of contrary choice that was a part of the perfection of the creation of Satan, before Satan became Satan by choosing rebellion, when Satan was called Lucifer, the name that Isa 14 gives for Satan. This dual meaning for Eze 28 fits with the idea that Satan wanted to rule mankind, and so, in some sense, become as a man himself, only in a wicked spiritual sense—not in a physical sense. This is likely why God calls Satan a "man" in Isa 14 at verse 16, which says:

Isa 14:16 They that see thee shall narrowly look upon thee, *and consider thee, saying, Is this the man that made the earth to tremble, that did shake kingdoms;*

Also, since the non-elect and yet-to-be-saved elect are called "children of disobedience" and "children of wrath" because their father is Satan, as Eph 2:2-3 speaks:

Eph 2:2 Wherein in time past ye walked according to the course of this world, according to the prince of the power of the air, the spirit that now worketh in the children of disobedience:

3 Among whom also we all had our conversation in times past in the lusts of our flesh, fulfilling the desires of the flesh and of the mind, and were by nature the children of wrath, even as others.

(The term "children of wrath" is particularly interesting because one of Satan's names is "the anger of the LORD" (as we saw when King David numbered Israel), since God uses Satan to bring judgement. God even did this in the case of Jesus going to the cross as Satan inflicted Judas when Judas betrayed Jesus. Satan was involved in the situation by which Jesus went to the cross because when Jesus went to the cross that was the anger of the LORD coming against Jesus, since Jesus had to bear the wrath of God against the sins of the elect.)

So for Satan to be called a "man" is very appropriate, because his spiritual offspring are indeed men. And like kind produces like kind, as we read:

Ge 1:11 And God said, Let the earth bring forth grass, the herb yielding seed, *and the fruit tree yielding fruit after his kind, whose seed is in itself, upon the earth: and it was so.*

Gen 1:24 ¶ And God said, Let the earth bring forth the living creature after his kind, cattle, and creeping thing, and beast of the earth after his kind: and it was so.
25 And God made the beast of the earth after his kind, and cattle after their kind, and every thing that creepeth upon the earth after his kind: and God saw that *it was good.*

Mt 7:16 Ye shall know them by their fruits. Do men gather grapes of thorns, or figs of thistles?

496

17 Even so every good tree bringeth forth good fruit; but a corrupt tree bringeth forth evil fruit.
18 A good tree cannot bring forth evil fruit, neither *can* a corrupt tree bring forth good fruit.
19 Every tree that bringeth not forth good fruit is hewn down, and cast into the fire.
20 Wherefore by their fruits ye shall know them.

Mt 12:33 Either make the tree good, and his fruit good; or else make the tree corrupt, and his fruit corrupt: for the tree is known by *his* fruit.

Mt 23:15 Woe unto you, scribes and Pharisees, hypocrites! for ye compass sea and land to make one proselyte, and when he is made, ye make him twofold more the child of hell than yourselves.

James 3:8 But the tongue can no man tame; *it is* an unruly evil, full of deadly poison.
9 Therewith bless we God, even the Father; and therewith curse we men, which are made after the similitude of God.
10 Out of the same mouth proceedeth blessing and cursing. My brethren, these things ought not so to be.
11 Doth a fountain send forth at the same place sweet *water* and bitter?
12 Can the fig tree, my brethren, bear olive berries? either a vine, figs? so *can* no fountain both yield salt water and fresh.
13 ¶ *Who is* a wise man and endued with knowledge among you? let him shew out of a good conversation his works with meekness of wisdom.
14 But if ye have bitter envying and strife in your hearts, glory not, and lie not against the truth.
15 This wisdom descendeth not from above, but *is* earthly, sensual, devilish.
16 For where envying and strife *is,* there *is* confusion and every evil work.
17 But the wisdom that is from above is first pure, then peaceable, gentle, *and easy* to be intreated, full of mercy and good fruits, without partiality, and without hypocrisy.
18 And the fruit of righteousness is sown in peace of them that make peace.

The apostate teachers of Jesus time are said of Jesus in Mt 23:15 above that they make their followers twofold more a child of hell than themselves. This is a clear statement that the apostate teachers of any time are children of Satan, and they make more children of Satan by their sins. You shall know them by their fruit. One of the most easily observed fruits to look for is love, and love is not understood well at all today, the time of the end of the world and end of the universe. This is clear from:

Mt 24:12 And because iniquity shall abound, the love of many shall wax cold.

Many people think that they have found the love of God in their life; but when you examine that claim against God's description of the characteristics of love as explained in 1Co 13, you will find one area badly lacking. That is the love for the truth. As 1Co 13:6 says:

4 ¶ Charity suffereth long, *and* is kind; charity envieth not; charity vaunteth not itself, is not puffed up.

· 497 ·

5 Doth not behave itself unseemly, seeketh not her own, is not easily provoked, thinketh no evil;
6 Rejoiceth not in iniquity, but rejoiceth in the truth;
7 Beareth all things, believeth all things, hopeth all things, endureth all things.

God characterizes the fall of the church onto apostasy as a time when people will not receive the love of the truth so as to be saved:

2Th 2:10 And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.

And since we can not understand God's love for his elect if we do not understand the wrath of God against sin, sin that Jesus paid for—thereby making us to understand how great Jesus' love really is; then to reject the wrath of God, as is commonly done in apostate churches that claim to proclaim the love of God, then the love of God as taught by the apostate churches is like a completely hollow orange, with nothing nutritious inside. It serves no purpose except to deceive, until the day you bite into it and find that it does not feed you. And believe me, you will need to bite into that orange when Jesus appears on the clouds of glory as he returns on Judgment Day to judge the human race and to cast them into hell. If your orange is hollow, your fruit called "love" is actually only death, and you will end up in the eternal lake of fire for eternity. Do you really have the love of God shed abroad in your heart so that you are ready to meet God?

Rom 5:5 And hope maketh not ashamed; because the love of God is shed abroad in our hearts by the Holy Ghost which is given unto us.

You will not be ashamed at the day of the return of Jesus Christ if this true love is shed abroad in your heart. As we read!

Isa 66:5 ¶ Hear the word of the LORD, ye that tremble at his word; Your brethren that hated you, that cast you out for my name's sake, said, Let the LORD be glorified: but he shall appear to your joy, and they shall be ashamed.

Do you tremble at God's word? That is evidence that you do love the truth so as to be saved, and is evidence that God's love is indeed in your heart. If this is so, then your fruit of love, or orange, is real, and you are ready to meet Jesus Christ with joy and love in your heart when he returns at the very end of time, and you will not be ashamed.

So as an old man Christian friend of mine used to say, "We need to be fruit inspectors". Use 1Co 13 as the inspection guide to inspect a so called fruit of love, to see if it is the real thing. We should do this especially in our own life, to see if we have the true fruit of love, the most glorious fruit of the Holy Spirit, in our life and heart. Are we saved or not? Do we have the love of the truth so as to be saved, or not? Do we have all those other very important fruits of the Holy Spirit as well (Gal 5:22-23; Col 3:12-16; 2Pe 1:5-7). If you have truth, but are missing the other characteristics of love, such as kindness and gentleness, then you also do not have love. Consider:

498

2Ti 2:24 And the servant of the Lord must not strive; but be gentle unto all men, apt to teach, patient,

Eph 4:15 But speaking the truth in love, may grow up into him in all things, which is the head, even Christ:

So, again, use 1Co 13 as your inspection guide, and inspect yourself, and listen to teachers to see if they love the truth, and are able to speak it in gentleness, even when they must clearly teach the wrath of God in order to help us understand the love of God, and to help us fear God so that we worship God properly, with deep respect, and tremble at God's word, the Bible. And:

Col 3:16 Let the word of Christ dwell in you richly in all wisdom; teaching and admonishing one another in psalms and hymns and spiritual songs, singing with grace in your hearts to the Lord.

So Satan's lies in the mouths of false teachers produces hollow fruit without true love inside, though it may look very convincing on the outside. Are you one of Satan's children without the true love of the true Jesus of the Bible in your heart? If you are, then you are like a hollow orange with no nutrition inside. In this case you do not have the love of the truth inside of you. Repent, and discover the true love of Jesus by believing the Bible over what any of your teachers have said to you. Learn to love the truth, and trust only in the Bible. Fear God and keep his commandments, for this is the whole duty of man.

Ecc 12:13 ¶ Let us hear the conclusion of the whole matter: Fear God, and keep his commandments: for this is the whole duty of man.
14 For God shall bring every work into judgment, with every secret thing, whether it be good, or whether it be evil.

Is your work evil because the true Jesus of the Bible in not actually inside of your heart? If a person does not have Jesus inside of him, all of his works, no matter how good they appear to other men, are actually evil works because Jesus is not glorified, but rather, your proud, sinful heart is seeking its own glory as you try to impress God:

Eph 2:9 Not of works, lest any man should boast.

Your work will be good only if the true Jesus of the Bible makes his home in your heart and does his work from that location. His home is definitely not in your heart if you do not have the true Jesus of the Bible; so not some other Jesus that is preached by the lies of false teachers who are perverting the Bible and giving wrong interpretation of the Bible. As we read:

Gal 1:1 ¶ Paul, an apostle, (not of men, neither by man, but by Jesus Christ, and God the Father, who raised him from the dead;)
2 And all the brethren which are with me, unto the churches of Galatia:
3 Grace be to you and peace from God the Father, and from our Lord Jesus Christ,

499

4 Who gave himself for our sins, that he might deliver us from this present evil world, according to the will of God and our Father:

5 To whom be glory for ever and ever. Amen.

6 ¶ I marvel that ye are so soon removed from him that called you into the grace of Christ unto another gospel:

7 Which is not another; but there be some that trouble you, and would pervert the gospel of Christ.

8 But though we, or an angel from heaven, preach any other gospel unto you than that which we have preached unto you, let him be accursed.

9 As we said before, so say I now again, If any man preach any other gospel unto you than that ye have received, let him be accursed.

10 ¶ For do I now persuade men, or God? or do I seek to please men? for if I yet pleased men, I should not be the servant of Christ.

11 But I certify you, brethren, that the gospel which was preached of me is not after man.

12 For I neither received it of man, neither was I taught it, but by the revelation of Jesus Christ.

13 For ye have heard of my conversation in time past in the Jews' religion, how that beyond measure I persecuted the church of God, and wasted it:

14 And profited in the Jews' religion above many my equals in mine own nation, being more exceedingly zealous of the traditions of my fathers.

15 But when it pleased God, who separated me from my mother's womb, and called me by his grace,

16 To reveal his Son in me, that I might preach him among the heathen; immediately I conferred not with flesh and blood:

And:

Hab 1:1 ¶ The burden which Habakkuk the prophet did see.

2 O LORD, how long shall I cry, and thou wilt not hear! even cry out unto thee of violence, and thou wilt not save!

3 Why dost thou shew me iniquity, and cause me to behold grievance? for spoiling and violence are before me: and there are that raise up strife and contention.

4 Therefore the law is slacked, and judgment doth never go forth: for the wicked doth compass about the righteous; therefore wrong judgment proceedeth.

Ps 11:3 If the foundations be destroyed, what can the righteous do?

Ps 94:3 LORD, how long shall the wicked, how long shall the wicked triumph?

Ps 94:20 Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law?

Ps 94:21 They gather themselves together against the soul of the righteous, and condemn the innocent blood.

There are many scriptures in the Bible describing the evil done against the true believers in God's church. The above are just a sample.

500

Let us discuss Eze 28 further and consider the matter of seeing mankind as the main interpretation, and Satan as a minor interpretation. For the matter of mankind being in view, we need to study the cherubims of Eze 28:14-16. Many people are likely to carelessly encounter that word "cherubims" and think that that word refers to angles, and so therefore is referring to Satan, who is a fallen angle. But, that is a careless interpretation with no effort to back it up. Eze 28:14-16 reads:

Eze 28:14 Thou art the anointed cherub that covereth; and I have set thee so: thou wast upon the holy mountain of God; thou hast walked up and down in the midst of the stones of fire.

15 Thou wast perfect in thy ways from the day that thou wast created, till iniquity was found in thee.

16 By the multitude of thy merchandise they have filled the midst of thee with violence, and thou hast sinned: therefore I will cast thee as profane out of the mountain of God: and I will destroy thee, O covering cherub, from the midst of the stones of fire.

The term "anointed" in verse 14 makes the idea of an angle even more impossible. Only men are anointed, and what they are anointed with is the Holy Spirit to salvation, or without salvation as King Saul was, whom David many times referred to as the Lord's anointed. The Bible is filled with language relating to men being anointed.

And the forerunner is always Jesus. So Jesus, who became a man, was anointed.

Lu 4:18 The Spirit of the Lord is upon me, because he hath anointed me to preach the gospel to the poor; he hath sent me to heal the brokenhearted, to preach deliverance to the captives, and recovering of sight to the blind, to set at liberty them that are bruised,

Ac 10:38 How God anointed Jesus of Nazareth with the Holy Ghost and with power: who went about doing good, and healing all that were oppressed of the devil; for God was with him.

And the two witnesses of Rev 11 are anointed, when Rev 11:4 is compared with Zec 4:14. These verses say:

Rev 11:3 ¶ And I will give power unto my two witnesses, and they shall prophesy a thousand two hundred and threescore days, clothed in sackcloth.

4 These are the two olive trees, and the two candlesticks standing before the God of the earth.

Zec 4:11 ¶ Then answered I, and said unto him, What are these two olive trees upon the right side of the candlestick and upon the left side thereof?

12 And I answered again, and said unto him, What be these two olive branches which through the two golden pipes empty the golden oil out of themselves?

13 And he answered me and said, Knowest thou not what these be? And I said, No, my lord.

14 Then said he, These are the two anointed ones, that stand by the Lord of the whole earth.

501

And all true believers are anointed, just like the two witnesses:

2Co 1:21 Now he which stablisheth us with you in Christ, and hath anointed us, *is* God:

1Joh 2:20 ¶ But ye have an unction from the Holy One, and ye know all things.
21 I have not written unto you because ye know not the truth, but because ye know it, and that no lie is of the truth.
22 Who is a liar but he that denieth that Jesus is the Christ? He is antichrist, that denieth the Father and the Son.
23 Whosoever denieth the Son, the same hath not the Father: *(but) he that acknowledgeth the Son hath the Father also.*
24 Let that therefore abide in you, which ye have heard from the beginning. If that which ye have heard from the beginning shall remain in you, ye also shall continue in the Son, and in the Father.
25 And this is the promise that he hath promised us, *even* eternal life.
26 These *things* have I written unto you concerning them that seduce you.
27 But the anointing which ye have received of him abideth in you, and ye need not that any man teach you: but as the same anointing teacheth you of all things, and is truth, and is no lie, and even as it hath taught you, ye shall abide in him.
28 ¶ And now, little children, abide in him; that, when he shall appear, we may have confidence, and not be ashamed before him at his coming.
29 If ye know that he is righteous, ye know that every one that doeth righteousness is born of him.

No angle is ever spoken of as being "anointed" in the Bible.  So this anointed cherub in Eze 28:14 can not be an angle.  It must be mankind as represented by Adam who was in the Garden of Eden, as Eze 28 speaks.

To gather further evidence that this cherub in Eze 28:14-16 is mankind, we need to study some scriptures that place cherubims in a very special relationship to the true Gospel. Consider:

Ex 25:18 And thou shalt make two cherubims of gold, *of* beaten work shalt thou make them, in the two ends of the mercy seat.
19 And make one cherub on the one end, and the other cherub on the other end: *even of* the mercy seat shall ye make the cherubims on the two ends thereof.
20 And the cherubims shall stretch forth *their* wings on high, covering the mercy seat with their wings, and their faces *shall look* one to another; toward the mercy seat shall the faces of the cherubims be.
21 And thou shalt put the mercy seat above upon the ark; and in the ark thou shalt put the testimony that I shall give thee.
22 And there I will meet with thee, and I will commune with thee from above the mercy seat, from between the two cherubims which *are* upon the ark of the testimony, of all *things* which I will give thee in commandment unto the children of Israel.

Ex 37:7 And he made two cherubims of gold, beaten out of one piece made he them, on the two ends of the mercy seat;

502

8 One cherub on the end on this side, and another cherub on the *other* end on that side: out of the mercy seat made he the cherubims on the two ends thereof.
9 And the cherubims spread out *their* wings on high, *and* covered with their wings over the mercy seat, with their faces one to another; *even* to the mercy seatward were the faces of the cherubims.

Nu 7:89 And when Moses was gone into the tabernacle of the congregation to speak with him, then he heard the voice of one speaking unto him from off the mercy seat that *was* upon the ark of testimony, from between the two cherubims: and he spake unto him.

Heb 9:5 And over it the cherubims of glory shadowing the mercyseat; of which we cannot now speak particularly.

The extremely important matter to understand in these above passages is that the cherubims are guarding and protecting the mercy seat with their wings, and God speaks from the midst over the mercy seat between the cherubims.

This attitude of protection derives from the absolutely preciousness of truth and wisdom that is at the center of the true Gospel that gives mercy above judgement without violating justice.  This absolute preciousness of mercy and wisdom and truth of the true Gospel is very clear from the following many verses:

De 6:4 ¶ Hear, O Israel: The LORD our God *is* one LORD:
De 6:5 And thou shalt love the LORD thy God with all thine heart, and with all thy soul, and with all thy might.
De 6:6 And these words, which I command thee this day, shall be in thine heart:
De 6:7 And thou shalt teach them diligently unto thy children, and shalt talk of them when thou sittest in thine house, and when thou walkest by the way, and when thou liest down, and when thou risest up.
De 6:8 And thou shalt bind them for a sign upon thine hand, and they shall be as frontlets between thine eyes.
De 6:9 And thou shalt write them upon the posts of thy house, and on thy gates.
De 11:18 ¶ Therefore shall ye lay up these my words in your heart and in your soul, and bind them for a sign upon your hand, that they may be as frontlets between your eyes.
De 11:19 And ye shall teach them your children, speaking of them when thou sittest in thine house, and when thou walkest by the way, when thou liest down, and when thou risest up.
De 11:20 And thou shalt write them upon the door posts of thine house, and upon thy gates:
De 11:21 That your days may be multiplied, and the days of your children, in the land which the LORD sware unto your fathers to give them, as the days of heaven upon the earth.
2Sa 15:20 Whereas thou camest *but* yesterday, should I this day make thee go up and down with us? seeing I go whither I may: return thou, and take back thy brethren: mercy and truth *be* with thee.
Pr 25:10 All the paths of the LORD *are* mercy and truth unto such as keep his covenant and his testimonies.
Ps 119:11 ¶ Thy word have I hid in mine heart, that I might not sin against thee.

503

Pr 2:2 So that thou incline thine ear unto wisdom, *and* apply thine heart to understanding;

Pr 2:3 Yea, if thou criest after knowledge, *and* liftest up thy voice for understanding;

Pr 2:4 If thou seekest her as silver, and searchest for her as *for* hid treasures;

Pr 3:3 Let not mercy and truth forsake thee: bind them about thy neck; write them upon the table of thine heart:

Pr 4:5 Get wisdom, get understanding: forget *it* not; neither decline from the words of my mouth.

Pr 4:6 Forsake her not, and she shall preserve thee: love her, and she shall keep thee.

Pr 4:7 Wisdom *is* the principal thing; *therefore* get wisdom: and with all thy getting get understanding.

Pr 10:1 ¶ The proverbs of Solomon. A wise son maketh a glad father: but a foolish son *is* the heaviness of his mother.

Pr 16:6 ¶ By mercy and truth iniquity is purged: and by the fear of the LORD *men* depart from evil.

Pr 16:16 ¶ How much better *is it* to get wisdom than gold! and to get understanding rather to be chosen than silver!

Pr 17:16 ¶ Wherefore *is there* a price in the hand of a fool to get wisdom, seeing *he hath* no heart *to it*?

Pr 20:28 ¶ Mercy and truth preserve the king: and his throne is upholden by mercy.

Job 28:12 But where shall wisdom be found? and where *is* the place of understanding?

Job 28:13 Man knoweth not the price thereof; neither is it found in the land of the living.

Job 28:14 ¶ The depth saith, It *is* not in me: and the sea saith, *It is* not with me.

Job 28:15 It cannot be gotten for gold, neither shall silver be weighed *for* the price thereof.

Job 28:16 It cannot be valued with the gold of Ophir, with the precious onyx, or the sapphire.

Job 28:17 The gold and the crystal cannot equal it: and the exchange of it *shall not be for* jewels of fine gold.

Job 28:18 No mention shall be made of coral, or of pearls: for the price of wisdom *is* above rubies.

Job 28:19 The topaz of Ethiopia shall not equal it, neither shall it be valued with pure gold.

Ps 119:72 ¶ The law of thy mouth *is* better unto me than thousands of gold and silver.

Ps 119:127 ¶ Therefore I love thy commandments above gold; yea, above fine gold.

Pr 6:20 ¶ My son, keep thy father's commandment, and forsake not the law of thy mother:

Pr 6:21 Bind them continually upon thine heart, *and* tie them about thy neck.

Pr 6:22 When thou goest, it shall lead thee; when thou sleepest, it shall keep thee; and *when* thou awakest, it shall talk with thee.

Pr 6:23 For the commandment *is* a lamp; and the law *is* light; and reproofs of instruction *are* the way of life:

Pr 7:1 ¶ My son, keep my words, and lay up my commandments with thee.

Pr 7:2 Keep my commandments, and live; and my law as the apple of thine eye.

Pr 7:3 Bind them upon thy fingers, write them upon the table of thine heart.

Pr 7:4 Say unto wisdom, Thou *art* my sister; and call understanding *thy* kinswoman:

Isa 55:1 ¶ Ho, every one that thirsteth, come ye to the waters, and he that hath no money; come ye, buy, and eat; yea, come, buy wine and milk without money and without price.

504

Ho 4:1 ¶ Hear the word of the LORD, ye children of Israel: for the LORD hath a controversy with the inhabitants of the land, because *there is* no truth, nor mercy, nor knowledge of God in the land.

Mic 6:8 He hath shewed thee, O man, what *is* good; and what doth the LORD require of thee, but to do justly, and to love mercy, and to walk humbly with thy God?

Mic 7:18 Who *is* a God like unto thee, that pardoneth iniquity, and passeth by the transgression of the remnant of his heritage? he retaineth not his anger for ever, because he delighteth *in* mercy.

Mic 7:19 He will turn again, he will have compassion upon us; he will subdue our iniquities; and thou wilt cast all their sins into the depths of the sea.

Mic 7:20 Thou wilt perform the truth to Jacob, *and* the mercy to Abraham, which thou hast sworn unto our fathers from the days of old.

Mal 2:6 The law of truth was in his mouth, and iniquity was not found in his lips: he walked with me in peace and equity, and did turn many away from iniquity.

Mt 13:44 ¶ Again, the kingdom of heaven is like unto treasure hid in a field; the which when a man hath found, he hideth, and for joy thereof goeth and selleth all that he hath, and buyeth that field.

Mt 13:46 Who, when he had found one pearl of great price, went and sold all that he had, and bought it.

Mt 16:26 For what is a man profited, if he shall gain the whole world, and lose his own soul? or what shall a man give in exchange for his soul?

Mt 23:23 Woe unto you, scribes and Pharisees, hypocrites! for ye pay tithe of mint and anise and cummin, and have omitted the weightier *matters* of the law, judgment, mercy, and faith: these ought ye to have done, and not to leave the other undone.

2Co 3:3 *Forasmuch as ye are* manifestly declared to be the epistle of Christ ministered by us, written not with ink, but with the Spirit of the living God; not in tables of stone, but in fleshy tables of the heart.

Eph 5:1 ¶ Be ye therefore followers of God, as dear children;

Eph 5:2 And walk in love, as Christ also hath loved us, and hath given himself for us an offering and a sacrifice to God for a sweetsmelling savour.

Eph 5:9 (For the fruit of the Spirit *is* in all goodness and righteousness and truth;)

Php 3:7 But what things were gain to me, those I counted loss for Christ.

Php 3:8 Yea doubtless, and I count all things *but* loss for the excellency of the knowledge of Christ Jesus my Lord: for whom I have suffered the loss of all things, and do count them *but* dung, that I may win Christ,

Ac 20:23 Save that the Holy Ghost witnesseth in every city, saying that bonds and afflictions abide me.

Heb 8:10 For this *is* the covenant that I will make with the house of Israel after those days, saith the Lord; I will put my laws into their mind, and write them in their hearts: and I will be to them a God, and they shall be to me a people:

Heb 8:11 And they shall not teach every man his neighbour, and every man his brother, saying, Know the Lord: for all shall know me, from the least to the greatest.

Heb 8:12 For I will be merciful to their unrighteousness, and their sins and their iniquities will I remember no more.

Heb 8:13 In that he saith, A new *covenant*, he hath made the first old. Now that which decayeth and waxeth old *is* ready to vanish away.

Heb 10:16 This *is* the covenant that I will make with them after those days, saith the Lord, I will put my laws into their hearts, and in their minds will I write them;

Heb 11:26 Esteeming the reproach of Christ greater riches than the treasures in Egypt: for he had respect unto the recompence of the reward.

Re 3:18 I counsel thee to buy of me gold tried in the fire, that thou mayest be rich; and white raiment, that thou mayest be clothed, and that the shame of thy nakedness do not appear; and anoint thine eyes with eyesalve, that thou mayest see.

Re 12:11 And they overcame him by the blood of the Lamb, and by the word of their testimony; and they loved not their lives unto the death.

We see from Re 12:11, the last verse in the list of scriptures above, that true believers are willing to die for the truth that fills the word of their testimony; that is how precious the truth is to them. This is because they trust their beloved savior Jesus who got victory over death when he shed his blood—they know they will be resurrected.

The true believers are the cherubims that are protecting the mercy seat with their wings. Now, you may think to yourself: "men do not have wings, so these cherubims could not be men". On the contrary, God does give spiritual wings to true believers, which we see in the following scripture beloved by many:

Isa 40:27 ¶ Why sayest thou, O Jacob, and speakest, O Israel, My way is hid from the LORD, and my judgment is passed over from my God?
28 Hast thou not known? hast thou not heard, that the everlasting God, the LORD, the Creator of the ends of the earth, fainteth not, neither is weary? there is no searching of his understanding.
29 He giveth power to the faint; and to them that have no might he increaseth strength.
30 Even the youths shall faint and be weary, and the young men shall utterly fall:
31 But they that wait upon the LORD shall renew their strength; they shall mount up with wings as eagles; they shall run, and not be weary; and they shall walk, and not faint.

Furthermore, we already saw that the two witnesses of Rev 11 when cross referenced to Zec 4 are found to be anointed. Consequently, the two witnesses are true believers that have wings as eagles per Isa 40:31, and are anointed per Zec 4:14.

Also, God speaks from above the mercy seat and from between the two cherubims, as we read:

Ex 25:22 And there I will meet with thee, and I will commune with thee from above the mercy seat, from between the two cherubims which are upon the ark of the testimony, of all things which I will give thee in commandment unto the children of Israel.

Nu 7:89 And when Moses was gone into the tabernacle of the congregation to speak with him, then he heard the voice of one speaking unto him from off the mercy seat that was upon the ark of the testimony, from between the two cherubims: and he spake unto him.

So, since these two cherubims represent the two witnesses, and since Jesus is in the midst of two of his true witnesses (Mt 18:20), then the picture relating to the ark of the testimony and the mercy seat and the two cherubims over the mercy seat with God speaking between the two cherubims from over the mercy seat is that of Jesus being in the midst of true believers as those true believers proclaim the true Gospel of mercy and truth.

This powerful spiritual picture strongly establishes that the cherubims represent people, namely true believers. So the cherub in Eze 28:14-16 is indeed a reference to mankind as well, both because only men are anointed, and because the cherubims over the mercy seat must be the men who proclaim the true Gospel.

With this conclusion we have supported the interpretation of Eze 28:15 so as to say that God created men perfectly, without flaw and without sin. So, we have two verses that say this truth:

Ecc 7:29 Lo, this only have I found, that God hath made man upright; but they have sought out many inventions.

Eze 28:15 Thou wast perfect in thy ways from the day that thou wast created, till iniquity was found in thee.

Now, we should go further in our study of the two cherubims and mercy seat and the ark of the testimony and the vail. We should do this because there is an even greater spiritual picture to be understood involving the temple and the great beauty of the temple, the Bride of Christ. From this point we will examine how the church attacks its own beauty and dies, and how the soul must leave the dead body of dust behind and go to heaven.

The tabernacle that Moses was directed to make (while Israel was in the wilderness for 40 years as they were transitioning towards the promised land) contains the holy of holies inside of which we find the ark of the testimony. And since upon the ark of the testimony we find the mercy seat and the two flanking cherubims, then we need to pursue spiritual meaning for the tabernacle. Doing so will lead to a much deeper understanding of the spiritual meaning of the two cherubims and the mercy seat and the ark of the testimony and the content of the ark of the testimony, where the two tables of the law are written on stone.

Once we have this deeper spiritual understanding of the tabernacle and the contents of the holy of holies that is behind the vail, then we may go further to understand the corporate church, the true body of Christ the true believers, and the beast or apostate church. This will also help in understanding the minor meaning of Eze 28 supporting the idea of Satan also being in view in Eze 28—this is possible because Satan is called a "man" in Isa 14:16 and the cherub in Eze 28:14-16 represents mankind in Adam.

Moses was directed to fashion a tabernacle while Israel was in the wilderness 40 years. That tabernacle is a complex tent-structure with an area called the holy place, and a more inner area called the most holy place. Inside of the most holy place is where the ark of the testimony is found, with the mercy seat and two cherubims atop the ark of the testimony. This picture is draw here:

Ex 26:31 ¶ And thou shalt make a vail of blue, and purple, and scarlet, and fine twined linen of cunning work: with cherubims shall it be made:
32 And thou shalt hang it upon four pillars of shittim wood overlaid with gold: their hooks shall be of gold, upon the four sockets of silver.

507

33 And thou shalt hang up the vail under the taches, that thou mayest bring in thither within the vail the ark of the testimony: and the vail shall divide unto you between the holy place and the most holy.

34 And thou shalt put the mercy seat upon the ark of the testimony in the most holy place.

Notice the vail mentioned in Ex 26:31 has the ark of the testimony placed behind that same vail two verses later in Ex 26:33 into the most holy [place].

The cherubims mentioned in verse Ex 26:31 above are not the cherubims over the mercy seat. To read about the cherubims over the mercy seat, read:

Ex 25:18 And thou shalt make two cherubims of gold, of beaten work shalt thou make them, in the two ends of the mercy seat.
19 And make one cherub on the one end, and the other cherub on the other end: even of the mercy seat shall ye make the cherubims on the two ends thereof.
20 And the cherubims shall stretch forth their wings on high, covering the mercy seat with their wings, and their faces shall look one to another; toward the mercy seat shall the faces of the cherubims be.
21 And thou shalt put the mercy seat above upon the ark; and in the ark thou shalt put the testimony that I shall give thee.
22 And there I will meet with thee, and I will commune with thee from above the mercy seat, from between the two cherubims which are upon the ark of the testimony, of all things which I will give thee in commandment unto the children of Israel.

And we see from verse Ex 25:22 above that God speaks from between the two cherubims and from above the mercy seat.

And inside of the ark of the testimony are the two tables of the law, the ten commandments. As we read!

Ex 24:12¶ And the LORD said unto Moses, Come up to me into the mount, and be there: and I will give thee tables of stone, and a law, and commandments which I have written; that thou mayest teach them.

Ex 25:16 And thou shalt put into the ark the testimony which I shall give thee.

Ex 31:18 ¶ And he gave unto Moses, when he had made an end of communing with him upon mount Sinai, two tables of testimony, tables of stone, written with the finger of God.

And God speaks of the mercy seat as over the [tables of] testimony:

Ex 30:6 And thou shalt put it before the vail that is by the ark of the testimony, before the mercy seat that is over the testimony, where I will meet with thee.

This completes the picture, except for perhaps Aaron's rod that budded (which I do not understand at this time) that is also inside of the ark of the testimony. I am going to

508

ignore Aaron's rod, as it does not seem to be central to the spiritual picture that I am attempting to show, though I am sure it is some part of the picture, or course.

So the picture we have here involves the vail that marks access to the most holy place with the ark of the testimony behind that vail in the most holy place. And within the ark of the testimony we have the two tables of the law written on stone, the ten commandments. And above the two tables of the law written on stone we have the mercy seat, and flanking the mercy seat we have the two cherubims. And we have the principle that God speaks from above the mercy seat and from between the two cherubims.

This completes the main physical picture, but we have not yet found the further deeper spiritual meaning that I wish to show, except to say that the earlier text relating the cherubims to the two witnesses of Rev 11 is important, and shall factor into the deeper spiritual meaning that I wish to show.

This tabernacle with the vail and the most holy place is effectively duplicated in the temple that King Solomon built to replace the tabernacle per King David's described design. The significance of the fact that we have a tabernacle and later a temple is not germane to the picture that I am pursuing, and you will see why eventually. Suffice it to say because both the tabernacle and the temple have a most holy place, and in that most holy place the ark of the testimony (also called the ark of the covenant) was located with the same basic picture involving the two cherubims and the mercy seat and the two tables of the law, then we have basically the same picture in either case; to perceive this basic equivalence one needs to study closely 1Ki 6:15-30 closely. We most likely will actually study some verses from 1 Ki 6:15-30 because those verses actually support the spiritual picture I am attempting to show, but I will not do that yet.

Now consider 2Co 3, the entire chapter, since this chapter is absolutely central to understanding the spiritual picture formed by the most holy place behind the vail, with the law written on tables of stone. 2Co 3 says:

2Co 3:1 ¶ Do we begin again to commend ourselves? or need we, as some others, epistles of commendation to you, or letters of commendation from you?
2 Ye are our epistle written in our hearts, known and read of all men:
3 Forasmuch as ye are manifestly declared to be the epistle of Christ ministered by us, written not with ink, but with the Spirit of the living God; not in tables of stone, but in fleshy tables of the heart.
4 And such trust have we through Christ to God-ward:
5 Not that we are sufficient of ourselves to think any thing as of ourselves; but our sufficiency is of God;
6 ¶ Who also hath made us able ministers of the new testament; not of the letter, but of the spirit: for the letter killeth, but the spirit giveth life.
7 But if the ministration of death, written and engraven in stones, was glorious, so that the children of Israel could not stedfastly behold the face of Moses for the glory of his countenance; which glory was to be done away:
8 How shall not the ministration of the spirit be rather glorious?
9 For if the ministration of condemnation be glory, much more doth the ministration of righteousness exceed in glory.

509

10 For even that which was made glorious had no glory in this respect, by reason of the glory that excelleth.
11 For if that which is done away was glorious, much more that which remaineth is glorious.
12 ¶ Seeing then that we have such hope, we use great plainness of speech:
13 And not as Moses, which put a vail over his face, that the children of Israel could not stedfastly look to the end of that which is abolished:
14 But their minds were blinded: for until this day remaineth the same vail untaken away in the reading of the old testament; which vail is done away in Christ.
15 But even unto this day, when Moses is read, the vail is upon their heart.
16 Nevertheless when it shall turn to the Lord, the vail shall be taken away.
17 Now the Lord is that Spirit: and where the Spirit of the Lord is, there is liberty.
18 But we all, with open face beholding as in a glass the glory of the Lord, are changed into the same image from glory to glory, even as by the Spirit of the Lord.

Notice the mention of a vail in verses 13-16. This vail is clearly associated with non-salvation. Only when the vail is taken away in Christ do we have spiritual sight; otherwise we are spiritually blind, as verse 14 speaks. When someone turns to the Lord and becomes saved, then that vail is taken away from that person's heart; this is per verse 16 in obscure English. Now, the question is, can we draw a spiritual equivalence between the vail here in 2Co 3:13-16 over Moses' face and the vail marking access to the most holy place in the tabernacle or temple? The spiritual equivalence, if there is one, would be that both vails represent the law of God, thereby making the two vails spiritually equivalent. Now Moses represents the law, which is clear when we think a little bit about verse 7, which mentions the law that is engraven in stones—this is a reference to the ten commandments, which in turn spiritually represents the entire Bible —such that Moses face could not be looked at or visually beheld. But when Jesus died, the vail in the temple was torn or rent from top to bottom; as we read:

Mt 27:51 And, behold, the veil of the temple was rent in twain from the top to the bottom; and the earth did quake, and the rocks rent;

Mr 15:38 And the veil of the temple was rent in twain from the top to the bottom.

Lu 23:45 And the sun was darkened, and the veil of the temple was rent in the midst.
So the picture from Ex 26:31-34 and Ex 25:18-22 is that the ark of the testimony (also called the ark of the covenant)

Let us consider more closely the construction of the vail in the temple, because in those details is further spiritual truth to be found. Notice the construction details of this:

Ex 26:31 ¶ And thou shalt make a vail of blue, and purple, and scarlet, and fine twined linen of cunning work: with cherubims shall it be made:

The Hebrew word for blue is Strongs number <08504>, and can be seen to represent the law in Nu 15:38-40:

510

Nu 15:38 Speak unto the children of Israel, and bid them that they make them fringes in the borders of their garments throughout their generations, and that they put upon the fringe of the borders a riband of blue:
39 And it shall be unto you for a fringe, that ye may look upon it, and remember all the commandments of the LORD, and do them; and that ye seek not after your own heart and your own eyes, after which ye use to go a whoring:
40 That ye may remember, and do all my commandments, and be holy unto your God.

The Hebrew word for purple is Strongs number <0713>, and can be seen to represent righteousness by the following spiritual reasoning. We learn from the following four verses that righteousness and strength are directly tied together:

Ps 71:16 I will go in the strength of the Lord GOD: I will make mention of thy righteousness, even of thine only.

Ps 99:4 The king's strength also loveth judgment: thou dost establish equity, thou executest judgment and righteousness in Jacob.

Isa 45:24 Surely, shall one say, in the LORD have I righteousness and strength: even to him shall men come; and all that are incensed against him shall be ashamed.

Isa 63:1¶ Who is this that cometh from Edom, with dyed garments from Bozrah? this that is glorious in his apparel, travelling in the greatness of his strength? I that speak in righteousness, mighty to save.

And we know that Samson, who was very strong, lost his strength when his hair was cut off:

Jud 16:17 That he told her all his heart, and said unto her, There hath not come a razor upon mine head; for I have been a Nazarite unto God from my mother's womb: if I be shaven, then my strength will go from me, and I shall become weak, and be like any other man.

And we see from the following verse that hair is purple:

So 7:5 Thine head upon thee is like Carmel, and the hair of thine head like purple; the king is held in the galleries.

This then suggests that when hair is removed and shaved, then righteousness is lost, and therefore when we see that hair is purple, purple may in fact represent that righteousness of the hair. This view of purple helps to form a very beautiful spiritual picture greatly increasing our understanding of the construction of the vail of blue, purple, and scarlet materials. We need to yet find the spiritual meaning of scarlet before we can discuss all three colors and the vail. For scarlet, which is Strong's number 08144, consider the following verse with the Strong's numbers showing:

Isa 1:18 Come now <03212> (8798), and let us reason together <03198> (8735), saith <0559> (8799) the LORD <03068>: though your sins <02399> be as scarlet <08144>,

511

they shall be as white <03835> (8686) as snow <07950>; though they be red <0119> (8686) like crimson <08438>, they shall be as wool <06785>.

Here in Isa 1:18 we see that scarlet is fairly equated to sins. This gives us the final meaning we seek to complete the understanding of the vail. The vail is made of blue (the law), purple (Christ's righteousness), scarlet (our sin). With these three meanings we see the entire true Gospel compressed into the design of the vail. Christ's righteousness was needed—as it was cut off of Sampson and so he was made weak—to satisfy the law because of our sins.

This understanding of the vail very much reminds me of:

Ga 3:24 Wherefore the law was our schoolmaster *to bring us* unto Christ, that we might be justified by faith.

You see, the vail or the law blocked our access to the mercy seat as the vail covered the access to the mercy seat in the tabernacle or temple. We desperately want mercy, but the law says you must die for your sins. This drives us to Christ who must give us his righteousness to satisfy the law, thereby giving us access to the mercy seat. This is why the vail was rent from top to bottom when Jesus died; Jesus had successfully gained access to the mercy seat for all the elect, the entire Bride of Christ. This is how Heb 4 speaks:

Heb 4:11 Let us labour therefore to enter into that rest, lest any man fall after the same example of unbelief.
12 For the word of God *is* quick, and powerful, and sharper than any twoedged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and *is* a discerner of the thoughts and intents of the heart.
13 Neither is there any creature that is not manifest in his sight: but all things *are* naked and opened unto the eyes of him with whom we have to do.
14 Seeing then that we have a great high priest, that is passed into the heavens, Jesus the Son of God, let us hold fast our profession.
15 For we have not an high priest which cannot be touched with the feeling of our infirmities; but was in all points tempted like as *we are, yet* without sin.
16 Let us therefore come boldly unto the throne of grace, that we may obtain mercy, and find grace to help in time of need.

And also how Heb 10 speaks:

Heb 10:19 Having therefore, brethren, boldness to enter into the holiest by the blood of Jesus,
20 By a new and living way, which he hath consecrated for us, through the vail, that is to say, his flesh;

And Heb 10:20 adds new information, which equates Christ's flesh to the vail (also spelled veil). This is appropriate, because Jesus Christ is the word made flesh, and the Word of God is the law of God. And to say that the law of God was rent or torn is not to say that it was damaged or violated; rather to say that the law of God was rent is to say

512

that directly through that barrier of the law of God a path was opened for access to the mercy seat. Jesus had to die to give to us this access to the mercy seat.

So the vail before the most holy place in the tabernacle or temple and the vail over Moses face in 2Co 3 both represent the law of God. The spiritual equivalence of these two vails has now been established.

Now, consider that the Bible speaks of the law of God written on hearts. 2Co 3 mentions this truth, so to re-quote:

2Co 3:1 ¶ Do we begin again to commend ourselves? or need we, as some *others*, epistles of commendation to you, or *letters* of commendation from you?
2 Ye are our epistle written in our hearts, known and read of all men:
3 *Forasmuch as ye are* manifestly declared to be the epistle of Christ ministered by us, written not with ink, but with the Spirit of the living God; not in tables of stone, but in fleshy tables of the heart.

The plain spiritual language of 2Co 3:2 is saying that the apostle Paul and Timothy (mentioned in 2Co 1:1) have the members of the church of Corinth written onto their hearts as an epistle (a letter), known and read of all men. Paul and Timothy, in their plurality, either represent the true believers who are preaching the true Gospel to other true believers (the church of Corinth), or that plurality represents the trinity of God and is referring spiritually to Jesus Christ and the Holy Spirit, with Paul and Timothy being used by God to symbolically represent Jesus Christ and the Holy Spirit. I will take the first approach involving the representation of true believers, for now, but the second approach involving the representation of God in his plurality will likely get revisited eventually.

As true believers, Paul and Timothy have born again hearts. They have hearts of flesh and no longer hearts of stone. This is per Eze 36:26 which says:

Eze 36:26 A new heart also will I give you, and a new spirit will I put within you: and I will take away the stony heart out of your flesh, and I will give you an heart of flesh.
27 And I will put my spirit within you, and cause you to walk in my statutes, and ye shall keep my judgments, and do *them*.

And on the heart of flesh that is within each true believer is written the law of God:

Heb 8:10 For this is the covenant that I will make with the house of Israel after those days, saith the Lord, I will put my laws into their mind, and write them in their hearts: and I will be to them a God, and they shall be to me a people:

Now, the ark of the testimony has tables of stone on which the law of God is written. I assert that these tables of stone are being referred to in 2Co 3:3, to quote again:

2Co 3:3 *Forasmuch as ye are* manifestly declared to be the epistle of Christ ministered by us, written not with ink, but with the Spirit of the living God; not in tables of stone, but in fleshy tables of the heart.

513

And this reference takes us to the ark of the testimony where those tables of stone are located.

But the implied location of these tables are the hearts of Paul and Timothy, as 2Co 3:3 above also says. I assert that the picture here is that the hearts of Paul and Timothy are arks that contain the law of God. As we read:

Ps 119:11 ¶ Thy word have I hid in mine heart, that I might not sin against thee.

The idea of an "ark" is simply a container. Noah's ark was a container that contained all flesh that was to survive the world wide flood of Noah's day. The ark of the testimony is a picture of the heart of a person that contains the word of God.

Now Paul and Timothy are members of the Bride of Christ, that has the law of God hidden within her heart, even as Mary the mother of Jesus is a picture.

Lu 2:19 But Mary kept all these things, and pondered *them* in her heart.

Now the two cherubims mentioned a good distance earlier are a spiritual equivalent to the two witnesses in Rev 11 and Zec 4:14; this is made clearer when we remember that God spoke from above the mercy seat and from between the two cherubims, and that Jesus is in the midst of two witnesses (Mt 18:20) so that Jesus speaks by them. As we saw before:

Ex 25:22 And there I will meet with thee, and I will commune with thee from above the mercy seat, from between the two cherubims which *are* upon the ark of the testimony, of all *things* which I will give thee in commandment unto the children of Israel.

Nu 7:89 And when Moses was gone into the tabernacle of the congregation to speak with him, then he heard the voice of one speaking unto him from off the mercy seat that *was* upon the ark of testimony, from between the two cherubims: and he spake unto him.

And remember that the mercy seat is just above the tables of the law (referred to in the verse below as the testimony):

Ex 30:6 And thou shalt put it before the vail that *is* by the ark of the testimony, before the mercy seat that *is* over the testimony, where I will meet with thee.

So the mercy seat is very near the law, just above it. Mercy is over the law because it gains supremacy over the law. As we read:

Jas 2:13 For he shall have judgment without mercy, that hath shewed no mercy; and mercy rejoiceth against judgment.

That statement "mercy rejoiceth against judgment" is, in effect, saying "I Mercy got victory over you Judgement!!!", as Mercy laughs and rejoices with great joy in its victory over Judgment and the condemnation of the law. Remember, though, that this is

514

a pure rejoicing; because in order for Mercy to have this victory, Mercy had to pay the full price demanded by Judgment or the condemnation of the law. The law was not slighted nor offended by this victory at all. The Law rejoices with Mercy. Even as we read:

Ro 12:15 Rejoice with them that do rejoice, and weep with them that weep.

1Co 12:26 And whether one member suffer, all the members suffer with it; or one member be honoured, all the members rejoice with it.

Who is Mercy? Jesus Christ. Who is the Law? Jesus Christ. This is God rejoicing with God at the display of God's love. Even as we read:

Ps 19:5 Which *is* as a bridegroom coming out of his chamber, *and* rejoiceth as a strong man to run a race.

Heb 12:2 Looking unto Jesus the author and finisher of *our* faith; who for the joy that was set before him endured the cross, despising the shame, and is set down at the right hand of the throne of God.

And who is Jesus' joy? Consider:

Isa 62:5 For as a young man marrieth a virgin, so shall thy sons marry thee: and *as* the bridegroom rejoiceth over the bride, *so* shall thy God rejoice over thee.

You are Jesus' joy, the Bride of Christ, if you are born again or born from above and Jesus, who is Truth, in your heart where the law of God, Truth, is written on your heart of flesh that is no longer a heart of stone. And if Truth fills your heart, then you have known Mercy, because he has forgiven you your sins and taught you his great love, so that you rejoice with Mercy greatly, because the law no longer condemns you, and you now even love the law, even as the Law rejoices with you. You now love the law, which in fact agrees with the mercy that you also love. As we read:

Ps 119:97¶ MEM. O how love I thy law! it *is* my meditation all the day.
Ps 119:113¶ SAMECH. I hate *vain* thoughts: but thy law do I love.
Ps 119:163§ I hate and abhor lying: *but* thy law do I love.
Ps 119:165§ Great peace have they which love thy law: and nothing shall offend them.

And it is your meditation all the day:

Lu 2:19 But Mary kept all these things, and pondered *them* in her heart.

So, if the heart of the Bride of Christ represents the ark of the testimony where the law is hidden, then consider the head of the Bride, mentioned at verse 15 below:

Eph 4:1 ¶ I therefore, the prisoner of the Lord, beseech you that ye walk worthy of the vocation wherewith ye are called,
2 ¶ With all lowliness and meekness, with longsuffering, forbearing one another in love;

515

3 Endeavouring to keep the unity of the Spirit in the bond of peace.
4 *There is* one body, and one Spirit, even as ye are called in one hope of your calling;
5 One Lord, one faith, one baptism,
6 One God and Father of all, who *is* above all, and through all, and in you all.
7 But unto every one of us is given grace according to the measure of the gift of Christ.
8 Wherefore he saith, When he ascended up on high, he led captivity captive, and gave gifts unto men.
9 (Now that he ascended, what is it but that he also descended first into the lower parts of the earth?
10 He that descended is the same also that ascended up far above all heavens, that he might fill all things.)
11 And he gave some, apostles; and some, prophets; and some, evangelists; and some, pastors and teachers;
12 For the perfecting of the saints, for the work of the ministry, for the edifying of the body of Christ:
13 Till we all come in the unity of the faith, and of the knowledge of the Son of God, unto a perfect man, unto the measure of the stature of the fulness of Christ:
14 That we *henceforth* be no more children, tossed to and fro, and carried about with every wind of doctrine, by the sleight of men, *and* cunning craftiness, whereby they lie in wait to deceive;
15 But speaking the truth in love, may grow up into him in all things, which is the head, even Christ:
16 From whom the whole body fitly joined together and compacted by that which every joint supplieth, according to the effectual working in the measure of every part, maketh increase of the body unto the edifying of itself in love.

Eph 5:23 For the husband is the head of the wife, even as Christ is the head of the church: and is the saviour of the body.

The head of the Bride, Jesus Christ or God, speaks the true Gospel from *above* the mercy seat—because the head on a human body is in fact *above* the heart. Now, on a beautiful woman, what are the cherubims that are on either side of the mercy seat? What do you think? The two witnesses, of course. These two witnesses are her two breasts that give out the sincere milk of the word, and they are on either side of her heart, her heart being the ark of the testimony where the law of God is hidden within and written on fleshly tables of the heart.

So the two cherubims represent the two breasts on the most beautiful woman to ever come into existence, the Bride of Christ. As we read:

So 1:8 If thou know not, O thou fairest among women, go thy way forth by the footsteps of the flock, and feed thy kids beside the shepherds' tents.
So 5:9 What is thy beloved more than another beloved, O thou fairest among women? what is thy beloved more than another beloved, that thou dost so charge us?
So 6:1 Whither is thy beloved gone, O thou fairest among women? whither is thy beloved turned aside? that we may seek him with thee.

And:

516

Song 8:10 I am a wall, and my breasts like towers: then was I in his eyes as one that found favour.

So our desire to please our husband, Jesus Christ, should be to fill our hearts with the Word of God with understanding and knowledge; then we will have breasts like towers that please him greatly when Jesus looks upon us as we are able to give out the sincere milk of the word and feed the spiritual babies of the world who need the true Gospel. As we read:

Ps 90:17 And let the beauty of the LORD our God be upon us: and establish thou the work of our hands upon us; yea, the work of our hands establish thou it.

And:

Isa 66:10 Rejoice ye with Jerusalem, and be glad with her, all ye that love her: rejoice for joy with her, all ye that mourn for her:
11 That ye may suck, and be satisfied with the breasts of her consolations; that ye may milk out, and be delighted with the abundance of her glory.
12 For thus saith the LORD, Behold, I will extend peace to her like a river, and the glory of the Gentiles like a flowing stream: then shall ye suck, ye shall be borne upon her sides, and be dandled upon her knees.
13 As one whom his mother comforteth, so will I comfort you; and ye shall be comforted in Jerusalem.
14 And when ye see this, your heart shall rejoice, and your bones shall flourish like an herb: and the hand of the LORD shall be known toward his servants, and his indignation toward his enemies.

The phrase "the abundance of her glory" is a clear reference to the breasts like towers in Song 8:10. These abundant breasts filled with the sincere milk of the word that comes from the heart of the Bride feed the elect that God is saving.

Notice also that Ps 90:17 speaks of the work of our hands, and that the first phrase of Song 8:10 is "I am a wall". That phrase "I am a wall" is spiritual language for the building of the Bride of Christ, the New Jerusalem. All the elect people that God is saving to thereby become the Bride of Christ are called the New Jerusalem. The New Jerusalem has spiritual walls. These spiritual walls are really references to the Word of God manifest as the Word made flesh in the form of flesh of his flesh, bone of his bone; the Bride of Christ. We are build up into a spiritual house for the Lord:

1Pe 2:5 Ye also, as lively stones, are built up a spiritual house, an holy priesthood, to offer up spiritual sacrifices, acceptable to God by Jesus Christ.

Heb 3:6 But Christ as a son over his own house; whose house are we, if we hold fast the confidence and the rejoicing of the hope firm unto the end.

And other language substitutes the word "temple" for a spiritual synonym to spiritual house:

517

2Co 6:16 And what agreement hath the temple of God with idols? for ye are the temple of the living God; as God hath said, I will dwell in them, and walk in them; and I will be their God, and they shall be my people.
17 Wherefore come out from among them, and be ye separate, saith the Lord, and touch not the unclean thing; and I will receive you,
18 And will be a Father unto you, and ye shall be my sons and daughters, saith the Lord Almighty.

Notice in 1Pe 2:5 that a believer is a lively stone, and that all believer's together form the temple of God. We see this union of multiple believers in one building clearly here involving the apostles as foundation stones:

Rev 21:14 And the wall of the city had twelve foundations, and in them the names of the twelve apostles of the Lamb.

And here:

Eph 2:18 For through him we both have access by one Spirit unto the Father.
19 Now therefore ye are no more strangers and foreigners, but fellowcitizens with the saints, and of the household of God;
20 And are built upon the foundation of the apostles and prophets, Jesus Christ himself being the chief corner stone;
21 In whom all the building fitly framed together growth unto an holy temple in the Lord:
22 In whom ye also are builded together for an habitation of God through the Spirit.

Now, though the true believers are a temple in which Jesus lives, Jesus is also a temple in which the true believers live. This idea of being a temple in which the other spouse lives is the idea of the oneness of marriage. Each one inside of the other. This is clearly the implication of Rev 21 where the Bride of Christ is called the new Jerusalem in verse 2, and Jesus is called a temple in verse 22, and we see that the true believers, referred to as kings, enter into that temple in verse 24. And we understand that the temple itself is inside the new Jerusalem—Jesus inside of his Bride. Rev 21 in its entirety says:

Rev 21:1 ¶ And I saw a new heaven and a new earth: for the first heaven and the first earth were passed away; and there was no more sea.
2 And I John saw the holy city, new Jerusalem, coming down from God out of heaven, prepared as a bride adorned for her husband.
3 And I heard a great voice out of heaven saying, Behold, the tabernacle of God is with men, and he will dwell with them, and they shall be his people, and God himself shall be with them, and be their God.
4 And God shall wipe away all tears from their eyes; and there shall be no more death, neither sorrow, nor crying, neither shall there be any more pain: for the former things are passed away.
5 And he that sat upon the throne said, Behold, I make all things new. And he said unto me, Write: for these words are true and faithful.

518

6 And he said unto me, It is done. I am Alpha and Omega, the beginning and the end. I will give unto him that is athirst of the fountain of the water of life freely.
7 He that overcometh shall inherit all things; and I will be his God, and he shall be my son.
8 But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers, and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death.
9 ¶ And there came unto me one of the seven angels which had the seven vials full of the seven last plagues, and talked with me, saying, Come hither, I will shew thee the bride, the Lamb's wife.
10 And he carried me away in the spirit to a great and high mountain, and shewed me that great city, the holy Jerusalem, descending out of heaven from God,
11 Having the glory of God: and her light was like unto a stone most precious, even like a jasper stone, clear as crystal;
12 And had a wall great and high, and had twelve gates, and at the gates twelve angels, and names written thereon, which are the names of the twelve tribes of the children of Israel:
13 On the east three gates; on the north three gates; on the south three gates; and on the west three gates.
14 And the wall of the city had twelve foundations, and in them the names of the twelve apostles of the Lamb.
15 And he that talked with me had a golden reed to measure the city, and the gates thereof, and the wall thereof.
16 And the city lieth foursquare, and the length is as large as the breadth: and he measured the city with the reed, twelve thousand furlongs. The length and the breadth and the height of it are equal.
17 And he measured the wall thereof, an hundred and forty and four cubits, according to the measure of a man, that is, of the angel.
18 And the building of the wall of it was of jasper: and the city was pure gold, like unto clear glass.
19 And the foundations of the wall of the city were garnished with all manner of precious stones. The first foundation was jasper; the second, sapphire; the third, a chalcedony; the fourth, an emerald;
20 The fifth, sardonyx; the sixth, sardius; the seventh, chrysolite; the eighth, beryl; the ninth, a topaz; the tenth, a chrysoprasus; the eleventh, a jacinth; the twelfth, an amethyst.
21 And the twelve gates were twelve pearls; every several gate was of one pearl: and the street of the city was pure gold, as it were transparent glass.
22 And I saw no temple therein: for the Lord God Almighty and the Lamb are the temple of it.
23 And the city had no need of the sun, neither of the moon, to shine in it: for the glory of God did lighten it, and the Lamb is the light thereof.
24 And the nations of them which are saved shall walk in the light of it: and the kings of the earth do bring their glory and honour into it.
25 And the gates of it shall not be shut at all by day: for there shall be no night there.
26 And they shall bring the glory and honour of the nations into it.

519

27  And there shall in no wise enter into it any thing that defileth, neither *whatsoever* worketh abomination, or *maketh* a lie: but they which are written in the Lamb's book of life.

So, when we see this reference to a wall directly connected to the size of breasts, as Song 8:10 suggests, then we are looking at the filling-out of the Bride of Christ by bringing in all of the elect to salvation with all of the knowledge of the true Gospel associated with that building task.  Building contractors have much special knowledge and specialities to get the job done for building a complex, modern building.  So also the Bride of Christ.  She is complex because the true elect are all sorts of people from all around the world of all races and languages.  The richness of the Bible is needed to save all of the various people, and so the true believers need large breasts that deliver the sincere milk of the word with all the nutrition necessary to bring spiritual life to all of these various people.  That is really, at least in part, what Ps 90:17 is talking about.

Ps 90:17  And let the beauty of the LORD our God be upon us: and establish thou the work of our hands upon us; yea, the work of our hands establish thou it.

This variety necessary to bringing the true Gospel to save all types of people is clearly taught here:

1 Co 9:19 ¶ For though I be free from all *men*, yet have I made myself servant unto all, that I might gain the more.
20  And unto the Jews I became as a Jew, that I might gain the Jews; to them that are under the law, as under the law, that I might gain them that are under the law;
21  To them that are without law, as without law, (being not without law to God, but under the law to Christ,) that I might gain them that are without law.
22  To the weak became I as weak, that I might gain the weak: I am made all things to all *men, that I might by all means save some*.
23  And this I do for the gospel's sake, that I might be partaker thereof with you.

The author of this paper personally speculates that every verse in the Bible contributes to the salvation of at least one of God's elect over all the time of all history.  Some verses contribute to the salvation of many of God's elect.  Every verse will accomplish that for which it was sent.  Not one jot nor tittle will fail, until all be fulfilled.  The Word of God, the Bible, is a word picture of the Bride of Christ; she is the flesh of Jesus and so she is the Word made flesh—because Jesus is the Word.

Along those lines of needing large breasts filled with the Bible, consider also Song 8:8-9, which says:

Song 8:8 ¶ We have a little sister, and she hath no breasts: what shall we do for our sister in the day when she shall be spoken for?
9  If she *be* a wall, we will build upon her a palace of silver: and if she *be* a door, we will inclose her with boards of cedar.

Notice all of the building contractor language of walls, and doors, and boards of cedar to solve the problem of the little sister having no breasts.

520

We want those beautiful cherubims, her breasts, to be large and ready to preach the true Gospel from the word of God hid within her ark of the testimony, her heart; as she speaks also from between the cherubims and above the mercy seat via her mouth, speaking the words of God.

There is one more detail or observation that I have made that supports the idea that the cherubims on each side of the mercy seat represent the breasts of the Bride of Christ.  That observation is found in the observation that cherubims are mentioned in conjunction with palm trees and open flowers, both sexual references per the language of the Song of Solomon.  This reference to cherubims in such a context follows:

1 Ki 6:29  And he carved all the walls of the house round about with carved figures of cherubims and palm trees and open flowers, within and without.

1 Ki 6:32  The two doors also *were* of olive tree; and he carved upon them carvings of cherubims and palm trees and open flowers, and overlaid *them* with gold, and spread gold upon the cherubims, and upon the palm trees.

1 Ki 6:35  And he carved *thereon* cherubims and palm trees and open flowers; and covered *them* with gold fitted upon the carved work.

Eze 41:20  From the ground unto above the door *were* cherubims and palm trees made, and on the wall of the temple.

And to refresh our memory, the language from the Song of Solomon that directly connects a beautiful woman with palm trees, where the clusters on the palm tree represent her breasts (the KJV Bible inserts "of grapes", but they should have inserted "of dates"):

Song 7:7  This thy stature is like to a palm tree, and thy breasts to clusters of *grapes*.
8  I said, I will go up to the palm tree, I will take hold of the boughs thereof: now also thy breasts shall be as clusters of the vine, and the smell of thy nose like apples;
9  And the roof of thy mouth like the best wine for my beloved, that goeth *down* sweetly, causing the lips of those that are asleep to speak.

So the cherubims are associated in the three 1 Ki 6 verses and the Eze 41 with palm trees, which are associated with beautiful women and their breasts.  Then these four verses also associate cherubims with open flowers.  Flowers are also a sexual reference found in the Song of Solomon.  As we read:

So 2:12  The flowers appear on the earth; the time of the singing of *birds* is come, and the voice of the turtle is heard in our land;

So 5:13  His cheeks *are* as a bed of spices, *as* sweet flowers: his lips *like* lilies, dropping sweet smelling myrrh.

So 7:13  The mandrakes give a smell, and at our gates *are* all manner of pleasant *fruits*, new and old, *which* I have laid up for thee, O my beloved.

521

So 2:12 is a general reference to flowers in the sexual context that is the entire Song of Solomon.  And So 5:13 references flowers in connection with the man.  And So 7:13 references mandrakes (a type of flower) as something that the woman gives to the man, as she says "which I have laid up for thee".  And we read of Leah giving mandrakes to Rachel in exchange for sex with Jacob; as we read:

Ge 30:14¶ And Reuben went in the days of wheat harvest, and found mandrakes in the field, and brought them unto his mother Leah. Then Rachel said to Leah, Give me, I pray thee, of thy son's mandrakes.

Ge 30:15  And she said unto her, Is it a small matter that thou hast taken my husband? and wouldest thou take away my son's mandrakes also? And Rachel said, Therefore he shall lie with thee to night for thy son's mandrakes.

The mandrakes are the payment for sex.  They are the beauty required, the righteousness of Jesus perhaps infilling the Bride's breasts, for sex.

So flowers in connection with cherubims along with palm trees powerfully reinforce the sexual connection of cherubims representing the beauty of a woman per her breasts.  So the cherubims do indeed represent the breasts of a woman, since a woman's breasts are on either side of the mercy seat, her heart, wherein is held the word of God that she has hidden within her heart; her heart is the ark of the testimony because it contains the word of God.

Finally, the Song of Solomon puts God right between the breasts of his bride with the following very beautiful language:

So 1:13  A bundle of myrrh is my wellbeloved unto me; he shall lie all night betwixt my breasts.

This is again the idea of God being between the two cherubims and above the mercy seat, her heart.

Now, during a traditional marriage here in the USA the bride wears a vail.  That vail is truly appropriate because symbolically it represents the vail in the tabernacle or the temple.  The man can not enter beyond that vail until he and she are pronounced man and wife.  Then he has access to the most holy place, and so may place his head between the two cherubims and top of her mercy seat, her heart, as So 1:13 is picturing:

So 1:13  A bundle of myrrh is my wellbeloved unto me; he shall lie all night betwixt my breasts.

Personally, I do not think a vail that covers only her face is large enough.  I think, to make the spiritual picture more correct, the vail should cover her face and her breasts down to her waist.  Practically, such a sewing construction may require two small portions of that vail to drape back over her shoulders to help position the vail over her breasts, even though the vail also descends from the top of her head.)

522

So the Bride of Christ is the temple in which Jesus lives as Jesus lives within her heart.  Jesus lives within the heart of all true believers.  But, also the corporate, visible church of all of the Christian denominations around the world are also a type of body of Christ, where the soul of that body is the true believers where the true resurrected life exists, and the flesh of that body are all of the people that are not saved or not born again or not born from above, however you wish to speak.  From the point of view of the corporate body we also have a holy place in which is the ark of the testimony, the Bible, that is held by the denominations of the world.  Also, the ark of the testimony may be viewed as the true believers within that corporate body, because within the group of the true believers is a true heart for the Bible.  In either case, there are cherubims also.  These cherubims are the breasts that give out the gospel.  In the case of the entire corporate body these breasts are the teachers who teach the Bible, whether true or false teachers—in any case they are breasts or cherubims.  In the case of the true believers within that corporate body only, the breasts are the true believers themselves that teach the truth to their neighbor within that body—even some teacher or pastors may be the true believers, even this time of the apostate church.  But, if you are a true and faithful teacher, you will soon recognize, if you have not already, that the time has come for you to aggressively abandon your position of formal church authority and to no longer take the position of a pastor nor an elder, since we live in the time of God's judgment on the corporate church—and if you continue to hold onto that position of formal church authority, you are defying God, and he may judge you severely to force you to abandon your position of formal church authority and to thereby save your soul.  You may continue only as a Bible teacher, since we are to preach the true Gospel until the end; but if you say that you have stepped down as a pastor and as an elder so that you are no longer a pastor nor an elder, then you must show works consistent with that statement.  You must cease from physical communion and cease from water baptism, and you should let officials of whatever country you live in perform marriage ceremonies, and that you no longer do those things.  Also, church discipline is no longer possible in the sense of a formal removal of a person's name from some list of peoples names who are supposedly members.  In fact, that list, if your church has such a list, should be destroyed when you abandon your post as a pastor and elder.  Though, a simple directory of names and phone numbers and addresses so that people can find each other is no problem, as long as it is not a formal membership list used to guide discipline decisions.  Rather, church discipline must be a very simple affair where fellow believers simply confront a person per the rules of Mt 18 so that, after that discipline that person may still attend with the other believers, but those other believers will have told that rebellious or sinful person that they are no longer recognized by them as a true believer—all without any formal documentation and without any paper work.  And that disciplined person's name must remain on the simple directory list, since that directory list is not a membership list.  And this is good anyway, since then other true believers may contact that disciplined person and still show love and concern for that person, if and when appropriate, depending upon the situation.  Finally, since the people in this church that is not a church, but merely a fellowship, still need to be fed the Bible, you should let any man in that church teach from the Bible.  Any man is appropriate, since that novice may learn and teach any and all people as they sit in a group of believers—as long as they are not a novice.  Novices should listen, and if a novice is a family man or a husband, then let that novice practice by teaching his family.  As James 3:1 says, let not many of you be masters.  There is still great responsibility in being a Bible teacher, even after all of the formal rules forming a corporate church have

523

been abandoned. The enforcement of the principle of "not a novice" could be difficult, especially because of the sin of pride in men. And the warning against a novice teaching is directly related to pride. As we read:

1Ti 3:6: Not a novice, lest being lifted up with pride he fall into the condemnation of the devil.

Consequently, if someone insists on teaching who most of the men of that fellowship believe is not handling the Bible correctly, then quite possibly pride is evident, and that is all the more reason for that person to cease from his insistence to teach. This could become a discipline situation if that person insists on teaching—in that case separate from that man by saying that he may not be a true believer and the fellowship as a whole should not let that man teach. If that man still insists on teaching, let him go off on his own and teach people who agree with him. If he is actually in sin, God will judge him and the people who follow him. If he is actually a true man, then your fellowship made a mistake. God will eventually be the ultimate judge in such matters. Even a non-novice can be in gross doctrinal error repeatedly—which may be significant evidence that that person may not even be saved (your fellowship may need to ask that man to cease from teaching as well).

But, in any case, you should share the responsibility of teaching that fellowship with any sound non-novice teacher in the group or fellowship that you are a part of. You no longer have any more authority than any other man in that fellowship, except to say that you may receive more respect by the attenders of that fellowship because the attenders know you and know how you teach. Nevertheless, the attenders of that fellowship should let other men from among them teach them as well: this is healthy because doing so gives two or more witnesses interpreting the Bible, which will give people deeper insight and understanding in the Bible—which is our goal in getting ready to meet Jesus—we want our spiritual breasts to be as filled with as deep an understanding of the entire Bible as possible, thereby making our breasts as large and as much like towers as possible to please Jesus, Song of Solomon 8:10:

So 8:10 I am a wall, and my breasts like towers: then was I in his eyes as one that found favour.

Let the beauty of the Lord be upon us as we seek to build the eternal body of Christ, the Bride of Christ, the true believers:

Ps 90:17 And let the beauty of the LORD our God be upon us: and establish thou the work of our hands upon us; yea, the work of our hands establish thou it.

But women of that fellowship may only teach other women and children. Children means boys and girls that are recognized as still children per your culture. If a boy is old enough to go to war for the country that you live in, in my opinion he is a man, and you should not teach that man—he is no longer a boy. Also, if a boy is old enough to marry in your country, then he is a man and no longer a boy, and you should not teach him. Now mothers may still give gentle, respectful advice to their grown men children, but with all respect to him as a man, and not as a boy, from his mother. And if he insists that his

524

mother not give to him advice, he may be doing himself great damage, but his mother should respect that any way. She may still pray for him in any case, even though he may not let her speak to him. Remember mother, if your husband and the father of your man child is still alive, then you should let your husband to give to that man child advice that you desire to give, of course assuming that your husband agrees to do that. Your husband will have the ultimate say in this matter. But you can always still pray to Almighty God to help in any and all concerns that you have. As the Bible says:

1Pe 5:7 Casting all your care upon him: for he careth for you.

Php 4:4 Rejoice in the Lord alway: and again I say, Rejoice.
5 Let your moderation be known unto all men. The Lord is at hand.
6 Be careful for nothing: but in every thing by prayer and supplication with thanksgiving let your requests be made known unto God.
7 And the peace of God, which passeth all understanding, shall keep your hearts and minds through Christ Jesus.
8 Finally, brethren, whatsoever things are true, whatsoever things are honest, whatsoever things are just, whatsoever things are pure, whatsoever things are lovely, whatsoever things are of good report; if there be any virtue, and if there be any praise, think on these things.

1Th 5:16 ¶ Rejoice evermore.
17 Pray without ceasing.
18 In every thing give thanks: for this is the will of God in Christ Jesus concerning you.
19 Quench not the Spirit.
20 Despise not prophesyings.
21 Prove all things; hold fast that which is good.
22 Abstain from all appearance of evil.

Another matter to consider is what to do with any offering money that a former church that has now become a fellowship collects each week. Since the previously formal pastor received some of the money, at least in some cases, as support, then that fellowship needs to be understanding as to how that former pastor may support himself and feed himself and his family. Love and compassion needs to be exercised here so that the fellowship may continue to support that man. But I suggest that an offering no longer be taken, but rather each attender of that fellowship be involved in sending money to that man to help support him and his family—as long as he continues to labor in the word to teach. But, because that man is to step down from his formal authority as a pastor and as a elder over that former church that has now become a mere fellowship, that former pastor should seek other employment for income purposes, especially if other men are now able to reduce the teaching burden by also sharing that responsibility. Of course, sensitivity to the difficulty that former pastor may be in in finding other employment needs to be given by that fellowship. Do not force that pastor to starve. Pray to God for wisdom in this matter. If God is actually in the heart of your former pastor, he will seek to not waste your money if he still needs it for support—but he should seek for other employment if that makes reasonable sense in the economic situation that your fellowship finds itself within and than man finds himself within. We live in an evil time where man's technology forces people to engage in huge, time consuming educations just to hope to

525

eventually support a family. This is a curse. But God—in all of his great wisdom—is using technology to spread the true Gospel in ways not previously dreamed of. And us true believers must operate within the context of the curse of man's technology because that is one way we true believers are to take up our cross and follow Jesus as that technology is used to spread the true Gospel and to reach every last one of the elect. (If in heaven and on the new earth the elect engage themselves in building and designing with some sort of technology, then that technology will have no curse with it and people will not be saved or perish for it is hard to know—that is just a wild guess by a fallen man. And so I often wonder if there will be design and building in heaven; I tend to think yes —but this is just a wild guess and may be simply coming from my sinful flesh and the fact that I am an engineer and I like to design stuff.) Your pastor may therefore be at some disadvantage in finding work if he does not have any technological education that is not already obsolete, or has no such education at all—and sensible physical work is not available for him. Some physical work that may be available may pay too little to support his family, or may be highly dangerous, such as walking on high steel beams, or may require a skill he does not have, such as welding—these are skills good iron workers have, but not everybody can be an iron worker. But, if he takes some physical work, and his health allows him to do so, then the money that he does receive from that work will reduce the amount of money that the fellowship members need to give to him for the full support of his family. Taking some work, even when it is work with low pay, shows a real willingness to step down from his position of authority. Compassion by the fellowship attenders should be a big part of this situation. Pray to God for wisdom, ask God to bless and help.

The church today is falling into apostasy by the lies of false doctrine at every turn by false teachers everywhere, in most churches. And the few churches that still have born again pastors and teachers should convert themselves to fellowships and remove all of the formal rules and trappings that make a formal church. They should be fellowships with no physical communion with physical bread and physical grape juice or wine (spiritual communion of the sharing and teaching of the Bible is still very necessary), and with no water baptism either. And any formal rules for membership should be discarded. True believers simply should recognize each other as true believers simply by their simultaneous, mutual love for the Bible—made evident by conversation between each other every day like ants meeting each other on the trail of life: especially on Sundays there should be much healthy conversation about the Bible between fellowship attenders, for hours and hours—maybe with some physical food to help pass the time. This way we may build each other up in the Bible. Also, when a teacher does teach the fellowship, rules may vary as to whether listeners may speak or may not speak. When a man is teaching, though, a better spiritual picture that is more God glorifying is obtained if the women do not speak until after the study is complete. And then women should ask questions only in a respectful way, and if they are married, they may be best off only asking their husbands. And I think that an unmarried woman would be better off asking another godly, certainly older man or another woman—or only when other people are present to observe the transaction. Single woman should never seek to talk to the teacher in private, unless there is clearly no temptation and no appearance of evil. Man teacher, if a single woman wishes to talk to you in private, you may be very wise to insist that one other person be with you, and the wisest choice probably being your wife, if you have one. If the single woman is engage to be married to the man teacher, they should still be concerned

526

to avoid the appearance of evil. The idea of chaperones is a good thing. Private full-speed conversations can be obtained using a telephone, or less fast using email, or slow conversations using letters, though. Otherwise chaperones are a good idea—hopefully you can find a chaperone that is not a gossip and can be trusted.

So as the church falls into apostasy we need to leave that apostate situation. To go further in the exploration of the Bible as to the nature of the apostate church, we now need to discuss the concepts of the desolation of the two witnesses and the meaning of the abomination of desolation in the holy place—the holy place is that which is behind the vail where the ark of the testimony and the mercy seat and the two cherubims exists. This holy place is where the gospel is preached from by the two cherubims, the breasts of the church. The voice in the midst between the two cherubims is result of the two witnesses speaking, and God or Satan is in the midst thereof. If the two cherubims are of faithful teachers, then God is in the midst thereof speaking though those two cherubims, or breasts giving the sincere milk of the Word of God, the Bible. The the two cherubims are false teachers, the Satan is in the midst thereof speaking through those two cherubims, and then Satan has taken his seat in the holy place. There are two scriptural paths or lines of study that support this view of the abomination of desolation taking its seat in the holy place. One path is to show that the two witnesses in the Bible die at exactly the same time that the abomination of desolation is set up on the holy place—this is valid, because the two witnesses are represented by the cherubims. The other path is to show that the church removes its faithful breasts and implants false breasts. I will present both of these two doctrinal arguments in the following text to show that the man of sin, Satan himself, takes his seat in the holy place when the two witnesses are killed—which is simultaneous with the removal of faithful breasts and the implantation of lying breasts or false teachers.

The concept of the abomination of desolation taking its seat in the holy place is mentioned in the following verses:

La 4:12 The kings of the earth, and all the inhabitants of the world, would not have believed that the adversary and the enemy should have entered into the gates of Jerusalem.

Da 11:31 And arms shall stand on his part, and they shall pollute the sanctuary of strength, and shall take away the daily *sacrifice*, and they shall place the abomination that maketh desolate.

Da 12:11 And from the time *that* the daily *sacrifice* shall be taken away, and the abomination that maketh desolate set up, *there shall* be a thousand two hundred and ninety days.

Mt 24:15 When ye therefore shall see the abomination of desolation, spoken of by Daniel the prophet, *stand in the holy place*, (whoso readeth, let him understand:)

Mr 13:14 But when ye shall see the abomination of desolation, spoken of by Daniel the prophet, standing where it ought not, (let him that readeth understand:) then let them that be in Judea flee to the mountains:

527

Lu 21:20 ¶ And when ye shall see Jerusalem compassed with armies, then know that the desolation thereof is nigh.

Mt 24:15 quoted above is where Jesus uses the term "holy place". But all of the other verses given above are talking about the same event.

This matter of the abomination standing in the holy place is clearly a reference to the most holy place that Satan desperately wants to gain access to. Satan is lusting after the breasts of the corporate church and wishes to destroy her beauty and to replace those breasts with false teachers, and make the church beautiful in the eyes of man and Satan with man's knowledge and lies and Satan's lies, but ugly in the eyes of God—Satan is attempting to prevent salvation of all of the elect. As we read:

Lu 16:15 And he said unto them, Ye are they which justify yourselves before men; but God knoweth your hearts: for that which is highly esteemed among men is abomination in the sight of God.

And:

1Co 2:1 ¶ And I, brethren, when I came to you, came not with excellency of speech or of wisdom, declaring unto you the testimony of God.
2 For I determined not to know any thing among you, save Jesus Christ, and him crucified.
3 And I was with you in weakness, and in fear, and in much trembling.
4 And my speech and my preaching was not with enticing words of man's wisdom, but in demonstration of the Spirit and of power:
5 That your faith should not stand in the wisdom of men, but in the power of God.

The formal point in time when the abomination of desolation takes its seat in the holy place is exactly the same moment when the two witness are killed. This is seen by a careful study of God's use of the term "times, time, and half a time" in the Bible. We see this concept mentioned as follows:

Da 7:25 And he shall speak great words against the most High, and shall wear out the saints of the most High, and think to change times and laws: and they shall be given into his hand until a time and times and the dividing of time.

Da 12:7 And I heard the man clothed in linen, which was upon the waters of the river, when he held up his right hand and his left hand unto heaven, and sware by him that liveth for ever that it shall be for a time, times, and an half; and when he shall have accomplished to scatter the power of the holy people, all these things shall be finished.

Rev 11:9 And they of the people and kindreds and tongues and nations shall see their dead bodies three days and an half, and shall not suffer their dead bodies to be put in graves.

Re 11:11 And after three days and an half the Spirit of life from God entered into them, and they stood upon their feet; and great fear fell upon them which saw them.

528

Re 12:14 And to the woman were given two wings of a great eagle, that she might fly into the wilderness, into her place, where she is nourished for a time, and times, and half a time, from the face of the serpent.

The key phrase to consider is found in Da 12:7, where we read "to scatter the power of the holy people". That is a key concept that will allow us to tie together the death of the two witnesses to the setting up of the abomination of desolation in the holy place. This same concept in Da 7:25 appears as the words "shall wear out the saints of the most High", and in Rev 11 the loss of strength is simply the fact that the two witnesses are put to death. Death is a state of great weakness, is it not? You are so weak that you can not even think nor move. You are dead. The ultimate state of weakness. This loss of strength is also stated in Da 7:21:

Da 7:21 I beheld, and the same horn made war with the saints, and prevailed against them:

Now, in Da 11:31 we read:

Da 11:31 And arms shall stand on his part, and they shall pollute the sanctuary of strength, and shall take away the daily sacrifice, and they shall place the abomination that maketh desolate.

Here the term of loss of strength is "they shall pollute the sanctuary of strength". This loss of strength will come, I believe, in the form of a loss of righteousness, or the appearance of the loss of righteousness. This death of the two witnesses, or loss of their strength, will come when they lose their righteousness. This is because righteousness and strength are tied together. As we saw before, and now read again:

Ps 71:16 I will go in the strength of the Lord GOD: I will make mention of thy righteousness, even of thine only.

Ps 99:4 The king's strength also loveth judgment; thou dost establish equity, thou executest judgment and righteousness in Jacob.

Isa 45:24 Surely, shall one say, in the LORD have I righteousness and strength: even to him shall men come; and all that are incensed against him shall be ashamed.

Isa 63:1¶ Who is this that cometh from Edom, with dyed garments from Bozrah? this that is glorious in his apparel, travelling in the greatness of his strength? I that speak in righteousness, mighty to save.

In other words, sin, or the accusation of sin will destroy the strength of the two witnesses. This is a picture of Jesus loosing his righteousness when he became weak and went to the cross to pay for the sins of the elect, and gave his righteousness to the elect as he took on their sins. We see language where God calls the cross the weakness of God:

529

1Co 1:23 But we preach Christ crucified, unto the Jews a stumblingblock, and unto the Greeks foolishness;
24 But unto them which are called, both Jews and Greeks, Christ the power of God, and the wisdom of God.
25 Because the foolishness of God is wiser than men; and the weakness of God is stronger than men.
26 For ye see your calling, brethren, how that not many wise men after the flesh, not many mighty, not many noble, are called:
27 But God hath chosen the foolish things of the world to confound the wise; and God hath chosen the weak things of the world to confound the things which are mighty;
28 And base things of the world, and things which are despised, hath God chosen, yea, and things which are not, to bring to nought things that are:
29 That no flesh should glory in his presence.
30 But of him are ye in Christ Jesus, who of God is made unto us wisdom, and righteousness, and sanctification, and redemption:
31 That, according as it is written, He that glorieth, let him glory in the Lord.

And Jesus tells us to take up our cross and follow him:

Mt 16:24 ¶ Then said Jesus unto his disciples, If any man will come after me, let him deny himself, and take up his cross, and follow me.

Mr 8:34 And when he had called the people unto him with his disciples also, he said unto them, Whosoever will come after me, let him deny himself, and take up his cross, and follow me.

Mr 10:21 Then Jesus beholding him loved him, and said unto him, One thing thou lackest: go thy way, sell whatsoever thou hast, and give to the poor, and thou shalt have treasure in heaven: and come, take up the cross, and follow me.

Lu 9:23 And he said to them all, If any man will come after me, let him deny himself, and take up his cross daily, and follow me.

So when the witnesses are killed by some sort of sin or accusation of sin, that will result in the destruction of the two cherubims or faithful breasts on the church. And then the church will need to replace those faithful breasts with lying breasts of false teachers.

This concept of removal and replacement is found in the following verse:

Jer 2:13 For my people have committed two evils; they have forsaken me the fountain of living waters, and hewed them out cisterns, broken cisterns, that can hold no water.

Proverbs 5:15-23 make very clear that there are two cisterns, the wife of one's youth, the faithful church, and the other cistern being the strange woman, or the false gospels. And this language of Proverbs 5 when followed thoughtful from verse 15 to verse 19 clearly ties cisterns to breasts (or as we saw much earlier in this paper, the word for breasts in verse 19 is better translated nipples) because the word "cistern" occurs in verse 15. As we read:

530

Pr 5:15 ¶ Drink waters out of thine own cistern, and running waters out of thine own well.
16 Let thy fountains be dispersed abroad, and rivers of waters in the streets.
17 Let them be only thine own, and not strangers' with thee.
18 Let thy fountain be blessed: and rejoice with the wife of thy youth.
19 Let her be as the loving hind and pleasant roe; let her breasts satisfy thee at all times; and be thou ravished always with her love.
20 And why wilt thou, my son, be ravished with a strange woman, and embrace the bosom of a stranger?
21 For the ways of man are before the eyes of the LORD, and he pondereth all his goings.
22 His own iniquities shall take the wicked himself, and he shall be holden with the cords of his sins.
23 He shall die without instruction; and in the greatness of his folly he shall go astray.

A cistern is something one drinks from, just like a nipple on a woman's breast is something that one drinks from; spiritually the water of the gospel, as Prov 5:15 is speaking.

The concept of the two breasts being removed due to apostasy is directly supported by the following scripture:

Eze 23:34 Thou shalt even drink it and suck it out, and thou shalt break the sherds thereof, and pluck off thine own breasts: for I have spoken it, saith the Lord GOD.

Now Eze 23 is a chapter focused on the apostate church in all of its spiritual sexual sin and spiritual adultery against God. So now, let us quote the entire chapter of Eze 23:

Eze 23:1 ¶ The word of the LORD came again unto me, saying,
2 Son of man, there were two women, the daughters of one mother:
3 And they committed whoredoms in Egypt; they committed whoredoms in their youth: there were their breasts pressed, and there they bruised the teats of their virginity.
4 And the names of them were Aholah the elder, and Aholibah her sister: and they were mine, and they bare sons and daughters. Thus were their names, Samaria is Aholah, and Jerusalem Aholibah.
5 And Aholah played the harlot when she was mine; and she doted on her lovers, on the Assyrians her neighbours,
6 Which were clothed with blue, captains and rulers, all of them desirable young men, horsemen riding upon horses.
7 Thus she committed her whoredoms with them, with all them that were the chosen men of Assyria, and with all on whom she doted: with all their idols she defiled herself.
8 Neither left she her whoredoms brought from Egypt: for in her youth they lay with her, and they bruised the breasts of her virginity, and poured their whoredom upon her.
9 Wherefore I have delivered her into the hand of her lovers, into the hand of the Assyrians, upon whom she doted.

531

10 These discovered her nakedness: they took her sons and her daughters, and slew her with the sword: and she became famous among women; for they had executed judgment upon her.

11 ¶ And when her sister Aholibah saw this, she was more corrupt in her inordinate love than she, and in her whoredoms more than her sister in her whoredoms.

12 She doted upon the Assyrians her neighbours, captains and rulers clothed most gorgeously, horsemen riding upon horses, all of them desirable young men.

13 Then I saw that she was defiled, that they took both one way.

14 And that she increased her whoredoms: for when she saw men pourtrayed upon the wall, the images of the Chaldeans pourtrayed with vermilion,

15 Girded with girdles upon their loins, exceeding in dyed attire upon their heads, all of them princes to look to, after the manner of the Babylonians of Chaldea, the land of their nativity.

16 And as soon as she saw them with her eyes, she doted upon them, and sent messengers unto them into Chaldea.

17 And the Babylonians came to her into the bed of love, and they defiled her with their whoredom, and she was polluted with them, and her mind was alienated from them.

18 So she discovered her whoredoms, and discovered her nakedness: then my mind was alienated from her, like as my mind was alienated from her sister.

19 Yet she multiplied her whoredoms, in calling to remembrance the days of her youth, wherein she had played the harlot in the land of Egypt.

20 For she doted upon their paramours, whose flesh is as the flesh of asses, and whose issue is like the issue of horses.

21 Thus thou calledst to remembrance the lewdness of thy youth, in bruising thy teats by the Egyptians for the paps of thy youth.

22 ¶ Therefore, O Aholibah, thus saith the Lord GOD; Behold, I will raise up thy lovers against thee, from whom thy mind is alienated, and I will bring them against thee on every side;

23 The Babylonians, and all the Chaldeans, Pekod, and Shoa, and Koa, and all the Assyrians with them: all of them desirable young men, captains and rulers, great lords and renowned, all of them riding upon horses.

24 And they shall come against thee with chariots, wagons, and wheels, and with an assembly of people, which shall set against thee buckler and shield and helmet round about: and I will set judgment before them, and they shall judge thee according to their judgments.

25 And I will set my jealousy against thee, and they shall deal furiously with thee: they shall take away thy nose and thine ears; and thy remnant shall fall by the sword: they shall take thy sons and thy daughters; and thy residue shall be devoured by the fire.

26 They shall also strip thee out of thy clothes, and take away thy fair jewels.

27 Thus will I make thy lewdness to cease from thee, and thy whoredom brought from the land of Egypt: so that thou shalt not lift up thine eyes unto them, nor remember Egypt any more.

28 For thus saith the Lord GOD; Behold, I will deliver thee into the hand of them whom thou hatest, into the hand of them from whom thy mind is alienated:

29 And they shall deal with thee hatefully, and shall take away all thy labour, and shall leave thee naked and bare: and the nakedness of thy whoredoms shall be discovered, both thy lewdness and thy whoredoms.

532

30 I will do these things unto thee, because thou hast gone a whoring after the heathen, and because thou art polluted with their idols.

31 Thou hast walked in the way of thy sister; therefore will I give her cup into thine hand.

32 Thus saith the Lord GOD; Thou shalt drink of thy sister's cup deep and large: thou shalt be laughed to scorn and had in derision; it containeth much.

33 Thou shalt be filled with drunkenness and sorrow, with the cup of astonishment and desolation, with the cup of thy sister Samaria.

34 Thou shalt even drink it and suck it out, and thou shalt break the sherds thereof, and pluck off thine own breasts: for I have spoken it, saith the Lord GOD.

35 Therefore thus saith the Lord GOD; Because thou hast forgotten me, and cast me behind thy back, therefore bear thou also thy lewdness and thy whoredoms.

36 ¶ The LORD said moreover unto me; Son of man, wilt thou judge Aholah and Aholibah? yea, declare unto them their abominations;

37 That they have committed adultery, and blood is in their hands, and with their idols have they committed adultery, and have also caused their sons, whom they bare unto me, to pass for them through the fire, to devour them.

38 Moreover this they have done unto me: they have defiled my sanctuary in the same day, and have profaned my sabbaths.

39 For when they had slain their children to their idols, then the came the same day into my sanctuary to profane it; and, lo, thus have they done in the midst of mine house.

40 And furthermore, that ye have sent for men to come from far, unto whom a messenger was sent; and, lo, they came: for whom thou didst wash thyself, paintedst thy eyes, and deckedst thyself with ornaments,

41 And satest upon a stately bed, and a table prepared before it, whereupon thou hast set mine incense and mine oil.

42 And a voice of a multitude being at ease was with her: and with the men of the common sort were brought Sabeans from the wilderness, which put bracelets upon their hands, and beautiful crowns upon their heads.

43 Then said I unto her that was old in adulteries, Will they now commit whoredoms with her, and she with them?

44 Yet they went in unto her, as they go in unto a woman that playeth the harlot: so went they in unto Aholah and unto Aholibah, the lewd women.

45 And the righteous men, they shall judge them after the manner of adulteresses, and after the manner of women that shed blood; because they are adulteresses, and blood is in their hands.

46 For thus saith the Lord GOD; I will bring up a company upon them, and will give them to be removed and spoiled.

47 And the company shall stone them with stones, and dispatch them with their swords; they shall slay their sons and their daughters, and burn up their houses with fire.

48 Thus will I cause lewdness to cease out of the land, that all women may be taught not to do after your lewdness.

49 And they shall recompense your lewdness upon you, and ye shall bear the sins of your idols: and ye shall know that I am the Lord GOD.

And while the church is spiritually removing its faithful breasts, it is installing lying breasts. That installation is detailed by Eze 13:17-23, which reads:

533

Eze 13:17 ¶ Likewise, thou son of man, set thy face against the daughters of thy people, which prophesy out of their own heart; and prophesy thou against them,
18 And say, Thus saith the Lord GOD; Woe to the *women that sew pillows to all* armholes, and make kerchiefs upon the head of every stature to hunt souls! Will ye hunt the souls of my people, and will ye save the souls alive *that come unto you?*
19 And will ye pollute me among my people for handfuls of barley and for pieces of bread, to slay the souls that should not die, and to save the souls alive that should not live, by your lying to my people that hear your lies?
20 Wherefore thus saith the Lord GOD; Behold, I *am* against your pillows, wherewith ye there hunt the souls to make *them* fly, and I will tear them from your arms, and will let the souls go, *even* the souls that ye hunt to make *them* fly.
21 Your kerchiefs also will I tear, and deliver my people out of your hand, and they shall be no more in your hand to be hunted; and ye shall know that I *am* the LORD.
22 Because with lies ye have made the heart of the righteous sad, whom I have not made sad; and strengthened the hands of the wicked, that he should not return from his wicked way, by promising him life:
23 Therefore ye shall see no more vanity, nor divine divinations: for I will deliver my people out of your hand: and ye shall know that I *am* the LORD.

Let us discuss Eze 13:17-23 further than to merely mention it above. The following text about Eze 13:17-23 comes from an earlier version of this paper, when I had less understanding than I now have. Consequently, I may suggest that the discussion on the term "vail" in text below might be adjusted to say rather that the vail to deceive is perhaps an attempt to look more like most holy place behind which is the ark of the testimony with the mercy seat and the two cherubims. But I do not have time to adjust the following text to that better emphasis. Even still, the earlier angle I took on the vail in the text below seems to have sound Biblical basis. So consider the vail from both perspectives.

(the old text begins)

Notice verse 17 says of these "daughters", that they "prophesy out of their own heart". This means that they are not being submissive to the Word of God. They say what they want to say. Which can only be lies; as the Bible says

Romans 3:4: God forbid: yea, let God be true, but every man a liar; as it is written, That thou mightest be justified in thy sayings, and mightest overcome when thou art judged.

The apostate church is not respecting the authority of the Bible; she is denying the power on her head, and refusing the message of God. This language "power on her head" is being quoted from I Corinthians 11:9-10, which we will now quote:

1Co 11:9 Neither was the man created for the woman; but the woman for the man.
10 For this cause ought the woman to have power on *her* head because of the angels.

These Scriptures teach that the job of the woman is to be an ambassador bringing not her own message, but the message of her husband. This is why 1Corinthians 11:10 uses the term "angles", which is translated from a Greek word that merely means "messengers".

534

Here in 1Corinthians 11:10 then the word "messengers" is really a reference to God Almighty, who is a triune God; where everything God says is establishes by the fact that God is an effect three witnesses, though He is one God. In other words, everything God says is always absolute truth. Hence, the Bride of Christ has the power on her head, and she must represent it accurately as a true ambassador of her Husband, Jesus Christ. And you know, as verse 9 teaches, the Bride of Christ was created for Jesus, and not the other way around! Hence, for the Bride of Christ to deny being a slave is to actually deny the truth of God. She may use her own words to help others understand, but her words must preserve the truths of the Bible exactly—those words must neither add nor take away from the truths of the Bible. Where possible, she should use God's words directly to minimize the chance of error in speech. Hence we read in Revelation 22:17:

Rev 22:17 And the Spirit and the bride say, Come. And let him that heareth say, Come. And let him that is athirst come. And whosoever will, let him take the water of life freely.

So both are speaking the Gospel, both the Spirit of God via the Word of God, and the Bride also. Now, in order for the Bride to be faithful, she must neither add nor take away from God's word. Hence, Revelation 22:18-19, which just follow verse 17 quoted above about the Spirit and the Bride, say:

Rev 22:18 For I testify unto every man that heareth the words of the prophecy of this book, If any man shall add unto these things, God shall add unto him the plagues that are written in this book: 19 And if any man shall take away from the words of the book of this prophecy, God shall take away his part out of the book of life, and out of the holy city, and *from* the things which are written in this book.

These Scriptures clearly teach that only God's Words are to be used as the Authority of God. This is the power or authority on the head of the Bride of Christ; this is the message of the Almighty triune God. She must preach all of the Word of God, and nothing more than that. She must be a very submissive and hard working ambassador. As we read in 2Corinthians 5:20:

2Co 5:20 Now then we are ambassadors for Christ, as though God did beseech you by us: we pray *you* in Christ's stead, be ye reconciled to God.

See that term "ambassadors" and the phrase "as though God did beseech you by us". We must preach only the truth of the Bible alone and in its entirety. Charismatic and Pentecostal churches add to the message of God with their tongues and signs and wonders as so violate Revelation 22:18. Churches that call themselves New Testament churches and virtually if not totally ignore the Old Testament are dangerously close to if not in fact violating Revelation 22:19, to not take away from God's Word. Both the churches that add and the churches that take away are very very corrupt, as bad as a rotten apple in a cesspool of maggots! Get out of them immediately!! They are highly rebellious, un-submissive women. They are vile. This is what we have in Ezekiel 13.3: a church that speaks their own mind, in stead of the mind of God strictly and wholly from the Bible. Also, free will churches are just about as vile and un-submissive because they add man's will to the authority of God, and create a works gospel by doing the work themselves to believe, as though they can resurrect themselves from the state being spiritually dead; and

535

they choose to trust in their own will and put a date on the day of their willful decision to believe in Jesus (a Jesus of their own making, another Jesus; see 2Corinthians 11:4) and say to never doubt it. Hence, they are trusting in their own spiritually dead heart as if they are no longer spiritually dead. They are deceiving themselves right into hell, all the time while the termites are eating at their foundation. Some of the freewill churches here in town are inhabited by people in them that, if they examine their heart of hearts, they may realize that they know that the only reason that they believe is not because of an exercise of their so-called free will, but rather, quite to the contrary, they believe because God put the faith of Jesus Christ into them through the Bible alone, as Romans 10:17 teaches. These humble people are likely to be saved, and they should get out of their freewill church because the freewill teachings of that church are hindering them from making their calling and election sure, as 2Peter 1:10 speaks. Back to the description given in Ezekiel 13:17-23 of the apostate church. The above discussion was prompted by a need to elaborate on the phrase "prophesy out of their own heart" in Ezekiel 13:17.

Now let us elaborate on the phrase "women that sew pillows to all armholes" in Ezekiel 13:18.

The very interesting idea that these words may be suggesting is the startling idea of breast implants. Breast implants, which women get surgically in our day to look more attractive to men in order to attract men, are a profound parable or picture of an apostate church that is seeking to attract people to their ranks by heaping up teachers as 2Timothy 4:3-4 says.

2Tim 4:3 For the time will come when they will not endure sound doctrine; but after their own lusts shall they heap to themselves teachers, having itching ears;
4 And they shall turn away their ears from the truth, and shall be turned unto fables.

Realize, breasts are heaps. They are heaps on a women's chest that make her attractive to men. This attractiveness is because the appearance of breasts suggests to men that the women are able to procreate life, and men are interested in procreating life. And the spiritual meaning of teachers who give out the milk of the Word is the breast on a women, as Lamentations 4:1-4, 1Peter 2:2, and Matthew 24:19, among other passages, are implying. Furthermore, in Ezekiel 13:18 we see the word "pillows". Well, breasts are pillows also. And when a man in sexual relations with his wife rests his head on one of her breasts as a pillow, that is a picture of a man resting his head either on the Word in her breast, or resting his head on the lies in her breast. You know, people do greatly rest in lies; lies make them feel very comfortable. But some other people that are the kind of people that are true believers, and they rest their head on the breast of a true teacher giving the true sincere milk of the Word. These true believers are the kind of people God is mentioning in Isaiah 66:2,5 who tremble at God's Word. But there are other people who rest in lies and do not want God's Word. Hence, we have the language for these lie-lovers.

2Tim 4:3-4: "For the time will come when they will not endure sound doctrine ....And they shall turn away their ears from the truth, and shall be turned unto fables"

536

These lie-lovers are people who heap up teachers with itching ears, as 2Timothy 4:3-4 says. These lie-lovers are building breasts that they like. They are installing a breast implant, or a heap, or a pillow of lies, as Ezekiel 13:18 is speaking of. Notice further in Ezekiel 13:18 the "arm holes" that pillows are being sewn to: "arm holes". Is that not even the location where a woman would in fact sew in an actual, physical breast implant? I think so, even though I am not a surgeon.

Elaboration on the phrase "make kerchiefs upon the head of every stature", also in Ezekiel 13:18.

This reference to "kerchiefs" is a little obscure. The Strongs concordance suggests the linguistic meaning of the Hebrew word translated into "kerchiefs" is the idea of a long veil, and the Strongs number for that Hebrew word is 04555. This Hebrew word appears only twice in the entire Bible, once in Ezekiel 13:18, and once in Ezekiel 13:21, both times translated "kerchiefs". Clearly though, the idea of a covering is suggested. And that fits well with the spiritual meaning that is unfolding before us as we examine Ezekiel 13:17-23. The idea of a covering goes back to 1Corinthians 11:10 and the idea of a covering on her head representing submissiveness to the authority of God's message, the Bible, and the authority of the Almighty triune God himself. But in the case of the apostate church, in this whole matter of a covering we see the idea of the intent to deceive in that she wishes to use her covering to look like the true Church of God, the Bride of Jesus, but in fact she is not that at all. She is saying by this covering that she is a true source of knowledge of the Bible and the true Gospel—her breasts supposedly have the sincere milk of the Word—but she is in fact not true at all, but a deceiver, and her breasts are breast implants filled with lies. So she uses her kerchiefs or veil to give the impression that she is sincere and true; though she is a liar. In other words, the apostate church as it is being described by God here in Ezekiel 13:17-23 is similar to those seven women that wish to be called followers of God (Jesus, really) in Isaiah 4:1, which says

Isa 4:1 And in that day seven women shall take hold of one man, saying, We will eat our own bread, and wear our own apparel: only let us be called by thy name, to take away our reproach.

These seven women represent apostate churches that wish to be called Christian, but in fact will eat their own gospels, and not the Gospel of the Bible, nor have the apparel of the righteousness of Jesus, but the apparel of their own righteousness or their own Jesus, which is another Jesus (2Corinthians 11:4). Their kerchiefs or veil represents the name "Christian". But they are not true Christians in their heart at all.

(the old text ends)

To summarize, the establishment of the abomination of desolation in the holy place involves the killing of the two witness (the faithful believers that preach the truth), which is spiritually equivalent to the removal of the true cherubims or faithful breasts from around the mercy seat or heart of the church; hence God no longer speaks from between the two cherubims because the two cherubims are not true believers any more. The true believers are spiritually dead. But the apostate church replaces the true cherubims with fake cherubims or breast implants or they heap up teachers with itching ears, false

teachers that tell lies that they love and rest upon. So, with those false teachers, now Satan speaks from the midst of the two cherubims, and Satan uses the Bible, which is the Law of God or wail to the mercy seat to deceive as he misuses the Bible by mixing it with lies. The idea of using the Bible deceitfully is clearly implied by the following:

2Co 4:2 But have renounced the hidden things of dishonesty, not walking in craftiness, nor handling the word of God deceitfully; but by manifestation of the truth commending ourselves to every man's conscience in the sight of God.

Paul here is saying that he does not handle the word of God deceitfully. That implies that there are others that do handle the word of God deceitfully. So, just because your pastor handles the Bible, that in itself does not mean that he is teaching you the truth. That Bible may be a vail to deceive you, to make you think that he is telling you the truth. But he may be a lying breast or a lying cherubim giving to you poison milk by perverting the Bible. How can you tell if you are being lied to if you do not get out your own Bible (and not a crappy paraphrase—get yourself a King James Bible if the one you now have is a paraphrase) and begin to compare the verses of the Bible with the verses of the Bible to uncover the truth that God has hidden there by his integrity? How else can you tell? Get of out your duff, and check the Bible out for yourself very seriously, much more seriously than you ever have before—your eternal future may depend upon it. Your laziness may be as great in this area that maybe your human father should spit in your face to shame you into reading your Bible seriously, for the first time in your life. Do not let God the Father spit in your face and cast you into hell. It would be better that your human father do that to you, maybe it will lead to your salvation.

So now, with the idea of Satan destroying the true breasts or cherubims or two witnesses and replacing them with lying breasts or lying cherubims or lying witnesses or false teachers we can now begin to understand why the man of sin in 2Th 2:3 is Satan himself:

2Th 2:3 Let no man deceive you by any means: for that day shall not come, except there come a falling away first, and that man of sin be revealed, the son of perdition;

Satan speaks in the midst of the false teachers; the unity of Satan is not one of integrity; rather, his unity is merely a common hatred for the Almighty God of Heaven, Jesus Christ. So by Satan's unity, any and all religions are just fine, since he does not need integrity of truth, and since he uses lies—and lies can not ultimately hold together to make one unit with true integrity. A well designed system of lies may present a very great difficulty to finding its breakdown in integrity, but it must have a location of great difficulty to finding its breakdown—but those locations may be rather well concealed. Satan will be so deceptive that, if possible, he will deceive even the very elect.

Mt 24:24 For there shall arise false Christs, and false prophets, and shall shew great signs and wonders; insomuch that, if it were possible, they shall deceive the very elect.

You may need to labor very greatly in the Bible to get you senses exercised sufficiently well so that you may then discern good from evil, truth from lies. As we read:

Heb 5:11 Of whom we have many things to say, and hard to be uttered, seeing ye are dull of hearing.
12 For when for the time ye ought to be teachers, ye have need that one teach you again which be the first principles of the oracles of God; and are become such as have need of milk, and not of strong meat.
13 For every one that useth milk is unskilful in the word of righteousness: for he is a babe.
14 But strong meat belongeth to them that are of full age, even those who by reason of use have their senses exercised to discern both good and evil.

Any time a false teacher handles the Bible, he is perverting it so that you do not see the true Jesus of the Bible, because he hates the true Jesus of the Bible. That false teacher is taking the words of the Bible and perverting them to deceive you into believing all kinds of false doctrines and lies. One very common false doctrine that deceives and is sending many people to hell is the lie that men and women have a free will to choose to believe or to not believe. This lie is very dangerous because it causes people to trust in their own will, rather than seek God's mercy as they attempt over their entire life to make their calling and election sure. The lie of a free will stops people from making that effort, and therefore sends many people to hell. The lies of dispensationalism are sending many people to hell. This system of false doctrine teaches that the antichrist is going to be a physical man that people will be able to see. That lie is very dangerous because it is causing people to wait for a problem that is outside of their church, when in fact the antichrist is the false teacher you are now calling your pastor that you look at directly in the face while you listen to him Sunday after Sunday. Now, some pastors reject free will, and are fairly soundly grounded in a true faith that knows that Jesus does all of the saving; yet they may hold to dispensationalism. Those pastors may be saved; but then need to repent of that evil doctrinal system of dispensationalism.

The apostate church is actually the Beast of the Bible book of Revelations chapter 13. The dispensational churches are actually a large part of the Beast. Yet, those very churches say that the Beast is going to be something else besides them. They have no understanding, because they are the very Beast. The false teachers are beasts, and dispensational churches are filled with false teachers that teach free will and fragmented dispensationalism (dispensationalism is a very fragmented system of doctrine that does not have any real integrity or consistency). And the minds of people who listen to dispensationalism have actually received damage in their ability to interpret the Bible because of the great fragmentation of dispensationalism that infects their thinking. This actually takes the Bible right out of their hands because they do not know what to do when they encounter a verse that does not fit their dispensational system of thought. They just throw up their hands and believe their teachers. Throw out the fragmented junk of dispensationalism and begin to search the Bible for its integrity and truth from the pure mind of God. In my personal history as a Christian I was taught dispensational doctrine years ago. But even then the doctrines were so fragmented that they did not stick in my mind. They just washed over my back like water on a duck's back. God protected me from taking those lies seriously. I used to believe in free will. God granted me repentance from that dangerous doctrine when I first listened to a fine reformed teacher, and saw from the Bible that free will was a crock and a bunch of lies. Nevertheless, I did find the doctrine of election very hard to swallow, yet I believed it

539

because the Bible taught it. Only after a friend emphasized me the doctrine of total depravity as the starting point from which to truly believe also in the doctrine of election did I finally become comfortable with the doctrine of election. This took many years before that friend came into my life and by that teaching God made me comfortable with the doctrine of election. God has this time table for repentance in each of the lives of the elect. But all will come to repentance. Jesus Christ will lose none of the elect. All will be saved.

Rev 13 mentions the beast:

Rev 13:1 ¶ And I stood upon the sand of the sea, and saw a beast rise up out of the sea, having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy.

2 And the beast which I saw was like unto a leopard, and his feet were as *the feet* of a bear, and his mouth as the mouth of a lion: and the dragon gave him his power, and his seat, and great authority.

3 And I saw one of his heads as it were wounded to death; and his deadly wound was healed: and all the world wondered after the beast.

4 And they worshipped the dragon which gave power unto the beast; and they worshipped the beast, saying, Who *is* like unto the beast? who is able to make war with him?

5 And there was given unto him a mouth speaking great things and blasphemies; and power was given unto him to continue forty *and* two months.

6 And he opened his mouth in blasphemy against God, to blaspheme his name, and his tabernacle, and them that dwell in heaven.

7 And it was given unto him to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations.

8 And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the Lamb slain from the foundation of the world.

9 If any man have an ear, let him hear.

10 He that leadeth into captivity shall go into captivity: he that killeth with the sword must be killed with the sword. Here is the patience and the faith of the saints.

11 ¶ And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon.

12 And he exerciseth all the power of the first beast before him, and causeth the earth and them which dwell therein to worship the first beast, whose deadly wound was healed.

13 And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men,

14 And deceiveth them that dwell on the earth by *the means of* those miracles which he had power to do in the sight of the beast; saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live.

15 And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast should be killed.

16 And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in their foreheads:

540

17 And that no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name.

18 Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number *is* Six hundred threescore *and* six.

The beast in verse 3 is spoke of as follows:

Rev 13:3 And I saw one of his heads as it were wounded to death; and his deadly wound was healed: and all the world wondered after the beast

What was this deadly wound? This deadly wound was when Jesus went to the cross and consequently destroyed the power of Satan by Jesus' resurrection from the dead. But, Satan was represented by the apostate church at that time; that would have been the false teachers and leaders of the corporate church at that time, namely national Israel 2000 years ago. National of Israel was destroyed because they put Jesus onto the cross. This was the deadly wound to the beast, the apostate church at that time. But, in the end of time, where we now live, Satan is released for a short season. This is the reestablishment of the Beast. This is the healing of the deadly wound. This is the strong delusion that God is mentioning in 2Th 2:11, which says:

2Th 2:11 And for this cause God shall send them strong delusion, that they should believe a lie:

When national Israel was reestablished in 1948 this was God's doing in order to feed the lies of dispensationalism so that many people would believe those lies. This is the healing of the deadly wound in one of the heads of the Beast. National Israel is a head of the beast, and the dispensational church is another head of the Beast. The reason that many people in the United States have such a strong attraction to national Israel and wish to go to the so called "holy land" is because one head of the beast loves the other head of the beast. The beast that killed Jesus 2000 years ago will also kill the two witnesses today. Now, I am a Bible believing Christian, and do not believe that there is any other true religion on earth or in the universe. There is only one God and only one truth. I am not a friend of the enemies of national Israel today. Yet, I will insist that national Israel is that strong delusion that God brought to deceive many into believing dispensationalism. Israel is a head of the beast. The dispensational churches are another head of the beast.

The beast of Rev 13 is very closely related to the great whore. The verses that show this close relationship are Rev 17:15-16:

Rev 17:15 And he saith unto me, The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues.

16 And the ten horns which thou sawest upon the beast, these shall hate the whore, and shall make her desolate and naked, and shall eat her flesh, and burn her with fire.

What is really happening here is that the whore and the beast are two names for the same group of people, the term "beast" tends to refer to the authority structure of the apostate church, and the term "whore" tends to refer to the people under that authority. The statement that the whore's flesh shall be eaten and that she shall be burnt with fire is

541

God's way of saying that the false doctrines of the apostate church shall destroy the apostate church. This language of self destruction is in numerous places in the Bible. One place is Eze 38:21:

Eze 38:21 And I will call for a sword against him throughout all my mountains, saith the Lord GOD: every man's sword shall be against his brother.

We also see this language in Jer 13:13-14:

Jer 13:13 Then shalt thou say unto them, Thus saith the LORD, Behold, I will fill all the inhabitants of this land, even the kings that sit upon David's throne, and the priests, and the prophets, and all the inhabitants of Jerusalem, with drunkenness.

14 And I will dash them one against another, even the fathers and the sons together, saith the LORD: I will not pity, nor spare, nor have mercy, but destroy them.

This is God's judgement on the corporate church, even as he speaks in 1Pe 4:17, which says:

1Pe 4:17 For the time is come that judgment must begin at the house of God: and if it first begin at us, what shall the end be of them that obey not the gospel of God?

18 And if the righteous scarcely be saved, where shall the ungodly and the sinner appear?

This is why God wants all of the elect to come out of the apostate church, before he completely destroys it, just as was the case with Lot, his wife, and his two daughters when God causes them to leave Sodom before he brought full destruction upon it with fire and brimstone. Gen 18 and 19 record this true history involving Lot:

Gen 18:1 ¶ And the LORD appeared unto him in the plains of Mamre: and he sat in the tent door in the heat of the day;

2 And he lift up his eyes and looked, and, lo, three men stood by him: and when he saw them, he ran to meet them from the tent door, and bowed himself toward the ground,

3 And said, My Lord, If now I have found favour in thy sight, pass not away, I pray thee, from thy servant:

4 Let a little water, I pray you, be fetched, and wash your feet, and rest yourselves under the tree:

5 And I will fetch a morsel of bread, and comfort ye your hearts; after that ye shall pass on: for therefore are ye come to your servant. And they said, So do, as thou hast said.

6 And Abraham hastened into the tent unto Sarah, and said, Make ready quickly three measures of fine meal, knead it, and make cakes upon the hearth.

7 And Abraham ran unto the herd, and fetcht a calf tender and good, and gave it unto a young man; and he hasted to dress it.

8 And he took butter, and milk, and the calf which he had dressed, and set it before them; and he stood by them under the tree, and they did eat.

9 ¶ And they said unto him, Where is Sarah thy wife? And he said, Behold, in the tent.

10 And he said, I will certainly return unto thee according to the time of life; and, lo, Sarah thy wife shall have a son. And Sarah heard it in the tent door, which was behind him.

542

11 Now Abraham and Sarah were old and well stricken in age; and it ceased to be with Sarah after the manner of women.

12 Therefore Sarah laughed within herself, saying, After I am waxed old shall I have pleasure, my lord being old also?

13 And the LORD said unto Abraham, Wherefore did Sarah laugh, saying, Shall I of a surety bear a child, which am old?

14 Is any thing too hard for the LORD? At the time appointed I will return unto thee, according to the time of life, and Sarah shall have a son.

15 Then Sarah denied, saying, I laughed not; for she was afraid. And he said, Nay; but thou didst laugh.

16 ¶ And the men rose up from thence, and looked toward Sodom: and Abraham went with them to bring them on the way.

17 And the LORD said, Shall I hide from Abraham that thing which I do;

18 Seeing that Abraham shall surely become a great and mighty nation, and all the nations of the earth shall be blessed in him?

19 For I know him, that he will command his children and his household after him, and they shall keep the way of the LORD, to do justice and judgment; that the LORD may bring upon Abraham that which he hath spoken of him.

20 And the LORD said, Because the cry of Sodom and Gomorrah is great, and because their sin is very grievous;

21 I will go down now, and see whether they have done altogether according to the cry of it, which is come unto me; and if not, I will know.

22 And the men turned their faces from thence, and went toward Sodom: but Abraham stood yet before the LORD.

23 ¶ And Abraham drew near, and said, Wilt thou also destroy the righteous with the wicked?

24 Peradventure there be fifty righteous within the city: wilt thou also destroy and not spare the place for the fifty righteous that are therein?

25 That be far from thee to do after this manner, to slay the righteous with the wicked: and that the righteous should be as the wicked, that be far from thee: Shall not the Judge of all the earth do right?

26 And the LORD said, If I find in Sodom fifty righteous within the city, then I will spare all the place for their sakes.

27 And Abraham answered and said, Behold now, I have taken upon me to speak unto the Lord, which am but dust and ashes:

28 Peradventure there shall lack five of the fifty righteous: wilt thou destroy all the city for lack of five? And he said, If I find there forty and five, I will not destroy it.

29 And he spake unto him yet again, and said, Peradventure there shall be forty found there. And he said, I will not do it for forty's sake.

30 And he said unto him, Oh let not the Lord be angry, and I will speak: Peradventure there shall thirty be found there. And he said, I will not do it, if I find thirty there.

31 And he said, Behold now, I have taken upon me to speak unto the Lord: Peradventure there shall be twenty found there. And he said, I will not destroy it for twenty's sake.

32 And he said, Oh let not the Lord be angry, and I will speak yet but this once: Peradventure ten shall be found there. And he said, I will not destroy it for ten's sake.

33 And the LORD went his way, as soon as he had left communing with Abraham: and Abraham returned unto his place.

543

Gen 19:1 ¶ And there came two angels to Sodom at even; and Lot sat in the gate of Sodom: and Lot seeing them rose up to meet them; and he bowed himself with his face toward the ground;

2 And he said, Behold now, my lords, turn in, I pray you, into your servant's house, and tarry all night, and wash your feet, and ye shall rise up early, and go on your ways. And they said, Nay; but we will abide in the street all night.

3 And he pressed upon them greatly; and they turned in unto him, and entered into his house; and he made them a feast, and did bake unleavened bread, and they did eat.

4 ¶ But before they lay down, the men of the city, even the men of Sodom, compassed the house round, both old and young, all the people from every quarter:

5 And they called unto Lot, and said unto him, Where are the men which came in to thee this night? bring them out unto us, that we may know them.

6 And Lot went out at the door unto them, and shut the door after him,

7 And said, I pray you, brethren, do not so wickedly.

8 Behold now, I have two daughters which have not known man; let me, I pray you, bring them out unto you, and do ye to them as is good in your eyes: only unto these men do nothing; for therefore came they under the shadow of my roof.

9 And they said, Stand back. And they said again, This one fellow came in to sojourn, and he will needs be a judge: now will we deal worse with thee, than with them. And they pressed sore upon the man, even Lot, and came near to break the door.

10 But the men put forth their hand, and pulled Lot into the house to them, and shut to the door.

11 And they smote the men that were at the door of the house with blindness, both small and great: so that they wearied themselves to find the door.

12 ¶ And the men said unto Lot, Hast thou here any besides? son in law, and thy sons, and thy daughters, and whatsoever thou hast in the city, bring them out of this place:

13 For we will destroy this place, because the cry of them is waxen great before the face of the LORD; and the LORD hath sent us to destroy it.

14 And Lot went out, and spake unto his sons in law, which married his daughters, and said, Up, get you out of this place; for the LORD will destroy this city. But he seemed as one that mocked unto his sons in law.

15 ¶ And when the morning arose, then the angels hastened Lot, saying, Arise, take thy wife, and thy two daughters, which are here; lest thou be consumed in the iniquity of the city.

16 And while he lingered, the men laid hold upon his hand, and upon the hand of his wife, and upon the hand of his two daughters; the LORD being merciful unto him: and they brought him forth, and set him without the city.

17 ¶ And it came to pass, when they had brought them forth abroad, that he said, Escape for thy life; look not behind thee, neither stay thou in all the plain; escape to the mountain, lest thou be consumed.

18 And Lot said unto them, Oh, not so, my Lord:

19 Behold now, thy servant hath found grace in thy sight, and thou hast magnified thy mercy, which thou hast shewed unto me in saving my life; and I cannot escape to the mountain, lest some evil take me, and I die:

20 Behold now, this city is near to flee unto, and it is a little one: Oh, let me escape thither, (is it not a little one?) and my soul shall live.

21 And he said unto him, See, I have accepted thee concerning this thing also, that I will not overthrow this city, for the which thou hast spoken.

544

22 Haste thee, escape thither; for I cannot do any thing till thou be come thither. Therefore the name of the city was called Zoar.

23 The sun was risen upon the earth when Lot entered into Zoar.

24 ¶ Then the LORD rained upon Sodom and upon Gomorrah brimstone and fire from the LORD out of heaven;

25 And he overthrew those cities, and all the plain, and all the inhabitants of the cities, and that which grew upon the ground.

26 ¶ But his wife looked back from behind him, and she became a pillar of salt.

27 ¶ And Abraham gat up early in the morning to the place where he stood before the LORD:

28 And he looked toward Sodom and Gomorrah, and toward all the land of the plain, and beheld, and, lo, the smoke of the country went up as the smoke of a furnace.

29 And it came to pass, when God destroyed the cities of the plain, that God remembered Abraham, and sent Lot out of the midst of the overthrow, when he overthrew the cities in the which Lot dwelt.

30 ¶ And Lot went up out of Zoar, and dwelt in the mountain, and his two daughters with him; for he feared to dwell in Zoar: and he dwelt in a cave, he and his two daughters.

31 And the firstborn said unto the younger, Our father is old, and there is not a man in the earth to come in unto us after the manner of all the earth:

32 Come, let us make our father drink wine, and we will lie with him, that we may preserve seed of our father.

33 And they made their father drink wine that night: and the firstborn went in, and lay with her father; and he perceived not when she lay down, nor when she arose.

34 And it came to pass on the morrow, that the firstborn said unto the younger, Behold, I lay yesternight with my father: let us make him drink wine this night also; and go thou in, and lie with him, that we may preserve seed of our father.

35 And they made their father drink wine that night also: and the younger arose, and lay with him; and he perceived not when she lay down, nor when she arose.

36 Thus were both the daughters of Lot with child by their father.

37 And the firstborn bare a son, and called his name Moab: the same is the father of the Moabites unto this day.

38 And the younger, she also bare a son, and called his name Benammi: the same is the father of the children of Ammon unto this day.

And Peter records that Lot was a true believer, even though he got caught up in some drunkenness and incest. As we read:

2Pe 2:7¶ And delivered just Lot, vexed with the filthy conversation of the wicked:

And Jesus said:

Lu 17:25 But first must he suffer many things, and be rejected of this generation.

26 And as it was in the days of Noe, so shall it be also in the days of the Son of man.

27 They did eat, they drank, they married wives, they were given in marriage, until the day that Noe entered into the ark, and the flood came, and destroyed them all.

28 Likewise also as it was in the days of Lot; they did eat, they drank, they bought, they sold, they planted, they builded;

29 But the same day that Lot went out of Sodom it rained fire and brimstone from

545

heaven, and destroyed *them* all.

30 Even thus shall it be in the day when the Son of man is revealed.

31 In that day, he which shall be upon the housetop, and his stuff in the house, let him not come down to take it away; and he that is in the field, let him likewise not return back.

32 Remember Lot's wife.

Notice Lu 17:25 speaks as though these statements that follow Lu 17:25 relate to the time when Jesus suffered and went to the cross. Well, indeed they do apply spiritually to the time when satan went to his cross. But Jesus asks the true believers to also take up their cross and to follow Jesus, and this includes the true believers at the end of time, which is another way of saying the two witnesses. That fact is why verse 30 mentions when the Son of man is revealed. That time when the Son of man, another name for Jesus, is revealed is both when Jesus rose again from the dead 2000 years ago, and also at the end of time when all true believers, both physically dead and those still physically alive, all receive their resurrected spiritual bodies when Jesus appears on the clouds of glory with all the true believers suddenly with him as he and all the true believers return to judge the entire human race and Satan and his fallen angels and to cast the whole bunch of them into hell.

So, just as righteous Lot was required to come out of Sodom before God was going to bring judgement down onto Sodom, so also today the true believers must leave the apostate church before God brings full judgment onto the apostate church. God even calls the apostate church Sodom, if you remember, in Rev 11, where we read of the apostate church killing the two witnesses:

Rev 11:8  And their dead bodies *shall lie* in the street of the great city, which spiritually is called Sodom and Egypt, where also our Lord was crucified.

So really, we have three names for the apostate church: the beast, the whore, and Sodom.

God gives get a fourth name to the apostate church in Rev 18.  But, to get some context, I will quote from Rev 17:14 through Rev 18:5; as we read:

Rev 17:14 ¶ These shall make war with the Lamb, and the Lamb shall overcome them: for he is Lord of lords, and King of kings: and they that are with him *are* called, and chosen, and faithful.

15 And he saith unto me, The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues.

16 And the ten horns which thou sawest upon the beast, these shall hate the whore, and shall make her desolate and naked, and shall eat her flesh, and burn her with fire.

17 For God hath put in their hearts to fulfil his will, and to agree, and give their kingdom unto the beast, until the words of God shall be fulfilled.

18 And the woman which thou sawest is that great city, which reigneth over the kings of the earth.

Rev 18:1 ¶ And after these things I saw another angel come down from heaven, having great power; and the earth was lightened with his glory.

2 And he cried mightily with a strong voice, saying, Babylon the great is fallen, is fallen,

546

and is become the habitation of devils, and the hold of every foul spirit, and a cage of every unclean and hateful bird.

3 For all nations have drunk of the wine of the wrath of her fornication, and the kings of the earth have committed fornication with her, and the merchants of the earth are waxed rich through the abundance of her delicacies.

4 And I heard another voice from heaven, saying, Come out of her, my people, that ye be not partakers of her sins, and that ye receive not of her plagues.

5 For her sins have reached unto heaven, and God hath remembered her iniquities.

Because we read the phrase "my people" within the longer phrase "Come out of her, my people" from verse 4 above, then we know that God saying that true believers are inside of Babylon, and that those true believers are to come out of Babylon. This is parallel language to the need to come out of Sodom. In other words, a fourth name for the apostate church is Babylon; and the true believers are to come out of Babylon before God brings full destruction upon it.  Notice verse 5 says that her sins have reached unto heaven.  This is similar language that God used relating to the sins of Sodom.  As we read:

Gen 18:20-21:

Gen 18:20  And the LORD said, Because the cry of Sodom and Gomorrah is great, and because their sin is very grievous;

21  I will go down now, and see whether they have done altogether according to the cry of it, which is come unto me; and if not, I will know.

Notice the word "LORD" in Gen 18:20.  That all-capital word is the King James method of showing that the Hebrew word for God, namely Jehovah, is being translated LORD. In other words, these three men that visited Abraham and Sarah in Gen 18 are actually God in human appearance of three people.  Gen 18 is actually a very strong passage for showing the trinity, and it strongly suggests that the "threeness" of the trinity is very real in God's mind.  Whether we will see one or three in the One LORD when we true believers get to heaven, I simply can not say.  Even this question may be in error or flawed, simply because I am assuming that sight in heaven will be similar to sight here on Earth with our human eyes that process a two dimensional field with two eyes thereby giving three dimensional depth via stereoscopic vision.  Maybe we will see in a completely different way in heaven.  I do not know.

See, Gen 18:21 has God saying that the cry of the sins of Sodom have come unto him. This is quite equivalent to Rev 18:5 which says the sins of Babylon have come unto heaven.

So the parallel between Babylon and the apostate church is strong; and God says to come out of her, even as he told Lot to come out of Sodom.  Eze 39:23-29 make very plain that every last one of the true believers shall come out of the apostate church.  Notice verse 28 particularly:

Eze 39:23 ¶ And the heathen shall know that the house of Israel went into captivity for their iniquity: because they trespassed against me, therefore hid I my face from them,

547

and gave them into the hand of their enemies: so fell they all by the sword.

24 According to their uncleanness and according to their transgressions have I done unto them, and hid my face from them.

25 Therefore thus saith the Lord GOD; Now will I bring again the captivity of Jacob, and have mercy upon the whole house of Israel, and will be jealous for my holy name;

26 After that they have borne their shame, and all their trespasses whereby they have trespassed against me, when they dwelt safely in their land, and none made *them* afraid.

27 When I have brought them again from the people, and gathered them out of their enemies' lands, and am sanctified in them in the sight of many nations;

28 Then shall they know that I *am* the LORD their God, which caused them to be led into captivity among the heathen: but I have gathered them unto their own land, and have left none of them any more there.

29 Neither will I hide my face any more from them: for I have poured out my spirit upon the house of Israel, saith the Lord GOD.

Now Satan in the apostate church, who God calls a man in Isa 14:16, lays his head between the two lying, implanted breasts or false cherubims that are installed after the death of the two witnesses. Satan is having spiritual sex with the spiritual whore, the many unsaved who fill the churches today. Those implanted breasts that Satan lays between are all of the false teachers that fill the apostate church today. Even as Jesus warns:

Mt 24:19 And woe unto them that are with child, and to them that give suck in those days!

This wicked spiritual sex between Satan and the false teachers and the great whore who supports those breasts by her money and her love for lies in her ark or heart is bringing great offense to the true believers that are still in the apostate church--which true believers must come out before Jesus returns.

And this is God's program for Satan to fulfill the following words:

Isa 14:12 How art thou fallen from heaven, O Lucifer, son of the morning! *how* art thou cut down to the ground, which didst weaken the nations!

13 For thou hast said in thine heart, I will ascend into heaven, I will exalt my throne above the stars of God: I will sit also upon the mount of the congregation, in the sides of the north:

And:

2Th 2:4 Who opposeth and exalteth himself above all that is called God, or that is worshipped; so that he as God sitteth in the temple of God, shewing himself that he is God.

So the apostate church is like Sodom, with all sorts of spiritually equivalent sexual sin, namely homosexuality, fornication, adultery, and by doctrinal lies spiritually molest God's children still present therein--and God's children must come out of the apostate

548

church before Jesus returns and sends the apostate church into the eternal lake of fire--where only the fire of lies exist and no truth is to be found anywhere. These sex sins are simply a way of saying that those who are in the apostate church are having spiritual sex with the whore, even as they are one with the whore, being part of it. That is the spiritual language that we have in the following text:

1Co 6:15 Know ye not that your bodies are the members of Christ? shall I then take the members of Christ, and make *them* the members of an harlot? God forbid.

16 What? know ye not that he which is joined to an harlot is one body? for two, saith he, shall be one flesh.

17 But he that is joined unto the Lord is one spirit.

18 Flee fornication. Every sin that a man doeth is without the body; but he that committeth fornication sinneth against his own body.

19 What? know ye not that your body is the temple of the Holy Ghost *which is* in you, which ye have of God, and ye are not your own?

20 For ye are bought with a price: therefore glorify God in your body, and in your spirit, which are God's.

Clearly, the above language does have a simple physical meaning, encouraging us to avoid physical harlots. But it also has spiritual meaning that is encouraging us to stay away from the whore, or the apostate church, even as Proverbs 5 does spiritually. Also, notice verse 17, which in this sexual context from verses 15 to 18 is actually powerfully confirming the central thesis of this paper, namely that on this earth and for eternity in heaven all true believers have a spiritual sexual relationship with Jesus. This makes obvious sense if we believe that God created and designed marriage to picture the relationship between Jesus and his Bride, the true believers. Only spiritual sex involves oneness of spirit, not oneness of flesh in this life. And since the apostate church are the spiritually dead flesh of the body of Christ that is returning to the dust of the unbelievers, then the true believers, or the soul of that body must not be one with that dead body--we are going to heaven, which until Jesus actually comes back means to go to where the true believers are as the soul leaves that dead body, since the true believers themselves are spoken of as the kingdom of heaven--Gen 15:5, Gen 26:4, Jud 6:18-20, 1Ki 8:30, Ne 9:23, Ps 1:9:1-6, Isa 14:12-13, John 3:3. True believers are already one with Jesus in spirit. We have already begun to experience our sexual union in a spiritual sense because Jesus teaches to us the Bible or the Word of God by the Holy Spirit--or Spirit of Christ as Romans 8:9 terms this spiritual connection--and the Word of God is the manna from heaven, the spiritual seed of copulation that Jesus injects into our womb to bring life to our hearts and cause us to become born from above, or born again. And the true Bride of Christ feeds that sincere milk of the word via her two breasts or cherubims that guard the mercy set--where the Word is hidden in her heart--above and between which God speaks in the midst by the speech of the two cherubims, who are God's two witnesses. God is resting his head between the two cherubims, even as Song 1:13 says spiritually:

Song 1:13 A bundle of myrrh *is* my wellbeloved unto me; he shall lie all night betwixt my breasts.

549

# 15 On the Author of this Paper, the History of His Life, How this Paper Came About, and His Hope to Still Find a Wife, and the Timing of the End of the World

Though my upbringing as a child did not involve reliable exposure to the Bible, it did involve some exposure. And because of the early exposure I am unable to say when in my life I seemed to have become saved. All I know is that over the 40 years of my life (I am reading this as I write this on 4/5&6/2007) since my birth on Dec 14, 1957 I have had a slowly increasing awareness of God along with a slowing increasing closeness to the Bible. At about the age of 12 or so I began to attend church on a fairly repeated basis, but the church I went to had no depth, as far as I can remember. A few years later, at about the age of 14, when I started high school, I got exposure to a better church (just a little better, because the pastor at least attempted to teach through passages in the Bible) and began to attend that somewhat better church. That church taught the false doctrines of free will and dispensationalism, but nevertheless, some important true doctrine entered my heart from that church. But God eventually motivated me to leave that church because his free will doctrine was countering my effort to make my own calling and election sure. During my high school years I discovered a reformed Bible teacher on the radio. That man taught me a great deal of truth; not the least truth of which was how to study the Bible itself. Fish yourself and give that fish to somebody, and you feed that somebody for one meal. But teach that somebody how to fish, then that somebody will have many meals to come. The church I attended did not know how to fish. But when I learned from that free Bible teacher on the radio *how* to study the Bible, then now I was on the way to making real progress, by God's blessing, to understand the Bible. This would go a very long way in my need to make my calling and election sure; and it has done so in my life ever since. You can do the same; and because there are so many false teachers everywhere (and how do you know that your pastor is faithful if you do not check out what he says against the Bible yourself?), you really are nearly forced to do the same as I did by checking the Bible against what Bible teachers in my life taught.

I graduated from high school in 1976. I then worked on getting a degree in engineering (electrical) a UC university here in California in the USA. In 1981 I graduated with that bachelors degree in engineering and began to work as an engineer in 1981. During my high school years there was a young woman my age I was a social friend with, and I had high hopes of marrying her one day. She liked that church and so I attempted, quite independently of her and for years thereafter. We had an understanding that I had setup that after I got my master's degree in computer science that I very likely would be interesting in marriage. I actually did a very fool thing to her in that during the time between when I got my bachelors degree in engineering and then later got my master's degree I lost interest in her, mainly because—even though I have very little communication with her—she never seemed to gain interest in the reformed Christian doctrines that I had changed to when I left that free will church that she was still attending. In the very same month that I was to graduate with my master's degree in computer science she found my phone number and left a short message onto my answering machine. I returned her call by leaving a very terse and uninterested message on her answering machine, and so I rudely left her with no explanation. She likely

550

wasted years of her life hoping that I might marry her; but instead I showed to her a very cold shoulder by that terse phone message, and left the whole thing at that. If she is still alive and if she reads this sentence, she should know that I deeply apologize to her for this evil act I did against her. And, if, in the future God blesses me with a very strong bank account, I may give her a one time only payment of up to 3% of my bank account as an apology for that evil act I did to her. Right now, that 3% is very small, and I am suggesting that she not attempt to collect from me now if she is reading this. I fully expect, by the God resurrection of the two I expect the matter with the two witnesses to go. I think that Rev 11:10 where it mentions "gifts" is actually referring to huge sums of money, and I think that after all the dust settles after the two witnesses are resurrected I may have a large bank account from which that 3% would be a very handsome sum. Then this apology would result in some money that may help to give to her some comfort for all the evil I did by leaving her hanging the way that I did. I actually believe that the situation that I now find myself in, which situation required me to write this paper, is chastisement from God for what I did to her in leaving her hanging the way I did years ago in 1994, the year I graduated with my master's degree in computer science. If I had just given to her a clear, honest explanation—rather than basically a mere non-informative cold shoulder—why I was no longer interested in her, then those things of God's chastisement against me, which I will discuss further below in this section, most likely would not have happened to me. I did, some years after 1994—I do not remember the exact year, but the it may be 1999 or so, I did attempt to get a letter to her through the human resources department of where I thought she still worked to give to her that explanation that I so rudely failed to give to her in 1994. But that small act of repentance was not enough to please God so as to beseech God successfully to take me out of the situation that was developing in my life the years after 1994. God had other ideas. So here I now am writing this paper.

When I gave that cold shoulder in 1994, I said in my, in effect, I was going to find someone else that would be more my choice for a wife. Now, for some more history of my life leading up to that moment in 1994 when I thought I was going to eventually find a wife: In the year 1981 when I began to work after completing my bachelors degree in engineering I began to re-attend that free-will, dispensational church that I had attended for years before. When I was working on my bachelors degree in the last two years of that work I did not live close to that church, so I could not attend it. During those two school years I attended a small free-will church near the UC school that I was studying at. Even though I knew free-will was a false doctrine, I knew that I needed to go somewhere because we must seek God every week in pursuit of God's truth and to share God's truth with other people. So church has been important to me ever since my high school years. When I completed my bachelors education I returned to my home city in southern California (Escondido, just north of San Diego) and resumed attending that free will church I had attended for years. After a few months, though, I finally came to that point when I said that I must leave this church because their false doctrine of free will was hindering my need to make my calling and election sure. And since I knew that fine radio Bible teacher attended a certain reformed denomination here in the USA, I decided to seek out a church of that denomination that was a church in my home city. So I began to attend that church. To my delight I met other people there who liked that same radio teacher. This was quite to my delight, because now I had found people with a love for the reformed doctrines of election and total depravity and limited atonement. Now, at

this church there were a lady or two who showed interest in me who I could have gotten interested in marrying. But two things held me back. One was the fact that I did not want a family (and I strongly believe that birth control is a serious sin) to support if I was going to pursue a masters degree eventually. The other was that the mother of the lady I was interested in clearly did not like me. I did not want to marry into a family with that sort of problem. Furthermore, daughters often grow up to be similar to their mothers; also this young lady made a small decision that I looked upon as a careless and unwise handling of responsibility—which turned me off towards her even more. Noticing these things before marriage is much better than noticing them afterwards. Now, this young lady also had a sister that I was a little interested in as well. But this sister had a weight problem which made her unattractive to me. So for these reasons I did not find a wife at that church, even though I attended there for years. I was strongly demotivated towards marriage because I wanted to get that masters degree first, anyway. Now this family with these two sisters was and I am sure still is a very nice family. I still fondly remember that remember anybody else from that church doing that. That church had fairly good doctrine, but they were a little cold socially towards people who did not have exactly the same cultural background as they had. So I did not mix in at that church very well any way, and that contributed even further towards me not finding a wife there. Now, the few people that I was close to there at that church were mostly not of that church's cultural background, and the total number of these people did not include any reasonable candidate for marriage with me. I believe, ultimately, this was God's planning, anyway.

In 1987 I quit my engineering job and moved to another city in Southern California named El Cajon that was close to the university that I was going to attend in pursuit of my masters degree in computer science. There in El Cajon were other people that were relatives and friends of the few people that I was close to at the church in Escondido that I had been attending. One of these other people was a man with only a high school education that nevertheless had a clear understanding of how to study and understand the Bible. I could see that he had the wisdom of God in him, and still does, I am sure. If a person is truly born again, he can not lose his salvation-but serious sin can cause us to rightly doubt our salvation, even as we must always be seeking to make our calling and election sure. This man also liked that radio Bible teacher that I liked, and had learned from him as well how to study the Bible properly by comparing verses with verses to better understand any particular verse one may be considering. For years (I took a long time to get my masters degree in computer science, 7 years to be exact, because I was crossing disciplines from engineering to computer science, among other reasons) I fellowshipped with this man and other people as well on Sundays after church; and we all attended the same reformed church as well. There was a chef among these friends who made really fine salsa (a spicy tomato preparation that is very nice on potato chips or corn chips), and he would bring a batch of his hand made salsa for our enjoyment Sunday afternoon as we all would talk about doctrine. I grew greatly over the years as I engaged myself in the conversations with these other people. They tended to take a doctrinal stance in one very important area that I strongly differed from them in, though. They strongly emphasized grace in a way that troubled me greatly. I strongly emphasized obedience, to the point that I am sure troubled them greatly, probably to the

551

point that they may have wondered if I had a works gospel. And to some degree I wondered if they had turned the grace of God in lasciviousness (a license for sin), as Jude 1:4 speaks. Sometimes in the middle of this 7 year time period I began to spend my Sunday afternoon time with other believers, some of which were more friendly on my part than others anyhow. One of which was a very solemn man who was a very refined advertisement which - being a Christian, though, he was very careful to make sure his add -copy was truthful. This man loved the Bible greatly, and was a strong advocate for obedience as well. I learned some important truths from him, not the least of which was his very powerful test for whether a doctrine is true or false: namely, if the doctrine does indeed glorify God, then it stands a very good chance of being true; and if it glorifies man, then it stands a very good chance of being a lie. Man deserves nothing, he is but filthy scum; so anything that glorifies him must be a lie. Now, a man may concoct some bogus doctrine that sounds like it glorifies God; we should at least check it out in the Bible to be sure that it is true before we deeply commit ourselves to believing it. Also this man was very naturally talented with emotional wisdom in dealing with other people; and I, being an engineer that was more focused on how to make electronics and computer code operate properly, had things to learn from this man in this area. So he was a blessing in my life. Near the end of his life, the last two years in fact, I got involved with him and his family by doing grocery (food) shopping per his wife for them both. I also came by early mornings to help with care giving during the last year or so of his life. He died in Dec 1996. I am looking forward to being spiritually reunited with that lovely man in heaven, along side Jesus, our savior.

Now, around April 1994. I was finishing my masters degree in computer science, and that is when that lady I knew from high school left her message on my answering machine, and that was the time when I returned the message with a message on her answering machine that was very cold, and which left her rudely hanging after years of her wondering if I might still be significantly interested in marrying her. So, likely within weeks after that rudely lacking message of mine I was invited to visit some friends by another friend (that man who had only a high school education, but which I believe, even to this day, had and has the true wisdom of God in him—that is, he was and is indeed a true believer). These other friends involved a large family that we both knew well and were mutual close friends to each of us. Now these children I liked to play with by tickling them. I enjoyed their laughter and they generally took it well. But there was a problem I had known only to myself. I regarded it in my heart as a rather small problem, but I knew it could be taken wrongly by giving the appearance of evil to other people. Sometimes, when I was tickling these children I would get aroused somewhat sexually. No one ever noticed because I generally tried to keep it hidden. But on this day that man with only the high school education seemed to notice. I saw the look of surprise and shock in his face. But because of a particular mindset that had developed in my mind towards that man because of the long debates over grace verses obedience between him and me, and others and me, I knew that the doctrine of obedience, indeed many who most likely had a mind that was now indeed evil-affected towards me. Also, in these debates about grace verses obedience I had long suspected that this friend I had now lost the faith of and had now become an enemy would most likely lie if I confronted him about what I suspected he had noticed. Surely, in his mind he now looked at me as some sort of evil hypocrite because of the way I talked about obedience, but now here in my life he had noticed something that made me look evil in his eyes. Also, another factor

552

553

that feed into my desire not to confront him on this matter was an attitude I had towards lying that had formed in my mind from a child. God made me in such a way that lying is not a strong sin weakness with me; I hate lying and generally avoid it most of the time—we, including me, are all capable of lying sometimes, but we should hate it and should avoid it, even if there is a high price to pay for telling the truth. In this hatred for lying I tended to have a hatred for others that had lying as a sin weakness. Now, this is a judgmental and non-forgiving attitude on my part because it lacks mercy. Yet we should hate sin of all types, and see clearly that lying is working with the sin nature and is working toward weaknesses of others in our life, as well as coping with the greater problem of our own sins. We are not to be a judge of sin in other people's life unless the door of allowance exists between us and the person in sin. That door might be to be a parent, in which case the door of allowance is the requirement by God that parents deal with sin in their children in a loving and wise way by confronting them in their sin, sometimes with chastisement. Or the door might be that we are a police man, and we are authorized to deal with sin. Or the door might be that we are a friend of the person who has committed a sin, and that friendship has an open understanding that we are permitted to help each other deal with sin. We are not in a position to go about judging other people arbitrarily because of sin we see in other people's life. As we read:

Jas 4:11 Speak not evil one of another, brethren. He that speaketh evil of his brother, and judgeth his brother, speaketh evil of the law, and judgeth the law: but if thou judge the law, thou art not a doer of the law, but a judge.
12 There is one lawgiver, who is able to save and to destroy: who art thou that judgest another?

So my attitude was judgmental in a strange way, and yet appropriate because I decided to let him have the consequences of his sin towards me and to not judge him, since I strongly suspected that he would lie to me anyway. Now his sin as I perceive it is that he did not come to me rather and attempt to deal with me; and thus most likely he was destined to gossip behind my back for now on anyway. Maybe he also thought the door between him and me was not open, and that I would only deny my sometimes getting aroused when tickling children. Who knows, maybe I would have denied it; but knowing myself, I suspect I would not have argued with him if he had confronted me—I would have admitted that what he thought he had observed was indeed true. But we will never know, that is not how things turned out. He said nothing to me, and I said nothing to him. But I clearly saw that stark look of surprise on his face every hit as clearly as he may have perceived that I had gotten aroused. These events happened in 1994, probably not long after my rudely lacking phone message in April to that lady from my high school days.

Now, you may be wondering: "Why would I let my friend have the consequences of his sin of not dealing with me and of gossiping against me if those consequence would cause me great pain?" Well, in 1999 on January 23rd I did mail a letter to this man who noticed me getting aroused when tickling children, and I sent a copy of that letter to three other addresses, one including the father of the children that I had tickled. (The man who had noticed me getting aroused was not the father of the children I had been tickling.) That letter confessed the matter of getting aroused while tickling children, and apologized, and also stated copies of that letter should be given out to other people who might have

554

known of this problem, but only the father of the children was to be the one who would give out such copies, if he thought he should do so. This letter was received with almost no acknowledgement of receiving it, and with absolutely no acknowledgement of the suspected gossip that I assumed was going on behind the scenes. My conclusion was that I was being oppressed by everybody involved because the attitude was to gossip behind my back because the people involved were trying to take control of my life by oppression out of some kind of fear that I might be dangerous sexually. So I chose to do nothing more, except to wait upon the Lord. In other words I was going to make a public confession, which I showed under the advice of someone else who said the church leaders I was dealing with over themselves unstrustworthy). So I settled with doing nothing further. The reason for this attitude is that I deeply believed that if I was going to stand for truth so as to defeat lies—and when someone gossips behind someone's back, then lies to cover that gossip are going to happen—I might as well let the consequences of those lies grow to the maximum possible, because then the greatest victory against lies would be obtained. The higher the lies go, the bigger the crash when they fall, and the bigger the lesson to avoid lies. This strange attitude has been in me from a young child. Some how God created me to think this way from a young child. It is simply how God has designed me. And it shows how much I really hate lies. It shows that I am willing to suffer in a great way in order to defeat them. I love truth. Now, we are all capable of lying every day; I include my self in that statement. Yet, if someone hates lies, then the amount of lying that that person will do will be much less and usually much less serious—simply because a person who hates lies simply will not put him or her self in a situation so as to be forced to live a lie in order to hid it. A hater of lies comes clean pretty quickly because he or she can not tolerate the insecurity that comes between that person and God and that person and other people in the attempt to live a lie is made. (Also, a hater of lies is rather unlikely to put himself in a situation where he needs to lie anyway. For example, a true hater of lies may tell somebody that is beginning to gossip about somebody else, "Please stop, I do not want to hear it". The hater of lies will say this because he seeks to avoid in the future being required to lie in order to cover something he or she should not know in the first place. In any case, some lies will never be found out until judgment day. But they will be found out on judgment day. As we read:

Mt 10:26 Fear them not therefore: for there is nothing covered, that shall not be revealed; and hid, that shall not be known.

The idea in the minds of many people is that if something is true, then to tell it to others is not gossip. Well, there is some truth to that; but remember if you are hearing only one side of a situation, and are not hearing the other side of the situation from the person being gossiped against, you only have half the story. Even if the gossip's story sounds very convincing, if you have not heard the other side then you are taking quite a risk in believing what that gossip is saying. Oh, you say, "What risk is there in believing some story from some gossip about somebody else, how could that hurt me?" If you really think that in your heart, that is strong evidence that you are not a lover of truth. You will believe anything against someone if it does not get a rise out of you. What is hurting you is your whole attitude towards truth, or lack of love for truth. So what will hurt you is that you are going to end up in hell with that lack of love for truth and God will require of you the same attitude you showed towards others in the end you relished hearing one side of the story without hearing the other side of the story. Hell or the eternal lake of fire is a place

555

where the second command to love your neighbor as your self is fulfilled by requiring all the inhabitants to experience the evil they did to others against themselves. The lies and un-defended-against statements you loved to hear of others in this life will be told of you in hell by others. So when you ask "how could that hurt me?", you are being seriously foolish, and are ignoring, or even deliberately shaking your fist in the face of Almighty God, who is Truth himself. To be sure, somebody may tell us a story, and we may listen. But if we say in our heart, I am not sure that is true; I need to hear of the accused before I can even begin to be sure--then you are doing better. Notice, when Paul heard some gossip, he said "I partly believe it:"

1Co 11:18 For first of all, when ye come together in the church, I hear that there be divisions among you; and I partly believe it.

That statement "I partly believe it" means he suspects that there is some truth in what he heard, but it is not a wholesale commitment to something concerning which he has not heard from the accused side. Furthermore, in the context of this verse we understand that Paul is speaking directly to the accused in his letter to the Corinthians, because the church at Corinth or the people at that church are the accused. In this way, he is actually giving them a chance to hear what the accusation is against them. But the opposite, that is gossiping behind somebody's back and not giving them a chance to defend them self is vile, and God speaks of it as a direct violation of the second commandment to love one's neighbor as one's self. As we read:

Lev 19:11 ¶ Ye shall not steal, neither deal falsely, neither lie one to another.
12 And ye shall not swear by my name falsely, neither shalt thou profane the name of thy God: I am the LORD.
13 Thou shalt not defraud thy neighbour, neither rob him: the wages of him that is hired shall not abide with thee all night until the morning.
14 Thou shalt not curse the deaf, nor put a stumblingblock before the blind, but shalt fear thy God: I am the LORD.
15 Ye shall do no unrighteousness in judgment: thou shalt not respect the person of the poor, nor honour the person of the mighty: but in righteousness shalt thou judge thy neighbour.
16 Thou shalt not go up and down as a talebearer among thy people: neither shalt thou stand against the blood of thy neighbour: I am the LORD.
17 Thou shalt not hate thy brother in thine heart: thou shalt in any wise rebuke thy neighbour, and not suffer sin upon him.
18 Thou shalt not avenge, nor bear any grudge against the children of thy people, but thou shalt love thy neighbour as thyself: I am the LORD.

Notice Lev 19:17 says that we should rebuke our neighbor in order to help him with sin that we see in person in his life. This is in response to verse 16 that talks about gossiping against somebody; we should not go gossiping about that somebody; rather we should seek to help that somebody. But if the door of friendly correction is not open, then we can not apply Lev 19:17, and if there is not an honorable authority structure over that situation that we may honestly appeal to such as a reasonably honest government; then we may just have to give this situation to God and wait on God.

556

I admit, situations can be very ugly and painful, especially if third parties are being hurt. And the function of police is to protect just such third parties. In any case, if you go to the police concerning a situation, be sure never to speak as fact anything you have heard unless you have powerful verification that that anything is indeed fact. Rather, simply say I heard such and such is the case, but I do not know if it is true. Now, the police may mishandle that information and in a very evil way abuse the accused in some way so as to attempt to force the situation around the accused to match the gossip. Yet, the gossip could be entirely untrue. In this case the police have been manipulated and used as a weapon in the hand of the gossip to destroy a falsely accused person. So bringing police into a situation based on gossip only might turn out to be a very bad and unjust decision. Sometimes, if we have inadequate information, we are more honorable if we simply leave the situation up to God. God is always just, anyway.

And Jesus did say:

Mt 7:1 ¶ Judge not, that ye be not judged.
2 For with what judgment ye judge, ye shall be judged: and with what measure ye mete, it shall be measured to you again.
3 And why beholdest thou the mote that is in thy brother's eye, but considerest not the beam that is in thine own eye?
4 Or how wilt thou say to thy brother, Let me pull out the mote out of thine eye; and, behold, a beam is in thine own eye?
5 Thou hypocrite, first cast out the beam out of thine own eye; and then shalt thou see clearly to cast out the mote out of thy brother's eye.
6 Give not that which is holy unto the dogs, neither cast ye your pearls before swine, lest they trample them under their feet, and turn again and rend you.

The reference to "dogs" and "swine" could include the unsaved police in the government over your head and over the head of the fellow Christian who is accused of some sin. And the fellow Christian, if he or she is a true believer, is actually a Saint, and a Saint is holy. That is what the word "saint" means. A saint is a true believer; all true believers are saints and all true believers are holy. Giving the holy unto the dogs could cause those dogs to eventually come after you as well; that is what Jesus is saying in Mt 7:6 above.

Also, we are not to go to secular (unsaved government) over our heads to have judged matters that should be judged within the church amongst believers only. As we read:

1Co 6:1 ¶ Dare any of you, having a matter against another, go to law before the unjust, and not before the saints?
2 Do ye not know that the saints shall judge the world? and if the world shall be judged by you, are ye unworthy to judge the smallest matters?
3 Know ye not that we shall judge angels? how much more things that pertain to this life?
4 If then ye have judgments of things pertaining to this life, set them to judge who are least esteemed in the church.
5 I speak to your shame. Is it so, that there is not a wise man among you? no, not one that shall be able to judge between his brethren?
6 But brother goeth to law with brother, and that before the unbelievers.

557

7 Now therefore there is utterly a fault among you, because ye go to law one with another. Why do ye not rather take wrong? why do ye not rather *suffer yourselves to be defrauded?*

8 Nay, ye do wrong, and defraud, and that *your brethren.*

Now back on the matter of me still seeking to find a wife. Believe it or not, even though I show in the paper a fairly deep understanding of human sexuality, I am still a virgin. I have never had sexual relations with any human being, woman, nor by homosexuality with men. I am an actual virgin at the current age of 49. I did get very close to losing my virginity when I was young, even around the age of 9 or 10; but God protected me and so I never lost my virginity. But in my heart I have suffered a long time over these many years wishing I had a wife. But I have not found a woman who is convincingly born again. Churches being apostate all around me force me into the situation where I must spiritually examine a woman very carefully before I can even begin to suppose that she is indeed a true believer. Furthermore, I have had very great difficulty in even seeing how a wife could fit into my life presently, both because of a difficult situation where I am helping in the care of a handicapped relative, and also because I have been falsely accused of something the details of which I do not know—and the FBI, by my best perception, have interfered with the possibility of me meeting Christian women that may be appropriate to me—because any church I might go to in attempt to look for a wife, the FBI is there behind the scenes manipulating people and circumstances—because the FBI must think that I am some sort of dangerous person sexually. But I am not such. I am a true saint, and I have been cast to the dogs, the FBI, by a fellow believer. The FBI may eventually desire to destroy that man who has falsely accused me and come against him because he cast that which is holy to the dogs, as Jesus speaks. Nevertheless, if circumstances go as I suppose God is likely to direct them, I will seek to protect that man when God gives to me adequate power in my situation to do exactly that. I will seek his good, even though he has sought evil towards me. You see, I believe that the secret investigation that I have perceived has come against me by the FBI is there because that man who apparently saw that I got aroused when tickling children most likely (I have not verified this by direct examination of other people—because I have a promise to the man that false accused me to not seek witnesses against him; I gave to him that promise because I wanted to ease his fears and to drop the situation between him and me and to let the matter die with time) got very caught up in gossip against me, and because very fearful that I was going to pursue the matter of that gossip and perhaps sue him for slander. I have no such intent. And God help me, I will never do that. But such a lawsuit may be a possibility. Consequently, I suspect that to make his gossip story convincing to protect him from any slander lawsuit, and to help him uncover any spies that he fears I may have retiring on the situation (spies would be supposed friends of mine who have heard of the gossip who may be sufficiently friendly with me to reveal mine accuser's gossip against me), he created some false charge and with false evidence, or maybe just words by other people, I do not know, to give to the FBI sufficient cause to be interested. Now, I suppose that the accusation he spoke was tentative, and not too strong, simply out of fear of getting caught up in something he could not back out of later. So my situation went as follows. Because I have been so long desiring a wife, and has not brought the right woman into my life, I have developed a modest problem with adult pornography. I am not into it in a heavy way. But occasionally I do have a bout of failure where I pursue it a little. Before the investigation was noticed by me, I would

558

engage it in about once every two or three months, or longer between events. And I never paid money to gain access into a pornographic website; the only pornography I viewed was that which was viewable without paying money. This problem with pornography in my life is really an example of 1Co 7 verses 2 and 9. 1Co 7:1-9 says:

1Co 7:1 ¶ Now concerning the things whereof ye wrote unto me: *It is good for a man not to touch a woman.*

2 Nevertheless, *to avoid fornication,* let every man have his own wife, and let every woman have her own husband.

3 Let the husband render unto the wife due benevolence: and likewise also the wife unto the husband.

4 The wife hath not power of her own body, but the husband: and likewise also the husband hath not power of his own body, but the wife.

5 Defraud ye not one the other, except *it be* with consent for a time, that ye may give yourselves to fasting and prayer; and come together again, that Satan tempt you not for your incontinency.

6 But I speak this by permission, *and* not of commandment.

7 For I would that all men were even as I myself. But every man hath his proper gift of God, one after this manner, and another after that.

8 I say therefore to the unmarried and widows, It is good for them if they abide even as I.

9 But if they cannot contain, let them marry: for it is better to marry than to burn.

The details of how I noticed that there was an investigation against me go as follows. There was a tract I wrote in 1998 entitled "The Apostate Church". (That tract, by the way, *is* included in this paper as the second to last section. You may extract the text of that tract and reformat it back into a format suitable for tract distribution if you wish. It is a short statement on the apostate church that would be much easier to distribute rather than this huge paper you are now reading. Also, I have reworded a small section to encourage people to exit any formal church and to seek to be a part of a fellowship that is not a formal church whatsoever. The former version was not as strongly worded in this regard.) That tract was seen by the man who I believe has falsely accused me of something I have yet to hear of the details concerning, but such a false accusation must exist because I have detected a secret investigation by the FBI in my life. Anyway, I had also given a copy of my "The Apostate Church" tract to people who live in Northern California when they visited down here in Southern California. These people, though they are not close friends of mine, are strong Christians who view the apostasy of the church the same way I do, and when I heard them say such things as a Christian meeting down here in Southern California. After the meeting I walked up to them and gave to them copies of my "The Apostate Church" tract, because I thought that they would like it. These people are actually strong witnesses for the true Gospel. Now, the man who I believe has falsely accused me also knows these people. And I suspect that somehow, either through some third parties or directly, the matter of the gossip against me came up as a way of disqualifying the validity of the words that I wrote in my "The Apostate Church" tract. Accused me—though I do not verbs, but perhaps they were falsely accused me—these people knows that about me, who has falsely accused me—thought I was such a confused student of the Bible that I must be incorrect in what I was saying, and he thought that that tract should be opposed. Or, maybe he was supposing that tract because he did not want anybody from Northern California to contact me and to thereby allow me to find out about his gossip

559

against me. You see, this man who I believe has falsely accused me has friends up in Northern California who hold the same view of grace that he holds, a view so lopsided in my opinion that I think that they are turning the grace of God in lasciviousness. And surely he has communicated both his gossip against me with those friends of his, people who also know me, but which are not close to me, and has also communicated this disagreement with my "The Apostate Church" tract—I presume he disagrees with it simply because after I showed it to him he never said anything that showed any real agreement with it to me. Also, since we basically became enemies over the grace verses obedience issue, I all-the-more assume his opposition to me in many areas. I admit I am reading into the situation, but many small clues together confirm my interpretation of events, at least in my mind. If I am operating the ways according April operates with suspiciousness that is out-of-control in my judgement, then consider that I have lived my life from the point-of-view of events around me, and you have not had that perspective. The North American Indian's have a saying: "Do not criticize some one until you have walked in that person's moccasins [or shoes]." It is a good saying. Now, some confirming details are worth mentioning. These persons to whom I gave my "The Apostate Church" tract to after hearing their views on the apostasy of the church are radio Bible teachers. Now, I do not know them closely, but their messages encouraged me to give to them a copy of my tract. One of the radio Bible teachers has a daily call-in radio program that I years ago listened to very often. And one day I turned on the radio (I suspect that that event occurred somewhere in the years 1999 to 2001, probably the year 2000, to the best of my memory) for just a moment and heard comments from the Bible teacher that were along the lines of "...they just do not like what he has to say..." and I perceived that most likely he was talking about my tract on someone else calling in to the radio talk program about it. Also, years earlier, in the summer of 1995, when I went to a summer Christian conference in Northern California, the man who I perceive is the one who falsely accused me was also there, and other people that both that man and I also knew. Anyway, two people who I knew and who my likely accuser knew were standing in line for lunch or dinner, and they did not see me slowly walking towards them, and I over heard my name spoken and the syllable "ped..." I did not here the entire word "pedophile", but I suspect that was the word that I was hearing. These are just two such confirming pre-investigation details. The actual details that caused me to notice that I was being investigated occurred in April of 2001 and involved near simultaneous tampering with both my home computer via my modem (I used a stand-alone modem that may be externally powered off; this prevents undesired computer breakins—but when I was using the modem the lights began to show activity when I knew that no activity should be occurring, so then I immediately powered off the modem and cut the invader off —so they failed to extract much information via my 56K external modem), and evidence of tampering with my work computer; these April details motivated me to clean my home computer's hard drive because of my occasional problem with adult pornography—which probably made the FBI quite upset. These two events marked the start of the investigation, which I believe began on April 1, 2001, a practical joke on me because the USA called "April fools day"; it is a day when many people play jokes on each other and lie to each other and see who they can get to believe their lies. There are many other pre -investigation details as well; many of these other details have to do with a church that both my suspected accuser and I attended at the same time. But I will not go further into these details, because without strong direct evidence I will not make my case as convincingly as I need to do–and remember, I did make that promise to him not to seek

560

for witnesses against him, and will hold to that promise until the day his accusation is made known to me by the legal authorities, that eventually I expect to arrest me. Then many confirming details will flow to me, with lies as well, since the accusation must be false, since I did no do anything to deserve this investigation. Finally, God, in the future will wait on God for this event–but God has given me the understanding of how to force this issue with my accuser, and that forcing has to do with the gift-giving mentioned in Rev 11:10, which says:

Rev 11:10  And they that dwell upon the earth shall rejoice over them, and make merry, and shall send gifts one to another; because these two prophets tormented them that dwelt on the earth.

I make the following proposal. After I get arrested by the FBI, I will force the legal situation with them by God's blessing, I will only succeed if God blesses me in my efforts, such that this paper is placed onto a high bandwidth web site server with a domain name such as www.2witnesses.org or some such equivalent name if that one is already taken. The idea will be that people will read this paper and download this paper from this web site, and then after reading it they will decide whether to give money to a trust fund associated with this web site. The giving will be achieved by pastors who speak to their congregations all-over-the-world to give money to this trust fund because the purpose of the trust fund will be to collect money to honor and reward the man who has accused me of what ever it is he has accused me of (at this point, I do not know the details of that accusation). The idea will be that I will legally assert my separation-of-religion-from-state based freedom-of-religion rights and say that I do not wish to go before the unsaved people of the US legal system, but rather I will insist that I be judged by the churches of the world. The churches of the world will vote for me by merely not giving any money. The churches of the world will vote against me by giving money to the trust fund. The further detail that needs to be stated before this makes any sense is to know that I will demand 75,000,000 euros tax free for false imprisonment and another 75,000,000 euros tax free for horrendous, subtle water-torture like psychological police harassment for of the 6.5 years that I have been investigated from the US government if I win this contest. The total money I will collect if I win will be 150,000,000 euros. There will be three ways that I may win receiving of the 150,000,000 euros, and one way I may lose this contest completely. Here are the further rules. My accuser will be arrested by the FBI if he confesses that he has born false witness against me before the trust fund exceeds the same amount I would receive if I win outright the entire 150,000,000 euros– except under the condition that he confess on April 1, 2011. If he confesses on that day, he will receive legal protection from FBI arrest and will not be arrested. If, before April 1, 2011 the trust fund exceeds the 150,000,000 euros, then he may any time thereafter, if he so chooses to do so, confess against me and be rewarded the 150,000,000 euros and be protected from FBI arrest for bearing false witness to the FBI, and I will contractually promises that I will not sue him for slander nor attack him in any way legally. And, if my accuser does confess before April 1, 2011 then I will *not* be rewarded the 150,000,000 euros from the US government, but I will be set free from prison. In this case the US government will not be held accountable for my accusation against them of false imprisonment and horrendous police harassment for 6 years of my life. Furthermore, if

561

my accuser confesses before April 1 and after the 150,000,000 euros threshold has been met, then he will be awarded the entire amount of the trust fund tax free. This amount will, of course, be greater than 150,000,000 euros because by definition the trust fund has crossed that threshold. The motivation I am counting on that will keep my accuser from coming clean after the 150,000,000 euros threshold is met and before April 1, 2011 arrives is his fear of God that he will be taking the rewards of lies, the very idea that the Old Testament false teacher Balaam is faulted for.

2Pe 2:15 Which have forsaken the right way, and are gone astray, following the way of Balaam _the son of Bosor, who loved the wages of unrighteousness;_

He will be very troubled in his hope to make his calling and election sure if he takes money like Balaam wanted, and the Judas did. He will not want to be in their category before Almighty God. His idea of a grace-only Gospel will not extend to that move. His idea of lasciviousness. He will fear God too much to make that foolish move.

If he waits without ever confessing that he has born false witness against me so that April 2, 2011 arrives, then he will be given the entire amount of that trust fund, again tax free, and he will have never had to say anything so that he never had to come clean, and the motivation will be agreed to by that point—will be his, and he will be a very rich man. And I will stay in prison for how ever longer the US judges deem I must stay to fulfill my full sentence for all charges brought against me. Again, the motivation I am counting on to keep him from doing this is that he will not want to be in the category of Balaam nor Judas before Almighty God because of his false accusation against me. Also, this false accusation against me will bring great shame, not only on me, but on any who have defended me and stood for me, particularly those who have associated with me by defending my trust "The Apostate Church". This great shame will cause the two witnesses to be killed. The true Gospel will be hurt and weakened for a total of 3.5 years (the 3.5 days of Rev 11 are really years—more on this later). This man's accusation will be the act of betrayal that lead to the killing of the two witnesses of Rev 11. My accuser will know that he has done a great evil, and he will be so frightened before Almighty God for what he has done that he will be petrified to accept that money on April 2, 2011. Thus he will be highly motivated to confess on April 1, 2011, April fools day. When he confesses on April fools day, he will be admitting that he has made a fool of all of the apostate churches of the world who believed a lie—which is what the apostate churches love to do, they love lies and to believe lies—and he will be saying that he has made a fool of the FBI by this false accusation. But the FBI will be prohibited from arresting him or legally accusing him in any way for the lie to the FBI, because this prohibition will be agreed to by the FBI beforehand. Also, my accuser will by confession on April 1, 2011 _not_ receive any money from the trust fund—that will be a rule of this contest. He will receive a clean conscience because he has now confessed in a way by which he does not receive any money, and so he will have escaped falling into the category of Balaam and Judas. And I will receive that 150,000,000 euro reward fully tax free paid by of the US government to me for the false imprisonment and horrendous water-torture like psychological police harassment of 6 years. And the world will have learned an important lesson involving getting confirmation by two or three witnesses before letting an accusation stick. The same principle that must be respected when interpreting the Bible by comparing the Bible with the Bible to find truth. Each verse of the Bible is a

562

witness or testimony, and we must compare true witness with true witness to find out the truth, that is how the Bible is to be interpreted.

Also, if he confesses on April 1, 2011, the many millions or even billions of euros in that trust fund will be used for paying for psychological therapy for people and children who were molested as children. Thus, this fund is a worthy cause, even if my accuser does not collect the money.

In view of this worthy cause, many churches should consider giving to this trust fund. But there is one catch. I will require that before a pastor of any church or religious organization decides to give money to this fund, they must, in all good conscience, require any member of their church or religious organization to read this paper in its entirety. You see, this is a legal contest, and in a legal contest the jury must listen to all sides of the contest before the vote. If any person gives any money to this fund without first reading this paper, or without having this paper read to them, then they are being an unjust jury that has not heard both sides—may God Almighty judge them if they refuse to deal with me honestly. If you apostate churches are so truthful and if you indeed love truth, then in all good conscience you must require every member of you church, before he or she gives to this trust fund, that that person read this entire paper, or have it read to them. Somebody out there might do me a great favor if that person or those people would read this paper into MP3 format so that people who can not read have an easier means of hearing the contents of this paper—then they in good conscience vote with their money. Then make this MP3 file or files available for download from the same web site that hosts this paper in text form. Thank you, whoever you may be that may do this kind thing for me and for the world and for God. Also, this paper must be available for download from this same web site as well. These files must be freely available without charge, even by those who charge those files away in that way as well. In summary, the exact rules of this contest are per this table, and this table supercedes any discrepancies with the text above:

| Confession Date | Trust Fund euro value | Reward to Accuser | Reward to Daniel Zuck | Psychology therapy fund |
|---|---|---|---|---|
| Before April 1, 2011; he confesses that he falsely accused me. | Below 150,000,000 euros | Arrest by FBI for false witness, and no money, and 3.5 years of imprisonment | Freedom from prison, but no money | value of trust fund |
| Before April 1, 2011; he confesses that he falsely accused me. | Above or at 150,000,000 euros | No arrest by FBI if and only if he receives value of trust fund as his; otherwise he is arrested and | Freedom from prison, but no money | zero unless he refuses money. If he refuses, then value of trust fund. |

564

| | | parties. | I am freed, but I receive no money from US government. | If he refuses the trust fund and lets himself get arrested, then value of fund will be here for benefit of others who need therapy. Otherwise, this value is zero. |
|---|---|---|---|---|
| On April 2, 2011 he does confess to falsely accusing me before receiving trust fund. | Above or at 150,000,000 euros | He must receive full value of trust fund. He must not refuse it. This is contractual. If he refuses this money, then he must be arrested for lying to the FBI and must be imprisoned for at least 3.5 years. | I am freed, but I receive no money from US government. | If he refuses the trust fund and lets himself get arrested, then value of fund will be here for benefit of others who need therapy. Otherwise, this value is zero. |
| On April 3 or later, 2011, he does confess to falsely accusing me | Above or at 150,000,000 euros | Trust fund is empty because money already received by accuser from trust fund, if he tics to give away money, he will be doing as Judas did when he threw money into temple. | No FBI arrest. Freed from prison, but without money. | zero |

Once a donation is contributed into the trust fund, no contributor may receive a refund. The value of the trust fund must never, under any circumstances, go down. Only per the rules in the above table may the trust fund be emptied. Either emptied for transfer to my accuser, or emptied for transfer to the psychology therapy fund, per the rules in the above table.

European currency in the full numerical amounts show in the above table shall be paid on the dates specified per the rules of the above table. The money paid to me, Daniel David Zuck, born 12/14/57, of 150,000,000 euros from the USA government shall be wired within 30 minutes after my accuser's confession to a Swiss bank account in my name at a major Swiss bank headquartered in Switzerland; details of that account will be worked through with my lawyer at that time, if my accuser confesses on April 1, 2011, to falsely accusing me. The wiring shall be one-way only into that account: no permission shall be given to any human except me, Daniel David Zuck, to remove money from that account; and I must be personally present at that bank to remove money from that account. The currency exchange rate between dollars and euros shall be irrelevant to the above table.

563

| imprisoned for 3.5 years | | | |
|---|---|---|---|
| On April 1, 2011: Irrelevant whether accuser confesses or not. This is because I win vote because money is below 150,000,000 euros | Below 150,000,000 euros | No arrest by FBI. He does not receive any money. | Value of trust fund. |
| On April 1, 2011: he does confess to falsely accusing me. | Above or at 150,000,000 euros | No arrest by FBI, and no money either | Freedom from prison, and 150,000,000 euros from the US government, tax free, as retribution for all the things the FBI did to me |
| On April 1, 2011: he does not confess to falsely accusing me. | Above or at 150,000,000 euros | Nothing happens. Waiting for April 2, 2011 | Freedom from prison, and 150,000,000 euros from US government, tax free, as retribution for all the things the FBI did to me. Nothing happens. Stay in prison unless he eventually confesses on a later date. |
| On April 2, 2011, no confession. | Above or at 150,000,000 euros | No arrest by FBI if and only if he receives value of trust fund as his. If he refuses the money, and yet does not confess, he must be assumed bearing false witness, and so he must be arrested and imprisoned for 3.5 years. This is contractual by all involved | Stay in prison for remainder of term unless and until accuser may confess to false accusation, then I am freed, but without money. zero unless he refuses money. If he refuses, then value of trust fund. |

565

All payments are to be made in euros using the specified values in euros on the dates specified in the above table.

If I die, or my accuser dies before a permanent destination for the collected money is awarded the money per the rules of the above table, then a judge mutually agreed to between my lawyer and the FBI shall determine the disposition of this money, with statements from the major contributors of at least 100,000 euros or more being seriously considered by the judge.

If my accuser refuses to agree with a legally sound and strongly binding contractual agreement to the above rules, then he must be assumed that he is fearful to receive the money, and so he must be assumed to have born false witness against me, and so he must be arrested and imprisoned for 3.5 years, and I must be immediately freed, but without money. If my accuser is telling the truth and accusing me honestly, then he has no reason to fear this money, and God will be on his side. His family should encourage him to make this contractual agreement if he is so honest. They will all want this money and the many things that they can do with it. Or they could start some sort of fund to help molested children themselves–but to get this money, he must contractual agree to the above table of rules; otherwise he is assumed to be lying and he must be arrested and imprisoned for 3.5 years, and I must be immediately set free.

If the US government refuses to enforce the paragraph above requiring my freedom and that my accuser be imprisoned for failing to sign unto a legally sound and strongly binding contractual agreement with the above rules, then I will force the matter of the horrendous water-torture like violation of my human rights and religious rights by the repeated psychological police harassment for the last 6 years all the way up to the US Supreme Court.

Now, my requirement that my accuser be imprisoned for 3.5 years if he refuses to sign on contractual, and also be imprisoned under the various conditions of the rules in the above table is based on the principle that a false witness must be made to endure the harm that he intended to bring upon a fellow neighbor. As we read in verse De 19:19 below:

De 19:15 One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth: at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established.
16 If a false witness rise up against any man to testify against him that which is wrong;
17 Then both the men, between whom the controversy is, shall stand before the LORD, before the priests and the judges, which shall be in those days;
18 And the judges shall make diligent inquisition; and, behold, if the witness be a false witness, and hath testified falsely against his brother;
19 Then shall ye do unto him, as he had thought to have done unto his brother: so shalt thou put the evil away from among you.
20 And those which remain shall hear, and fear, and shall henceforth commit no more any such evil among you.
21 And thine eye shall not pity; but life shall go for life, eye for eye, tooth for tooth, hand for hand, foot for foot.

566

This retribution in verse De 19:19 is actually a statement of the second commandment to love your neighbor as yourself. If the love you show is perverse, then that same perverse love is what you must receive in the eternal lake of fire, without escape. This satisfies the requirements of the second commandment to love your neighbor as yourself, and God will be greatly pleased as you meet this commandment as you suffer in hell for eternity, with no escape forever, because God greatly loves his commandments and greatly hates all the wicked non-elect.

Now, you may have wondered why the date April 1, 2011 for confession of the man who has falsely accused me. That date comes from a handful of considerations. I have been seeing a Christian psychologist through the 6 years or so of this great trial of the psychological police harassment against me. And I believe, without external verification, that the FBI has forced some restrictions on what he could say to me, and I suspect that one such restriction went along the lines of something like "you must not talk to him about principles of psychology that he–your client, which would be me–does not mention first". I also believe that the FBI has devices that may be placed into a human's ear conal that receive radio information and that put a tiny voice into the ear conal of a person. Through this speculated device–kind of like a reverse-bug–the FBI has overridden things, at times, that my therapist might have said to me and instead put words into his mouth. At one point the words came out of his mouth concerning the duration of the statue of limitations for the to-me-yet-unknown charge against me. That suggested duration that came out of my therapist's mouth was 7 years. When I heard this number, I took notice. This event of the statement of this number was likely about Sep 2006, plus or minus a few months–as my best memory seems to suggest.

Since I had for some time realized that the unknown accusation against me might cause great harm to others that have supported me and sided with me in support of my "The Apostate Church" tract, then I had some apprehension for some time that this might be involved with the spiritual death of the two witnesses in Rev 11, because I believe that these doctrinally-agreeing people are the last strong witness in the world for sound Christian teaching and doctrine. Their harm would must surely be the silencing of the two witnesses. This must be their death, as my thinking went. Also, if this is the death of the two witnesses, then in this context the death being spiritual and not physical strongly suggested that the 3.5 days mentioned in Rev 11 for the duration of that death must be spiritual as well. This then began to suggest that their death might be involved in the time period mentioned in Rev 2:8-11:

Rev 2:8 ¶ And unto the angel of the church in Smyrna write; These things saith the first and the last, which was dead, and is alive;
9 I know thy works, and tribulation, and poverty, (but thou art rich) and I know the blasphemy of them which say they are Jews, and are not, but are the synagogue of Satan.
10 Fear none of those things which thou shalt suffer: behold, the devil shall cast some of you into prison, that ye may be tried; and ye shall have tribulation ten days: be thou faithful unto death, and I will give thee a crown of life.
11 He that hath an ear, let him hear what the Spirit saith unto the churches; He that overcometh shall not be hurt of the second death.

566

567

Notice the tribulation period here mentioned in verse Rev 2:10 above is ten *days*. Days are the same time unit mentioned in Rev 11:9.

Rev 11:9 And they of the people and kindreds and tongues and nations shall see their dead bodies three days and an half, and shall not suffer their dead bodies to be put in graves.

The tribulation I was going through had lasted about 5.5 years at the point that I heard this number of 7 years for the statute of limitations for the yet unknown-to-me accusation against me. And when I noticed the 10 day tribulation period mentioned in Rev 2:10, I began to wonder if the death of the two witnesses at 3.5 days would add to the 6.5 days that would put an end to the 7 years statute of limitations. 6.5 days spiritually, or really years, is about right, since when I had noticed the investigation just after April 1, 2001, the statute of limitations must have started some time earlier--because of legal paper work processing time before judges by the FBI before they could actually start the investigation; most likely that time would have been a few months as my reasonable guess. I idealize that start up time in my mind to 0.5 years; it does not need to be exactly 0.5 years, it could be shorter, but some reasonable such time period allows the whole set of numbers to make better sense. Also, contributing to that 0.5 year period is any actual date that my accuser would have arbitrarily chosen and placed onto the supposed event of whatever false accusation he would have brought against me. So 6.5 years and 3.5 years adds up to 10 years, and the days in Rev 2:10 and Rev 11:9 are joined to show that the last 3.5 years of the 10 years of Rev 2:10 is the death of the two witnesses. Now, this tribulation merely is 6.5 years or so (I am writing this sentence on 17Sep2007) was surely not worried about me having any potential loyal friends up in Northern California who would be an informant for me, he would have designed the false accusation such that the FBI would have been investigating people up on Northern California as well. This means that the FBI has been making within these people's lives in who-knows-what-ways also. Though I strongly doubt that any of those people have be subjected to the slow, subtle, psychologically painful psychological water-torture harassment that the FBI has brought against me.

The conclusion is that the entire period of the tribulation mentioned in Rev 2:10 is 10 years, spiritually mentioned as 10 days. And since I noticed the investigation most likely started on April 1, 2001 (though the events that caught my attention were a day or two later), then I realized that God wanted the 10 year tribulation to end of April 1, 2011.

This stunned me, since I realized that God wanted to make a point about lying by forcing my false accuser to confess on April fools day, 2011. For me I clearly saw that God was setting up this whole thing. I did not design this. God is in charge of the creation of April fools day as he is in charge of the entire calendar and everything in the universe, per his absolute sovereignty on a micro, medium, and macro scale in all details. He controls the vibration of every atom in the universe. Yet God remains perfectly innocent of all sin, and man remains guilty for all of his sin. God gets credit for all good; man and Satan get credit for all evil. If I ever do anything that is truly good in God's eyes, Jesus in me is the doer of that good work, not me; and if I ever do anything evil, I get full credit for it, and God and Jesus remain fully innocent and absolutely righteous. This reasoning makes good sense if one realizes that we start out totally depraved and spiritually dead,

568

and Jesus gives to us his life when he saves us, and that if God has plans for some sin in my life, God merely has to lift his hand of restraint on my flesh, and my flesh will drag me into whatever sin he has unrestrained. In all this God remains perfectly innocent and completely sinless and absolutely righteous and holy, to the utmost unto high heaven and absolute perfection; I am sinful, God is righteous. My only claim to holiness and sinlessness is the righteousness of Christ on me and in me. But my flesh remains sinful until the last trump when the true believers will experience the resurrection of their sinful body into heaven-qualified God's-presence-qualified profoundly beautiful and powerful eternal spiritual bodies that give glory to Jesus, our husband, as we show his glory on us and in us.

Now, the calendar of events gets only more interesting from here on out. I believe that one of the types I, the author of this paper, is being caused to walk in is the pattern of Jephthah in Judges 11 and 12. As Jephthah was required to physically kill his daughter as a burnt sacrifice to Almighty God, so I am the actual person required to kill the two witnesses. The two witness represent the beautiful Bride of Christ, then I am killing my daughter in a spiritual sense. The man who has falsely accused me did not actually cause the death of the two witnesses. Jesus did not die because Judas betrayed him. Remember, Jesus could have stopped the whole thing if he chose to. As we read:

Mt 26:47 ¶ And while he yet spake, lo, Judas, one of the twelve, came, and with him a great multitude with swords and staves, from the chief priests and elders of the people.
48 Now he that betrayed him gave them a sign, saying, Whomsoever I shall kiss, that same is: hold him fast.
49 And forthwith he came to Jesus, and said, Hail, master; and kissed him.
50 And Jesus said unto him, Friend, wherefore art thou come? Then came they, and laid hands on Jesus, and took him.
51 And, behold, one of them which were with Jesus stretched out *his* hand, and drew his sword, and struck a servant of the high priest's, and smote off his ear.
52 Then said Jesus unto him, Put up again thy sword into his place: for all they that take the sword shall perish with the sword.
53 Thinkest thou that I cannot now pray to my Father, and he shall presently give me more than twelve legions of angels?
54 But how then shall the scriptures be fulfilled, that thus it must be?
55 In that same hour said Jesus to the multitudes, Are ye come out as against a thief with swords and staves for to take me? I sat daily with you teaching in the temple, and ye laid no hold on me.
56 But all this was done, that the scriptures of the prophets might be fulfilled. Then all the disciples forsook him, and fled.

Jesus could have requested twelve legions of angels to fight against those who where attempting to arrest him, and put a complete stop to that arrest attempt.

Jesus is always in full control, even when he went to his death. He could have stopped the path to his death at any moment; but he went forward in it because that death was God's will as God's way for Jesus to have a bride for himself, the elect, the true believers-the Bride being God's honorable service to God. God serving

569

570

God to God's glory. So Jesus was in no way going to avoid this death. His heart was set upon it in order to pay for the sins of his Bride and to save his Bride that he loved very deeply in his heart.

So Jesus is working this same pattern in me has the power of his presence in me works in me through the Bible alone, with out dreams or visions or signs or wonders. Jesus works in me as I study to show myself approved as I struggle with the words of the Bible to find God's will for me. As Jephthah sacrificed his daughter to God as a burnt sacrifice the Bible states that Jephthah's tenure as a judge of Israel lasted six years. This means, after the point in time after I have killed the two witnesses the world has about 6 years to go before Jesus returns and the entire universe is burned up and God recreates the earth and universe into a completely new heaven and new earth where righteousness dwells, and Satan and his fallen angels and all the non-elect are cast into the eternal lake of fire for eternity. Since I am now at the 6.5 year mark since the 10 year tribulation started, we are at about the point when the two witnesses are to be put to death. This is 17Sep2007. So sometime in the year 2013 Jesus is going to come back. Now for reasons to be explained further in this section of this paper, the duration is a little longer than 6 years exactly. We see a hint at this fact in the following text (mathematically, once exactly 6 years has passed, we have *entered* into the seventh year, though many more days must pass before a full 7 years has passed):

Est 2:16 So Esther was taken unto king Ahasuerus into his house royal in the tenth month, which *is* the month Tebeth, in the seventh year of his reign.

Now, the above verse also mentions the 10th month. Using the book, *Adam When?* by Harold Camping, on pages 147 and 148 is some very important information of calendar alignment between the Jewish calender and our calendar. If the foot note number 14 on page 148 is taken to be true, namely that the Julian alignment of 1/2 month is taken true, then we may use the table on page 147 to align the Macedonian month Peritios with Nov 27 through Dec 26th our calendar (ignoring the technical differences between the Julian calendar and the Gregorian calendar), and then on the table on page 148 we may align the Macedonian month Peritios with the Jewish month Tebeth. From that alignment we see that the Jewish month Tebeth very nearly aligns with our modern December. Tebeth is the tenth month of the Jewish calendar. So Est 2:16 is suggesting that Jesus is going to get his Bride, who Esther represents, in December 2013. This is because I expect the two witnesses to be killed very near to the present date at which I am writing this sentence, 17Sep2007, and so the exact six years would be expired on 17Sep2007 (if the two witnesses were killed today--most likely some days from now, but not too many). So Dec 2013 would be in the seventh year of king Ahasuerus, as Est 2:16 speaks.

Now, there is another way to arrive at this December 2013 time for Jesus' return. This involves a marvelous verse in Zec, which says:

Zec 14:5 And ye shall flee to the valley of the mountains; for the valley of the mountains shall reach unto Azal<0682>; yea, ye shall flee, like as ye fled from before the earthquake in the days of Uzziah king of Judah: and the LORD my God shall come. *and* all the saints with thee.

The key to understanding this verse is to look into that name "Azal". Azal is actually a man who had six sons, and the verse identifying these six sons is:

1Ch 8:38 And Azel <0682> had six <08337> sons <01121>, whose names <08034> *are* these, Azrikam <05840>, Bocheru <01074>, and Ishmael <03458>, and Sheariah <08187>, and Obadiah <05662>, and Hanan <02605>. All these *were* the sons <01121> of Azel <0682>.

The meanings of each of these names is very important.

Azrikam <05840> means "Help against enemy"
Bocheru <01074> means "Firstborn"
Ishmael <03458> means "God will hear"
Sheariah <08187> means "Valued by Jehovah"
Obadiah <05662> means "Servant of Jehovah"
Hanan <02605> means "He is merciful"

These six names are God's names for these six years, starting from the death of the two witnesses until Jesus return. Notice Zec 14:5 ends with the words "*and* all the saints with thee". At the end of these six years Jesus returns. Now let us analyze the meanings of these names and see why they very well name these six years. When I go to prison for the false accusation against me, this paper you are reading will be forced upon the apostate churches of the world by forcing them to read it as they are motivated to vote for or against me as to my guilt or innocence in regards to the accusation against me. This is Jesus work. Jesus is injecting the true Gospel into these apostate churches and forcing many people to read and listen to the truth who would otherwise have not heard it. That is why the first year is named "Help against enemy". The second year named "Firstborn" I believe is so named because some event at about the 1 year mark into this 3.5 year imprisonment will significantly suggest that I am indeed innocent and that the Gospel I preach is indeed true. At this point many people are going to become born again. That is why Azal's *second* child is named *firstborn*. God did this unusual naming sequence in Azal's frenzy just to make this point. Now during the third year there will be much prayer that I indeed get out of prison on April 1, 2011, because when the accusation against me is found to be false because money is forced by God on his head to confess on April 1, 2011, and to forgo very great money, perhaps billions, if not many millions that could have been his if he just held on one more day, then the two witnesses will be resurrected from their spiritual death. As I come alive, they come alive also. So, during the third year there will be much prayer that God will work on this man's heart to confess that he has falsely accused me. A very important point here: people who can figure out who my accuser is must not tamper him and become guilty of witness tampering. Stay away from him if you are not already a close friend of his. Leave him alone to live his life in a comfortable way. God will work on his heart. Then, halfway into the forth year of my imprisonment, and just as I am released from prison, the two witnesses are resurrected. This is why this forth year is named "Valued by Jehovah". God did not leave us in hell. He showed that he indeed loves us. So be resurrected us. The fifth year, named "Servant of Jehovah" is so named, because now the two witnesses are busy proclaiming the true Gospel in a powerful way as the kingdom of Satan in the

571

form of the apostate churches is plundered of many of the elect still trapped in them. The sixth year, named "He is merciful" is a beautiful statement of God's patience to seek and save every last one of the elect. Jesus will lose none of them. God is merciful, and he will wait until every last elect is saved. As we read:

2Pe 3:9 ¶ The Lord is not slack concerning his promise, as some men count slackness; but is longsuffering to us-ward, not willing that any should perish, but that all should come to repentance.
10 But the day of the Lord will come as a thief in the night; in the which the heavens shall pass away with a great noise, and the elements shall melt with fervent heat, the earth also and the works that are therein shall be burned up.
And)

Joh 17:12 While I was with them in the world, I kept them in thy name: those that thou gavest me I have kept, and none of them is lost, but the son of perdition; that the scripture might be fulfilled.

Now, a little more about the second year named "firstborn", where I said that something is going to happen that helps support the idea that I am innocent. That support is also suggested by:

Da 11:31 And arms shall stand on his part, and they shall pollute the sanctuary of strength, and shall take away the daily sacrifice, and they shall place the abomination that maketh desolate.
32 And such as do wickedly against the covenant shall he corrupt by flatteries: but the people that do know their God shall be strong, and do exploits.
33 And they that understand among the people shall instruct many: yet they shall fall by the sword, and by flame, by captivity, and by spoil, many days.
34 Now when they shall fall, they shall be holpen with a little help: but many shall cleave to them with flatteries.
35 And some of them of understanding shall fall, to try them, and to purge, and to make them white, even to the time of the end: because it is yet for a time appointed.

That reference to "they shall be holpen with a little help" is, I believe, and reference to that event at about the 1st year that helps suggests that I am innocent, and that my gospel is true. Have you ever wondered why God killed Ananias and Sapphira for lying before the true believers who are indwelt with the Holy Spirit, so that in effect they lied to God, and not to men? As we read:

Acts 5:1 ¶ But a certain man named Ananias, with Sapphira his wife, sold a possession,
2 And kept back part of the price, his wife also being privy to it, and brought a certain part, and laid it at the apostles' feet.
3 But Peter said, Ananias, why hath Satan filled thine heart to lie to the Holy Ghost, and to keep back part of the price of the land?
4 Whiles it remained, was it not thine own? and after it was sold, was it not in thine own power? why hast thou conceived this thing in thine heart? thou hast not lied unto men, but unto God.
5 And Ananias hearing these words fell down, and gave up the ghost: and great fear

572

came on all them that heard these things.
6 And the young men arose, wound him up, and carried him out, and buried him.
7 And it was about the space of three hours after, when his wife, not knowing what was done, came in.
8 And Peter answered unto her, Tell me whether ye sold the land for so much? And she said, Yea, for so much.
9 Then Peter said unto her, How is it that ye have agreed together to tempt the Spirit of the Lord? behold, the feet of them which have buried thy husband are at the door, and shall carry thee out.
10 Then fell she down straightway at his feet, and yielded up the ghost: and the young men came in, and found her dead, and, carrying her forth, buried her by her husband.
11 And great fear came upon all the church, and upon as many as heard these things.

You should wonder why, since we do not seem to see God doing this today, I believe that God did this in Acts 5 to warn the world and especially people who call themselves Christians that to lie before God leads to death. And now this example in Acts 5 is a sleeping volcano that has been asleep for 2000 years. I believe that God is going to awaken this volcano in our day and kill people the same way God killed Ananias and Sapphira 2000 years ago, and I suspect that the awaking of this volcano will occur in conjuction with that event that strongly suggests that I am innocent. We will all see one way or the other in due time, whether God awakens this volcano or not.

Da 11:31 is where the abomination that maketh desolate is set up, and remember that is absolutely exactly simultaneous with the death of the two witnesses. So we are exactly in the same subject area here in Da 11 involving the beginning of the 6 years that precede the end of the universe and the world.

Now, remember I, the author of this paper, am still desiring to find a wife. At the point of this special event that helps to strongly suggest that I am innocent, I will request that young unmarried ladies throughout the world born on Dec 14, 1996 who see the truth of the things I am saying and believe in the true Jesus of the Bible write to me letters to get to know me by letter. This will begin the process of my seeking a wife. Because of further numbers and dates to be yet mentioned further below, I expect to marry God's chosen wife for me on May 14th, 2011, on day 44 from April 1, 2011. This woman will be exactly 14 years and 5 months old. She will be a picture of a fair young virgin, such as King Ahasuerus took to his queen, namely Queen Esther. On day 45, mothers day, she will be pregnant with fraternal twins, a boy and a girl, as a picture of Song of Solomon 8:1, which says:

Song 8:1 ¶ O that thou wert as my brother, that sucked the breasts of my mother! when I should find thee without, I would kiss thee; yea, I should not be despised.

The reason I expect these fraternal twins is first because I indeed desire a family. I certainly would like both a boy and a girl. And, because at this point in time, May 14th, 2011, there is not enough time to bring two children born one after the other to the point that I can enjoy talking to them about the true Gospel, then my prayer is that God would bring to me fraternal twins so that I may have the joy of talking about the true Gospel to both my son and my daughter. I pray, God willing, that God will be very gracious to me,

573

and grant to me this desire. It would be a very beautiful picture of Song 8:1. I pray that God will do this thing. These two fraternal twins will be born on Feb 14th, 2012, the day of love or Valentines Day, exactly nine months later from the pregnancy that formed on May 14th, 2011. On this day, Feb 14th, 2012, I suspect that she will give birth by cesarean section, and this will likely be necessary, because I suspect that she will be a petite woman. The Bible I believe is supporting this event in scripture directly, as we read:

Isa 66:7 Before she travailed, she brought forth: before her pain came, she was delivered of a man child.
8 Who hath heard such a thing? who hath seen such things? Shall the earth be made to bring forth in one day? or shall a nation be born at once? for as soon as Zion travailed, she brought forth her children.
9 Shall I bring to the birth, and not cause to bring forth? saith the LORD: shall I cause to bring forth, and shut the womb? saith thy God.
10 Rejoice ye with Jerusalem, and be glad with her, all ye that love her: rejoice for joy with her, all ye that mourn for her:
11 That ye may suck, and be satisfied with the breasts of her consolations; that ye may milk out, and be delighted with the abundance of her glory.
12 For thus saith the LORD, Behold, I will extend peace to her like a river, and the glory of the Gentiles like a flowing stream: then shall ye suck, ye shall be borne upon her sides, and be dandled upon her knees.
13 As one whom his mother comforteth, so will I comfort you; and ye shall be comforted in Jerusalem.
14 And when ye see this, your heart shall rejoice, and your bones shall flourish like an herb: and the hand of the LORD shall be known toward his servants, and his indignation toward his enemies.

Notice verse 8 above mentions "Zion travailed, she brought forth her children". The reason that God is saying these things is that the amazing display of God very mercifully answering my prayer for a boy and girl fraternal twins will cause many people to flood out of the apostate church and many people will become born again on the day of love, Valentines Day. Then the task to sharing the true Gospel to these many babies in Christ will be paramount upon the more mature true believers throughout the world. And my wife, an all her physical beauty, will be breast feeding our two children. And that will be a spiritual picture of the fact that many babies in Christ are being fed by the true believers that must take care of the many new believers that have come out of the apostate church. That is the point of verses 10 through 12. I believe the cesarean section will be televised and many people will see that I have a boy and a girl right there on international television. Never mind what the FBI thinks of that one. I am proclaiming the true Gospel by this event. Of course, my wife will feed our two children privately, and she will not be made a show of in this regard. But, the cesarean section can be done very discreetly, where her private areas are properly covered. This will be a televised event, and God will save many people as they watch it and realize that God is indeed merciful, and that God does answer prayer. Many will then cry out to God for God to save them, and many will leave their apostate church that they have been attending, and find a Christian fellowship to attend, and seek the truth in the Bible earnestly. Now, counting from Feb 14th as day one, we begin counting out 666 days. Day 666 is Dec 10,

574

2013. The 10th day of the 10th month. At this Dec 10th, 2013, every one of the last of the elect has been extracted from the apostate church. The apostate churches have become pure crap. This are no elect left in them. And the Bride of Christ, the true believers, are now waiting for the return of Jesus. The exact date of Jesus return is best understood when the now implied pattern of years is converted to days, and then applied again at the day level. This is a very unclear statement until I fill in some more details. What I am really saying, still in an abstract sense, is that God's patterns in the Bible are very fractal like. Little patterns appear attached to the larger super patterns. Jesus is the ultimate larger super pattern, and all the true believers, who must take up their cross and follow Jesus are little patterns that appear attached to the larger super pattern, namely Jesus, the forerunner of all things. This same fractal principle for spiritual pictures very much seems to apply to number and date patterns in the Bible as well. The larger super pattern that we now see is that, if you have paid attention to historical events in the Christian world for the last twenty years, you know that someone predicted that Jesus would come back in September 1994. But, this prediction turned out to be the true Gospel message of Jonah. We read in Jonah 3 that Jonah preached exactly what God said for Jonah to preach, and what Jonah preached was "Yet forty days, and Nineveh shall be overthrown." And even as Nineveh was not destroyed after forty days, so the world was not destroyed in September 1994. Even as was in Nineveh's case with Jonah, many people were saved by that true Gospel message. It was a true Gospel message because God was not saying everything--he was not saying "If you repent, I will spare you". And he was not lying in what he did say, namely "Yet forty days, Nineveh shall be overthrown", simply because if Nineveh did not repent, then you can be sure God would have destroyed Nineveh. And not knowing God's mind, the King of Nineveh acknowledged that indeed he did not know God's mind, and he hoped for God's mercy, by saying:

Jon 3:9 Who can tell // God will turn and repent, and turn away from his fierce anger, that we perish not?

So let us look at Job 3 entirely:

Jon 3:1 ¶ And the word of the LORD came unto Jonah the second time, saying,
2 Arise, go unto Nineveh, that great city, and preach unto it the preaching that I bid thee.
3 So Jonah arose, and went unto Nineveh, according to the word of the LORD. Now Nineveh was an exceeding great city of three days' journey.
4 And Jonah began to enter into the city a day's journey, and he cried, and said, Yet forty days, and Nineveh shall be overthrown.
5 ¶ So the people of Nineveh believed God, and proclaimed a fast, and put on sackcloth, from the greatest of them even to the least of them.
6 For word came unto the king of Nineveh, and he arose from his throne, and he laid his robe from him, and he covered him with sackcloth, and sat in ashes.
7 And he caused it to be proclaimed and published through Nineveh by the decree of the king and his nobles, saying, Let neither man nor beast, herd nor flock, taste any thing: let them not feed, nor drink water:
8 But let man and beast be covered with sackcloth, and cry mightily unto God: yea, let them turn every one from his evil way, and from the violence that is in their hands.
9 Who can tell // God will turn and repent, and turn away from his fierce anger, that we

perish not?
10 And God saw their works, that they turned from their evil way; and God repented of the evil, that he had said that he would do unto them; and he did it not.

But, even as Jonah was angry in chapter 4 of Jonah when Nineveh repented and God spared Nineveh, the true believers were not all happy about Jesus not returning in 1994. Some of them felt betrayed by those who said Jesus would come back in 1994. Some felt like they were a bunch of fools going around saying that Jesus would return in 1994, and then Jesus did not return in 1994. This anger directly coincides with the beginning of the end of the corporate church, and the beginning of the final apostasy of the corporate church unto spiritual death. This is a beginning of a real tribulation for the true believers. If anything, this tribulation and judgement on the true believers is for being angry that God saved people in 1994 and did not return. These believers are going to, in their anger, be dangerously caught up in the apostate church, and unless they repent and get out this time, they may discover themselves cast into the eternal lake of fire, and that they never were true believers in the first place. This time God may not be saying under his breath "If you repent, I will spare you". He may be intending to bring full destruction this time, and he will not pull his punch, but follow through with the ultimate knock-out punch that casts all of the non-elect into hell, including all that are in the apostate church after Dec 10th, 2013. And since we must all our life seek to make our calling and election sure, there is great foolishness in not getting out immediately. The more time you have to seek to make your calling and election sure the better. Do not play with the fire of lies from the mouth of the false teachers; those fire breathing dragons will destroy you if you let them convince you of their lies. So, the tribulation for the true believers really began in Sep 1994. And, 19 years later it will end in Dec 2013. This 19 years comes from the super pattern of 7000 days for the 19 year tribulation. This value of 7000 days comes from the realization that God is counting this tribulation in days–if we notice that exactly 2300 days, as is mentioned in Da 8:13, goes from Sep 14, 1994 to Jan 1, 2001 very closely with the following calculation 1994 + (8.466/12) + (2300/365.25)=2001.0026, which is Jan 1, 2001 at 10:54 pm. Many people surely noticed this numerical relationship after 1994 came and went. Surely some of these people were expecting Jesus to return on Jan 1, 2001. This again was the message of Jonah. People were disappointed. And the sanctuary was cleansed of hangers-about who were not sincere believers (or if they are true believers, they are in sin, and God will force them to repent and come out in due time); they were surely driven back into the apostate church. As we read:

Da 8:13  Then I heard one saint speaking, and another saint said unto that certain *saint* which spake, How long *shall be* the vision *concerning* the daily *sacrifice*, and the transgression of desolation, to give both the sanctuary and the host to be trodden under foot?
14  And he said unto me, Unto two thousand and three hundred days; then shall the sanctuary be cleansed.

This relationship between 1994 and 2001 with 2300 days reveals that God is counting the tribulation in days. The total possible duration for the tribulation, if days are the units to be used, would be 7000, since 2300 would correspond to 23 years out of a 70 year tribulation or captivity of national Israel in Babylon thousands of years ago during the

575

time of the prophet Daniel in the book of Daniel in the Old Testament. 7000 days from Sep 14, 1994, using my best hand calculations using a calculator, and assuming that 5 leap year Februaries are included, comes to exactly Nov 13th, 2013. Now, if we shift our start time to Sep 29th, 1994 by adding exactly one-half month (the speculated freedom to do this, in my mind, is related to the half-hour of silence in Rev 8:1), or 15 days, then we land exactly on US Thanksgiving day, Nov 28th, 2013. This duration of 7000 days is 19 years and two months, exactly to the day, if the last two months are both 30 day months, and we include exactly 5 leap Februaries. This duration is 19 years times 12 months plus 2 months to come to exactly 230 months. We have an amazing thing here. God has arranged the duration of the year, or Earth's orbit, at 365.25 days to cause 7000 days to be redundantly spiritual in that it is also 230 months exactly, 23 again being a spiritual number relating to the tribulation and God's judgment.

Now comes the point about the super pattern and the little pattern. We see that the tribulation is 19 years long (with 2 months extra). Then, if the 7000 day tribulation ends on Nov 28th, 2013, Thanksgiving day, the little pattern to attach is another 19 days before the end of time. This would make Dec 10th, day 13 in that 19 days little tribulation. This fits with the year 2007, the year I am now writing this document, as year 13 in the 19 year tribulation. In this 13th year of this 19 year tribulation, the two witnesses are to be put to death. Then 3.5 years after that they are to be resurrected. Then 2.5 years remain to complete the total of 19 years for the tribulation. So for our little pattern of 19 days 3.5 days follow Dec 10th to bring us to Dec 14th, my birthday. On this day, according to the little pattern, the believers should be resurrected with their heaven-qualified spiritual bodies ready for the presence of Almighty God. This is the day of the final resurrection. On this day the true believers will wait a total of 3 hours (these three hours are a little pattern related to the time between 1290 days and 1335 days, or 45 days, as we read concerning in Da 12). At the end of these 3 hours the brand new spiritual bodies will be caught up to be with Jesus in heaven. An alternative statement would be that we receive our brand new spiritual bodies before those 3 hours as we are then immediately caught up to be with Jesus. My tendency is to believe the first case–but I am not at all sure. And I can say that I am sure of any of these calculations and numbers; I must say "Lord willing". But these numerical relationships are so compelling that they must be considered very seriously. Then, to complete this 19 day pattern, the earth continues to rotate on its axis for 2.5 further days until Jesus burns it all up and puts the non-elect into the eternal lake of fire for eternity.

If the above numerical relationships are true, then another scripture comes alive that is very noteworthy. That is

2K 25:1¶ And it came to pass in the ninth year of his reign, in the tenth month, in the tenth *day* of the month, *that* Nebuchadnezzar king of Babylon came, he, and all his host, against Jerusalem, and pitched against it; and they built forts against it round about.

Jer 39:1¶ In the ninth year of Zedekiah king of Judah, in the tenth month, came Nebuchadnezzar king of Babylon and all his army against Jerusalem, and they besieged it.

576

577

Jer 52:4 And it came to pass in the ninth year of his reign, in the tenth month, in the tenth day of the month, that Nebuchadnezzar king of Babylon came, he and all his army, against Jerusalem, and pitched against it, and built forts against it round about.

So, in the 10th Jewish month, which is our month December, on the 10th day of the month, Babylon was situated against Jerusalem to destroy it. This is exactly 666 days from February 14th inclusive, 2012, when the exodus out of the apostate church began in a big way. After 666 days all 666 talents of gold that Solomon collected in "one year" are now obtained. As we read:

1Ki 10:14¶ Now the weight of gold that came to Solomon in one year was six hundred threescore and six talents of gold.

And at the same time, those still in the apostate church, or the beast, receive the mark of the beast because they refused to leave the apostate church. As we read:

Rev 13:18 Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man, and his number is Six hundred threescore and six.

And that "man" in Rev 13:18 is that man Satan identified in Isa 14:16, who has taken his seat in the holy place in the apostate church.

Another point apart from the 666 discussed above. The reason my wife must be born on Dec 14th, 1996 is that she will be exactly 17 years old on Dec 14th, 2013, and 17 is the number of heaven, according to a radio teacher I admire. (I have had difficulty strongly confirming that 17 is indeed the number of heaven--but I tend to trust him, simply because that number fits into the above numbers very nicely. In fact, that number is very important when understanding the half-hour of silence in Rev 8:1.

This half-hour of silence I believe is a period of ambiguity or uncertainty between a question as to whether Jesus may return in Sep 2011, or Dec 2013 per my numbers. You see, when I am freed from prison on April 1st, 2011 44 days will transpire before I marry, God willing, on May 14th, 2011, and on May 15th, 45 days from April 1, my wife should be a mother pregnant with fraternal twins. Well, if I do get out of prison on April 1, 2013, then the big question will be "Is Jesus coming back on Sep 2011, or is Jesus coming back in Dec 2013?" And everyone will have to wait until Sep 2011 comes and goes before Dec 2013 makes sense. If Jesus comes on Sep 2011, then the Dec 2013 date is irrelevant. But, if Sep 2011 passes, then Dec 2013 becomes the next very interesting date for Jesus to return. This period from April 1 2011 to Sep 30th 2011 is six months, or one-half year. This is the half-hour of silence in heaven, where heaven is a reference to the body of true believers, who will be waiting in great uncertainty until this matter is resolved. Now, the numbers in Da 12 of 1290 days and 1335 days, were the difference between those two numbers is taken, marks the period of 45 days over which the two witnesses are being resurrected. This is the period of the great earthquake mentioned in Rev 11:13, which says:

578

Rev 11:13  And the same hour was there a great earthquake, and the tenth part of the city fell, and in the earthquake were slain of men seven thousand: and the remnant were affrighted, and gave glory to the God of heaven.

This great earthquake is also mentioned in Eze 38:20, which says:

Eze 38:20 So that the fishes of the sea, and the fowls of the heaven, and the beasts of the field, and all creeping things that creep upon the earth, and all the men that are upon the face of the earth, shall shake at my presence, and the mountains shall be thrown down, and the steep places shall fall, and every wall shall fall to the ground.

The 1290 days of Da 12 capture within them the 3.5 years that the two witnesses are dead. The 45 days to day 1335 marks the time of the resurrection of the two witnesses. At day 1335 the resurrection is complete.

When my wife is pregnant on Mother's day, this earthquake of this resurrection of the two witnesses ends, because that is day 45.

So, when the 1290th day arrives, that is April 1, 2011, when the resurrection of the two witnesses begins. This is also the time of the beginning of the one-half hour of silence, which is actually one-half year that ends after Sep 30th, 2011 if Jesus does not return. The beginning of the 1290 days must be Sep 19th, 2007, if you check your calendar. The two witnesses must be put to death sometime past or on Sep 19th, 2007. And, since the other passages that relate to the death of the two witnesses use the term "time, times, and half-a-time", then technically the period of their death could lengthen or shorten from the 3.5 years I have been stating. This is possible because "time, times, and half-a-time" is a scalable, unitless quantity.

Note also that on Dec 14th, 2013 I will be exactly 56 years old.  That number is 4*14. My wife will be (Lord willing, assuming I have a wife) 17 years old, the number of heaven.

And because I want more children than merely two of them, I also have this extreme hope that God will cause my wife to become pregnant on Nov 28th with triplets. She will never have to give birth to these triplets, because they will become born-again within her womb, and then they will appear suddenly outside of her womb on Dec 14th when Jesus appears for all to see from earth, in their heaven-qualified spiritual bodies along side of all of us. These three children will receive their physical birth directly into their spiritual bodies.  I am hoping that an MRI could have fine enough resolution to show the presence of these three tiny children in my wife's womb on Dec 7th, 10 days after she becomes pregnant. If the MRI shows the presence of three tiny children growing in my wife's womb on Dec 7th, that will be the final last testament to people to get out of the apostate church before Dec 10th comes and goes.  You will get the mark of the beast if you do not get out by Dec 10th.

Young ladies, if, after my first year in prison that event happens that strongly suggests that I am indeed innocent of the accusation against me, you wish to write to me to try to get to know me by letters, here are the rules for those letters:

580

letter from your parents that you pen should include at the top of the letter a written coment that this letter is from your parents or your parent or your mother or your father or both, and I nevertheless still need for you to put your name and two thumb prints at the end of any letter from your parents so that I do not get confused about which parent letter goes with which young woman that I am corresponding with. The letters that you write are personally from you, the young woman that is writing me, must not include questions nor comments from your parents unless you identify those questions or comments as from your parents. I want your letters to be filled with your words, directly from your heart, and with quotes from the Bible.

11) If you wish to quote some book or religious text of some sort, then you must give a clear statement that this is a quote, and you must give identification as to the source of that quote. If you quote from a Bible comentary, then you must state that this statement in your letter is a quote from a Bible comentary, and then also please say the name of the conentary or give that quote proper credit. Thank you. This will help me keep separate in my mind your words in your letters from the words of other people and sources that you may quote also in your letters. I really want to know your heart. I love honest, humble communication. So please do not use the words of other sources without identifying who spoke or wrote those words. Thank you.

My main focus will be spiritual matters from the Bible, though we may talk about any reasonable subject in our letters. If you do not cooperate with my need to discuss spiritual matters in the Bible with you, I will take that as a hint that you are not as interested in the Bible as I hope you are. My letters and questions to you are a way for me to convince myself that you are truly born again. You should do the same in your letters to me. You should examine me with questions to make sure that you are convinced that I am born again. Also, these letters are a good place to ask questions about personality traits and likes and dislikes and whatever. We may talk about family members if we wish, and hobbies also--what ever we want to talk about. But I do want much of our letters to be focused on the Bible.

In your first letter to me, please discuss a favorite verse in the Bible you like. Also give me a detailed interpretation of at least 100 words long of Eph 4:26 by comparing it to De 24:15 and Rom 13:8; a more detailed interpretation of greater than 100 words is quite acceptable--do not shorten your answer down to 100 words if you have much to write. Write all you wish to write. Nobody should think less of you with this task of interpretation. I want your personal interpretation. Do not ask your parents to help. Do not ask anybody else to help either. You need to depend upon the Holy Spirit in you and the Bible to help you. That is all the help you need.

If I lose interest in you after some set of letters between us, I will tell you by letter. Of course, if you lose interest in me, you should tell me by letter also. Please do not just stop writing without telling me that you have lost interest in me. We should not leave either one hanging and wondering what happened.

My hope is that the country of the Netherlands in Europe will be willing to receive me if and when I get out of prison on April 1, 2011. The Netherlands may be the best location

579

1) Never state any information discussing nor give any pictures showing your physical beauty. Never send any picture of anything, not even other people. Do not give to me your height nor your weight nor any body measurements nor your skin color nor your hair color. If you do, you will most surely lose. Also, do not try to tell me how beautiful you mother is, I would receive such information as back-handed way of you attempting to tell me how beautiful you are. I do not want any such information.

2) Your birth date must be Dec 14th, 1996.

3) You must have never married yet.

4) Any subject may be discussed in our letters to each other, perferably in reference to the Bible, and any personal information relating to human sexuality must never get pornographic nor lewd, and must not countradict rule 1) above; probably any personal information relating to human sexuality should be avoided altogether; discussing human sexuality from the point of view of the Bible only is probably best. This is a gray rule; but please understand the intent of this rule and a real effort to honor it. Thank you. If you restrict any discussion about human sexuality to the Bible only you will be going a long way to meeting the intent of this rule. All non-sexuality related topics are free for discussion.

5) Because I expect to be in prison when receiving your letters, do not assume that your letters are completely private. Assume that prison officials or the FBI may be reviewing your letters to me. Consequently, do not say anything that could be highly dangerous for you politically. You would probably be wise not to discuss terrorism, for example.

6) At the bottom of the first page of each letter put a thumb print for both your left and your right thumb. This will, in the future, allow me to be absolutely sure that I have found the person that I am interested in if and when I meet you just before I marry you. I must be sure you are the person I think you are. This is necessary identification. Every letter, on the first page at the bottom please always include these two thumb prints, left and right. I will include my two thumb prints at the bottom of the first page of my letters so that you can be sure I am who you think I am.

7) Always number the pages of your letter with a little number in the upper right corner of each page of a letter you have written.

8) Always put a date with day-month-year at the top of the first page.

9) Always include your full name and return address at the end of your last page of a letter, and find some room also at the end of the last page for your two thumb prints near that name and address.

10) If your parents wish to ask me questions, then either they may write me a letter directly, or you may pen their letter for them if they can not or will not write--but that must be a separate letter that is from them, even if you pen the letter for them. Any such

581

from which to establish communication with the young women I have been writing letters to, and if their country has a minimum marriage age above 14 years, then assuming the young woman I may be seeking to marry is able to get out of her country and meet me, likely with finical help from me for travel expenses, in the Netherlands, then there we may chose to get married under Netherland's laws.

Also, the Netherlands has a wonderful Christian history involving reformed Christian doctrines. The people of the Netherlands may find this paper very interesting and they may be glad to help me if and only if I am found out to be innocent by my accuser admitting on April 1, 2011 that he as falsely accused me. And, before that date, my hope is that the government of the Netherlands would be willing to host the web site on a very strong server that distributes this paper to the world.

This paper is a spiritual attack on the apostate church around the world. My intention is to, in effect, spiritually ingest the truth of the true Gospel into the wombs of these apostate churches and to cause much life to come forth, and so cause many newly born again people to leave the apostate churches. This is a kind of spiritual rape of the apostate churches. You may call me a spiritual rapist, if you wish.

Also, this paper will spiritually molest the non-elect in the apostate churches. This spiritual molestation will occur because after the non-elect have read this paper, they will be more guilty before God for hearing the truth and then not responding to it. This will cause greater damnation for them in hell for eternity. Quite similar to the psychological damage that happens to a naked child for the life of a child so abused. So you may call me a spiritual molester of Satan's children. They will be much worse off because of me.

My name is Daniel David Zuck. My last name is very similar to a swear word that is used to derogatorily mean sex. You only need to change the letter "Z" to the letter "F". God gave me this last name for his reasons. You apostate churches should laugh in your isles and fall down onto the floor and roll out the back door of your churches and make me the spiritual song of you spiritually drunk apostate churches. Make me the song of the spiritually drunk. I am the song of the drunkards, spiritually. Laugh me to scorn. Heap as much shame on me as you can. Make my spiritual death its sure as possible, even as the leaders of Jesus time put a guard around Jesus tomb to try to keep him dead, God will resurrect me anyway. You will lose. The shame will come off of me, and onto you, no matter how much you heap onto me.

You know, this spiritual rape and spiritual molestation of you apostate churches is a good work, and Jesus is the only one who does true good works. So this spiritual rape and spiritual molestation is being done by Jesus in me. He is the doer of all truly good works.

There is a church in the world that has been in the news for the last few years that has had problems with child molestation. You, that big world wide church, may wish to redeem your self in the eyes of the world by contributing largely to this trust fund against me—just remember, this is a legal matter, and in all good honesty each member of your church must either read this document from her or self, or hear it read to him or her before he or she gives money to that trust fund to thereby vote against me. Redeem your self in the

582

eyes of the world and in the eyes of your god and give much money to the trust fund. Bury me in money and make sure I never come out of prison by excessively motivating my accuser with money to not confess on April 1, 2011, but rather to hang on until April 2, 2011 when he may keep the money such that I am left in prison to rot.

All you apostate churches are going to rot in hell where your false doctrines will reign supreme and wreak destruction perpetually upon everybody else in hell and upon your self as well. You can not escape this damnation of God. Only the elect who come out of you will survive and find eternal life and not end up in hell.

# 16 Some Further Thoughts on Numbers, Dates, and the Time Line for the End of the Universe

In this paper, to the point of the sections above this section, I have given the conclusion that most likely Jesus Christ may return on my birthday, December 14th, 2013. On the face of it this statement sounds highly absurd and very self-absorbed on my part. In other words, highly conceited, even to the point of mental illness. But, when the numbers I have given in the above sections are carefully thought about, I am sure some people are going to give pause to the idea that maybe I am just the ordinary saved Christian person that God has chosen to announce the matter of the end of the universe. There is nothing special about me. I am just an ordinary guy, though I do not drink alcoholic beverages and I do not smoke. I am not a sports fan, but I will watch sports on TV with other people to be friendly with them, and I can enjoy the game being watched if it is a close, well played game. Below my most important relationship with God, the next most important thing are relationships with other people, and the marriage relationship is the most important human relationship—though I have never married yet—and then other human relationships come next. Last of all for things that are important to me are the simple things of life, like a beautiful sunset or sunrise, a flower, the clouds in the sky, a beautify butterfly, colorful fish in a pond, beautiful calls of birds and birds with beautiful colors, a bug walking across the path in front of me, the sound of crickets at night, the sounds of mocking birds and all of the amazing sounds that they copy, the stars and the milkyway on a dark night, a cheetah running at full speed. These are all things that God does. Also, things that man does can delight me. (But I give God the credit for the impressive things that man does, since God made man and gave to man his abilities.) Along the lines of things I like that man does include a fully loaded semi truck carrying 35 metric tons up a grade—I like the match between a machine and its task and to see a machine perform well. The landing of men on the moon in the 1970s, the proof of Fermats last Theorem done in 1994, beautiful music—even energetic music, as long as it is beautiful—the dikes of Holland holding back the sea, Hover Dam in the USA, the Great Wall of China, a peanut butter and jelly sandwich (on the off occasion that I am hungry for one), a friendly unoffending joke, a creative word pun, the sound of a train's whistle or a train's dynamic breaks as the train labors hard to pull many train cars through the Sierra Nevada Mountains in California, the SR71 spy plane–man does many marvelous things, which glorifies God, because God gave man that ability. Man actually can not take any credit for his ability. God gives to man the skills that man has. As we read:

583

Ex 31:3 And I have filled him with the spirit of God, in wisdom, and in understanding, and in knowledge, and in all manner of workmanship,

Ex 31:6 And I, behold, I have given with him Aholiab, the son of Ahisamach, of the tribe of Dan: and in the hearts of all that are wise hearted I have put wisdom, that they may make all that I have commanded thee;

Ex 35:31 And he hath filled him with the spirit of God, in wisdom, in understanding, and in knowledge, and in all manner of workmanship;

Ex 35:35 Them hath he filled with wisdom of heart, to work all manner of work, of the engraver, and of the cunning workman, and of the embroiderer, in blue, and in purple, in scarlet, and in fine linen, and of the weaver, even of them that do any work, and of those that devise cunning work.

These great skills that God gives to man are themselves powerful proof that man is not the outcome of evolution--random processes could in no way result is a being with such great creative powers as mankind has. Mankind's creative powers must have come from a creator that made man. Evolution is one of the ugliest lies on earth because it is like telling the engineer of the Eiffel tower that it happened by chance--do you think that engineer would be delighted to hear you tell him that he did not design it, but rather the Eiffel tower was the result of random events? That engineer would most likely pull out his gun and kill you for insulting him that way. The human body that God designed that is mankind is 10e100 times more complicated than the Eiffel tower, and then some. So we insult God much more that A.G. Eiffel if we say that mankind came into existence by random events. (Do not resort to that hypocritical position of so-called theistic evolution--theistic evolution still insults God by saying that random events engineered man, and not God.)

So not only did our creator God create us with skills and creative powers, that same God gives understanding into his Bible. As we read:

Da 1:17¶ As for these four children, God gave them knowledge and skill in all learning and wisdom: and Daniel had understanding in all visions and dreams.

So I can not take credit for my understanding of the Bible *if it is a true understanding*, because God alone gives all good things. No good thing comes from mankind or men, all good things come from God!

1Co 4:7 ¶ For who maketh thee to differ *from another*? and what hast thou that thou didst not receive? now if thou didst receive *it*, why dost thou glory, as if thou hadst not received *it*?

Jas 1:17 Every good gift and every perfect gift is from above, and cometh down from the Father of lights, with whom is no variableness, neither shadow of turning.

But, if my understanding is actually a bunch of lies, then I must take the credit, since lies come from man's heart, and not from God. So now God puts the task into your hands to discern whether I am speaking the truth, or whether I am speaking the truth. As we read:

584

Acts 17:10 ¶ And the brethren immediately sent away Paul and Silas by night unto Berea: who coming *thither* went into the synagogue of the Jews.

11 These were more noble than those in Thessalonica, in that they received the word with all readiness of mind, and searched the scriptures daily, whether those things were so.

Now I said in an earlier section that interpretation of the Bible seems to involve a concept similar to the mathematical concept of non-linear fractals, and the idea mentioned was that the Bible involves super patterns and little patterns that attach to the super pattern. The little patterns look similar to the super pattern, but not identically--this detail of "not identically" is where the mathematical non-linearity comes into view. The central example of this is that Jesus tells his true believers to take up their cross and follow him. Jesus is the super pattern, and the true believers are the little patterns that attach to Jesus. We are like him, but our life does not look exactly the same--yet we are indeed taking up our cross and following him. And we endure the suffering of our cross by the power of Jesus in us--no act of obedience occurs within his true believers without Jesus being the power and doer of that act. So do not think that you are being asked to suffer something that Jesus did not suffer--Jesus indeed suffered all things because he took on our sins and paid the full price for every moment of sin in our life, past, present, and future. He is the forerunner, and we just follow in his footsteps and he fills our hearts and guides us by his power and goodness in us--we can take no credit for this. Jesus gets all the glory, every last bit of it; and we give nothing that he has not already suffered for us first. Yet, we are the little patterns that attach to the super pattern named Jesus, the Word of God, Almighty God himself. We are made like him because he is in us. We love him because he loved us first.

Now this principle of a super pattern with attaching little patterns seems to also be involved with the numbers and dates that extract from my understanding of the end of earth and the universe based on the Bible. The super pattern is a pattern of 19 years and two months, or 7000 days exactly, starting on September 29th, 1994, and ending on Nov 27th, 2013. Then a little pattern of 19 days attaches that starts on Nov 28th, which day is USA Thanksgiving Day, and after that day that pattern actually goes to December 17 (the added two months of the 19 year pattern causes a spill over from Dec 16 to Dec 17 at 4AM. Then, a 19 hour little pattern may attach to that 19 day pattern bringing us to Dec 17th at 11:10 PM. This time is the latest time that my understanding suggests that Jesus may return. The following is a time-line that I give in a simple vertical format so that it may exist in computer text files.

Sep 29th, 1994 begins the 7000 day super pattern of 19 years and 2 months.

Year 2007 is year thirteen of the 19 year pattern in which the two witnesses are killed by shame and disgrace.

Year 2008 is most likely a year when the disgrace is significantly reduced, though the two witnesses remain spiritually dead and disgraced.

585

Year 2011 on April 1, the two witnesses begin to be resurrected.

Year 2011 on May 15, 45 days later after the beginning of that resurrection, the 45 days of Dan 12 have passed (1335-1290 is 45) and the resurrection is complete--day 45 is the day after my wedding on May 14th and my new wife should be pregnant with fraternal twins.

The true believers wait in wonder whether Jesus is going to return on year 17 of the 19 year pattern, because 17 is the number of heaven. If we go past September 2011 and arrive in October 2011, then the half hour of silence (actually, a half year counting months April through Sep of 2011) of Rev 8:1 will be completed and that state of wonder in heaven as to whether Jesus will return on Sep 2011 then will be ended. If Jesus does return, then we are all indeed in heaven at that time. Heaven in Rev 8:1 is a spiritual term referring to the true believers, who are the citizens of the kingdom of heaven.

Year 2012 on Feb 14th, my wife gives birth to our two twins, most likely by cesarean section, for all to see internationally on international TV (it will be done respectfully without any indecent exposure of my wife, but everybody will be plainly shown that one child is a boy, and the other child is a girl).

Nov 27th, 2013, the super pattern of 7000 days is complete.

Nov 28th, USA Thanksgiving Day, a day to picture the Marriage supper of the Lamb in heaven involving Jesus and his Bride, the true believers.

On Nov 28th my prayer to Almighty God in heaven is that he will show me great mercy and kindness so that my wife becomes pregnant with triplets, my desire being that they be identical girl triplets. This is because I desire more than two children. I am desiring that God will very graciously give to me a total of five children. And I greatly desire that every one of them, all five, will become born again and saved and are ready to meet Jesus --who I believe would be very likely to return in just a few days (God can save children, even when they are very young in their mother's womb).

At the end of Dec 10th, day 13 of the little 19 day supper pattern, the 666 days from Feb 14th, 2012 (Feb 14th, 2012, was the birth of my fraternal twins), is complete, and the 666 talents of gold that Solomon collected is completed, meaning that all of the elect have been taken out of the Apostate church, who those that remain in the Apostate church is Dec 11th at 12:01AM have the mark of the beast, the beast being the apostate church, and the mark being represented by the fact that they stayed in the apostate church for the full 666 days from Feb 14th, 2012.

586

Since Dec 10th is day 13 of the little 19 day pattern, my expectation is that I will again be shamed somehow before all the world, again entering into a spiritual death that this time will only last 3.5 days, and the worst shame will only last through the first day of those 3.5 days.

On Dec 14th at 12:01 PM (noon) the 3.5 days will end and the shame will be removed, and a spiritual resurrection lasting (those 3.5 hours) will relate to the 45 day period in the 19 year pattern (actually 45 years). If Jesus comes back at this moment, then this resurrection will be the actual resurrection of all of the true believers and we will go to heaven, and the unsaved will remain on earth for the remaining time of the 19 day pattern, awaiting in utter terror until they get judged and cast into the eternal lake of fire. From Dec 14th noon, 2013, if Jesus does not return at that moment, the true believers will be waiting again in a state of wonder, wondering if Jesus is going to return at the end of Dec 14th at 11:59.999 PM. This again being a half-day, again representing the half hour of silence in heaven, spiritually referring to the true believers as heaven, because they are heaven's citizens.

If Jesus does not return on Dec 14th, then the remainder of the 19 day little pattern may play out. In that case, then many more people will become saved as a consequence of that shame being lifted from me and from the true believers (the two witnesses are really all the true believers all over the world), because many more people will then believe that the Gospel that the true believers are preaching is indeed true and Jesus is just two days away from judging all of non-elect mankind and casting them into the eternal lake of fire.

On Dec 17th at 4:00AM the 19 day pattern ends, and Jesus may return at that moment. But if Jesus does not return then, then the 19 hour little pattern may be attached.

So, on Dec 17th at 5PM we arrive at the 13th hour into the 19 hour pattern that started from 4:00AM. If the pattern repeats itself again, then I will again get some sort of shame attached to me, but one hour later that shame will be greatly reduced. By 8:30PM that shame will be fully removed, and Jesus may return at that time, since again this is a picture of the resurrection at the end of the 3.5 time periods of shame (the death of the two witnesses that ends in the resurrection to life and the removal of all shame). Again, when the shame is fully removed Jesus may return, or he may delay as more people get saved as they see the removal of that shame and that again the true believers indeed have the true Gospel. Remember, each time this shame is removed that will cause fear in the world as the two witnesses are resurrected. This is the message of Jonah that God may preach and preach to save more and more people, and the two witnesses may have to endure all of this suffering as we take up our cross and follow Jesus in order that each and every one of the elect is found and saved. Beginning this delay is another 0.5 hour of wonder, spiritually referring to the half hour of silence in heaven, which would be the watching of the time between 8:30PM and 9:00PM, spiritually referring to Rev 8:1. So, at the end of that half hour we arrive at 9:00PM at which point Jesus may return; or he may delay and more people may become saved.

587

By the 23rd hour, and 10minutes (each 5 minutes represents on month of the original 19 year 7000 day pattern), or 11:00PM Jesus should return, since that is the end of the 19 hour pattern. If he does not return then, my numbers run out, and I have no explanation. In this case we must wait on Jesus to return when he does return--but I fear that this idea of having to wait after this point is the spiritual equivalent of the Egyptians getting to the Israelites before they successfully cross the Red Sea, and the Egyptians cause certain death amongst the Israelites--and God, I deeply pray, will prevent this death by not letting Dec 17th 11:10pm pass, but rather have I pray will come by Dec 17th 11:10pm in order to shorten those days to ensure that there are still true believers on the earth when Jesus comes back. As we read:

Mt 24:22  And except those days should be shortened, there should no flesh be saved: but for the elect's sake those days shall be shortened.

Mt 13:20  And except that the Lord had shortened those days, no flesh should be saved: but for the elect's sake, whom he hath chosen, he hath shortened the days.

The term "flesh" in Mt 24:22 and Mt 13:20 refers to the true believers, who are bone of his bone, and flesh of his flesh.

The starting date of Sep 29th, 1994, that starts the above time line comes from figuring backwards from Nov 28th, 2013; Thanksgiving Day in the USA. This is reasonable, since so many other dates line up powerfully if this is done. For example, from Sep 14th 1994 we get to Jan 1st, 2001 exactly, using the 2300 days from the book of Daniel in the Bible, and if we add exactly 15 days to Sep 14th we get to Sep 29th, and 15 days is exactly a half-month. God seems to have embedded another half-hour of silence or wonder here in the calculations (Sep 14th itself--besides the fact that it lines up with Jan 1st, 2001 using 2300 days--comes from using the middle of September in 1994 as a reasonable date for the return of Jesus, which did not happen, but rather turned out to be the message of Jonah causing many people to become saved). And if Nov 28th, 2013 is used as one day past the end of the 7000 days, then April 1st 2011 as the beginning of the resurrection of the two witnesses causes the evenual use of February 14th, 2012 (because the resurrection ends 45 days from April 1st, 2011 on May 15th, Mother's day, fulfilling the 45 days of Dan 12, thus fitting with the idea of a pregnancy of 9 months from May 14th 2011 to Feb 14th, 2012), as the beginning of the 666 days that ends when the king of Babylon is situated to destroy the true believers on the 10th day of the 10th Jewish month, but being our 12th month, Dec. or Dec 10th, 2013. This date of Dec 10th is also the 13th day from Nov 28th in the 19 day pattern, again making the picture of the 19 year pattern involving the 666 days interweave with the 19 day pattern in a marvelous and consistent way, showing God's power over the calender of time.

Other observations include the fact that I will be 56 years old on Dec 14th, 2013, and 56 is 4x14. Again, God is emphasizing the number 14. I did not choose my birth date, you know. God did. I have nothing to do with that date, except I was there. And my wife must be born on Dec 14, 1996, so that she will be 14 when I marry her, and so that she will be 17, the number of heaven, on Dec 14th, 2013. All these things emphasize the number 14 profoundly, which is 2x7. And note that these things are all happening in the year 2013 near the end of that year, as if God is saying that the true believers are going to jump to

588

the year 2014, and the non-elect will die-go to the eternal lake of fire in the year 2013 and never arrive in heaven in 2014--they will not be 14 years old, but die before that and end up in hell for eternity, never coming of age as one dieing before birth in their mother's womb. This strong emphasis on the number 14 again reflects further on why Sep 14, 1994 is such an important date. With this observation about Sep 14th, 1994, then we see the full circle and discover a marvelous pattern God has designed into the calender of time--God is indeed powerful over the universe, and he has full influence over how arithmetic operates and how the calendar and dates are going to operate. Another thing that is interesting to note is that I will be 56 years old when my wife is 17 years old, and at 56 years old I am a picture of the Ancient of Days (Da 7:9), who is from eternity past and who goes on to eternity future, and that my wife is a far young virgin (actually, on May 14th, 2011 is when she lost her human virginity, but May 14th is again a picture of 2014 that the true believers jump to when they enter heaven) who is very young and so is mol from eternity past, but who will go on into eternity future with her husband. This idea of jumping to 2014 sits in my mind because it powerfully fits spiritually with the situation when Moses lead the Israelites across the Red Sea, and the Egyptians failed to cross the Red Sea, but died while still in the year 2013. Also, notice that May 14th 2011 is a Saturday, and Dec 14th 2013 is a Saturday, and that makes Dec 13th a Friday-the-13th. Rather strange observation, but interesting. Again, this seems to mean that we make it to the 14th and are with Jesus in the marriage supper of the Lamb, but the non-elect die on the 13th and never make it. So the following calender events seem to have spiritual meaning: Friday-the-13th seems to represent judgement day when the non-elect fail to get to heaven. April 1. April fools day, seems to represent when lies fail and truth prevails. Mother's day seems to represent our second day in heaven after our spiritual sexual union with Jesus. Valentines day, February 14th, seems to represent our birth into heaven as the outcome of the love of the true Gospel. And Thanksgiving Day per the USA scheduling seems to represent the marriage supper of the Lamb when the true believers are with Jesus and have their first spiritual sexual union with Jesus. All these calender days can be put together to make a strong statement about Judgement Day. Judgement Day will be a day when the non-elect fail to get to heaven, Judgement Day will be a day when lies fail and truth prevails; Judgement Day will be a day when the true believers become a mother by their first union with Jesus in heaven (what does this idea of our first spiritual union with Jesus resulting in a spiritual pregnancy mean--I do not know, and I greatly wonder at this); Judgement Day will be a day of great thanksgiving to God for all that he has done for the true believers. All this should fill our hearts with joy and hope, which is appropriate, because we, the true believers, are eagerly waiting for our marriage with Jesus in heaven even more eagerly than two virgin engaged people, man and woman, wait for and dream of their first sexual union on their marriage night.

Computing the 7000 days from Sep 29th, 1994 to Nov 27th, 2013, is as follows:

Sep 29th, 1994 to Sep 28th, 1995 inclusive, is 365 days.
Sep 29th, 1995 to Sep 28th, 1996 inclusive, is 366 days; we had a 29 day February.
Sep 29th, 1996 to Sep 28th, 1997 inclusive, is 365 days.
Sep 29th, 1996 to Sep 28th, 1998 inclusive, is 365 days.
Sep 29th, 1998 to Sep 28th, 1999 inclusive, is 365 days.
Sep 29th, 1999 to Sep 28th, 2000 inclusive, is 366 days; we had a 29 day February.
Sep 29th, 2000 to Sep 28th, 2001 inclusive, is 365 days.
Sep 29th, 2001 to Sep 28th, 2002 inclusive, is 365 days.

589

Sep 29th, 2002 to Sep 28th, 2003 inclusive, is 365 days.
Sep 29th, 2003 to Sep 28th, 2004 inclusive, is 366 days; we had a 29 day February.
Sep 29th, 2004 to Sep 28th, 2005 inclusive, is 365 days.
Sep 29th, 2005 to Sep 28th, 2006 inclusive, is 365 days.
Sep 29th, 2006 to Sep 28th, 2007 inclusive, is 365 days.
Sep 29th, 2007 to Sep 28th, 2008 inclusive, is 366 days; we had a 29 day February.
Sep 29th, 2008 to Sep 28th, 2009 inclusive, is 365 days.
Sep 29th, 2009 to Sep 28th, 2010 inclusive, is 365 days.
Sep 29th, 2010 to Sep 28th, 2011 inclusive, is 365 days.
Sep 29th, 2011 to Sep 28th, 2012 inclusive, is 366 days; we had a 29 day February.
Sep 29th, 2012 to Sep 28th, 2013 inclusive, is 365 days.
Sep 29th, 2013 to Nov 27th, 2013 inclusive, is 60 days.  ==> 7000 days total.

If the latest date of Dec 17th, 2013 comes and goes and Jesus has not returned, then in a most magnificent way God has again preached the message of Jonah. But I doubt that this will the the case this time. If indeed Dec 18th arrives, then we know that God will still come at his exact appointed time; as we read:

Hab 2:3 For the vision is yet for an appointed time, but at the end it shall speak, and not lie: though it tarry, wait for it; because it will surely come, it will not tarry.

Eze 12:21 ¶ And the word of the LORD came unto me, saying,
22 Son of man, what is that proverb that ye have in the land of Israel, saying, The days are prolonged, and every vision faileth?
23 Tell them therefore, Thus saith the Lord GOD; I will make this proverb to cease, and they shall no more use it as a proverb in Israel; but say unto them, The days are at hand, and the effect of every vision.
24 For there shall be no more any vain vision nor flattering divination within the house of Israel.
25 For I am the LORD; I will speak, and the word that I shall speak shall come to pass; it shall be no more prolonged: for in your days, O rebellious house, will I say the word, and will perform it, saith the Lord GOD.
26 Again the word of the LORD came to me, saying,
27 Son of man, behold, they of the house of Israel say, The vision that he seeth is for many days to come, and he prophesieth of the times that are far off.
28 Therefore say unto them, Thus saith the Lord GOD; There shall none of my words be prolonged any more, but the word which I have spoken shall be done, saith the Lord GOD.

## 17 More About the Super Pattern and an Extension to The Numbers for the Time of the End to Possibly Dec 31, 2013

After writing the above section giving a time line, I realized that the beginning super pattern is not the 7000 day–19 year two month pattern, but rather the beginning super pattern started from when Noah's flood occurred almost 7000 years ago, and the 7000 day

590

pattern is a little pattern that attaches to very near the end of the 7000 year pattern from when Noah's flood occurred. Also, note that just before the beginning of that 7000 year super pattern Noah seems to have been saved in Gen 6:8 at the age of 480 years, and from there preached for 120 years. And when Noah was 500 years old, and perhaps a few years later (the language of Gen 5:32 seems a little ambiguous), he fathered three sons (they could have all been in the same year at Noah's age of 500 if those sons were triplets), and at that point when Noah had his three sons God encouraged Noah to prepare for the universal, world wide flood that was going to absolutely, fully cover the entire face of the earth and kill all flesh. This encouragement to prepare for the world wide flood and the end of the old world as it was known to Noah–though not the end of the entire universe (for 2Pe 3 speaks of at the very end of time when all the laws of physics are terminated (the laws of physics must be terminated since time itself, which is woven into the fabric of the laws of physics, is being terminated as Rev 10:6 says: "And sware by him that liveth for ever and ever, who created heaven, and the things that therein are, and the earth, and the things that therein are, and the sea, and the things which are therein, that there should be time no longer"." and since the Theory of Relativity is based on the observation that the laws of physics remain constant throughout the universe in any location with any motion in the universe; so the entire universe must be destroyed if there is to be "time no longer", as Rev 10:6 speaks) and the entire universe, the earth with it, is absolutely fully destroyed by fire rather than water–then Noah likely preached for a period of 100 years while he and his family prepared the Ark that the end was coming. For the twenty years between when he likely became saved and when God taught Noah that a great world-wide flood was going to destroy all flesh upon earth Noah would have preached a more ordinary message without knowledge that the end was coming soon. But when God taught Noah that the end was coming soon, within the life time of Noah since Noah was to prepare the Ark for his family and any who might join him, then Noah became a preacher of the end with a very similar message as we find in the book of Jonah, who preached that yet 40 days and Nineveh shall be destroyed.

The idea that the flood was about 7000 years ago comes from Harold Camping's work, documented in a book he wrote named "Adam When?" and summarized in a booklet he wrote named "The Biblical Calendar of History" as he studied the Bible's numbers and historical time references and the Bible's patriarchal calendars in the genealogies in the Bible's book of Genesis. Harold Camping's basic approach was to understand that when the word "begat" appears in the bible, and the phrase "called his name" did not appear, then this means that the offspring being identified in a genealogy was born the very year that the father died. This means that the father that died was a great-great-... grandfather with some unknown number of generations between that father and that great-great-... grandson. And the short numbers in those genealogies refer to when the progenitor was born. The progenitor is unnamed, but in the progenitor's loins was the eventual great, great, great..... great grandson that would be born the year the previous calendar father died, and because of this idea of being in the loins, the name used these Genesis genealogies is the name of the eventually great, great....great grandson, not the progenitor himself. This arrangement allows us to understand in fact the calendars that God put into the Bible to properly date the time frame for the earth's history. Strong collaborating evidence that the flood did occur about 7000 years ago is found in tree ring dating of the bristle cone pine trees in the White Mountains in eastern California. There scientist have pieced together a tree-ring time line that shows that scraps of wood on

591

those mountains from those trees using over-lapping tree-ring studies go back about 7000 years. So those mountains rose above the receding waters of the flood 7000 years ago and those bristle cone pine trees began to grow at that time. These bristle cone pine trees are a silent witness to the world wide flood of Noah's day that covered the entire earth 7000 years ago, and their silent witness strongly collaborates the use of the Bible genealogical calendars by adding long life time to long life time to conclude the age of the earth to be about 13000 years, with the flood occurring about 7000 years ago.

A very interesting thought is that 13000 years minus 7000 years is 6000 years. Maybe those 6000 years, which are the years after Adam and before the judgement on the entire world by the universal flood, are again a spiritual picture of the last 6 years of the earth we are now in just before judgement day when almost the entire human race is to be cast into the eternal lake of fire, except for the true believers who will go to heaven and inherit the new heaven and the new earth for eternity, and live in endless pure joy and endless righteous pleasure and have endless good purpose and reason for existing to occupy them with Jesus their husband for all eternity. If those 6000 years are to be understood as a picture of the last 6 years before the end of the earth, then the ultimate super pattern is eternity past before those 6000 years, the eternity past in which Jesus became the Lamb slain from the foundation of the world. In other words, God himself, who occupies all eternity, is the super pattern himself. This makes perfect good sense since all things are made after God's heart and his will, even from eternity past, before there was time itself. Even using the term "eternity past" is a slight misnomer, since before time existed how can we use the time-reference word "past"? These things go beyond our understanding, but the sure conclusion is that God made all things for his glory and for his purpose, including the human race, and we must worship and love him with all our might, with all our strength, with all our heart, and anything else of our being and our wealth and substance and power and glory—we owe all to him because all good things come from him, and sin comes from our hearts, which God only forgives for those he chooses to forgive, and the remainder God leaves to go to the eternal lake of fire to suffer sin upon sin without any pleasure nor joy nor purpose nor reason for existing except to glorify God in all their suffering because they chose Satan to be their god rather than the true God of the Bible. They loved that liar and murderer Satan, and God will give to those who love Satan the very thing that they love, Satan, to be their head and king for eternity in the eternal lake of fire. And the fire of that lake of humanity will be the lies that they always tell each other, because they have no truth in their hearts. The inhabitants of the eternal lake of fire will be absolutely unable to speak any truth because their hearts will contain absolutely not one grain of truth, not even the truth that they belong where they are, in the eternal lake of fire. They instead will be always coming to the conclusion that they do not belong there, simply because acknowledging that they belong in hell will simply agree with God who put them there, thereby only strengthening God's righteous act of putting them there in the first place. In hell they must oppose God who put them there, and consequently in opposing God they will always be opposed to all truth, in all the details of truth; consequently there can only be lies in their hearts as they oppose Truth himself, God Almighty Jesus Christ, the Ancient of Days from eternity past who goes simultaneously into eternity future, all at once. God inhabiteth all eternity always, because he is outside of time; he is the creator of time, and he can take time away. As we read:

592

Isa 57:15 For thus saith the high and lofty One that inhabiteth eternity, whose name is Holy; I dwell in the high and holy place, with him also that is of a contrite and humble spirit, to revive the spirit of the humble, and to revive the heart of the contrite ones.

Rev 10:6 And sware by him that liveth for ever and ever, who created heaven, and the things that therein are, and the earth, and the things that therein are, and the sea, and the things which are therein, that there should be time no longer:

So the ultimate super pattern seems to be eternity past before the creation of the universe and the earth, followed by 6000 years that ends in judgement on the great, universal, worldwide flood of Noah's day. Then a smaller pattern of 7000 years attaches to that super pattern starting just at the flood and going to our time now. Since Jesus enters into this 7000 year pattern at the 5000th year or so, then the period of time from the flood to Jesus return is probably understood as a period of silence in heaven as the true believers wondered whether when the messiah came that the kingdom of heaven would be ushered in, or would there would be further delay. The Jews of Jesus' time 2000 years ago did wonder whether when the messiah came if the kingdom would be ushered in. As we read:

Acts 1:6 ¶ When they therefore were come together, they asked of him, saying, Lord, wilt thou at this time restore again the kingdom to Israel?

7 And he said unto them, It is not for you to know the times or the seasons, which the Father hath put in his own power.

8 But ye shall receive power, after that the Holy Ghost is come upon you: and ye shall be witnesses unto me both in Jerusalem, and in all Judaea, and in Samaria, and unto the uttermost part of the earth.

This question of the disciples in Acts 1:6 above shows the wonder in their minds. This wonder is the essence of the half hour period of silence mentioned in Rev 8:1, which says:

Rev 8:1 ¶ And when he had opened the seventh seal, there was silence in heaven about the space of half an hour.

where we understand that that term "heaven" is referring to the true believers, who are the citizens of the Jesus' kingdom, the Kingdom of Heaven.

Notice verse 7 in Acts 1 above, which says "It is not for you to know the times or the seasons, which the Father hath put in his own power." That is God saying the same thing that he said to Daniel in Da 12:9, which says:

Da 12:9 And he said, Go thy way, Daniel: for the words are closed up and sealed till the time of the end.

This verse in Da 12:9 says "till the time of the end"; this means that at the time of the end God would reveal the timing before he comes. As we read:

593

Am 3:7 Surely the Lord GOD will do nothing, but he revealeth his secret unto his servants the prophets.

The following scriptures make clear that no man *knows* the day nor the hour that *Jesus* is to return:

Mt 24:36 But of that day and hour knoweth no *man*, no, not the angels of heaven, but my Father only.

Mt 24:50 The lord of that servant shall come in a day when he looketh not for *him*, and in an hour that he is not aware of,

Mt 25:13 Watch therefore, for ye know neither the day nor the hour wherein the Son of man cometh.

Mr 13:32 But of that day and *that* hour knoweth no man, no, not the angels which are in heaven, neither the Son, but the Father.

Lu 12:46 The lord of that servant will come in a day when he looketh not for *him*, and at an hour when he is not aware, and will cut him in sunder, and will appoint him his portion with the unbelievers.

There is a subtle distinction that needs to be made to resolve this apparent conflict between God revealing his actions to the true believers in Amos 3:7, and the above verses that say that no man knows the day nor the hour. The subtle distinction I am about to make removes this apparent conflict. Nevertheless, the appearance of the extent or extremity or size or magnitude or "bigness" of this conflict is great. This greatness comes from the phrase in Mt24:36 which says "no, not the angles of heaven". That phrase is again referring to the true believers; "angles" means messengers and the term "heaven" again refers to the kingdom of Jesus, the Kingdom of Heaven, where the true believers, the messengers of the Kingdom of Heaven that spread the true Gospel have their eternal citizenship.

Before I go into the subtle distinction that needs to be made to resolve this apparent conflict, the following passage clearly implies that the true believers do, from time to time, experience time-areas when they are somewhat expecting Jesus' return. That verse:

Hab 2:3 For the vision *is* yet for an appointed time, but at the end it shall speak, and not lie: though it tarry, wait for it; because it will surely come, it will not tarry.

Notice the phrase "though it tarry". That phrase is clearly implying that the true believers do have distinct speculations as to when Jesus should return, and Jesus gives the appearance of tarrying if those distinct speculations come and go and Jesus does not return at those times. Note though that even at those times when Jesus does not return outwardly, in the hearts of those who become saved when they hear the message of Jonah preached, "Yet 40 days and Nineveh will be destroyed", yet Jesus does enter into the hearts of those who become saved in response to those messages; so, in that sense Jesus does return at those times. Nevertheless, Jesus will return outwardly at the appointed time, as Hab 2:3 is mentioning, when the entire universe is destroyed and time is no more and the true believers inherit the new heaven and the new earth after all is burned up per 2Pe 3. 2Pe 3 says:

2Pe 3:1 ¶ This second epistle, beloved, I now write unto you, in *both* which I stir up your

594

pure minds by way of remembrance:

2 That ye may be mindful of the words which were spoken before by the holy prophets, and of the commandment of us the apostles of the Lord and Saviour:

3 ¶ Knowing this first, that there shall come in the last days scoffers, walking after their own lusts,

4 And saying, Where is the promise of his coming? for since the fathers fell asleep, all things continue as *they were* from the beginning of the creation.

5 For this they willingly are ignorant of, that by the word of God the heavens were of old, and the earth standing out of the water and in the water:

6 Whereby the world that then was, being overflowed with water, perished:

7 But the heavens and the earth, which are now, by the same word are kept in store, reserved unto fire against the day of judgment and perdition of ungodly men.

8 ¶ But, beloved, be not ignorant of this one thing, that one day *is* with the Lord as a thousand years, and a thousand years as one day.

9 ¶ The Lord is not slack concerning his promise, as some men count slackness; but is longsuffering to us-ward, not willing that any should perish, but that all should come to repentance.

10 But the day of the Lord will come as a thief in the night; in the which the heavens shall pass away with a great noise, and the elements shall melt with fervent heat, the earth also and the works that are therein shall be burned up.

11 ¶ *Seeing* then *that* all these things shall be dissolved, what manner *of persons* ought ye to be in *all* holy conversation and godliness,

12 Looking for and hasting unto the coming of the day of God, wherein the heavens being on fire shall be dissolved, and the elements shall melt with fervent heat?

13 Nevertheless we, according to his promise, look for new heavens and a new earth, wherein dwelleth righteousness.

14 Wherefore, beloved, seeing that ye look for such things, be diligent that ye may be found of him in peace, without spot, and blameless.

15 And account *that* the longsuffering of our Lord *is* salvation; even as our beloved brother Paul also according to the wisdom given unto him hath written unto you;

16 As also in all *his* epistles, speaking in them of these things; in which are some things hard to be understood, which they that are unlearned and unstable wrest, as *they do* also the other scriptures, unto their own destruction.

17 Ye therefore, beloved, seeing ye know *these things* before, beware lest ye also, being led away with the error of the wicked, fall from your own stedfastness.

18 But grow in grace, and in the knowledge of our Lord and Saviour Jesus Christ. To him *be* glory both now and for ever. Amen.

Another verse, in addition to Hab 2:3, that strongly suggests that the true believers are expecting a certain time when Jesus is to return is found in Hebrews 10. We read there:

Heb 10:24 And let us consider one another to provoke unto love and to good works:

25 Not forsaking the assembling of ourselves together, as the manner of some *is*; but exhorting *one another*: and so much the more, as ye see the day approaching.

That phrase "as ye see the day approaching" implies that the true believers have a strong idea when Jesus is likely to return.

595

This strong idea comes from the numbers of the Bible as those numbers interact with the calendar that we use today. Also that strong idea is supported further by scriptures such as:

Ps 102:25 Of old hast thou laid the foundation of the earth: and the heavens *are* the work of thy hands.

26 They shall perish, but thou shalt endure: yea, all of them shall wax old like a garment; as a vesture shalt thou change them, and they shall be changed:

27 But thou *art* the same, and thy years shall have no end.

28 The children of thy servants shall continue, and their seed shall be established before thee.

In Ps 102:26 we read that the earth will wear out as an old garment. Folks, we are living at that time when the earth is wearing out like a garment. Global warming is the signal that we are near the end of time. Pollution and unclean water is a signal that we are near the end of time. Landfills that fill up with cities having no place to put their trash is a signal that we are near the end of time. Consider also:

Mt 24:11 And many false prophets shall rise, and shall deceive many.

12 And because iniquity shall abound, the love of many shall wax cold.

13 But he that shall endure unto the end, the same shall be saved.

14 And this gospel of the kingdom shall be preached in all the world for a witness unto all nations; and then shall the end come.

The "love of many is waxing cold". This means that sin reigns everywhere around us, and hatred and lies. And when the world thinks that it has peace, that peace is a peace formed by lies and a hatred for truth. It is a peace where the world unites against God by hating those who have the truth, and loving those who do not care for the truth, but rather they hate the one true God of the Bible, which condemns most of mankind and who shall put most of mankind into hell or the eternal lake of fire for eternity. No wonder the world hates the truth and is uniting against the truth, because the Truth is going to put the world into the eternal lake of fire. Mankind against God, and God against mankind. As we read:

Pr 11:21¶ *Though* hand *join* in hand, the wicked shall not be unpunished: but the seed of the righteous shall be delivered.

Pr 16:5¶ Every one *that* is proud in heart *is* an abomination to the LORD: *though* hand *join* in hand, he shall not be unpunished.

Lu 16:15 And he said unto them, Ye are they which justify yourselves before men; but God knoweth your hearts: for that which is highly esteemed among men is abomination in the sight of God.

What man thinks is good, God despises, and that includes most of the human race, except for the small percentage that are true believers, whom God is saving. One large reason that the world hates the true believers is that God is only saving the true believers, and casting the remainder, most of the human race, into the trash heap of the eternal lake of fire to burn there for ever and ever. If the world can do anything to thwart God in his

596

work, the world will try everything and anything to so thwart God, because they hate God and God hates them. As we read:

Ps 5:5 The foolish shall not stand in thy sight: thou hatest all workers of iniquity.

Ps 92:7¶ When the wicked spring as the grass, and when all the workers of iniquity do flourish; *it is* that they shall be destroyed for ever:

Ps 92:9 For, lo, thine enemies, O LORD, for, lo, thine enemies shall perish; all the workers of iniquity shall be scattered.

So we now live in the end time when wickedness and sin are abounding and the love of many are waxing (growing) cold. But how confident may we be in concluding that we are near the end of time? As the Bible says:

Mt 24:36 But of that day and hour knoweth no *man*, no, not the angels of heaven, but my Father only.

How do we put together Heb 10:25:

Heb 10:25 Not forsaking the assembling of ourselves together, as the manner of some *is*; but exhorting *one another*: and so much the more, as ye see the day approaching.

and Mt 24:36 above that says we do not know the day nor the hour? Is the Bible contradicting itself. If this is the Word of God and if God can not lie, as the Bible says, then we have a real problem here unless we can resolve this apparent conflict and come to logical harmony and consistency; thereby discovering the integrity of the mind of God that wrote the Bible. Otherwise we are at a point of real difficulty.

Sometimes apparent conflicts show in the Bible that we in our life never resolve; but our faith, which is built by the Bible on the Bible teaches us to trust the Bible when we do not understand the Bible (this is similar to "though he slay me, yet will I trust him", as Job said)--nevertheless, in our life we should work hard to resolve apparent conflicts as we see them in the Bible *because* those apparent conflicts are locked doors behind which God has hidden great beauty to be discovered when the apparent conflict melts away as God gives us true and deep understanding by laboring in the Bib le *by comparing Bible verses with Bible verses and Bible concepts with Bible concepts to discover God's consistency and integrity--not everything involves a word for word comparison, sometimes we must think in types and figures and shadows and concepts and compare that way also:

Pro 25:2 ¶ *It is* the glory of God to conceal a thing; but the honour of kings *is* to search out a matter.

"Kings" are the true believers.

Rev 1:6 And hath made us kings and priests unto God and his Father; to him *be* glory and dominion for ever and ever. Amen.

So:

597

2Ti 2:15  Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.

Then you will have honor before God and man as Jesus works this work of studying the Bible in your life after his working and by his power in you:

Lu 2:52  And Jesus increased in wisdom and stature, and in favour with God and man.

Pr 3:4  So shalt thou find favour and good understanding in the sight of God and man.

So we are going to try to go through this door way that is apparently locked by an apparent conflict between not knowing the day and hour on one hand, and seeing the day approach on the other hand.  To resolve this apparent conflict is to open the lock on this door and to enter in and see great beauty by deep understanding given to us from the Bible as the Bible shows us the deep integrity and consistency of the mind of God, and so we will gain honor before God and man as Jesus by the Holy Spirit in us teaches us deep truths from the Bible that have been hidden from eternity past, but now God's time is to reveal this reveal God kindly blesses us so that he does reveal the desired truth to us.  You know, God only reveals truth when God's time has arrived to do that.  As we read:

Da 12:8  And I heard, but I understood not: then said I, O my Lord, what *shall be* the end of *these things*?

9  And he said, Go thy way, Daniel: for the words *are* closed up and sealed till the time of the end.

Is 42:9  Behold, the former things are come to pass, and new things do I declare: before they spring forth I tell you of them.

Am 3:7  Surely the Lord GOD will do nothing, but he revealeth his secret unto his servants the prophets.

Ge 6:13 ¶ And God said unto Noah, The end of all flesh is come before me; for the earth is filled with violence through them; and, behold, I will destroy them with the earth.

Ge 18:17  And the LORD said, Shall I hide from Abraham that thing which I do;

Joh 15:15  Henceforth I call you not servants; for the servant knoweth not what his lord doeth: but I have called you friends; for all things that I have heard of my Father I have made known unto you.

That phrase "all things" in Joh 15:15 must mean *all things that Jesus was directed to make known to us at that time*. It can not mean all things absolutely, or else that would contradict Da 12:9 and the time that we now live.  Remember, Jesus spoke in Acts 1:7 after he spoke in Joh 15:15:

Acts 1:7  And he said unto them, It is not for you to know the times or the seasons, which the Father hath put in his own power.

598

So clearly God does reveal truth, but strictly on his exact schedule, and only to whom he wishes, namely the true believers.  Furthermore, the non-elect will end up in hell or the eternal lake of fire without any truth or knowledge of God in their hearts.  The opposite of revelation is occurring to the non-elect; the non-elect are being made more and more blind to truth as truth is taken away from them until they have all truth taken away from them entirely.  Remember the principle from 1Cor 7:15 that the true believer--who has a spouse that insists on breaking the marriage--is called to peace so that, after a peaceful attempt to preserve the marriage, if the departing spouse continues to insist on breaking up the marriage, then the true believer is to let the departing spouse leave.  The spiritual picture that this involves is God giving the non-elect up to the sin that the non-elect want, which ultimately involves giving the non-elect up to Satan himself and all his lies and the great gulf away from the presence of God.  Therefore, since God is truth, the non-elect will have a great gulf separating them from all truth, since God is all truth.  So the non-elect can not have any truth in their hearts, or other words that great gulf would not be great.  Consider:

2Thes 2:9  Who shall be punished with everlasting destruction from the presence of the Lord, and from the glory of his power;

Lu 16:26  And beside all this, between us and you there is a great gulf fixed: so that they which would pass from hence to you cannot; neither can they pass to us, that *would come* from thence.

Notice that Lu 16:26 comes from the parable of the rich man and Lazarus.  Let us again consider that entire story, and ask the following questions about that story:
i) Did the rich man in hell ever speak one thing that is true?
--When he asked for water to be touched to his tongue, was the request granted?
--When he asked for someone to raise from the dead to warn his brethren about hell, was the rich man correct in his supposition that such an event would cause his brethren to believe?
--The rich man never admitted that he deserved to be where he was, because if he admitted that in *sincerity*, then he would have the beginnings of truth in his heart.

You see, God has taken all truth from his heart:

Lu 16:19 ¶ There was a certain rich man, which was clothed in purple and fine linen, and fared sumptuously every day:

20  And there was a certain beggar named Lazarus, which was laid at his gate, full of sores,

21  And desiring to be fed with the crumbs which fell from the rich man's table: moreover the dogs came and licked his sores.

22  And it came to pass, that the beggar died, and was carried by the angels into Abraham's bosom: the rich man also died, and was buried;

23  And in hell he lift up his eyes, being in torments, and seeth Abraham afar off, and Lazarus in his bosom.

24  And he cried and said, Father Abraham, have mercy on me, and send Lazarus, that he may dip the tip of his finger in water, and cool my tongue; for I am tormented in this

599

flame.
25 But Abraham said, Son, remember that thou in thy lifetime receivedst thy good things, and likewise Lazarus evil things: but now he is comforted, and thou art tormented.
26 And beside all this, between us and you there is a great gulf fixed: so that they which would pass from hence to you cannot; neither can they pass to us, that *would come* from thence.
27 Then he said, I pray thee therefore, father, that thou wouldest send him to my father's house:
28 For I have five brethren; that he may testify unto them, lest they also come into this place of torment.
29 Abraham saith unto him, They have Moses and the prophets; let them hear them.
30 And he said, Nay, father Abraham: but if one went unto them from the dead, they will repent.
31 And he said unto him, If they hear not Moses and the prophets, neither will they be persuaded, though one rose from the dead.

Not one spot truth exists within the heart of the rich man in hell. So the same will be the case for all members of the lake of fire for eternity.

But God is giving more and more truth to the true believers, until the true believers meet Truth Himself as their husband, and we, the one believers have our complete spiritual union with Jesus in heaven and we become fully one with Truth. We, the true believers will have all truth, and the non-elect in the eternal lake of fire will have no truth whatsoever. We will rest on our heads in the fatherly bosom of Jesus as Lazarus did as we rest in truth, which will set us free just as the Israelites were freed from Egypt, where we will experience the fullness of the freedom of truth in heaven, and the non-elect will have complete bondage, because they do not have even a spot of truth to set them free in the eternal lake of fire. And the Liar of liars, and Murderer of murders, Satan himself, will rule the non-elect in hell with every lying word of Satan's mouth. And the non-elect in hell must obey Satan, since Satan is the god that the non-elect chose when they rejected the true God of the Bible, since Satan is behind every religion and belief system of men. Only the truth from God out of the Bible saves. And the only people God is saving are the elect. And only the elect will be married to Truth, namely Jesus, as their husband. The non-elect in hell are, in effect, married to Lies, who is Satan. Truth can not have any lies, and Lies can not have any truth. Truth and His Bride will be completely faithful to each other, and they will not desire any relationship with the non-elect nor with Satan in hell. But the non-elect in hell will continually be thinking that they do not deserve to be in hell, and by that are actually lusting for adulterous escape from their husband Satan; though they will never be able to escape. That gulf fixed between heaven and hell will be infinite and absolute, really; the great gulf forms an absolute and perfect hermitic seal between heaven and hell separating all Truth from all Lies, respectively.

So, as God gives to his elect truth, he prepares the elect for heaven and their marriage with Truth at the Marriage Supper of the Lamb (Jesus marrying his Bride, the true believers). And in preparing the true believers and the elect God is teaching us what he is doing for these end times in which we now live and find ourselves, this time of global

600

warning and the time of the end of the entire universe when time will be no more, and the entire universe will be burned up as 2Pe 3 speaks.

The important principle for interpreting the Bible, besides comparing the Bible with the Bible, is in everything and in every subject the matter of looking to Jesus as the pattern behind whatever scripture or teaching we are considering is very important. Jesus is behind all truth, because he is Truth itself. And in the matter of the timing of the end, the pattern established by Jesus when he faced his own judgement day as he got closer and closer to the cross, and then finally ended on the cross indeed is a pattern we need to study and understand, Lord willing. The timing of when Jesus went to the cross was absolutely exact to the very second and moment that God had planed from eternity past. This must be so because of the infinite greatness of God's utterly absolute and yet utterly holy and pure sovereignty over all the universe and over all the details of mankind's actions, to the last detail of both inward thought and also of outward action of every human who ever existed or shall exist.

When we study the dates and timing of Jesus as he went to the cross, we must start with some knowledge of the passover, which God established during the exodus of the Israelites from Egypt. To review the passover we should read Exodus 10:24 through all of Exodus 12. That passage follows:

Ex 10:24 And Pharaoh called unto Moses, and said, Go ye, serve the LORD; only let your flocks and your herds be stayed: let your little ones also go with you.
25 And Moses said, Thou must give us also sacrifices and burnt offerings, that we may sacrifice unto the LORD our God.
26 Our cattle also shall go with us; there shall not an hoof be left behind; for thereof must we take to serve the LORD our God; and we know not with what we must serve the LORD, until we come thither.
27 But the LORD hardened Pharaoh's heart, and he would not let them go.
28 And Pharaoh said unto him, Get thee from me, take heed to thyself, see my face no more; for in *that* day thou seest my face thou shalt die.
29 And Moses said, Thou hast spoken well, I will see thy face again no more.
Ex 11:1 ¶ And the LORD said unto Moses, Yet will I bring one plague *more* upon Pharaoh, and upon Egypt; afterwards he will let you go hence: when he shall let you go, he shall surely thrust you out hence altogether.
2 Speak now in the ears of the people, and let every man borrow of his neighbour, and every woman of her neighbour, jewels of silver, and jewels of gold.
3 And the LORD gave the people favour in the sight of the Egyptians. Moreover the man Moses *was* very great in the land of Egypt, in the sight of Pharaoh's servants, and in the sight of the people.
4 ¶ And Moses said, Thus saith the LORD, About midnight will I go out into the midst of Egypt:
5 And all the firstborn in the land of Egypt shall die, from the firstborn of Pharaoh that sitteth upon his throne, even unto the firstborn of the maidservant that *is* behind the mill; and all the firstborn of beasts.
6 And there shall be a great cry throughout all the land of Egypt, such as there was none like it, nor shall be any more.
7 But against any of the children of Israel shall not a dog move his tongue, against man

601

or beast: that ye may know how that the LORD doth put a difference between the Egyptians and Israel.

8 And all these thy servants shall come down unto me, and bow down themselves unto me, saying, Get thee out, and all the people that follow thee: and after that I will go out. And he went out from Pharaoh in a great anger.

9 ¶ And the LORD said unto Moses, Pharaoh shall not hearken unto you; that my wonders may be multiplied in the land of Egypt.

10 And Moses and Aaron did all these wonders before Pharaoh: and the LORD hardened Pharaoh's heart, so that he would not let the children of Israel go out of his land.

Ex 12.1 ¶ And the LORD spake unto Moses and Aaron in the land of Egypt, saying,

2 This month *shall be* unto you the beginning of months: it *shall be* the first month of the year to you.

3 ¶ Speak ye unto all the congregation of Israel, saying, In the tenth *day* of this month they shall take to them every man a lamb, according to the house of *their* fathers, a lamb for an house:

4 And if the household be too little for the lamb, let him and his neighbour next unto his house take *it* according to the number of the souls; every man according to his eating shall make your count for the lamb.

5 Your lamb shall be without blemish, a male of the first year: ye shall take *it* out from the sheep, or from the goats:

6 And ye shall keep it up until the fourteenth day of the same month: and the whole assembly of the congregation of Israel shall kill it in the evening.

7 And they shall take of the blood, and strike *it* on the two side posts and on the upper door post of the houses, wherein they shall eat it.

8 And they shall eat the flesh in that night, roast with fire, and unleavened bread; *and* with bitter *herbs* they shall eat it.

9 Eat not of it raw, nor sodden at all with water, but roast *with* fire; his head with his legs, and with the purtenance thereof.

10 And ye shall let nothing of it remain until the morning; and that which remaineth of it until the morning ye shall burn with fire.

11 ¶ And thus shall ye eat it; *with* your loins girded, your shoes on your feet, and your staff in your hand; and ye shall eat it in haste: it *is* the LORD's passover.

12 For I will pass through the land of Egypt this night, and will smite all the firstborn in the land of Egypt, both man and beast; and against all the gods of Egypt I will execute judgment: I *am* the LORD.

13 And the blood shall be to you for a token upon the houses where ye *are*: and when I see the blood, I will pass over you, and the plague shall not be upon you to destroy *you*, when I smite the land of Egypt.

14 And this day shall be unto you for a memorial; and ye shall keep it a feast to the LORD throughout your generations; ye shall keep it a feast by an ordinance for ever.

15 Seven days shall ye eat unleavened bread; even the first day ye shall put away leaven out of your houses: for whosoever eateth leavened bread from the first day until the seventh day, that soul shall be cut off from Israel.

16 And in the first day *there shall be* an holy convocation, and in the seventh day there shall be an holy convocation to you; no manner of work shall be done in them, save *that* which every man must eat, that only may be done of you.

17 And ye shall observe *the feast of* unleavened bread; for in this selfsame day have I brought your armies out of the land of Egypt: therefore shall ye observe this day in

602

your generations by an ordinance for ever.

18 In the first *month*, on the fourteenth day of the month at even, ye shall eat unleavened bread, until the one and twentieth day of the month at even.

19 Seven days shall there be no leaven found in your houses: for whosoever eateth that which is leavened, even that soul shall be cut off from the congregation of Israel, whether he be a stranger, or born in the land.

20 Ye shall eat nothing leavened; in all your habitations shall ye eat unleavened bread.

21 ¶ Then Moses called for all the elders of Israel, and said unto them, Draw out and take you a lamb according to your families, and kill the passover.

22 And ye shall take a bunch of hyssop, and dip *it* in the blood that *is* in the bason, and strike the lintel and the two side posts with the blood that *is* in the bason; and none of you shall go out at the door of his house until the morning.

23 For the LORD will pass through to smite the Egyptians; and when he seeth the blood upon the lintel, and on the two side posts, the LORD will pass over the door, and will not suffer the destroyer to come in unto your houses to smite *you*.

24 And ye shall observe this thing for an ordinance to thee and to thy sons for ever.

25 And it shall come to pass, when ye be come to the land which the LORD will give you, according as he hath promised, that ye shall keep this service.

26 And it shall come to pass, when your children shall say unto you, What mean ye by this service?

27 That ye shall say, It *is* the sacrifice of the LORD's passover, who passed over the houses of the children of Israel in Egypt, when he smote the Egyptians, and delivered our houses. And the people bowed the head and worshipped.

28 And the children of Israel went away, and did as the LORD had commanded Moses and Aaron, so did they.

29 ¶ And it came to pass, that at midnight the LORD smote all the firstborn in the land of Egypt, from the firstborn of Pharaoh that sat on his throne unto the firstborn of the captive that *was* in the dungeon; and all the firstborn of cattle.

30 And Pharaoh rose up in the night, he, and all his servants, and all the Egyptians; and there was a great cry in Egypt; for *there was* not a house where *there was* not one dead.

31 ¶ And he called for Moses and Aaron by night, and said, Rise up, *and* get you forth from among my people, both ye and the children of Israel; and go, serve the LORD, as ye have said.

32 Also take your flocks and your herds, as ye have said, and be gone; and bless me also.

33 And the Egyptians were urgent upon the people, that they might send them out of the land in haste; for they said, We *be* all dead *men*.

34 And the people took their dough before it was leavened, their kneadingtroughs being bound up in their clothes upon their shoulders.

35 And the children of Israel did according to the word of Moses; and they borrowed of the Egyptians jewels of silver, and jewels of gold, and raiment:

36 And the LORD gave the people favour in the sight of the Egyptians, so that they lent unto them *such things as they required*. And they spoiled the Egyptians.

37 ¶ And the children of Israel journeyed from Rameses to Succoth, about six hundred thousand on foot *that were* men, beside children.

38 And a mixed multitude went up also with them; and flocks, and herds, *even* very much cattle.

39 And they baked unleavened cakes of the dough which they brought forth out of

603

Egypt, for it was not leavened; because they were thrust out of Egypt, and could not tarry, neither had they prepared for themselves any victual.

40 Now the sojourning of the children of Israel, who dwelt in Egypt, *was* four hundred and thirty years.

41 And it came to pass at the end of the four hundred and thirty years, even the selfsame day *it came* to pass, that all the hosts of the LORD went out from the land of Egypt.

42 It *is* a night to be much observed unto the LORD for bringing them out from the land of Egypt: this *is* that night of the LORD to be observed of all the children of Israel in their generations.

43 ¶ And the LORD said unto Moses and Aaron, This *is* the ordinance of the passover: There shall no stranger eat thereof:

44 But every man's servant that is bought for money, when thou hast circumcised him, then shall he eat thereof.

45 A foreigner and an hired servant shall not eat thereof.

46 In one house shall it be eaten; thou shalt not carry forth ought of the flesh abroad out of the house; neither shall ye break a bone thereof.

47 All the congregation of Israel shall keep it.

48 And when a stranger shall sojourn with thee, and will keep the passover to the LORD, let all his males be circumcised, and then let him come near and keep it; and he shall be as one that is born in the land: for no uncircumcised person shall eat thereof.

49 One law shall be to him that is homeborn, and unto the stranger that sojourneth among you.

50 Thus did all the children of Israel; as the LORD commanded Moses and Aaron, so did they.

51 And it came to pass the selfsame day, *that* the LORD did bring the children of Israel out of the land of Egypt by their armies.

The first passover is recorded in the above passage, from Ex 10:24 through Ex 12:51 above. God establishes specific calendar dates to commemorate the passover in Ex 12:3, Ex 12:6-7, and Ex 12:18-19. In order to interpret these verses correctly, we must understand that God in Genesis chapter 1 counts each 24 hour period by starting with the evening and ending with the morning. In other words, a new day in the Jewish calendar starts at evening and ends at the next evening. In the Roman calendar each day starts and ends at midnight. But we are working with the Jewish system of time recognition for the purposes of discerning the timing of the passover, not the Roman system, so each day ends and starts at evening time. Ex 12:3 says that the lamb for the passover is to be chosen out on the 10th day of the first month of the Jewish calendar. Ex 12:6 says that the lamb shall be killed at evening time on the 14th day of that month. We see from Ex 12:7 that the Israelites were to eat the passover at *night*, and we see from Ex 12:18 that the eating is to begin at evening on the 14th day of the month. Taking these verses together we must conclude that the Jews on the 13th day of the month, just before the 13th day of the month became the 14th day by the transition to the evening, they were to get ready to kill the passover lamb. And when the evening come that marked the 14th day, then they were to kill the passover lamb and the make that meal and to eat that meal that night. Verse Ex 12:19 makes clear that these days of eating shall last a total of 7 days. This means that this feast eating shall end after the end of the 20th when the evening arrives to transition to the 21st day, sometime into the 21st day to equal 24 hours times 7 days of feasting. Notice the term "unleavened bread" in Ex 12:18: because of this

604

restriction of eating only unleavened bread during the 7 passover days, this feast is also called the "days of unleavened bread", as we see:

2Ch 35:17 And the children of Israel that were present kept the passover at that time, and the feast of unleavened bread seven days.

Technically, the first day of these seven days is the passover, and the remaining 6 days are merely days of unleavened bread, to make the feast last a total of 7 days exactly.

With these dates in view, now we are ready to study the events of the passover leading to the cross of Jesus and his resurrection, as recorded in the New Testament. We are going to reference the following New Testament texts: Mt 26:17 through Mt 27:66, and Lu 23:50-56 in the following discussion. So those Bible texts are quoted next:

Mt 26:17 ¶ Now the first day *of the feast of* unleavened bread the disciples came to Jesus, saying unto him, Where wilt thou that we prepare for thee to eat the passover? [Here we are actually nearing the end of the 13th and the disciples are noting that the evening is coming on which the 14th will start, which is when the passover is to be eaten]

18 And he said, Go into the city to such a man, and say unto him, The Master saith, My time is at hand; I will keep the passover at thy house with my disciples.

19 And the disciples did as Jesus had appointed them; and they made ready the passover.

20 Now when the even was come, he sat down with the twelve. [When evening is come, we have just entered into the calendar date of the 14th, per the requirements of Ex 12, the day on which the passover lamb is to be eaten. When we get to the discussion below, we will see that this day, the 14th, had to be a Thursday.]

21 And as they did eat, he said, Verily I say unto you, that one of you shall betray me.

22 And they were exceeding sorrowful, and began every one of them to say unto him, Lord, is it I?

23 And he answered and said, He that dippeth *his* hand with me in the dish, the same shall betray me.

24 The Son of man goeth as it is written of him: but woe unto that man by whom the Son of man is betrayed! it had been good for that man if he had not been born.

25 Then Judas, which betrayed him, answered and said, Master, is it I? He said unto him, Thou hast said.

26 ¶ And as they were eating, Jesus took bread, and blessed *it,* and brake *it,* and gave *it* to the disciples, and said, Take, eat; this is my body.

27 And he took the cup, and gave thanks, and gave *it* to them, saying, Drink ye all of it;

28 For this is my blood of the new testament, which is shed for many for the remission of sins.

29 But I say unto you, I will not drink henceforth of this fruit of the vine, until that day when I drink it new with you in my Father's kingdom.

30 And when they had sung an hymn, they went out into the mount of Olives.

31 ¶ Then saith Jesus unto them, All ye shall be offended because of me this night: for it is written, I will smite the shepherd, and the sheep of the flock shall be scattered abroad.

32 But after I am risen again, I will go before you into Galilee.

33 Peter answered and said unto him, Though all *men* shall be offended because of thee, *yet* will I never be offended.

34 Jesus said unto him, Verily I say unto thee, That this night, before the cock crow, thou shalt deny me thrice.

35 Peter said unto him, Though I should die with thee, yet will I not deny thee. Likewise also said all the disciples.

36 ¶ Then cometh Jesus with them unto a place called Gethsemane, and saith unto the disciples, Sit ye here, while I go and pray yonder.

37 And he took with him Peter and the two sons of Zebedee, and began to be sorrowful and very heavy.

38 Then saith he unto them, My soul is exceeding sorrowful, even unto death: tarry ye here, and watch with me.

39 And he went a little further, and fell on his face, and prayed, saying, O my Father, if it be possible, let this cup pass from me: nevertheless not as I will, but as thou *wilt*.

40 And he cometh unto the disciples, and findeth them asleep, and saith unto Peter, What, could ye not watch with me one hour?

41 Watch and pray, that ye enter not into temptation: the spirit indeed is willing, but the flesh is weak.

42 He went away again the second time, and prayed, saying, O my Father, if this cup may not pass away from me, except I drink it, thy will be done.

43 And he came and found them asleep again: for their eyes were heavy.

44 And he left them, and went away again, and prayed the third time, saying the same words.

45 Then cometh he to his disciples, and saith unto them, Sleep on now, and take *your* rest: behold, the hour is at hand, and the Son of man is betrayed into the hands of sinners.

46 Rise, let us be going: behold, he is at hand that doth betray me.

47 ¶ And while he yet spake, lo, Judas, one of the twelve, came, and with him a great multitude with swords and staves, from the chief priests and elders of the people.

48 Now he that betrayed him gave them a sign, saying, Whomsoever I shall kiss, that same is he: hold him fast.

49 And forthwith he came to Jesus, and said, Hail, master; and kissed him.

50 And Jesus said unto him, Friend, wherefore art thou come? Then came they, and laid hands on Jesus, and took him.

51 And, behold, one of them which were with Jesus stretched out *his* hand, and drew his sword, and struck a servant of the high priest's, and smote off his ear.

52 Then said Jesus unto him, Put up again thy sword into his place: for all they that take the sword shall perish with the sword.

53 Thinkest thou that I cannot now pray to my Father, and he shall presently give me more than twelve legions of angels?

54 But how then shall the scriptures be fulfilled, that thus it must be?

55 In that same hour said Jesus to the multitudes, Are ye come out as against a thief with swords and staves for to take me? I sat daily with you teaching in the temple, and ye laid no hold on me.

56 But all this was done, that the scriptures of the prophets might be fulfilled. Then all the disciples forsook him, and fled.

57 ¶ And they that had laid hold on Jesus led *him* away to Caiaphas the high priest, where the scribes and the elders were assembled.

58 But Peter followed him afar off unto the high priest's palace, and went in, and sat with the servants, to see the end.

59 Now the chief priests, and elders, and all the council, sought false witness against Jesus, to put him to death;

60 But found none: yea, though many false witnesses came, yet found they none. At the last came two false witnesses,

61 And said, This *fellow* said, I am able to destroy the temple of God, and to build it in three days.

62 And the high priest arose, and said unto him, Answerest thou nothing? what *is it* which these witness against thee?

63 But Jesus held his peace. And the high priest answered and said unto him, I adjure thee by the living God, that thou tell us whether thou be the Christ, the Son of God.

64 Jesus saith unto him, Thou hast said: nevertheless I say unto you, Hereafter shall ye see the Son of man sitting on the right hand of power, and coming in the clouds of heaven.

65 Then the high priest rent his clothes, saying, He hath spoken blasphemy; what further need have we of witnesses? behold, now ye have heard his blasphemy.

66 What think ye? They answered and said, He is guilty of death.

67 Then did they spit in his face, and buffeted him; and others smote *him* with the palms of their hands,

68 Saying, Prophesy unto us, thou Christ, Who is he that smote thee?

69 ¶ Now Peter sat without in the palace: and a damsel came unto him, saying, Thou also wast with Jesus of Galilee.

70 But he denied before them all, saying, I know not what thou sayest.

71 And when he was gone out into the porch, another *maid* saw him, and said unto them that were there, This *fellow* was also with Jesus of Nazareth.

72 And again he denied with an oath, I do not know the man.

73 And after a while came unto him they that stood by, and said to Peter, Surely thou also art one of them; for thy speech bewrayeth thee.

74 Then began he to curse and to swear, *saying,* I know not the man. And immediately the cock crew.

75 And Peter remembered the word of Jesus, which said unto him, Before the cock crow, thou shalt deny me thrice. And he went out, and wept bitterly.

M 27:1 ¶ When the morning was come, all the chief priests and elders of the people took counsel against Jesus to put him to death:

[The daylight of the 14th arrives here, still a Thursday.]

2 And when they had bound him, they led *him* away, and delivered him to Pontius Pilate the governor.

3 Then Judas, which had betrayed him, when he saw that he was condemned, repented himself, and brought again the thirty pieces of silver to the chief priests and elders,

4 Saying, I have sinned in that I have betrayed the innocent blood. And they said, What *is that* to us? see thou *to that.*

5 And he cast down the pieces of silver in the temple, and departed, and went and hanged himself.

6 And the chief priests took the silver pieces, and said, It is not lawful for to put them into the treasury, because it is the price of blood.

7 And they took counsel, and bought with them the potter's field, to bury strangers in.

8 Wherefore that field was called, The field of blood, unto this day.

607

9 Then was fulfilled that which was spoken by Jeremy the prophet, saying, And they took the thirty pieces of silver, the price of him that was valued, whom they of the children of Israel did value;

10 And gave them for the potter's field, as the Lord appointed me.

11 ¶ And Jesus stood before the governor: and the governor asked him, saying, Art thou the King of the Jews? And Jesus said unto him, Thou sayest.

12 And when he was accused of the chief priests and elders, he answered nothing.

13 Then said Pilate unto him, Hearest thou not how many things they witness against thee?

14 And he answered him to never a word; insomuch that the governor marvelled greatly.

15 Now at that feast the governor was wont to release unto the people a prisoner, whom they would.

16 And they had then a notable prisoner, called Barabbas.

17 Therefore when they were gathered together, Pilate said unto them, Whom will ye that I release unto you? Barabbas, or Jesus which is called Christ?

18 For he knew that for envy they had delivered him.

19 ¶ When he was set down on the judgment seat, his wife sent unto him, saying, Have thou nothing to do with that just man: for I have suffered many things this day in a dream because of him.

20 But the chief priests and elders persuaded the multitude that they should ask Barabbas, and destroy Jesus.

21 The governor answered and said unto them, Whether of the twain will ye that I release unto you? They said, Barabbas.

22 Pilate saith unto them, What shall I do then with Jesus which is called Christ? They all say unto him, Let him be crucified.

23 And the governor said, Why, what evil hath he done? But they cried out the more, saying, Let him be crucified.

24 ¶ When Pilate saw that he could prevail nothing, but that rather a tumult was made, he took water, and washed his hands before the multitude, saying, I am innocent of the blood of this just person: see ye to it.

25 Then answered all the people, and said, His blood be on us, and on our children.

26 ¶ Then released he Barabbas unto them: and when he had scourged Jesus, he delivered him to be crucified.

27 Then the soldiers of the governor took Jesus into the common hall, and gathered unto him the whole band of soldiers.

28 And they stripped him, and put on him a scarlet robe.

29 ¶ And when they had platted a crown of thorns, they put it upon his head, and a reed in his right hand: and they bowed the knee before him, and mocked him, saying, Hail, King of the Jews!

30 And they spit upon him, and took the reed, and smote him on the head.

31 And after that they had mocked him, they took the robe off from him, and put his own raiment on him, and led him away to crucify him.

32 And as they came out, they found a man of Cyrene, Simon by name: him they compelled to bear his cross.

33 ¶ And when they were come unto a place called Golgotha, that is to say, a place of a skull,

34 They gave him vinegar to drink mingled with gall: and when he had tasted thereof, he would not drink.

608

35 And they crucified him, and parted his garments, casting lots: that it might be fulfilled which was spoken by the prophet, They parted my garments among them, and upon my vesture did they cast lots.

36 And sitting down they watched him there;

37 And set up over his head his accusation written, THIS IS JESUS THE KING OF THE JEWS.

38 Then were there two thieves crucified with him, one on the right hand, and another on the left.

39 And they that passed by reviled him, wagging their heads,

40 And saying, Thou that destroyest the temple, and buildest it in three days, save thyself. If thou be the Son of God, come down from the cross.

41 Likewise also the chief priests mocking him, with the scribes and elders, said,

42 He saved others; himself he cannot save. If he be the King of Israel, let him now come down from the cross, and we will believe him.

43 He trusted in God; let him deliver him now, if he will have him: for he said, I am the Son of God.

44 The thieves also, which were crucified with him, cast the same in his teeth.

45 Now from the sixth hour there was darkness over all the land unto the ninth hour.

46 And about the ninth hour Jesus cried with a loud voice, saying, Eli, Eli, lama sabachthani? that is to say, My God, my God, why hast thou forsaken me?

47 Some of them that stood there, when they heard that, said, This man calleth for Elias.

48 And straightway one of them ran, and took a spunge, and filled it with vinegar, and put it on a reed, and gave him to drink.

49 The rest said, Let be, let us see whether Elias will come to save him.

50 ¶ Jesus, when he had cried again with a loud voice, yielded up the ghost.

[At this point we are at the 9th hour as verse 46 above says, and we are nearing the end of the daylight, the 14th having only three hours remaining of daylight before the 15th starts at dusk.]

51 And, behold, the veil of the temple was rent in twain from the top to the bottom; and the earth did quake, and the rocks rent;

52 And the graves were opened; and many bodies of the saints which slept arose,

53 And came out of the graves after his resurrection, and went into the holy city, and appeared unto many.

54 Now when the centurion, and they that were with him, watching Jesus, saw the earthquake, and those things that were done, they feared greatly, saying, Truly this was the Son of God.

55 And many women were there beholding afar off, which followed Jesus from Galilee, ministering unto him:

56 Among which was Mary Magdalene, and Mary the mother of James and Joses, and the mother of Zebedee's children.

57 ¶ When the even was come, there came a rich man of Arimathaea, named Joseph, who also himself was Jesus' disciple:

[When evening or dusk arrives we have entered into the 15th, a Friday. So during the night of the Jewish Friday Joseph of Arimathaea buries Jesus during the night of the 15th, a little more than 3 hours after Jesus died late Thursday afternoon. To continue the time line leading up to the resurrection of Jesus, from this point we need to jump to Lu 23:50 where we have Joseph of Arimathaea mentioned again. From that Luke passage we see that Joseph of Arimathaea buries Jesus the day just before the Jewish

609

Sabbath--this establishes that Jesus was indeed buried on a Friday, and that he died on Thursday. It is by this reasoning backwards from Lu 23:50-56 that we can determine the days of the week for the death and resurrection of Jesus.

58 He went to Pilate, and begged the body of Jesus. Then Pilate commanded the body to be delivered.
59 And when Joseph had taken the body, he wrapped it in a clean linen cloth,
60 And laid it in his own new tomb, which he had hewn out in the rock: and he rolled a great stone to the door of the sepulchre, and departed.
61 And there was Mary Magdalene, and the other Mary, sitting over against the sepulchre.
62 Now the next day, that followed the day of the preparation, the chief priests and Pharisees came together unto Pilate,

[At this point we have entered into the *daylight* of the 15th, just after Joseph of Arimathea had buried Jesus' body that previous night. Here the Jews are doing the task of asking Pilate and putting a watch at the tomb of Jesus.]

63 Saying, Sir, we remember that that deceiver said, while he was yet alive, After three days I will rise again.
64 Command therefore that the sepulchre be made sure until the third day, lest his disciples come by night, and steal him away, and say unto the people, He is risen from the dead: so the last error shall be worse than the first.
65 Pilate said unto them, Ye have a watch: go your way, make *it* as sure as ye can.
66 So they went, and made the sepulchre sure, sealing the stone, and setting a watch.

And Luke:

Lu 23:50 ¶ And, behold, *there was* a man named Joseph, a counsellor; *and he was* a good man, and a just:
51 (The same had not consented to the counsel and deed of them;) *he was* of Arimathaea, a city of the Jews: who also himself waited for the kingdom of God.
52 This *man* went unto Pilate, and begged the body of Jesus.
53 And he took it down, and wrapped it in linen, and laid it in a sepulchre that was hewn in stone, wherein never man before was laid.
54 And that day was the preparation, and the sabbath drew on.
55 And the women also, which came with him from Galilee, followed after, and beheld the sepulchre, and how his body was laid.
56 And they returned, and prepared spices and ointments; and rested the sabbath day according to the commandment.
[Here we have arrived at the 16th of the month on the Jewish Sabbath.]

In Mt 26:17 we see the first day of the feast of unleavened bread mentioned. At evening in Mt 26:20 Jesus sits down with the disciples to eat the passover, this is the first hour of the 7 days of feasting, and that first new day being passover day, and the date is the 14th of the 1st month of the Jewish calendar, per the calendar requirements of Ex 12. In Mt 27:1 we see that the daylight of the 14th arrives. Still during the daylight of the 14th we see that Jesus in Mt 27:46-50 dies at about the 9th hour, or 3pm Roman time that afternoon of the 14th. In Mt 27:57 we see the transition at evening to the 15th day of the month when Joseph of Arimathaea takes the body of Jesus. In Mt 27:62-66 we see during the following daylight of the 15th, just after Jesus was buried, the Pharisees seek

610

to put a guard or watch over the tomb to ensure that the disciples will not steal the body. To get a complete idea of the timing through to his resurrection, we must now go to Luke. Notice in Luke 23:50-56 that Jesus was buried on the day just before the Jewish sabbath by Joseph of Arimathaea, on the day of the 15th. This means that the Jewish sabbath, a Saturday, was the 16th. So the 15th was a Friday and the 14th was a Thursday. Jesus was crucified on Thursday the 14th at the 9th hour Jewish time (3pm Roman time). Jesus was buried sometime during the evening of the 15th by Joseph of Arimathaea, on Friday; remember, the Jewish day *starts* with the evening, per the language of Genesis 1. Then on the next day, which began when evening arrived we have the day of the 16th, evening and morning, again thinking per the language of Genesis 1, evening and morning. Now Lu 23:55-56 says very clearly that the women rested on the sabbath day according to the commandment.

To get a handle on the timing of the resurrection of Jesus, consider that we have already established that he died at around the 9th Jewish hour on Thursday, or 3pm Roman time. 24 hours later would take us to 3pm Roman time on Friday. Another 24 hours would take us to 3pm Roman time on Saturday, the Jewish Sabbath. Another 24 hours would take us to 3pm Roman time on Sunday. Now, we know from the Bible that Jesus rose early Sunday morning, so if we subtract 12 hours--to represent again a symbolic half-hour, in this case a half-day, of uncertainty as Rev 8:1 speaks of a half hour of silence in heaven--then we move back in time to 3am Roman time Sunday morning. This would fit the Bible's language perfectly if Jesus rose 3am Roman time on Sunday morning.

As we read in Lu 24:1-9:

Lu 24:1 ¶ Now upon the first *day* of the week, very early in the morning, they came unto the sepulchre, bringing the spices which they had prepared, and certain *others* with them.
2 And they found the stone rolled away from the sepulchre.
3 And they entered in, and found not the body of the Lord Jesus.
4 And it came to pass, as they were much perplexed thereabout, behold, two men stood by them in shining garments:
5 And as they were afraid, and bowed down *their* faces to the earth, they said unto them, Why seek ye the living among the dead?
6 He is not here, but is risen: remember how he spake unto you when he was yet in Galilee,
7 Saying, The Son of man must be delivered into the hands of sinful men, and be crucified, and the third day rise again.
8 And they remembered his words,
9 And returned from the sepulchre, and told all these things unto the eleven, and to all the rest.

Notice that after 48 hours starting from 3pm Roman time on Thursday, the moment Jesus died, we move forward 48 hours to 3pm Roman time on Saturday. At this point we have had a full two days. The next moment we have entered into the *third day* of being dead. At 3am Sunday Jesus resurrects from the dead with the tomb stone simply moving out of the way and the solders fainting as dead men when Jesus comes out, Jesus probably shining as the sun. The Bible is exactly correct when it says that he would rise again on the third day, as Lu 24:7 above speaks. We are exactly half

611

way into the third day when he rises again—he did rise *on* the third day, *not after* the third day, and not *before* the third day. The calendar date would be the 17th of the month, since we already reasoned earlier above that the Sabbath that the women rested was the 16th.

At this point of Jesus' resurrection we are 9 hours into the evening of the Jewish Sunday, and 3 hours into the Roman Sunday, the Roman Sunday starting at midnight, and the Jewish Sunday having started 6 hours earlier at dusk. Since the Jewish worship system established by the Old Testament involving animal sacrifices was ended when Jesus died on the cross as the only true sacrifice that takes away sin, and the temple veil was rent or torn, then God is also ending the Jewish method of recognizing time and converting over to the Roman method of recognizing time, since God is preparing to send forth the true Gospel to the entire world of the gentiles. This means that our days start and end at midnight per Roman time, not at dusk the way the Jews did.

Also the Jewish sabbath has ended and the new Sunday Sabbath has been established by the resurrection of Jesus at 3am Sunday morning. This change of sabbath day is seen clearly (I was taught this by a fine Bible teacher; but we can verify it ourselves by merely checking the Bible out ourselves, which we are now doing) in Mt 28:1, Mr 16:1-2, and John 20:1-2.

We need to look at the Greek to get a handle on the change of the Sabbath from Saturday to Sunday, so the Strong's numbers are exposed.

Mt 28:1 ¶ In the end <1161> <3796> of the sabbath <4521>, as it began to dawn <2020> (5723) toward <1519> the first <3391> day of the week <4521>, came <2064> (5627) Mary <3137> Magdalene <3094> and <2532> the other <243> Mary <3137> to see <2334> (5658) the sepulchre <5028>.

Mr 16:1 ¶ And <2532> when <1230> <P> the sabbath <4521> was past <1230> (5637), Mary <3137> Magdalene <3094>, and <2532> Mary <3137> the *mother* <3384> of James <2385>, and <2532> Salome <4539>, had bought <59> (5656) sweet spices <759>, that <2443> they might come <2064> (5631) and anoint <218> (5661) him <846>.

Mr 16:2 And <2532> very <3029> early in the morning <4404> the first <3391> *day* of the week <4521>, they came <2064> (5736) unto <1909> the sepulchre <3419> at the rising <393> (5660) of the sun <2246>.

Joh 20:1 ¶ <1161> The first <3391> *day* of the week <4521> cometh <2064> (5736) Mary <3137> Magdalene <3094> early <4404>, when it was <5607> (5752) yet <2089> dark <4653>, unto <1519> the sepulchre <3419>, and <2532> seeth <991> (5719) the stone <3037> taken away <142> (5772) from <1537> the sepulchre <3419>.

The Greek word <4521> is translated "sabbath day" 37 times, "sabbath" 22 times, and "week" only 9 times throughout the Greek of the King James Bible New Testament. My assertion is that this word should never be translated "week"; it was translated "week" only 9 times throughout the entire New Testament, and a total of 59 times it is translated "sabbath day" also throughout the entire New Testament. Those 9 times it is translated into "week" are invalid; those 9 occurrences should rather be translated into the

612

word "sabbath" also. When we consider Mt 28:1, notice that the first occurrence of <4521> the translation in the King James Bible is into the English word "sabbath". The next occurrence of the word <4521> also in Mt 28:1 the translation in the King James Bible is into the English word "week". This is an error in the translation this error is clearly perceived simply by observing that the spiritual meaning is being badly obscured by this errant translation. What is that spiritual meaning? It has all together to do with the change in sabbath from Saturday to Sunday, from the last day of the week to the first day of the week. This change from Saturday to Sunday such that Sunday is now the Christian sabbath is established by the Bible, the Word of God, and clearly seen as so established when we translate Mt 28:1 as follows:

Mt 28:1 ¶ In the end <1161> <3796> of the sabbath <4521>, as it began to dawn <2020> (5723) toward <1519> the first <3391> *day of the sabbath* <4521>, came <2064> (5627) Mary <3137> Magdalene <3094> and <2532> the other <243> Mary <3137> to see <2334> (5658) the sepulchre <5028>.

In other words, we have two occurrences of the word <4521> for "sabbath" with both occurring in Mt 28:1, and the meaning of the sentence in Mt 28:1 becomes clear. But before I state that clear meaning, note that a Greek Interlinear Bible I have entitled "The Interlinear Greek-English NEW TESTAMENT" and subtitled "With Strong's Concordance Numbers Above Each Word" by Hendrickson Publishers, which is one volume of a four volume set entitled "The Interlinear Hebrew-Greek-English Bible", Second Edition 1985, with ISBN number 0913573-30-2, shows that both occurrences of <4521> are plural forms in the Greek. In other words, these words should be translated into the English using the plural English form: "sabbaths". Using a digital camera, the following image is from that interlinear showing Mt 28:1. In this image we clearly see that the Greek word for Sabbath is plural, since it is indeed translated into the plural forms of the English word "sabbaths". The image:



The clear spiritual meaning is that the old system of sabbaths was ending, and the new system of sabbaths is beginning, namely the Christian Sunday Sabbath, the first day of

613

the week.

This same spiritual meaning is supported by Mark 16:2 again where the plural form of the word <4521> occurs wrongly translated into the word "week". It also should be translated into the word "sabbaths". Also John 20:1 shows this same meaning again where the word "week" is the plural form for the word <4521> and should be translated into the word "sabbaths" in the English, not the word "week". With this understanding we now clearly see why the church worships on Sunday, the first day of the week, because God in the Bible established that to be the new system of sabbaths for the Christian Church until the Lord returns.

So when Jesus rose again on the 17th day of the first month of the Jewish calendar, he thereby established the new Sabbath as a day of sending forth the true Gospel that brings resurrection life into those who hear the life in those words by the power of the Holy Spirit to cause spiritual life in the hearts of those who believe unto born-above salvation.

Consider Ex 12 further. Did you notice in Ex 12 that the 10th day of the first month the passover lamb was *chosen*?

Ex 12:3 Speak ye unto all the congregation of Israel, saying, In the tenth *day* of this month they shall take to them every man a lamb, according to the house of *their* fathers, a lamb for an house:

On that day the determination of death was made for that lamb, to be later slain (at the end of the 13th or beginning of the 14th?) and eaten on the evening of the 14th day of the first Jewish month.

With this in view we need to further consider the events leading up to the passover in the life of Jesus. The Bible's language seems to be ambiguous in reference to when the passover starts in the sense that *preparation* for the passover meal occurs *before* the passover meal, and some references seem to refer to the day of preparation, and some seem to refer to the day of the passover itself. With this ambiguity in view so that you take what I am about to say with a grain of salt (an English idiom that means with some doubt or uncertainty), then I am making the assumption that John 12:1, quoted next, is referring to 6 days before the passover day itself (the 14th day of the first Jewish month per Ex 12). John 12:1 says:

John 12:1 ¶ Then Jesus six days before the passover came to Bethany, where Lazarus was which had been dead, whom he raised from the dead.

Then from John 12:1 we have a reference point arriving at the 8th day of the first Jewish month, since 14-6=8, where the 14th is the passover day proper. From that verse, John 12:1, we may see that the day of Jesus Triumphal Entry in John 12:12-19 involving branches of palm trees must have been on the 9th day of the first Jewish month. So John 12:1-19 is quoted next:

Joh 12:1 ¶ Then Jesus six days before the passover came to Bethany, where Lazarus was

614

which had been dead, whom he raised from the dead.
2 There they made him a supper; and Martha served: but Lazarus was one of them that sat at the table with him.
3 Then took Mary a pound of ointment of spikenard, very costly, and anointed the feet of Jesus, and wiped his feet with her hair: and the house was filled with the odor of the ointment.
4 Then saith one of his disciples, Judas Iscariot, Simon's son, which should betray him,
5 Why was not this ointment sold for three hundred pence, and given to the poor?
6 This he said, not that he cared for the poor; but because he was a thief, and had the bag, and bare what was put therein.
7 Then said Jesus, Let her alone: against the day of my burying hath she kept this.
8 For the poor always ye have with you; but me ye have not always.
9 Much people of the Jews therefore knew that he was there: and they came not for Jesus' sake only, but that they might see Lazarus also, whom he had raised from the dead.
10 But the chief priests consulted that they might put Lazarus also to death;
11 Because that by reason of him many of the Jews went away, and believed on Jesus.
12 ¶ On the next day much people that were come to the feast, when they heard that Jesus was coming to Jerusalem,
13 Took branches of palm trees, and went forth to meet him, and cried, Hosanna: Blessed *is* the King of Israel that cometh in the name of the Lord.
14 And Jesus, when he had found a young ass, sat thereon; as it is written,
15 Fear not, daughter of Sion: behold, thy King cometh, sitting on an ass's colt.
16 These things understood not his disciples at the first: but when Jesus was glorified, then remembered they that these things were written of him, and *that* they had done these things unto him.
17 The people therefore that was with him when he called Lazarus out of his grave, and raised him from the dead, bare record.
18 For this cause the people also met him, for that they heard that he had done this miracle.
19 The Pharisees therefore said among themselves, Perceive ye how ye prevail nothing? behold, the world is gone after him.

Then, if we jump over to Mt 21 where the Triumphal Entry is again mentioned, we may reason (further to arrive on the 10th day of the first Jewish month, with many important things happening on that day. My assertion is in fact that from Mt 21:17 through Mt 25 the recorded events occur on the 10th day of the first Jewish month. In all of this text from Mt 21 through Mt 25 we have many events by which Jesus provokes the Jews to kill him. In Mt 21:1-11, on the 9th, we have the Triumphal Entry, which disturbs the Pharisees as from Joh 12:19 implies, also on the Triumphal Entry, quoted above. In Mt 21:12-16 Jesus throws out the money changers from the temple, surely angering the Pharisees even further, also on the 9th. Then in Mt 21:18 we see the transition to the 10th day mentioned. In Mt 21:23 we see the beginning of a long discussion between Jesus and the Pharisees over which Jesus is angering the Pharisees more and more. This long discussion really does last until the end of Mt 25. I assert that this entire discussion occurs on the 10th day of the first Jewish month. There is a strong spiritual reason that I say that. By Jesus angering the Pharisees as he does by this long conversation, Jesus is ensuring that the determination to kill Jesus is made on that day, the 10th of the first

615

Jewish month--Jesus must ensure this because Ex 12:3 says that the determination as to what lamb is to be slain must be done on the 10th. So lets quote Mt 21 through 25 in their entirety.

Mt 21:1 ¶ And when they drew nigh unto Jerusalem, and were come to Bethphage, unto the mount of Olives, then sent Jesus two disciples,
2 Saying unto them, Go into the village over against you, and straightway ye shall find an ass tied, and a colt with her: loose them, and bring them unto me.
3 And if any man say ought unto you, ye shall say, The Lord hath need of them; and straightway he will send them.
4 All this was done, that it might be fulfilled which was spoken by the prophet, saying,
5 Tell ye the daughter of Sion, Behold, thy King cometh unto thee, meek, and sitting upon an ass, and a colt the foal of an ass.
6 And the disciples went, and did as Jesus commanded them,
7 And brought the ass, and the colt, and put on them their clothes, and they set him thereon.
8 And a very great multitude spread their garments in the way; others cut down branches from the trees, and strawed them in the way.
9 And the multitudes that went before, and that followed, cried, saying, Hosanna to the Son of David: Blessed is he that cometh in the name of the Lord; Hosanna in the highest.
10 And when he was come into Jerusalem, all the city was moved, saying, Who is this?
11 And the multitude said, This is Jesus the prophet of Nazareth of Galilee.
12 ¶ And Jesus went into the temple of God, and cast out all them that sold and bought in the temple, and overthrew the tables of the moneychangers, and the seats of them that sold doves,
13 And said unto them, It is written, My house shall be called the house of prayer; but ye have made it a den of thieves.
14 And the blind and the lame came to him in the temple; and he healed them.
15 And when the chief priests and scribes saw the wonderful things that he did, and the children crying in the temple, and saying, Hosanna to the Son of David; they were sore displeased,
16 And said unto him, Hearest thou what these say? And Jesus saith unto them, Yea; have ye never read, Out of the mouth of babes and sucklings thou hast perfected praise?
17 ¶ And he left them, and went out of the city into Bethany; and he lodged there.
18 ¶ Now in the morning as he returned into the city, he hungered.
19 And when he saw a fig tree in the way, he came to it, and found nothing thereon, but leaves only, and said unto it, Let no fruit grow on thee henceforward for ever. And presently the fig tree withered away.
20 And when the disciples saw it, they marvelled, saying, How soon is the fig tree withered away!
21 Jesus answered and said unto them, Verily I say unto you, If ye have faith, and doubt not, ye shall not only do this which is done to the fig tree, but also if ye shall say unto this mountain, Be thou removed, and be thou cast into the sea; it shall be done.
22 And all things, whatsoever ye shall ask in prayer, believing, ye shall receive.
23 ¶ And when he was come into the temple, the chief priests and the elders of the people came unto him as he was teaching, and said, By what authority doest thou these

616

things? and who gave thee this authority?
24 And Jesus answered and said unto them, I also will ask you one thing, which if ye tell me, I in like wise will tell you by what authority I do these things.
25 The baptism of John, whence was it? from heaven, or of men? And they reasoned with themselves, saying, If we shall say, From heaven, he will say unto us, Why did ye not then believe him?
26 But if we shall say, Of men; we fear the people; for all hold John as a prophet.
27 And they answered Jesus, and said, We cannot tell. And he said unto them, Neither tell I you by what authority I do these things.
28 ¶ But what think ye? A certain man had two sons; and he came to the first, and said, Son, go work to day in my vineyard.
29 He answered and said, I will not: but afterward he repented, and went.
30 And he came to the second, and said likewise. And he answered and said, I go, sir: and went not.
31 Whether of them twain did the will of his father? They say unto him, The first. Jesus saith unto them, Verily I say unto you, That the publicans and the harlots go into the kingdom of God before you.
32 For John came unto you in the way of righteousness, and ye believed him not: but the publicans and the harlots believed him: and ye, when ye had seen it, repented not afterward, that ye might believe him.
33 ¶ Hear another parable: There was a certain householder, which planted a vineyard, and hedged it round about, and digged a winepress in it, and built a tower, and let it out to husbandmen, and went into a far country:
34 And when the time of the fruit drew near, he sent his servants to the husbandmen, that they might receive the fruits of it.
35 And the husbandmen took his servants, and beat one, and killed another, and stoned another.
36 Again, he sent other servants more than the first: and they did unto them likewise.
37 But last of all he sent unto them his son, saying, They will reverence my son.
38 But when the husbandmen saw the son, they said among themselves, This is the heir; come, let us kill him, and let us seize on his inheritance.
39 And they caught him, and cast him out of the vineyard, and slew him.
40 When the lord therefore of the vineyard cometh, what will he do unto those husbandmen?
41 They say unto him, He will miserably destroy those wicked men, and will let out his vineyard unto other husbandmen, which shall render him the fruits in their seasons.
42 Jesus saith unto them, Did ye never read in the scriptures, The stone which the builders rejected, the same is become the head of the corner: this is the Lord's doing, and it is marvellous in our eyes?
43 Therefore say I unto you, The kingdom of God shall be taken from you, and given to a nation bringing forth the fruits thereof.
44 And whosoever shall fall on this stone shall be broken: but on whomsoever it shall fall, it will grind him to powder.
45 And when the chief priests and Pharisees had heard his parables, they perceived that he spake of them.
46 But when they sought to lay hands on him, they feared the multitude, because they took him for a prophet.
Mt 22:1 ¶ And Jesus answered and spake unto them again by parables, and said,

617

2 The kingdom of heaven is like unto a certain king, which made a marriage for his son,
3 And sent forth his servants to call them that were bidden to the wedding: and they would not come.
4 Again, he sent forth other servants, saying, Tell them which are bidden, Behold, I have prepared my dinner: my oxen and *my* fatlings *are* killed, and all things *are* ready: come unto the marriage.
5 But they made light of *it*, and went their ways, one to his farm, another to his merchandise:
6 And the remnant took his servants, and entreated *them* spitefully, and slew *them*.
7 But when the king heard *thereof*, he was wroth: and he sent forth his armies, and destroyed those murderers, and burned up their city.
8 Then saith he to his servants, The wedding is ready, but they which were bidden were not worthy.
9 Go ye therefore into the highways, and as many as ye shall find, bid to the marriage.
10 So those servants went out into the highways, and gathered together all as many as they found, both bad and good: and the wedding was furnished with guests.
11 And when the king came in to see the guests, he saw there a man which had not on a wedding garment:
12 And he saith unto him, Friend, how camest thou in hither not having a wedding garment? And he was speechless.
13 Then said the king to the servants, Bind him hand and foot, and take him away, and cast *him* into outer darkness; there shall be weeping and gnashing of teeth.
14 For many are called, but few *are* chosen.
15 ¶ Then went the Pharisees, and took counsel how they might entangle him in *his* talk.
16 And they sent out unto him their disciples with the Herodians, saying, Master, we know that thou art true, and teachest the way of God in truth, neither carest thou for any *man*: for thou regardest not the person of men.
17 Tell us therefore, What thinkest thou? Is it lawful to give tribute unto Caesar, or not?
18 But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites?
19 Shew me the tribute money. And they brought unto him a penny.
20 And he saith unto them, Whose *is* this image and superscription?
21 They say unto him, Caesar's. Then saith he unto them, Render therefore unto Caesar the things which are Caesar's; and unto God the things that are God's.
22 When they had heard *these words*, they marvelled, and left him, and went their way.
23 ¶ The same day came to him the Sadducees, which say that there is no resurrection, and asked him,
24 Saying, Master, Moses said, If a man die, having no children, his brother shall marry his wife, and raise up seed unto his brother.
25 Now there were with us seven brethren: and the first, when he had married a wife, deceased, and, having no issue, left his wife unto his brother:
26 Likewise the second also, and the third, unto the seventh.
27 And last of all the woman died also.
28 Therefore in the resurrection whose wife shall she be of the seven? for they all had her.
29 Jesus answered and said unto them, Ye do err, not knowing the scriptures, nor the power of God.
30 For in the resurrection they neither marry, nor are given in marriage, but are as the angels of God in heaven.

618

31 But as touching the resurrection of the dead, have ye not read that which was spoken unto you by God, saying,
32 I am the God of Abraham, and the God of Isaac, and the God of Jacob? God is not the God of the dead, but of the living.
33 And when the multitude heard *this*, they were astonished at his doctrine.
34 ¶ But when the Pharisees had heard that he had put the Sadducees to silence, they were gathered together.
35 Then one of them, *which was* a lawyer, asked *him a question*, tempting him, and saying,
36 Master, which *is* the great commandment in the law?
37 Jesus said unto him, Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind.
38 This is the first and great commandment.
39 And the second *is* like unto it, Thou shalt love thy neighbour as thyself.
40 On these two commandments hang all the law and the prophets.
41 ¶ While the Pharisees were gathered together, Jesus asked them,
42 Saying, What think ye of Christ? whose son is he? They say unto him, *The Son of* David.
43 He saith unto them, How then doth David in spirit call him Lord, saying,
44 The LORD said unto my Lord, Sit thou on my right hand, till I make thine enemies thy footstool?
45 If David then call him Lord, how is he his son?
46 And no man was able to answer him a word, neither durst any *man* from that day forth ask him any more *questions*.

Mt 23:1 ¶ Then spake Jesus to the multitude, and to his disciples,
2 Saying, The scribes and the Pharisees sit in Moses' seat:
3 All therefore whatsoever they bid you observe, *that* observe and do; but do not ye after their works: for they say, and do not.
4 For they bind heavy burdens and grievous to be borne, and lay *them* on men's shoulders; but they *themselves* will not move them with one of their fingers.
5 But all their works they do for to be seen of men: they make broad their phylacteries, and enlarge the borders of their garments,
6 And love the uppermost rooms at feasts, and the chief seats in the synagogues,
7 And greetings in the markets, and to be called of men, Rabbi, Rabbi.
8 But be not ye called Rabbi: for one is your Master, *even* Christ; and all ye are brethren.
9 And call no *man* your father upon the earth: for one is your Father, which is in heaven.
10 Neither be ye called masters: for one is your Master, *even* Christ.
11 But he that is greatest among you shall be your servant.
12 And whosoever shall exalt himself shall be abased; and he that shall humble himself shall be exalted.
13 ¶ But woe unto you, scribes and Pharisees, hypocrites! for ye shut up the kingdom of heaven against men: for ye neither go in *yourselves*, neither suffer ye them that are entering to go in.
14 Woe unto you, scribes and Pharisees, hypocrites! for ye devour widows' houses, and for a pretence make long prayer: therefore ye shall receive the greater damnation.
15 Woe unto you, scribes and Pharisees, hypocrites! for ye compass sea and land to make one proselyte, and when he is made, ye make him twofold more the child of hell than yourselves.

619

16 Woe unto you, ye blind guides, which say, Whosoever shall swear by the temple, it is nothing; but whosoever shall swear by the gold of the temple, he is a debtor!

17 Ye fools and blind: for whether is greater, the gold, or the temple that sanctifieth the gold?

18 And, Whosoever shall swear by the altar, it is nothing; but whosoever sweareth by the gift that is upon it, he is guilty.

19 Ye fools and blind: for whether is greater, the gift, or the altar that sanctifieth the gift?

20 Whoso therefore shall swear by the altar, sweareth by it, and by all things thereon.

21 And whoso shall swear by the temple, sweareth by it, and by him that dwelleth therein.

22 And he that shall swear by heaven, sweareth by the throne of God, and by him that sitteth thereon.

23 Woe unto you, scribes and Pharisees, hypocrites! for ye pay tithe of mint and anise and cummin, and have omitted the weightier matters of the law, judgment, mercy, and faith: these ought ye to have done, and not to leave the other undone.

24 Ye blind guides, which strain at a gnat, and swallow a camel.

25 Woe unto you, scribes and Pharisees, hypocrites! for ye make clean the outside of the cup and of the platter, but within they are full of extortion and excess.

26 Thou blind Pharisee, cleanse first that which is within the cup and platter, that the outside of them may be clean also.

27 Woe unto you, scribes and Pharisees, hypocrites! for ye are like unto whited sepulchres, which indeed appear beautiful outward, but are within full of dead men's bones, and of all uncleanness.

28 Even so ye also outwardly appear righteous unto men, but within ye are full of hypocrisy and iniquity.

29 Woe unto you, scribes and Pharisees, hypocrites! because ye build the tombs of the prophets, and garnish the sepulchres of the righteous,

30 And say, If we had been in the days of our fathers, we would not have been partakers with them in the blood of the prophets.

31 Wherefore ye be witnesses unto yourselves, that ye are the children of them which killed the prophets.

32 Fill ye up then the measure of your fathers.

33 Ye serpents, ye generation of vipers, how can ye escape the damnation of hell?

34 ¶ Wherefore, behold, I send unto you prophets, and wise men, and scribes: and some of them ye shall kill and crucify; and some of them shall ye scourge in your synagogues, and persecute them from city to city:

35 That upon you may come all the righteous blood shed upon the earth, from the blood of righteous Abel unto the blood of Zacharias son of Barachias, whom ye slew between the temple and the altar.

36 Verily I say unto you, All these things shall come upon this generation.

37 O Jerusalem, Jerusalem, thou that killest the prophets, and stonest them which are sent unto thee, how often would I have gathered thy children together, even as a hen gathereth her chickens under her wings, and ye would not!

38 Behold, your house is left unto you desolate.

39 For I say unto you, Ye shall not see me henceforth, till ye shall say, Blessed is he that cometh in the name of the Lord.

Mt 24:1 ¶ And Jesus went out, and departed from the temple: and his disciples came to him for to shew him the buildings of the temple.

620

2 And Jesus said unto them, See ye not all these things? verily I say unto you, There shall not be left here one stone upon another, that shall not be thrown down.

3 And as he sat upon the mount of Olives, the disciples came unto him privately, saying, Tell us, when shall these things be? and what shall be the sign of thy coming, and of the end of the world?

4 ¶ And Jesus answered and said unto them, Take heed that no man deceive you.

5 For many shall come in my name, saying, I am Christ; and shall deceive many.

6 And ye shall hear of wars and rumours of wars: see that ye be not troubled: for all these things must come to pass, but the end is not yet.

7 For nation shall rise against nation, and kingdom against kingdom: and there shall be famines, and pestilences, and earthquakes, in divers places.

8 All these are the beginning of sorrows.

9 Then shall they deliver you up to be afflicted, and shall kill you: and ye shall be hated of all nations for my name's sake.

10 And then shall many be offended, and shall betray one another, and shall hate one another.

11 And many false prophets shall rise, and shall deceive many.

12 And because iniquity shall abound, the love of many shall wax cold.

13 But he that shall endure unto the end, the same shall be saved.

14 And this gospel of the kingdom shall be preached in all the world for a witness unto all nations; and then shall the end come.

15 When ye therefore shall see the abomination of desolation, spoken of by Daniel the prophet, stand in the holy place, (whoso readeth, let him understand:)

16 Then let them which be in Judaea flee into the mountains:

17 Let him which is on the housetop not come down to take any thing out of his house:

18 Neither let him which is in the field return back to take his clothes.

19 And woe unto them that are with child, and to them that give suck in those days!

20 But pray ye that your flight be not in the winter, neither on the sabbath day:

21 For then shall be great tribulation, such as was not since the beginning of the world to this time, no, nor ever shall be.

22 And except those days should be shortened, there should no flesh be saved: but for the elect's sake those days shall be shortened.

23 Then if any man shall say unto you, Lo, here is Christ, or there; believe it not.

24 For there shall arise false Christs, and false prophets, and shall shew great signs and wonders; insomuch that, (if it were possible,) they shall deceive the very elect.

25 Behold, I have told you before.

26 Wherefore if they shall say unto you, Behold, he is in the desert; go not forth: behold, he is in the secret chambers; believe it not.

27 For as the lightning cometh out of the east, and shineth even unto the west; so shall also the coming of the Son of man be.

28 For wheresoever the carcase is, there will the eagles be gathered together.

29 ¶ Immediately after the tribulation of those days shall the sun be darkened, and the moon shall not give her light, and the stars shall fall from heaven, and the powers of the heavens shall be shaken:

30 And then shall appear the sign of the Son of man in heaven: and then shall all the tribes of the earth mourn, and they shall see the Son of man coming in the clouds of heaven with power and great glory.

31 And he shall send his angels with a great sound of a trumpet, and they shall gather

## 621

together his elect from the four winds, from one end of heaven to the other.

32 Now learn a parable of the fig tree: When his branch is yet tender, and putteth forth leaves, ye know that summer is nigh:

33 So likewise ye, when ye shall see all these things, know that it is near, *even* at the doors.

34 Verily I say unto you, This generation shall not pass, till all these things be fulfilled.

35 Heaven and earth shall pass away, but my words shall not pass away.

36 But of that day and hour knoweth no *man*, no, not the angels of heaven, but my Father only.

37 But as the days of Noe were, so shall also the coming of the Son of man be.

38 For as in the days that were before the flood they were eating and drinking, marrying and giving in marriage, until the day that Noe entered into the ark,

39 And knew not until the flood came, and took them all away; so shall also the coming of the Son of man be.

40 Then shall two be in the field; the one shall be taken, and the other left.

41 Two *women shall be* grinding at the mill; the one shall be taken, and the other left.

42 Watch therefore: for ye know not what hour your Lord doth come.

43 But know this, that if the goodman of the house had known in what watch the thief would come, he would have watched, and would not have suffered his house to be broken up.

44 Therefore be ye also ready: for in such an hour as ye think not the Son of man cometh.

45 Who then is a faithful and wise servant, whom his lord hath made ruler over his household, to give them meat in due season?

46 Blessed is that servant, whom his lord when he cometh shall find so doing.

47 Verily I say unto you, That he shall make him ruler over all his goods.

48 But and if that evil servant shall say in his heart, My lord delayeth his coming;

49 And shall begin to smite *his* fellowservants, and to eat and drink with the drunken;

50 The lord of that servant shall come in a day when he looketh not for *him*, and in an hour that he is not aware of,

51 And shall cut him asunder, and appoint *him* his portion with the hypocrites: there shall be weeping and gnashing of teeth.

Mt 25:1 ¶ Then shall the kingdom of heaven be likened unto ten virgins, which took their lamps, and went forth to meet the bridegroom.

2 And five of them were wise, and five foolish.

3 They that *were* foolish took their lamps, and took no oil with them:

4 But the wise took oil in their vessels with their lamps.

5 While the bridegroom tarried, they all slumbered and slept.

6 And at midnight there was a cry made, Behold, the bridegroom cometh; go ye out to meet him.

7 Then all those virgins arose, and trimmed their lamps.

8 And the foolish said unto the wise, Give us of your oil; for our lamps are gone out.

9 But the wise answered, saying, *Not so*; lest there be not enough for us and you: but go ye rather to them that sell, and buy for yourselves.

10 And while they went to buy, the bridegroom came; and they that were ready went in with him to the marriage: and the door was shut.

11 Afterward came also the other virgins, saying, Lord, Lord, open to us.

12 But he answered and said, Verily I say unto you, I know you not.

## 622

13 Watch therefore, for ye know neither the day nor the hour wherein the Son of man cometh.

14 ¶ For *the kingdom of heaven is* as a man travelling into a far country, *who* called his own servants, and delivered unto them his goods.

15 And unto one he gave five talents, to another two, and to another one; to every man according to his several ability; and straightway took his journey.

16 Then he that had received the five talents went and traded with the same, and made *them* other five talents.

17 And likewise he that *had received* two, he also gained other two.

18 But he that had received one went and digged in the earth, and hid his lord's money.

19 After a long time the lord of those servants cometh, and reckoneth with them.

20 And so he that had received five talents came and brought other five talents, saying, Lord, thou deliveredst unto me five talents: behold, I have gained beside them five talents more.

21 His lord said unto him, Well done, *thou* good and faithful servant: thou hast been faithful over a few things, I will make thee ruler over many things: enter thou into the joy of thy lord.

22 He also that had received two talents came and said, Lord, thou deliveredst unto me two talents: behold, I have gained two other talents beside them.

23 His lord said unto him, Well done, good and faithful servant; thou hast been faithful over a few things, I will make thee ruler over many things: enter thou into the joy of thy lord.

24 Then he which had received the one talent came and said, Lord, I knew thee that thou art an hard man, reaping where thou hast not sown, and gathering where thou hast not strawed:

25 And I was afraid, and went and hid thy talent in the earth: lo, *there* thou hast *that is* thine.

26 His lord answered and said unto him, *Thou* wicked and slothful servant, thou knewest that I reap where I sowed not, and gather where I have not strawed:

27 Thou oughtest therefore to have put my money to the exchangers, and *then* at my coming I should have received mine own with usury.

28 Take therefore the talent from him, and give *it* unto him which hath ten talents.

29 For unto every one that hath shall be given, and he shall have abundance: but from him that hath not shall be taken away even that which he hath.

30 And cast ye the unprofitable servant into outer darkness: there shall be weeping and gnashing of teeth.

31 ¶ When the Son of man shall come in his glory, and all the holy angels with him, then shall he sit upon the throne of his glory:

32 And before him shall be gathered all nations: and he shall separate them one from another, as a shepherd divideth *his* sheep from the goats:

33 And he shall set the sheep on his right hand, but the goats on the left.

34 Then shall the King say unto them on his right hand, Come, ye blessed of my Father, inherit the kingdom prepared for you from the foundation of the world:

35 For I was an hungred, and ye gave me meat: I was thirsty, and ye gave me drink: I was a stranger, and ye took me in:

36 Naked, and ye clothed me: I was sick, and ye visited me: I was in prison, and ye came unto me.

37 Then shall the righteous answer him, saying, Lord, when saw we thee an hungred,

623

and fed *thee*? or thirsty, and gave *thee* drink?

38  When saw we thee a stranger, and took *thee* in? or naked, and clothed *thee*?

39  Or when saw we thee sick, or in prison, and came unto thee?

40  And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done *it* unto one of the least of these my brethren, ye have done *it* unto me.

41  Then shall he say also unto them on the left hand, Depart from me, ye cursed, into everlasting fire, prepared for the devil and his angels:

42  For I was an hungred, and ye gave me no meat: I was thirsty, and ye gave me no drink:

43  I was a stranger, and ye took me not in: naked, and ye clothed me not: sick, and in prison, and ye visited me not.

44  Then shall they also answer him, saying, Lord, when saw we thee an hungred, or athirst, or a stranger, or naked, or sick, or in prison, and did not minister unto thee?

45  Then shall he answer them, saying, Verily I say unto you, Inasmuch as ye did *it* not to one of the least of these, ye did *it* not to me.

46  And these shall go away into everlasting punishment: but the righteous into life eternal.

From John 12 we saw that we may make the strongly reasonable assumption that the Triumphal Entry occurred on the 9th day of the first Jewish month. Thus, based on that observation, we may shift over to Matthew 21 were the Triumphal Entry is also mentioned and insert the idea that this is on the 9th day of the Jewish month here in Matthew also, since it is the same event mentioned in John 12. So the Bible text quoted above, from Mt 21 through Mt 25, starts out on the 9th day of the first Jewish month, and goes forward from there. We are now going to examine this section from Matthew to see both how that Jesus is provoking and angering the Pharisees, and that all events recorded in these chapters in Matthew occurred on the 9th and 10th days of the first Jewish month. Matthew 26:1 follows the end of Mt 25 of course, but the reason that I say that is because I believe that Mt 26:1 makes a statement that itself is made on the 10th day of the first Jewish month, and is projecting forward to the 13th and 14th days of the first Jewish month. Mt 26:1 says:

Mt 26:1 ¶ And it came to pass, when Jesus had finished all these sayings, he said unto his disciples,

2  Ye know that after two days is *the feast of* the passover, and the Son of man is betrayed to be crucified.

I believe that the statement in verse 2 above is made on the 10th which says "after two days" and is referring to the 11th and 12th days which must pass before we arrive on the 13th day, which most likely when the passover lamb is killed. Then, when evening comes the passover meal itself occurs on the 14th. On the passover itself, the 14th, when the passover meal is eaten, Jesus is crucified, because that is when we eat his flesh and drink his blood spiritually; he must die on the day that we eat him spiritually. This same statement "after two days" appears also in Mt 14:1. If I am handling these dates correctly here in this paragraph, then from Mt 14:1-11 we may conclude that Judas Iscariot determined to betray Jesus on the 10th day of the first Jewish month. This conclusion is very attractive to me because this conclusion fits very strongly with Ex 12:3 which requires that the lamb for the passover be chosen on the 10th day of the first

624

Jewish month. The determination of death of both Moses' passover lamb and God's passover Lamb must both occur on the 10th day of the first Jewish month. So now that you see where I am going with this reasoning, let us examine Mt 21 through 25 to see how Jesus during the days of the 9th and 10th angers and provokes the Pharisees to kill him, the killing of which occurs on the 14th, the day the passover meal is eaten.

Again, as I said, John 12 strongly suggests that Triumphal Entry occurred on the 9th day of the first Jewish month because of its reference to 6 days before the passover, because from John 12:12 we transition from the 8th to the 9th and have the Triumphal Entry. But before we go further in this direction, the following very important observation must be made. Notice that John 12:1, quoted some distance above, mentions a calendar date as "six days before the passover", and what follows that mention is mention of a dinner at which Mary anoints Jesus' feet with very costly and marvelously fragrant spikenard ointment, and this event of anointing Jesus' feet with such expensive ointment upsets Judas Iscariot because Judas sees it that in Mark 14 is a calendar date of "two days" before the passover, and that Mark 14 mentions a meal at which spikenard ointment is used to anoint Jesus' feet. The very important observation to be made here is that because of these two different calendar references, these two mentions of spikenard ointment involving Jesus' feet must *not* be the same meal and must *not* be the same event. In other words, Jesus, who is God, ensured that such very expensive ointment be spent this way twice at two different meals on two different dates in order to sufficiently anger Judas Iscariot, who loved money more than he loved Jesus, to the point that Judas would betray Jesus. And God ensured that these two meals would be recorded in a very nearly identical way with very nearly identical language because God is hiding truth, as God loves to do in the Bible, for the true believers to hunt out and find in God's own timing. Furthermore, these two meals are two witnesses to the preciousness of Jesus' sacrifice for the true believers, and they are two witnesses of how Judas loved money more than he loved Jesus. They agree in one, but they are two distinct events separated by time. I actually believe the first such meal was on the 8th, and the second such meal was on the 10th day of the first Jewish month, these dates are driven by the spiritual understanding that the determination by Judas to betray Jesus must have been on the 10th in order to satisfy the spiritual meaning of Ex 12:3 stating when the lamb for the passover is to be chosen.

So now let us go on to consider Mt 21 through Mt 25 and see how Jesus angers the Pharisees to kill him.

So from John 12 the Triumphal Entry occurs on the 9th. Then in Mt 21 we know that the Triumphal Entry recorded there is also on the 9th. This event certainly angered the Pharisees as they say Jesus get all of this adulation and worship by the people. Then in Mt 21:12-16 we have Jesus casting out the money changers from the temple, and this angers the chief priests and scribes, as we read:

Mt 21:15  And when the chief priests and scribes saw the wonderful things that he did, and the children crying in the temple, and saying, Hosanna to the Son of David; they were sore displeased.

625

Then Mt 21:17-18 makes clear that we have transitioned from the 9th to the 10th day of the first Jewish month. (Remember, we are approaching passover, and according to the Ex 12 passover must occur on the first Jewish month, and must be eaten on the 14th day of that month.) As we read:

Mt 21:17 And he left them, and went out of the city into Bethany; and he lodged there.
18 ¶ Now in the morning as he returned into the city, he hungered.

In Mt 21:23 we have the chief priests and elders challenge Jesus' authority, most likely because the chief priests and Pharisees are angry about Jesus casting the money changers the previous day out of the temple. And Jesus puts them to shame by showing that they could not be honest about the authority of the baptism of John the Baptist, whether that baptism was of men, or of God. Then Jesus angers the chief priests even more by saying that the publicans (thieving tax collectors) and harlots (prostitutes) go into the kingdom of God before the chief priests and elders do. As we read:

Mt 21:31 Whether of them twain did the will of his father? They say unto him, The first. Jesus saith unto them, Verily I say unto you, That the publicans and the harlots go into the kingdom of God before you.

Then Jesus tells the parable of the vineyard in Mt 21:33-44, and this angers the chief priests and Pharisees so much that they begin to desire strongly to arrest him, if not kill him. As we read:

Mt 21:45 And when the chief priests and Pharisees had heard his parables, they perceived that he spake of them.
46 But when they sought to lay hands on him, they feared the multitude, because they took him for a prophet.

Then in Mt 22:1-14 we have the parable of the marriage feast, and all the fine people that were invited refused to come, thereby angering the King, who was making a marriage feast for his Son. So the King invited others, the publicans and harlots and street people to come to the wedding feast for his Son. Thus the Pharisees are put to shame as Jesus' illustrates that they are not worthy for the wedding feast. This must have angered the Pharisees, because the next thing that they desire to do is trap Jesus in his words with their question of taxation:

Mt 22:15 ¶ Then went the Pharisees, and took counsel how they might entangle him in his talk.
16 And they sent out unto him their disciples with the Herodians, saying, Master, we know that thou art true, and teachest the way of God in truth, neither carest thou for any man: for thou regardest not the person of men.
17 Tell us therefore, What thinkest thou? Is it lawful to give tribute unto Caesar, or not?
18 But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites?
19 Shew me the tribute money. And they brought unto him a penny.
20 And he saith unto them, Whose is this image and superscription?
21 They say unto him, Caesar's. Then saith he unto them, Render therefore unto Caesar the things which are Caesar's; and unto God the things that are God's.

626

22 When they had heard these words, they marvelled, and left him, and went their way.

But they failed to catch Jesus in his words. This must have made them angry again. So the Sadducees take a crack at trapping Jesus. That is recorded in Mt 22:23-33:

Mt 22:23 ¶ The same day came to him the Sadducees, which say that there is no resurrection, and asked him,
24 Saying, Master, Moses said, If a man die, having no children, his brother shall marry his wife, and raise up seed unto his brother.
25 Now there were with us seven brethren: and the first, when he had married a wife, deceased, and, having no issue, left his wife unto his brother:
26 Likewise the second also, and the third, unto the seventh.
27 And last of all the woman died also.
28 Therefore in the resurrection whose wife shall she be of the seven? for they all had her.
29 Jesus answered and said unto them, Ye do err, not knowing the scriptures, nor the power of God.
30 For in the resurrection they neither marry, nor are given in marriage, but are as the angels of God in heaven.
31 But as touching the resurrection of the dead, have ye not read that which was spoken unto you by God, saying,
32 I am the God of Abraham, and the God of Isaac, and the God of Jacob? God is not the God of the dead, but of the living.
33 And when the multitude heard this, they were astonished at his doctrine.

So when the Pharisees see that Jesus put the Sadducees to silence, they mount another attack, which we read in Mt 22:34-40:

Mt 22:34 ¶ But when the Pharisees had heard that he had put the Sadducees to silence, they were gathered together.
35 Then one of them, which was a lawyer, asked him a question, tempting him, and saying,
36 Master, which is the great commandment in the law?
37 Jesus said unto him, Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind.
38 This is the first and great commandment.
39 And the second is like unto it, Thou shalt love thy neighbour as thyself.
40 On these two commandments hang all the law and the prophets.

This answer is powerful, and the Pharisees have not counter attack. And Jesus, who is always in full sovereign control, because he is God, then provokes the Pharisees further by asking them a question that they either will not or can not answer, shaming them further:

Mt 22:41 ¶ While the Pharisees were gathered together, Jesus asked them,
42 Saying, What think ye of Christ? whose son is he? They say unto him, The Son of David.
43 He saith unto them, How then doth David in spirit call him Lord, saying,

627

44 The LORD said unto my Lord, Sit thou on my right hand, till I make thine enemies thy footstool?
45 If David then call him Lord, how is he his son?
46 And no man was able to answer him a word, neither durst any man from that day forth ask him any more questions.

At this point Jesus has won the language debate; from that day forth no man dared to ask Jesus another question. They are fully put to shame. Then, Jesus mounts a fierce attack on the Pharisees by raking them up-side and down in Mt 23 where Jesus calls the Pharisees hypocrites over and over and over again and again, and calls them white washed sepulchers (tombs) and makes them the children of those that killed God's prophets, and states that they are to fill up the pattern of the fathers and that in so doing they will kill God's prophets also. In other words Jesus is saying to the Pharisees, I dare you murders to kill me. Come on, do it if you dare, you hypocrites.

Now after inflaming the Pharisees greatly, and so ensuring that Jesus will be killed on the day that he must be killed, Jesus goes on and discusses the end times in Mt 24. This is appropriate because the end times have altogether to do with judgement day at the end of all time, and Jesus is going to the cross and is to bear his judgement day in order to pay for the judgement day that must come upon the elect in order to save the elect so that the elect are not judged. Jesus is going to endure judgement day in the place of the elect in order to save them from judgement day. So Jesus' judgement day on the cross is a pattern of the judgement day that comes at the end of time. That is why Jesus talks about the tearing down of the temple in Mt 24, because the death of Jesus is a picture of the tearing down of the temple. As we read:

John 2:18 Then answered the Jews and said unto him, What sign shewest thou unto us, seeing that thou doest these things?
19 Jesus answered and said unto them, Destroy this temple, and in three days I will raise it up.
20 Then said the Jews, Forty and six years was this temple in building, and wilt thou rear it up in three days?
21 But he spake of the temple of his body.
22 When therefore he was risen from the dead, his disciples remembered that he had said this unto them; and they believed the scripture, and the word which Jesus had said.

Now Mt 24:2 makes clear that every single stone shall be thrown down. This verse is saying that at the end of time every single one of the true believers will leave the apostate church. This is the principle of the mark of the beast, where every single elect and true believer will have left the apostate church within the 666 days from Feb 14th, 2012 to Dec 10th 2013, as discussed much earlier in this paper, maybe two sections earlier if I remember correctly (this section in the paper you are now reading was added to this paper after a few weeks of non-writing, because I had thought that I was done with this paper, but eventually God opened my understanding further as I was thinking on numbers and dates and I realized that more number and date related information needed to be added to this paper; this sentence is being written on 10Nov2007).

628

Any person that has not left the apostate church by or on Dec 10th will have the mark of the beast, and can not be saved because by so staying they have proven that they are non-elect. So with all the elect and true believers now outside of the apostate church every stone has been thrown down as Jesus speaks in Mt 24:2. Mt 24:2 says:

Mt 24:2 And Jesus said unto them, See ye not all these things? verily I say unto you, There shall not be left here one stone upon another, that shall not be thrown down.

So judgement day against Jesus on the cross and judgement day against the entire world are directly connected and fully parallel events. There is really only one judgement day, but we who live in time see it in two pieces, Jesus on the cross 2000 years ago, and in the future at the end of time, but it is actually one day. And so the temple is torn down and rebuilt by Jesus, both 2000 years ago and in the future when the elect are raised from the dead at the rapture at the exact moment of the end of time, or just a few hours before the exact end of time. This uncertainty of a few hours as to the exact moment of the rapture is related to the time, times, and dividing of time that ends with the resurrection of the two witnesses, as that pattern repeats itself just before the rapture when the two witnesses are indeed resurrected, this time to be the judges of the entire earth as Jesus sits as Judge over all of mankind and the true believers are the jury on judgement day. More shall be said on this further down in this section.

Then we have Mt 25, which is fully dedicated to events that are either on judgement day, or just before judgement day. The parable of the 10 virgins is just before judgement day, and the parable of the talents and the sheep and the goats are about judgement day itself. This is all appropriate because Jesus' cross is one with judgement day itself at the end of time, the time we now find ourselves living in.

So all the dialog from Mt 21:18 through to the end of Mt 25 occurs all on the 10th day of the first Jewish month. Jesus during this day provokes the Pharisees to kill him, and then discusses the end times, as his cross is part of that. Judas was provoked to betray Jesus by the two dinners on the 8th and the 10th when money (ointment) was spent on Jesus, and Judas loved money more than Jesus. So Jesus has set all the events of his cross into motion.

Now, in Mt 26:2 we have that mention of "two days" after which the passover occurs, which statement I believe was made by Jesus on the 10th, and Jesus was speaking of the 11th and the 12th which must pass before the 13th arrives, the day on which the passover lamb is killed so that it may be eaten on the evening of the 14th, just when the 14th starts at evening (remember, per Genesis 1, days start with evening and end with morning, or light; a Jewish day starts at sun down and ends at the next sun down). Jesus did sit down at evening to the passover; as we read:

Mt 26:20 Now when the even was come, he sat down with the twelve.

Mr 14:17 And in the evening he cometh with the twelve.
18 And as they sat and did eat, Jesus said, Verily I say unto you, One of you which eateth with me shall betray me.

629

Spiritually speaking, the spikenard that the two dinners on the 8th and the 10th involved are pictures of the passover meal when Jesus effectively plants that seed of the true Gospel, that seed of copulation, into the earth or the hearts of the elect by dieing on the cross, and he gives out a great fragrance of the Gospel by his death. The human sexual relationship does picture Jesus going to the cross as that seed of Jesus and who is Jesus is planted into the ground when Jesus dies on the cross. As we read in God's premier passage on the spiritual meaning of human sexuality:

So 1:12 ¶ While the king *sitteth* at his table, my spikenard sendeth forth the smell thereof.

Jesus sat at table with us as he gave is flesh for us to eat when he died on the cross, giving the great fragrance of the true Gospel to be spread over the entire world.

The following text uses the old English word "savour", which means fragrance or smell. And we read:

2Co 2:14 Now thanks *be* unto God, which always causeth us to triumph in Christ, and maketh manifest the savour of his knowledge by us in every place.
15 For we are unto God a sweet savour of Christ, in them that are saved, and in them that perish:
16 To the one we *are* the savour of death unto death; and to the other the savour of life unto life. And who *is* sufficient for these things?
17 For we are not as many, which corrupt the word of God: but as of sincerity, but as of God, in the sight of God speak we in Christ.

So when Jesus died, he was eating with us at the spiritual passover meal, and he gave out the fragrance of the true Gospel, which was life to us (by his stripes we are healed), and death to the non-elect and death to Satan. In a sense, Jesus was having spiritual sex with the elect as he proclaimed the true Gospel with the elect by dieing for them. Hence the Song of Solomon is filled with references to food in connection with human sexuality. Eating and human sexuality are so closely related in spiritual meaning that in fact they are identical in their spiritual meaning; they both represent sending forth the true Gospel. I actually believe that when a man reaches orgasm during sex and then is exhausted, he collapses on his wife, and that is a picture of the death of Jesus that had to occur in order for Jesus to inject the seed of copulation into our hearts to believe the true Gospel. Furthermore, as we saw earlier in this paper, after the man collapses exhausted he then rests his head on her chest over her heart, her heart spiritually representing the mercy seat of the ark of the testimony and her breasts spiritually representing the two cherubims on each side of and above the mercy seat between which he puts his head as he rests there. As we read:

Song 1:13  A bundle of myrrh *is* my wellbeloved unto me; he shall lie all night betwixt my breasts.

This is a spiritual picture of:

Ex 24:22  And there I will meet with thee, and I will commune with thee from above the mercy seat, from between the two cherubims which *are* upon the ark of the testimony, of

630

all *things* which I will give thee in commandment unto the children of Israel.

So as Jesus Christ rests his head between the spiritual breasts (teachers who give the sincere milk of the Word, because Jesus is in the midst of these teachers--Mt 18:20) and above the spiritual mercy-loving-heart (Micah 6:8) of his bride, he trusts that the Word of copulation that he has injected into his bride when he died on the cross will reach the hearts of all of the elect as the bride feeds and teaches the sincere Word of God, thereby saving all of the elect. As we read:

Pr 31:10 ¶ Who can find a virtuous woman? for her price *is* far above rubies.
11  The heart of her husband doth safely trust in her, so that he shall have no need of spoil.

Mt 28:16 ¶ Then the eleven disciples went away into Galilee, into a mountain where Jesus had appointed them.
17  And when they saw him, they worshipped him: but some doubted.
18  And Jesus came and spake unto them, saying, All power is given unto me in heaven and in earth.
19  Go ye therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost:
20  Teaching them to observe all things whatsoever I have commanded you: and, lo, I am with you alway, *even* unto the end of the world. Amen.

Rev 19:7 Let us be glad and rejoice, and give honour to him: for the marriage of the Lamb is come, and his wife hath made herself ready.

Eph 2:8  For by grace are ye saved through faith; and that not of yourselves: *it is* the gift of God:
9  Not of works, lest any man should boast.
10  For we are his workmanship, created in Christ Jesus unto good works, which God hath before ordained that we should walk in them.

Philip. 2:12 ¶ Wherefore, my beloved, as ye have always obeyed, not as in my presence only, but now much more in my absence, work out your own salvation with fear and trembling.
13  For it is God which worketh in you both to will and to do of *his* good pleasure.

Gal 2:20  I am crucified with Christ: nevertheless I live; yet not I, but Christ liveth in me: and the life which I now live in the flesh I live by the faith of the Son of God, who loved me, and gave himself for me.

1Co 15:58 ¶ Therefore, my beloved brethren, be ye stedfast, unmoveable, always abounding in the work of the Lord, forasmuch as ye know that your labour is not in vain in the Lord.

Ps 90:17  And let the beauty of the LORD our God be upon us: and establish thou the work of our hands upon us; yea, the work of our hands establish thou it.

631

Ga 5:6 For in Jesus Christ neither circumcision availeth any thing, nor uncircumcision; but faith which worketh by love.

The reason Jesus trusts in his bride to complete and do all the work he has assigned to her to do is because Jesus is inside of her heart guiding her by his love and wisdom through a worshipful fear of God and a worshipful trembling before the Word of God, Jesus Christ per the Bible when God opens our minds to understand it correctly. All of our good works come from God and are done by Jesus Christ in us. He gets all the credit for our good works because those good works are wrought in Jesus Christ when Jesus Christ went to the cross and rose again. A beautiful analogy I heard from another believer was that we are like a cloth gardening glove, and Jesus Christ is like the hand inside of that glove that gives that glove power to do things. With out Jesus Christ inside of us we can do nothing.

Again, on the subject of sexuality, since Jesus is the Lamb slain from before the foundation of the world (Rev 13:8), there is a sense in which the pattern of human sexuality involves all of time and the injection of the Gospel into the hearts of men over all of time while Jesus is saving all of the elect out of mankind.

Now to review the calendar dates around the cross of Jesus we note that Mt 26:6-13 involves the second dinner on the 10th that finally provoked Judas to betray Jesus, because Judas loved money more than Jesus. Then, because Ex 12 requires that the passover lamb be eaten on the 14th day of the first month of the Jewish calendar, then we know that Jesus sat down to eat the passover meal in Mt 26:20 on the 14th, just starting the 14th at evening. So, then reasoning backwards in time, we know that the text from Mt 26:17-19 occurs on the 13th. Since the meal that Judas finally decides to betray Jesus at occurs on the 10th, then we know that there are two days between that meal ending in verse Mt 26:13 on the 10th, and Mt 26:17 which is on the 13th. So during those two days, the 11th and the 12th, is likely when Judas actually goes to the Pharisees to agree for 30 pieces of silver to betray Jesus. Judas decided to betray Jesus on the 10th, and then makes arrangements on the 11th or 12th, but likely could have made those arrangements on the morning of the 10th, since the meal on the 10th would have occurred before the morning of the 10th, since evening comes before morning in Jewish day recognition, per Genesis 1, morning and then evening. So the 10th-12th is most likely the time frame for Mt 26:14-16 where Judas makes arraignments for his betrayal of Jesus.

As we study the text of Mt 26 we will see that all of Mt 26 from verse 20 is on the date of the 14th, in the night actually. The reason that we know that these events, which involve the garden where Jesus prays that this cup might pass from him and the betrayal and his arrest and Peter's denial is because Mt 27:1 refers to the coming of the morning. So during the night of the 14th Jesus has the passover meal, prays in the garden, gets arrested, and Peter denies Jesus. Then the morning of the 14th the chief priests and elders take counsel against Jesus to put him to death, and when Judas sees this, he has regret, and so kills himself, as is recorded in Mt 27:3-10. So Judas dies on the 14th, the same day on which he betrayed Jesus the evening before because Judas loved money more than Jesus. The trial before the Roman governor Pilot occurs in Mt 27:11-31. The actual foot trip to the cross is Mt 27:32-33. Then the event of the cross is Mt 27:34-50. Then we have that strange language in Mt 27:51-54, where we know that the earthquake had to be

632

physical and real because the centurion watched and saw the earthquake, as the text says. To quote, read closely:

Mt 27:51 And, behold, the veil of the temple was rent in twain from the top to the bottom: and the earth did quake, and the rocks rent;
52 And the graves were opened; and many bodies of the saints which slept arose,
53 And came out of the graves after his resurrection, and went into the holy city, and appeared unto many.
54 Now when the centurion, and they that were with him, watching Jesus, saw the earthquake, and those things that were done, they feared greatly, saying, Truly this was the Son of God.

If these events occurred at the moment that the centurion was watching Jesus hang on the cross, then what do we do with the language in verse 53 that says "...after his resurrection..."? We know that the resurrection has not yet occurred, so how can these saints arise after, in a time sense, the resurrection? But the King James Bible translation of that word "after" is correct? Let us expose the Greek for verse 53. To quote verse 53 again, with the Greek expressed:

Mt 27:53 And <2532> came <1831> (5631) out of <1537> the graves <3419> after <3326> his <846> resurrection <145#>, and went <152> (5627) into <1519> the holy <40> city <4172>, and <2532> appeared <1718> (5681) unto many <4183>.

So the Greek word translated into the word "after" is <3326>. That word, <3326>, is translated into the English word "with" 345 times, and into the English word "after" only 88 times and other words for a total number of occurrences of the word <3326> of 473 times in the Greek used by the King James Translators. By far and above that word is almost always translated into the English word "with", not the word "after". Hence, that Greek word <3326> does not need to carry a time reference. It more correctly needs to be understood as a pattern reference, meaning "along side of", or "following in the pattern of" his resurrection. With this better understanding, then all of the events of Mt 27:51-54 did occur just exactly with Jesus dead on the 14th and gave up his spirit as the centurion watched, as verse 54 says. This then is again a picture of "by his stripes we are healed". As we read:

Mt 53:5 But he was wounded for our transgressions, he was bruised for our iniquities: the chastisement of our peace was upon him; and with his stripes we are healed.

His death was life to us. On the day of his death we have our resurrection, because on that day he gave us to his life. So the 14th is indeed a day of resurrection and life for the elect, even as it is a day of death for Jesus. This is also why Jesus says to the thief "this day thou shalt be with me in paradise", because this day, the 14th, the day of Jesus death, was a day of life for the thief:

Lu 23:43 And Jesus said unto him, Verily I say unto thee, Today shalt thou be with me in paradise.

This resurrection when Jesus died is also a picture of the second death having no power over Jesus nor over the elect, which is a reference to eternal damnation that Jesus had to endure for the elect, yet that second death had no power over over Jesus nor over the elect that Jesus was dieing for.  As we read:

Rev 20:6  Blessed and holy is he that hath part in the first resurrection: on such the second death hath no power, but they shall be priests of God and of Christ, and shall reign with him a thousand years.

To continue discussing the chronology of Jesus' time around the cross, after Jesus dies at the 9th hour of the day on the 14th, the evening comes three hours later and so the 15th arrives, and from that point when the evening arrives Joseph of Arimathaea in Mt 27:57 is recorded as having begging the body of Jesus so that he may bury Jesus in his tomb.

Then when daylight appears on the day of the 15th, which is what I believe is the best understanding of Mt 27:62 when it uses the phrase "the next day", the chief priests and the Pharisees quickly seek to put a watch of soldiers at the tomb to ensure that the disciples do not steal the body.  They are trying to prevent the resurrection, though they do not truly understand that.  They are trusting in death to defeat their enemy Jesus, and they do not want any stealing of that body to complicate that matter.  But their trust in death will be defeated.  As we read:

Is 28:14 ¶ Wherefore hear the word of the LORD, ye scornful men, that rule this people which is in Jerusalem.
15  Because ye have said, We have made a covenant with death, and with hell are we at agreement; when the overflowing scourge shall pass through, it shall not come unto us: for we have made lies our refuge, and under falsehood have we hid ourselves:
16  Therefore thus saith the Lord GOD, Behold, I lay in Zion for a foundation a stone, a tried stone, a precious corner stone, a sure foundation: he that believeth shall not make haste.
17  Judgment also will I lay to the line, and righteousness to the plummet: and the hail shall sweep away the refuge of lies, and the waters shall overflow the hiding place.
18  And your covenant with death shall be disannulled, and your agreement with hell shall not stand; when the overflowing scourge shall pass through, then ye shall be trodden down by it.
19  From the time that it goeth forth it shall take you: for morning by morning shall it pass over, by day and by night: and it shall be a vexation only to understand the report.

Then from Mt 27:66 to Mt 28:1 we have a time gap of 1 day, that day being the Jewish sabbath.  That day is the 16th.  This fact is made plain when we consider the Luke passage that continues from the point that Joseph of Arimathaea buries Jesus.  As we read:

Lu 23:50 ¶ And, behold, there was a man named Joseph, a counsellor; and he was a good man, and a just:
51  (The same had not consented to the counsel and deed of them;) he was of Arimathaea, a city of the Jews: who also himself waited for the kingdom of God.
52  This man went unto Pilate, and begged the body of Jesus.

633

53  And he took it down, and wrapped it in linen, and laid it in a sepulchre that was hewn in stone, wherein never man before was laid.
54  And that day was the preparation, and the sabbath drew on.
55  And the women also, which came with him from Galilee, followed after, and beheld the sepulchre, and how his body was laid.
56  And they returned, and prepared spices and ointments; and rested the sabbath day according to the commandment.

As discussed earlier in this section, this Jesus' resurrection occurs most likely at 3am Roman time on Sunday, the first day of the week, and this date is the 17th of the first month of the Jewish calendar.

Now, as we say, Jesus provoked the Pharisees to put him to death, exactly on the passover day when the passover lamb is to be eaten.  Yet, before his arrest we saw that Jesus prayed in the garden.  The text of that prayer shows that Jesus was praying that if possible that this cup, that is the cross, might pass from him, or in other words, that Jesus could avoid the cross and that the elect could be saved some other way, as we read:

Mt 26:36 ¶ Then cometh Jesus with them unto a place called Gethsemane, and saith unto the disciples, Sit ye here, while I go and pray yonder.
37  And he took with him Peter and the two sons of Zebedee, and began to be sorrowful and very heavy.
38  Then saith he unto them, My soul is exceeding sorrowful, even unto death: tarry ye here, and watch with me.
39  And he went a little further, and fell on his face, and prayed, saying, O my Father, if it be possible, let this cup pass from me: nevertheless not as I will, but as thou wilt.
40  And he cometh unto the disciples, and findeth them asleep, and saith unto Peter, What, could ye not watch with me one hour?
41  Watch and pray, that ye enter not into temptation: the spirit indeed is willing, but the flesh is weak.
42  He went away again the second time, and prayed, saying, O my Father, if this cup may not pass away from me, except I drink it, thy will be done.
43  And he came and found them asleep again: for their eyes were heavy.
44  And he left them, and went away again, and prayed the third time, saying the same words.
45  Then cometh he to his disciples, and saith unto them, Sleep on now, and take your rest: behold, the hour is at hand, and the Son of man is betrayed into the hands of sinners.
46  Rise, let us be going: behold, he is at hand that doth betray me.

So the point I am making is this:  Jesus was operating according to an exact time table set up in Ex 12 by God when Moses wrote Ex 12.  Yet, Jesus prayed that if possible this cross might pass from him.  In other words, the mater of predicting the end of time and the day of judgment is a matter of prayer, this prayer of Jesus is as though he did not absolutely know the time or hour of his death.  He strongly suspected the time of his death, but he prayed anyway that if possible that that hour might pass from him, and he not have to experience it.  That is why the following verses include Jesus as not knowing the day nor the hour:

634

635

Mt 11:27 All things are delivered unto me of my Father: and no man knoweth the Son, but the Father; neither knoweth any man the Father, save the Son, and *he* to whomsoever the Son will reveal *him*.

Mt 13:32 But of that day and *that* hour knoweth no man, no, not the angels which are in heaven, neither the Son, but the Father.

This inclusion of Jesus in Mt 11:27 and Mt 13:32 as not knowing the day nor the hour is exactly related to Jesus' prayer in the garden that if possible this cup might pass from him, because Jesus' cross and judgement day at the end of time are actually the very same day, though from the human's point of view of time we see these two things as separate days. They are actually one day. In Jesus prayer Jesus is acting as if he does not actually know for sure if he is going to the cross, and so he prays that if possible he may avoid it. So he puts the whole time table into the context of the matter of prayer.

Consider the following example. Suppose that you are a father and you have a young son who has been diagnosed with cancer. So you pray and pray every day that God would give wisdom to the doctors to cure your son of that cancer. You do not *know* whether God is going to heal your son by the work of the doctors, but you sure are praying that that be so. Likewise also is this matter of not knowing when Jesus is going to return at the end of time, thereby ushering in judgement day at the exact end of time. The numbers of the Bible interact with our present day calendar in such an amazing way that I am strongly convinced that Jesus is going to return in the year 2013 as I have said earlier in this paper. But, after some further thinking, I now believe that the time period between Dec 17th, 11:10 pm and Dec 31, 11:10 pm is very important time period that needs to be added to the time table given earlier in this paper ending at Dec 17th at 11:10 pm, 2013. That time period is exactly 14 days. Furthermore, that time period is divisible by the number 3.5. Hence we may find in that time period a time, times, and the dividing of time, which represents 3.5. If we divide 14 by 3.5 the result is 4. Then according to the pattern of the two witnesses, after the first period there is a lessening of the suffering. This principle suggests to me that on Dec 21st, after 4 days, when exactly 10 days remain, the suffering of the elect will be ended on Dec 21st, with 10 days remaining before Jesus is *fully* returned. What is this suffering on these 4 days? Well, consider the idea that if Jesus does not come on Dec 17th at 11:10 pm, international date line time, then the true believers will be in great trouble, because if Jesus then does not return 4 days later, we are in great trouble. The world will despise the doctrine of this paper, and regard me as a fake and the biggest liar that ever walked the face of the earth, though that would not be true, because I have represented God's numbers faithfully. Nevertheless, if Jesus does not make his announcement of his return on Dec 21st, then we would again have the preaching of the message of Jonah to cause more people to become saved. Why did I use the term "*fully*" returned above? That is because those 10 days after the first 4 days are the time of the 10 virgins recorded in Mt 25:1-13, which says:

Mt 25:1 Then shall the kingdom of heaven be likened unto ten virgins, which took their lamps, and went forth to meet the bridegroom.

2 And five of them were wise, and five *were* foolish.

3 They that *were* foolish took their lamps, and took no oil with them:

4 But the wise took oil in their vessels with their lamps.

636

5 While the bridegroom tarried, they all slumbered and slept.

6 And at midnight there was a cry made, Behold, the bridegroom cometh; go ye out to meet him.

7 Then all those virgins arose, and trimmed their lamps.

8 And the foolish said unto the wise, Give us of your oil; for our lamps are gone out.

9 But the wise answered, saying, Not so; lest there be not enough for us and you: but go ye rather to them that sell, and buy for yourselves.

10 And while they went to buy, the bridegroom came; and they that were ready went in with him to the marriage: and the door was shut.

11 Afterward came also the other virgins, saying, Lord, Lord, open to us.

12 But he answered and said, Verily I say unto you, I know you not.

13 Watch therefore, for ye know neither the day nor the hour wherein the Son of man cometh.

Notice that there is an announcement that Jesus is returning in verse 6, where we read "Behold, the bridegroom cometh; go ye out to meet him". This announcement marks the beginning of the return of Jesus Christ. Yet he is not fully come, because there is definitely some time period between the announcement starting at verse 6 measured to and ending at verse 10, where we read "while they went to buy, the bridegroom came, and they that were ready went in with him to the marriage: and the door was shut."

During this time period we have the virgins arising and trimming their lamps in verse 7, and the conversation between the wise and the foolish virgins in verses 8 and 9, before verse 10 when the true believers, who are represented by the 5 wise virgins, enter in to the marriage. And then the door is shut. Do you suppose that this conversation is only a matter of seconds or minutes? Why must that be? It does not need to be at all. I believe that this time period is actually much longer than seconds or minutes. Rather, the time period between verse 6 and verse 10 I believe are the 10 days between Dec 21 at 11:10pm international date line time and Dec 31 at 11:10 pm international date line time, a time period of exactly 10 days or 240 hours. In other words, the announcement of verse 6 occurs on Dec 21 at 11:10pm, and the door is shut at Dec 31 at 11:10pm. With these 10 days following the previous 4 days, we have the entire 14 day period that is composed of a time, times and the dividing of time, or 3.5 units of 4 days per unit. There may be a 2 day period of uncertainty in all this if the Rev 8:1 half hour of silence principle enters into this matter, since 2 days are half of a unit. This seems to be able to delay or extend any portion of this 14 day period by 2 days or shorten any portion of this 14 day period by 2 days. And outside of the principle of a half-unit of uncertainty, we must respect God's freedom to again preach the message of Jonah, if Jesus does not announce his return during this time period in December, 2013. So we see that the 10 virgins are joined by God's numbers to the last 10 days of the universe, and these last 10 days are a part of the last 14 days of the universe, where each 4 day period is a single unit in a time, times, and the dividing of time, or 3.5 periods so that 3.5x4=14 days.

During those first 4 days following Dec 17th 11:10pm the true believers will enter into significant fear because the world will begin to mock at the true believers because Jesus did not return on Dec 17th, which would be a very sensible date for Jesus to return on, since Jesus did rise again on the 17th day of the 1st month of the Jewish calendar, and the 10th month, (Dec, by some other name, is the 10 month in the Jewish calendar) is

637

related to the 1st month by a factor of 10, which is a very reasonable relationship, since God often relates numbers as similar by factors of 10, such as 7 or 70 or 7000, as fine Bible teacher has pointed out that I learned from.

This significant fear and concern and mocking by the world seems to be clearly recorded in Rev 6:12-17. That passage seems to be an account of the 14 days. That passage says:

Rev 6:12 And I beheld when he had opened the sixth seal, and, lo, there was a great earthquake; and the sun became black as sackcloth of hair, and the moon became as blood;

13 And the stars of heaven fell unto the earth, even as a fig tree casteth her untimely figs, when she is shaken of a mighty wind.

14 And the heaven departed as a scroll when it is rolled together; and every mountain and island were moved out of their places.

15 And the kings of the earth, and the great men, and the rich men, and the chief captains, and the mighty men, and every bondman, and every free man, hid themselves in the dens and in the rocks of the mountains;

16 And said to the mountains and rocks, Fall on us, and hide us from the face of him that sitteth on the throne, and from the wrath of the Lamb:

17 For the great day of his wrath is come; and who shall be able to stand?

Notice that verse 12 says that there is a great earthquake. That most likely is a great earthquake in the hearts of the true believers. They are shaking with fear because Jesus has not come yet, and the world is beginning to mock them greatly. This is the same fear the Israelites felt when they were waiting at the Red Sea and the Egyptians were following hard after them, and so the Israelites felt pinned and trapped, and were fearful. We read of this great fear in Ex 14:10, and Moses tells them not to fear in verse Ex 14:14. Let us quote all of Ex 14:

Ex 14:1 ¶ And the LORD spake unto Moses, saying,
2 Speak unto the children of Israel, that they turn and encamp before Pihahiroth, between Migdol and the sea, over against Baalzephon: before it shall ye encamp by the sea.
3 For Pharaoh will say of the children of Israel, They are entangled in the land, the wilderness hath shut them in.
4 And I will harden Pharaoh's heart, that he shall follow after them; and I will be honoured upon Pharaoh, and upon all his host; that the Egyptians may know that I am the LORD. And they did so.
5 And it was told the king of Egypt that the people fled: and the heart of Pharaoh and of his servants was turned against the people, and they said, Why have we done this, that we have let Israel go from serving us?
6 And he made ready his chariot, and took his people with him:
7 And he took six hundred chosen chariots, and all the chariots of Egypt, and captains over every one of them.
8 And the LORD hardened the heart of Pharaoh king of Egypt, and he pursued after the children of Israel: and the children of Israel went out with an high hand.
9 But the Egyptians pursued after them, all the horses and chariots of Pharaoh, and his horsemen, and his army, and overtook them encamping by the sea, beside Pihahiroth, before Baalzephon.

638

10 ¶ And when Pharaoh drew nigh, the children of Israel lifted up their eyes, and, behold, the Egyptians marched after them; and they were sore afraid: and the children of Israel cried out unto the LORD.
11 And they said unto Moses, Because there were no graves in Egypt, hast thou taken us away to die in the wilderness? wherefore hast thou dealt thus with us, to carry us forth out of Egypt?
12 Is not this the word that we did tell thee in Egypt, saying, Let us alone, that we may serve the Egyptians? For it had been better for us to serve the Egyptians, than that we should die in the wilderness.
13 And Moses said unto the people, Fear ye not, stand still, and see the salvation of the LORD, which he will shew to you to day: for the Egyptians whom ye have seen to day, ye shall see them again no more for ever.
14 The LORD shall fight for you, and ye shall hold your peace.
15 ¶ And the LORD said unto Moses, Wherefore criest thou unto me? speak unto the children of Israel, that they go forward:
16 But lift thou up thy rod, and stretch out thine hand over the sea, and divide it: and the children of Israel shall go on dry ground through the midst of the sea.
17 And I, behold, I will harden the hearts of the Egyptians, and they shall follow them: and I will get me honour upon Pharaoh, and upon all his host, upon his chariots, and upon his horsemen.
18 And the Egyptians shall know that I am the LORD, when I have gotten me honour upon Pharaoh, upon his chariots, and upon his horsemen.
19 And the angel of God, which went before the camp of Israel, removed and went behind them; and the pillar of the cloud went from before their face, and stood behind them:
20 And it came between the camp of the Egyptians and the camp of Israel; and it was a cloud and darkness to them, but it gave light by night to these: so that the one came not near the other all the night.
21 ¶ And Moses stretched out his hand over the sea; and the LORD caused the sea to go back by a strong east wind all that night, and made the sea dry land, and the waters were divided.
22 And the children of Israel went into the midst of the sea upon the dry ground: and the waters were a wall unto them on their right hand, and on their left.
23 And the Egyptians pursued, and went in after them to the midst of the sea, even all Pharaoh's horses, his chariots, and his horsemen.
24 And it came to pass, that in the morning watch the LORD looked unto the host of the Egyptians through the pillar of fire and of the cloud, and troubled the host of the Egyptians,
25 And took off their chariot wheels, that they drave them heavily: so that the Egyptians said, Let us flee from the face of Israel; for the LORD fighteth for them against the Egyptians.
26 And the LORD said unto Moses, Stretch out thine hand over the sea, that the waters may come again upon the Egyptians, upon their chariots, and upon their horsemen.
27 And Moses stretched forth his hand over the sea, and the sea returned to his strength when the morning appeared; and the Egyptians fled against it; and the LORD overthrew the Egyptians in the midst of the sea.
28 And the waters returned, and covered the chariots, and the horsemen, and all the host of Pharaoh that came into the sea after them; there remained not so much as one of

639

'them.

29 But the children of Israel walked upon dry land in the midst of the sea; and the waters were a wall unto them on their right hand, and on their left.

30 Thus the LORD saved Israel that day out of the hand of the Egyptians; and Israel saw the Egyptians dead upon the sea shore.

31 And Israel saw that great work which the LORD did upon the Egyptians; and the people feared the LORD, and believed the LORD, and his servant Moses.

So Rev 6:12 speaks of the same great fear as Ex 14:10 when it talks about a great earthquake, because the Bible associates earthquakes with fear (Zec 14:5), and here we are talking about the fear that is in the hearts of the true believers. And the sun becoming black as sackcloth and the moon becoming as blood is referring to the proclaimers of the Gospel, the true believers who represent Jesus Christ, who are in silence and are giving no light. So the next verse, verse 13, says that the stars of heaven fell unto the earth, which spiritually means that the true believers have lost all respect in the eyes of the world, and they, the true believers, fall in the eyes of the world as the world wags their tongues with their false gospels against the true believers with the mighty wind of the tongues of the false gospels spewing out of the mouths of the apostate church and the beast, a name for the apostate church. Here one of Job's miserable counselor friends calls Job's words a wind.

Job 8:2. How long wilt thou speak these things? and how long shall the words of thy mouth be like a strong wind?

But in the case of Rev 6:13, the term wind is referring to the wind of the false gospels spewing out of the mouth of the beast, the apostate church against the true believers. But just when the true believers are most fearful, Jesus Christ appears, Rev 6:14, such that the heaven departs as a scroll, which seems to be saying physically that Jesus Christ will appear in the sky such that all in the world will see Jesus Christ coming back with the true saints that are already in heaven and are returning to the earth to be with the true believers still waiting down here on earth looking up to meet Jesus Christ. And since the time period of the 10 virgins is 10 days, then there will be plenty of time for all people on the earth to see Jesus Christ returning as the earth rotates 10 times during those 10 days. Also, the language "heaven departs as a scroll" in Rev 6:14 also seems to be spiritually saying that Jesus Christ will be revealed in the parable of the 10 virgins in that the lamps of the true believers does not go out, but continues to give light. This continuation of light is the revealing of Jesus Christ in heaven, since the term "heaven" spiritually sometimes refers to the true believers. And Rev 6:14 also says that every mountain and island were moved out of their places, which seems to be saying that the non-elect and the power centers of the earth, which are religions and governments, are fully debunked and shamed as mankind realizes that he is headed for the eternal lake of fire as judgement day approaches. So the next verse, Rev 6:15, says:

Rev 6:15 And the kings of the earth, and the great men, and the rich men, and the chief captains, and the mighty men, and every bondman, and every free man, hid themselves in the dens and in the rocks of the mountains;

640

Rev 6:15 above is saying that the men (and women, of course) of the power centers of the earth, and all unsaved humans on the earth both small and great, are now seeking shelter from the judgement of God which is falling upon mankind. Here the term mountains and rocks seems to be referring to the true believers who are not fearful as they seek their beloved savior returning, but the non-elect are seeking help from the true believers to save them--this is the 5 foolish virgins asking the 5 wise virgins to share their lamp oil, because the 5 foolish virgins are realizing that their lamps are giving no light, and that Jesus Christ is not revealed in them, because they, the non-elect, are not in the kingdom of heaven.

Then at the end of these last 10 days is judgement day itself, which should be actually about 12 hours long, if the 14 day pattern is followed by a short period that is analogous to the 45 day period between the 1290 days of Da 12 and the 1335 days of Da 12. In the case of the 1290 day period of Da 12 the 3.5 periods within that 1290 day period (related to the 3.5 years that the two witnesses are dead that fits within but does not entirely fill that period) ends with a 45 day period that ends the 1335 day period. these 45 days are a month and a half attached to the end of the 3.5 year period. That means that the 3.5 periods of the 14 day 3.5 pattern at the end of Dec 2013 will be

1.5months/(3.5years times 12monthsperyear) times 14 days = 0.5 days, or 12 hours.

So then judgement day appears to be given a time frame of 12 hours. After these 12 hours is completed then time is no more, and the true believers are fully enjoying heaven, and the unsaved are fully experiencing the eternal lake of fire, both to remain this way for eternity.

Remember how that Jesus Christ prayed if possible that this cup, the cross, might pass from him, and how that we saw that that implied that Jesus Christ was living the role of not knowing the day nor the hour (that implied that Jesus Christ was living the role of not knowing the day nor the hour of judgement day, since the cross is judgement day. Likewise also for the true believers, we will pray for the return of Jesus Christ so that judgement day comes, but we do not know the day nor the hour. If Jesus does not come back in 2013 and we get well into 2014, then God did not answer that prayer to end our suffering on this earth just yet. But Jesus Christ will return eventually, and in any day that any of us humans die, on that day Jesus Christ has nevertheless returned for us when we die. We must all seek to make our calling and election sure so that we may be sure that we are going to heaven, and not to the eternal lake of fire.

I will end this paper with an interesting side note not related to when Jesus Christ is to return. Have you ever wondered why Rev 22:18-19 comes before the exact end of the Bible? In other words, have you ever wondered why there are verses 19, 20, and 21 beyond verse 18, which says not to add to the Bible? You should wonder why verses 19, 20, and 21 exist. Verses 19, 20, and 21 are very important verses, and indeed they are the Word of God, and are part of the Bible, yet to understand how God put them there after God said that the Bible is complete in verse 18 is difficult. In exploring this question I decided to count the number of Greek words in verses 18-22, and I found something very interesting. Verses 18-19 together have 37 Greek words. Verse 20 has 9 words, and verse 21 has 14 words. When 37 is added to 9 we get 46, which is a spiritual number because 23x2=46, and 23 represents judgement. And verse 21 has 14 words, and 14

642

641

seems to represent the resurrection of the saints, as we saw in Mt 27 when the graves were opened when Jesus Christ died on the cross on the 14th day of the first Jewish month. Also, we can add the 9 words of verse 20 to the 14 words of verse 21 and again arrive at the number 23, the number for judgement. Verses 19, 20, and 21 seem to be additions to the Bible after verse 18 said not to add to the Bible any more. But what God is really doing here is suggesting that God is going to *appear* to say something very big. And the true believers are also the Word made flesh as Jesus Christ exists in and makes his home in the hearts of the elect as he saves each elect, bone of his bone, and flesh of his flesh, as Adam spoke of Eve. Another important number combination is that the total number of Greek words for verses 18 through 21 is 60 words, and that may be a spiritual reference to the last 6 years of the universe's existence, the last 6 years that this paper is dealing with. The number 6 is a major theme of this paper because God has made the last 6 years very special as a time when the true Gospel would triumphantly extract all of the elect out of the apostate church and complete the tasks of both destroying Satan's works and of finishing to perfection the work of the true believers, the work of Jesus Christ in them as the body of Jesus Christ is built up to a beautiful bride for Jesus for eternity. As we read in a Psalm of Moses:

Ps 90:17 And let the beauty of the LORD our God be upon us: and establish thou the work of our hands upon us; yea, the work of our hands establish thou it.

And also in Revelations:

Rev 19:7 Let us be glad and rejoice, and give honour to him: for the marriage of the Lamb is come, and his wife hath made herself ready.
8 And to her was granted that she should be arrayed in fine linen, clean and white: for the fine linen is the righteousness of saints.
9 And he saith unto me, Write, Blessed *are* they which are called unto the marriage supper of the Lamb. And he saith unto me, These are the true sayings of God.

This conclusion that God is going to *appear* to tarry, or wait longer than he should before Jesus Christ returns, is consistent with the verses with which that I ended the previous section in this paper. To quote those verses again:

Hab 2:1 ¶ I will stand upon my watch, and set me upon the tower, and will watch to see what he will say unto me, and what I shall answer when I am reproved.
2 And the LORD answered me, and said, Write the vision, and make *it* plain upon tables, that he may run that readeth it.
3 For the vision is yet for an appointed time, but at the end it shall speak, and not lie: though it tarry, wait for it; because it will surely come, it will not tarry.
4 Behold, his soul *which* is lifted up is not upright in him: but the just shall live by his faith.

Eze 12:21 ¶ And the word of the LORD came unto me, saying,
22 Son of man, what *is* that proverb *that* ye have in the land of Israel, saying, The days are prolonged, and every vision faileth?
23 Tell them therefore, Thus saith the Lord GOD; I will make this proverb to cease, and

they shall no more use it as a proverb in Israel; but say unto them, The days are at hand, and the effect of every vision.
24 For there shall be no more any vain vision nor flattering divination within the house of Israel.
25 For *I am* the LORD: I will speak, and the word that I shall speak shall come to pass; it shall be no more prolonged: for in your days, O rebellious house, will I say the word, and will perform it, saith the Lord GOD.
26 Again the word of the LORD came to me, saying,
27 Son of man, behold, *they of* the house of Israel say, The vision that he seeth *is* for many days *to come*, and he prophesieth of the times *that are far off*.
28 Therefore say unto them, Thus saith the Lord GOD; There shall none of my words be prolonged any more, but the word which I have spoken shall be done, saith the Lord GOD.

Let us all seek God earnestly to make our calling and election sure, and let us all provoke one another to love and good works as we see the day approaching. As we read:

Heb 10:23 Let us hold fast the profession of *our* faith without wavering; (for he *is* faithful that promised;)
24 And let us consider one another to provoke unto love and to good works:
25 Not forsaking the assembling of ourselves together, as the manner of some *is*; but exhorting one *another*; and so much the more, as ye see the day approaching.

## 18 The Text of My 1998 Tract May be Extracted from this Section and Distributed as a Stand Alone Christian Tract on the Apostate Church

### The Apostate Church

The concept of an *apostate* church is clearly something bad; we have all heard the term *apostate* used in a bad sense. But what is it? Is it my church? If we smugly say to ourselves "it is not my church," whatever it is", be careful, the Bible says

I Corinthians 10:12 Wherefore let him that thinketh he standeth take heed lest he fall.

The Bible in the book of Revelation gives seven examples of churches, *five* of which God has had things to say. Only two go by without bad words about them from God. These two churches are *not* big churches that impress man. One can tell by the way the Bible discusses them:

Revelation 2:8 And unto the angel of the church in Smyrna write; These things saith the first and the last, which was dead, and is alive;

9 I know thy works, and tribulation, and poverty, (but thou art rich) and *I know* the blasphemy of them which say they are Jews, and are not, but *are* the synagogue of Satan.
10 Fear none of those things which thou shalt suffer: behold, the devil shall cast *some* of

643

you into prison, that ye may be tried; and ye shall have tribulation ten days: be thou faithful unto death, and I will give thee a crown of life.
11 He that hath an ear, let him hear what the Spirit saith unto the churches; He that overcometh shall not be hurt of the second death.

Revelation 3:7 And to the angel of the church in Philadelphia write; These things saith he that is holy, he that is true, he that hath the key of David, he that openeth, and no man shutteth; and no man openeth;

8 I know thy works: behold, I have set before thee an open door, and no man can shut it: for thou hast a little strength, and hast kept my word, and hast not denied my name.
9 Behold, I will make them of the synagogue of Satan, which say they are Jews, and are not, but do lie; behold, I will make them to come and worship before thy feet, and to know that I have loved thee.

10 Because thou hast kept the word of my patience, I also will keep thee from the hour of temptation, which shall come upon all the world, to try them that dwell upon the earth.

11 Behold, I come quickly: hold that fast which thou hast, that no man take thy crown.

12 Him that overcometh will I make a pillar in the temple of my God, and he shall go no more out: and I will write upon him the name of my God, and the name of the city of my God, *which is* new Jerusalem, which cometh down out of heaven from my God: and *I will write upon him my new name.*
13 He that hath an ear, let him hear what the Spirit saith unto the churches.

The two underlined words in the above two passages make clear that these are not big, thriving churches. The other five out of the total of seven churches discussed there in Revelation get warnings from God. The church of Ephesus which did well in exposing false teachers nevertheless had lost its first love (Rev 2:4). The church at Pergamos that has not denied the faith nevertheless harbors the false doctrines of Balaam (Rev 2:14) and the Nicolaitans (Rev 2:15). The church at Thyatira whose later works were greater than their first works nevertheless harbors the wicked woman Jezebel who calls herself a prophetess (Rev 2:20). The church at Sardis has a name that they live, but then God says that they are dead (Rev 3:1). The church at Laodicea though they were rich, but God says that they are very poor in a bad sense from God's viewpoint (Rev 3:17).

If your church is typical, it is among the five churches above. Do you go to a large church that is thriving? Be careful, the Bible says:

Luke 6:26 Woe unto you, when all men shall speak well of you! for so did their fathers to the false prophets.

Luke 16:15 And he said unto them, Ye are they which justify yourselves before men; but God knoweth your hearts: for that which is highly esteemed among men is abomination in the sight of God.

Proverbs 16:5 Every one *that* is proud in heart *is* an abomination to the LORD: *though* hand *join* in hand, he shall not be unpunished.

644

Proverbs 20:6 Most men will proclaim every one his own goodness: but a faithful man who can find?

The essence of a faithful church that receives no condemnation from God is found in *God,* not in men. This is because God is the source of all good things. No good thing in the least little way comes from man. The primary good thing in the hands of man is the Bible, which God placed into the human race as a witness to the human race. God does not leave Himself without a witness. God loves His Word. Churches that love God's Word love God. Do you love the Bible? Do you read it? Does your pastor teach you how to study the Bible so that you can discover and confirm truth by studying the Bible yourself? All these questions are related to churches that love the Bible. Furthermore, if your church seems to love the Bible, is that love sincere? Love may be faked enough to fool people, though no one can fool God, who sees man's heart. What is the true love of the Bible? If one truly loves the Bible, then nothing compares to the Bible in the heart of such a person. That person knows by a deep God-caused faith that everything in the Bible is true. That person shall trust a statement of the Bible over any statement of science or man. That person shall not let any other so-called message from God, such as another book that is supposedly divine be acknowledged as such; that person rejects with force the idea that there is any other truth apart from the Bible. That person even shall reject something his or her pastor says, if what that pastor says is contradicted by the Bible; the Bible wins every time!

Proverbs 21:30¶ *There is* no wisdom nor understanding nor counsel against the LORD.

Proverbs 19:21¶ *There are* many devices in a man's heart; nevertheless the counsel of the LORD, that shall stand.

Furthermore, if one loves the Bible truly, then that person shall take its commandments seriously as statements of what God desires in the life of a true Christian.

Test number one of an apostate church: Does our church fail to exalt the Bible? The Bible itself says:

Psalm 138:2 I will worship toward thy holy temple, and praise thy name for thy lovingkindness and for thy truth: for thou hast magnified thy word above all thy name.

Some people shall complain, maybe loudly, this makes the Bible an idol. No. We must realize that the Bible is a love letter to true believers, and a condemnation to the remainder of mankind. If a young woman receives a love letter from her future husband, who is to arrive soon for the wedding, she may very well kiss that letter while her mind is on her husband, until her husband arrives; then she can set the letter down, and love her husband in person. To press the question again, do we kiss the Bible? In other words, do we love the Bible? If we are worshipping the God who wrote the Bible as we love the Bible, we have not made the Bible an idol.

The truth of the matter is that there are many pastors who can not stand to have their congregations challenge them in truth by bringing to them hard questions from the Bible.

645

They do not want their means of employment challenged; it is their livelihood. For example, pastors that teach that man has a free will—which is a very common lie and false doctrine—would be very offended by their church members bringing to their attention Bible verses to the contrary. On this question of free will consider:

Romans 9:11  (For the children being not yet born, neither having done any good or evil, that the purpose of God according to election might stand, not of works, but of him that calleth;)

12  It was said unto her, The elder shall serve the younger.

13  As it is written, Jacob have I loved, but Esau have I hated.

14  What shall we say then? Is there unrighteousness with God? God forbid.

15  For he saith to Moses, I will have mercy on whom I will have mercy, and I will have compassion on whom I will have compassion.

16  So then it is not of him that willeth, nor of him that runneth, but of God that sheweth mercy.

John 1:13  Which were born, not of blood, nor of the will of the flesh, nor of the will of man, but of God.

John 6:44  No man can come to me, except the Father which hath sent me draw him: and I will raise him up at the last day.

John 15:16  Ye have not chosen me, but I have chosen you, and ordained you, that ye should go and bring forth fruit, and that your fruit should remain: that whatsoever ye shall ask of the Father in my name, he may give it you.

1John 4:19  We love him, because he first loved us.

Isaiah 65:1 I am sought of them that asked not for me; I am found of them that sought me not: I said, Behold me, behold me, unto a nation that was not called by my name.

James 1:18  Of his own will begat he us with the word of truth, that we should be a kind of firstfruits of his creatures.

Matthew 11:25 ¶ At that time Jesus answered and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes.

So another test for an apostate church: "does our church teach the false doctrine of free will?" Instead, it should teach election, that God does the choosing, and that man does not have a free will to choose God. If a church pushes the false doctrine of free will forcefully, that is grounds for leaving that church, because it actually has a works gospel, not a gospel of God's irresistible, all-prevailing grace to save every last one of the elect—absolutely no one else but the elect—out of thoroughly spiritually dead and completely undeserving mankind.

We can go on and on to examine false teachings of the church, because there are many

646

such doctrines.  Some other serious false doctrines today include *tongues are possible after the Bible was completed; dreams and visions supposedly from God after the Bible was completed; supposedly true healings after the time of the apostles; women being allowed to teach, and lead men, and to be pastors; homosexuality not opposed; hell is not eternal; Jesus is not God; water baptism saves; the Old Testament is irrelevant; etc...* The 1st can be summarized as a hatred for the Bible.  Any of these false doctrines are strong grounds for leaving a church.  And in fact, the church must be left altogether today because God is bringing His judgement down onto it, and the true believers must get out of it just like Lot was required to leave Sodom.  God's program is for true believers to seek out other true believers in fellowships that do not have the formal structure of a church.  No communion with bread and the juice of the grape; and no water baptism.  We still have the spiritual communion of sharing the Bible with each other, and we still have the spiritual baptism of the Holy Spirit causing someone to believe and come to true faith so as to become born again.  We do not need the physical pictures of these things, because the spiritual equivalents are more real than the physical pictures.  And now is the time to remove the structure of the formal church as we wait for the return of Jesus, and fellowship with other true believers.  We must aggressively seek out these other true believers in order to honor God's word.  In other words, the idea of not fellowshipping with any group of believers on Sunday at all should be avoided, if at all possible, because the Bible identifies not gathering with the believers as a very serious, willful sin that must be avoided:

Hebrews 10:25  Not forsaking the assembling of ourselves together, as the manner of some is; but exhorting one another; and so much the more, as ye see the day approaching. 26  For if we sin wilfully after that we have received the knowledge of the truth, there remaineth no more sacrifice for sins,

27  But a certain fearful looking for of judgment and fiery indignation, which shall devour the adversaries.

So the hope would be to find a fellowship of believers that love the Bible with which to fellowship; a fellowship that is reasonably faithful to the Bible; one that does not add to the Bible with supposed messages from God, which pays close attention to what the Bible says; and which does not take away from the Bible by regarding portions of it as irrelevant.  On the mater of relevance of the Old Testament, consider:

Romans 15:4  For whatsoever things were written aforetime were written for our learning, that we through patience and comfort of the scriptures might have hope.

2Ti 3:16  All scripture is given by inspiration of God, and is profitable for doctrine, for reproof, for correction, for instruction in righteousness:

1 Corinthians 10:5  But with many of them God was not well pleased: for they were overthrown in the wilderness.

6 ¶ Now these things were our examples, to the intent we should not lust after evil things, as they also lusted.

7  Neither be ye idolaters, as were some of them; as it is written, The people sat down to eat and drink, and rose up to play.

8  Neither let us commit fornication, as some of them committed, and fell in one day

647

three and twenty thousand.

9 Neither let us tempt Christ, as some of them also tempted, and were destroyed of serpents.

10 Neither murmur ye, as some of them also murmured, and were destroyed of the destroyer.

11 Now all these things happened unto them for ensamples; and they are written for our admonition, upon whom the ends of the world are come.

No church has perfect doctrine, just like we ourselves do not have perfect doctrine. But we should strive for truth and mercy and should focus on the truth to be sure that we ourselves know and love the truth. The Bible says:

2 Timothy 2:15 Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth.

Acts 17:11 These were more noble than those in Thessalonica, in that they received the word with all readiness of mind, and searched the scriptures daily, whether those things were so.

1 Peter 2:2 As newborn babes, desire the sincere milk of the word, that ye may grow thereby:

2 Corinthians 4:2 But have renounced the hidden things of dishonesty, not walking in craftiness, nor handling the word of God deceitfully; but by manifestation of the truth commending ourselves to every man's conscience in the sight of God.

And we do not want the following to be true of us:

2 Timothy 4:3 For the time will come when they will not endure sound doctrine; but after their own lusts shall they heap to themselves teachers, having itching ears;

4 And they shall turn away their ears from the truth, and shall be turned unto fables.

2 Thessalonians 2:10 And with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved.

11 And for this cause God shall send them strong delusion, that they should believe a lie:

12 That they might be damned who believed not the truth, but had pleasure in unrighteousness.

Today is that time when people will not endure sound doctrine, and do not love the truth.

The Bible itself gives a very noteworthy test for false teachers:

Matthew 7:15  Beware of false prophets, which come to you in sheep's clothing, but inwardly they are ravening wolves.

16 Ye shall know them by their fruits. Do men gather grapes of thorns, or figs of thistles?

17 Even so every good tree bringeth forth good fruit; but a corrupt tree bringeth forth

---

648

evil fruit.

18 A good tree cannot bring forth evil fruit, neither can a corrupt tree bring forth good fruit.

19 Every tree that bringeth not forth good fruit is hewn down, and cast into the fire.

20 Wherefore by their fruits ye shall know them.

How do we apply this test?  This test is for both true and false prophets.  True prophets are those who yield good fruit, whatever that is.  False prophets are those who yield bad fruit, whatever that is.  Let's see how Jesus applied this test to himself:

John 13:35  By this shall all men know that ye are my disciples, if ye have love one to another.

I John 2:5  But whoso keepeth his word, in him verily is the love of God perfected: hereby know we that we are in him.

Love is one of the fruits of the Spirit, as the Bible speaks:

Galatians 5:22  But the fruit of the Spirit is love, joy, peace, longsuffering, gentleness, goodness, faith,

23 Meekness, temperance: against such there is no law.

Consider the following about love (called charity in this passage):

I Corinthians 13:4 ¶ Charity suffereth long, and is kind; charity envieth not; charity vaunteth not itself, is not puffed up,

5 Doth not behave itself unseemly, seeketh not her own, is not easily provoked, thinketh no evil;

6 Rejoiceth not in iniquity, but rejoiceth in the truth;

Love does not mean that we don't care for truth.  We care for truth, otherwise we do not have love; this is what is meant by "Charity…rejoiceth in the truth".  This is a very important characteristic of true Christian love.  Churches that sacrifice truth for unity's sake in the name of love do not have love!  The Bible says:

Proverbs 27:5  Open rebuke is better than secret love.

Proverbs 27:6  Faithful are the wounds of a friend; but the kisses of an enemy are deceitful.

If we have love, then we are engaged in the life long struggle for truth, God glorifying, true unity is only possible when we have the truth, as God gives the truth in His Bible. Of course, the way we share the truth is important.  If we do not have the authority of a pastor over a congregation, or elder over a child, or parent over a child, or husband over his wife and children, or a wife over her children, then we need to be very careful not to judge other people, because God is the Judge of all mankind, and God

649

grants through the proper chain of authority the place of judgment in this life:

Ro 13:1 ¶ Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God.

James 4:11 ¶ Speak not evil one of another, brethren. He that speaketh evil of *his* brother, and judgeth his brother, speaketh evil of the law, and judgeth the law: but if thou judge the law, thou art not a doer of the law, but a judge.
12 There is one lawgiver, who is able to save and to destroy: who art thou that judgest another?

These in proper authority granted by God represent God in that authority. So when we talk about *rebuke* and *wounds* in the above scriptures, we must remember that these actions of corrections towards others are to be done only if we have the proper authority. Or, if a close friendship allows it, then within the context of that rare and special friendship. Otherwise, to rebuke someone is so judge them, and God commands us to not judge one another. So we are to share corrective truth with tact (but without lying and deception) and kindness only within the proper context. For this God says:

Ephesians 4:15 But speaking the truth in love, may grow up into him in all things, which is the head, *even* Christ:

This is where true unity comes from: a loving concern for each other in the truth.

Also, even within the proper context of authority or a close friendship we can not correct every little thing. Love does require much ongoing mercy and forgiveness. None of us has perfect doctrine. And we must overlook sin in each other because we ourselves are quite sinful, and need much forgiveness from God everyday. Many lesser sins and faults should go unmentioned altogether.

Proverbs 19:11 The discretion of a man deferreth his anger; and *it is* his glory to pass over a transgression.

1 Peter 4:8 And above all things have fervent charity among yourselves: for charity shall cover the multitude of sins.

Anyone who has truth and no love is a hypocrite. Also, anyone who has love and no truth is a liar. Jesus alone brought truth and love together. He did that at the cross:

Psalm 85:10 Mercy and truth are met together; righteousness and peace have kissed *each other.*

So is Jesus alive in our church so that it has this uncompromising love for truth and each other simultaneously? This love is good fruit. Most pastors fail to produce a church like this because their churches do not care enough about truth to even enter into the struggle for truth, because they are fearful that the struggle shall shatter the unity that they have by ignoring the truth. They become a friendly social club. They do not really love the Bible—though they read their Bible and sing wonderful hymns– nor do they love God, and they are

---

650

causing each other to go to hell by ignoring the truth. This shows that their surface friendliness is a cover for the hatred for each other as they pat each other on the back, assuring each other that all is well, when in fact they are headed for hell, as the Bible says:

Jeremiah 6:14 They have healed also the hurt of *the daughter* of my people slightly, saying, Peace, peace; when *there is* no peace.
15 Were they ashamed when they had committed abomination? nay, they were not at all ashamed, neither could they blush: therefore they shall fall among them that fall: at the time *that* I visit them they shall be cast down, saith the LORD.
16 Thus saith the LORD, Stand ye in the ways, and see, and ask for the old paths, where *is* the good way, and walk therein, and ye shall find rest for your souls. But they said, We will not walk *therein.*

Sadly, the struggle for truth is cut-off at the base by pastors who fail to teach their congregations how to study the Bible. Or they teach them bogus ways to study the Bible, such as the so called "inductive method." In fact, most pastor's do not know how to study the Bible. They greatly depend upon their commentaries. Using commentaries is *not* how to study the Bible. Commentaries are no better than teachers who present doctrine, sometimes true, and sometimes false. No teacher is perfect except God and the Bible itself. Commentaries are like most pastors, they also fail to teach us *how to study the Bible.* Do you know *how* to study the Bible? The Bible does teach us how it is to be studied (God in the following verse is talking about the word of God, as it was spoken):

1 Corinthians 2:13 Which things also we speak, not in the words which man's wisdom teacheth, but which the Holy Ghost teacheth; comparing spiritual things with spiritual.

If God has given us the faith to understand this verse, then we would understand the important relationship of this verse to the following verse:

John 6:63 It is the spirit that quickeneth; the flesh profiteth nothing: the words that I speak unto you, *they* are spirit, and *they* are life.

We see that the Bible (the Bible is the Word of God, and Jesus is God) refers to itself as *spirit* in John 6:63. Keying in on that word *spirit*, we would then understand that since *spiritual* things in 1 Corinthians 2:13 also refers to the Bible, we are to compare the Bible with the Bible to interpret the Bible; the whole Bible is its own self-contained context. So by comparing these two scriptures with each other we see that such comparison is exactly how God desires the Bible to be studied. The only thing that keeps this circular reasoning from becoming invalid is that God starts us off with faith to understand one of these two verses, then he opens the eyes of our understanding to the next verse by comparison, and our understanding deepens.

Of course, this makes abundant sense if we trust the Bible to be from the one perfect Mind of God, with perfect consistency and integrity. For example, if we compare scripture with scripture, we believe and trust that when God speaks of the *sons of God* in Genesis 6:2 and Job 1:6, that these are exactly the same as the *sons of God* spoken of in Romans 8:14. Anything less than that belief and trust is to deny the integrity of the

651

Bible, the Word of God. Many teachers and theologians fail to hold the Bible up this highly. They lack faith, and should not be teaching others. Please do not misunderstand, do not suppose that every time we see the same word in the Bible we must believe that it means exactly the same thing. Context is quite important; and the whole Bible is a context unto itself. But a phrase like the *sons of God* is very much too unique and special to have such variability in meaning.

The Bible's depths greatly exceed what any man may understand over a lifetime, and we have no where else to go for truth:

John 6:68 Then Simon Peter answered him, Lord, to whom shall we go? thou hast the words of eternal life.

Now, in this time of great ignorance of the Bible, if God has opened your eyes to truth, don't be puffed up with pride. The Bible warns:

1 Corinthians 8:1...Knowledge puffeth up, but charity edifieth.
2 And if any man think that he knoweth any thing, he knoweth nothing yet as he ought to know.
3 But if any man love God, the same is known of him.

Is your or my church apostate? Consider, for some parting final scripture:

Isaiah 8:20 To the law and to the testimony: if they speak not according to this word, *it is because there is* no light in them.

Jeremiah 23:22 But if they had stood in my counsel, and had caused my people to hear my words, then they should have turned them from their evil way, and from the evil of their doings.

May God bless you.

P.S., Read the *entire* book of Lamentations in the Bible. That is God's up-to-the-minute news report on *The Apostate Church*, spoken of there in spiritual language as *Jerusalem*. Read also Revelation 11:8.

The author of this tract hereby places this entire tract into the public domain. Freely copy as you please. God is the source of all truth, but thanks to my friends for their truly helpful input. D.Z. (Updated on: 16Sep2007)

# 19 An Alphabetical List of the Abbreviated Names of all the Books of the Holy Bible

652

The abbreviated names used in this paper refer to books within the Holy Bible. These abbreviations are listed below in alphabetical order. When a Bible reference in this paper's text appears, you may find that reference in the list below and discover to which book of the Holy Bible that reference refers. For example, if the reference Es 4:16 appears in the paper's text, using the list below one may see that that reference refers to the book of Esther chapter 4 verse 16.

| | | |
|---|---|---|
| Ac=Acts | Jas=James | Ne=Nehemiah |
| Am=Amos | Jer=Jeremiah | Nu=Numbers |
| 1Ch=1 Chronicles | 1Jo=1 John | Ob=Obadiah |
| 2Ch=2 Chronicles | 2Jo=2 John | 1Pe=1 Peter |
| 1Co=1 Corinthians | 3Jo=3 John | 2Pe=2 Peter |
| 2Co=2 Corinthians | Job=Job | Phm=Philemon |
| Col=Colossians | Joe=Joel | Php=Philippians |
| Da=Daniel | Joh=John | Pr=Proverbs |
| De=Deuteronomy | Jon=Jonah | Ps=Psalms |
| Ec=Ecclesiastes | Jos=Joshua | Re=Revelation |
| Eph=Ephesians | Jud=Judges | Ro=Romans |
| Es=Esther | Jude=Jude | Ru=Ruth |
| Eze=Ezekiel | 1Ki=1 Kings | 1Sa=1 Samuel |
| Ezr=Ezra | 2Ki=2 Kings | 2Sa=2 Samuel |
| Ga=Galatians | La=Lamentations | So=The Song of Solomon |
| Ge=Genesis | Le=Leviticus | 1Th=1 Thessalonians |
| Hab=Habakkuk | Lu=Luke | 2Th=2 Thessalonians |
| Hag=Haggai | Mal=Malachi | 1Ti=1 Timothy |
| Heb=Hebrews | Mic=Micah | 2Ti=2 Timothy |
| Ho=Hosea | Mr=Mark | Tit=Titus |
| Isa=Isaiah | Mt=Matthew | Zec=Zechariah |
| | Na=Nahum | Zep=Zephaniah |

## U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:08−cv−00476−H−LSP

Zuck v. Federal Bureau of Investigation
Assigned to: Judge Marilyn L. Huff
Referred to: Magistrate Judge Leo S. Papas
Cause: 42:1983 Civil Rights Act

Date Filed: 03/14/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Daniel David Zuck**

represented by **Daniel David Zuck**
1346 Alita Lane
Escondido, CA 92027
760−807−1986
Fax: 760−740−0342
PRO SE

V.

**Defendant**

**Federal Bureau of Investigation**

represented by **U S Attorney CV**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557−5662
Fax: (619)557−7122
Email: Efile.dkt.civ@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2008 | 1 | COMPLAINT against Federal Bureau of Investigation ( Filing fee $ 350 receipt number 148775.), filed by Daniel David Zuck.(ecl)(kaj). (Entered: 03/17/2008) |
| 04/04/2008 | 2 | Summons Issued as to Federal Bureau of Investigation, U.S. Attorney and U.S. Attorney General (ag) (Entered: 04/04/2008) |
| 06/10/2008 | 3 | Discrepancy Order by Judge Marilyn L. Huff accepting document: Proof of Service of Summons from Plaintiff Daniel David Zuck, non−compliance with local rule Other: Document Lacks Original Signature. Signed by chambers of Judge Marilyn L. Huff on 06/09/08. (ag) (Entered: 06/11/2008) |
| 06/10/2008 | 4 | SUMMONS Returned Executed by Daniel David Zuck. Federal Bureau of Investigation served on 5/30/2008, answer due 7/29/2008. NUNC PRO TUNC 06/05/2008 (ag) (Entered: 06/11/2008) |

08/04/08
I hereby attest and certify on _____
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy