NUNC PRO TUNC
AUG 18 2008

FILED
2008 AUG 19 AM 10: 59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Daniel David Zuck
1346 Alita Lane
Escondido, CA 92027
(760) 740-0342 home
(760) 807-1986 cell

Attorney for In-Pro-Per.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel David Zuck,<br>    Plaintiff,<br>vs.<br><br>Federal Bureau of Investigation,<br>    Defendant. | CASE NO. '08CV476HLSP<br><br>NOTICE OF MOTION AND PLEA<br>REQUESTING UNDERSTANDING<br>Response to Order<br>Date: ......................<br><br>Time: ...................... |

(font change from to)

TO THE COURT: I the plaintiff do understand the legal requirement for a clear statement of the facts constituting the cause of the legal action of originally filing 08CV476HLSP. California civil procedure Code 425.10(a)(1) says "A statement of the facts constituting a cause of action, in ordinary and concise language" is required to be a part of my originally complaint. My original complaint includes reference to two backpacks containing evidence kept with a retired judge via a lawyer and states very plainly that these backpacks contain evidence [circumstantial, albeit] of the psychological abuse I believe I have been subject to at the hands of the FBI via a secret search warrant. I can not make my statement of facts plainer than that because the evidence within the backpacks must be examined by the court to obtain further understanding of this evidence. I must not disturb that evidence personally in an attempt to give this evidence to the court lest I destroy the credibility of that evidence due to unsupervised handling of that evidence on my part--which I refuse to do. During the gathering process that lead to the concentration of that evidence into those two backpacks, I did document most of that evidence with a digital camera. A very significant page in a psychological journaling notebook had its picture thusly taken, which digital picture is shown directly below this sentence on the next page:

1