

The court may summon C. Bradley Patton, 760-438-3636, to obtain confirmation of the existence of these two backpacks and may request of that lawyer that that lawyer give to the court contact information to the retired judge who is maintaining safe keeping for that evidence (the retired judge's name is Judge Ramirez or some spelling close to that); I gave verbal instructions to Mr. Patton and that retired judge to give those backpacks strictly and only to a sitting [non-retired and active] judge at my request--and I had in mind "in my presence" also, meaning that I wish to witness that transfer of those backpacks to the sitting judge out of personal concern that this evidence not be misdelivered or mishandled, since a very great concern I have is confiscation of this evidence by the FBI and then subsequent denial of its existence. This is not, in my mind, an idle or frivolous concern, since I believe strongly that the FBI would like to classify my documents documenting their activity lest their techniques be exposed; such exposure is anathema to a federal institution such as the FBI. But in the plaintiff's view, these techniques are part and parcel with the FBI's unjust violation of the 4th amendment, and so I seek profound protection of my 1st amendment free speech rights to expose these techniques. I beg the court for understanding that I could not easily make this statement of the evidence more concise in the original complaint other than how it was stated, that these backpacks exist and that they contain evidence of that psychological abuse. I believe that this evidence rises to a level of conviction against the FBI not-beyond a reasonable doubt, but defienitely above the level of speculation, and hence my request for profound protection for my free speech to expose these techniques is highly justified. The origional complaint uses the phrase "speculated secret search warrant". I did not choose that phrase because I believe my evidence does not rise above the level of speculation, rather I choose that phrase in lue of the fact that I can not, with that evidence, reach a state of no reasonable doubt at all against the FBI. But this evidence definitely, in my view, the Plaintiff, rises above the level of speculation; for lack of a better word, that was the word I choose. This law suit is not about convicting the FBI of a crime; rather it is a request of the court to give the plaintiff profound protection so that I can be sure of true free speech to make my point to the world; the FBI otherwise has the power behind my back to suppress my free speech. I did give a copy of my statement of psychological torture to a newpaper reporter on Sep 19th, 2007, the lead editor of the Union Tribune for North County, and I believe that it never got published. That reference to that reporter is in the two mentioned backpacks. That reporter's last name, I seem to remember, was Oakenbloom, or something close to that.

The digital pictures of this evidence I speak of are printed and identified in some three-ring binders I have constructed subsequent to the original filing of this complaint on March 14th, 2008. These three rings binders took many weeks to construct, and I am loath to give out more than, perhaps, one copy (I constructed a total of five copies) to the court as an exhibit; I certainly have no intention to give these three-ring binders in the service process--rather the FBI should examine them as an exhibit after they have received service per the court's order dated

3

August 11, 2008. These three ring binders shall be identified as exhibit #1for the white binder, and exhibit #2 for the blue binder.  Even before this order I, the plaintiff, did attempt service via the North County Attorney Service, 760-940-1138. I have not yet, as of the writing of this motion on 18Aug2008, received back physical evidence of that service, but a phone message recorded on my home answering machine said service to one location (I did not realize that service to a Washington DC location was also needed) was effected on 8Aug2008, but without the original complaint.  I took digital pictures of that service package at the moment of hand-off of that package to the North County Attorney Service owner; those pictures are submitted with this motion as exhibit #3.  God helping me, I shall be making service via North County Attorney Service so as to properly meet the service requirements mentioned in the court order of Aug 11, 2008.

sincerely

Daniel David Zuck     18 Aug 2008

Daniel David Zuck, Plaintiff as In-Pro-Per.
(end of document)

4

100 Sheets
exactly found manually
numbered on each
Side for a total
of 200 pages.

Daniel N. Zuck
18 May 2008



From    White Binder

Front page of
White Binder D.z.

1

No All odd # pages in
this spiral bound notebook you are
reading have my right thumbs print
near the page # in the upper
right corner in Red.

This wire bound notebook contains (and later
the itemization of the white (also of
3-ring binders for case the Blue
08' CV 476 H LSP. 3-ring binders)
D.g.
This particular 3-ring binder, Notebook #1, 21Mar
contains 2+2 paginated pages. 2008
It also contains 10 plastic Jackets 211
holding origional faxes sent to D.g.
my Lawer C. Bradley Patton 19 May
that as a set document fairly 2008
well my effort to get evidence
of FBI malconduct protected from
FBI Ceasure. This evidence
was delieved to a retired Judge
Rameriz (Sp?) that Mr. Patton
Knew and which was represented
to me as able to protect that
evidence from the FBI. At a later
date I became suspicious that
Infact Judge Rameriz either did
not intend on protecting that evidence
from the FBI or at least could not
do so. So I filed Lawsuit 08CV476HLSP
on Mar 14th 2008 at United
States District Court California
South as my own representitive.
This I did in an attempt to
protect that evidence and to
ensure my free speech rights
to show to the World the great
evils that the FBI does to
people.

2.

thumb print underneith the page # in black

Because this evidence I believe is highly daming to the FBI the FBI is consequently intent on interfering with my ability to make this material known. There are four other white spiril bound notebooks with the same 212 paginated pages with all the same evidence on those pages.

Also, there are five Blue notebooks that document more such damning evidence of the FBI's evil invistation techniques using a form of psychological techniques that are best understood as fear-accumulating techniques delivered in a drip-drip water torture like fassion that can continue for years leading to paranoid schizoprenia in people who otherwise would never have gotten sick. The FBI destroys people's lives with these techniques. The white notebooks document these techniques with a document I wrote entitled "Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof" written Sep 19th, 2007 and authored by Me, Daniel David Zuck.

This document "Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof" ~~was written~~ is recorded in the origional filing of this lawsuit 08CV476HLSP, and is included in the white binders at pages 144 thru 163, 20 pages.

The following is a rough, discriptive itemization of the pages in the white notebooks.

\* Pages 1-24 are digital-camera-copied reprints of the origional faxes in Jackets 1-10. Only notebook #1 has these Jackets! Notebooks #2-#5 all have these digital-camera-copied reprints of these origional faxes.

\* Pages 25-57 are digital camera copies of pictures of pages of a backup notebook for the first of three deliveries of evidence to the retired Judge. That first delivery of evidence was in the form of a back-pack. Note that pages 29-30 give an itemization of that origional delivery of evidence. Page 28 shows the front cover of this back up notebook with a manella envelope. That envelope contains a data DVD documenting the picture ~~set~~ and evidence electronically as electronic jpeg files and \*.DOC word processor files etc.,...

4

Attached to the rings in this
the white binders at page 58
is a small white envelope that
contains a small CD that
records in electronic format
version 254 of a 652 page
paper I wrote on the Bible's
view of human sexuality. It
is a very complex document the
significantly explories the spiritual
meanings that the Bible gives
to various aspects of human
sexuality. This 652 page document
(I like to call it a paper) also
includes extensive discussion
of the calandar of end times
and some interesting dates on
which Jesus Christ may return
to judge mankind. As arragant
as this sounds, these dates
are seemingly related to events
I suspect ard likely (Lord willing)
to happen in my life in the future.
This docum 652 page paper is a
Bible study I er wrote as I
explored the matter of human
sexuality the end times,
and possible events in my life
and also past events in my life
that set the stage for my
involvement in these events.

5

A very important feature of my 652 page paper is a table of rules starting on page 562 to 564 with attendant text some pages before and after this table.

\* Item 16 This complex table of rules is an attempt by me to force a fair trial that I believe I can not get with the FBI and their unjust investigation techniques using cooericive psychology that obliterates any observability of guilt or inocence as to the origional accusation that started their investigation in my life and rather is cooericively focused on strongly cooericively motivating wrong behavior of the accused so as to then destroy the accused based on the thus caused wrong behavior, not on the origional accusation.

\* Pages 58 and 59 in the white 3-ring binder shows evidence of this document dated around Nov 12, 2007, when my last version of ~~the~~ my 652 page ~~docu~~ paper was completed. ~~I I~~ In the first delivery of evidence to the judge this 652 page paper was itentified as "Item 16".

Pages 60-63 in the ~~3 = the~~ white 3-ring binders shows to documents that constitute "item 15" in the first ~~b~~

6

"first delivery of evidence. This
"item 15" constitutes two hand
written documents signed as
acknowledgement by other people
that they have been exposed to
my document on "Psychological
Manipulation of Suspects by FBI
and the Psychological Pain Thereof"
and that I assert that I am
the author thereof. Page 62
is a document signed by two people
in the home church I used to attend.
And page 63 is a document
signed by the therapist (psychologist).
as I exposed him also to my
document on the "Psychological
Manipulation of Suspects by the
FBI and the Psychological Pain
thereof."

✳   Attached to the White 3-ring binder
at page 64 are two small envelopes
containing two small CDs
computer file CDs. These two
envelopes are labled "item 13" and
were origionally included as "item 13"
in the first delivery of evidence to
the judge. One CD shows a
small computer movie that documents
damage done (I believe) by the
F.B.I. as a pleasure-denying (the
pleasure of successfully growing a garden)

technique as a part of the psychological
manipulative techniques, which specific
technique I call "pleasure-redirecting"
or "pleasure-refocusing". They want to
increase my focus on the idea of sexual
pleasures by denying alternative pleasures,
such as growing a garden. The other
CD documents the packaging of some
of my Omacor medicine for the possible
future examination of that medicine
for possible tampering by the FBI
(ie, bogus and not the real stuff).

* Pages 64-70 document items
10, 11, 12, and 14 as those items
were identified in the first delivery
of evidence to the judge.
* Item 10, page 65, are four actual
Omacor medicine bottles.
* Item 11, page 66, is the actual book
on lovingly using psychology to train
dogs. That book is entitled "The Loved Dog"
by Tamar Geller. This book is significant
because I refer to it in my document
on Psychological Pain caused by the FBI.
This reference can be see on page 150
in the pages of the white 3-ring
binders in the upper 1/3 of that
page in the area where you find the
word "counterintuitive".
* Pages 67-69 are Item 12 which is
the actual itemization list for the
items in the first delivery to the judge.

18

Item 14, page 70, is an actual
hotel room hair conditioner bottle
that the Omacor movie (page 64)
documents regarding installation
of two Omacor capsules that might
be tested in the future for tampering
by the FBI.

Item 9, pages 71-74 set forth
a text file I wrote making effort
to support the fact that I am
the sole author of the document
"Psychological Manipulation of suspects by
FBI and the Psychological Pain Thereof"

Item 6, pages 75-81, document
in still photos damage done to my
tomato plants. There are bulages
a little distance behind the blooms
that I believe were caused by a
wire stripper (wire strippers do not
cut wires intentionally; their intention
is to cut the insulation around a wire,
and not the wire itself). They look
something like this



→ wire goes
here
and carved
blade only cuts
insulation, not
wire.

.9

* Item 7, pages 82-96, gives
some documentation on the
Omacor situation. (Page 85
is unrelated, and shows a picture
of a set-top-box that I
bought at Best Buy that I
believe is firmware damaged —
FBI motivated — so as to reduce
interest in over-the-air TV
delivery and increase interest
in pornography-containing satalite TV).
More documentation on the
Omacor situation can be found
at pages 129 thru 132

* as Item 4. ~~the~~ The document
starting on page 130 and ending
on page 132 is the initial
~~the~~ discussion on the Omacor
situation. Further discussion on
the Omacor situation may be
found on pages 16-17 in the blue
3-ring binders, with supporting
pictures in the blue 3-ring binders
at pages 2-4.

* Item 6, pages 97-114, attempts
to show both the file date
for "Psychological Manipulation of
Suspects by FBI and the Psychological
Pain Thereof" and the connection
to the "The Loved Dog" book, where
page 114 in the white 3-ring binders
shows pages 94-95 where we see
the word "counterintuitive" that

10

links that book to my document
on "Psychological Manipulation
of Suspects by FBI and the
Psychological Pain Thereof" that
I wrote, finally showing the
date of that document on my
own lap top computer to be
indeed Sep 19th 2007.

✳ Item 5, pages 115-127 shows
the file directory structure
with plenty of evidence that
I wrote that 652 page paper
of the Biblical Spiritual meaning
of human sexuality.

✳ Item 4 was discussed on page 9
of the wire-bound notebook.
Item 4 is pages 129-132 in the
White 3-ringer binders.

✳ Item 3, pages 133-135, shows the
shortened (my related life
history was omitted to effect shortening)
version of my document "Psychological
Manipulation of suspects by FBI
and the Psychological Pain Thereof"
This short version was created because
I was trying to force the FBI's hand
in dealing with me by threatening and
attempting to distribute this
document. I was attempting to force
issue to then lead to execution
of the table of rules on pages
562-564 of my 652 page paper.

also see page 16k in the white 3-ring binder p.3

11

Item 2, pages 136-142, shows a version of "Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof" that reduces the number of pages by using collumns and a small font. ~~font~~

Item 1, pages 143-163, shows the original document I wrote entitled "Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof."

Page 164 shows a text file that was part of a small distribution CD that went along with the shortened version of "Psychological Manipulation of Suspects by FBI and the Psychological Pain thereof" in the shortened form on pages 134-135 of the ~~white~~ white 3-ring binders.

Pages 165-291 give some redundant page print-outs. Some of the pictures here are blow-ups of the Omacor pictures and hence details on the Omacor bottles may be more easily ~~seen~~ seen.

12

The following is a rough, descriptive
itemization of the contents of the
Blue 3-ring binder notebooks.

Pages 1-20 (are grouped together
but really are ~~three~~ distinct items.
                              four

* Page 1 shows a display of a directory
named "MoreOnomacor" with some picture
files shown in thumbnail formate
(small picture format) ~~Mixed into this~~
~~directory are pages~~
~~pages 1-2~~

* Pages 2, 3, 4, 16, 17 are on the
Omacor situation. The Omacor
situation is better indexed on page 9
of the wire bound notebook under
Item 4.

* pages 5, 6, 7, 8, 9, 10, 11, 12, 13 (5-13)
document an old manella envelope
I put together seven years
ago in 2001 in May just after
~~they~~ I perceived (or so I strongly
believed then and still strongly
believe) the FBI was investigating
me. I put this envelope together
because I was attempting to group
evidence together that I was
being investigated inorder to help
me convince others that I
was being investigated, because
other people were having a difficult
time believing me.

page 5 is an overall picture
of the contents of this old manella →

13

envelope. There are two newspaper articles shown, a hand written document, a typed written document — both documents I authored, a received fax, an old harddrive, and an old cassett audio tape, and the manella envelope itself.

page 6 shows the hand written document. This hand written document has three distinct paragraps, each paragraph discussing a seperate item I believe suggests the FBI's involvement in my life. The most significant is the first paragraph mentioning a survalence antenna (It had a phased-array like construction for directed beam operation). The second paragraph mentioned two short power outtages that were 30 seconds and 1½ minutes long — these power outages were probably due to an installation of a radio-frequency noise injector to inject radio-frequency noise into our house power lines to thereby inject interfering radio frequency noise to thereby interfer in my listening of KECR at 910 A.M. This The motivation for the FBI to do this is related to the likely interrelationship between the investigation into my life and circumstance up north of Family Radio. See my 652 page paper section 15 for a detailed discussion on this relationship in the context of my life history leading up to the perceived FBI investigation. There was much radio interference when I attempted to listen to Family Radio and I believe the FBI was attempting

14

Keep me from listening to Family
Radio. The third paragraph on the
hand written document suggests that
the MIS supervisor was ashamed to
remain involved in the conversation with
me because he somehow was knowledgeable
via the FBI of some investigation targeted
at me somehow related to children.

* Page 7 in the blue 3-ring binder
shows a fax that I received on
a short-lived Panasonic fax machine
we had for a short time (it was a
bad design) that looks to me like the
FBI was testing me sensitivity to
the issue of children, to see my response.

* Pages 8-9 are ~~type-written~~ a
picture of a type-written document
written, most likely in May 2001, that
has much discussion relating my early
experiences in the investigation. The
picture is clear enough to read directly,
so nothing further shall be hand-written
here

* Page 10 of the blue 3-ring binder shows
an article dated May 16, 2001
about a judge that had gotten falsely
accused. This article was preserved
because of the discussion-atmosphere
between me and my Dad at the time.
My dad wrote "Dan" in the upper
left corner of the article because he
wanted me to read this article at that
time.

15

* page 11 shows a computer hard-drive
that I believe stopped functioning
because of some mechanism internal to
the hard-drive that newer hard-drives
must have (per request of the US
Government) that allows the FBI to
disable a hard-drive in an attempt to
preserve the data on a hard drive; this
would be a secret mechanism that I
perceive exists — I have no explicite
knowledge of such mechanisms; it just
make abundant sense.

* page 12 in the blue 3-ring binders
shows an article on computer hackers.
My Dad wanted me to read this because
my assertion that the FBI was messing
around with my computer via my modem
was too fantastic for him to believe, and
he rather believed that hackers were
messing around we me instead.

* page 13 shows an audio tape. I do not
remember what is on this audio tape
and did not relisten to it to find out.
Notice the title on the manella envelpe
says "Sting Stuff" as at that time I
perceived this thing as some sort of FBI
sting operation.

* Pages 14-15 shows documents some adult
pornography I have been involved with lately.
There are three motivations for my viewing
adult pornography, lately. One reason is I
do have a modest weakness in this area.
Two the FBI psy. techniques were directed
at motivating me towards such stuff. y

16

and thirdly, I am motivated to force, if I can, the trial defined by the table of rules on pages 562-564, and so by messing around with adult pornography I as attempting to convince the FBI to arrest me so I could do battle with them. Subsequent I filed 08CV476 H LSP at the San Diego US District Court to again attent to force a confrontation with the FBI because what they have done with me is very evil and unjust as a means of investigation— it is cruel and unjust all together!!

* ~~pages 16-17 has a further~~

* pages 18-20 has a further discussion on psychology and what the FBI techniques do, and how those techniques operate.

* Pages 21-48 are pictures of all of the pages of a notebook that includes psychological jernaling I did in order help with the psychological stress I was going through during the investigation. This note book also contains other staff besides psychological jernaling. It also contains stuff relating to my efforts into comodities (soybeans, corn etc...) and other stuff as well.

Pages 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 43, 44, 46 document my jernaling text. Page 41 is very significant in the composite

17

picture drawn to show the numerous
insulting reminders of the presence of
the FBI investigation. I now believe
that the best way to understand these
reminders is to perceive them to be little
fear adding reminders, that over time,
produce a hudge resuver of fear that
cause torture-like-copitulation to the
FBI as perceived in the mind of the
suspect to cause the suspect to act-out
in the self-condemning way that the
suspect perceives the FBI wants.
* Page 49 shows a canceled check end-stub
relating to payment for ISP service
from Integrity-On-Line, since I needed
filtered service to protect me from
on-line pornography.
Pages 119-123 document this relationship
further, with the cancled check show on
page 121. Also pages 108, 109.
* Page 50 shows my lap top computer clearly,
the Gateway lap top that is.
* pages 51, 54, 55, 56, 57, 58, 59, 60, 61, 74,
108, document the Integrity-On-line DSL
modem I used. The Integrity-On-line service
is a pornagraphy filtering service that is
high quality. Nevertheless, without the ability to
prove the following statement I will make the following
statement anyway: My Integrity-On-line service
badly failed to protect me from on line (internet
pornography) and the FBI was the cause for
that. I know this happened to me but proving
to others that this happened may be impossible
or at least very difficult because of details in the

14

event including the fact that at one point I erased the temporary internet files. I did keep the hard drive that went through this event, though. But the FBI most likely designed the event (with the virus like activity that characterized it) so as to hardly leave a trail.

\* page 52 shows a letter I received from my present employer acknowledging some stock options I might exercise. These were awarded very privately to me by mail soon after I was beginning to achieve real success in synchronizing the RFP AC modules. I believe Xantrex was so happy with my work that they mailed me this stock option offer. (The letter pictured on page is not the first one sent, but rather is some sort of periodic follow-on.)

\* page 53 shows the two back sides of two DVD jackets for the 1963 Outer limits science fiction series for TV. One show entitled "O.B.I.T" is, I believe, a very significant press statement against the spying of the McCarthy Erra McCarthyism of the 1950's. The DVD is included and said episode could be watched in a court hearing process. The other show of interest is entitled "Corpus Earthling" and is a very significant statement of the cost (emotional and otherwise) of being ON-TO (wise to) those who are spying on you. Those who are spyi spying

19

∨

hate it when their cover is blown.
They will seek your destruction.
* page 62 is a discrete (sanatized)
picture of some DVD/magazine adult
pornography I have purchased. This
is a problem area in my life and I am
admitting it. Startingly, at the time
I am writting this note you are reading,
I have very strange religious views by
which I even justify it. Please ask me
and I will try to give you a reasonable
answer to this complex matter. But in
summary I have three motivations. ~~The~~
~~first~~ See page 15 of the wire-bound
notebook and go to the bottom entry
on that page that is itentified as
" * pages 14-15 " to read of my three
motivations.
* pages 63-71 show two tomatos that
eventually did form on my planter-garden
tomato plants. I show this for honesty
and completeness, though I absolutely, firmly
and strongly suspect that the FBI has been
damaging my tomato plants per the discussion
given in the lower half of page 8 of the
wire-bound notebook. The FBI may have used
the wire-stripper techniques here also, but subsequently
add some gardening/horticulture compound that
helps plant grafts to succeed. This would allow
the ~~self~~ injured blooms to heal and to subsequently
produce tomatos, and this would cause confusion
in perceiving the conclusion (a smoke screen in
other words) that the FBI was ~~it~~ inhibiting
the success of my tomato plants. ∨

20

* pages 72-73 show the communication
from my cell phone network provider that
I add internet pornagraphy filtering
identified on page 73 as "content filtering
Teen +13", meaning anything inappropriate only
for a person 13 years of age and ~~younger~~ older
would be filtered out.

* page 74 shows computer hard drive that
was involved in event when my main
on-line content filtering internet provider
failed to do their filtering. To read
further, see bottom of page 17 in this
wire bound notebook at entry "* pages 51, 54..."

* pages 75-83 show an academic paper I
wrote for a small technical conference
on neural networks in 1991. This shows
my involvement in the subject, with some
display of understanding for what I am doing
in this subject area of artifical neural networks.

* page 84 is a copy of my birth certificate
to establish a little better that I am indeed
Daniel David Zuck, born Dec 14, 1957.

* page 85 is a copy of a course certificate
showing completion of an one week 40 hour
course in artificial neural network system
design

* page 86 ~~shows a copy~~ is a picture/copy of
a certificate that shows I received first
place by competing with other ~~high~~ high
~~st~~ school students in testing in the
subject area of physics.

* pages 87-88 shows my Palomar College
transcript. My GPA was 3.56

21

* pages 89-90 shows my San Diego State
transcript in regards to course work towards
my Master's thesis. The courses on page 89
~~were~~ include "Math 371" which is not listed
towards my MSCS (Masters of Science in
Computer Science), but which I needed to take
anyway, as a preliminary.

* pages 91-93 show the approval documents from
~~for~~ which I started to work on the thesis
itself to do the research and the writing
after having successfully completing the shown
class work

* pages 94-95 show a copy of my resume at
the time I was transitioning from employment
to work on my MSCS ~~and~~ at SDSU.

* pages 96-97 shows my high school ~~dip~~
transcript.

* pages 98-99 shows my University of California
at Irvine transcript towards my
Bachlor of Science in Engineering.

* page 100 shows a membership ~~I~~ had in an
Engineering honor Society at UCI.

* page 101 shows my BSE from UCI diploma
of year 1981

* page 102 shows my GRE test scores as I
was prepairing to pursue my MSCS.

* page 103 shows another engineering honor
society I became a member of while at UCI
pursuing my BSE. To be a member of this
society one had to be in the top 25% of
his or her ~~graduating class~~ class. And I
remained in this top 25% in my graduating
class.

22

* page 104 An envelope I keept my GRE
score records in.

* pages 105 and 106 show two pages from a
book entitled "Adam When" written by
Harold Camping, ~~Boo~~ book shown on
page 107. These two pages show
~~to~~ two very important calandar tables
if one is to properly align todays
Gregorian (x Julian) calandor with
the ancient Jewish calandar. On
page 148 of the book "Adam When"
on wire bound notebook page 106 there
is a very significant footnote numbered
"14". When this foot note is taken as
justification to discard the ~~column~~ column
entitled "Julian Equivalents", then one is
free to note that on page 147 of
"Adam When" (shown on page 105 of
wire bound notebook) we see that the
Macedonian months ~~line~~ aline closely
(within 2 or 3 days) with the Julian months
such that Dios (£the first Macedonian
month) lines up with September (within
2 or 3 days). This means when we
go back to page 148 in "Adam When?"
and align Dios (£the first Macedonian
month) with Tishri (the seventh Jewish
month), so that we may conclude that
our September aligns with Tishri

£= First only in terms of table on page 147 of "Adam When"

23

and that our gregorian month march ~~calander month~~, when we count forward as follows.

| Gregorian | Jewish |
|-----------|--------|
| September | Tishri |
| October | Marheshvan |
| November | Kislev |
| December | Tebeth |
| January | Shebat |
| Febuary | Akar |
| March | Nisan |

← The First Jewish Month, See Ester 3:7

Hence my study of the day-to-day events as Jesus went to the cross in my 652 page paper on pages 600 to 642 shows the Jesus died on the 14th of the first Jewish month, Nisan = March, and rose again on the 17th of the first Jewish month, Nisan = March. So based on this analysis we see that I am saying that Easter should always be on the 17th day of March, irrespective of the day of the week. This ~~is~~ is important to understand because this date was the last date I speculated the statute of limitations of the unknown accusation against me would likely terminate. See page 566, the second paragraph, for further detail on the mater of the satute of limitations issue, in my 652 page paper.

24

Also, to fully understand the situation of my life that lead up to my interest and motivation in filing lawsuit '08 CV 476 H LSP at U.S. District Court, California South, please read my recount of the history of my life recorded in my 652 page paper at chapter 15 on page 549 and following.

* Pages 108-109 show bank statement(s) that show the clearing of check # 669 for $582.00 post date July 28, 2006. This is more evidence of a payment for one year of service with Internet Service Provider Integrity-On-Line, an high quality Internet pornography filtering service. Nevertheless, without a strong ability to prove it, I experienced a failure of protection from internet pornography via Integrity-On-Line, and I firmly suspect that that was caused by the FBI forcing Integrity-On-Line computers to allow-such.

* pages 110-111 show a large print-on-canvas of my best fractal that I ever found as I manipulated a fractal generation program named Tali's that is free, and which I obtained from the internet. This shows my playfulness with mathematics, which is consistent with my interest in numbers in general, and is consistent with my interest in the numbers of the end-time of the World and universe.

* page 112 is a copy of a section of the US constitution, and my lawer C. Bradley Patton gave ascent in agreement that what I have been going through with the FBI is a violation of the 1st, 4th and 5th amendments.

25

And my lawer C. Bradley Patton later gave witness to this ascent before a friend of mine named Milton Parker at a meeting between me, Mr. Patton, and with Milton listening and contributing a little bit. Also at this meeting, which was on March 13th 2008 in the afternoon, if I remember correctly the time of day, ~~Any~~ C. Bradley Patton, my lawer, gave sufficient conversational information so that Milten Parker does indeed know, per the nature of the conversation between me and C. Bradley Patton, that those two backpacks of evidence that I say exist indeed do exist. The fundamental plea I brought to Mr. Patton was an interest in transfering the back-packs from the retired Judge (Judge Rimaiz (sp?)) to a sitting judge. Mr. Patton strongly assured me that the two back packs were safe and were not going anywhere (i.e., not going to get collected by the FBI). Milton Parker witnessed this entire conversation, on March 13th, 2008.

* pages 113-117 show some of the remote control planes I have. I have had difficulty with some of these planes which the FBI may have caused, namely weak prop shafts that snap too easily. Because I have saught to repair things, I have no meaningful hard evidence to present, but I asert that the FBI is simply trying to cause anger and fear and pleasure re-direction, simular to the wounding of the tomato blossums.

26

* pages 117-118 show a book from Harold Camping that places a very sensable age on the earth, and hence a time table for ~~best~~ past events, that places the earth at about 13000 years old. Harold Camping's view on numbers in the Bible is a big influence on how I view numbers in the Bible.

* pages 119-120 show an ICON on my Laptop (that has since gone-away due to a re-covery action unfortunately needlessly did [only later did I realize the needlessness of ~~that action~~]), and this ICON shows evidence that I used my Laptop for wireless access to my DSL modem ~~and~~ via Integrity-On-Line, and page 120 particularly shows dates when that ICON was created.

* pages 121-123 shows a canceled check that was payment to Integrity-On-Line for service for one year (since I like to pay one year at a time to reduce hastle)

* pages 124, 127-177 are a full documentation  also  of the items that ~~were~~ went into a ring-bound  181-187  notebook that went into the third delivery of evidence (that went into the second back pack).

* pages 125-126 are out-of-place, but they are meaningful. During the 7 years of the investigation (as I perceived it to exist) from 2001 to 2008, Escondido City building/housing tract 883 went in starting at about 2004 or 2005 and completing early 2007. My contention, though I do not have the ability to prove this beyond a reasonable doubt, is that the FBI was aware of illegal manipulation of the property boundry of my father's property. ∧

27

and out of a need to help my father I sought to examine the property boundry issue. This situation adds much stress in my life (on-top of the FBI's normal stress-causing-evil-techniques-of-psychology being used on me daily) and my father's life. Personally, if I could prove this matter, the city of Escondido is liable for payment due to excessive emotional stress, as well as manipulation of a property boundry. But I can not prove it beyond reasonable doubt because the accuracy of my unorthidox measurement techniques can not be established without first recreating the whole situation and repeating the measurements to establish statistical variability and hence a reasonable estimate of accuracy. Nevertheless, the complex, unorthidox measurements I did make suggested to me that the western most property boundry was shifted east exactly 2 feet so that the ~~sou~~ major southern boarder could be south enough to cause a ~~telephon~~ utility pole to be on my father's property (the southern boundry would have to move south to keep the total area of my father's property effectively unchanged), thus placing the burden of an easement to that pole onto my father's property. Since I can not prove this statement, the accused must be assumed inocent and I must be assumed incorrect. Nevertheless, I must explain my concerns around the FBI in my life.

28

* Pages 178-179 show a wooden rack with
greeting cards in that rack with the intention
of selling these greeting cards in a setting
such as a doctor's office. This attempt
was made in a Ciropractor's office for a
short while and a few cards were sold.
That ciropractor was Dr Linn, who died
about 8months to a year ago, (from now,
which is 26 May 2008). I made these cards
with interest in becomming sufficently independent
finically to ease the difficulity of caring
for my aging father. Because the FBI,
or so I speculate, was very much interested
in preventing me from making uncontroled
contact with people (the F.B.I has me in a
bubble or clear-walled-prison wherin they
control all human contact in my life—supposedly
they would say for the protection of others, but
also to keep from damaging the progression
of their investigation into my life), the FBI
in subtle ways actually caused this business
venture of these greeting cards to fail.

* page 180 is difficult to understand except for
me, so please let me explain. The silverary image
is actually a cardboard box covered with aluminum
foil, and the small slot at the bottom of this
silivary image is actually a slot for my eyes
to look into. Though I can not perceive in
this picture the arm holes, there are
arm holes underneith the box. This box was
built by me as an attempt at creating a communication
(a letter) that the FBI bugs (or so I believe) could
not see and read. A small penlite was used
inside so I had enough light to write. This is  ———>

a simplified explanation in that at times I actually had my laptop inside in an attempt to conceal the screen as I typed a letter, and then covered the page as it came off of the printer via a usb cable.

* pages 181-187 go with 124, 127-177
* pages 188-255 document my unorthodox measurements of the property boundry issues connected with my father's house and Escondido Tract 883. Rather than document these documents here in detail, I will simply discuss them verbally if and when appropriate.

Last Page used from note book.

D. J.

8 June 2008

This stabled bundle of 23 sheets is mostly a set of faxes to my lawer that I sent over some period of time starting around 11Oct2007 and going into March 2008. This set of faxes comes from a haphazard pile I had, and so I am fairly sure that some faxes I sent to my lawer are lost and so not included in this bundle. The faxes that are shown here are sufficient to show the progression of effort on my part to protect evidence from collection by the FBI so as to then cover-up the profound trickle-trickle here-alittle, there -alittle water torture psychological, as I interpret events around me. (The typed document on more psychological stuff may or may not have been faxed, but it was in the pile, and I did write that typed document.)

Ring Binder
Page numbers↓

1

Dear Mr. Patton,

I do not know if you have the largeness of heart to believe me that I am falsely accused, and that is O.K. Consider that I am asking to go to prision, just under specific conditions. I am asking you to help me achieve those conditions, Thank you.

Daniel Zuck

Daniel Zuck

11 Oct 2007

4:44 AM.

13 Oct 2007 1:23 pm        page 1 of 1

Dear Brad Patton,

I just installed a new fax. You should also be able to fax to 760-740-0342 as well as leave voice messages. All files on the disk I gave you are open for your examination and reading. The 599 page document I want you to read is BiblicalHumanSexuality249.pdf or .doc. Either file are identical. One is pdf file format, the other is doc file format. Also read PsPain.pdf. I think the Oct 19th deadline is impossible for posting of this 599 page paper.

Thank you, Daniel Zuck

(3 Oct 2007   1:50 PM

page 1 of

Dear Brad Patton,

The version of the 599 page paper you have is 249. I have a new version with changes in the table that shows currency values of 150,000,000. That currency in version 250 is in euros, not dollars. Version 250 obsoletes 249 in this aspect. The changed area is attached with this fax transmission. Thanks.

Daniel Zuck

page 2 of

my accuser confesses before April 1 and after the 150,000,000 euros threshold has been met, then he will be awarded the entire amount of the trust fund tax free. This amount will, of course, be greater than 150,000,000 euros because by definition the trust fund has crossed that threshold. The motivation I am counting on that will keep my accuser from coming clean after the 150,000,000 euros threshold is met and before April 1, 2011 arrives is his fear of God that he will be taking the rewards of lies, the very idea that the Old Testament false teacher Balaam is faulted for:

2Pe 2:15 Which have forsaken the right way, and are gone astray, following the way of Balaam *the son* of Bosor, who loved the wages of unrighteousness;

He will be very troubled in his hope to make his calling and election sure if he takes money like Balaam wanted, and like Judas did. He will not want to be in that category before Almighty God. His idea of a grace-only Gospel will not extend to that great degree of lasciviousness. He will fear God too much to make that foolish move.

If he waits without ever confessing that he has born false witness against me so that April 2, 2011 arrives, then he will be given the entire amount of that trust fund, again tax free, and he will have never had to say anything so that he never had to come clean, and the huge money, whatever it may be--perhaps billions by that point--will be his, and he will be a very rich man. And I will stay in prison for how ever longer the US judges deem I must stay to fulfill my full sentence for all charges brought against me. Again, the motivation I am counting on to keep him from doing this is that he will not want to be in the category of Balaam nor Judas before Almighty God because of his false accusation against me. Also, this false accusation against me will bring great shame, not only on me, but on any who have defended me and stood for me, particularly those who have associated with me by defending my tract "The Apostate Church". This great shame will cause the two witnesses to be killed. The true Gospel will be hurt and weakened for a total of 3.5 years (the 3.5 days of Rev 11 are really years--more on this later). This man's accusation will be the act of betrayal that lead to the killing of the two witnesses of Rev 11. My accuser will know that he has done a great evil, and he will be so frightened before Almighty God for what he has done that he will be petrified to accept that money on April 2, 2011. Thus he will be highly motivated to confess on April 1, 2011, April fools day. When he confesses on April fools day, he will be admitting that he has made a fool of all of the apostate churches of the world who believed a lie--which is what the apostate churches love to do, they love lies and to believe lies--and he will be saying that he has made a fool of the FBI by this false accusation. But the FBI will be prohibited from arresting him or legally attacking him in any way for that lie to the FBI, because this prohibition will be agreed to by the FBI beforehand. Also, my accuser will by confession on April 1, 2011 *not* receive any money from the trust fund--that will be a rule of this contest. He will receive a clean conscience because he has now confessed in a way by which he does not receive any money, and so he will have escaped falling into the category of Balaam and Judas. And I will receive that 150,000,000 euro reward fully tax free paid by the US government to me for the false imprisonment and horrendous water-torture like psychological police harassment of 6 years. And the world will have learned an important lesson involving getting confirmation by two or three witnesses before letting an accusation stick. The same principle that must be respected when interpreting the Bible by comparing the Bible with the Bible to find truth. Each verse of the Bible is a

page 3 ~

witness or testimony, and we must compare true witness with true witness to find out the truth; that is how the Bible is to be interpreted.

Also, if he confesses on April 1, 2011, the many millions or even billions of euros in that trust fund will be used for paying for psychological therapy for people and children who were molested as children. Thus, this fund is a worthy cause, even if my accuser does not collect the money.

In view of this worthy cause, many churches should consider giving to this trust fund. But there is one catch. I will require that before a pastor of any church or religious organization decides to give money to this fund, they must, in all good conscience, require any member of their church or religious organization to read this paper in its entirety. You see, this is a legal contest, and in a legal contest the jury must listen to all sides of the contest before the vote. If any person gives any money to this fund without first reading this paper, or without having this paper read to them, then they are being an unjust jury that has not heard both sides--may God Almighty judge them if they refuse to deal with me honestly. If you apostate churches are so truthful and if you indeed love truth, then in all good conscience you must require every member of you church, before he or she gives to this trust fund, that that person must read this entire paper, or have it read to them. Somebody out there might do me a great favor if that person or those people would read this paper into MP3 format so that people who can not read have an easier means of hearing the contents of this paper--then they in good conscience vote with their money. Then make this MP3 file or files available for download from the same web site that hosts this paper in text form. Thank you, whoever you may be that may do this kind thing for me and for the world and for God. Also, this paper must be available for download from this same web site as well. These files must be freely available without charge, even the MP3 files. People may take these files and burn them onto CDs or DVDs and then give those files away in that way as well. In summary, the exact rules of this contest are per this table, and this table supercedes any discrepancies with the text above:

| Confession Date | Trust Fund euro value | Reward to Accuser | Reward to Daniel Zuck | Psychology therapy fund euros |
|---|---|---|---|---|
| Before April 1, 2011; he confesses that he falsely accused me. | Below 150,000,000 euros | Arrest by FBI for false witness, and no money, and 3.5 years of imprisonment | Freedom from prison, but no money | value of trust fund |
| Before April 1, 2011; he confesses that he falsely accused me. | Above or at 150,000,000 euros | No arrest by FBI if and only if he receives value of trust fund as his; otherwise he is arrested and | Freedom from prison, but no money | zero unless he refuses money. If he refuses, then value of trust fund. |

page 4 of

| | | imprisoned for 3.5 years | | |
|---|---|---|---|---|
| On April 1, 2011; Irrelevant whether accuser confesses or not. This is because I win vote because money is below 150,000,000 euros | Below 150,000,000 euros | No arrest by FBI. He does not receive any money. | Freedom from prison, and 150,000,000 euros from the US government, tax free, as retribution for all the things the FBI did to me. | Value of trust fund. |
| On April 1, 2011; he does confess to falsely accusing me. | Above or at 150,000,000 euros | No arrest by FBI, and no money either | Freedom from prison, and 150,000,000 euros from US government, tax free, as retribution for all the things the FBI did to me. | value of trust fund |
| On April 1, 2011; he does not confess to falsely accusing me. | Above or at 150,000,000 euros | Nothing happens. Waiting for April 2, 2011 | No thing happens. Stay in prison unless he eventually confesses on a later date. | |
| On April 2, 2011, no confession. | Above or at 150,000,000 euros | No arrest by FBI if and only if he receives value of trust fund as his. If he refuses the money, and yet does not confess, he must be assumed bearing false witness, and so he must be arrested and imprisoned for 3.5 years. This is contractural by all involved | Stay in prison for remainder of term unless and until accuser may confess to false accusation, then I am freed, but without money. | zero unless he refuses money. If he refuses, then value of trust fund. |

| On April 2, 2011 he does confess to falsely accusing me before receiving trust fund. | Above or at 150,000,000 euros | parties. | | |
|---|---|---|---|---|
| | | He must receive full value of trust fund. He must not refuse it. This is contractual. If he refuses this money, then he must be arrested for lying to the FBI and must be imprisoned for at least 3.5 years. | I am freed, but I receive no money from US government. | If he refuses the trust fund and lets himself get arrested, then value of fund will be here for benefit of others who need therapy. Otherwise, this value is zero. |
| On April 3 or later, 2011, he does confess to falsely accusing me | Trust fund is empty because money already received by accuser from trust fund; if he ties to give away money, he will be doing as Judas did when he threw money into temple. | No FBI arrest. | Freed from prison, but without money. | zero |

Once a donation is contributed into the trust fund, no contributor may receive a refund. The value of the trust fund must never, under any circumstances, go down. Only per the rules in the above table may the trust fund be emptied. Either emptied for transfer to my accuser, or emptied for transfer to the psychology therapy fund, per the rules in the above table.

Eurpean currency in the full numerical amounts show in the above table shall be paid on the dates specified per the rules of the above table. The money paid to me, Daniel David Zuck, born 12/14/57, of 150,000,000 euros from the USA government shall be wired within 30 minutes after my accusor's confession to a Swiss bank acount in my name at a major Swiss bank headquarted in Switzerland; details of that account will be worked through with my lawer at that time, if my accusor confesses on April 1, 2011, to falsely accusing me. The wiring shall be one-way only into that account; no permission shall be given to any human except me, Daniel David Zuck, to remove money from that account; and I must be personally present at that bank to remove money from that account. The currency exchange rate between dollars and euros shall be irrelevant to the above table.

page o

All payments are to be made in euros using the specified values in euros on the dates specified in the above table.

If I die, or my accusor dies before a permanent destination for the collected money is awarded the money per the rules of the above table, then a judge mutually agreed to between my lawyer and the FBI shall determine the disposition of this money, with statements from the major contributors of at least 100,000 euros or more being seriously considered by the judge.

If my accuser refuses to agree with a legally sound and strongly binding contractural agreement to the above rules, then he must be assumed that he is fearful to receive the money, and so he must be assumed to have born false witness against me, and so he must be arrested and imprisoned for 3.5 years, and I must be immediately freed, but without money. If my accuser is telling the truth and accusing me honestly, then he has no reason to fear this money, and God will be on his side. His family should encourage him to make this contractural agreement if he is so honest. They will all want this money and the many things that they can do with it. Or they could start some sort of fund to help molested children themselves--but to get this money, he must contractural agree to the above table of rules; otherwise he is assumed to be lying and he must be arrested and imprisoned for 3.5 years, and I must be immediately set free.

If the US government refuses to enforce the paragraph above requiring my freedom and that my accuser be imprisoned for failing to sign onto a legally sound and strongly binding contractural agreement with the above rules, then I will force the matter of the horrendous water-torture like violation of my human rights and religious rights by the repeated psychological police harassment for the last 6 years all the way up to the US Supreme Court.

Now, my requirement that my accuser be imprisoned for 3.5 years if he refuses to sign on contractural, and also be imprisoned under the various conditions of the rules in the above table is based on the principle that a false witness must be made to endure the harm that he intended to bring upon a fellow neighbor. As we read in verse De 19:19 below:

De 19:15 One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth: at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established.
16 If a false witness rise up against any man to testify against him *that which is* wrong;
17 Then both the men, between whom the controversy *is*, shall stand before the LORD, before the priests and the judges, which shall be in those days;
18 And the judges shall make diligent inquisition: and, behold, *if* the witness *be* a false witness, *and* hath testified falsely against his brother;
19 Then shall ye do unto him, as he had thought to have done unto his brother: so shalt thou put the evil away from among you.
20 And those which remain shall hear, and fear, and shall henceforth commit no more any such evil among you.
21 And thine eye shall not pity; *but* life *shall* go for life, eye for eye, tooth for tooth, hand for hand, foot for foot.

14 Oct 2007  6:33 AM

Dear  Mr. Patton,

Please tell me when you estimate
You will be done with reading my
599 page paper. Please then also
tell me when we may have another meeting
over the lunch time frame or
maybe in the late afternoon time
frame on a day very soon, perferably
by 18 Oct 2007, Thursday. Please
return you answer by hand
written note to my new fax machine
also at my voice mail number
760 740-0342. I have one machine that
takes both faxes and voice mail.
Thank you. I must have your answer
at least one day before the meeting
in order to plan that day. Thanks.
Daniel Zuck   Daniel Zuck

10

Dear Mr. Bradley Patton,

My cell phone number is 760 807-1986. If you have a good time during the day between your morning arival and 3:00pm today please call me and give me a status report. Thank you.

Daniel Zuck

Daniel Zuck

4:18 AM 19 Oct 2007

page
1 of 1

Dear Mr. Bradley Patton,

How are you doing on the reading of my paper? I will eventually have a version, Lord willing, version 253, that will include that new section I mentioned to you. We need another visit together. I have material I need to discuss and give to you. Thank you. my cell is 760 807-1986. An end-of-day or lunch time visit planed ~~and~~ one day in advance would be nice. Thank you.

Daniel Zuck    25 Oct 2007
Daniel Zuck    4:05 AM

2

3:17 AM
8 Nov 2007                    page 1 of 1

Dear Mr. Patton,

I do not believe my circumstance
may be resolved satisfactorily until
after the FBI ends the
investigation and reviels its existance
to me. I retain you as my lawer
and legal represtitive, and ask that
you do read the documents we discussed
at our last meeting. And I ask that
you keep all the materials I have given
you, including all computer CD's
and printed materials. But we must
wait until after the FBI has openly
admitted the existance of the investigation
to me AND that after that point we,
you and me, then have a further meeting
together, then we may deal further with them
together. Thank you. God bless defense Lawers!
         Sincerely, Daniel D. Zuck
                    Daniel D. Zuck

Dear Bradley Patton,

We need to arrange the transfer of my case evidence documentation to the Judge urgently. Please call me. 760 807-1986

Daniel Zuck

Daniel Zuck

8:58AM

3 Dec 2007

# Dear Bradley Patton,

You agreed with me that we might meet some evening, with the judge and at our last meeting *d.g.* Monday evening I strongly requested that time was a good time to transfer the contents to the Judge. But I must give it to him or at least see him receiving it, so I could not give to you the back pack with my evidence last evening. I can no longer keep watch over that back pack 24 hours a day. Hence my evidence is subject to alteration and ~~see~~ ceasure/alteration and destruction by the FBI. May be we could meet this Friday evening. OR I have a dinner meeting this Thursday evening a at Home Town Buffett. Call me on my Cell at 760 ~~~~ 807-1986. Maybe I can meet you and ~~be~~ the Judge there. Daniel Smith

15

Dec 5th, 2:46 AM
2007

Dear  Bradley  Patton

Please, Please do not let the
FBI block my ability to get
my evidence to that judge
we faxed my first materials to.
The FBI seems to be influencing
my access to you and causing
you to say you would contact
that judge. Please contact that
judge and FAX the time of
meeting with you, the judge and
me at least one day in advance
to 760 740-0342.  Thank you.

Daniel Zuck
Daniel Zuck    2:46 AM
Dec 5th

Lamentations 3:36
Says: "To subvert a
man in his cause, the
Lord approveth not."

Page 1 with
3 further at...

Dear Bradley Patton,

Please ~~fax~~ re-fax the attached
3 page document to the judge as
you also please explain in a cover
letter that this new fax he received
~~to the~~ is to also go into the backpack
he is keeping for Daniel Zuck.
And of course your cover letter
may also explain that I have a
further set of other items to
add to the back pack and that
we need to get together some
evening quite soon. Thank you Brad.
Sincerely,

Daniel Zuck
Daniel Zuck

Jan 31, 2008
5:57 AM

To Bradley Patton

Page 1 of

Brad,
                    Feb 6, 2008
                    6:59 AM

Just for the record, when I mentioned that ugly letter I received from my sister, and you asked me if I replied, I said I did reply by phone. I forgot that I had also replied as well by a short letter. She should give that letter to the FBI and we should see that letter in court. It expresses my anger against her letter and my religious view that she is out of place as a woman intervening in my life the way she appeared to be doing.  Just for the record.

Daniel Zuck
Daniel Zuck

Mar 12, 2008

10:32 PM

Dear Bradley Patton,

Please fax the Judge
(Judge Rimeriz (sp?)) who
has my back packs of
protected evidence and
Stress to him <u>not</u> to
release that evidence to
anybody without my future
personal presence and
approvial at that time.
Daniel Zuck
Daniel Zuck

19

ACTIVITY REPORT

TIME : 03/12/0

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMME |
|------|------|--------------|----------|---------|--------|-------|
| 10/14 | 06:41 | 4389700 | 32 | 01 | OK | TX |
| 10/15 | 21:16 | 4389700 | | 01 | OK | RX |
| 10/19 | 04:19 | 4389700 | 02:29 | 01 | OK | TX |
| 10/25 | 04:07 | 4389700 | 23 | 01 | OK | TX |
| 11/03 | 08:28 | 18322010734 | 20 | 01 | OK | TX |
| 11/03 | 08:30 | 18322010734 | 00 | 00 | BUSY | TX |
| 11/05 | 08:07 | | 00 | 00 | BUSY | TX |
| 11/08 | 04:19 | 4389700 | 46 | 02 | OK | RX |
| 11/24 | 15:01 | C    S | 29 | 01 | OK | TX |
| 12/03 | 09:59 | 4389700 | 50 | 01 | OK | RX |
| 12/05 | 03:51 | 4389700 | 24 | 01 | OK | TX |
| 12/06 | 08:50 | 4389700 | 29 | 01 | OK | TX |
| 12/17 | 09:21 | CHINA S       A | 28 | 01 | OK | TX |
| 12/31 | 11:53 | 18582793632 | 48 | 01 | OK | RX |
| 01/09 | 04:43 | D       P   I | 27 | 01 | OK | TX |
| 01/28 | 22:27 | C     S     R | 48 | 01 | OK | RX |
| 01/30 | 07:22 | 4389700 | 45 | 01 | OK | RX |
| 01/31 | 05:55 | 4389700 | 34 | 01 | OK | TX |
| 02/06 | 06:59 | 4389700 | 02:00 | 04 | OK | TX |
| 02/13 | 20:34 | 4389700 | 26 | 01 | OK | TX |
| 02/13 | 20:40 | 4389700 | 14 | 00 | NG | TX |
| 02/13 | 20:57 | 4389700 | 09:42 | 22 | OK | TX |
| 02/13 | 20:58 | 4389700 | 24 | 01 | OK | TX |
| 02/15 | 12:12 | 7604389700 | 24 | 01 | OK | TX |
| 02/16 | 16:35 | 17657410057 | 43 | 02 | OK | RX |
| 02/25 | 07:37 | 4389700 | 47 | 01 | OK | TX |
| 02/25 | 08:00 | 4389700 | 25 | 01 | OK | TX |
| 02/27 | 07:12 | 4389700 | 24 | 01 | OK | TX |
| 03/08 | 23:31 | 18779373259 | 23 | 01 | OK | TX |
| 03/12 | 21:32 | 4389700 | 26 | 01 | OK | TX |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
CA  : CALL BACK MSG
POL : POLLING
RET : RETRIEVAL
```

20

NT BY: ;                    7604389700;          MAR-13-08  2:26PM;          FAX

## LAW OFFICE OF C. BRADLEY PATTON
### 1808 ASTON AVENUE, SUITE 240
### CARLSBAD, CA 92008-7364
### TELEPHONE (760) 438-3636
### FACSIMILE (760) 438-9700

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: | FROM: |
| VICTOR RAMIREZ, ESQ. | BRAD PATTON |
| RE: | DATE: |
| DANIEL ZUCK | MARCH 13, 2008 |
| FAX NUMBER: | PHONE NUMBER: |
| 760-931-6533 | |
| TOTAL NO. OF PAGES INCLUDING COVER: | |
| 1 | |

X URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS: THIS FAX IS TO CONFIRM MY AGREEMENT WITH MR. ZUCK ON TODAY'S DATE: I HAVE AGREED THAT YOU WILL CONTINUE TO MAINTAIN CONTROL AND THE SECURITY OF THE DOCUMENTS THAT YOU HAVE IN YOUR POSSESSION FROM MR. ZUCK FOR AT LEAST ONE YEAR AND THAT IS CIRCUMSTANCES ARISE SUCH THAT YOU CAN NO LONGER UNDERTAKE THIS RESPONSIBILITY, YOU WILL CONTACT ME SO THAT OTHER ARRANGEMENTS CAN BE MADE. THANK YOU FOR YOUR CONTINUED ASSISTANCE IN THIS MATTER.

Brad Patton

CC: DANIEL ZUCK

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED DISSEMINATION, DISTRIBUTION, OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY USE BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

FOR ANY TRANSMISSION PROBLEMS, PLEASE CONTACT THIS OFFICE IMMEDIATELY AT (760) 438-3636.

Page 1.

More on the Psychological Torture Principles used by the FBI
written by Daniel David Zuck on Jan 29, 2008 at 5:37PM

This document augments my earlier document written on the psychological
pain caused by the FBI's psychological investigation techniques used on
me; that earlier document was origonally written by me, Daniel David
Zuck, on Sep 19th, 2007.

The concept of psychological manipulation by the FBI inorder to cause
coercive psychological force upon a suspect involves a fundamental
principle of psychological healing activated by the FBI in reverse to thereby
cause psychological sickness.

The principle is really best understood when one understands that the
psychological principle of denyal is actually a summary of any and all
psychological defense mechanisms.  In other words, psychological defense
mechanisims are each one a form of denyal.  If to many and/or too
deep/powerful defense mechanisms form in a person's psychology, that
person is infact in some state of denyal that those defense mechanisms are
allowing that person to maintain.  Those defense machinisms allow that
person to ignore some aspects of reality around him or her.  The principles
of psychological healing used in psychological theorpy involve techniques
that allow a person to slowly confront those defense mechanisms and to
slowly remove those defense mechanisms until that person is better able to
face reality, and to thereby heal.  Another treatement that leads to removal
of these unhealthy defense mechnisms involves a more direct theorpy where
a person is taught to see the incorrect behavior they are engauging in an
encouraging way such that they begin to drop that incorrect behavior as
they begin to gain success at avoiding the bad behavior and to execute
proper behavior instead.  When they gain success at avoiding the bad
behavior and begin to taste success, then they begin to drop the defense
mechnisms that they were engauging in that helped them to deny their bad
behavior and their guilt.  Both treatement schemes work, but the second
scheme is more brutal and less gentile, but much faster.  Nevertheless, some
circumstances require the more gentile approach, and some benifite from
the more direct approach.

The techniques of the FBI involve operating both treatement principles
mentioned above in reverse to cause sickness.  The FBI uses their ear-radio-
bugs that they put into people's ears to direct people's conversation towards
a suspect such that that suspect is confronted by comments that put the
suspect into an awackward situation so that inorder to answer/confront
those comments the person may have to mention the FBI in a context that

Page

would make that person feel like a fool. This fear of looking or sounding like a fool then encourages the suspect to say something that denys the reality of the FBI in his or her life--thereby the FBI encourages denial--this is a very wicked manipulation by the FBI that, over months and years of an investigation could propel a person into very real psychological sickness. To avoid this force towards sickness a person really benfites greatly by seeing a psychological theorpists to whom the suspect may relive these rediculous situations that the FBI puts that person into such that that suspect may speak the truth without denial to countervail the force towards denial-caused-sickness that the FBI is attempting to put onto the suspect. Also, the other principle of gaining success at something that a person is attempting to do, but is frequently failing at which then leads to denial in an attempt to run from that situation, the FBI uses also to cause denial and sickness. In otherwords, the FBI attempts to cause a suspect to set up goals, such a controling of one's eyes (the FBI can tell very precisely where you are looking by their technology) to such an extreme level that the suspect is guaranteed to fail. Then the FBI manipulates the situation around the suspect to cause repeated failure, which then promotes the suspect towards a state a denial as the repeated psychological pain of repeated failure ovecomes a person.

The anti-theorpy sickness-causing denial-increasing processes that the FBI imposes upon a suspect are very capable of making a person so sick--if they do not understand what is happening to them--that the denial may reach such a state that the sin-crime circumstance that the FBI is attempting to sting a person with may become a very greate temptation as the FBI also performs pleasure-seeking-refocusing techniques on a person using principles of teasing and such-like. If a person slips too deeply in such directions, that person's denial may begin to cover such sinful behavior that they then add more denial to their psychological mind-set such that they enter into a kind of tail spin by which they self destruct. This is the end-goal of the FBI's psychological sickness causing techniques. At reaching such a state of sickness, the FBI has achieved a state of afairs in that person that is completely indefesible for the person in court, since the person looks very sick to the judge, and the FBI will deny in court that the FBI used psychological manipulation techniques that are very capable of causing sickness. And with a person in such a sick state, the FBI can say to the judge that the words of claim by the person that the FBI's manipulation techniques caused their sickness will seem very slight and unconvincing, and so the FBI will have successfully destroyed a person in court, and the FBI has lied in court by presenting the situation so as to deny that the FBI caused that sickness.

23

Page

I also wonder if the FBI uses some form(s) of hynotic techniqes by which they gently train a conversation-behavior with a person while a person (suspect) is asleep, thereby cause a person to talk in their sleep so as to reveil things that would not be said while awake.  This is a form of very intrusive search that must be a violation of the US constitution's rejection of unreasonable search and ceasure, because if such privacy is breached, nothing is off limits and prohibition of unreasonable search has no meaning.

Daniel David Zuck
29Jan2008

32 D.Z. 10 May 2008

The following 31 pages stapled to this page give pictures of a *backup* notebook that was created at about the same time that the first delivery of evidence in the first back pack was given to the retired judge for safe keeping. The date shown on this backup notebook is Dec 3rd, 2007. And in the manilla envelope shown in the first picture of that backup notebook is a DVD that shows the evidence-related file and directory structure on my lap top computer at that time. That DVD has not been opened as of this date that this document you are now reading was written (Apr 19, 2008). If it is opened, the file dates that may be found on it should not exceed the Dec 3rd, 2007 date on the manilla envelope that the DVD is encased within if that envelope has not been opened since it was last sealed.

I hope that that origional backup notebook ends up protected by an active authority possessing sitting judge (rather than a retired judge) along with the document you are now reading.

The other documents behind these first 32 pages are color laser printer prints of many digital pictures and recorded electronic documents that come from my lap top computer that document the first delivery of evidence to the judge. Sixteen items are documented, though that first delivery contains 18 or 19 items; an item list that is part of this recreation shows 18 items.

D.Z. Apr 19, 2008

25





Case
Items for
Daniel Zuek

3 Dec 2007

2B

Item12 is this text document that gives a
textual list of the previous 11 items.

Item1 is the print out of the document
with file name:
Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc
with file date 9/19/2007 9:52 AM

Item2 is the print out of the document
with file names:
PsPain.doc with date 10/5/2007 1:23 AM
and
PsPain.pdf with date 9/19/2007 12:10 PM

Item3 is the print out of the document
with file names:
PsPain2.doc with date 10/5/2007 2:33 AM
and
PsPain2.pdf with date 10/5/2007 2:48 AM

Item4 is the print out of the document
with file names:
The situation and My Case with the FBI and the Omacor.doc with date 10/23/2007 1:12 PM
and
The situation and My Case with the FBI and the Omacor.pdf with date 10/23/2007 1:13 PM

Item5 is the print out of the document
with file name:
FileList.rtf with date 12/1/2007 10:22 AM
This file does not appear in the files listed in
Item5 printing because Item5 is a printout
of file names, and this file was being created
as the location documenting that list
of file names; hence this list and this
file could not be created until that list
was completed.  WordPad was used to create
this document.

Item6 is a set of jpeg camera pictures showing my
laptop computer and the book "The Loved Dog".
This jpeg files have names:
IMG_1531.jpg through IMG_1546.jpg dated 11/15/2007 times 6:03 AM thru 6:18AM.
There are a total of 16 such files for Item6.

Item7 is a list of files whose names and dates are listed
below using a command prompt and the "Dir" command
to generate that list.  These files are jpeg pictures
of Omacor medication bottles and one file is a picture
of a firmware damaged HDTV tuner.  The file names
are a consequece of how the download operation operates
that downloads the pictures from the camera to the
computer.
   Volume in drive C has no label.
   Volume Serial Number is 5869-9ACD

   Directory of C:\work\BibleTracts\CaseItems\Item7

```
12/03/2007   06:42 AM    <DIR>          .
12/03/2007   06:42 AM    <DIR>          ..
10/22/2007   08:24 PM        4,815,362 case_omacor 026.jpg
10/22/2007   08:24 PM        4,753,714 case_omacor 041.jpg
10/22/2007   08:24 PM        4,761,089 case_omacor 042.jpg
10/22/2007   08:24 PM        4,759,587 case_omacor 043.jpg
10/22/2007   09:03 PM        4,732,377 IMG_1512.jpg
10/22/2007   09:07 PM        4,741,008 IMG_1513.jpg
10/23/2007   10:53 AM        4,780,871 IMG_1514.jpg
10/23/2007   10:53 AM        4,867,701 IMG_1515.jpg
10/23/2007   11:26 AM        4,767,444 IMG_1516.jpg
10/23/2007   11:28 AM        4,817,478 IMG_1517.jpg
10/23/2007   11:29 AM        4,849,800 IMG_1518.jpg
10/23/2007   11:30 AM        4,847,919 IMG_1519.jpg
12/03/2007   06:42 AM                0 list.txt
             13 File(s)     57,494,350 bytes
              2 Dir(s)  31,300,784,128 bytes free
```

The file name list.txt is the output file that the "
dir" was directed to in order to capture this file list.

Item8 are four jpeg pictures of deliberate tomato plant damage.

```
Volume in drive C has no label.
Volume Serial Number is 5869-9ACD

Directory of C:\work\BibleTracts\CaseItems\Item8

12/03/2007   06:51 AM    <DIR>          .
12/03/2007   06:51 AM    <DIR>          ..
10/09/2007   04:56 PM         4,785,775 case 012.jpg
10/09/2007   04:56 PM         4,767,723 case 013.jpg
10/09/2007   04:56 PM         4,528,526 case 014.jpg
10/09/2007   04:56 PM         4,543,787 case 015.jpg
12/03/2007   06:51 AM                 0 list.txt
               5 File(s)      18,625,811 bytes
               2 Dir(s)   31,010,758,656 bytes free
```
The file named list.txt is the output file that the
"dir" command was directed to in order to caputure
this file list.  Item13 is connected to item8 as a movie
in Item13 further documents the tomato plant damage.

Item9 is file named:
ConnectionTo652pPaper.txt
Which documents my (Daniel David Zuck) authorship of the
documents in Items1,2, and 3 on psychological pain caused
by the FBI.

Item10A_D is a text file mentioning four Omacor (Lovaza)
medication bottles, the actual bottles of which are the
items.  These bottles are lables with marker.  The pictures
elsewhere in this documentation of these bottles were
taken before these bottles were marked.

Item11 is a text file mentioning the actual book
named "The Loved Dog", and the actual book is
the actual item.

Item12 is this text file you are now reading.

Item13 contains two camera movies that document damage
to my tomato plants and documents packaging
of some Omacor capsules for testing.

Item14 is an actual package with the Omacor capsules
shown in the movie n Item13.

Item15 contains two camera pictures of two docments
that are documents that show I have witnesses as
to the existance of the psychological pain documents
and that I claim to be the author thereof.

Item16 contains two files that are each a complete
copy of my 652 page paper on the spiritual meaning
of human sexuality per the King James Bible.
The pdf file, version 254, is the exact file that
must be posted absolutely unaltered as it was
created on Nov 12th at 11:08PM by the government
of the Netherlands,
if they accept that request.

This document listing the above items was
written by Daniel David Zuck on Dec 3rd, 2007
at about 6-8 AM.

*[handwritten]* Item 17
Susie Wrapper
Showing Omega 3
oils beneficial
to Brain.

*[handwritten]* Item 18
Medicine Omacor
bottle showing
medicine concentrations
30

Page 1 of 20     Item 1

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof

My name is Daniel David Zuck, born 12/14/57. Due to an unidentified false accusation against me (see the later section of this document where I state some of my life history and how I got into this situation of being investigated by the FBI via a secret search warrant), I have been subject to a psychologically based investigation whereby the FBI is attempting to justify some accusation against me that must have something to do with pedophilia, to the best of my speculation--do not immediately fault me; please read my life history that lead up to this situation before you wrongly assume I must be guilty of something; this life history is a large section at the end of this document. The reason that I am writing this document is to expose these psychologically based techniques because I have experienced them as a form of deep psychological torture, and because these techniques amount to coercion and go very far beyond any just method of determining guilt or innocency in regards to any charged criminal action. These techniques are very benign looking to any observer on the outside, and a core theme to the techniques is the manipulation of the emotion of fear. Now, does fear of the police always imply that the person who is doing the fearing is guilty of something. Consider the fear of a surgeon who is known to make errors in the past, and you are being forced to submit to a difficult procedure done by the surgeon. Furthermore, what if the surgeon had a family relationship with your family that was unfriendly. His attitude just might let him make a deadly or harmful mistake. This is the situation with the FBI. Their attitude must be incorrect, since their use of the principles of the psychology of fear includes a presumption of guilt. The reason I say this is because their use of the principles of the psychology of fear are actually very psychologically painful, even as water torture is in fact very painful psychologically. No person viewing water torture would think that such a thing is psychologically painful if they have no understanding of psychology--it is just little drops of water, how could that hurt? But, subject such a foolish person to the water torture himself, then he will begin to understand. Because torture is such an evil thing, we here in the United States know such a thing should not be done to suspects before guilt is fully determined in a proper court of law. If someone falsely accused you of something, and if the FBI decided to pyschologically torture you with water torture to see if they could force a confession, that would be very unjust. Now, you might take the foolish view that you have done anything wrong, and so such a thing would never happen to you. This is a rather stupid statement, and you are being an utter fool. Do you not know that there are many, many people who lie in this world? Or, are you putting on rose colored glasses and supposing that some of these many liars in the world around you would never falsely accuse you? If one of these liars hates you, he just might accuse you of molesting his little girl, and seek to blackmail much money from you, or he may even be seeking to put you into prison, simply because he hates you --and all he has to do is cause the FBI to believe his lie and then have the FBI subject you to psychological water torture indefinitely until you confess to something in fact that you did not do. This scenario is all together possible because this psychological torture is being used by the FBI before they have proven that you are guilty. If the law of our country prevented the use of torture before the establishment of guilt, then this evil situation could not have come upon you, as long as the FBI reasonably held to that law.

This approach imposes the suffering that should be done to a person only *after* said person has been found guilty. Torturing should not be used as a means of gathering a



Page 1 of 6

Item 2

32

## Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof

My name is Daniel David Zuck, born 12/14/57. Due to an unlimited false accusation against me (see the later section of this document where I state some of my life history and how I got into this situation of being investigated by the FBI via a secret search warrant), I have been subject to a form of FBI psychological torture whereby certain FBI individuals are trying to justify some accusation against me that must have something to do with pedophilia, since there has been some discussion to that effect. In the back of my mind the FBI is trying to build up to this situation before you wrongly assume I must be guilty of something. This is the reason that I am writing this document is to expose these psychologically based techniques of torture I have experienced that are a form of psychological torture, and because these techniques amount to coercion and go very far beyond any just method of obtaining guilt or innocence of any charged criminal action. These techniques are very benign looking to any observer on the outside, and if you were to tell someone in the media about the emotion of fear. Now, does fear of the police always imply that the person who is doing the fearing is guilty of something? Consider the fear of making errors in the past, and you are being forced to submit to a difficult procedure done by the surgeon, and you are being forced to submit to a difficult procedure done by the surgeon. Furthermore, with your family that was unfriendly. His attitude just might let him make a steady or harmful mistake. This is the kind of fear that begins to envelop my being, since their use of the principles of the psychology of fear includes a presumption of guilt. The reason I say this is because if someone falsely accused you of something, and if the FBI decided to psychologically torture you with water torture and that fear that innocent person, even a water torture is an unjust thing that you would look at you while you are being tortured and say in their hearts: "he is being tortured, therefore he must be guilty of something." These fools have yet to experience one of 6 billion liars in this world coming up with some crafty false accusation against this fool so that the fool finds himself unjustly in that situation.

Suppose that for the FBI in our day of understanding of psychology decided to use insults and psychological-suspicion-magnifying and anger and fear causing techniques as replacement for drops of water; that would still be a very evil form

of water torture, but it would be even more difficult to survive by the many fools of the world who think that such an evil situation could not happen to them. They would understand that any form or abuse or torture is occurring at all. Because of this psychologically based torture, the FBI could use imperceptible form of torture because the suspect such subtle techniques to cause false confessions in the form of acting-out the behavior that the suspect reasonably speculates is in the mind of his torturer, in our world, the motivation of torture—give to my torturers what they want so that I can get out of this endless regime, over and over again—would be injected into the suspect to cause an acting-out-confession that would even be convinced that any real torture at all occurred, and so the person who acted-out must relieve for abuse of the situation and the setting he is in to have the most likely will also bring a new charge.

And suppose also that because you are now being accused by the FBI because of a false accusation, you are asked to prove your innocence against some likely future problems legally that you no real really deserve, simply because the false accusation you in a draconian way, simply out of the spite of the heart of the FBI. They hate you and they are not only attempting to destroy your life in an unjust draconian way to will apply greater lies in an unjust draconian way to destroy you in any way that they can. The FBI has become an abuser of their power, just like prosecutors who bring false charges to gain against people who look guilty. Even as Chicago police during the times of Al Capone are known to be corrupt, in the same way an FBI official I will call "Ghost Den" from our police system in our day. It is alive and well in the heart of the FBI. This is very real. This is absolutely my attitude in civil rights abuse being imposed by this attitude in civil rights abuse. Other FBI makes a false accusation by an enemy of yours, and has to you could know the reality of what I am talking about. Do not despise the truth of this over your life and your civil rights of what I am saying.

Now, I am going to discuss, with my non-professionally trained as a psychologist (though I do pick up on some of their lingo and will use that understanding to my advantage), my best writing lingo to the best of my ability, my testimony about the psychological principles that the FBI has used against me in the psychological water-torture that they have applied against me. Then I will discuss the psychological principles and to effect the

psychological water torture that they have been doing against me, but in fact it is extremely painful in and will be used. Do we understand that such an evil situation could not happen to them, they would understand that this psychological pain! I want to understand the indicators of the FBI set the indicators—of such psychological torture.

The psychological principle that they use seems to be best understood as a system to cause psychological damage to goes to an extreme, and then that damage is broken down by repeated failure to succeed in maintaining in human psychology that the human brain is designed to cause psychological pain whenever we fail at an intended goal. These failures, in our lives cause psychological pain, and God designed it in our brain because God designed it to encourage us to do better the next time, or if success becomes impossible to endure with too much pain that to elusive with too much and no longer attempt success, then to give up that goal and try for another goal. Either fight and try harder again so that success is obtained, or the next thing that motivates the human to do either of those two options. Fight or flight is what the psychologist call the options, but this feature enable psychological pain that forces you into making a decision to fight or flight or just what a person finds himself or herself in a torture situation where fighting your torturers is a kind of impossible that responding to your torturers is a kind of anything at all. This responds to your torturers is a kind of principle of attempting to fight and free from the FBI in all of the psychological torture that the afflicted against me, would satisfy my torturers, the FBI.

Now, in order for the FBI to cause psychological pain, they must put a suspect into a battle stance psychologically, and then attack that battle stance so that that person will to fight and fails in the life of that person that has failed at that causes in the life of that person that failed at that attempts to fight and fails at many attempts; causing psychological pain at each failure—pain that accumulates over and over again. The FBI torturers would psychologically put into an extreme psychological battle stance that is unsustainable. This way the FBI can break down that person's will to fight and lose a battle over again. The FBI can motivate a person into such an unsustainable psychological position using tactics that cause fear. Then the repeated failures finally, eventually cause more failures so that the person begins to self destruct as his or her failures cause more fear, and the fear causes

Public Notice

Page 1 of 2

Item 3

Page 1 of 4     Item 4

The situation and My Case with the FBI and the Omacor (Lovaza) Medication
(23Oct2007)

Note, you may not be able to see the pictures in this file unless you read the pdf version
of this file. This file was created with an inexpensive word processor that is not 100%
Word compatable. But you should be able to see the pictures just fine if you read the
pdf version of this file with your pdf viewer.

The document I wrote some weeks earlier on Sep 19th, 2007 about the psychological
pain that the FBI has been causing me over the last 6 years since the FBI investigation
against me started 6.5 years ago, where the psychological torture they have been putting
me through for at least the last 6 years of that 6.5 year period. This document should be
filled out further later. The summary point I wish to make is that Omega3 oils help a
person neurologically, and the FBI is covering up the attempt to mess with my Omega3
Oils dose via the Omacor medication, and the prescription as my memory strongly
recalls was for 360 oil capsules that would last three month at a rate of 4 capsules per
day. And per that understanding I clearly recall making my appointment to see my
doctor 3 months later when the prescription would run out. But, the records on the
pharmacy printings on the bottles and other printings show a supply that would last a
total of 5 months, one fill and 4 refills. I believe that this was done by the FBI in an
attempt to destroy the credibility of my memory. I do have a record of the appointment
card that shows the date for my next appointment three months after my last
appointment with my doctor on 15Oct2007. I believe that the FBI, using the State
Secretes Act or some such law--I am not sure of the exact name--is actually allowed to
lie and misrepresent things in court if they deem that is necessary. I also believe that the
State Secretes Act or Law must have secrete sections that state this fact that
misrepresentation in Court is allowed to protect state secretes. But my memory is very
clear that the prescription was for 360 capsules for three months. But the filling was for
a total of 5 months, or 600 capsules. The reason that they wish to destroy my credibility
in this way is that they must cover the fact (I believe it is a fact) that their psychological
manipulation techniques push a person by subtle water torture like psychological pain
into a direction that is similar to forces that move a person in the direction of
schizophrenia. These techniques could damage people permanently if weak people who
never became sick with schizophrenia are caused to become sick with schizophrenia
because of these very abusive and psychological techniques. The FBI desires very
greatly to hide this fact of psychological torture because is goes against the US
constitution against cruel and unusual punishment.

      The FBI, I believe, was behind the cause for the reduction of my Omacor
medication from 6 capsules per day down to 4 capsules per day some months ago. A

34

*(handwritten: Page 1 of 10    Item 5    D.8.    35)*

**Tracts**

Fle  Edit  View  Favorites  Tools  Help

Back · · Search · Folders · ▦·

Folders  ×

- GnuPaint
- GopherTool
- ⊞ Intel
- ⊞ java
- junk
- ⊞ My Music
- ⊞ OnlineBibleDiskImage
- ⊞ Program Files
- RECYCLER
- ⊞ ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- trebuchet
- ⊞ WINDOWS
- ⊟ work
  - ⊞ Audio Bible
  - ⊟ BibleTracts
    - AuthorshipDocOfPSPan
    - case
    - ⊞ CDimage
    - envelopes
    - futures
    - MessAround
    - Pictures
  - ⊞ test
  - ⊞ Tract683_laptop
  - WhenWickedFlourish
- ⊞ Local Disk (D:)
- ⊞ DVD-RW Drive (E:)
- ⊞ Control Panel
- ⊞ Shared Documents
- ⊞ Owner's Documents

166 objects (Disk free space: 29.4 GB)

Address

| Name | Size | Type ▲ | Date Modified |
|---|---|---|---|
| AuthorshipDocOfPSPan | | File Folder | 11/15/2007 6:11 AM |
| case | | File Folder | 11/26/2007 1:22 AM |
| CDimage | | File Folder | 11/12/2007 10:59 PM |
| BiblicalHumanSexuality243.pdf | 8,437 KB | Adobe Acrobat 7.0 Document | 9/18/2007 2:01 AM |
| BiblicalHumanSexuality245.pdf | 8,442 KB | Adobe Acrobat 7.0 Document | 9/19/2007 12:07 PM |
| BiblicalHumanSexuality246.pdf | 8,442 KB | Adobe Acrobat 7.0 Document | 9/22/2007 11:58 AM |
| BiblicalHumanSexuality247.pdf | 6,457 KB | Adobe Acrobat 7.0 Document | 9/23/2007 3:56 AM |
| BiblicalHumanSexuality248.pdf | 8,464 KB | Adobe Acrobat 7.0 Document | 9/23/2007 1:30 PM |
| BiblicalHumanSexuality249.pdf | 8,555 KB | Adobe Acrobat 7.0 Document | 10/6/2007 11:32 PM |
| BiblicalHumanSexuality250.pdf | 8,590 KB | Adobe Acrobat 7.0 Document | 10/13/2007 10:34 AM |
| BiblicalHumanSexuality251.pdf | 3,622 KB | Adobe Acrobat 7.0 Document | 10/14/2007 2:31 PM |
| BiblicalHumanSexuality253.pdf | 16,821 KB | Adobe Acrobat 7.0 Document | 11/12/2007 4:07 AM |
| BiblicalHumanSexuality254.pdf | 16,840 KB | Adobe Acrobat 7.0 Document | 11/12/2007 10:57 PM |
| PsPan2.pdf | 175 KB | Adobe Acrobat 7.0 Document | 10/5/2007 2:46 AM |
| PsPan.pdf | 407 KB | Adobe Acrobat 7.0 Document | 9/19/2007 12:10 PM |
| evolve4.exe | 91 KB | Application | 7/28/2007 10:05 AM |
| BiblicalHumanSexuality236.doc.bak | 2,740 KB | BAK File | 9/14/2007 4:07 PM |
| BiblicalHumanSexuality237.doc.bak | 3,486 KB | BAK File | 9/15/2007 11:27 AM |
| BiblicalHumanSexuality238.doc.bak | 3,503 KB | BAK File | 9/15/2007 3:13 PM |
| BiblicalHumanSexuality239.doc.bak | 3,524 KB | BAK File | 9/16/2007 8:43 AM |
| BiblicalHumanSexuality240.doc.bak | 3,598 KB | BAK File | 9/16/2007 10:54 AM |
| BiblicalHumanSexuality241.doc.bak | 3,635 KB | BAK File | 9/16/2007 7:11 PM |
| BiblicalHumanSexuality242.doc.bak | 3,679 KB | BAK File | 9/17/2007 12:37 PM |
| BiblicalHumanSexuality243.doc.bak | 3,705 KB | BAK File | 9/18/2007 1:51 AM |
| BiblicalHumanSexuality244.doc.bak | 3,706 KB | BAK File | 9/18/2007 11:26 AM |
| BiblicalHumanSexuality245.doc.bak | 3,710 KB | BAK File | 9/18/2007 4:34 PM |
| BiblicalHumanSexuality246.doc.bak | 3,712 KB | BAK File | 9/22/2007 11:51 AM |
| BiblicalHumanSexuality247.doc.bak | 3,718 KB | BAK File | 9/23/2007 1:21 PM |
| BiblicalHumanSexuality248.doc.bak | 3,718 KB | BAK File | 9/23/2007 1:25 PM |
| BiblicalHumanSexuality249.doc.bak | 3,761 KB | BAK File | 10/6/2007 11:26 PM |
| BiblicalHumanSexuality250.doc.bak | 3,765 KB | BAK File | 10/13/2007 10:29 AM |
| BiblicalHumanSexuality251.doc.bak | 3,765 KB | BAK File | 10/14/2007 2:25 PM |
| BiblicalHumanSexuality252.doc.bak | 3,803 KB | BAK File | 10/28/2007 5:08 PM |
| BiblicalHumanSexuality253.doc.bak | 9,326 KB | BAK File | 11/12/2007 10:48 PM |
| BiblicalHumanSexuality254.doc.bak | 9,327 KB | BAK File | 11/12/2007 10:51 PM |
| Further Thoughts on Numbers.doc.bak | 35 KB | BAK File | 10/6/2007 9:37 PM |

403 MB    💻 My Computer

*Page 2 of 1D 2. 8.*

*Item 5*

*36*

File View Favorites Tools Help

Back · ↗ · 🗁 🔍Search 🗁 Folders ▥·

Folders ✕

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 🗎 BiblicalHumanSexualityv254.doc.bak | 9,327 KB | BAK File | 11/12/2007 10:51 PM |
| 🗎 Further Thoughts on Numbers.doc.bak | 35 KB | BAK File | 10/6/2007 9:37 PM |
| 🗎 PsPan2 whatever.doc.bak | 39 KB | BAK File | 11/28/2007 1:22 AM |
| 🗎 PsPan2.doc.bak | 40 KB | BAK File | 10/5/2007 2:33 AM |
| 🗎 PsPain.doc.bak | 92 KB | BAK File | 10/5/2007 1:23 AM |
| 🗎 Psychological Manipulation of Suspects by FBI and the ... | 92 KB | BAK File | 11/26/2007 1:22 AM |
| 🗎 Psychological Manipulation of Suspects by FBI and the ... | 92 KB | BAK File | 9/19/2007 9:52 AM |
| 🗎 text for yet further the numbers to Dec 31.doc.bak | 5,549 KB | BAK File | 11/12/2007 3:29 AM |
| 🗎 evolve2.c | 4 KB | C File | 7/23/2007 4:44 AM |
| 🗎 evolve3.c | 5 KB | C File | 7/26/2007 3:06 AM |
| 🗎 evolve4.c | 7 KB | C File | 7/28/2007 10:05 AM |
| 🖹 Re How many atoms make up the universe.htm | 8 KB | HTML Document | 7/21/2007 3:05 PM |
| 🖼 Mt28GreekiPic.jpg | 4,770 KB | JPEG Image | 11/9/2007 5:45 AM |
| 🖼 Mt28GreekiPicCropped.jpg | 2,609 KB | JPEG Image | 11/9/2007 4:41 AM |
| 🗎 BiblicalHumanSexualityv23.mht | 334 KB | MHTML Document | 5/20/2007 11:16 PM |
| 🗎 dont.bat | 1 KB | MS-DOS Batch File | 11/12/2007 5:02 AM |
| 🗎 get.bat | 1 KB | MS-DOS Batch File | 9/12/2007 3:52 AM |
| 🗎 save.bat | 1 KB | MS-DOS Batch File | 9/16/2007 10:55 AM |
| 🗎 BibleBookList.rtf | 2 KB | Rich Text Document | 5/25/2007 11:14 PM |
| 🗎 BiblicalHumanSexualityv3.rtf | 175 KB | Rich Text Document | 5/6/2007 9:00 PM |
| 🗎 BiblicalHumanSexualityv4.rtf | 198 KB | Rich Text Document | 5/9/2007 11:31 PM |
| 🗎 BiblicalHumanSexualityv5.rtf | 200 KB | Rich Text Document | 5/10/2007 11:23 AM |
| 🗎 BiblicalHumanSexualityv6.rtf | 201 KB | Rich Text Document | 5/10/2007 1:53 AM |
| 🗎 BiblicalHumanSexualityv7.rtf | 201 KB | Rich Text Document | 5/10/2007 2:34 AM |
| 🗎 BiblicalHumanSexualityv8.rtf | 204 KB | Rich Text Document | 5/10/2007 3:46 AM |
| 🗎 BiblicalHumanSexualityv9.rtf | 206 KB | Rich Text Document | 5/11/2007 6:29 AM |
| 🗎 BiblicalHumanSexualityv10.rtf | 210 KB | Rich Text Document | 5/11/2007 3:56 PM |
| 🗎 BiblicalHumanSexualityv11.rtf | 215 KB | Rich Text Document | 5/12/2007 1:41 AM |
| 🗎 BiblicalHumanSexualityv12.rtf | 219 KB | Rich Text Document | 5/12/2007 7:12 PM |
| 🗎 BiblicalHumanSexualityv13.rtf | 221 KB | Rich Text Document | 5/12/2007 7:50 PM |
| 🗎 BiblicalHumanSexualityv14.rtf | 226 KB | Rich Text Document | 5/13/2007 7:58 AM |
| 🗎 SpeakingInTheEndTime.rtf | 1 KB | Rich Text Document | 6/17/2007 7:58 PM |
| 🗎 ToDad.rtf | 4 KB | Rich Text Document | 6/3/2007 9:20 AM |
| 🗎 BibleBookList.txt | 1 KB | Text Document | 5/25/2007 11:16 PM |
| 🗎 BibleBookListSorted.txt | 1 KB | Text Document | 5/25/2007 11:23 PM |
| 🗎 BibleBookListSortedCol.txt | 2 KB | Text Document | 5/26/2007 5:15 AM |

Folders (left pane):
- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDiskImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
- Audio Bible
- BibleTracts
  - AuthorshipDocOfPSPan
  - case
  - CDImage
- envelopes
- futures
- MessAround
- Pictures
- test
- Tract883_laptop
- WhenIVickedFlourish
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents
- Owner's Documents

166 objects (Disk free space: 29.4 GB)    403 MB    💻 My Computer

Page 3 of 10

Item 5

37

File menu: View  Favorites  Tools  Help

Back  |  Search  |  Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDiskImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - AuthorshpDocODPSPain
    - case
    - CDimage
    - envelopes
    - futures
    - MessAround
    - Pictures
    - test
  - Tract&&&_bootop
  - WhenVickedFlourish
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents
- Owner's Documents

166 objects (Disk free space: 29.4 GB)

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BibleBookList.txt | 1 KB | Text Document | 5/25/2007 11:16 PM |
| BibleBookListSorted.txt | 1 KB | Text Document | 5/25/2007 11:23 PM |
| BibleBookListSortedCol.txt | 2 KB | Text Document | 5/26/2007 5:15 AM |
| PsPain2.txt | 34 KB | Text Document | 10/5/2007 3:21 AM |
| ApostateTract5.doc | 51 KB | Text Document | 5/31/1998 8:26 PM |
| BiblicalHumanSexualty.doc | 6 KB | Wordpad Document | 5/6/2007 7:28 PM |
| BiblicalHumanSexualityv2.doc | 117 KB | Wordpad Document | 5/7/2007 10:17 PM |
| BiblicalHumanSexualityv15.doc | 149 KB | Wordpad Document | 5/13/2007 10:37 AM |
| BiblicalHumanSexualityv16.doc | 187 KB | Wordpad Document | 5/13/2007 8:10 PM |
| BiblicalHumanSexualityv17.doc | 177 KB | Wordpad Document | 5/13/2007 8:15 PM |
| BiblicalHumanSexualityv18.doc | 210 KB | Wordpad Document | 5/15/2007 9:49 PM |
| BiblicalHumanSexualityv19.doc | 218 KB | Wordpad Document | 5/16/2007 5:33 AM |
| BiblicalHumanSexualityv20.doc | 229 KB | Wordpad Document | 5/18/2007 6:01 AM |
| BiblicalHumanSexualityv21.doc | 239 KB | Wordpad Document | 5/19/2007 10:09 AM |
| BiblicalHumanSexualityv22.doc | 263 KB | Wordpad Document | 5/20/2007 10:50 AM |
| BiblicalHumanSexualityv23.doc | 295 KB | Wordpad Document | 5/20/2007 8:13 PM |
| BiblicalHumanSexualityv24.doc | 316 KB | Wordpad Document | 5/21/2007 11:21 PM |
| BiblicalHumanSexualityv25.doc | 310 KB | Wordpad Document | 5/23/2007 4:38 AM |
| BiblicalHumanSexualityv151.doc | 1,223 KB | Wordpad Document | 7/10/2007 4:26 AM |
| BiblicalHumanSexualityv152.doc | 1,246 KB | Wordpad Document | 7/12/2007 8:13 PM |
| BiblicalHumanSexualityv153.doc | 1,260 KB | Wordpad Document | 7/14/2007 9:50 AM |
| BiblicalHumanSexualityv154.doc | 1,286 KB | Wordpad Document | 7/15/2007 8:04 PM |
| BiblicalHumanSexualityv155.doc | 1,287 KB | Wordpad Document | 7/16/2007 4:53 AM |
| BiblicalHumanSexualityv156.doc | 1,296 KB | Wordpad Document | 7/19/2007 4:36 AM |
| BiblicalHumanSexualityv157.doc | 1,301 KB | Wordpad Document | 7/20/2007 4:53 AM |
| BiblicalHumanSexualityv158.doc | 1,322 KB | Wordpad Document | 7/21/2007 12:36 PM |
| BiblicalHumanSexualityv159.doc | 1,324 KB | Wordpad Document | 7/22/2007 10:27 AM |
| BiblicalHumanSexualityv160.doc | 1,346 KB | Wordpad Document | 7/23/2007 5:52 AM |
| BiblicalHumanSexualityv161.doc | 1,362 KB | Wordpad Document | 7/29/2007 11:40 AM |
| BiblicalHumanSexualityv162.doc | 1,368 KB | Wordpad Document | 7/29/2007 4:10 PM |
| BiblicalHumanSexualityv163.doc | 1,376 KB | Wordpad Document | 7/29/2007 8:41 PM |
| BiblicalHumanSexualityv164.doc | 1,384 KB | Wordpad Document | 7/30/2007 5:42 AM |
| BiblicalHumanSexualityv165.doc | 1,415 KB | Wordpad Document | 7/31/2007 4:36 AM |
| BiblicalHumanSexualityv166.doc | 1,455 KB | Wordpad Document | 8/2/2007 5:25 AM |
| BiblicalHumanSexualityv167.doc | 1,469 KB | Wordpad Document | 8/3/2007 4:56 AM |
| BiblicalHumanSexualityv200.doc | 1,525 KB | Wordpad Document | 8/4/2007 10:55 AM |

403 MB    My Computer

Page 4 of 10

Item 5

File    Edit    View    Favorites    Tools    Help

Back ·    Search    Folders    ▦

Folders    ×

| Name | Size | Type △ | Date Modified |
|---|---|---|---|
| BiblicalHumanSexuality167.doc | 1,469 KB | Wordpad Document | 3/3/2007 4:55 AM |
| BiblicalHumanSexuality200.doc | 1,525 KB | Wordpad Document | 3/4/2007 10:55 AM |
| BiblicalHumanSexuality201.doc | 1,587 KB | Wordpad Document | 3/5/2007 9:51 AM |
| BiblicalHumanSexuality202.doc | 1,625 KB | Wordpad Document | 3/5/2007 6:40 PM |
| BiblicalHumanSexuality203.doc | 1,649 KB | Wordpad Document | 3/6/2007 5:55 AM |
| BiblicalHumanSexuality204.doc | 1,683 KB | Wordpad Document | 3/8/2007 5:36 AM |
| BiblicalHumanSexuality205.doc | 1,715 KB | Wordpad Document | 3/10/2007 6:46 AM |
| BiblicalHumanSexuality206.doc | 1,900 KB | Wordpad Document | 3/11/2007 2:39 PM |
| BiblicalHumanSexuality207.doc | 2,026 KB | Wordpad Document | 3/12/2007 9:03 AM |
| BiblicalHumanSexuality208.doc | 2,026 KB | Wordpad Document | 3/12/2007 9:21 AM |
| BiblicalHumanSexuality209.doc | 2,074 KB | Wordpad Document | 3/12/2007 5:59 PM |
| BiblicalHumanSexuality210.doc | 2,144 KB | Wordpad Document | 3/13/2007 6:14 AM |
| BiblicalHumanSexuality211.doc | 2,168 KB | Wordpad Document | 3/14/2007 4:33 AM |
| BiblicalHumanSexuality212.doc | 2,274 KB | Wordpad Document | 3/14/2007 10:25 PM |
| BiblicalHumanSexuality213.doc | 2,356 KB | Wordpad Document | 3/15/2007 11:00 PM |
| BiblicalHumanSexuality214.doc | 2,492 KB | Wordpad Document | 3/19/2007 9:13 AM |
| BiblicalHumanSexuality215.doc | 2,513 KB | Wordpad Document | 3/20/2007 9:39 PM |
| BiblicalHumanSexuality216.doc | 2,589 KB | Wordpad Document | 3/24/2007 7:30 AM |
| BiblicalHumanSexuality217.doc | 2,697 KB | Wordpad Document | 3/26/2079 5:59 AM |
| BiblicalHumanSexuality218.doc | 2,816 KB | Wordpad Document | 3/28/2007 4:39 AM |
| BiblicalHumanSexuality219.doc | 2,826 KB | Wordpad Document | 3/29/2007 6:50 AM |
| BiblicalHumanSexuality220.doc | 2,952 KB | Wordpad Document | 9/1/2007 12:36 PM |
| BiblicalHumanSexuality221.doc | 3,041 KB | Wordpad Document | 9/2/2007 8:59 PM |
| BiblicalHumanSexuality222.doc | 3,121 KB | Wordpad Document | 9/3/2007 3:20 PM |
| BiblicalHumanSexuality223.doc | 3,170 KB | Wordpad Document | 9/3/2007 8:21 PM |
| BiblicalHumanSexuality224.doc | 3,179 KB | Wordpad Document | 9/4/2007 10:43 PM |
| BiblicalHumanSexuality225.doc | 3,212 KB | Wordpad Document | 9/5/2007 6:53 AM |
| BiblicalHumanSexuality226.doc | 3,250 KB | Wordpad Document | 9/6/2007 6:07 AM |
| BiblicalHumanSexuality227.doc | 3,386 KB | Wordpad Document | 9/6/2007 8:31 AM |
| BiblicalHumanSexuality228.doc | 3,448 KB | Wordpad Document | 9/6/2007 2:04 PM |
| BiblicalHumanSexuality229.doc | 3,493 KB | Wordpad Document | 9/9/2007 9:49 PM |
| BiblicalHumanSexuality230.doc | 3,549 KB | Wordpad Document | 9/10/2007 12:45 PM |
| BiblicalHumanSexuality231.doc | 3,569 KB | Wordpad Document | 9/10/2007 9:21 PM |
| BiblicalHumanSexuality232.doc | 3,660 KB | Wordpad Document | 9/11/2007 9:05 PM |
| BiblicalHumanSexuality233.doc | 3,726 KB | Wordpad Document | 9/12/2007 1:15 PM |
| BiblicalHumanSexuality234.doc | 3,734 KB | Wordpad Document | 9/12/2002 2:34 PM |

Folders sidebar:
- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDiskImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - AuthorshipDocOfPSPen
    - case
    - CDImage
    - envelopes
    - futures
    - MessaAround
  - Pictures
  - test
  - Tract883_laptop
  - WhenWriteeFlourish
- Local Disk (D:)
- DVD-R/W Drive (E:)
- Control Panel
- Shared Documents
- Owner's Documents

166 objects (Disk free space: 29.4 GB)    403 MB    My Computer

36

Page 5 of 10

Item 5

29.4

Back    Search    Folders

Folders    ×

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDisk
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
  - Author:
  - case
  - CDmag
  - envelopes
  - futures
  - MessAround
  - Pictures
  - test
  - Tracts33_?
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents
- Owner's Documents

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BiblicalHumanSexuality229.doc | 3,493 KB | Wordpad Document | 9/9/2007 9:49 PM |
| BiblicalHumanSexuality230.doc | 3,549 KB | Wordpad Document | 9/10/2007 12:45 |
| BiblicalHumanSexuality231.doc | 3,569 KB | Wordpad Document | 9/11/2007 9:21 P |
| BiblicalHumanSexuality232.doc | 3,660 KB | Wordpad Document | 9/11/2007 9:05 P |
| BiblicalHumanSexuality233.doc | 3,726 KB | Wordpad Document | 9/12/2007 1:15 P |
| BiblicalHumanSexuality234.doc | 3,734 KB | Wordpad Document | 9/12/2007 2:34 P |
| BiblicalHumanSexuality235.doc | 3,891 KB | Wordpad Document | 9/13/2007 12:46 |
| BiblicalHumanSexuality236.doc | 2,740 KB | Wordpad Document | 9/14/2007 4:07 P |
| BiblicalHumanSexuality237.doc | 3,486 KB | Wordpad Document | 9/15/2007 11:27 |
| BiblicalHumanSexuality238.doc | 3,503 KB | Wordpad Document | 9/15/2007 2:14 P |
| BiblicalHumanSexuality239.doc | 3,525 KB | Wordpad Document | 9/16/2007 8:43 A |
| BiblicalHumanSexuality240.doc | 3,593 KB | Wordpad Document | 9/16/2007 10:54 |
| BiblicalHumanSexuality241.doc | 3,635 KB | Wordpad Document | 9/16/2007 7:11 P |
| BiblicalHumanSexuality242.doc | 3,679 KB | Wordpad Document | 9/17/2007 12:37 |
| BiblicalHumanSexuality243.doc | 3,705 KB | Wordpad Document | 9/18/2007 1:51 A |
| BiblicalHumanSexuality244.doc | 3,707 KB | Wordpad Document | 9/18/2007 11:26 |
| BiblicalHumanSexuality245.doc | 3,710 KB | Wordpad Document | 9/18/2007 4:34 P |
| BiblicalHumanSexuality246.doc | 3,712 KB | Wordpad Document | 9/22/2007 11:51 |
| BiblicalHumanSexuality247.doc | 3,718 KB | Wordpad Document | 9/23/2007 1:21 P |
| BiblicalHumanSexuality249.doc | 3,713 KB | Wordpad Document | 9/23/2007 1:25 P |
| BiblicalHumanSexuality250.doc | 3,761 KB | Wordpad Document | 10/6/2007 11:26 |
| BiblicalHumanSexuality251.doc | 3,765 KB | Wordpad Document | 10/13/2007 10:2 |
| BiblicalHumanSexuality252.doc | 3,766 KB | Wordpad Document | 10/14/2007 2:26 |
| BiblicalHumanSexuality253.doc | 3,803 KB | Wordpad Document | 10/28/2007 5:03 |
| BiblicalHumanSexuality254.doc | 9,316 KB | Wordpad Document | 11/12/2007 3:59 |
| Further Thoughts on Numbers.doc | 9,327 KB | Wordpad Document | 11/12/2007 10:5 |
| LOVE11?P.DOC | 18 KB | Wordpad Document | 10/6/2007 9:37 P |
| PsPan2-hatever.doc | 39 KB | Wordpad Document | 8/12/1991 10:12 |
| PsPan2.doc | 39 KB | Wordpad Document | 11/26/2007 1:22 |
| PsPan.doc | 40 KB | Wordpad Document | 10/5/2007 2:33 A |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain There... | 92 KB | Wordpad Document | 10/5/2007 1:23 A |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain There... | 92 KB | Wordpad Document | 11/26/2007 1:22 |
| text for yet further numbers to Dec 31 bcup.doc | 92 KB | Wordpad Document | 9/19/2007 9:52 A |
| text for yet further numbers to Dec 31.doc | 5,549 KB | Wordpad Document | 11/12/2007 2:16 |
|  | 5,549 KB | Wordpad Document | 11/12/2007 3:29 |

34

Page 6 of 10

Item 5

D. S.

File    Edit    View    Favorites    Tools    Help

Back ▾    Search    Folders    

| Name | Size | Type |
|------|------|------|
| BiblicalHumanSexuality230.doc | 3,549 KB | Wordpad Document |
| BiblicalHumanSexuality231.doc | 3,569 KB | Wordpad Document |
| BiblicalHumanSexuality232.doc | 3,660 KB | Wordpad Document |
| BiblicalHumanSexuality233.doc | 3,726 KB | Wordpad Document |
| BiblicalHumanSexuality234.doc | 3,734 KB | Wordpad Document |
| BiblicalHumanSexuality235.doc | 3,691 KB | Wordpad Document |
| BiblicalHumanSexuality236.doc | 2,749 KB | Wordpad Document |
| BiblicalHumanSexuality237.doc | 3,486 KB | Wordpad Document |
| BiblicalHumanSexuality238.doc | 3,503 KB | Wordpad Document |
| BiblicalHumanSexuality239.doc | 3,525 KB | Wordpad Document |
| BiblicalHumanSexuality240.doc | 3,593 KB | Wordpad Document |
| BiblicalHumanSexuality241.doc | 3,635 KB | Wordpad Document |
| BiblicalHumanSexuality242.doc | 3,679 KB | Wordpad Document |
| BiblicalHumanSexuality243.doc | 3,705 KB | Wordpad Document |
| BiblicalHumanSexuality244.doc | 3,707 KB | Wordpad Document |
| BiblicalHumanSexuality245.doc | 3,710 KB | Wordpad Document |
| BiblicalHumanSexuality246.doc | 3,712 KB | Wordpad Document |
| BiblicalHumanSexuality247.doc | 3,718 KB | Wordpad Document |
| BiblicalHumanSexuality248.doc | 3,718 KB | Wordpad Document |
| BiblicalHumanSexuality249.doc | 3,761 KB | Wordpad Document |
| BiblicalHumanSexuality250.doc | 3,765 KB | Wordpad Document |
| BiblicalHumanSexuality251.doc | 3,766 KB | Wordpad Document |
| BiblicalHumanSexuality252.doc | 3,803 KB | Wordpad Document |
| BiblicalHumanSexuality253.doc | 9,316 KB | Wordpad Document |
| BiblicalHumanSexuality254.doc | 9,327 KB | Wordpad Document |
| Further Thoughts on Numbers.doc | 34 KB | Wordpad Document |
| LOVE1XP.DOC | 18 KB | Wordpad Document |
| PsPan1.doc | 39 KB | Wordpad Document |
| PsPan1z.doc | 40 KB | Wordpad Document |
| PsPan2.doc | 92 KB | Wordpad Document |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof whatever.doc | 92 KB | Wordpad Document |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc | 92 KB | Wordpad Document |
| text for yet further numbers to Dec 31 bkup.doc | 5,549 KB | Wordpad Document |
| text for yet further numbers to Dec 31.doc | 5,549 KB | Wordpad Document |

Folders    ✕

- GnuPaint
- GopherTool
- Intel
- Java
- Junk
- My Must
- OnlineBibDisk
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
- Audio Bible
- BibleTracts
  - Author:
  - case
  - CDmag
  - envelopes
  - futures
  - MessATron
  - Pictures
  - test
  - TextG32.ca
  - whatever.doc
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents
- Owner's Documents

166 objects (Disk free space: 29.4 GB)    403 MB    My Computer

OA

*Page 7 of 10*

*D. G.*

*Item S*

## ~hipDocOfPSPain

File   Edit   View   Favorites   Tools   Help

Back ▾ | Search | Folders

Addre

**Folders**

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDisk
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume
- TEMP
- TitanMoon
- trebucket
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - Author:
    - case
    - CDmag
  - envelopes
  - futures
  - MessAroun
  - Pictures
  - test
  - Tract683_I(
  - WhenVickt
- Local Disk (D:)
- DVD-R/W Drive (E:)
- Control Panel
- Shared Documents
- Owner's Document

ConnectonTo6552pPaper.txt

IMG_1531.jpg    IMG_1532.jpg    IMG_1533.jpg    IMG_1534.jpg    IMG_1535.jpg

IMG_1536.jpg    IMG_1537.jpg    IMG_1538.jpg    IMG_1539.jpg    IMG_1540.jpg    IMG_1541.jpg

IMG_1542.jpg    IMG_1543.jpg    IMG_1544.jpg    IMG_1545.jpg    IMG_1546.jpg

PsPan2.doc.bak    PsPan2.pdf    PsPan.doc    PsPan2.doc    PsPan.pdf

Psychological Manipulation of Suspe...

26 objects (Disk free space: 29.1 GB)    64.9 MB    My Computer



14

Page 8 of 10          J. B.

DocOfPSPain

View   Favorites   Tools   Help

Back · ↓   Search   Folders   ⊞

Address

Folders   ×

| Name ▲ | Size | Type | Date Modified | Date Picture Taken | Dimensions |
|---|---|---|---|---|---|
| GnuPaint | | | | | |
| GopherTool | | | | | |
| Intel | | | | | |
| java | | | | | |
| junk | | | | | |
| My Music | | | | | |
| OnlineBibleDisk | | | | | |
| Program Files | | | | | |
| RECYCLER | | | | | |
| ScriptureSongs | | | | | |
| SoundSoftware | | | | | |
| System Volume | | | | | |
| TEHP | | | | | |
| TitanMoon | | | | | |
| trebuchet | | | | | |
| WINDOWS | | | | | |
| work | | | | | |
| Audio Bible | | | | | |
| BibleTracts | | | | | |
| Author: | | | | | |
| case | | | | | |
| CDmag | | | | | |
| envelopes | | | | | |
| futures | | | | | |
| Mess Aroun | | | | | |
| Pictures | | | | | |
| test | | | | | |
| ConnectionTo652pPaper.txt | 6 KB | Text Document | 11/15/2007 6:10 AM | | |
| IMG_1531.jpg | 3,927 KB | JPEG Image | 11/15/2007 6:03 AM | 11/15/2007 6:03 AM | 3072 x 2304 |
| IMG_1532.jpg | 4,035 KB | JPEG Image | 11/15/2007 6:03 AM | 11/15/2007 6:03 AM | 3072 x 2304 |
| IMG_1533.jpg | 4,047 KB | JPEG Image | 11/15/2007 6:06 AM | 11/15/2007 6:06 AM | 3072 x 2304 |
| IMG_1534.jpg | 3,852 KB | JPEG Image | 11/15/2007 6:06 AM | 11/15/2007 6:06 AM | 3072 x 2304 |
| IMG_1535.jpg | 3,845 KB | JPEG Image | 11/15/2007 6:06 AM | 11/15/2007 6:06 AM | 3072 x 2304 |
| IMG_1536.jpg | 5,246 KB | JPEG Image | 11/15/2007 6:07 AM | 11/15/2007 6:07 AM | 3072 x 2304 |
| IMG_1537.jpg | 4,265 KB | JPEG Image | 11/15/2007 6:13 AM | 11/15/2007 6:13 AM | 3072 x 2304 |
| IMG_1538.jpg | 4,090 KB | JPEG Image | 11/15/2007 6:14 AM | 11/15/2007 6:14 AM | 3072 x 2304 |
| IMG_1539.jpg | 3,736 KB | JPEG Image | 11/15/2007 6:15 AM | 11/15/2007 6:15 AM | 3072 x 2304 |
| IMG_1540.jpg | 4,208 KB | JPEG Image | 11/15/2007 6:15 AM | 11/15/2007 6:15 AM | 3072 x 2304 |
| IMG_1541.jpg | 3,739 KB | JPEG Image | 11/15/2007 6:15 AM | 11/15/2007 6:15 AM | 3072 x 2304 |
| IMG_1542.jpg | 4,010 KB | JPEG Image | 11/15/2007 6:16 AM | 11/15/2007 6:16 AM | 3072 x 2304 |
| IMG_1543.jpg | 3,914 KB | JPEG Image | 11/15/2007 6:16 AM | 11/15/2007 6:16 AM | 3072 x 2304 |
| IMG_1544.jpg | 4,003 KB | JPEG Image | 11/15/2007 6:17 AM | 11/15/2007 6:17 AM | 3072 x 2304 |
| IMG_1545.jpg | 4,086 KB | JPEG Image | 11/15/2007 6:17 AM | 11/15/2007 6:17 AM | 3072 x 2304 |
| IMG_1546.jpg | 4,434 KB | JPEG Image | 11/15/2007 6:18 AM | 11/15/2007 6:18 AM | 3072 x 2304 |
| PsPan2.doc | ~0 KB | Wordpad Document | 10/5/2007 2:33 AM | | |
| PsPan2.doc.bak | ~0 KB | BAK File | 10/5/2007 2:33 AM | | |
| PsPan2.pdf | 175 KB | Adobe Acrobat 7.0 … | 10/5/2007 2:46 AM | | |
| PsPan.doc | 92 KB | Wordpad Document | 10/5/2007 1:23 AM | | |
| PsPan.doc.bak | 92 KB | BAK File | 10/5/2007 1:23 AM | | |
| PsPan.pdf | 407 KB | Adobe Acrobat 7.0 … | 9/19/2007 12:10 PM | | |
| Psychological Manipulation of … | 92 KB | Wordpad Document | 9/19/2007 9:52 AM | | |
| Psychological Manipulation of … | 92 KB | BAK File | 9/19/2007 9:52 AM | | |
| Thumbs.db | 51 KB | Data Base File | 11/15/2007 6:11 AM | | |

Items

Local Disk (D:)
DVD-RW Drive (E:)
Control Panel
Shared Documents
Owner's Document

Tract683_lr
WhenVicke

26 objects (Disk free space: 29.4 GB)          64.9 MB          My Computer

42

Page 9 of 10

D-8

Item 5

File   Edit   View   Favorites   Tools   Help

Search   Folders

Folders ×

| Name | Size | Type | Date Modified |
|------|------|------|---------------|
| BiblicalHumanSexuality-254.doc | 9,327 KB | Wordpad Document | 11/12/2007 10:51 PM |
| BiblicalHumanSexuality-254.pdf | 16,840 KB | Adobe Acrobat 7.0... | 11/12/2007 10:57 PM |
| case 012.jpg | 4,674 KB | JPEG Image | 10/9/2007 4:56 PM |
| case 013.jpg | 4,656 KB | JPEG Image | 10/9/2007 4:56 PM |
| case 014.jpg | 4,423 KB | JPEG Image | 10/9/2007 4:56 PM |
| case 015.jpg | 4,438 KB | JPEG Image | 10/9/2007 4:56 PM |
| case_omacor 026.jpg | 4,703 KB | JPEG Image | 10/22/2007 8:24 PM |
| case_omacor 041.jpg | 4,643 KB | JPEG Image | 10/22/2007 8:24 PM |
| case_omacor 042.jpg | 4,650 KB | JPEG Image | 10/22/2007 8:24 PM |
| case_omacor 043.jpg | 4,649 KB | JPEG Image | 10/22/2007 8:24 PM |
| IMG_1512.jpg | 4,622 KB | JPEG Image | 10/22/2007 9:03 PM |
| IMG_1513.jpg | 4,630 KB | JPEG Image | 10/22/2007 9:07 PM |
| IMG_1514.jpg | 4,669 KB | JPEG Image | 10/23/2007 10:53 AM |
| IMG_1515.jpg | 4,754 KB | JPEG Image | 10/23/2007 10:53 AM |
| IMG_1516.jpg | 4,656 KB | JPEG Image | 10/23/2007 11:26 AM |
| IMG_1517.jpg | 4,705 KB | JPEG Image | 10/23/2007 11:28 AM |
| IMG_1518.jpg | 4,737 KB | JPEG Image | 10/23/2007 11:29 AM |
| IMG_1519.jpg | 4,735 KB | JPEG Image | 10/23/2007 11:30 AM |
| MVI_1478.avi | 14,233 KB | Video Clip | 10/9/2007 5:02 PM |
| Omacor_sample_movie.avi | 263,916 KB | Video Clip | 10/25/2007 1:57 AM |
| PsPsn2.doc | 40 KB | Wordpad Document | 10/5/2007 2:33 AM |
| PsPsn2.pdf | 175 KB | Adobe Acrobat 7.0 ... | 10/5/2007 2:48 AM |
| PsPsn2.txt | 34 KB | Text Document | 10/5/2007 3:21 AM |
| PsPsn.doc | 92 KB | Wordpad Document | 10/5/2007 1:23 AM |
| PsPsn.pdf | 407 KB | Adobe Acrobat 7.0... | 9/19/2007 12:10 PM |
| Readme.txt | 2 KB | Text Document | 9/23/2007 1:42 PM |
| Text for yet further numbers to Dec 31.doc | 5,599 KB | Wordpad Document | 11/30/2007 9:06 AM |
| The situation and My Case with the FBI and the Omacor whatever.doc | 28,061 KB | Wordpad Document | 11/28/2007 1:22 AM |
| The situation and My Case with the FBI and the Omacor whatever.doc.bak | 28,060 KB | BAK File | 11/28/2007 1:22 AM |
| The situation and My Case with the FBI and the Omacor.doc | 28,060 KB | Wordpad Document | 10/23/2007 1:12 PM |
| The situation and My Case with the FBI and the Omacor.pdf | 52,126 KB | Adobe Acrobat 7.0... | 10/23/2007 1:13 PM |

Folders ×

- GnuPaint
- Gopher Tool
- Intel
- java
- junk
- My Music
- On[ne\]sktkDokk
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
- Auto Bible
- B[k]eTracts
  - case
  - CD mag
  - envelopes
  - futures
  - MessAroun
  - Pictures
  - test
  - Tract683_i
  - whenever[i][k]k
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents
- Owner's Document...

31 objects (Disk free space: 29.4 GB)

513 MB   My Computer

E7



Page 10 of 10    28

Item 5

Page 11 of 12 appended to 10

Item 5 appendex




54

Page 12 of 12 appended to 10

Item 5 appendix

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BibleHumanSexuality-230.doc | 3,549 KB | Wordpad Document | 9/10/2007 12:45 PM |
| BibleHumanSexuality-231.doc | 3,569 KB | Wordpad Document | 9/10/2007 9:21 PM |
| BibleHumanSexuality-232.doc | 3,660 KB | Wordpad Document | 9/11/2007 9:05 PM |
| BibleHumanSexuality-233.doc | 3,726 KB | Wordpad Document | 9/12/2007 1:15 PM |
| BibleHumanSexuality-234.doc | 3,733 KB | Wordpad Document | 9/12/2007 2:34 PM |
| BibleHumanSexuality-235.doc | 3,891 KB | Wordpad Document | 9/13/2007 12:46 PM |
| BibleHumanSexuality-236.doc | 2,740 KB | Wordpad Document | 9/14/2007 4:07 PM |
| BibleHumanSexuality-237.doc | 3,466 KB | Wordpad Document | 9/15/2007 11:27 AM |
| BibleHumanSexuality-238.doc | 3,503 KB | Wordpad Document | 9/15/2007 3:14 PM |
| BibleHumanSexuality-239.doc | 3,525 KB | Wordpad Document | 9/16/2007 8:43 AM |
| BibleHumanSexuality-240.doc | 3,593 KB | Wordpad Document | 9/16/2007 10:54 AM |
| BibleHumanSexuality-241.doc | 3,635 KB | Wordpad Document | 9/16/2007 7:11 PM |
| BibleHumanSexuality-242.doc | 3,679 KB | Wordpad Document | 9/17/2007 12:37 PM |
| BibleHumanSexuality-243.doc | 3,705 KB | Wordpad Document | 9/18/2007 1:51 AM |
| BibleHumanSexuality-244.doc | 3,707 KB | Wordpad Document | 9/18/2007 11:26 AM |
| BibleHumanSexuality-245.doc | 3,710 KB | Wordpad Document | 9/18/2007 4:34 PM |
| BibleHumanSexuality-246.doc | 3,712 KB | Wordpad Document | 9/22/2007 11:51 AM |
| BibleHumanSexuality-247.doc | 3,715 KB | Wordpad Document | 9/23/2007 1:21 PM |
| BibleHumanSexuality-248.doc | 3,718 KB | Wordpad Document | 9/23/2007 1:25 PM |
| BibleHumanSexuality-249.doc | 3,761 KB | Wordpad Document | 10/6/2007 11:26 PM |
| BibleHumanSexuality-250.doc | 3,765 KB | Wordpad Document | 10/13/2007 10:29 AM |
| BibleHumanSexuality-251.doc | 3,766 KB | Wordpad Document | 10/14/2007 2:26 PM |
| BibleHumanSexuality-252.doc | 3,803 KB | Wordpad Document | 10/28/2007 5:03 PM |
| BibleHumanSexuality-253.doc | 9,316 KB | Wordpad Document | 11/12/2007 3:59 AM |
| BibleHumanSexuality-254.doc | 9,327 KB | Wordpad Document | 11/12/2007 10:51 PM |
| FurtherThoughts on numbers.doc | 34 KB | Wordpad Document | 10/6/2007 9:37 PM |
| LOREM.DOC | 13 KB | Wordpad Document | 8/12/1999 10:12 AM |
| Paper2-chapter.doc | 39 KB | Wordpad Document | 11/23/2007 1:22 AM |
| PaPen2.doc | 40 KB | Wordpad Document | 10/5/2007 2:33 AM |
| PaPen.doc | 92 KB | Wordpad Document | 10/5/2007 1:23 AM |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof Whatever.doc | 92 KB | Wordpad Document | 11/23/2007 1:22 AM |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc | 92 KB | Wordpad Document | 9/19/2007 9:52 AM |
| text for yet further numbers to Dec 31 bkup.doc | 5,549 KB | Wordpad Document | 11/12/2007 2:16 AM |
| text for yet further numbers to Dec 31.doc | 5,549 KB | Wordpad Document | 11/12/2007 3:29 AM |

Folders

- GopherTool
- Jnet
- Java
- Junk
- My Music
- OnlineBibleDadImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleFacts
    - AuthorshipDocOP!
    - case
    - CDImage
    - envelopes
    - futures
    - MessAround
    - Pictures
    - test
  - Tract632_photo
  - Whatever-keep-Yourself
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents
- Owner's Documents
- My Network Places

350 objects (Disk free space: 29.4 GB)    451 KB    My Computer

47

Page 1 of 5   Item 6







Page 2 of 5   Item 6









Page 3 of 5  Item 6

69

Page 4 of 5   Item 6








Item 9C7    Page 1 of 3    Item 7   Item 10 D/





Page 2 of 3 Item 7

Item 10 phs



S3





C.Z. Item 103.2   Page 3 of 3   Item 7



Page 1 of 1

Item 8

55

The document with the file name

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

was indeed written by Daniel David Zuck on Sep 19th, 2007,
And the file dated on Sep 19th, 2007, in this directory show that.

Also, further evidence is that back versions from before
Sep 19th, 2007, through to the latest version,
version 254 dated 19Nov2007 11:08PM, of my paper entitled
"The Holy Bible's True Spiritual Meanings of Marriage as Pictured
By the Details of Human Sexuality, which God Created"
include a section on my, Daniel David Zuck, born 12/14/57, life history
that lead up to the false accusation that I believe is against
them for which the FBI is investigating me. That section, given number 15
in version 254 of my big paper, include references to "water torture." That
to what I think of as the psychological equivalent of
"Chinese water torture" where by some body is subjected to repeated
drops of water from which that person can not escape, continually
dropping onto their forhead. By psychological equivalent of
"Chinese water torture" I mean the repeated psychological insults
and connections to my awareness that the FBI makes repeatedly
reminding me that I am being investigated day after day for
the last 6.5 years. These earlier versions of my paper have file dates
from before Sep 19th, 2007, and those versions include references
on water torture. The later pdf version of this paper that includes
reference to water torture has file name

Biblicalmanundsexuality243.pdf

And is file dated 9/18/2007 with time 2:01AM

This is before Sep 19th when I wrote my document documenting
the psychological pain that the FBI has been inflicting on me
for the last 6.5 years. And in that document

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

my name is included at the beginning because I wrote it
to give it to a newspaper reported. And I did give it to a newspaper Inland
editor of the San Diego Union Tribune on Sep 19th, 2007 at 3:00 PM, whose name,
is "Jim Okerblom". And in that document

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

I say much about water torture because that reference helps make
very clear why repeated insults and reminders by the FBI is a very evil
form of subtle psychological torture that should never be done
to any human being what, at all anywhere on earth by any government or
individual upon any other individual, period. So I clearly am the
author of

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

Also, I later made later versions of this document on Psychological Manipulation by
the FBI where I took my name out because I wanted to use those versions of that
for easy distribution to other people. But I realized that any person that
I gave a copy to the FBI would remove that from that person. So I was
at a great disadvantage in truly giving it out; in particular, what I was really
trying to do was anger the FBI into arresting me, because per my 652 page paper
I was, and still am, trying to force the FBI to arrest me so that I could, maybe
even go to prison on the terms mentioned in my 652 page paper, maybe
with a few enhanced terms and improvements my lawer may help me to include.

These later versions of this document on Psychological Manipulation by the
FBI were given a file name such as PsRain.pdf and PsRain.doc. Then I made
an even shorter version of this PsRain document, the removed a later portion
of that document that then has file name PsRain.pdf including an
by the FBI. That latest shorter version has file name PsRain.pdf that
you are now reading includes the following "Connectionto652pzpaper.txt" file
file dated at 10/5/2007 2:48AM. The computer directory that this text file
you are now reading given the file name "Connectionto652pzpaper.txt", by
dated 11/15/2007 at around 6 something AM: those following computer files, by
name, are:

IMG_1531.jpg
IMG_1532.jpg

*Page 1 of 2  I her.*

96

1

57

Page 2 of 2 Item 9

The document with the file name

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

Was indeed written by Daniel David Zuck on Sep 19th, 2007, And the file dates in pictures in this directory show that.

Also, further evidence is that back versions from before Sep 19th, 2007, through to the latest version, version 254 dated 12Nov2007 11:08PM, of my paper entitled

"The Holy Bible's True Spiritual Meanings of Marriage as Pictured By the Details of Human Sexuality, which God Created"

include a section on my, Daniel David Zuck, born 12/14/57, life history that lead up to the false accusation that I believe is against me for which the FBI is investigating me. That section, given number 15 in version 254 of my big paper, include references to "water torture". That term I coined during my theropy sessions with Dave Ferreira to refer to what I think of as the psychological equivalent of "Chinese water torture" where by some body is subjected to repeated drops of water from which that person can not escape, continually dropping onto their forhead. By psychological equivalent of "Chinese water torture" I mean the repeated psychological insults and connections to my awareness that the FBI makes repetedly reminding me that I am being investigated day after day for the last 6.5 years. These earlier versions of my paper have file dates from before Sep 19th, 2007, and those versions include references to water torture. The first pdf version of this paper that includes references to water torture has file name

BiblicalHumanSexualityv243.pdf

And is file dated 9/18/2007 with time 2:01AM

This is before Sep 19th when I wrote my docment documenting the psychological pain that the FBI has been inflicting on me









Item15

File  Edit  View  Favorites  Tools  Help

Back  ·  ·  Search  Folders

Folders                                          ×

Name  ▲                    Size    Type           Date Modified          Date Picture Taken

IMG_1572    4,544 KB   JPEG Image   12/3/2007 9:30 AM   12/3/2007 8:30 AM
IMG_1573    4,269 KB   JPEG Image   12/3/2007 9:31 AM   12/3/2007 8:31 AM

WorkView
  AllCaseStuff
    BackupNotebook4ThirdDelivery
    FirstDelivery2Judge_bestGuess
      AuthorshipDocOfPSPain
      case
      CDimage
      Item1
      Item2
      Item3
      Item4
      Item5
      Item6
      Item7
      Item8
      Item9
      Item13
      Item15
      Item16
    Fractals
    LegalHelpBooksIBoughtOnApr2nd
    MyCivilCase_08CV476HLSP
    SecondDelivery2Judge_bestGuess
    ThirdDelivery2Judge
  Local Disk (D:)
  CD Drive (E:)
  Control Panel
  Shared Documents
  Owner's Documents
  My Network Places
  Recycle Bin

2 objects (Disk free space: 19.7 GB)              8.60 MB    My Computer

Norton AntiVirus





THE PERSONALITY OF THE CAT

A cat lover's collection of stories,
pictures by T.S. Eliot, Rudyard,
Colette, Lewis Carroll, &
EDITED BY BRANDT A.

THE PERSONALITY OF THE CAT

The following document was written on
on the Sept 19th and variations to a version without my
name to equal distribution and the Sept 19th version
does have my name. The following points were mentioned
to my home following from the papers I gave copies
of this paper, the nameless version, to the following people:

Jerry Howard
Ann Howard
Debie Parker
Milten Parker
Elizabeth Parker      declined to sign
Daniel Parker         declined to sign
Bill Beardman         declined to sign

by Daniel Zuck
18 Nov 2007 at 2:45 PM

Debi Parker

This document documents that the above
people were exposed to my document entitled
"Psychological Manipulation of Suspects by FBI and
the Psychological Pain Thereof" The following points
from this document were made
- the desire to expose FBI Psychological Techniques
- violating the presumption of innocence with presumption of guilt
- torturing by FBI Psy to gather evidence
- FBI use of RBR.
- Magnification of suspicion
- Likened to water Torture (also mentioned my 652.08
  paper that mentioned water Torture like
  Psy Torture)
- Instance and Doubt (weak light Induced)
- Very highly recent arguments
- Fear, Anger, Pleasure, Teasing, Confusion
- Short first cat quotes later.
- Extreme dishonest Stance.
- Fear Imposure
- Pleasure Substitution
- I.R. Bugs.    - Stereo Vis bugs
- Pinhole lights control
- Vehic Bugs      MRR
~ vehic Bugs

THE DOG

AR GELLER

62

This document is to document that Dave Ferreira, Ph.D, on 20 Nov 2007 was shown my Lap Top computer turned on so that he could see the file dates helping to establish the authorship of all versions of my document that I personally wrote showing the psychological pain that the FBI has been causing me by their investigation.

The key version of that document was written on Sep 19th and does include my name and was given to the inland San Diego Union Tribune newspaper reporter Jim Okerblom on Sep 19th in both printed and electronic form on CD. I also showed Dave Ferreira other things on my computer including a readable picture of a book called "The Loved Dog" about psychology in training Dogs that feed into my deeper understanding of pleasure helping to reduce fear. I gave Dave Ferreira a Flash pen or Flash stick of 2 GIG capacity and copied onto that stick all of the many files relating to my paper and my documents on the FBI and psychological pain the FBI has caused me over the last 6.5 years, David Bick

Dave Ferreira, Ph.D. _Edward Defrance_ Ph D 20 Nov 2007
11/20/07

THE PERSONALITY OF THE CAT

The LOVED DOG

TAMAR GELLER