

FirstD ery2Judge_bestGuess
File Edit View Favorites Tools Help
Back Search Folders
Norton AntiVirus
Folders
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBoughtOnApr2nd
MyCivilCase_08CV476HLSP
SecondDelivery2Judge_bestGuess
ThirdDelivery2Judge
Local Disk (D:)
CD Drive (E:)
Control Panel
Shared Documents
Owner's Documents
My Network Places
Recycle Bin
Name Size Type Date Modified
BiblicalHumanSexualityv253 9,316 KB DOC File 11/12/2007 4:59 AM
BiblicalHumanSexualityv253 16,821 KB Adobe Acrobat Doc... 11/12/2007 5:07 AM
BiblicalHumanSexualityv253.d... 9,326 KB BAK File 11/12/2007 11:48 PM
BiblicalHumanSexualityv254 9,327 KB DOC File 11/12/2007 11:51 PM
BiblicalHumanSexualityv254 16,840 KB Adobe Acrobat Doc... 11/12/2007 11:57 PM
BiblicalHumanSexualityv254.d... 9,327 KB BAK File 11/12/2007 11:51 PM
doit 1 KB MS-DOS Batch File 11/12/2007 6:02 AM
evolve2 4 KB C File 7/23/2007 5:44 AM
evolve3 5 KB C File 7/26/2007 4:06 AM
evolve4 7 KB C File 7/28/2007 11:05 AM
evolve4 91 KB Application 7/28/2007 11:05 AM
FileList 54,214 KB RTF File 12/1/2007 11:22 AM
Further Thoughts on Numbers 34 KB DOC File 10/6/2007 10:37 PM
Further Thoughts on Numbers... 35 KB BAK File 10/6/2007 10:37 PM
get 1 KB MS-DOS Batch File 9/12/2007 4:52 AM
Item10A_D 1 KB Text Document 12/3/2007 7:09 AM
Item11 1 KB Text Document 12/3/2007 7:18 AM
Item12 6 KB Text Document 12/3/2007 8:38 AM
Item14 1 KB Text Document 12/3/2007 8:04 AM
Items 10, 11 12, 14
LOVE1WP 18 KB DOC File 8/12/1991 11:12 AM
Mt28GreekPic 4,770 KB JPEG Image 11/9/2007 6:45 AM
Mt28GreekPicCropped 2,609 KB JPEG Image 11/9/2007 5:41 AM
PsPain 92 KB DOC File 10/5/2007 2:23 AM
PsPain 407 KB Adobe Acrobat Doc... 9/19/2007 1:10 PM
PsPain2 40 KB DOC File 10/5/2007 3:33 AM
PsPain2 175 KB Adobe Acrobat Doc... 10/5/2007 3:48 AM
PsPain2 34 KB Text Document 10/5/2007 4:21 AM
PsPain2 whatever 39 KB DOC File 11/28/2007 2:22 AM
PsPain2 whatever.doc.bak 39 KB BAK File 11/28/2007 2:22 AM
PsPain2.doc.bak 40 KB BAK File 10/5/2007 3:33 AM
PsPain.doc.bak 92 KB BAK File 10/5/2007 2:23 AM
Psychological Manipulation of ... 92 KB DOC File 9/19/2007 10:52 AM
Type: RTF File Date Modified: 6/3/2007 10:20 AM Size: 3.08 KB
3.08 KB
My Computer

64

Item10A_D

Items 10A, 10B, 10C, 10D are the four actual Omacor (Lovaza)
medication bottles.

Item 11 is the book on dog training using Psychology to lovingly train dogs entitled:
"The Loved Dog" by
Tamar Geller
ISBN numbers:
ISBN-13:978-1-4169-3814-9
ISBN-10:1-4169-3814-1
Copyright 2007 by
Tamar Geller

Item12

Item12 is this text document that gives a textual list of the previous 11 items.

Item1 is the print out of the document
with file name:
Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc
with file date 9/19/2007 9:52 AM

Item2 is the print out of the document
with file names:
PsPain.doc with date 10/5/2007 1:23 AM
and
PsPain.pdf with date 9/19/2007 12:10 PM

Item3 is the print out of the document
with file names:
PsPain2.doc with date 10/5/2007 2:33 AM
and
PsPain2.pdf with date 10/5/2007 2:48 AM

Item4 is the print out of the document
with file names:
The situation and My Case with the FBI and the Omacor.doc with date 10/23/2007 1:12 PM
and
The situation and My Case with the FBI and the Omacor.pdf with date 10/23/2007 1:13 PM

Item5 is the print out of the document
with file name:
FileList.rtf with date 12/1/2007 10:22 AM
This file does not appear in the files listed in Item5 printing because Item5 is a printout of file names, and this file was being created as the location documenting that list of file names; hence this list and this file could not be created until that list was completed. WordPad was used to create this document.

Item6 is a set of jpeg camera pictures showing my laptop computer and the book "The Loved Dog".
This jpeg files have names:
IMG_1531.jpg through IMG_1546.jpg dated 11/15/2007 times 6:03 AM thru 6:18AM.
There are a total of 16 such files for Item6.

Item7 is a list of files whose names and dates are listed below using a command prompt and the "Dir" command to generate that list. These files are jpeg pictures of Omacor medication bottles and one file is a picture of a firmware damaged HDTV tuner. The file names are a consequece of how the download operation operates that downloads the pictures from the camera to the computer.

```
 Volume in drive C has no label.
 Volume Serial Number is 5869-9ACD

 Directory of C:\work\BibleTracts\CaseItems\Item7

12/03/2007  06:42 AM    <DIR>          .
12/03/2007  06:42 AM    <DIR>          ..
10/22/2007  08:24 PM         4,815,362 case_omacor 026.jpg
10/22/2007  08:24 PM         4,753,714 case_omacor 041.jpg
```

```
                                              Item12
10/22/2007  08:24 PM           4,761,089 case_omacor 042.jpg
10/22/2007  08:24 PM           4,759,587 case_omacor 043.jpg
10/22/2007  09:03 PM           4,732,377 IMG_1512.jpg
10/22/2007  09:07 PM           4,741,008 IMG_1513.jpg
10/23/2007  10:53 AM           4,780,871 IMG_1514.jpg
10/23/2007  10:53 AM           4,867,701 IMG_1515.jpg
10/23/2007  11:26 AM           4,767,444 IMG_1516.jpg
10/23/2007  11:28 AM           4,817,478 IMG_1517.jpg
10/23/2007  11:29 AM           4,849,800 IMG_1518.jpg
10/23/2007  11:30 AM           4,847,919 IMG_1519.jpg
12/03/2007  06:42 AM                   0 list.txt
              13 File(s)     57,494,350 bytes
               2 Dir(s)  31,300,784,128 bytes free
```

The file name list.txt is the output file that the "
dir" was directed to in order to capture this file list.

Item8 are four jpeg pictures of deliberate tomato plant damage.

```
 Volume in drive C has no label.
 Volume Serial Number is 5869-9ACD

 Directory of C:\work\BibleTracts\CaseItems\Item8

12/03/2007  06:51 AM    <DIR>          .
12/03/2007  06:51 AM    <DIR>          ..
10/09/2007  04:56 PM           4,785,775 case 012.jpg
10/09/2007  04:56 PM           4,767,723 case 013.jpg
10/09/2007  04:56 PM           4,528,526 case 014.jpg
10/09/2007  04:56 PM           4,543,787 case 015.jpg
12/03/2007  06:51 AM                   0 list.txt
               5 File(s)     18,625,811 bytes
               2 Dir(s)  31,010,758,656 bytes free
```

The file named list.txt is the output file that the "dir" command was directed to in order to caputure this file list. Item13 is connected to item8 as a movie in Item13 further documents the tomato plant damage.

Item9 is file named:
ConnectionTo652pPaper.txt
which documents my (Daniel David Zuck) authorship of the documents in Items1,2, and 3 on psychological pain caused by the FBI.

Item10A_D is a text file mentioning four Omacor (Lovaza) medication bottles, the actual bottles of which are the items. These bottles are lables with marker. The pictures elsewhere in this documentation of these bottles were taken before these bottles were marked.

Item11 is a text file mentioning the actual book named "The Loved Dog", and the actual book is the actual item.

Item12 is this text file you are now reading.

Item13 contains two camera movies that document damage to my tomato plants and documents packaging of some Omacor capsules for testing.

Item14 is an actual package with the Omacor capsules shown in the movie n Item13.



Item12
Item15 contains two camera pictures of two docments
that are documents that show I have witnesses as
to the existance of the psychological pain documents
and that I claim to be the author thereof.

Item16 contains two files that are each a complete
copy of my 652 page paper on the spiritual meaning
of human sexuality per the King James Bible.
The pdf file, version 254, is the exact file that
must be posted absolutely unaltered as it was
created on Nov 12th at 11:08PM by the government
of the Netherlands,
if they accept that request.

This document listing the above items was
written by Daniel David Zuck on Dec 3rd, 2007
at about 6-8 AM.

Item14

Item 14 is a actual hotel room conditioner bottle holding some Omacor capsules for sample testing. These capsules correspond to a movie in Item13.

70

Item9
File Edit View Favorites Tools Help
Back Search Folders
Norton AntiVirus
Folders
EPSONREG
Intel
My Backup -- 29-02-08 1830
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBoughtOnApr2nd
MyCivilCase_08CV476HLSP
SecondDelivery2Judge_bestGuess
ThirdDelivery2Judge
Local Disk (D:)
ConnectionTo652pPaper
Text Document
6 KB
1 objects (Disk free space: 19.7 GB)
5.07 KB
My Computer

71

Item9
File Edit View Favorites Tools Help
Back
Search
Folders
Norton AntiVirus
Folders
Name
Size
Type
Date Modified
ConnectionTo652pPaper
6 KB
Text Document
11/15/2007 7:10 AM
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBoughtOnApr2nd
MyCivilCase_08CV476HLSP
SecondDelivery2Judge_bestGuess
ThirdDelivery2Judge
Local Disk (D:)
CD Drive (E:)
Control Panel
Shared Documents
Owner's Documents
My Network Places
Recycle Bin
1 objects (Disk free space: 19.7 GB)
5.07 KB
My Computer

72

The document with the file name

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

Was indeed written by Daniel David Zuck on Sep 19th, 2007, And the file dates in pictures in this directory show that.

Also, further evidence is that back versions from before Sep 19th, 2007, through to the latest version, version 254 dated 12Nov2007 11:08PM, of my paper entitled

"The Holy Bible's True Spiritual Meanings of Marriage as Pictured By the Details of Human Sexuality, which God Created"

include a section on my, Daniel David Zuck, born 12/14/57, life history that lead up to the false accusation that I believe is against me for which the FBI is investigating me. That section, given number 15 in version 254 of my big paper, include references to "water torture". That term I coined during my theropy sessions with Dave Ferreira to refer to what I think of as the psychological equivalent of "Chinese water torture" where by some body is subjected to repeated drops of water from which that person can not escape, continually dropping onto their forhead. By psychological equivalent of "Chinese water torture" I mean the repeated psychological insults and connections to my awareness that the FBI makes repetedly reminding me that I am being investigated day after day for the last 6.5 years. These earlier versions of my paper have file dates from before Sep 19th, 2007, and those versions include references to water torture. The first pdf version of this paper that includes references to water torture has file name

BiblicalHumanSexualityv243.pdf

And is file dated 9/18/2007 with time 2:01AM

This is before Sep 19th when I wrote my docment documenting the psychological pain that the FBI has been inflicting on me for the last 6.5 years. And in that document

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

my name is included at the beginning because I wrote it to give it to a newspaper reported. And I did give it to a newspaper inland editor of the San Diego Union Tribune on Sep 19th, 2007 at 3:00 PM, whose name, is "Jim Okerblom". And in that document

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

I say much about water torture because that reference helps make very clear why repeated insults and reminders by the FBI is a very evil form of subtle psychological torture that should never be done to any human being ever at all anywhere on earth by any government or individual upon any other individual, period. So I clearly am the author of

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

Also, I later made later versions of this document on Psychological Manipulation by the FBI where I took my name out because I wanted to use those versions of that for easy distribution to other people. But I realized that any person that I gave a copy to the FBI would remove that from that person. So I was at a great disadvantage in truly giving it out; in particular, what I was really trying to do was anger the FBI into arresting me, because per my 652 page paper

ConnectionTo652pPaper

I was, and still am, trying to force the FBI to arrest me because I want to go to prision on the terms mentioned in by 652 page paper, maybe with a few enhanced terms and improvements my lawer may help me to include.

Those later versions of this document on Psychological Manipulation by the FBI were given a file name such as PsPain.pdf and PsPain.doc. THen I made an even shorter version of this PsPain document the removed a later portion of that document that included my life history that lead up to the manipulation by the FBI. That later shorter version has file name PsPain2.pdf, and is computer file dated at 10/5/2007 2:48AM. The computer directory that this text file you are now reading includes the following computer files, including this file you are now reading given the file name "ConnectionTo652pPaper.txt" file dated 11/15/2007 at around 6 something AM; those following computer files, by name, are:

IMG_1531.jpg
IMG_1532.jpg
IMG_1533.jpg
IMG_1534.jpg
IMG_1535.jpg
IMG_1536.jpg
IMG_1537.jpg
IMG_1538.jpg
IMG_1539.jpg
IMG_1540.jpg
IMG_1541.jpg
IMG_1542.jpg
IMG_1543.jpg
IMG_1544.jpg
IMG_1545.jpg
IMG_1546.jpg
Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc
PsPain2.pdf
PsPain.pdf
PsPain2.doc.bak
PsPain.doc.bak
Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc.bak
PsPain2.doc
PsPain.doc
ConnectionTo652pPaper.txt

The jpg image files show pictures of my laptop computer screen with file dates and also a very important book my father, a retired veternarian, requested that I read, and which I did read partially, about the psychology of dog training that I also mention in my docment on psychological pain because that book gave to me a very important insight relating to fear and pleasure. THose jpg image files have computer file dates of 11/15/2007 AM.

Daniel David Zuck, born 12/14/57.

(end of document ConnectionTo652pPaper.txt)

JC

Item8
File
Edit
View
Favorites
Tools
Help
Back
Search
Folders
Norton AntiVirus
Folders
EPSONREG
Intel
My Backup -- 29-02-08 1830
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBoughtOnApr2nd
MyCivilCase_08CV476HLSP
SecondDelivery2Judge_bestGuess
ThirdDelivery2Judge
Local Disk (D:)
case 012
case 013
case 014
case 015
list
5 objects (Disk free space: 19.7 GB)
17.7 MB
My Computer

75

Item8
File Edit View Favorites Tools Help
Back Search Folders
Norton AntiVirus
Folders
EPSONREG
Intel
My Backup -- 29-02-08 1830
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBoughtOnApr2nd
MyCivilCase_08CV476HLSP
SecondDelivery2Judge_bestGuess
ThirdDelivery2Judge
Local Disk (D:)
Name
Size
Type
Date Modified
Date Picture Taken
case 012
4,674 KB
JPEG Image
10/9/2007 5:56 PM
10/9/2007 6:00 PM
case 013
4,656 KB
JPEG Image
10/9/2007 5:56 PM
10/9/2007 6:01 PM
case 014
4,423 KB
JPEG Image
10/9/2007 5:56 PM
10/9/2007 6:01 PM
case 015
4,438 KB
JPEG Image
10/9/2007 5:56 PM
10/9/2007 6:03 PM
list
1 KB
Text Document
12/3/2007 7:51 AM
5 objects (Disk free space: 19.7 GB)
17.7 MB
My Computer

76

list

```
 Volume in drive C has no label.
 Volume Serial Number is 5869-9ACD

 Directory of C:\work\BibleTracts\CaseItems\Item8

12/03/2007  06:51 AM    <DIR>          .
12/03/2007  06:51 AM    <DIR>          ..
10/09/2007  04:56 PM         4,785,775 case 012.jpg
10/09/2007  04:56 PM         4,767,723 case 013.jpg
10/09/2007  04:56 PM         4,528,526 case 014.jpg
10/09/2007  04:56 PM         4,543,787 case 015.jpg
12/03/2007  06:51 AM                 0 list.txt
               5 File(s)     18,625,811 bytes
               2 Dir(s)  31,010,758,656 bytes free
```

77

78

79

09

10

Item7
File Edit View Favorites Tools Help
Back Search Folders
Norton AntiVirus
Folders
EPSONREG
Intel
My Backup -- 29-02-08 1830
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBoughtOnApr2nd
MyCivilCase_08CV476HLSP
SecondDelivery2Judge_bestGuess
ThirdDelivery2Judge
Local Disk (D:)
case_omacor 026
case_omacor 041
case_omacor 042
case_omacor 043
IMG_1512
IMG_1513
IMG_1514
IMG_1515
IMG_1516
IMG_1517
IMG_1518
IMG_1519
list
13 objects (Disk free space: 19.7 GB)
54.8 MB
My Computer

Item7
File Edit View Favorites Tools Help
Back
Search
Folders
Norton AntiVirus
Folders
EPSONREG
Intel
My Backup -- 29-02-08 1830
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBoughtOnApr2nd
MyCivilCase_08CV476HLSP
SecondDelivery2Judge_bestGuess
ThirdDelivery2Judge
Local Disk (D:)
Name Size Type Date Modified Date Picture Taken
case_omacor 026 4,703 KB JPEG Image 10/22/2007 9:24 PM 10/20/2007 3:30 PM
case_omacor 041 4,643 KB JPEG Image 10/22/2007 9:24 PM 10/22/2007 9:32 PM
case_omacor 042 4,650 KB JPEG Image 10/22/2007 9:24 PM 10/22/2007 9:34 PM
case_omacor 043 4,649 KB JPEG Image 10/22/2007 9:24 PM 10/22/2007 9:36 PM
IMG_1512 4,622 KB JPEG Image 10/22/2007 10:03 PM 10/22/2007 10:03 PM
IMG_1513 4,630 KB JPEG Image 10/22/2007 10:07 PM 10/22/2007 10:07 PM
IMG_1514 4,669 KB JPEG Image 10/23/2007 11:53 AM 10/23/2007 11:53 AM
IMG_1515 4,754 KB JPEG Image 10/23/2007 11:53 AM 10/23/2007 11:53 AM
IMG_1516 4,656 KB JPEG Image 10/23/2007 12:26 PM 10/23/2007 12:26 PM
IMG_1517 4,705 KB JPEG Image 10/23/2007 12:28 PM 10/23/2007 12:28 PM
IMG_1518 4,737 KB JPEG Image 10/23/2007 12:29 PM 10/23/2007 12:29 PM
IMG_1519 4,735 KB JPEG Image 10/23/2007 12:30 PM 10/23/2007 12:30 PM
list 1 KB Text Document 12/3/2007 7:42 AM
13 objects (Disk free space: 19.7 GB)
54.8 MB
My Computer

83

list

```
 Volume in drive C has no label.
 Volume Serial Number is 5869-9ACD

 Directory of C:\work\BibleTracts\CaseItems\Item7

12/03/2007  06:42 AM    <DIR>          .
12/03/2007  06:42 AM    <DIR>          ..
10/22/2007  08:24 PM         4,815,362 case_omacor 026.jpg
10/22/2007  08:24 PM         4,753,714 case_omacor 041.jpg
10/22/2007  08:24 PM         4,761,089 case_omacor 042.jpg
10/22/2007  08:24 PM         4,759,587 case_omacor 043.jpg
10/22/2007  09:03 PM         4,732,377 IMG_1512.jpg
10/22/2007  09:07 PM         4,741,008 IMG_1513.jpg
10/23/2007  10:53 AM         4,780,871 IMG_1514.jpg
10/23/2007  10:53 AM         4,867,701 IMG_1515.jpg
10/23/2007  11:26 AM         4,767,444 IMG_1516.jpg
10/23/2007  11:28 AM         4,817,478 IMG_1517.jpg
10/23/2007  11:29 AM         4,849,800 IMG_1518.jpg
10/23/2007  11:30 AM         4,847,919 IMG_1519.jpg
12/03/2007  06:42 AM                 0 list.txt
              13 File(s)     57,494,350 bytes
               2 Dir(s)  31,300,784,128 bytes free
```





ZUCK DANIEL
Rx 509124
TAKE 3 CAPSULES BY MOUTH
TWICE A DAY
OMACOR CAPSULE REL
86

CVS/pharmacy #9103

ZUCK,DANIEL
1348 ALITA LANE
ESCONDIDO, CA 92027

KE 3 CAPSULES BY MOUTH
ICE A DAY

ACOR CAPSULE REL

ACEWELL MICHELLE
02-05-2007

to 15°-30°C
USP Controlled Room
Do not freeze.

Date filled: 08/25/2007
Discard after:

This is a LIGHT YELLOW, OBLONG-shaped, CAPSULE imprinted with REL900 on the front.

Store# 9103

87

CVS/pharmacy #9103 760.489

ZUCK,DANIEL

ESCONDIDO CA

ZAKOV,KAMEN N

Rx: 509124

TAKE 3 CAPSULES BY MOUTH TWICE A DAY

OMACOR CAPSULE REL

Refillable 7 times before 08 30 2007 Qty 180

BRACEWELL, MICHELLE

Date Filled 02 05 2007 Orig Date 08 30 2006

permitted to 15°-30°C

(see USP Controlled Room Temperature). Do not freeze

RPH: GEORGE YOUSEFI

Orig 08/30/06

Date filled: 08/25/2007

Discard after:

This is a LIGHT YELLOW, OBLONG-shaped CAPSULE imprinted with REL900 on the front.

CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED

Store# 9103

88

68

DANIEL ZUCK
90

CENTRE FOR HEALTH CARE
MEDICAL ASSOCIATES

**Poway Centre**

15611 Pomerado Road., Poway, CA 92064

(858) 675-3100

Calling about an **APPOINTMENT?** See back of card.

Daniel

Has An Appointment With

Dr. Zakov

Time: 4:30 Date: 1-14-08 Suite:

Monday Tuesday Wednesday Thursday Friday

If unable to keep appointment, kindly give us 24 hours notice.

91

**ZU WAITING**

10-15-2007

**PROMISED: 05:27p**
10-15-2007
# Scripts: 02

CVS #9103 Ph.760.489-1505

318 WEST EL NORTE PARKWAY
ESCONDIDO, CA
92026-0000

07 0647481 00 0004000

**ZUCK,DANIEL**
**1346 ALITA LANE, ESCONDIDO, CA 92027-0000**
Ph.760.740-0342 DOB 12-14-1967

Date 10-15-2007 DAW:0
Rx: 647481 00

**LOVAZA CAPSULE REL**
RELIANT PHARM
TAKE 2 TABLETS 2 TIMES A DAY

INS. $107.26

NDC:65726-**0425**-27 Days Supply 30 Refills 4 Qty:120 CA

**Prscbr: ZAKOV,KAMEN N**

PAY: $40.00
Caps:Y

TP: 7114 GR:PPOPLH
AUTH#07288619441802799?
PRESCRIPTION SOLUTIONS

D02079

92

93

94

CVS
DANIEL ZUCK
TAKE 2 CAPSULES
TWICE A DAY
ZUCK, DANIEL
BY MOUTH
96

Item6
File Edit View Favorites Tools Help
Back
Search
Folders
Norton AntiVirus
Folders
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBoughtOnApr2nd
MyCivilCase_08CV476HLSP
SecondDelivery2Judge_bestGuess
ThirdDelivery2Judge
Local Disk (D:)
DVD-RW Drive (E:)
Control Panel
Shared Documents
IMG_1531
IMG_1532
IMG_1533
IMG_1534
IMG_1535
IMG_1536
IMG_1537
IMG_1538
IMG_1539
IMG_1540
IMG_1541
IMG_1542
IMG_1543
IMG_1544
IMG_1545
IMG_1546
16 objects (Disk free space: 19.7 GB)
63.9 MB
My Computer
97

Item6
File Edit View Favorites Tools Help
Back Search Folders
Norton AntiVirus
Folders
WorkNew
AllCaseStuff
BackupNotebook4ThirdI
FirstDelivery2Judge_be
AuthorshipDocOfPS
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIBought
MyCivilCase_08CV476
SecondDelivery2Judge_
ThirdDelivery2Judge
Local Disk (D:)
DVD-RW Drive (E:)
Control Panel
Shared Documents
Owner's Documents
My Network Places
Recycle Bin
Name
Size
Type
Date Modified
Date Picture Taken
Dimensions
IMG_1531 3,927 KB JPEG Image 11/15/2007 7:03 AM 11/15/2007 6:03 AM 3072 x 2304
IMG_1532 4,085 KB JPEG Image 11/15/2007 7:06 AM 11/15/2007 6:06 AM 3072 x 2304
IMG_1533 4,047 KB JPEG Image 11/15/2007 7:06 AM 11/15/2007 6:06 AM 3072 x 2304
IMG_1534 3,852 KB JPEG Image 11/15/2007 7:06 AM 11/15/2007 6:06 AM 3072 x 2304
IMG_1535 3,845 KB JPEG Image 11/15/2007 7:06 AM 11/15/2007 6:06 AM 3072 x 2304
IMG_1536 5,246 KB JPEG Image 11/15/2007 7:07 AM 11/15/2007 6:07 AM 3072 x 2304
IMG_1537 4,265 KB JPEG Image 11/15/2007 7:13 AM 11/15/2007 6:13 AM 3072 x 2304
IMG_1538 4,090 KB JPEG Image 11/15/2007 7:14 AM 11/15/2007 6:14 AM 3072 x 2304
IMG_1539 3,736 KB JPEG Image 11/15/2007 7:15 AM 11/15/2007 6:15 AM 3072 x 2304
IMG_1540 4,208 KB JPEG Image 11/15/2007 7:15 AM 11/15/2007 6:15 AM 3072 x 2304
IMG_1541 3,739 KB JPEG Image 11/15/2007 7:15 AM 11/15/2007 6:15 AM 3072 x 2304
IMG_1542 4,010 KB JPEG Image 11/15/2007 7:16 AM 11/15/2007 6:16 AM 3072 x 2304
IMG_1543 3,914 KB JPEG Image 11/15/2007 7:16 AM 11/15/2007 6:16 AM 3072 x 2304
IMG_1544 4,003 KB JPEG Image 11/15/2007 7:17 AM 11/15/2007 6:17 AM 3072 x 2304
IMG_1545 4,086 KB JPEG Image 11/15/2007 7:17 AM 11/15/2007 6:17 AM 3072 x 2304
IMG_1546 4,434 KB JPEG Image 11/15/2007 7:18 AM 11/15/2007 6:18 AM 3072 x 2304
16 objects (Disk free space: 19.7 GB)
63.9 MB
My Computer
98

99

100



101

102

103

| Name | Size | Type | Date Modified |
|---|---|---|---|
| | 3,635 KB | Wordpad Document | 9/16/2007 7:11 PM |
| | 3,679 KB | Wordpad Document | 9/17/2007 12:37 PM |
| | 3,705 KB | Wordpad Document | 9/18/2007 1:51 AM |
| | 3,707 KB | Wordpad Document | 9/18/2007 11:26 AM |
| | 3,710 KB | Wordpad Document | 9/18/2007 4:34 PM |
| | 3,712 KB | Wordpad Document | 9/22/2007 11:51 AM |
| | 3,718 KB | Wordpad Document | 9/23/2007 1:21 PM |
| | 3,718 KB | Wordpad Document | 9/23/2007 1:25 PM |
| | 3,761 KB | Wordpad Document | 10/6/2007 11:26 PM |
| | 3,765 KB | Wordpad Document | 10/13/2007 10:29 AM |
| | 3,766 KB | Wordpad Document | 10/14/2007 2:26 PM |
| | 3,803 KB | Wordpad Document | 10/28/2007 5:08 PM |
| | 9,316 KB | Wordpad Document | 11/12/2007 3:59 AM |
| | 9,327 KB | Wordpad Document | 11/12/2007 10:51 PM |
| | 34 KB | Wordpad Document | 10/6/2007 9:37 PM |
| | 18 KB | Wordpad Document | 8/12/1991 10:12 AM |
| | 40 KB | Wordpad Document | 10/5/2007 2:33 AM |
| | 92 KB | Wordpad Document | 10/5/2007 1:23 AM |
| chological Pain Thereof.doc | 92 KB | Wordpad Document | 9/19/2007 9:52 AM |
| | 5,549 KB | Wordpad Document | 11/12/2007 2:16 AM |
| | 5,549 KB | Wordpad Document | 11/12/2007 3:29 AM |

403 MB My Computer

4:50 A

104

105

BibleTracts

File Edit View Favorites Tools Help

Back Search Folders

Name Size Type Date

Wordpad Document

Wordpad Document

Wordpad Document

Wordpad Document

901

The LOVED DOG

# The LOVED DOG

THE PLAYFUL NONAGGRESSIVE WAY TO TEACH YOUR DOG GOOD BEHAVIOR

TAMAR GELLER

WITH ANDREA CAGAN

SSE

SIMON SPOTLIGHT ENTERTAINMENT

New York London Toronto Sydney

108



The
LOVED DOG
HE PLAYFUL NONAGGRESSIVE WAY TO
TEACH YOUR DOG GOOD BEHAVIOR
TAMAR GELLER
WITH ANDREA CAGAN
SSE
SIMON SPOTLIGHT ENTERTAINMENT

109



BibleTracts
File Edit View Favorites Tools Help
Back Search Folders
Folders
Size Type
Wordpad Document
SSE
SIMON SPOTLIGHT ENTERTAINMENT
An imprint of Simon & Schuster
1230 Avenue of the Americas,
New York, New York 10020
Copyright © 2007 by Tamar Geller
All rights reserved, including the right of reproduction in whole or
in part in any form
SIMON SPOTLIGHT ENTERTAINMENT and related logo are
of Simon & Schuster, Inc.
Designed by Margaret Gallagher
Manufactured in the United States of America
Library of Congress Cataloging in Publication Data
110



BibleTracts
File Edit View Favorites Tools Help
Back Search Folders
Folders
Size Type
Contents
xvii
xxi
Stranger in a Strange Land 1
A Living Dream 3
13
From Abuse to Advocacy 21
31
Pain and Pleasure 37
The Seven Basic Needs 45
61
A Common Language 63

BibleTracts

File Edit View Favorites Tools Help

Back · Search Folders

Folders × Name Size Type

Using Treats 79

Socialization 91

The Power of Sit 111

Jumping 123

The Best Wolf Game 131

The Power of Toys 143

Come 153

Backing Off 159

Chilling Down 167

The Secret of Stay 175

Housebreaking 185

Walking 197

Barking 205

Celebrate! 213

Puppy Mills 219

112


BibleTracts
File Edit View Favorites Tools Help
Back Search Folders
Folders Name Size Type

## FOREWORD

When Tamar Geller asked me to write the foreword for this book, she did not need to reward me with a treat or some verbal affirmation as an inducement. I've come to know Tamar as an inspired teacher and life coach for dogs and their people, and I have seen firsthand the extraordinary results of her work. And more than that, the beliefs that underlie her work, and her life, are perfectly aligned with the the mission of The Humane Society of the United States—and it's a pleasure, on personal and professional levels, to be associated with this work.

Respect for all beings, kindness not violence, an understanding of the intrinsic value of animals, appreciating a dog's dog-ness, building bonds between people and dogs that will last a lifetime—that's what keeps dogs with their families, and out of our nation's shelters for homeless animals, for a lifetime.

That's also what makes this book so much more than a dog-training manual. To be sure, you'll find a trove of practical information and tips inside. But Tamar won't tell you how to teach your dog to sit so much as teach *you* how to inspire your dog to *want* to sit. Like

XVII

113

Item5
File Edit View Favorites Tools Help
Back
Search
Folders
Norton AntiViru
Folders
Name
Size
Type
Date Modified
FileList
54,214 KB
RTF File
12/1/2007 11:22
EPSONREG
Intel
My Backup -- 29-02-08 1830
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4ThirdDelivery
FirstDelivery2Judge_bestGuess
AuthorshipDocOfPSPain
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
1 objects (Disk free space: 19.7 GB)
52.9 MB
My Computer

115

BibleTracts

File Edit View Favorites Tools Help

Back · Search · Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDiskImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - AuthorshipDocOfPSPain
    - case
    - CDimage
  - envelopes
  - futures
  - MessAround
  - Pictures
  - test
  - Tract833_laptop
  - WhenWickedFourish
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents

| Name | Size | Type | Date Modified |
| --- | --- | --- | --- |
| AuthorshipDocOfPSPain | | File Folder | 11/15/2007 6:1[illegible] A |
| case | | File Folder | 11/28/2007 1:2[illegible] A |
| CDimage | | File Folder | 11/12/2007 10:5[illegible] |
| BiblicalHumanSexualityv243.pdf | 8,437 KB | Adobe Acrobat 7.0 Document | 9/18/2007 2:01 AM |
| BiblicalHumanSexualityv245.pdf | 8,442 KB | Adobe Acrobat 7.0 Document | 9/19/2007 12:07 PM |
| BiblicalHumanSexualityv246.pdf | 8,442 KB | Adobe Acrobat 7.0 Document | 9/22/2007 11:5[illegible] A |
| BiblicalHumanSexualityv247.pdf | 8,457 KB | Adobe Acrobat 7.0 Document | 9/23/2007 8:56 AM |
| BiblicalHumanSexualityv248.pdf | 8,464 KB | Adobe Acrobat 7.0 Document | 9/23/2007 1:30 PM |
| BiblicalHumanSexualityv249.pdf | 8,585 KB | Adobe Acrobat 7.0 Document | 10/6/2007 11:3[illegible] P |
| BiblicalHumanSexualityv250.pdf | 8,590 KB | Adobe Acrobat 7.0 Document | 10/13/2007 10:3[illegible] |
| BiblicalHumanSexualityv251.pdf | 8,622 KB | Adobe Acrobat 7.0 Document | 10/14/2007 2:3[illegible] P |
| BiblicalHumanSexualityv253.pdf | 16,521 KB | Adobe Acrobat 7.0 Document | 11/12/2007 4:07 A |
| BiblicalHumanSexualityv254.pdf | 16,840 KB | Adobe Acrobat 7.0 Document | 11/12/2007 10:57 |
| PsPain2.pdf | 175 KB | Adobe Acrobat 7.0 Document | 10/5/2007 2:48 AM |
| PsPain.pdf | 407 KB | Adobe Acrobat 7.0 Document | 9/19/2007 12:1[illegible] P |
| evolve4.exe | 91 KB | Application | 7/28/2007 10:0[illegible] A |
| BiblicalHumanSexualityv236.doc.bak | 2,740 KB | BAK File | 9/14/2007 4:07 PM |
| BiblicalHumanSexualityv237.doc.bak | 3,486 KB | BAK File | 9/15/2007 11:2[illegible] A |
| BiblicalHumanSexualityv238.doc.bak | 3,503 KB | BAK File | 9/15/2007 3:13 PM |
| BiblicalHumanSexualityv239.doc.bak | 3,524 KB | BAK File | 9/16/2007 8:43 AM |
| BiblicalHumanSexualityv240.doc.bak | 3,598 KB | BAK File | 9/16/2007 10:54 A |
| BiblicalHumanSexualityv241.doc.bak | 3,635 KB | BAK File | 9/16/2007 7:11 PM |
| BiblicalHumanSexualityv242.doc.bak | 3,679 KB | BAK File | 9/17/2007 12:2[illegible] P |
| BiblicalHumanSexualityv243.doc.bak | 3,705 KB | BAK File | 9/18/2007 1:51 AM |
| BiblicalHumanSexualityv244.doc.bak | 3,706 KB | BAK File | 9/18/2007 11:26 A |
| BiblicalHumanSexualityv245.doc.bak | 3,710 KB | BAK File | 9/18/2007 4:34 PM |
| BiblicalHumanSexualityv246.doc.bak | 3,712 KB | BAK File | 9/22/2007 11:5[illegible] A |
| BiblicalHumanSexualityv247.doc.bak | 3,718 KB | BAK File | 9/23/2007 1:21 PM |
| BiblicalHumanSexualityv248.doc.bak | 3,718 KB | BAK File | 9/23/2007 1:25 PM |
| BiblicalHumanSexualityv249.doc.bak | 3,761 KB | BAK File | 10/6/2007 11:26 P |
| BiblicalHumanSexualityv250.doc.bak | 3,765 KB | BAK File | 10/13/2007 10:29 |
| BiblicalHumanSexualityv251.doc.bak | 3,765 KB | BAK File | 10/14/2007 2:25 P |
| BiblicalHumanSexualityv252.doc.bak | 3,803 KB | BAK File | 10/28/2007 5:08 P |

116

BibleTracts

File Edit View Favorites Tools Help

Back Search Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDiskImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - AuthorshipDocOfPSPain
    - case
    - CDimage
  - envelopes
  - futures
  - MessAround
  - Pictures
  - test
  - Tract833_laptop
  - WhenWickedFourish
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BiblicalHumanSexualityv254.doc.bak | 9,327 KB | BAK File | 11/12/2007 10:51 |
| Further Thoughts on Numbers.doc.bak | 35 KB | BAK File | 10/6/2007 9:37 PM |
| PsPain2 whatever.doc.bak | 39 KB | BAK File | 11/23/2007 1:20 A |
| PsPain2.doc.bak | 40 KB | BAK File | 10/5/2007 2:33 AM |
| PsPain.doc.bak | 92 KB | BAK File | 10/5/2007 1:23 AM |
| Psychological Manipulation of Suspects by FBI and the ... | 92 KB | BAK File | 11/28/2007 1:23 A |
| Psychological Manipulation of Suspects by FBI and the ... | 92 KB | BAK File | 9/19/2007 9:52 AM |
| text for yet further numbers to Dec 31.doc.bak | 5,549 KB | BAK File | 11/12/2007 3:28 A |
| evolve2.c | 4 KB | C File | 7/23/2007 4:44 AM |
| evolve3.c | 5 KB | C File | 7/26/2007 3:06 AM |
| evolve4.c | 7 KB | C File | 7/28/2007 10:05 A |
| Re How many atoms make up the universe.htm | 8 KB | HTML Document | 7/21/2007 3:05 PM |
| Mt28GreekPic.jpg | 4,770 KB | JPEG Image | 11/9/2007 5:45 AM |
| Mt28GreekPicCropped.jpg | 2,609 KB | JPEG Image | 11/9/2007 4:41 AM |
| BiblicalHumanSexualityv23.mht | 334 KB | MHTML Document | 5/20/2007 11:16 P |
| doit.bat | 1 KB | MS-DOS Batch File | 11/12/2007 5:02 A |
| get.bat | 1 KB | MS-DOS Batch File | 9/12/2007 3:52 AM |
| save.bat | 1 KB | MS-DOS Batch File | 9/16/2007 10:55 A |
| BibleBookList.rtf | 2 KB | Rich Text Document | 5/25/2007 11:16 P |
| BiblicalHumanSexualityv3.rtf | 175 KB | Rich Text Document | 5/8/2007 9:00 PM |
| BiblicalHumanSexualityv4.rtf | 198 KB | Rich Text Document | 5/9/2007 11:31 PM |
| BiblicalHumanSexualityv5.rtf | 200 KB | Rich Text Document | 5/10/2007 1:23 AM |
| BiblicalHumanSexualityv6.rtf | 201 KB | Rich Text Document | 5/10/2007 1:53 AM |
| BiblicalHumanSexualityv7.rtf | 201 KB | Rich Text Document | 5/10/2007 2:34 AM |
| BiblicalHumanSexualityv8.rtf | 204 KB | Rich Text Document | 5/10/2007 3:46 AM |
| BiblicalHumanSexualityv9.rtf | 206 KB | Rich Text Document | 5/11/2007 6:29 AM |
| BiblicalHumanSexualityv10.rtf | 210 KB | Rich Text Document | 5/11/2007 8:58 PM |
| BiblicalHumanSexualityv11.rtf | 215 KB | Rich Text Document | 5/12/2007 1:41 AM |
| BiblicalHumanSexualityv12.rtf | 219 KB | Rich Text Document | 5/12/2007 7:12 PM |
| BiblicalHumanSexualityv13.rtf | 221 KB | Rich Text Document | 5/12/2007 7:50 PM |
| BiblicalHumanSexualityv14.rtf | 226 KB | Rich Text Document | 5/13/2007 7:58 AM |
| SpeakingInTheEndTime.rtf | 1 KB | Rich Text Document | 6/17/2007 7:58 PM |
| ToDad.rtf | 4 KB | Rich Text Document | 6/3/2007 9:20 AM |

117

BibleTracts

File Edit View Favorites Tools Help

Back · Search · Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDiskImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - AuthorshipDocOfPSPain
    - case
    - CDimage
  - envelopes
  - futures
  - MessAround
  - Pictures
  - test
  - Tract883_laptop
  - WhenWickedFlourish
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BibleBookList.txt | 1 KB | Text Document | 5/25/2007 11:16 PM |
| BibleBookListSorted.txt | 1 KB | Text Document | 5/25/2007 11:23 PM |
| BibleBookListSortedCol.txt | 2 KB | Text Document | 5/26/2007 5:15 AM |
| PsPain2.txt | 34 KB | Text Document | 10/5/2007 3:21 AM |
| ApostateTract5.doc | 51 KB | Wordpad Document | 5/31/1998 8:26 PM |
| BiblicalHumanSexuality.doc | 46 KB | Wordpad Document | 5/6/2007 7:28 PM |
| BiblicalHumanSexualityv2.doc | 117 KB | Wordpad Document | 5/7/2007 10:17 PM |
| BiblicalHumanSexualityv15.doc | 149 KB | Wordpad Document | 5/13/2007 10:37 AM |
| BiblicalHumanSexualityv16.doc | 187 KB | Wordpad Document | 5/13/2007 8:10 PM |
| BiblicalHumanSexualityv17.doc | 177 KB | Wordpad Document | 5/13/2007 8:15 PM |
| BiblicalHumanSexualityv18.doc | 210 KB | Wordpad Document | 5/15/2007 9:49 PM |
| BiblicalHumanSexualityv19.doc | 218 KB | Wordpad Document | 5/16/2007 5:33 AM |
| BiblicalHumanSexualityv20.doc | 229 KB | Wordpad Document | 5/18/2007 6:01 AM |
| BiblicalHumanSexualityv21.doc | 239 KB | Wordpad Document | 5/19/2007 10:0[illegible] AM |
| BiblicalHumanSexualityv22.doc | 263 KB | Wordpad Document | 5/20/2007 10:5[illegible] AM |
| BiblicalHumanSexualityv23.doc | 295 KB | Wordpad Document | 5/20/2007 8:13 PM |
| BiblicalHumanSexualityv24.doc | 316 KB | Wordpad Document | 5/21/2007 11:2[illegible] PM |
| BiblicalHumanSexualityv25.doc | 310 KB | Wordpad Document | 5/23/2007 4:35 AM |
| BiblicalHumanSexualityv151.doc | 1,223 KB | Wordpad Document | 7/10/2007 4:26 AM |
| BiblicalHumanSexualityv152.doc | 1,246 KB | Wordpad Document | 7/12/2007 8:13 PM |
| BiblicalHumanSexualityv153.doc | 1,260 KB | Wordpad Document | 7/14/2007 9:50 AM |
| BiblicalHumanSexualityv154.doc | 1,236 KB | Wordpad Document | 7/15/2007 8:04 PM |
| BiblicalHumanSexualityv155.doc | 1,237 KB | Wordpad Document | 7/16/2007 4:53 AM |
| BiblicalHumanSexualityv156.doc | 1,296 KB | Wordpad Document | 7/19/2007 4:36 AM |
| BiblicalHumanSexualityv157.doc | 1,301 KB | Wordpad Document | 7/20/2007 4:53 AM |
| BiblicalHumanSexualityv158.doc | 1,322 KB | Wordpad Document | 7/21/2007 12:36 PM |
| BiblicalHumanSexualityv159.doc | 1,324 KB | Wordpad Document | 7/22/2007 10:27 AM |
| BiblicalHumanSexualityv160.doc | 1,346 KB | Wordpad Document | 7/23/2007 5:52 AM |
| BiblicalHumanSexualityv161.doc | 1,362 KB | Wordpad Document | 7/29/2007 11:40 AM |
| BiblicalHumanSexualityv162.doc | 1,368 KB | Wordpad Document | 7/29/2007 4:10 PM |
| BiblicalHumanSexualityv163.doc | 1,376 KB | Wordpad Document | 7/29/2007 8:41 PM |
| BiblicalHumanSexualityv164.doc | 1,384 KB | Wordpad Document | 7/30/2007 5:42 AM |
| BiblicalHumanSexualityv165.doc | 1,415 KB | Wordpad Document | 7/31/2007 4:36 AM |

118

BibleTracts

File Edit View Favorites Tools Help

Back Search Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDiskImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - AuthorshipDocOfPSPain
    - case
    - CDimage
  - envelopes
  - futures
  - MessAround
  - Pictures
  - test
  - Tract883_laptop
  - WhenWickedFlourish
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BiblicalHumanSexualityv167.doc | 1,469 KB | Wordpad Document | 8/3/2007 4:56 AM |
| BiblicalHumanSexualityv200.doc | 1,525 KB | Wordpad Document | 8/4/2007 10:55 AM |
| BiblicalHumanSexualityv201.doc | 1,537 KB | Wordpad Document | 8/5/2007 9:51 AM |
| BiblicalHumanSexualityv202.doc | 1,625 KB | Wordpad Document | 8/5/2007 8:40 PM |
| BiblicalHumanSexualityv203.doc | 1,649 KB | Wordpad Document | 8/6/2007 5:55 AM |
| BiblicalHumanSexualityv204.doc | 1,683 KB | Wordpad Document | 8/8/2007 5:36 AM |
| BiblicalHumanSexualityv205.doc | 1,715 KB | Wordpad Document | 8/10/2007 6:48 AM |
| BiblicalHumanSexualityv206.doc | 1,900 KB | Wordpad Document | 8/11/2007 2:39 PM |
| BiblicalHumanSexualityv207.doc | 2,026 KB | Wordpad Document | 8/12/2007 9:03 AM |
| BiblicalHumanSexualityv208.doc | 2,026 KB | Wordpad Document | 8/12/2007 9:21 AM |
| BiblicalHumanSexualityv209.doc | 2,074 KB | Wordpad Document | 8/12/2007 5:59 PM |
| BiblicalHumanSexualityv210.doc | 2,144 KB | Wordpad Document | 8/13/2007 6:14 AM |
| BiblicalHumanSexualityv211.doc | 2,168 KB | Wordpad Document | 8/14/2007 4:33 AM |
| BiblicalHumanSexualityv212.doc | 2,274 KB | Wordpad Document | 8/14/2007 10:25 PM |
| BiblicalHumanSexualityv213.doc | 2,356 KB | Wordpad Document | 8/15/2007 11:06 PM |
| BiblicalHumanSexualityv214.doc | 2,492 KB | Wordpad Document | 8/19/2007 9:13 AM |
| BiblicalHumanSexualityv215.doc | 2,513 KB | Wordpad Document | 8/20/2007 9:39 PM |
| BiblicalHumanSexualityv216.doc | 2,589 KB | Wordpad Document | 8/24/2007 7:30 AM |
| BiblicalHumanSexualityv217.doc | 2,697 KB | Wordpad Document | 8/26/2007 9:59 AM |
| BiblicalHumanSexualityv218.doc | 2,816 KB | Wordpad Document | 8/28/2007 4:39 AM |
| BiblicalHumanSexualityv219.doc | 2,826 KB | Wordpad Document | 8/29/2007 6:50 AM |
| BiblicalHumanSexualityv220.doc | 2,952 KB | Wordpad Document | 9/1/2007 12:36 PM |
| BiblicalHumanSexualityv221.doc | 3,041 KB | Wordpad Document | 9/2/2007 8:59 PM |
| BiblicalHumanSexualityv222.doc | 3,121 KB | Wordpad Document | 9/3/2007 3:20 PM |
| BiblicalHumanSexualityv223.doc | 3,170 KB | Wordpad Document | 9/3/2007 8:21 PM |
| BiblicalHumanSexualityv224.doc | 3,179 KB | Wordpad Document | 9/4/2007 10:43 PM |
| BiblicalHumanSexualityv225.doc | 3,212 KB | Wordpad Document | 9/5/2007 6:53 AM |
| BiblicalHumanSexualityv226.doc | 3,250 KB | Wordpad Document | 9/6/2007 6:07 AM |
| BiblicalHumanSexualityv227.doc | 3,386 KB | Wordpad Document | 9/8/2007 8:31 AM |
| BiblicalHumanSexualityv228.doc | 3,448 KB | Wordpad Document | 9/8/2007 2:04 PM |
| BiblicalHumanSexualityv229.doc | 3,493 KB | Wordpad Document | 9/9/2007 9:49 PM |
| BiblicalHumanSexualityv230.doc | 3,549 KB | Wordpad Document | 9/10/2007 12:45 PM |
| BiblicalHumanSexualityv231.doc | 3,569 KB | Wordpad Document | 9/10/2007 9:21 PM |

119

BibleTracts

File Edit View Favorites Tools Help

Back Search Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDisk
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - Author
    - case
    - CDimag
  - envelopes
  - futures
  - MessAroun
  - Pictures
  - test
  - Tract883_k
  - WhenWicke
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents

| Name | Size | Type | Date Modif |
|---|---|---|---|
| BiblicalHumanSexualityv229.doc | 3,493 KB | Wordpad Document | 9/9/2007 9: |
| BiblicalHumanSexualityv230.doc | 3,549 KB | Wordpad Document | 9/10/2007 |
| BiblicalHumanSexualityv231.doc | 3,569 KB | Wordpad Document | 9/10/2007 |
| BiblicalHumanSexualityv232.doc | 3,660 KB | Wordpad Document | 9/11/2007 |
| BiblicalHumanSexualityv233.doc | 3,726 KB | Wordpad Document | 9/12/2007 |
| BiblicalHumanSexualityv234.doc | 3,734 KB | Wordpad Document | 9/12/2007 |
| BiblicalHumanSexualityv235.doc | 3,391 KB | Wordpad Document | 9/13/2007 |
| BiblicalHumanSexualityv236.doc | 2,749 KB | Wordpad Document | 9/14/2007 |
| BiblicalHumanSexualityv237.doc | 3,486 KB | Wordpad Document | 9/15/2007 |
| BiblicalHumanSexualityv238.doc | 3,503 KB | Wordpad Document | 9/15/2007 |
| BiblicalHumanSexualityv239.doc | 3,525 KB | Wordpad Document | 9/16/2007 |
| BiblicalHumanSexualityv240.doc | 3,598 KB | Wordpad Document | 9/16/2007 |
| BiblicalHumanSexualityv241.doc | 3,635 KB | Wordpad Document | 9/16/2007 |
| BiblicalHumanSexualityv242.doc | 3,679 KB | Wordpad Document | 9/17/2007 |
| BiblicalHumanSexualityv243.doc | 3,705 KB | Wordpad Document | 9/18/2007 |
| BiblicalHumanSexualityv244.doc | 3,707 KB | Wordpad Document | 9/18/2007 |
| BiblicalHumanSexualityv245.doc | 3,710 KB | Wordpad Document | 9/18/2007 |
| BiblicalHumanSexualityv246.doc | 3,712 KB | Wordpad Document | 9/22/2007 |
| BiblicalHumanSexualityv247.doc | 3,713 KB | Wordpad Document | 9/23/2007 |
| BiblicalHumanSexualityv248.doc | 3,713 KB | Wordpad Document | 9/23/2007 |
| BiblicalHumanSexualityv249.doc | 3,761 KB | Wordpad Document | 10/6/2007 |
| BiblicalHumanSexualityv250.doc | 3,765 KB | Wordpad Document | 10/13/2007 |
| BiblicalHumanSexualityv251.doc | 3,766 KB | Wordpad Document | 10/14/2007 |
| BiblicalHumanSexualityv252.doc | 3,803 KB | Wordpad Document | 10/28/2007 |
| BiblicalHumanSexualityv253.doc | 9,316 KB | Wordpad Document | 11/12/2007 |
| BiblicalHumanSexualityv254.doc | 9,327 KB | Wordpad Document | 11/12/2007 |
| Further Thoughts on Numbers.doc | 34 KB | Wordpad Document | 10/6/2007 |
| LOVE1WP.DOC | 18 KB | Wordpad Document | 8/12/1991 |
| PsPain2 whatever.doc | 39 KB | Wordpad Document | 11/28/2007 |
| PsPain2.doc | 40 KB | Wordpad Document | 10/5/2007 |
| PsPain.doc | 92 KB | Wordpad Document | 10/5/2007 |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain There... | 92 KB | Wordpad Document | 11/28/2007 |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain There... | 92 KB | Wordpad Document | 9/19/2007 |

120

BibleTracts

File Edit View Favorites Tools Help

Back Search Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDisk
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - Authon
    - case
    - CDimag
  - envelopes
  - futures
  - MessAroun
  - Pictures
  - test
  - Tract883_l
  - WhenWicke
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents

| Name | Size | Type |
|---|---|---|
| BiblicalHumanSexualityv230.doc | 3,549 KB | Wordpad Document |
| BiblicalHumanSexualityv231.doc | 3,569 KB | Wordpad Document |
| BiblicalHumanSexualityv232.doc | 3,660 KB | Wordpad Document |
| BiblicalHumanSexualityv233.doc | 3,726 KB | Wordpad Document |
| BiblicalHumanSexualityv234.doc | 3,734 KB | Wordpad Document |
| BiblicalHumanSexualityv235.doc | 3,891 KB | Wordpad Document |
| BiblicalHumanSexualityv236.doc | 2,740 KB | Wordpad Document |
| BiblicalHumanSexualityv237.doc | 3,436 KB | Wordpad Document |
| BiblicalHumanSexualityv238.doc | 3,503 KB | Wordpad Document |
| BiblicalHumanSexualityv239.doc | 3,525 KB | Wordpad Document |
| BiblicalHumanSexualityv240.doc | 3,538 KB | Wordpad Document |
| BiblicalHumanSexualityv241.doc | 3,635 KB | Wordpad Document |
| BiblicalHumanSexualityv242.doc | 3,679 KB | Wordpad Document |
| BiblicalHumanSexualityv243.doc | 3,705 KB | Wordpad Document |
| BiblicalHumanSexualityv244.doc | 3,707 KB | Wordpad Document |
| BiblicalHumanSexualityv245.doc | 3,710 KB | Wordpad Document |
| BiblicalHumanSexualityv246.doc | 3,712 KB | Wordpad Document |
| BiblicalHumanSexualityv247.doc | 3,718 KB | Wordpad Document |
| BiblicalHumanSexualityv248.doc | 3,718 KB | Wordpad Document |
| BiblicalHumanSexualityv249.doc | 3,761 KB | Wordpad Document |
| BiblicalHumanSexualityv250.doc | 3,765 KB | Wordpad Document |
| BiblicalHumanSexualityv251.doc | 3,766 KB | Wordpad Document |
| BiblicalHumanSexualityv252.doc | 3,803 KB | Wordpad Document |
| BiblicalHumanSexualityv253.doc | 9,316 KB | Wordpad Document |
| BiblicalHumanSexualityv254.doc | 9,327 KB | Wordpad Document |
| Further Thoughts on Numbers.doc | 34 KB | Wordpad Document |
| LOVE1WP.DOC | 18 KB | Wordpad Document |
| PsPain2 whatever.doc | 39 KB | Wordpad Document |
| PsPain2.doc | 40 KB | Wordpad Document |
| PsPain.doc | 92 KB | Wordpad Document |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof whatever.doc | 92 KB | Wordpad Document |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc | 92 KB | Wordpad Document |
| text for yet further numbers to Dec 31 bkup.doc | 5,549 KB | Wordpad Document |

121

AuthorshipDocOfPSPain
File Edit View Favorites Tools Help
Back Search Folders
Folders
GnuPaint
GopherTool
Intel
java
junk
My Music
OnlineBibleDisk
Program Files
RECYCLER
ScriptureSongs
SoundSoftware
System Volume
TEMP
TitanMoon
trebuchet
WINDOWS
work
Audio Bible
BibleTracts
Author
case
CDimag
envelopes
futures
MessAroun
Pictures
test
Tract883_k
WhenWicke
Local Disk (D:)
DVD-RW Drive (E:)
Control Panel
Shared Documents
ConnectionTo652bPaper.txt
IMG_1531.jpg
IMG_1532.jpg
IMG_1533.jpg
IMG_1534.jpg
IMG_1535.jpg
IMG_1536.jpg
IMG_1537.jpg
IMG_1538.jpg
IMG_1539.jpg
IMG_1540.jpg
IMG_1541.jpg
IMG_1542.jpg
IMG_1543.jpg
IMG_1544.jpg
IMG_1545.jpg
IMG_1546.jpg
PsPain2.doc
PsPain2.doc.bak
PsPain2.pdf
PsPain.doc
PsPain.doc.bak
PsPain.pdf
Psychological Manipulation of Suspe...

122

AuthorshipDocOfPSPain

File Edit View Favorites Tools Help

Back Search Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDisk
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - Authon
    - case
    - CDimag
  - envelopes
  - futures
  - MessAroun
  - Pictures
  - test
  - Tract883_l
  - WhenWicke
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents

| Name | Size | Type | Date Modified | Date Picture Taken | Dimensions |
|---|---|---|---|---|---|
| ConnectionTo652pPaper.txt | 6 KB | Text Document | 11/15/2007 6:10 AM | | |
| IMG_1531.jpg | 3,927 KB | JPEG Image | 11/15/2007 6:03 AM | 11/15/2007 6:03 AM | 3072 x 2304 |
| IMG_1532.jpg | 4,035 KB | JPEG Image | 11/15/2007 6:06 AM | 11/15/2007 6:06 AM | 3072 x 2304 |
| IMG_1533.jpg | 4,047 KB | JPEG Image | 11/15/2007 6:06 AM | 11/15/2007 6:06 AM | 3072 x 2304 |
| IMG_1534.jpg | 3,852 KB | JPEG Image | 11/15/2007 6:06 AM | 11/15/2007 6:06 AM | 3072 x 2304 |
| IMG_1535.jpg | 3,849 KB | JPEG Image | 11/15/2007 6:06 AM | 11/15/2007 6:06 AM | 3072 x 2304 |
| IMG_1536.jpg | 5,246 KB | JPEG Image | 11/15/2007 6:07 AM | 11/15/2007 6:07 AM | 3072 x 2304 |
| IMG_1537.jpg | 4,265 KB | JPEG Image | 11/15/2007 6:13 AM | 11/15/2007 6:13 AM | 3072 x 2304 |
| IMG_1538.jpg | 4,090 KB | JPEG Image | 11/15/2007 6:14 AM | 11/15/2007 6:14 AM | 3072 x 2304 |
| IMG_1539.jpg | 3,736 KB | JPEG Image | 11/15/2007 6:15 AM | 11/15/2007 6:15 AM | 3072 x 2304 |
| IMG_1540.jpg | 4,203 KB | JPEG Image | 11/15/2007 6:15 AM | 11/15/2007 6:15 AM | 3072 x 2304 |
| IMG_1541.jpg | 3,739 KB | JPEG Image | 11/15/2007 6:15 AM | 11/15/2007 6:15 AM | 3072 x 2304 |
| IMG_1542.jpg | 4,010 KB | JPEG Image | 11/15/2007 6:16 AM | 11/15/2007 6:16 AM | 3072 x 2304 |
| IMG_1543.jpg | 3,914 KB | JPEG Image | 11/15/2007 6:16 AM | 11/15/2007 6:16 AM | 3072 x 2304 |
| IMG_1544.jpg | 4,003 KB | JPEG Image | 11/15/2007 6:17 AM | 11/15/2007 6:17 AM | 3072 x 2304 |
| IMG_1545.jpg | 4,086 KB | JPEG Image | 11/15/2007 6:17 AM | 11/15/2007 6:17 AM | 3072 x 2304 |
| IMG_1546.jpg | 4,434 KB | JPEG Image | 11/15/2007 6:18 AM | 11/15/2007 6:18 AM | 3072 x 2304 |
| PsPain2.doc | 40 KB | Wordpad Document | 10/5/2007 2:33 AM | | |
| PsPain2.doc.bak | 40 KB | BAK File | 10/5/2007 2:33 AM | | |
| PsPain2.pdf | 175 KB | Adobe Acrobat 7.0 ... | 10/5/2007 2:48 AM | | |
| PsPain.doc | 92 KB | Wordpad Document | 10/5/2007 1:23 AM | | |
| PsPain.doc.bak | 92 KB | BAK File | 10/5/2007 1:23 AM | | |
| PsPain.pdf | 407 KB | Adobe Acrobat 7.0 ... | 9/19/2007 12:10 PM | | |
| Psychological Manipulation of ... | 92 KB | Wordpad Document | 9/19/2007 9:52 AM | | |
| Psychological Manipulation of ... | 92 KB | BAK File | 9/19/2007 9:52 AM | | |
| Thumbs.db | 51 KB | Data Base File | 11/15/2007 6:11 AM | | |

123

case

File Edit View Favorites Tools Help

Back · Search · Folders

Folders

- GnuPaint
- GopherTool
- Intel
- java
- junk
- My Music
- OnlineBibleDisk
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - Author
    - case
    - CDimag
  - envelopes
  - futures
  - MessAroun
  - Pictures
  - test
  - Tract833_k
  - WhenWicke
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BiblicalHumanSexualityv254.doc | 9,327 KB | Wordpad Document | 11/12/2007 10:51 PM |
| BiblicalHumanSexualityv254.pdf | 16,840 KB | Adobe Acrobat 7.0 ... | 11/12/2007 10:57 PM |
| case 012.jpg | 4,674 KB | JPEG Image | 10/9/2007 4:56 PM |
| case 013.jpg | 4,656 KB | JPEG Image | 10/9/2007 4:56 PM |
| case 014.jpg | 4,423 KB | JPEG Image | 10/9/2007 4:56 PM |
| case 015.jpg | 4,438 KB | JPEG Image | 10/9/2007 4:56 PM |
| case_omacor 026.jpg | 4,703 KB | JPEG Image | 10/22/2007 8:24 PM |
| case_omacor 041.jpg | 4,643 KB | JPEG Image | 10/22/2007 8:24 PM |
| case_omacor 042.jpg | 4,650 KB | JPEG Image | 10/22/2007 8:24 PM |
| case_omacor 043.jpg | 4,649 KB | JPEG Image | 10/22/2007 8:24 PM |
| IMG_1512.jpg | 4,622 KB | JPEG Image | 10/22/2007 9:03 PM |
| IMG_1513.jpg | 4,630 KB | JPEG Image | 10/22/2007 9:07 PM |
| IMG_1514.jpg | 4,669 KB | JPEG Image | 10/23/2007 10:53 AM |
| IMG_1515.jpg | 4,754 KB | JPEG Image | 10/23/2007 10:53 AM |
| IMG_1516.jpg | 4,656 KB | JPEG Image | 10/23/2007 11:26 AM |
| IMG_1517.jpg | 4,705 KB | JPEG Image | 10/23/2007 11:28 AM |
| IMG_1518.jpg | 4,737 KB | JPEG Image | 10/23/2007 11:29 AM |
| IMG_1519.jpg | 4,735 KB | JPEG Image | 10/23/2007 11:30 AM |
| MVI_1478.avi | 14,233 KB | Video Clip | 10/9/2007 5:02 PM |
| Omacor_sample_movie.avi | 258,916 KB | Video Clip | 10/25/2007 1:57 AM |
| PsPain2.doc | 40 KB | Wordpad Document | 10/5/2007 2:33 AM |
| PsPain2.pdf | 175 KB | Adobe Acrobat 7.0 ... | 10/5/2007 2:48 AM |
| PsPain2.txt | 34 KB | Text Document | 10/5/2007 3:21 AM |
| PsPain.doc | 92 KB | Wordpad Document | 10/5/2007 1:23 AM |
| PsPain.pdf | 407 KB | Adobe Acrobat 7.0 ... | 9/19/2007 12:10 PM |
| Readme.txt | 2 KB | Text Document | 9/23/2007 1:42 PM |
| text for yet further numbers to Dec 31.doc | 5,509 KB | Wordpad Document | 11/10/2007 9:06 AM |
| The situation and My Case with the FBI and the Omacor whatever.doc | 28,061 KB | Wordpad Document | 11/28/2007 1:22 AM |
| The situation and My Case with the FBI and the Omacor whatever.doc.bak | 28,060 KB | BAK File | 11/28/2007 1:22 AM |
| The situation and My Case with the FBI and the Omacor.doc | 28,060 KB | Wordpad Document | 10/23/2007 1:12 PM |
| The situation and My Case with the FBI and the Omacor.pdf | 52,126 KB | Adobe Acrobat 7.0 ... | 10/23/2007 1:13 PM |

124



CDimage
File Edit View Favorites Tools Help
Back
Search
Folders
Folders
GnuPaint
GopherTool
intel
java
junk
My Music
OnlineBibleDisk
Program Files
RECYCLER
ScriptureSongs
SoundSoftware
System Volume
TEMP
TitanMoon
trebuchet
WINDOWS
work
Audio Bible
BibleTracts
Author
case
CDimag
envelopes
futures
MessAroun
Pictures
test
Tract883_
WhenWick
Local Disk (D:)
DVD-RW Drive (E:)
Control Panel
Name
Size
Type
Date Modified
BiblicalHumanSexualityv254.doc 9,327 KB Wordpad Document 11/12/2007 10:51 PM
BiblicalHumanSexualityv254.pdf 16,840 KB Adobe Acrobat 7.0 ... 11/12/2007 10:57 PM
PsPain2.doc 40 KB Wordpad Document 10/5/2007 2:33 AM
PsPain2.pdf 175 KB Adobe Acrobat 7.0 ... 10/5/2007 2:48 AM
PsPain2.txt 34 KB Text Document 10/5/2007 3:21 AM
PsPain.doc 92 KB Wordpad Document 10/5/2007 1:23 AM
PsPain.pdf 407 KB Adobe Acrobat 7.0 ... 9/19/2007 12:10 PM
Readme.txt 2 KB Text Document 9/23/2007 1:42 PM

125



case
File Edit View Favorites Tools Help
Back
Search
Folders
Address
Folders
GopherTool
Intel
java
junk
My Music
OnlineBibleDiskImage
Program Files
RECYCLER
ScriptureSongs
SoundSoftware
System Volume Information
TEMP
TitanMoon
trebuchet
WINDOWS
work
Audio Bible
BibleTracts
case
CDImage
envelopes
futures
MessAround
Pictures
test
Tract883_laptop
WhenWickedFlourish
Local Disk (D:)
DVD-RW Drive (E:)
Control Panel
BiblicalHumanSexuality...
BiblicalHumanSexuality...
case 012.jpg
case 013.jpg
case 014.jpg
case 015.jpg
case_omacor 026.jpg
case_omacor 041.jpg
case_omacor 042.jpg
case_omacor 043.jpg
IMG_1512.jpg
IMG_1513.jpg
IMG_1514.jpg
IMG_1515.jpg
IMG_1516.jpg
IMG_1517.jpg
IMG_1518.jpg
IMG_1519.jpg
MVI_1478.avi
Omacor_sample_movi...

126

BibleTracts

File Edit View Favorites Tools Help

Back · Search · Folders

Address

Folders

- GopherTool
- intel
- java
- junk
- My Music
- OnlineBibleDiskImage
- Program Files
- RECYCLER
- ScriptureSongs
- SoundSoftware
- System Volume Information
- TEMP
- TitanMoon
- trebuchet
- WINDOWS
- work
  - Audio Bible
  - BibleTracts
    - AuthorshipDocOfPS
    - case
    - CDimage
  - envelopes
  - futures
  - MessAround
  - Pictures
  - test
  - Tract683_laptop
  - WhenWickedFlourish
- Local Disk (D:)
- DVD-RW Drive (E:)
- Control Panel
- Shared Documents
- Owner's Documents

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BiblicalHumanSexualityv230.doc | 3,549 KB | Wordpad Document | 9/10/2007 |
| BiblicalHumanSexualityv231.doc | 3,569 KB | Wordpad Document | 9/10/2007 |
| BiblicalHumanSexualityv232.doc | 3,660 KB | Wordpad Document | 9/11/2007 |
| BiblicalHumanSexualityv233.doc | 3,726 KB | Wordpad Document | 9/12/2007 |
| BiblicalHumanSexualityv234.doc | 3,734 KB | Wordpad Document | 9/12/2007 |
| BiblicalHumanSexualityv235.doc | 3,891 KB | Wordpad Document | 9/13/2007 |
| BiblicalHumanSexualityv236.doc | 2,740 KB | Wordpad Document | 9/14/2007 |
| BiblicalHumanSexualityv237.doc | 3,486 KB | Wordpad Document | 9/15/2007 |
| BiblicalHumanSexualityv238.doc | 3,503 KB | Wordpad Document | 9/15/2007 |
| BiblicalHumanSexualityv239.doc | 3,525 KB | Wordpad Document | 9/16/2007 |
| BiblicalHumanSexualityv240.doc | 3,598 KB | Wordpad Document | 9/16/2007 |
| BiblicalHumanSexualityv241.doc | 3,635 KB | Wordpad Document | 9/16/2007 |
| BiblicalHumanSexualityv242.doc | 3,679 KB | Wordpad Document | 9/17/2007 |
| BiblicalHumanSexualityv243.doc | 3,705 KB | Wordpad Document | 9/18/2007 |
| BiblicalHumanSexualityv244.doc | 3,707 KB | Wordpad Document | 9/18/2007 |
| BiblicalHumanSexualityv245.doc | 3,710 KB | Wordpad Document | 9/18/2007 |
| BiblicalHumanSexualityv246.doc | 3,712 KB | Wordpad Document | 9/22/2007 |
| BiblicalHumanSexualityv247.doc | 3,718 KB | Wordpad Document | 9/23/2007 |
| BiblicalHumanSexualityv248.doc | 3,713 KB | Wordpad Document | 9/23/2007 |
| BiblicalHumanSexualityv249.doc | 3,761 KB | Wordpad Document | 10/6/2007 |
| BiblicalHumanSexualityv250.doc | 3,765 KB | Wordpad Document | 10/13/2007 |
| BiblicalHumanSexualityv251.doc | 3,766 KB | Wordpad Document | 10/14/2007 |
| BiblicalHumanSexualityv252.doc | 3,803 KB | Wordpad Document | 10/28/2007 |
| BiblicalHumanSexualityv253.doc | 9,316 KB | Wordpad Document | 11/12/2007 |
| BiblicalHumanSexualityv254.doc | 9,327 KB | Wordpad Document | 11/12/2007 |
| Further Thoughts on Numbers.doc | 34 KB | Wordpad Document | 10/6/2007 |
| LOVE1WP.DOC | 18 KB | Wordpad Document | 8/12/1991 |
| PsPain2 whatever.doc | 39 KB | Wordpad Document | 11/28/2007 |
| PsPain2.doc | 40 KB | Wordpad Document | 10/5/2007 |
| PsPain.doc | 92 KB | Wordpad Document | 10/5/2007 |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof whatever.doc | 92 KB | Wordpad Document | 11/28/2007 |
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc | 92 KB | Wordpad Document | 9/19/2007 |
| text for yet further numbers to Dec 31 blup.doc | 5,549 KB | Wordpad Document | 11/12/2007 |

127

Blank



Item4
File Edit View Favorites Tools Help
Back Search Folders
Norton AntiVirus
Folders
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4
FirstDelivery2Jud
AuthorshipDo
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Item7
Item8
Item9
Item13
Item15
Item16
Fractals
LegalHelpBooksIB
MyCivilCase_08C
The situation and My Case with the FBI and the Omacor
DOC File
The situation and My Case with the FBI and the Omacor
Adobe Acrobat Document
2 objects (Disk free space: 19.7 GB)
78.3 MB
My Computer

129

The situation and My Case with the FBI and the Omacor (Lovaza) Medication (23Oct2007)

Note, you may not be able to see the pictures in this file unless you read the pdf version of this file. This file was created with an inexpensive word processor that is not 100% Word compatable. But you should be able to see the pictures just fine if you read the pdf version of this file with your pdf viewer.

The document I wrote some weeks earlier on Sep 19th, 2007 about the psychological pain that the FBI has been causing me over the last 6 years since the FBI investigation against me started 6.5 years ago, where the psychological torture they have been putting me through for at least the last 6 years of that 6.5 year period. This document should be filled out further later. The summary point I wish to make is that Omega3 oils help a person neurologically, and the FBI is covering up the attempt to mess with my Omega3 Oils dose via the Omacor medication, and the prescription as my memory strongly recalls was for 360 oil capsules that would last three month at a rate of 4 capsules per day. And per that understanding I clearly recall making my appointment to see my doctor 3 months later when the prescription would run out. But, the records on the pharmacy printings on the bottles and other printings show a supply that would last a total of 5 months, one fill and 4 refills. I believe that this was done by the FBI in an attempt to destroy the credibility of my memory. I do have a record of the appointment card that shows the date for my next appointment three months after my last appointment with my doctor on 15Oct2007. I believe that the FBI, using the State Secretes Act or some such law--I am not sure of the exact name--is actually allowed to lie and misrepresent things in court if they deem that is necessary. I also believe that the State Secretes Act or Law must have secrete sections that state this fact that misrepresentation in Court is allowed to protect state secretes. But my memory is very clear that the prescription was for 360 capsules for three months. But the filling was for a total of 5 months, or 600 capsules. The reason that they wish to destroy my credibility in this way is that they must cover the fact (I believe it is a fact) that their psychological manipulation techniques push a person by subtle water torture like psychological pain into a direction that is similar to forces that move a person in the direction of schizophrenia. These techniques could damage people permanently if weak people who never became sick with schizophrenia are caused to become sick with schizophrenia because of these very abusive and psychological techniques. The FBI desires very greatly to hide this fact of psychological torture because is goes against the US constitution against cruel and unusual punishment.

The FBI, I believe, was behind the cause for the reduction of my Omacor medication from 6 capsules per day down to 4 capsules per day some months ago. A

130

picture of older Omacor bottles shows this.

Notice the bottle on the left shows 3 capsules by mouth twice a day, and the bottle on the right shows 2 capsules twice a day.

This reduction in dose was given the cover story that the policy of the pharmacy was not to issue medication above the recommended maximum dose of the drug manufacturer. But I believe the truth is that the FBI was behind the reduction of dose because the FBI was frustrated by my continued resistance to their psychological torture techniques, and they hoped that the reduction in the neurologically helpful medication would reduce my resistance to their psychological techniques.

Also, when my doctor wrote the original prescription he did his normal thing of writing a prescription for enough medication for an entire year. But this last time I say my doctor on 15Oct2007 he wrote the prescription for 360 capsules, but the pharmacy filled is with associated printing that suggests that the original prescription was for 600 capsules. This I believe was done because I spoke openly to my doctor of the anti-schizophrenia benefits of omega3 oils and that the FBI lowered my dose out of interest in reducing my resistance to their techniques. In the face of this, my doctor left the exam room and returned with my colesterol blood test and showed me good numbers. I suspect,.if I had not complained about the FBI messing with me and omega 3 and Omacor, then I suspect that the doctor would have returned with blood test results that would have suggested that omacor was not working, and that it should be discontinued.

The picture below shows my appointment card for three months later after the 15Oct2007 appointment when I confronted my doctor about the FBI issue. I clearly remember making that appointment for three months later because at three months later the 360 capsules I very clearly remember would run out at a rate of 4 capsules per day. 4x90 is 360. But the FBI is trying to destroy my credibility by confusing the documents so that the contradict my memory. This is done because of their powerful need to protect state secretes around torture that pushes a person in the direction of schizophrenia. In other words, they do not want me to have any supportive evidence suggesting that they were indeed reducing my omega 3 dose via Omacor. I also believe all people involved in this matter are allowed to lie in court in the name of state secretes. So my only hope of impressing a judge is via the reasonableness of this argument and the supporting pictures that I have. Next is a picture of that appointment card for my next appointment that I made deliberately at the time my supposed 360 capsule prescription was to run out:

Now, to help establish the earlier appointment date, notice that I got my new Omacor (Lovaza as Omacor's new name) filled on the same day after my 15Oct appointment:



I am done with this document for now.

Daniel David Zuck, born 12/14/57.

Item3
File Edit View Favorites Tools Help
Back
Search
Folders
Norton AntiVirus
Folders
Desktop
My Documents
My Computer
Local Disk (C:)
Bundle
Documents and Settings
EPSONREG
Intel
My Backup -- 29-02-08 18
My Music
Program Files
temp
WINDOWS
WorkNew
AllCaseStuff
BackupNotebook4
FirstDelivery2Judg
AuthorshipDo
case
CDimage
Item1
Item2
Item3
Item4
Item5
Item6
Name
Size
Type
Date Modified
PsPain2 40 KB DOC File 10/5/2007 3:33 AM
PsPain2 175 KB Adobe Acrobat Doc... 10/5/2007 3:48 AM
2 objects (Disk free space: 19.7 GB)
213 KB
My Computer

133

Psychologi[illegible]ipulation of Suspects by FBI and the Psychological Pain Thereof

I am an angry US citizen. Due to an unidentified false accusation against me, I have been subject to a psychologically based investigation whereby the FBI is attempting to justify some accusation against me that must have something to do with pedophilia, to the best of my speculation--do not immediately fault me; you must know my life history that lead up to this situation before you wrongly assume I must be guilty of something. The reason that I am writing this document and distributing in anonymously is to expose these psychologically based techniques because I have experienced them as a form of deep psychological torture, and because these techniques amount to coercion and go very far beyond any just method of determining guilt or innocency in regards to any charged criminal action. These techniques are very benign looking to any observer on the outside, and a core theme to the techniques is the manipulation of the emotion of fear. Now, does fear of the police always imply that the person who is doing the fearing is guilty of something? Consider the fear of a surgeon who is known to make errors in the past, and you are being forced to submit to a difficult procedure done by the surgeon. Furthermore, what if the surgeon had a family relationship with your family that was unfriendly. His attitude just might let him make a deadly or harmful mistake. This is the situation with the FBI. Their attitude must be incorrect, since their use of the principles of the psychology of fear includes a presumption of guilt. The reason I say this is because their use of the principles of the psychology of fear are actually very psychologically painful, even as water torture is in fact very painful psychologically. No person viewing water torture would think that such a thing is psychologically painful if they have no understanding of psychology--it is just little drops of water, how could that hurt? But, subject such a foolish person to the water torture himself, then he will begin to understand. Because torture is such an evil thing, we here in the United States know such a thing should not be done to suspects before guilt is fully determined in a proper court of law. If someone falsely accused you of something, and if the FBI decided to psychologically torture you with water torture to see if they could force a confession, that would be very unjust. Now, you might take the foolish view that you have done anything wrong, and so such a thing would never happen to you. This is a rather stupid statement, and you are being an utter fool. Do you not know that there are many, many people who lie in this world? Or, are you putting on rose colored glasses and supposing that some of these many liars in the world around you would never falsely accuse you? If one of these liars hates you, he just might accuse you of molesting his little girl, and seek to blackmail much money from you, or he may even be seeking to put you into prison, simply because he hates you--and all he has to do is cause the FBI to believe his lie and then have the FBI subject you to psychological water torture indefinitely until you confess to something in fact that you did not do. This scenario is all together possible because this psychological torture is being used by the FBI before they have proven that you are guilty. If the law of our country prevented the use of torture before the establishment of guilt, then this evil situation could not have come upon you, as long as the FBI reasonably held to that law.

This approach imposes the suffering that should be done to a person only after said person has been found guilty. Torturing should not be used as a means of gathering a confession. If there ever is a justification for torture, it would be justified as punishment only after guilt has been determined. Hence, to use water torture to obtain a confession before guilt has been determined by a proper jury decision in the full court hearing process amounts to suffering before guilt has been determined. Now, our US constitution prohibits curel and unusual punishment. Do you suppose that this prohibition is to be applied only after the establishment of guilt, thereby protecting incarcerated people in prison who have been established as guilty? If someone is guilty of some crime and our constitution prohibits curel and unusual punishment after the determination of guilt, how much more should this prohibition protect someone before the determination of guilt by a court of law? A presumed innocent person must get even more protection from punishment all together, and especially torture, since they do not deserve any suffering until guilt has been established by a court of law. Hence, to torture someone with a subtile form of torture that mimics water torture in a psychological way must be ruled out as unconstitutional and a violation of the presumption of innocence until proven guilty.

Now I said that the psychological torture that I have in view involves fear. If someone said to you that you are going to be subjected to actual water torture, would that produce fear in you, even if you are innocent and did nothing to deserve that? Of course, that would produce much fear, especially if the statute of limitation of the crime were 5 years, and you were going to be subjected to this water torture endlessly for all 5 years in an attempt to extract a confession from you for something that you did not even do. You would be terrified, and yet this torture involves mere little drops of water. Other fools may look at you while you are being tortured and say in their hearts: "he must have done something wrong, or he would not be in that evil situation". these fools have yet to experience one of 6 billion liars in this world coming up with some crafty false accusation against that fool so that that fool finds himself unjustly in that situation.

Suppose that for the FBI in our day of understanding of psychology decided to use insults and psychological-suspicion-magnifying and anger and fear causing techniques as replacement for drops of water; that would still be a very evil form of water torture, but it would be even more difficult to perceive by the many fools of the world who think that such an evil situation could not happen to them. They would not even perceive the drops of water, let alone understand that any form or abuse or torture is occurring at all. Because of this imperceptible form of torture, the FBI could use such torture techniques to cause false confessions in the form of acting-out the behavior that the suspect reasonably speculates is the goal of his or her torturers, the FBI. In other words, the motivation of torture--give to my torturers what they want so that I can get out of this endless repeated cycle of rising and falling and excruciating pain, over and over again--would be injected into the suspect to cause an acting-out-confession that would then condemn that suspect in court, and the jury would not be convinced that any real torture at all occurred, and so the person who acted-out must indeed be guilty of the former charge, as well as the acting-out-event that most likely will also bring a new charge.

And suppose also that because you are now being investigated by the FBI because of a false accusation, and the FBI in all of their strident effort against you also notice many little events or technical law violations in your life that happen to people all the time, such as telling someone about a new health supplement or vitamin that may help with diabetes, and so the FBI logs that event as a violation of the laws in this country as an attempt to practice medicine with out a license to practice medicine. Consequently, because of this false accusation against you, you now have many, many likely future problems legally that you do not really deserve, simply because the law against practicing medicine is being applied against you in a draconian way, simply out of the spite of the heart of the FBI. They hate you and they are not only attempting to destroy you by psychological water torture, but they will apply other laws in an unjust draconian way to destroy you in any way that they can. The FBI has become an abuser of their power, just like a policeman on the street who over uses his gun against people who look guilty. Even as Chicago police during the times of Al Capone are known to of said: "shoot first, and ask questions latter". This attitude is not gone from our police system in our day. It is alive and well in the heart of the [illegible] This is very real. This is absolutely no joke. Your civil rights are greatly threatened by this attitude in the FBI. All it takes is a false accusation by an enemy of yours, and you to could know the reality of what I am talking about. Do not underestimate the threat on your life and your civil rights of what I am saying.

Now, I am going to discuss, with my non-professional wording because I am not professionally trained as a psychologist (though I do pick up on some of their lingo and will use that lingo to the best of my ability), my best understanding of the psychological principles that the FBI has used against me in the psychological water-torture that they have applied against me. Then I will discuss the actions used by the FBI in my life to invoke those principles and to effect the psychological water torture that they have been doing against me. Remember, water torture does not look painful, but in fact it is extremely painful in a psychological sense. Do not underestimate this psychological pain!! It is very real, and is just cause for a very powerful lawsuit against the inflictors--the FBI are the inflictors--of such psychological torture.

The psychological principle that they use seems to be best understood as a system to psychological pressures that put a person into a high defensive stance to goes to an extreme, and then that stance is broken down by repeated failure to succeed at maintaining the defensive position. There is a principle in human psychology that the human brain is designed to cause psychological pain whenever we fail at an intended goal. This principle must be in our brain because God designed it to encourage us to do better the next time, or if success becomes to elusive with too much repeated pain in the attempt, then to flee that goal and no longer attempt that goal. Either fight and try harder again so that success is obtained, or flee and avoid trying anymore at all. This repeated psychological pain motivates the human to do either of those two options. Fight or flight is what the psychologist call this feature of human psychology. Fighting or fleeing are options that are the most obvious. But, what if a person finds himself or herself in a torture situation where fighting and fleeing become impossible. Resistance to your torturers is a kind of fighting, but if fighting does not end in success where you are freed from the repeated pain because the repeated pain comes and comes and comes with no end in sight, and if you can not flee, then there is a third option to fighting and fleeing--give to your torturers what they want, because you conclude that only then will this horrendous pain finally go away. That is the nature of torture; torture removes the two options of fighting and fleeing, thus forcing capitulation to your torturers. I could see this principle of attempting to fight and flee from the FBI in all of the psychological torture that the afflicted against me, and a decent into motivation to give something that would satisfy my torturers, the FBI.

Now, in order for the FBI to cause psychological pain, they must put a suspect into a battle stance psychologically, and then attack that battle stance so that that person's will to fight is destroyed by the repeated failure that the FBI causes in the life of that person as he or she attempts to fight and fails at many attempts; causing psychological pain at each failure--pain that accumulates over and over again. To make this scenario possible, the person must be put into an extreme psychological battle stance that is unsustainable. This way the FBI can break down that person's unsustainable position over and over again. The FBI can motivate a person into such an unsustainable psychological position using tactics that cause fear. Then the repeated failures can actually, eventually cause fear themselves. Finally, fear itself takes over due to repeated failures so that the person begins to self destruct as his or her failures cause more fear, and the fear causes repeated attempts to try again, and then more failure cause more pain and more fear. It becomes a very self-destructive psychological cycle that descends into increasing psychological pain. Finally, to escape this pain the person is likely to no longer fight, and because they can not flee, then they capitulate and give to the FBI what the FBI wants. This is all together unjust, especially [illegible]erson is falsely accused. Because this torture violate[illegible] presumption of innocence, it is actually wrong against people who are guilty, because it takes away from such guilty people room for a just defense--which even guilty people must be given in order to allow innocent people to have a just defense and to defend themselves as well.

Now the FBI's argument against this reasoning would go along the lines of the following: If a person is not guilty, then they have nothing to fear. If they have nothing to fear, then these fear causing techniques will not work on them. This is a smoke screen by the FBI as they blow smoke. It is a smoke screen because they will make a very subtile and very sustained effort to cause fear in the suspect--efforts that I believe will succeed in almost any suspect, even if that suspect is innocent. One of the key features of the FBI's effort to cause fear is the never ending nature of their attempts to cause fear. If they do not cause fear this year by daily insulting and reminding the suspect that he or she is being investigated, maybe by next year fear will begin to take hold. And if after two years of constant insults and reminders to the suspect that he or she is being investigated do not produce fear, then maybe after three years of constant insults and reminders he or she is being investigated will produce fear. This goes on and on with not mere reminders, but psychological insults also. Furthermore, understand that in the mind of an actually innocent suspect, a mere reminder that he or she is being investigated is a very great insult. It hurts much psychologically to be accused via reminders of an investigation against a person when that person is in fact innocent. Such reminders not only cause psychologically pain, they cause anger. That anger then causes a desire for revenge--and the desire for revenge leads to kind of pleasure seeking that is the opposite of all of these insults--as desire to see your opponents destroyed. And this successfully puts an innocent person into that battle stance that the FBI actually wants; thereby putting their suspect onto the FBI's psychological torture rack that will inflict more and more psychological pain. And so this anger will lead to the fear that the FBI is attempting to inflict. And it goes on and on with failure at attempts to take that extreme battle stance that may be taken when some fear sets in. Think about it, if you detected that the FBI was involved in a secret investigation against you, would you not have at least some fear, even if you were innocent. What if you knew that you had an enemy who may have falsely accused you, and was the cause for the F BI now in your life. If you tell yourself that you had absolutely no fear, I assert to you that you might as well go into heart surgery without any fear also. You are lying to yourself if you tell yourself that you would have no fear. Especially if you realized that the FBI is going to check out your entire life and begin to apply other laws to your life in order to compromise you in all ways that they can by draconian interpretations and applications of the reams and reams of laws on the books in this country. And what if a person falsely accused of some sex crime has a difficulty in his or her thought life in the area of sexuality, but has nevertheless never committed any sex crime? These kinds of people are also innocent, and they do not deserve to have their presumption of innocence taken away by psychological torture. An incompetent removal of a person's presumption of innocence by constant insults and insulting reminders of being investigated will lead to deep anger and deep fear, even if a person is innocent. And the anger is even more likely in an innocent person than in a guilty person. So if fear does not get a person because he is innocent, then anger is going to cause that suspect to descend into such psychological desire for revenge that can not come that they then descend into fear him or her self.

Now, you may ask, if an innocent person is being investigated by a secret search warrant, then why does not that innocent person seek a lawyer who might help with the situation? Well, early in my investigation I did call a lawyer, and he blew me off by language that basically said

134

there is no[illegible] that he could do. This is very sensible, since he would have to break through the legal protections that protect a secret search warrant. And, in order to break through the legal protections that protect a secret search warrant the person being investigated must show that something evil is being done against that person. This is very difficult to do when we are talking about subtil psychological techniques that involve mere insulting reminders that he or she is being investigated, that go on year after year after year. How do you prove to other people that such is harmful, unless he or she being investigated is a psychologist who has sufficient understanding of what is being done against him or her in the first place? Most people could never mount a clear argument against such subtil psychological torture.

In order for the subtile insulting reminders to be effective, the FBI must grip the suspect psychologically using the principle of psychological suspicion. All humans use suspicion to protect themselves. Overly suspicious people become mentally ill as they fear everything around themselves. Underly suspicious people sometimes fail to protect themselves from some harm coming their way because they did not see the threat coming. Some reasonable level of suspicion is a necessary component of human psychology, not too much suspicion, and not too little suspicion. The way the FBI grips a person psychologically by the principle of suspicion is to do ridiculous and absurd things around the suspect that are easy to interpret as actions of the FBI. They may even come by as an actual human being wearing a jacket that has the letters FBI on that jacket, as they did with me while I was a work one day. Anyway, to grip you psychologically, the will do what they need to do to raise your suspicions. Then, after your suspicions are higher, they will begin to make their observable reminders tinier and tinier over the months and years of the subsequent investigation. This eventually leads to completely irrational fears where the suspect begins to become suspicious of almost everything. This is part of the scheme by which the FBI attempts to increase fear and promote fear based self-destruction in the suspect. God has helped me greatly through this kind of evil stuff applied against me by the FBI for over six years. I believe it really is promotion of the psychological processes underlying the mental illness of schizophrenia, with that condition's characteristics of fear and paranoia and suspicion. This is a very evil thing to do to a person. What if the suspect had a predisposition to such a condition, but had never fallen into that illness? If such a suspect were pushed upon by such an investigation, that could cause horrendous psychological pain and damage to that person that may lead to the complete ruin of the remainder of that person's life--which would be an extra tragedy if that person was indeed innocent of the accusation against that person. The FBI goes about causing damage, and then covers their trails by the power to do so. I wonder how may people have been very deeply damaged this way in the history of the FBI? I very strongly doubt that the answer to that question is zero. Surely some, and maybe many. These techniques are very evil by their subtlety and psychological force; they are a form of torture that I would classify as curel and unusual. And, even if they are not termed curel and unusual, they must not be applied so as to violate the presumption of innocence.

Now I am going to give some advice to any person who thinks that they are being subjected to just such an investigation. There are psychological techniques that may be applied to help. You must deal with the following psychological concepts with real understanding. These concepts are

1) Anger
   Especially the anger desiring justice if you are falsely accused.
2) Fear
3) Pleasure
   Pleasure associated with nice things like sex and food.
   Pleasure associated with the desire for revenge.
4) Teasing (a combination mechanism involving anger and pleasure).
   Teasing tends to combine the above two types of pleasure mentioned above, at least
   the FBI worked to combine them in my case.
5) Confusion

To help deal with anger, you must recognize the source of your anger. If the FBI is frequently reminding you that you are being investigated (for me, that involved certain particular car stickers and arms out mostly the driver side window going to a from work. It also involved certain hand -face gestures duplicated from a relative in my life in other people in my life. these reminders came in other forms as well. Some reminders were ment to cause fear only. Some caused reminder of sexual things as well. Some were more focused on direct insults, etc...). So, the one very essential thing that helped me to reduce my anger involved prayer to that God would forgive the person putting that reminder or insult into my view--and also prayer that God would help me to forgive them sincerely as well from my heart.

To help deal with fear there is a very subtile feature of psychology that I only began to understand, and then got confirmed while reading a book on psychological techniques for training dogs. That principle I first discovered when I was attempting to use reverse training (As an electrical engineer, I have been for years interested in the engineering field called artifical neural networks. During my study of that engineering field, I did a paper on the concept of contradictory training set-data used to train neural networks wherein the data had inherent contradictions. This study caused me to appreciate that the human brain must have some powerful and elegant method for dealing with such situations, because contradictory data can be very damaging to the training process of an artifical neural network.) on myself as the FBI was using their techniques against me. I discovered the counterintuitive observation, and I even used that word "counterintuitive", that I was helped when I rewarded my fear response with a treat such as a date or a raisin. I did not understand it though, and I could not put it to words beyond the word "counterintuitive". But, when I read this book on psychological techniques for training dogs, I came across a statement that used the very same word I used, namely "counterintuitive", and in that statement the author of that book said to relieve fear in a dog you should give to them some pleasure, such as a doggie treat that the dog loves to eat. This then opened the door in my understanding and began a cascade of deeper understanding into what the FBI was doing to me. If I eased the fear that they were causing me, then I grew braver and was less intimidated by their constant reminders. I eventually expanded this concept beyond what I learned in that book and realized by experiment that the psychological pain caused by the constant reminders and repeated failures (pain of reminders and pain of failures are actually not equal, but nevertheless, both types of pain responded) were relieved by giving to myself pleasure during the experience of the failure pain or during the experience of the reminder pain. Pleasure helped in both cases. This helped to relieve the fear. Now, something to note in dealing with this fear thing. This help by giving to yourself a treat is not the whole answer. To help further with the fear issue, you may use the treat approach to relieve the pain; but to keep the repeated pain from coming back and overwhelming you (because the FBI will try harder if you try to use counter training, such as I was doing), you should understand that you have a good chance to reduce the repeated failure pain component if you just stop making goals for yourself that are unsustainable. It is those goals that you keep failing at, which goals the FBI will push you towards by using fear and intimidation to thereby make you try too hard and to fail at those attempts, which after a while becomes very intimidating and psychologically painful. You instead need to be normal; not highly defensive. This advice on acting normal may not work if you are indeed truly accused and you have a sin weakness in a [illegible]tain area such that if you act normal, then you may get caught up in what the FBI is attempting to catch you at. If you can afford a psychologist and get therapy (the FBI will probably meddle with your psychologist, but if he or she is good, they may still be able to help some), that may help some. Another thing that can help if you go to a psychiatrist, very much in fact, are modern psychoactive medications that are used for relief of anxiety, such as the drug Abilify, and the drug Zyprexa. Abilify is more modern and has less side effects.

Remember that the pleasure of the desire for revenge is dangerous, and you should recognize when that pleasure is being provoked by teasing techniques being used upon you. The FBI will attempt to join that pleasure for the desire for revenge with any pleasure associated with the accusation that may be against you. If you have been falsely accused of some sex related charge, then the FBI will be attempting to join your desire for revenge (by teasing you to elicit anger and by making you anger by repeated insults) with sexual desire. The desire for revenge can be very powerful, especially in an innocent person who has been falsely accused, and so that is why great importance needs to be placed on seeking in your heart to forgive from your heart. Pray to God for help in this need to forgive your tormentors, the FBI, from your heart. Relieve your sexual desire in an honorable way such as with your wife or by private masturbation. Avoid situations wherein you have a weakness that is not honorable. Also, the FBI will attempt to deny you are simple pleasure, such a growing a garden--I believe the FBI has been nicking the blooms on my tomato plants to keep them from producing tomatoes, for example. A little way to make me angry, and to deny me of an healthy simple pleasure.

Teasing is a powerful technique used by the FBI. They are surely desiring to lead you down the primrose path into some destructive behavior. Teasing is the rubber leash by which they will attempt to do that do you. The leash is rubber, and you need to recognize its pressure on your neck, but that it is stretchable. Dealing with this teasing is best done by recognizing the anger component and the pleasure components in it. The anger component involves hope of the pleasure of revenge as well as the separate and distinct subject pleasure that they are teasing you with, probably sexual sights such as scantily dressed women or whatever may be the subject of your investigation. Deal with the anger component again by seeking forgiveness. Deal with the subject pleasure in some proper outlet, as stated earlier, and maybe by pleasure substitution such as going for a nice hike (though, the FBI may attempt to interfere with your attempts at pleasure substitution).

If you show some understanding of what the FBI is doing around you and you attempt to resist them, they may mix things up in their actions around you in order to confuse you. You see, if you could just lower your suspicion and not pay attention to them--this is very hard to do, maybe impossible, because of the fear component powerfully based in the mere thought that you are being investigated --then they could not communicate with you, and so you could not be hurt by them. The only things that I have found that helps with lowering suspicion are the anti-anxiety drugs, and the pain relief by pleasure-rewards such as eating dates and raisins at pain moments--this reduces fear to some degree and consequently helps to reduce suspicion some. The drug approach is more powerful because the modern anti-anxiety drugs seem to keep the psychological pain from getting memorized, and hence the psychological pain does not build up event after event.

The technology that the FBI used against me is very awesome. The bugs they have are undetectable to me. I have yet to find one. Also, I believe that the vision bugs (bugs that can see--super tiny chips that operate like cameras) come in at least two flavors. One for visual light, and the other flavor for inferred light. The inferred light vision bugs are for seeing through clothing. [illegible] wants to see through clothing so that they may see if a man is getting aroused. This is very important to them in sex related investigations. Because of many interactions with the FBI's manipulations around me, I believe that most likely they are even able to see slight blood flow increases in a man's scrotum, long before he becomes aroused. This kind of highly detailed feedback is used by the FBI to focus their psychological manipulation techniques to manipulate a man more effectively. For example, if a slight blood flow increase is detected by them as they are watching me in response to something that they have done around me, then as a psychological reward to me, they may remove some insulting feature of the situation around me, thus neurologically reinforcing my tendency to get aroused at whatever they are trying to trap me in. This is a kind of biofeedback that is very manipulative and very powerful and very unjust and counter to honest justice. Biofeedback and behavior modification techniques should only be used to encourage people to good behavior, not evil behavior after which the suspect is arrested for something he supposedly did of his own free will, when in fact he was powerfully manipulated.

Also, since I am an electrical engineer, I am very aware of technology. I know that there are very high-speed artificial neural network silicon chips that can process dual camera images to resolve stereoscopic focuses in milliseconds. This technology is attached to the FBI visual bugs so that at the FBI headquarters the FBI is able to tell with very high precision where a person's eyes are looking. This technology is in use in modern fighter aircraft as pilots can aim weapons merely by looking with their eyes at a target. And the FBI is using this technology also against suspects. This is especially important in sex related investigations because the FBI wants to see where a suspect is looking at on other people's bodies. If a suspect looks in a certain location and gets aroused while looking at that location, then that is exactly the kind of evidence that the FBI is trying to get in order to cause you legal trouble.

I believe, after 6.5 years of investigation, that virtually all of the traffic lights are networked together across the entire USA so that the FBI can manipulate those traffic lights. This is very important for secret investigations because the FBI must always be able to keep their watching people near the suspect. Also, the FBI uses tricks with multiple cars and people so that you may not be followed to long by any one person. Thus, detecting that you are being followed is very difficult, if not impossible. Though, one time I pulled off of a freeway very quickly, and the FBI truck behind me was surprised and had quite a difficulty adjusting quickly and following me down that off-ramp.

The FBI has what I would call "reverse bugs". These devices are tiny little things that go well into a person's ear conal. These devices are radio receivers that speak a tiny voice that can only been heard in the ear of the person wearing such a device. This technology allows the FBI to direct people to say things in conversation to you. They can put words into a person's mouth. These devices also exist for use in dogs so that the FBI can direct dogs without outwardly audible commands that other people can hear. (end of document)

135

Item2

File Edit View Favorites Tools Help

Back Search Folders Norton AntiVirus

Folders

- Desktop
  - My Documents
  - My Computer
    - Local Disk (C:)
      - Bundle
      - Documents and Sett
      - EPSONREG
      - Intel
      - My Backup -- 29-02-
      - My Music
      - Program Files
      - temp
      - WINDOWS
      - WorkNew
        - AllCaseStuff
          - BackupNotel
          - FirstDelivery
            - Authorsl
            - case
            - CDimage
            - Item1
            - Item2
            - Item3
            - Item4
            - Item5
            - Item6
            - Item7
            - Item8
            - Item9
            - Item13
            - Item15
            - Item16

| Name | Size | Type | Date Modified |
|---|---|---|---|
| PsPain | 92 KB | DOC File | 10/5/2007 2:23 AM |
| PsPain | 407 KB | Adobe Acrobat Doc... | 9/19/2007 1:10 PM |

2 objects (Disk free space: 19.7 GB) 498 KB My Computer

136

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof

My name is Daniel David Zuck, born 12/14/57. Due to an unidentified false accusation against me (see the later section of this document where I state some of my life history and how I got into this situation of being investigated by the FBI via a secret search warrant), I have been subject to a psychologically based investigation whereby the FBI is attempting to justify some accusation against me that must have something to do with pedophilia, to the best of my speculation--do not immediately fault me; please read my life history that lead up to this situation before you wrongly assume I must be guilty of something; this life history is a large section at the end of this document. The reason that I am writing this document is to expose these psychologically based techniques because I have experienced them as a form of deep psychological torture, and because these techniques amount to coercion and go very far beyond any just method of determining guilt or innocency in regards to any charged criminal action. These techniques are very benign looking to any observer on the outside, and a core theme to the techniques is the manipulation of the emotion of fear. Now, does fear of the police always imply that the person who is doing the fearing is guilty of something. Consider the fear of a surgeon who is known to make errors in the past, and you are being forced to submit to a difficult procedure done by the surgeon. Furthermore, what if the surgeon had a family relationship with your family that was unfriendly. His attitude just might let him make a deadly or harmful mistake. This is the situation with the FBI. Their attitude must be incorrect, since their use of the principles of the psychology of fear includes a presumption of guilt. The reason I say this is because their use of the principles of the psychology of fear are actually very psychologically painful, even as water torture is in fact very painful psychologically. No person viewing water torture would think that such a thing is psychologically painful if they have no understanding of psychology--it is just little drops of water, how could that hurt? But, subject such a foolish person to the water torture himself, then he will begin to understand. Because torture is such an evil thing, we here in the United States know such a thing should not be done to suspects before guilt is fully determined in a proper court of law. If someone falsely accused you of something, and if the FBI decided to pyschologically torture you with water torture to see if they could force a confession, that would be very unjust. Now, you might take the foolish view that you have done anything wrong, and so such a thing would never happen to you. This is a rather stupid statement, and you are being an utter fool. Do you not know that there are many, many people who lie in this world? Or, are you putting on rose colored glasses and supposing that some of these many liars in the world around you would never falsely accuse you? If one of these liars hates you, he just might accuse you of molesting his little girl, and seek to blackmail much money from you, or he may even be seeking to put you into prison, simply because he hates you--and all he has to do is cause the FBI to believe his lie and then have the FBI subject you to psychological water torture indefinitely until you confess to something in fact that you did not do. This senario is all together possible because this psychological torture is being used by the FBI before they have proven that you are guilty. If the law of our country prevented the use of torture before the estabilshment of guilt, then this evil situation could not have come upon you, as long as the FBI reasonably held to that law.

This approach imposes the suffering that should be done to a person only *after* said person has been found guilty. Torturing should not be used as a means of gathering a confession. If there ever is a justification for torture, it would be justified as punishment only *after* guilt has been determined. Hence, to use water torture to obtain a confession before guilt has been determined by a proper jury decision in the full court hearing process amounts to suffering before guilt has been determined. Now, our US constitution prohibits curel and unusual punishment. Do you suppose that this prohibition is to be applied only after the establishment of guilt, thereby protecting incarcerated people in prison who have been established as guilty? If someone is guilty of some crime and our constitution prohibits curel and unusual punishment after the determiniation of guilt, how much more should this prohibition protect someone *before* the determination of guilt by a court of law? A presumed inocent person must get even *more* protection from punishment all together, and especially torture, since they do not deserve any suffering until guilt has been established by a court of law. Hence, to torture someone with a subtile form of torture that mimics water torture in a psychological way must be ruled out as unconstitutional and a violation of the presumption of inocense until proven guilty.

Now I said that the psychological torture that I have in view involves fear. If someone said to you that you are going to be subjected to actual water torture, would that produce fear in you, even if you are inocent and did nothing to deserve that? Of course, that would produce much fear, especially if the statute of limitation of the crime were 5 years, and you were going to be subjected to this water torture endlessly for all 5 years in an attempt to extract a confession from you for something that you did not even do. You would be terified, and yet this torture involves mere little drops of water. Other fools may look at you while you are being tortured and say in their hearts: "he must have done something wrong, or he would not be in that evil situation". these fools have yet to experience one of 6 billion liars in this world coming up with some crafty false accusation against that fool so that that fool finds himself *unjustly* in that situtation.

Suppose that for the FBI in our day of understanding of psychology decided to use insults and psychological-suspicion-magnifying and anger and fear causing techniques as replacement for drops of water; that would still be a very evil form of water torture, but it would be even more difficult to perceive by the many fools of the world who think that such an evil situation could not happen to them. They would not even perceive the drops of water, let alone understand that any form or abuse or torture is occuring at all. Because of this inperceptable form of torture, the FBI could use such torture techniques to cause false confessions in the form of acting-out the behavior that the suspect reasonably speculates is the goal of his or her torturers, the FBI. In other words, the motivation of torture--give to my torturers what they want so that I can get out of this endless repeated cycle of rising and falling and excruciating pain, over and over again--would be injected into the suspect to cause an acting-out-confession that would then condemn that suspect in court, and the jury would not be convinced that any real torture at all occurred, and so the person who acted-out must indeed be guilty of the former charge, as well as the acting-out-event that most likely will also bring a new charge.

And suppose also that because you are now being investigated by the FBI because of a false accusation, and the FBI in all of their strident effort against you also notice many little events or technical law violations in your life that happen to people all the time, such as telling someone about a new health supplement or vitamin that may help with diabetes, and so the FBI logs that event as a violation of the laws in this country as an attempt to practice medicine with out a license to practice medicine. Consequently, because of this false accusation against you, you now have many, many likely future problems legally that you do not really deserve, simply because the law against practicing medicine is being applied against you in a draconian way, simply out of the spite of the heart of the FBI. They hate you and they are not only attempting to destroy you by psychological water torture, but they will apply other laws in an unjust draconian way to destroy you in any way that they can. The FBI has become an abuser of their power, just like a policeman on the street who over uses his gun against people who look guilty. Even as Chicago police during the times of Al Capone are known to of said: "shoot first, and ask questions latter". This attitude is not gone from our police system in our day. It is alive and well in the heart of the FBI. This is very real. This is absolutely no joke. Your civil rights are greatly threatened by this attitude in the FBI. All it takes is a false accusation by an enemy of yours, and you to could know the reality of what I am talking about. Do not underestimate the threat on your life and your civil rights of what I am saying.

Now, I am going to discuss, with my non-professional wording because I am not professionally trained as a psychologist (though I do pick up on some of their lingo and will use that lingo to the best of my ability), my best understanding of the psychological principles that the FBI has used against me in the psychological water-torture that they have applied against me. Then I will discuss the actions used by the FBI in my life to invoke those principles and to effect the psychological water torture that they have been doing against me. Remember, water torture does not look painful, but in fact it is extremely painful in a psychological sense. Do not underestimate this pyschological pain!! It is very real, and is just cause for a very powerful lawsuit against the inflictors--the FBI are the inflictors--of such psychological torture.

The psychological principle that they use seems to be best understood as a system to psychological pressures that put a person into a high defensive stance to goes to an extreme, and then that stance is broken down by repeated failure to succeed at maintaining the defensive position. There is a principle in human psychology that the human brain is designed to cause psychological pain whenever we fail at an intended goal. This principle must be in our brain because God designed it to encourage us to do better the next time, or if success becomes to elusive with too much repeated pain in the attempt, then to flee that goal and no longer attempt that goal. Either fight and try harder again so that success is obtained, or flee and avoid trying anymore at all. This repeated psychological pain motivates the human to do either of those two options. Fight or flight is what the psychologist call this feature of human psychology. Fighting or fleeing are options that are the most obvious. But, what if a person finds himself or herself in a torture situation where fighting and fleeing become impossible. Resistance to your torturers is a kind of fighting, but if fighting does not end in success where you are freed from the repeated pain because the repeated pain comes and comes and comes with no end in sight, and if you can not flee, then there is a third option to fighting and fleeing--give to your torturers what they want, because you conclude that only then will this horendous pain finally go away. That is the nature of torture; torture removes the two options of fighting and fleeing, thus forcing copitulation to your torturers. I could see this principle of attempting to fight and flee from the FBI in all of the psychological torture that the afflicted against me, and a decent into motivation to give something that would satisfy my torturers, the FBI.

Now, in order for the FBI to cause psychological pain, they must put a suspect into a battle stance psychologically, and then attack that battle stance so that that person's will to fight is destroyed by the repeated failure that the FBI causes in the life of that person as he or she attemps to fight and fails at many attempts; causing psychological pain at each failure--pain that accumulates over and over again. To make this senario possible, the person must be put into an extreme psychological battle stance that is unsustainable. This way the FBI can break down that person's unsustainable position over and over again. The FBI can motivate a person into such an unsustainable psychological position using tactics that cause fear. Then the repeated failures can actually, eventually cause fear themselves. Finially, fear itself takes over due to repeated failures so that the person begins to self destruct as his or her failures cause more fear, and the fear causes

137

repeated attempts to try again, and then more failure cause more pain and more fear. It becomes a very self-destructive psychological cycle that decends into increasing psychological pain. Finally, to escape this pain the person is likely to no longer fight, and because they can not flee, then they copitulate and give to the FBI what the FBI wants. This is all together unjust, especially if the person is falsely accused. Because this torture violates a presumption of inocence, it is actually wrong against people who are guilty, because it takes away from such guilty people room for a just defense--which even guilty people must be given in order to allow inocent people to have a just defense and to defend themselves as well.

Now the FBI's argument against this reasoning would go along the lines of the following: If a person is not guilty, then they have nothing to fear. If they have nothing to fear, then these fear causing techniques will not work on them. This is a smoke screen by the FBI as they blow smoke. It is a smoke screen because they will make a very subtile and very sustained effort to cause fear in the suspect--efforts that I believe will suceed in almost any suspect, even if that suspect is inocent. One of the key features of the FBI's effort to cause fear is the neverending nature of their attempts to cause fear. If they do not cause fear this year by daily insulting and reminding the suspect that he or she is being investigated, maybe by next year fear will begin to take hold. And if after two years of constant insults and reminders to the suspect that he or she is being investigated do not produce fear, then maybe after three years of constant insults and reminders he or she is being investigated will produce fear. This goes on and on with not mere reminders, but psychological insults also. Furthermore, understand that in the mind of an actually inocent suspect, a mere reminder that he or she is being investigated is a very great insult. It hurts much psychologically to be accused via reminders of an investigation against a person when that person is in fact inocent. Such reminders not only cause psychologically pain, they cause anger. That anger then causes a desire for revenge--and the desire for revenge leads to kind of pleasure seeking that is the opposite of all of these insults--as desire to see your opponents destroyed. And this successfully puts an inocent person into that battle stance that the FBI actually wants; thereby putting their suspect onto the FBI's psychological torture rack that will inflict more and more psychological pain. And so this anger will lead to the fear that the FBI is attempting to inflict. And it goes on and on with failure at attempts to take that extreme battle stance that may be taken when some fear sets in. Think about it, if you detected that the FBI was involved in a secret investigation against you, would you not have at least some fear, even if you were inocent. What if you knew that you had an enemy who may have falsely accused you, and was the cause for the F BI now in your life. If you tell yourself that you had absolutely no fear, I assert to you that you might as well go into heart surgery without any fear also. You are lying to yourself if you tell yourself that you would have no fear. Especially if you realized that the FBI is going to check out your entire life and begin to apply other laws to your life in order to comprimise you in all ways that they can by draconian interpretations and applications of the reems and reems of laws on the books in this country. And what if a person falsely accused of some sex crime has a difficulty in his or her thought life in the area of sexuality, but has nevertheless never committed any sex crime? These kinds of people are also inocent, and they do not deserve to have their presumption of inocense taken away by psychological torture. An incopetent removal of a person's presumption of inocense by constant insults and insulting reminders of being investigated will lead to deep anger and deep fear, even if a person is inocent. And the anger is even more likely in an inocent person than in a guilty person. So if fear does not get a person because he is inocent, then anger is going to cause that suspect to decend into such psychological desire for revenge that can not come that they then decend into fear him or her self.

Now, you may ask, if an inocent person is being investigated by a secret search warrant, then why does not that inocent person seek a lawer who might help with the situation? Well, early in my investigation I did call a lawer, and he blew me off by language that basically said there is nothing that he could do. This is very sensible, since he would have to break through the legal protections that protect a secret search warrant. And, in order to break through the legal protections that protect a secret search warrant the person being investigated must show that something evil is being done against that person. This is very difficult to do when we are talking about sutle psychological techniques that involve mere insulting reminders that he or she is being investigated, that go on year after year after year. How do you prove to other people that such is harmful, unless he or she being investigated is a psychologist who has sufficient understanding of what is being done against him or her in the first place? Most people could never mount a clear argument against such subtil psychological torture.

In order for the subtile insulting reminders to be effective, the FBI must grip the suspect psychologically using the principle of psychological suspicion. All humans use suspicion to protect themselves. Overly suspicious people become mentally ill as they fear everything around themselves. Underly suspicious people sometimes fail to protect themselves from some harm coming their way because they did not see the threat coming. Some reasonable level of suspicion is a necessary component of human psychology, not too much suspicion, and not too little suspicion. The way the FBI grips a person psychologically by the principle of suspicion is to do rediculous things around the suspect that are easy to interpret as actions of the FBI. They may even come by as an actual human being wearing a jacket that has the letters FBI on that jacket, as they did with me while I was a work one day. Anyway, to grip you psychologically, the will do what they need to do to raise your suspicions. Then, after your suspicions are higher, they will begin to make their observable reminders tinyer and tinyer over the months and years of the subsequent investigation. This eventually leads to completely irrational fears where the suspect begins to become suspicious of almost everything. This is part of the scheme by which the FBI attemtps to increase fear and promote fear based self-destruction in the suspect. God has helped me greatly through this kind of evil stuff applied against me by the FBI for over six years. I believe it really is promotion of the psychlogical processes underlying the mental illness of schizophrenia, with that condition's characteristics of fear and paranoia and suspicion. This is a very evil thing to do to a person. What if the suspect had a predisposition to such a condition, but had never fallen into that illness? If such a suspect were pushed upon by such an investigation, that could cause horendous psychlogical pain and damage to that person that may lead to the complete ruin of the remainder of that person's life--which would be an extra tragety if that person was indeed inocent of the accusation against that person. The FBI goes about causing damage, and then covers their trails by the power to do so. I wonder how may people have been very deeply damaged this way in the history of the FBI? I very strongly doubt that the answer to that question is zero. Surely some, and maybe many. These techniques are very evil by their subtility and psychological force; they are a form of torture that I would classify as curel and unusual. And, even if they are not termed curel and unusual, they must not be applied so as to violate the presumption of inocence.

Now I am going to give some advice to any person who thinks that they are being subjected to just such an investigation. There are psychological techniques that may be applied to help. You must deal with the following psychological concepts with real understanding. These concepts are

1) Anger
   Especially the anger desiring justice if you are falsely accused.
2) Fear
3) Pleasure
   Pleasure associated with nice things like sex and food.
   Pleasure associated with the desire for revenge.
4) Teasing (a combination mechanism involving anger and pleasure).
   Teasing tends to combine the above two types of pleasure mentioned above, at least
   the FBI worked to combine them in my case.
5) Confusion

To help deal with anger, you must recognize the source of your anger. If the FBI is frequently reminding you that you are being investigated (for me, that involved certain particular car stickers and arms out mostly the driver side window going to a from work. It also involved certain hand-face jestures duplicated from a relative in my life in other people in my life. these reminders came in other forms as well. Some reminders were ment to cause fear only. Some caused reminder of sexual things as well. Some were more focused on direct insults, etc...). So, the one very essential thing that helped me to reduce my anger involved prayer to that God would forgive the person putting that reminder or insult into my view--and also prayer that God would help me to forgive them sincerely as well from my heart.

To help deal with fear there is a very subtile feature of psychology that I only began to understand, and then got confirmed while reading a book on psychological techniques for training dogs. That principle I first discovered when I was attempting to use reverse training (As an electrical engineer, I have been for years interested in the engineering field called artifical neural networks. During my study of that engineering field, I did a paper on the concept of countradictory training set-data used to train neural networks wherein the data had inhearent countractictions. This study caused me to appreciate that the human brain must have some powerful and elegant method for dealing with such situations, because countradictory data can be very damaging to the training process of an artifical neural network.) on myself as the FBI was using their techniques against me. I discovered the counterintuitive observation, and I even used that word "counterintuitive", that I was helped when I rewarded my fear response with a treat such as a date or a raisin. I did not understand it though, and I could not put it to words beyond the word "counterintuitive". But, when I read this book on psychological techniques for training dogs, I came across a statement that used the very same word I used, namely "counterintuitive", and in that statement the author of that book said to relieve fear in a dog you should give to them some pleasure, such as a doggie treat that the dog loves to eat. This then opened the door in my understanding and began a cascade of deeper understanding into what the FBI was doing to me. If I eased the fear that they were causing me, then I grew braver and was less intimidated by their constant reminders. I eventually expanded this concept beyond what I learned in that book and realized by experiement that the psychological pain caused by the constant reminders and repeated failures (pain of reminders and pain of failures are actually not equal, but nevertheless, both types of pain responded) were relieved by giving to myself pleasure during the experience of the failure pain or during the experience of the reminder pain. Pleasure helped in both cases. This helped to relieve the fear. Now, something to note in dealing with this fear thing. This help by giving to yourself a treat is not the whole answer. To help further with the fear issue, you may use the treat approach to releave the pain; but to keep the repeated pain from coming back and overwhelming you (because the FBI will try harder if you try to use counter training, such as I was doing), you should understand that you have a good chance to reduce the repeated failure pain component if you just stop making goals for yourself that are unsustainable. It is those goals that you keep failing at, which goals the FBI will push you towards by using fear and intimidation to thereby make you try too hard and to fail at those attempts, which after a while becomes very intimidating and psychologically painful. You

138

instead need to be normal; not highly defensive. This advice on acting normal may not work if you are indeed truly accused and you have a sin weakness in a certain area such that if you act normal, then you may get caught up in what the FBI is attempting to catch you at. If you can afford a psychologist and get theorpy (the FBI will probably meddle with your psychologist, but if he or she is good, they may still be able to help some), that may help some. Another thing that can help if you go to a psychiatrist, very much in fact, are modern psychoactive medications that are used for relief of anxiety, such as the drug Abilify, and the drug Zyprexa. Abilify is more modern and has less side effects.

Rememer that the pleasure of the desire for revenge is dangerous, and you should recognize when that pleasure is being provoked by teasing techniques being used upon you. The FBI will attempt to join that pleasure for the desire for revenge with any pleasure associated with the accusation that may be against you. If you have been falsely accused of some sex related charge, then the FBI will be attempting to join your desire for revenge (by teasing you to elicite anger and by making you anger by repeated insults) with sexual desire. The desire for revenge can be very powerful, especially in an inocent person who has been falsely accused, and so that is why great importantce needs to be placed on seeking in your heart to forgive from your heart. Pray to God for help in this need to forgive your tormentors, the FBI, from your heart. Relieve your sexual desire in an honorable way such as with your wife or by private masterbation. Avoid situations wherein you have a weakness that is not honorable. Also, the FBI will attempt to deny you are simple pleasure, such a growing a garden--I believe the FBI has been nicking the blooms on my tomato plants to keep them from producing tomatos, for example. A little way to make me angery, and to deny me of an healthy simple pleasure.

Teasing is a powerful technique used by the FBI. They are surely desiring to lead you down the primrose path into some destructive behavior. Teasing is the rubber leash by which they will attempt to do that do you. The leash is rubber, and you need to recogize its pressure on your neck, but that it is streatchable. Dealing with this teasing is best done by recognizing the anger component and the pleasure components in it. The anger component involves hope of the pleasure of revenge as well as the separate and distinct subject pleasure that they are teasing you with, probably sexual sights such as scantily dressed women or whatever may be the subject of your investigation. Deal with the anger component again by seeking forgiveness. Deal with the subject pleasure in some proper outlet, as stated earlier, and mayby by pleaure substitution such as going for a nice hike (though, the FBI may attempt to interfere with your attempts at pleasure substitution).

If you show some understanding of what the FBI is doing around you and you attempt to resist them, they may mix things up in their actions around you in order to confuse you. You see, if you could just lower your suspicion and not pay attention to them--this is very hard to do, maybe impossible, because of the fear component powerfully based in the mere thought that you are being investigated--then they could not communicate with you, and so you could not be hurt by them. The only things that I have found that helps with lowering suspicion are the anti-anxiety drugs, and the pain relief by pleaure-rewards such as eating dates and rasins at pain moments--this reduces fear to some degree and consequently helps to reduce suspicion some. The drug approach is more powerful because the modern anti-anxiety drugs seem to keep the psychological pain from getting memorized, and hence the psychological pain does not build up event after event.

The technology that the FBI used against me is very awsome. The bugs they have are undetectable to me. I have yet to find one. Also, I believe that the vision bugs (bugs that can see--super tiny chips that operate like cameras) come in at least two flavors. One for visual light, and the other flavor for inferred light. The inferred light vision bugs are for seeing through clothing. The FBI wants to see through clothing so that they may see if a man is getting aroused. This is very important to them in sex related investigations. Because of many interactions with the FBI's manipulations around me, I believe that most likely they are even able to see slight blood flow increases in a man's scrotum, long before he becomes aroused. This kind of higly detailed feedback is used by the FBI to focus their psychological manipulation techniques to manipulate a man more effectively. For example, if a slight blood flow increase is detected by them as they are watching me in response to something that they have done around me, then as a psychological reward to me, they may remove some insulting feature of the situation around me, thus neurologically reinfocing my tendency to get aroused at whatever they are trying to trap me in. This is a kind of biofeedback that is very manipulative and very powerful and very unjust and counter to honest justice. Biofeedback and behavior modification techniques should only be used to encourage people to good behavior, not evil behavior after which the suspect is arrested for something he supposedly did of his own free will, when in fact he was powerfully manipulated.

Also, since I am an electrical engineer, I am very aware of technology. I know that there are very high-speed artificial neural network silicon chips that can process dual camera images to resolve sterioscopic focuses in milliseconds. This technoledgy is attached to the FBI visual bugs so that at the FBI headquarters the FBI is able to tell with very high precision where a person's eyes are looking. This technology is in use in modern fighter aircraft as piolts can aim wepons merely by looking with their eyes at a target. And the FBI is using this technology also against suspects. This is especially important in sex related investigations because the FBI wants to see where a suspect is looking at on other people's bodies. If a suspect looks in a certain location and gets aroused while looking at that location, then that is exactly the kind of evidence that the FBI is trying to get in order to cause you legal trouble.

I believe, after 6.5 years of investigation, that virutally all of the traffic lights are networked together across the entire USA so that the FBI can manipulate those traffic lights. This is very important for secret investigations because the FBI must always be able to keep their watching people near the suspect. Also, the FBI uses tricks with multiple cars and people so that you may not be followed to long by any one person. Thus, detecting that you are being followed is very difficult, if not impossible. Though, one time I pulled off of a freeway very quickly, and the FBI truck behind me was supprised and had quite a difficulty adjusting quickly and following me down that off-ramp.

The FBI has what I would call "reverse bugs". These devices are tiny little things that go well into a person's ear conal. These devices are radio receivers that speak a tiny voice that can only been heard in the ear of the person wearing such a device. This technology allows the FBI to direct people to say things in conversation to you. They can put words into a person's mouth. These devices also exist for use in dogs so that the FBI can direct dogs without outwardly audioable commands that other people can hear.

My life history. The following text is extracted from a paper I wrote, and so it may have some Bible verses in it that were put there for the purposes of that paper; this text gives my history that lead up to the investigation that I now find myself in. Reading this material will help you to understand where I am coming form and why I wrote this document.

My History:

Though my upbringing as a child did not involve reliable exposure to the Bible, it did involve some exposure. And because of the early exposure I am unable to say when in my life I seemed to have become saved. All I know is that over the 49 years of my life (I am writing this sentence at 14Sep2007) since my birth on Dec 14, 1957 I have had a slowly increasing awarness of God along with a slowing increasing closeness to the Bible. At about the age of 12 or so I began to attend church on a fairly repeated basis, but the church I went to had no depth, as far as I can remember. A few years later, at about the age of 14, when I started high school, I got exposure to a better church (just a little better, because the pastor at least attempted to teach through passages in the Bible) and began to attend that somewhat better church. That church taught the false doctrines of free will and dispensationalism, but nevertheless, some important true doctrine entered my heart from that church. But God eventually motivated me to leave that church because its free will doctrine was countering my effort to make my own calling and election sure. During my high school years I discovered a reformed Bible teacher on the radio. That man taught me a great deal of truth; not the least truth of which was how to study the Bible itself. Fish yourself and give that fish to somebody, and you feed that somebody for one meal. But teach that somebody how to fish, then that somebody will have many meals to come. The church I attented did not know how to study the Bible. But when I learned from that fine Bible teacher on the radio *how* to study the Bible, then now I was on the way to making real progress, by God's blessing, to understand the Bible. This would go a very long way in my need to make my calling and election sure; and it has done so all my life ever since. You can do the same; and because there are so many false teachers everywhere (and how do you know that your pastor is faithful if you do not check out what he says against the Bible yourself?), you really are nearly forced to do the same as I did by checking the Bible against what Bible teachers in my life taught.

I graduated from high shool in 1976. I then worked on getting a degree in engineering (electrical) a UC university here in California in the USA. In 1981 I graduated with that bachlars degree in enginnering and begain to work as an engineer in 1981. During my high school years there was a young woman my age I was a social friend with, and I had introduced her to that free will church I used to attend. She liked that church and so attented, quite independently of me for years thereafter. We had an understanding that I had setup that after I got my master's degree in computer science that I very likely would be interesting in marriage. I actually did a very evil thing to her in that during the time between when I got my bachlars degree in engineering and then later got my master's degree I lost interest in her, mainly because--even though I have very little communication with her--she never seemed to gain interest in the reformed Christian doctrines that I had changed to when I left that free will church that she was still attenting. In the very same month that I was to graduate with my master's degree in computer science she found my phone number and left a short message onto my answering machine. I returned her call by leaving a very terse and uninterested message on her answering machine, and so I rudely left her with no explainiation. She likely wasted years of her life hoping that I might marry her; but instead I showed to her a very cold shoulder by that terse phone message, and left the whole thing at that. If she is still alive and if she reads this sentence, she should know that I deeply appologize to her for this evil act I did against her. And, if, in the future God blesses me with a very strong bank account, I may give her a one time only payment of up to 3% of my bank account as an appology for that evil act I did to her. Right now, that 3% is very small, and I am suggesting that she not attempt to collect from me now if she is reading this. I fully expect, due to the way I expect the matter of the death and resurrection of the two witnesses to go, I think that Rev 11:10 where it mentions "gifts" is actually refering to huge sums of money, and I think that after all the dust settles after the two witnesses are resurrected I may have a large bank account from which that 3%

would be a very handsome sum. Then this appology would result in some money that may help to give to her some comfort for all the evil I did by leaving her hanging the way that I did. I actually believe that the situation that I now find myself in, which situation required me to write this paper, is chastisement from God for what I did to her in leaving her hanging the way I did years ago in 1994, the year I graduated with my master's degree in computer science. If I had just given to her a clear, honest explaination--rather than basically a mere non-informative cold shoulder--why I was no longer interested in her, then these things of God's chastisement against me, which I will discuss further below in this section, most likely would not have happened to me. I did, some years after 1994--I do not remember the exact year, but the it may be 1999 or so, I did attempt to get a letter to her through the human resources department of where I thought she still worked to give to her that explaination that I so rudly failed to give to her in 1994. But that small act of repentance was not enough to please God so as to beseach God successfully to take me out of the situation that was developing in my life the years after 1994. God had other ideas. So here I now am writing this paper.

When I gave that cold shoulder in 1994, I said in my heart, in effect, I was going to find someone else that would be more my choice for a wife. Now, for some more history of my life leading up to that moment in 1994 when I thought I was going to eventually find a wife: In the year 1981 when I began to work after completing my bachlars degree in engineering I began to re-attend that free-will, dispensational church that I had attended for years before. When I was working on my bachlars degree in the last two years of that work I did not live close to that church, so I could not attend it. During those two school years I attended a small free-will church near the UC school that I was studying at. Even though I knew free-will was a false doctrine, I knew that I needed to go somewhere because we must seek God every week in pursuit of God's truth and to share God's truth with other people. So church has been important to me ever since my high school years. When I completed my bachlars education I returned to my home city in southern California (Escondido, just north of San Diego) and resumed attending that free will church I had attended for years. After a few months, though, I finally came to that point when I said that I must leave this church because their false doctrine of free will was hindering my need to make my calling and election sure. And since I knew that fine radio Bible teacher attended a certain reformed denomination here in the USA, I decided to try that denomination. That denomination did have a church in my home city. So I began to attend that church. To my delight I met other people there who liked that same radio teacher. This was quite to my delight, because now I had found people with a love for the reformed doctrines of election and total depravity and limited atonement. Now, at this church there were a lady or two who showed interest in me who I could have gotten interested in marying. But two things held me back. One was the fact that I did not want a family (and I strongly believe that birth control is a serious sin) to support if I was going to pursue a masters degree eventually. The other was that the mother of the lady I was interested in clearly did not like me. I did not want to marry into a family with that sort of problem. Furthermore, daughters often grow up to be simular to their mothers; also this young lady made a small descision that I looked upon as a careless and unwise handeling of responsibility--which turned me off towards her even more. Noticing these things before marriage is much better than noticing them afterwords. Now, this young lady also had a sister that I was a little interested in as well. But this sister had a weight problem which made her unattractive to me. So for these reasons I did not find a wife at that church, even though I attended there for years. I was strongly demotivated towards marriage because I wanted to get that masters degree first, anyway. Now this family with these two sisters was and I am sure still is a very nice family. I still fondly remember that they sent to me a simple, but thoughtful card when my mother died in 1986. I do not remember anybody else from that church doing that. That church had fairly good doctrine, but they were a little cold socially towards people who did not have exactly the same cutural background as they had. So I did not mix in at that church very well any way, and that contributed even further towards me not finding a wife there. Now, the few people that I was close to there at that church were mostly not of that church's cultural background, and the total number of these people did not include any reasonable canidate for marriage with me. So I had some close friends at this church, but marriage was fairly locked out. I believe, ultimately, this was God's planning, anyway.

In 1987 I quit my engineering job and moved to another city in Southern California named El Cajon that was close to the university that I was going to attend in pursuit of my masters degree in computer science. There in El Cajon were other people that were realitives and friends of the few people that I was close to at the church in Escondido that I had been attending. One of those other people was a man with only a high school education that nevertheless had a clear understanding of how to study and understand the Bible. I could see that he had the wisdom of God in him, and still does, I am sure. If a person is truly born again, he can not lose his salvation--but serious sin can cause us to rightly doubt our salvation, even as we must always be seeking to make our calling and election sure. This man also liked that radio Bible teacher that I liked, and had learned from him as well how to study the Bible properly, by comparing verses with verses to better understand any particular verse one may be considering. For years (I took a long time to get my masters degree in computer science, 7 years to be exact, because I was crossing disciplines from engineering to computer science, amoung other reasons) I fellowshipped with this man and other people as well on Sundays after church; and we all attended the same reformed church as well. There was a chef amoung these friends who made truly fine salsa (a spicy tomoto preperation that is very nice on potato chips or corn chips), and he would bring a batch of his hand made salsa for our enjoyment Sunday afternoon as we all would talk about doctrine and the Bible for hours and hours, until time to go back to church for the Sunday evening service. I grew greatly over the years as I engaged myself in the conversations with these other people. They tended to take a doctrinal stance in one very important area that I strongly differed from them in, though. They strongly emphsized grace in a way that troubled me greatly. I strongly emphsized obedeance, to the point that I am sure troubled them greatly, probably to the point that they may have wondered if I had a works gospel. And to some degree I wondered if they had turned the grace of God in lasciviousness (a license for sin), as Jude 1:4 speaks. Sometimes in the middle of this 7 year time period I began to spend my Sunday afternoon time with other believers, some of which were more friendly to my stance on obedeance. This new location was with a old man who was a very talented advertisement writer--being a Christian, though, he was very careful to make sure his add-copy was truthful. This man loved the Bible greatly, and was a strong advocate for obedeance as well. I learned some important truths from him, not the least of which was his very powerful test for whether a doctrine is true or false: namely, if the doctrine does indeed glorify God, then it stands a very good chance of being true; and if it glorifies man, then it stands a sure chance of being a lie. Man deserves nothing, he is such filthy scum; so anything that glorifies him must be a lie. Now, a man may concoct some bogus doctrine that sounds like it glorifies God; we should at least check it out in the Bible to be sure that it is true before we deeply commit ourself to believing it. Also this man was very naturally talented with emotional wisdom in dealing with other people; and I, being an engineer that was more focused on how to make electronics and computer code operate properly, had things to learn from this man in this area. So he was a blessing in my life. Near the end of his life, the last two years in fact, I got involved with him and his family by doing gorcery (food) shopping per his wife for them both. I also came by early mornings to help with care giving during the last year or so of his life. He died in Dec 1996. I am looking forward to being spiritually reunited with that lovely man in heaven, along side Jesus, our savior.

Now, around April 1994 I was finishing my masters degree in computer science, and that is when that lady I knew from high school left her message on my answering machine, and that was the time when I returned her message with a message on her answering machine that was very cold, and which left her rudly hanging after years of her wondering if I might still be significantly interested in marrying her. So, likely within weeks after that rudly lacking message of mine I was invited to visit some friends by another friend (that man who had only a high school education, but which I believe, even to this day, had and has the true wisdom of God in him--that is, he was and is indeed a true believer). These other friends involved a large family that we both knew well and were mutual close friends to, each of us. Now these children I liked to play with by tickeling them. I enjoyed their laughter and they generally took it well. But there was a problem I had known only to myself. I regarded it in my heart as a rather small problem, but I knew it could be taken wrongly by giving the appeareance of evil to other people. Sometimes, when I was tickling these children I would get aroused somewhat sexually. No one ever noticed because I generally tried to keep it hidden. But on this day that man with only the high school education seemed to notice. I saw the look of supprise and shock in his face. But because of a particular mindset that had developed in my mind towards that man because of the long debates over grace verses obedeance between him and me, and others and me, I knew that I now had lost the faith of a potential enemy who most likely hand a mind that was now indeed evil-affected towards me. Also, in these debates about grace verses obedeance I had long suspected that this friend I had now lost the faith of and had now become an enemy would most likely lie if I confronted him about what I suspected he had noticed. Surely, in his mind he now looked at me as some sort of evil hypocrite because of the way I talked about obedeance, but now here in my life he had noticed something that made me look evil in his eyes. Also, another factor that feed into my desire not to confront him on this matter was an attitude I had towards lying that had formed in my mind from a child. God made me in such a way that lying is not a strong sin weakness with me; I hate lying and generally avoid it most of the time--we, including me, are all capable of lying sometimes, but we should hate it and should avoid it, even if there is a high price to pay for telling the truth. In this hatred for lying I tended to have a hatred for others that had lying as a sin weakness. Now, this is a judgemental and non-forgiving attitude on my part because it lacks mercy. Yet we should hate sin of all sorts. One area of great challenge in life is working with the sin weaknesses of others in our life, as well as coping with the greater problem of our own sins. We are not to be a judge of sin in other people's life unless the door of allowance exists between us and the person in sin. That door might be to be a parent; in which case the door of allowance is the requirement by God that parents deal with sin in their children in a loving and wise way by confronting them in their sin, sometimes with chastisement. Or the door might be that we are a police man, and we are authorized to deal with sin. Or the door might be that we are a friend of the person who has committed a sin, and that friendship has an open understanding that we are permitted to help each other deal with sin. We are not in a position to go about judging other people arbitrarily because of sin we see in other people's life. As we read:

Jas 4:11 ¶ Speak not evil one of another, brethren. He that speaketh evil of *his* brother, and judgeth his brother, speaketh evil of the law, and judgeth the law: but if thou judge the law, thou art not a doer of the law, but a judge.

140

12 There is one lawgiver, who is able to save and to destroy: who art thou that judgest another?

So my attitude was judgmental in a strange way, and yet appropriate because I decided to let him have the consequences of his sin towards me and to not judge him, since I strongly susptected that he would lie to me anyway. Now his sin as I perceive it is that he did not come to me rather and attempt to deal with me; and that most likely he was destined to gossip behind my back for now on anyway. Maybe he also thought the door between him and me was not open, and that I would onlydeny my sometimes getting aroused when tickling children. Who knows, maybe I would have denyed it; but knowing myself, I suspect I would not have argued with him if he had confronted me--I would have admitted that what he thought he had observed was indeed true. But we will never know, that is not how things turned out. He said nothing to me, and I said nothing to him. But I clearly saw that stark look of supprise on his face everybit as clearly as he may have perceived that I had gotten aroused. These events happened in 1994, probably not long after my rudly lacking phone message in April to that lady from my high school days.

Now, you may be wondering: "Why would I let my friend have the consequences of his sin of not dealing with me and of gossiping against me if those consequence would cause me great pain?" The reason for this attitude in me is that I deeply believed that if I was going to stand for truth so as to defeat lies--and when someone gossips behind someones back, then lies to cover that gossip are going to happen-- I might as well let the consequences of those lies grow to the maxium possible, because then the greatest victory against lies would be obtained. The higher the lies go, the bigger the crash when they fall, and the bigger the lessen to avoid lies. This strange attitude has been in me from a young child. Some how God created me to think this way from a young child. It is simply how God has designed me. And it shows how much I really hate lies. It shows that I am willing to suffer in a great way in order to defeat them. I love truth. Now, we are all capable of lying every day, I include my self in that statement. Yet, if someone hates lies, then the amount of lying that that person will do will be much less and usually much less serious--simply because a person who hates lies simply will not put him or her self in a situation so as to be forced to live a lie in order to hid it. A hater of lies comes clean pretty quickly because he or she can not tollerate the insecurity that comes between that person and God and that person and other people as the attempt to live a lie is made. Also, a hater of lies is rather unlikely to put himself into a situation where he needs to lie anyway. For example, a true hater of lies may tell somebody that is beginning to gossip about somebody else, "Please stop, I do not want to hear it". The hater of lies will say this because he seeks to avoid in the future being required to lie in order to cover something he or she should not know in the first place. In any case, some lies will never be found out *until* judgment day. But they will be found out *on* judgment day. As we read:

Mt 10:26 Fear them not therefore: for there is nothing covered, that shall not be revealed; and hid, that shall not be known.

The idea in the minds of many people is that if something is true, then to tell it to others is not gossip. Well, there is some truth to that; but remember if you are hearing only one side of a situation, and are not hearing the other side of the situation from the person being gossiped against, you only have half the story. Even if the gossip's story sounds very convincing, if you have not heard the other side then you are taking quite a risk in believing what that gossip is saying. Oh, you say, "What risk is there in believing some story from some gossip about somebody else; how could that hurt me?" If you really think that in your heart, that is strong evidence that you are not a lover of truth. You will believe anything that tickles your ears and pleases you. What is hurting you is your whole attitude towards truth, or lack of love for truth. So what will hurt you is that you are going to end up in hell with that lack of love for truth and God will require of you the same attitude you showed towards others in the way you relished hearing one side of the story without hearing the other side of the story. Hell or the eternal lake of fire is a place where the second command to love your neighbor as your self is fulfilled by requiring all the inhabitants to experience the evil they did to others against themselves. The lies and un-defended-against statements you loved to hear of others in this life will be told of you in hell by others. So when you ask "how could that hurt me?", you are being seriously foolish, and are ignorantly, or even deliberately shaking your fist in the face of Almighty God, who is Truth himself. To be sure, somebody may tell us a story, and we may listen. But if we say in our heart, I am not sure that is true; I need to hear of the accused before I can even begin to be sure--then you are doing better. Notice, when Paul heard some gossip, he said "I partly believe it:"

1Co 11:18 For first of all, when ye come together in the church, I hear that there be divisions among you; and I partly believe it.

That statement "I partly believe it" means he suspects that there is some truth in what he heard, but it is not a wholesale commitment to something concerning which he has not heard from the accused side. Furthermore, in the context of this verse we understand that Paul is speaking directly to the accused in his letter to the Corinthians, because the church at Corinth or the people at that church are the accused. In this way, he is actually giving them a chance to hear what the accusation is against them. But the opposite, that is gossiping behind somebodies back and not giving them a chance to defend them self is vile, and God speaks of it as a direct violation of the second commandment to love one's neighbor as one's self. As we read:

Lev 19:11 ¶ Ye shall not steal, neither deal falsely, neither lie one to another.
12 And ye shall not swear by my name falsely, neither shalt thou profane the name of thy God: I *am* the LORD.
13 Thou shalt not defraud thy neighbour, neither rob *him*: the wages of him that is hired shall not abide with thee all night until the morning.
14 Thou shalt not curse the deaf, nor put a stumblingblock before the blind, but shalt fear thy God: I *am* the LORD.
15 Ye shall do no unrighteousness in judgment: thou shalt not respect the person of the poor, nor honour the person of the mighty: *but* in righteousness shalt thou judge thy neighbour.
16 Thou shalt not go up and down *as* a talebearer among thy people: neither shalt thou stand against the blood of thy neighbour: I *am* the LORD.
17 Thou shalt not hate thy brother in thine heart: thou shalt in any wise rebuke thy neighbour, and not suffer sin upon him.
18 Thou shalt not avenge, nor bear any grudge against the children of thy people, but thou shalt love thy neighbour as thyself: I *am* the LORD.

Notice Lev 19:17 says that we should rebuke our neighbor in order to help him with sin that we see or perhaps see in his life. This is in response to verse 16 that talks about gossiping against somebody; we should not go gossiping about that somebody; rather we should seek to help that somebody. But if the door of friendly correction is not open, then we can not apply Lev 19:17, and if there is not an honorable authority structure over that situation that we may *honestly* appeal to such as a reasonably honest government; then we may just have to give this situation to God and wait on God.

I admit, situations can be very ugly and painful, especially if third parties are being hurt. And the function of police is to protect just such third parties. In any case, if you go to the police concerning a situation, be sure never to speak as fact anything you have heard unless you have powerful verification that that anything is indeed fact. Rather, simply say I heard as gossip the following, and I do not know if it is true. Now, the police may mishandle that information and in a very evil way abuse the accused in some way so as to attempt to force the situation around the accused to match the gossip. Yet, the gossip could be entirely untrue. In this case the police have been manipulated and used as a weapon in the hand of the gossip to destroy a falsely accused person. So bringing police into a situation based on gossip only might turn out to be a very bad and unjust decision. Sometimes, if we have inadequate information, we are more honorable if we simply leave the situation up to God. God is always just, anyway.

And Jesus did say:

Mt 7:1 ¶ Judge not, that ye be not judged.
2 For with what judgment ye judge, ye shall be judged: and with what measure ye mete, it shall be measured to you again.
3 And why beholdest thou the mote that is in thy brother's eye, but considerest not the beam that is in thine own eye?
4 Or how wilt thou say to thy brother, Let me pull out the mote out of thine eye; and, behold, a beam *is* in thine own eye?
5 Thou hypocrite, first cast out the beam out of thine own eye; and then shalt thou see clearly to cast out the mote out of thy brother's eye.
6 Give not that which is holy unto the dogs, neither cast ye your pearls before swine, lest they trample them under their feet, and turn again and rend you.

The reference to "dogs" and "swine" could include the unsaved police in the government over your head and over the head of the fellow Christian who is accused of some sin. And the fellow Christian, if he or she is a true believer, is actually a Saint, and a Saint is holy. That is what the word "saint" means. A saint is a true believer; all true believers are saints and all true believers are holy. Giving the holy unto the dogs could cause those dogs to eventually come after you as well; that is what Jesus is saying in Mt 7:6 above.

Also, we are not to go to secular (unsaved government) over our heads to have judged matters that should be judged within the church amongst believers only. As we read:

1Co 6:1 ¶ Dare any of you, having a matter against another, go to law before the unjust, and not before the saints?
2 Do ye not know that the saints shall judge the world? and if the world shall be judged by you, are ye unworthy to judge the smallest matters?
3 Know ye not that we shall judge angels? how much more things that pertain to this life?
4 If then ye have judgments of things pertaining to this life, set them to judge who are least esteemed in the church.
5 I speak to your shame. Is it so, that there is not a wise man among you? no, not one that shall be able to judge between his brethren?
6 But brother goeth to law with brother, and that before the unbelievers.
7 Now therefore there is utterly a fault among you, because ye go to law one with another. Why do ye not rather take wrong? why do ye not rather *suffer yourselves to* be defrauded?
8 Nay, ye do wrong, and defraud, and that *your* brethren.

Now back on the matter of me still seeking to find a wife. Believe it or not, even though I show in the paper a fairly deep understanding of human sexuality, I am still a virgin. I have never had sexual relations with any human being, woman, nor by homosexuality with men. I am an acutal virgin at the age of 49. I did get very close to losing my virginity when I was young, even around the age of 9 or 10; but God protected me and so I never lost my virginity. But in my heart I have suffered a long time over these many years wishing I had a wife. But I have not found a woman who is convincingly born again. Churches being apostate all around me force me into the situation where I must spiritually

141

examine a woman very carefully before I can even begin to suppose that she is indeed a true believer. Furthermore, I have had very great difficulty in even seeing how a wife could fit into my life presently, both because of a difficult situation where I am helping in the care of a handicapped realitive, and also because I have been falsely accused of something the details of which I do not know--and the FBI, by my best perception, have interfered with the possibility of me meeting Christian women that may be appropriate to me--because any church I might go to in attempt to look for a wife, the FBI is there behind the scenes manipulating people and circumstances--because the FBI must think that I am some sort of dangerous person sexually. But I am not such. I am a true saint, and I have been cast to the dogs, the FBI, by a fellow believer. The FBI may eventually desire to destroy that man who has falsely accused me and come against him because he cast that which is holy to the dogs, as Jesus speaks. Nevertheless, if circumstances go as I suppose God is likely to direct them, I will seek to protect that man when God gives to me adequate power in my situation to do exactly that. I will seek his good, even though he has sought evil towards me. You see, I believe that the secret investigation that I have perceived has come against me by the FBI is there because that man who apparently saw that I got aroused when tickling children most likely (I have not verified this by direct examintation of other people--because I have a promise to the man that false accused me to not seek witnesses against him; I gave to him that promise because I wanted to ease his fears and to drop the situation between him and me and to let the matter die with time) got very caught up in gossip against me, and because very fearful that I was going to pursue the matter of that gossip and perhaps sue him for slander. I have no such intent, and God help me, I will never do that. But such a lawsuit may be his fear. Consequently, I suspect that to make his gossip story convincing to protect him from any slander lawsuit, and to help him uncover any spies that he fears I may have relating to the situation (spies would be supposed friends of mine who have heard of the gossip who may be sufficiently friendly with me to reveil mine accuser's gossip against me), he created some false charge and with false evidence, or maybe just words by other people, I do not know, to give to the FBI sufficient cause to be interested. Now, I suppose that the accusation he spoke was tentative, and not too stong, simply out of fear of getting caught up in something he could not back out of later. So my situation went as follows. Because I have been so long desiring a wife, and God has not brought the right woman into my life, I have developed a modest problem with adult pornography. I am not into it in a heavy way. But occasionally I do have a bout of failure where I pursue it a little. Before the investigation was noticed by me, I would engage in it about once every two or three months, or longer between events. And I never paid money to gain access into a pornographic website; the only pornography I viewed was that which was viewable without paying money. This problem with pornography in my life is really an example of 1Co 7 verses 2 and 9. 1Co 7:1-9 says:

1Co 7:1 ¶ Now concerning the things whereof ye wrote unto me: *It is* good for a man not to touch a woman.
2 <u>Nevertheless, *to avoid* fornication</u>, let every man have his own wife, and let every woman have her own husband.
3 Let the husband render unto the wife due benevolence: and likewise also the wife unto the husband.
4 The wife hath not power of her own body, but the husband: and likewise also the husband hath not power of his own body, but the wife.
5 Defraud ye not one the other, except *it be* with consent for a time, that ye may give yourselves to fasting and prayer; and come together again, that Satan tempt you not for your incontinency.
6 But I speak this by permission, *and* not of commandment.
7 For I would that all men were even as I myself. But every man hath his proper gift of God, one after this manner, and another after that.
8 I say therefore to the unmarried and widows, It is good for them if they abide even as I.
9 <u>But if they cannot contain, let them marry: for it is better to marry than to burn</u>.

The details of how I noticed that there was an investigation against go as follows. There was a tract I wrote in 1998 entitled "The Apostate Church". (That tract, by the way, is included in this paper as the second to last section. You may extract the text of that tract and reformat it back into a format suitable for tract distribution if you wish. It is a short statement on the apostate church that would be much easier to distribute rather than this huge paper you are now reading. Also, I have reworded a small section to encourage people to exit any formal church and to seek to be a part of a fellowship that is not a formal church whatsoever. The former version was not as strongly worded in this regard.) That tract was seen by the man who I believe has falsely accused me of something I have yet to hear of the details concerning, but such a false accusation must exist because I have detected a secret investigation by the FBI in my life. Anyway, I had also given a copy of my "The Apostate Church" tract to people who live in Northern California when they visited down here in Southern California. These people, though they are not close friends of mine, are strong Christians who view the apostacy of the church the same way I do, and when I heard them say such things at a Christian meeting down here in Southern California. After the meeting I walked up to them and gave to them copies of my "The Apostate Church" tract, because I thought that they would like it. These people are actually strong witnesses for the true Gospel. Now, the man who I believe has falsely accused me also knows these people. And I suspect that somehow, either through some third parties or directly, the matter of the gossip against me came up as a way of disqualifying the validity of the words that I wrote in my "The Apostate Church" tract. In other words, that man who has falsely accused me--though I do not know the details of that accusation--thought I was such a confused student of the Bible that I must be incorrect in what I was saying, and he thought that that tract should be opposed. Or, maybe he was opposing that tract because he did not want anybody from Northern California to contact me and to thereby allow me to find out about his gossip against me. You see, this man who I believe has falsely accused me has friends up in Northern California who hold the same view of grace that he holds, a view so lopsided in my opinion that I think that they are turning the grace of God in lasciviousness. And surely he has communicated both his gossip against me with those friends of his, people who also know me, but which are not close to me, and has also communicated his disagreement with my "The Apostate Church" tract--I presume he disagrees with it simply because after I showed it to him he never said anything that showed any real agreement with it to me. Also, since we basically became enemies over the grace verses obedeance issue, I all-the-more assume his opposition to me in many areas. I admit I am reading into the situation, but many small clues together confirm my interpretation of events, at least in my mind. If I am operating the way a schizophrenic operates with suspiciousness that is out-of-control in your judgement, then consider that I have lived my life from the point-of-view of events around me, and you have not had that perspective. The North American Indian's have a saying: "Do not criticize some one until you have walked in that person's moccasins [or shoes]". It is a good saying. Now, some confirming details are worth mentioning. These persons to whom I gave my "The Apostate Church" tract to after hearing their views on the apostacy of the church are radio Bible teachers. Now, I do not know them closely, but their messages encouraged me to give to them a copy of my tract. One of the radio Bible teachers has a daily call-in radio program that I years ago listened to very often. And one day I turned on the radio (I suspect that this event occurred somewhere in the years 1999 to 2001, probably the year 2000, to the best of my memory) for just a moment and heard comments from the Bible teacher that were along the lines of "...they just do not like what he has to say..." and I perceived that most likely he was talking about my tract to someone else calling in to the radio talk program about it. Also, years earlier, in the summer of 1995, when I went to a summer Christian conference in Northern California, the man who I perceive is the one who falsely accused me was also there, and other people that both that man and I also knew. Anyway, two people who I knew and who my likely accuser knew were standing in line for lunch or dinner, and they did not see me slowly walking towards them, and I over heard my name spoken and the sylible "ped..." I did not here the entire word "pediphile", but I suspect that was the word that I was hearing. These are just two such confirming pre-investigation details. The actual details that caused me to notice that I was being investigated occurred in April of 2001, and involved near simultaneous tampering with both my home computer via my modem (I used a stand-alone modem that may be externally powered off; this prevents undesired computer breakins--but when I was using the modem the lights began to show activity when I knew that no activity should be occuring, so then I immediately powered of the modem and cut the invader off--so they failed to extract much information via my 56K external modem), and evidence of tampering with my work computer; these April details motivated me to clean my home computer's hard drive because of my occasional problem with adult pornography--which probably made the FBI quite upset. These two events marked the start of the investigation, which technically I place on April 1, 2001, a pranksters day here in the USA called "April fools day"; it is a day when many people play jokes on each other and lie to each other and see who they can get to believe their lies. There are many other pre-investigation details as well; many of these other details have to do with a church that both my suspected accuser and I attented at the same time. But I will not go further into these details, because without strong direct evidence I will not make my case as convincingly as I need to do--and remember, I did make that promise to him not to seek for witnesses against him, and will hold to that promise until the day his accusation is made known to me by the legal authorities, that eventually I expect to arrest me. Then many confirming details will flow to me, with lies as well, since the accusation must be false, since I did not do anything to deserve this investigation. Finially, God, in the future will ensure that my accuser is forced to admit that he bore false witness against me. I will wait on God for this event--but God has given me the understanding of how to force this issue with my accuser, and that forcing has to do with the gift-giving mentioned in Rev 11:10, which says:

Rev 11:10 And they that dwell upon the earth shall rejoice over them, and make merry, and shall send gifts one to another; because these two prophets tormented them that dwelt on the earth.

I make the following proposal. After I get arrested by the FBI, I will force the legal situation with them by God's blessing, I will only succeed if God blesses me in my efforts, such that this paper is placed onto a high bandwidth web site server with a domain name such as www.2witnesses.org or some such equivalent name if that one is already taken. The idea will be that people will read this paper and download this paper from this web site, and then after reading it they will decide whether to give money to a trust fund associated with this web site...... (end of this document).

142

Item 1

File Edit View Favorites Tools Help

Back Search Folders

Norton AntiVirus

Folders

- Desktop
  - My Documents
  - My Computer
    - Local Disk (C:)
      - Bundle
      - Documents and Sett
      - EPSONREG
      - Intel
      - My Backup -- 23-02-
      - My Music
      - Program Files
      - temp
      - WINDOWS
      - WorkNew
        - AlCaseStuff
          - BackupNotel
          - FirstDelivery
            - Authorsl
            - case
            - CDmage
            - Item1
            - Item2
            - Item3
            - Item4
            - Item5
            - Item6
            - Item7
            - Item8
            - Item9
            - Item13
            - Item15
            - Item16

| Name | Size | Type | Date Modified |
|---|---|---|---|
| Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof | 92 KB | DOC File | 9/19/2007 10:52 AM |

Type: DOC File Date Modified: 9/19/2007 10:52 AM Size: 91.1 KB | 91.1 KB | My Computer

143

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof

My name is Daniel David Zuck, born 12/14/57. Due to an unidentified false accusation against me (see the later section of this document where I state some of my life history and how I got into this situation of being investigated by the FBI via a secret search warrant), I have been subject to a psychologically based investigation whereby the FBI is attempting to justify some accusation against me that must have something to do with pedophilia, to the best of my speculation--do not immediately fault me; please read my life history that lead up to this situation before you wrongly assume I must be guilty of something; this life history is a large section at the end of this document. The reason that I am writing this document is to expose these psychologically based techniques because I have experienced them as a form of deep psychological torture, and because these techniques amount to coercion and go very far beyond any just method of determining guilt or innocency in regards to any charged criminal action. These techniques are very benign looking to any observer on the outside, and a core theme to the techniques is the manipulation of the emotion of fear. Now, does fear of the police always imply that the person who is doing the fearing is guilty of something. Consider the fear of a surgeon who is known to make errors in the past, and you are being forced to submit to a difficult procedure done by the surgeon. Furthermore, what if the surgeon had a family relationship with your family that was unfriendly. His attitude just might let him make a deadly or harmful mistake. This is the situation with the FBI. Their attitude must be incorrect, since their use of the principles of the psychology of fear includes a presumption of guilt. The reason I say this is because their use of the principles of the psychology of fear are actually very psychologically painful, even as water torture is in fact very painful psychologically. No person viewing water torture would think that such a thing is psychologically painful if they have no understanding of psychology--it is just little drops of water, how could that hurt? But, subject such a foolish person to the water torture himself, then he will begin to understand. Because torture is such an evil thing, we here in the United States know such a thing should not be done to suspects before guilt is fully determined in a proper court of law. If someone falsely accused you of something, and if the FBI decided to pyschologically torture you with water torture to see if they could force a confession, that would be very unjust. Now, you might take the foolish view that you have done anything wrong, and so such a thing would never happen to you. This is a rather stupid statement, and you are being an utter fool. Do you not know that there are many, many people who lie in this world? Or, are you putting on rose colored glasses and supposing that some of these many liars in the world around you would never falsely accuse you? If one of these liars hates you, he just might accuse you of molesting his little girl, and seek to blackmail much money from you, or he may even be seeking to put you into prison, simply because he hates you --and all he has to do is cause the FBI to believe his lie and then have the FBI subject you to psychological water torture indefinitely until you confess to something in fact that you did not do. This senario is all together possible because this psychological torture is being used by the FBI before they have proven that you are guilty. If the law of our country prevented the use of torture before the estabilshment of guilt, then this evil situation could not have come upon you, as long as the FBI reasonably held to that law.

This approach imposes the suffering that should be done to a person only *after* said person has been found guilty. Torturing should not be used as a means of gathering a

confession. If there ever is a justification for torture, it would be justified as punishment only *after* guilt has been determined. Hence, to use water torture to obtain a confession before guilt has been determined by a proper jury decision in the full court hearing process amounts to suffering before guilt has been determined. Now, our US constitution prohibits curel and unusual punishment. Do you suppose that this prohibition is to be applied only after the establishment of guilt, thereby protecting incarcerated people in prison who have been established as guilty? If someone is guilty of some crime and our constitution prohibits curel and unusual punishment after the determiniation of guilt, how much more should this prohibition protect someone *before* the determination of guilt by a court of law? A presumed inocent person must get even *more* protection from punishment all together, and especially torture, since they do not deserve any suffering until guilt has been established by a court of law. Hence, to torture someone with a subtile form of torture that mimics water torture in a psychological way must be ruled out as unconstitutional and a violation of the presumption of inocense until proven guilty.

Now I said that the psychological torture that I have in view involves fear. If someone said to you that you are going to be subjected to actual water torture, would that produce fear in you, even if you are inocent and did nothing to deserve that? Of course, that would produce much fear, especially if the statute of limitation of the crime were 5 years, and you were going to be subjected to this water torture endlessly for all 5 years in an attempt to extract a confession from you for something that you did not even do. You would be terified, and yet this torture involves mere little drops of water. Other fools may look at you while you are being tortured and say in their hearts: "he must have done something wrong, or he would not be in that evil situation". these fools have yet to experience one of 6 billion liars in this world coming up with some crafty false accusation against that fool so that that fool finds himself *unjustly* in that situtation.

Suppose that for the FBI in our day of understanding of psychology decided to use insults and psychological-suspicion-magnifying and anger and fear causing techniques as replacement for drops of water; that would still be a very evil form of water torture, but it would be even more difficult to perceive by the many fools of the world who think that such an evil situation could not happen to them. They would not even perceive the drops of water, let alone understand that any form or abuse or torture is occuring at all. Because of this inperceptable form of torture, the FBI could use such torture techniques to cause false confessions in the form of acting-out the behavior that the suspect reasonably speculates is the goal of his or her torturers, the FBI. In other words, the motivation of torture--give to my torturers what they want so that I can get out of this endless repeated cycle of rising and falling and excruciating pain, over and over again--would be injected into the suspect to cause an acting-out-confession that would then condemn that suspect in court, and the jury would not be convinced that any real torture at all occurred, and so the person who acted-out must indeed be guilty of the former charge, as well as the acting-out-event that most likely will also bring a new charge.

And suppose also that because you are now being investigated by the FBI because of a false accusation, and the FBI in all of their strident effort against you also notice many little events or technical law violations in your life that happen to people all the time, such as telling someone about a new health supplement or vitamin that may help with

diabetes, and so the FBI logs that event as a violation of the laws in this country as an attempt to practice medicine with out a license to practice medicine. Consequently, because of this false accusation against you, you now have many, many likely future problems legally that you do not really deserve, simply because the law against practicing medicine is being applied against you in a draconian way, simply out of the spite of the heart of the FBI. They hate you and they are not only attempting to destroy you by psychological water torture, but they will apply other laws in an unjust draconian way to destroy you in any way that they can. The FBI has become an abuser of their power, just like a policeman on the street who over uses his gun against people who look guilty. Even as Chicago police during the times of Al Capone are known to of said: "shoot first, and ask questions latter". This attitude is not gone from our police system in our day. It is alive and well in the heart of the FBI. This is very real. This is absolutely no joke. Your civil rights are greatly threatened by this attitude in the FBI. All it takes is a false accusation by an enemy of yours, and you to could know the reality of what I am talking about. Do not underestimate the threat on your life and your civil rights of what I am saying.

Now, I am going to discuss, with my non-professional wording because I am not professionally trained as a psychologist (though I do pick up on some of their lingo and will use that lingo to the best of my ability), my best understanding of the psychological principles that the FBI has used against me in the psychological water-torture that they have applied against me. Then I will discuss the actions used by the FBI in my life to invoke those principles and to effect the psychological water torture that they have been doing against me. Remember, water torture does not look painful, but in fact it is extremely painful in a psychological sense. Do not underestimate this pyschological pain!! It is very real, and is just cause for a very powerful lawsuit against the inflictors--the FBI are the inflictors--of such psychological torture.

The psychological principle that they use seems to be best understood as a system to psychological pressures that put a person into a high defensive stance to goes to an extreme, and then that stance is broken down by repeated failure to succeed at maintaining the defensive position. There is a principle in human psychology that the human brain is designed to cause psychological pain whenever we fail at an intended goal. This principle must be in our brain because God designed it to encourage us to do better the next time, or if success becomes to elusive with too much repeated pain in the attempt, then to flee that goal and no longer attempt that goal. Either fight and try harder again so that success is obtained, or flee and avoid trying anymore at all. This repeated psychological pain motivates the human to do either of those two options. Fight or flight is what the psychologist call this feature of human psychology. Fighting or fleeing are options that are the most obvious. But, what if a person finds himself or herself in a torture situation where fighting and fleeing become impossible. Resistance to your torturers is a kind of fighting, but if fighting does not end in success where you are freed from the repeated pain because the repeated pain comes and comes and comes with no end in sight, and if you can not flee, then there is a third option to fighting and fleeing--give to your torturers what they want, because you conclude that only then will this horendous pain finally go away. That is the nature of torture; torture removes the two options of fighting and fleeing, thus forcing copitulation to your torturers. I could see this principle of attempting to fight and flee from the FBI in all of the psychological

torture that the afflicted against me, and a decent into motivation to give something that would satisfy my torturers, the FBI.

Now, in order for the FBI to cause psychological pain, they must put a suspect into a battle stance psychologically, and then attack that battle stance so that that person's will to fight is destroyed by the repeated failure that the FBI causes in the life of that person as he or she attemps to fight and fails at many attempts; causing psychological pain at each failure--pain that accumulates over and over again. To make this senario possible, the person must be put into an extreme psychological battle stance that is unsustainable. This way the FBI can break down that person's unsustainable position over and over again. The FBI can motivate a person into such an unsustainable psychological position using tactics that cause fear. Then the repeated failures can actually, eventually cause fear themselves. Finially, fear itself takes over due to repeated failures so that the person begins to self destruct as his or her failures cause more fear, and the fear causes repeated attempts to try again, and then more failure cause more pain and more fear. It becomes a very self-destructive psychological cycle that decends into increasing psychological pain. Finally, to escape this pain the person is likely to no longer fight, and because they can not flee, then they copitulate and give to the FBI what the FBI wants. This is all together unjust, especially if the person is falsely accused. Because this torture violates a presumption of inocence, it is actually wrong against people who are guilty, because it takes away from such guilty people room for a just defense--which even guilty people must be given in order to allow inocent people to have a just defense and to defend themselves as well.

Now the FBI's argument against this reasoning would go along the lines of the following: If a person is not guilty, then they have nothing to fear. If they have nothing to fear, then these fear causing techniques will not work on them. This is a smoke screen by the FBI as they blow smoke. It is a smoke screen because they will make a very subtile and very sustained effort to cause fear in the suspect--efforts that I believe will suceed in almost any suspect, even if that suspect is inocent. One of the key features of the FBI's effort to cause fear is the neverending nature of their attempts to cause fear. If they do not cause fear this year by daily insulting and reminding the suspect that he or she is being investigated, maybe by next year fear will begin to take hold. And if after two years of constant insults and reminders to the suspect that he or she is being investigated do not produce fear, then maybe after three years of constant insults and reminders he or she is being investigated will produce fear. This goes on and on with not mere reminders, but psychological insults also. Furthermore, understand that in the mind of an actually inocent suspect, a mere reminder that he or she is being investigated is a very great insult. It hurts much psychologically to be accused via reminders of an investigation against a person when that person is in fact inocent. Such reminders not only cause psychologically pain, they cause anger. That anger then causes a desire for revenge--and the desire for revenge leads to kind of pleasure seeking that is the opposite of all of these insults--as desire to see your opponents destroyed. And this successfully puts an inocent person into that battle stance that the FBI actually wants; thereby putting their suspect onto the FBI's psychological torture rack that will inflict more and more psychological pain. And so this anger will lead to the fear that the FBI is attempting to inflict. And it goes on and on with failure at attempts to take that extreme battle stance that may be taken when some fear sets in. Think about it, if you detected

that the FBI was involved in a secret investigation against you, would you not have at least some fear, even if you were inocent. What if you knew that you had an enemy who may have falsely accused you, and was the cause for the F BI now in your life. If you tell yourself that you had absolutely no fear, I assert to you that you might as well go into heart surgery without any fear also. You are lying to yourself if you tell yourself that you would have no fear. Especially if you realized that the FBI is going to check out your entire life and begin to apply other laws to your life in order to comprimise you in all ways that they can by draconian interpretations and applications of the reems and reems of laws on the books in this country. And what if a person falsely accused of some sex crime has a difficulty in his or her thought life in the area of sexuality, but has nevertheless never committed any sex crime? These kinds of people are also inocent, and they do not deserve to have their presumption of inocense taken away by psychological torture. An incopetent removal of a person's presumption of inocense by constant insults and insulting reminders of being investigated will lead to deep anger and deep fear, even if a person is inocent. And the anger is even more likely in an inocent person than in a guilty person. So if fear does not get a person because he is inocent, then anger is going to cause that suspect to decend into such psychological desire for revenge that can not come that they then decend into fear him or her self.

Now, you may ask, if an inocent person is being investigated by a secret search warrant, then why does not that inocent person seek a lawer who might help with the situation? Well, early in my investigation I did call a lawer, and he blew me off by language that basically said there is nothing that he could do. This is very sensible, since he would have to break through the legal protections that protect a secret search warrant. And, in order to break through the legal protections that protect a secret search warrant the person being investigated must show that something evil is being done against that person. This is very difficult to do when we are talking about sutle psychological techniques that involve mere insulting reminders that he or she is being investigated, that go on year after year after year. How do you prove to other people that such is harmful, unless he or she being investigated is a psychologist who has sufficient understanding of what is being done against him or her in the first place? Most people could never mount a clear argument against such subtil psychological torture.

In order for the subtile insulting reminders to be effective, the FBI must grip the suspect psychologically using the principle of psychological suspicion. All humans use suspicion to protect themselves. Overly suspicious people become mentally ill as they fear everything around themselves. Underly suspicious people sometimes fail to protect themselves from some harm coming their way because they did not see the threat coming. Some reasonable level of suspicion is a necessary component of human psychology, not too much suspicion, and not too little suspicion. The way the FBI grips a person psychologically by the principle of suspicion is to do rediculous things around the suspect that are easy to interpret as actions of the FBI. They may even come by as an actual human being wearing a jacket that has the letters FBI on that jacket, as they did with me while I was a work one day. Anyway, to grip you psychologically, the will do what they need to do to raise your suspicions. Then, after your suspicions are higher, they will begin to make their observable reminders tinyer and tinyer over the months and years of the subsequent investigation. This eventually leads to completely irrational fears where the suspect begins to become suspicious of almost everything. This is part



of the scheme by which the FBI attemtps to increase fear and promote fear based self-destruction in the suspect. God has helped me greatly through this kind of evil stuff applied against me by the FBI for over six years. I believe it really is promotion of the psychlogical processes underlying the mental illness of schizophrenia, with that condition's characteristics of fear and paranoia and suspicion. This is a very evil thing to do to a person. What if the suspect had a predisposition to such a condition, but had never fallen into that illness? If such a suspect were pushed upon by such an investigation, that could cause horendous psychological pain and damage to that person that may lead to the complete ruin of the remainder of that person's life--which would be an extra tragety if that person was indeed inocent of the accusation against that person. The FBI goes about causing damage, and then covers their trails by the power to do so. I wonder how may people have been very deeply damaged this way in the history of the FBI? I very strongly doubt that the answer to that question is zero. Surely some, and maybe many. These techniques are very evil by their subtility and psychological force; they are a form of torture that I would classify as curel and unusual. And, even if they are not termed curel and unusual, they must not be applied so as to violate the presumption of inocence.

Now I am going to give some advice to any person who thinks that they are being subjected to just such an investigation. There are psychological techniques that may be applied to help. You must deal with the following psychological concepts with real understanding. These concepts are

1) Anger
   Especially the anger desiring justice if you are falsely accused.
2) Fear
3) Pleasure
   Pleasure associated with nice things like sex and food.
   Pleasure associated with the desire for revenge.
4) Teasing (a combination mechanism involving anger and pleasure).
   Teasing tends to combine the above two types of pleasure mentioned above, at least the FBI worked to combine them in my case.
5) Confusion

To help deal with anger, you must recognize the source of your anger. If the FBI is frequently reminding you that you are being investigated (for me, that involved certain particular car stickers and arms out mostly the driver side window going to a from work. It also involved certain hand-face jestures duplicated from a relative in my life in other people in my life. these reminders came in other forms as well. Some reminders were ment to cause fear only. Some caused reminder of sexual things as well. Some were more focused on direct insults, etc...). So, the one very essential thing that helped me to reduce my anger involved prayer to that God would forgive the person putting that reminder or insult into my view--and also prayer that God would help me to forgive them sincerely as well from my heart.

To help deal with fear there is a very subtile feature of psychology that I only began to understand, and then got confirmed while reading a book on psychological techniques for training dogs. That principle I first discovered when I was attempting to use reverse training (As an electrical engineer, I have been for years interested in the engineering

field called artifical neural networks. During my study of that engineering field, I did a paper on the concept of countradictory training set-data used to train neural networks wherein the data had inheearent countractictions. This study caused me to appreciate that the human brain must have some powerful and elegant method for dealing with such situations, because countradictory data can be very damaging to the training process of an artifical neural network.) on myself as the FBI was using their techniques against me. I discovered the counterintuitive observation, and I even used that word "counterintuitive", that I was helped when I rewarded my fear response with a treat such as a date or a raisin. I did not understand it though, and I could not put it to words beyond the word "counterintuitive". But, when I read this book on psychological techniques for training dogs, I came across a statement that used the very same word I used, namely "counterintuitive", and in that statement the author of that book said to relieve fear in a dog you should give to them some pleasure, such as a doggie treat that the dog loves to eat. This then opened the door in my understanding and began a cascade of deeper understanding into what the FBI was doing to me. If I eased the fear that they were causing me, then I grew braver and was less intimidated by their constant reminders. I eventually expanded this concept beyond what I learned in that book and realized by experiement that the psychological pain caused by the constant reminders and repeated failures (pain of reminders and pain of failures are actually not equal, but nevertheless, both types of pain responded) were relieved by giving to myself pleasure during the experience of the failure pain or during the experience of the reminder pain. Pleasure helped in both cases. This helped to relieve the fear. Now, something to note in dealing with this fear thing. This help by giving to yourself a treat is not the whole answer. To help further with the fear issue, you may use the treat approach to releave the pain; but to keep the repeated pain from coming back and overwhelming you (because the FBI will try harder if you try to use counter training, such as I was doing), you should understand that you have a good chance to reduce the repeated failure pain component if you just stop making goals for yourself that are unsustainable. It is those goals that you keep failing at, which goals the FBI will push you towards by using fear and intimidation to thereby make you try too hard and to fail at those attempts, which after a while becomes very intimidating and psychologically painful. You instead need to be normal; not highly defensive. This advice on acting normal may not work if you are indeed truly accused and you have a sin weakness in a certain area such that if you act normal, then you may get caught up in what the FBI is attempting to catch you at. If you can afford a psychologist and get theorpy (the FBI will probably meddle with your psychologist, but if he or she is good, they may still be able to help some), that may help some. Another thing that can help if you go to a psychiatrist, very much in fact, are modern psychoactive medications that are used for relief of anxiety, such as the drug Abilify, and the drug Zyprexa. Abilify is more modern and has less side effects.

Rememer that the pleasure of the desire for revenge is dangerous, and you should recognize when that pleasure is being provoked by teasing techniques being used upon you. The FBI will attempt to join that pleasure for the desire for revenge with any pleasure associated with the accusation that may be against you. If you have been falsely accused of some sex related charge, then the FBI will be attempting to join your desire for revenge (by teasing you to elicite anger and by making you anger by repeated insults) with sexual desire. The desire for revenge can be very powerful, especially in an inocent person who has been falsely accused, and so that is why great importantce needs



to be placed on seeking in your heart to forgive from your heart. Pray to God for help in this need to forgive your tormentors, the FBI, from your heart. Relieve your sexual desire in an honorable way such as with your wife or by private masterbation. Avoid situations wherein you have a weakness that is not honorable. Also, the FBI will attempt to deny you are simple pleasure, such a growing a garden--I believe the FBI has been nicking the blooms on my tomato plants to keep them from producing tomatos, for example. A little way to make me angery, and to deny me of an healthy simple pleasure.

Teasing is a powerful technique used by the FBI. They are surely desiring to lead you down the primrose path into some destructive behavior. Teasing is the rubber leash by which they will attempt to do that do you. The leash is rubber, and you need to recogize its pressure on your neck, but that it is streatchable. Dealing with this teasing is best done by recognizing the anger component and the pleasure components in it. The anger component involves hope of the pleasure of revenge as well as the separate and distinct subject pleasure that they are teasing you with, probably sexual sights such as scantily dressed women or whatever may be the subject of your investigation. Deal with the anger component again by seeking forgiveness. Deal with the subject pleasure in some proper outlet, as stated earlier, and mayby by pleaure substitution such as going for a nice hike (though, the FBI may attempt to interfere with your attempts at pleasure substitution).

If you show some understanding of what the FBI is doing around you and you attempt to resist them, they may mix things up in their actions around you in order to confuse you. You see, if you could just lower your suspicion and not pay attention to them--this is very hard to do, maybe impossible, because of the fear component powerfully based in the mere thought that you are being investigated--then they could not communicate with you, and so you could not be hurt by them. The only things that I have found that helps with lowering suspicion are the anti-anxiety drugs, and the pain relief by pleaure-rewards such as eating dates and rasins at pain moments--this reduces fear to some degree and consequently helps to reduce suspicion some. The drug approach is more powerful because the modern anti-anxiety drugs seem to keep the psychological pain from getting memorized, and hence the psychological pain does not build up event after event.

The technology that the FBI used against me is very awsome. The bugs they have are undetectable to me. I have yet to find one. Also, I believe that the vision bugs (bugs that can see--super tiny chips that operate like cameras) come in at least two flavors. One for visual light, and the other flavor for inferred light. The inferred light vision bugs are for seeing through clothing. The FBI wants to see through clothing so that they may see if a man is getting aroused. This is very important to them in sex related investigations. Because of many interactions with the FBI's manipulations around me, I believe that most likely they are even able to see slight blood flow increases in a man's scrotum, long before he becomes aroused. This kind of higly detailed feedback is used by the FBI to focus their psychological manipulation techniques to manipulate a man more effectively. For example, if a slight blood flow increase is detected by them as they are watching me in response to something that they have done around me, then as a psychological reward to me, they may remove some insulting feature of the situation around me, thus neurologically reinfocing my tendency to get aroused at whatever they

are trying to trap me in. This is a kind of biofeedback that is very manipulative and very powerful and very unjust and counter to honest justice. Biofeedback and behavior modification techniques should only be used to encourage people to good behavior, not evil behavior after which the suspect is arrested for something he supposedly did of his own free will, when in fact he was powerfully manipulated.

Also, since I am an electrical engineer, I am very aware of technology. I know that there are very high-speed artificial neural network silicon chips that can process dual camera images to resolve sterioscopic focuses in milliseconds. This technoledgy is attached to the FBI visual bugs so that at the FBI headquarters the FBI is able to tell with very high precision where a person's eyes are looking. This technology is in use in modern fighter aircraft as piolts can aim wepons merely by looking with their eyes at a target. And the FBI is using this technology also against suspects. This is especially important in sex related investigations because the FBI wants to see where a suspect is looking at on other people's bodies. If a suspect looks in a certain location and gets aroused while looking at that location, then that is exactly the kind of evidence that the FBI is trying to get in order to cause you legal trouble.

I believe, after 6.5 years of investigation, that virutally all of the traffic lights are networked together across the entire USA so that the FBI can manipulate those traffic lights. This is very important for secret investigations because the FBI must always be able to keep their watching people near the suspect. Also, the FBI uses tricks with multiple cars and people so that you may not be followed to long by any one person. Thus, detecting that you are being followed is very difficult, if not impossible. Though, one time I pulled off of a freeway very quickly, and the FBI truck behind me was supprised and had quite a difficulty adjusting quickly and following me down that off-ramp.

The FBI has what I would call "reverse bugs". These devices are tiny little things that go well into a person's ear conal. These devices are radio receivers that speak a tiny voice that can only been heard in the ear of the person wearing such a device. This technology allows the FBI to direct people to say things in conversation to you. They can put words into a person's mouth. These devices also exist for use in dogs so that the FBI can direct dogs without outwardly audioable commands that other people can hear.

My life history. The following text is extracted from a paper I wrote, and so it may have some Bible verses in it that were put there for the purposes of that paper; this text gives my history that lead up to the investigation that I now find myself in. Reading this material will help you to understand where I am coming form and why I wrote this document.

My History:

Though my upbringing as a child did not involve reliable exposure to the Bible, it did involve some exposure. And because of the early exposure I am unable to say when in my life I seemed to have become saved. All I know is that over the 49 years of my life (I am writing this sentence at 14Sep2007) since my birth on Dec 14, 1957 I have had a slowly increasing awarness of God along with a slowing increasing closeness to the

Bible. At about the age of 12 or so I began to attend church on a fairly repeated basis, but the church I went to had no depth, as far as I can remember. A few years later, at about the age of 14, when I started high school, I got exposure to a better church (just a little better, because the pastor at least attempted to teach through passages in the Bible) and began to attend that somewhat better church. That church taught the false doctrines of free will and dispensationalism, but nevertheless, some important true doctrine entered my heart from that church. But God eventually motivated me to leave that church because its free will doctrine was countering my effort to make my own calling and election sure. During my high school years I discovered a reformed Bible teacher on the radio. That man taught me a great deal of truth; not the least truth of which was how to study the Bible itself. Fish yourself and give that fish to somebody, and you feed that somebody for one meal. But teach that somebody how to fish, then that somebody will have many meals to come. The church I attented did not know how to study the Bible. But when I learned from that fine Bible teacher on the radio *how* to study the Bible, then now I was on the way to making real progress, by God's blessing, to understand the Bible. This would go a very long way in my need to make my calling and election sure; and it has done so all my life ever since. You can do the same; and because there are so many false teachers everywhere (and how do you know that your pastor is faithful if you do not check out what he says against the Bible yourself?), you really are nearly forced to do the same as I did by checking the Bible against what Bible teachers in my life taught.

I graduated from high shool in 1976. I then worked on getting a degree in engineering (electrical) a UC university here in California in the USA. In 1981 I graduated with that bachlars degree in enginnering and begain to work as an engineer in 1981. During my high school years there was a young woman my age I was a social friend with, and I had introduced her to that free will church I used to attend. She liked that church and so attented, quite independently of me for years thereafter. We had an understanding that I had setup that after I got my master's degree in computer science that I very likely would be interesting in marriage. I actually did a very evil thing to her in that during the time between when I got my bachlars degree in engineering and then later got my master's degree I lost interest in her, mainly because--even though I have very little communication with her--she never seemed to gain interest in the reformed Christian doctrines that I had changed to when I left that free will church that she was still attenting. In the very same month that I was to graduate with my master's degree in computer science she found my phone number and left a short message onto my answering machine. I returned her call by leaving a very terse and uninterested message on her answering machine, and so I rudely left her with no explainiation. She likely wasted years of her life hoping that I might marry her; but instead I showed to her a very cold shoulder by that terse phone message, and left the whole thing at that. If she is still alive and if she reads this sentence, she should know that I deeply appologize to her for this evil act I did against her. And, if, in the future God blesses me with a very strong bank account, I may give her a one time only payment of up to 3% of my bank account as an appology for that evil act I did to her. Right now, that 3% is very small, and I am suggesting that she not attempt to collect from me now if she is reading this. I fully expect, due to the way I expect the matter of the death and resurrection of the two witnesses to go, I think that Rev 11:10 where it mentions "gifts" is actually refering to huge sums of money, and I think that after all the dust settles after the two witnesses are

resurrected I may have a large bank account from which that 3% would be a very handsome sum. Then this appology would result in some money that may help to give to her some comfort for all the evil I did by leaving her hanging the way that I did. I actually believe that the situation that I now find myself in, which situation required me to write this paper, is chastisement from God for what I did to her in leaving her hanging the way I did years ago in 1994, the year I graduated with my master's degree in computer science. If I had just given to her a clear, honest explaination--rather than basically a mere non-informative cold shoulder--why I was no longer interested in her, then these things of God's chastisement against me, which I will discuss further below in this section, most likely would not have happened to me. I did, some years after 1994--I do not remember the exact year, but the it may be 1999 or so, I did attempt to get a letter to her through the human resources department of where I thought she still worked to give to her that explaination that I so rudly failed to give to her in 1994. But that small act of repentance was not enough to please God so as to beseach God successfully to take me out of the situation that was developing in my life the years after 1994. God had other ideas. So here I now am writing this paper.

When I gave that cold shoulder in 1994, I said in my heart, in effect, I was going to find someone else that would be more my choice for a wife. Now, for some more history of my life leading up to that moment in 1994 when I thought I was going to eventually find a wife: In the year 1981 when I began to work after completing my bachlars degree in engineering I began to re-attend that free-will, dispensational church that I had attended for years before. When I was working on my bachlars degree in the last two years of that work I did not live close to that church, so I could not attend it. During those two school years I attended a small free-will church near the UC school that I was studying at. Even though I knew free-will was a false doctrine, I knew that I needed to go somewhere because we must seek God every week in pursuit of God's truth and to share God's truth with other people. So church has been important to me ever since my high school years. When I completed my bachlars education I returned to my home city in southern California (Escondido, just north of San Diego) and resumed attending that free will church I had attended for years. After a few months, though, I finally came to that point when I said that I must leave this church because their false doctrine of free will was hindering my need to make my calling and election sure. And since I knew that fine radio Bible teacher attended a certain reformed denomination here in the USA, I decided to try that denomination. That denomination did have a church in my home city. So I began to attend that church. To my delight I met other people there who liked that same radio teacher. This was quite to my delight, because now I had found people with a love for the reformed doctrines of election and total depravity and limited atonement. Now, at this church there were a lady or two who showed interest in me who I could have gotten interested in marying. But two things held me back. One was the fact that I did not want a family (and I strongly believe that birth control is a serious sin) to support if I was going to pursue a masters degree eventually. The other was that the mother of the lady I was interested in clearly did not like me. I did not want to marry into a family with that sort of problem. Furthermore, daughters often grow up to be simular to their mothers; also this young lady made a small descision that I looked upon as a careless and unwise handeling of responsibility--which turned me off towards her even more. Noticing these things before marriage is much better than noticing them afterwords. Now, this young lady also had a sister that I was a little interested in as well. But this

sister had a weight problem which made her unattractive to me. So for these reasons I did not find a wife at that church, even though I attended there for years. I was strongly demotivated towards marriage because I wanted to get that masters degree first, anyway. Now this family with these two sisters was and I am sure still is a very nice family. I still fondly remember that they sent to me a simple, but thoughtful card when my mother died in 1986. I do not remember anybody else from that church doing that. That church had fairly good doctrine, but they were a little cold socially towards people who did not have exactly the same cutural background as they had. So I did not mix in at that church very well any way, and that contributed even further towards me not finding a wife there. Now, the few people that I was close to there at that church were mostly not of that church's cultural background, and the total number of these people did not include any reasonable canidate for marriage with me. So I had some close friends at this church, but marriage was fairly locked out. I believe, ultimately, this was God's planning, anyway.

In 1987 I quit my engineering job and moved to another city in Southern California named El Cajon that was close to the university that I was going to attend in pursuit of my masters degree in computer science. There in El Cajon were other people that were realitives and friends of the few people that I was close to at the church in Escondido that I had been attending. One of those other people was a man with only a high school education that nevertheless had a clear understanding of how to study and understand the Bible. I could see that he had the wisdom of God in him, and still does, I am sure. If a person is truly born again, he can not lose his salvation--but serious sin can cause us to rightly doubt our salvation, even as we must always be seeking to make our calling and election sure. This man also liked that radio Bible teacher that I liked, and had learned from him as well how to study the Bible properly, by comparing verses with verses to better understand any particular verse one may be considering. For years (I took a long time to get my masters degree in computer science, 7 years to be exact, because I was crossing disciplines from engineering to computer science, amoung other reasons) I fellowshipped with this man and other people as well on Sundays after church; and we all attended the same reformed church as well. There was a chef amoung these friends who made truly fine salsa (a spicy tomoto preperation that is very nice on potato chips or corn chips), and he would bring a batch of his hand made salsa for our enjoyment Sunday afternoon as we all would talk about doctrine and the Bible for hours and hours, until time to go back to church for the Sunday evening service. I grew greatly over the years as I engaged myself in the conversations with these other people. They tended to take a doctrinal stance in one very important area that I strongly differed from them in, though. They strongly emphsized grace in a way that troubled me greatly. I strongly emphsized obedeance, to the point that I am sure troubled them greatly, probably to the point that they may have wondered if I had a works gospel. And to some degree I wondered if they had turned the grace of God in lasciviousness (a license for sin), as Jude 1:4 speaks. Sometimes in the middle of this 7 year time period I began to spend my Sunday afternoon time with other believers, some of which were more friendly to my stance on obedeance. This new location was with a old man who was a very talented advertisement writer--being a Christian, though, he was very careful to make sure his add-copy was truthful. This man loved the Bible greatly, and was a strong advocate for obedeance as well. I learned some important truths from him, not the least of which was his very powerful test for whether a doctrine is true or false: namely, if the doctrine does



indeed glorify God, then it stands a very good chance of being true; and if it glorifies man, then it stands a sure chance of being a lie. Man deserves nothing, he is such filthy scum; so anything that glorifies him must be a lie. Now, a man may concoct some bogus doctrine that sounds like it glorifies God; we should at least check it out in the Bible to be sure that it is true before we deeply commit ourself to believing it. Also this man was very naturally talented with emotional wisdom in dealing with other people; and I, being an engineer that was more focused on how to make electronics and computer code operate properly, had things to learn from this man in this area. So he was a blessing in my life. Near the end of his life, the last two years in fact, I got involved with him and his family by doing gorcery (food) shopping per his wife for them both. I also came by early mornings to help with care giving during the last year or so of his life. He died in Dec 1996. I am looking forward to being spiritually reunited with that lovely man in heaven, along side Jesus, our savior.

Now, around April 1994 I was finishing my masters degree in computer science, and that is when that lady I knew from high school left her message on my answering machine, and that was the time when I returned her message with a message on her answering machine that was very cold, and which left her rudly hanging after years of her wondering if I might still be significantly interested in marrying her. So, likely within weeks after that rudly lacking message of mine I was invited to visit some friends by another friend (that man who had only a high school education, but which I believe, even to this day, had and has the true wisdom of God in him--that is, he was and is indeed a true believer). These other friends involved a large family that we both knew well and were mutual close friends to, each of us. Now these children I liked to play with by tickeling them. I enjoyed their laughter and they generally took it well. But there was a problem I had known only to myself. I regarded it in my heart as a rather small problem, but I knew it could be taken wrongly by giving the appeareance of evil to other people. Sometimes, when I was tickling these children I would get aroused somewhat sexually. No one ever noticed because I generally tried to keep it hidden. But on this day that man with only the high school education seemed to notice. I saw the look of supprise and shock in his face. But because of a particular mindset that had developed in my mind towards that man because of the long debates over grace verses obedeance between him and me, and others and me, I knew that I now had lost the faith of a potential enemy who most likely hand a mind that was now indeed evil-affected towards me. Also, in these debates about grace verses obedeance I had long suspected that this friend I had now lost the faith of and had now become an enemy would most likely lie if I confronted him about what I suspected he had noticed. Surely, in his mind he now looked at me as some sort of evil hypocrite because of the way I talked about obedeance, but now here in my life he had noticed something that made me look evil in his eyes. Also, another factor that feed into my desire not to confront him on this matter was an attitude I had towards lying that had formed in my mind from a child. God made me in such a way that lying is not a strong sin weakness with me; I hate lying and generally avoid it most of the time--we, including me, are all capable of lying sometimes, but we should hate it and should avoid it, even if there is a high price to pay for telling the truth. In this hatred for lying I tended to have a hatred for others that had lying as a sin weakness. Now, this is a judgemental and non-forgiving attitude on my part because it lacks mercy. Yet we should hate sin of all sorts. One area of great challenge in life is working with the sin weaknesses of others in our life, as well as

coping with the greater problem of our own sins. We are not to be a judge of sin in other people's life unless the door of allowance exists between us and the person in sin. That door might be to be a parent; in which case the door of allowance is the requirement by God that parents deal with sin in their children in a loving and wise way by confronting them in their sin, sometimes with chastisement. Or the door might be that we are a police man, and we are authorized to deal with sin. Or the door might be that we are a friend of the person who has committed a sin, and that friendship has an open understanding that we are permitted to help each other deal with sin. We are not in a position to go about judging other people arbitrarily because of sin we see in other people's life. As we read:

Jas 4:11 ¶ Speak not evil one of another, brethren. He that speaketh evil of *his* brother, and judgeth his brother, speaketh evil of the law, and judgeth the law: but if thou judge the law, thou art not a doer of the law, but a judge.
12 There is one lawgiver, who is able to save and to destroy: who art thou that judgest another?

So my attitude was judgmental in a strange way, and yet appropriate because I decided to let him have the consequences of his sin towards me and to not judge him, since I strongly susptected that he would lie to me anyway. Now his sin as I perceive it is that he did not come to me rather and attempt to deal with me; and that most likely he was destined to gossip behind my back for now on anyway. Maybe he also thought the door between him and me was not open, and that I would onlydeny my sometimes getting aroused when tickling children. Who knows, maybe I would have denyed it; but knowing myself, I suspect I would not have argued with him if he had confronted me--I would have admitted that what he thought he had observed was indeed true. But we will never know, that is not how things turned out. He said nothing to me, and I said nothing to him. But I clearly saw that stark look of supprise on his face everybit as clearly as he may have perceived that I had gotten aroused. These events happened in 1994, probably not long after my rudly lacking phone message in April to that lady from my high school days.

Now, you may be wondering: "Why would I let my friend have the consequences of his sin of not dealing with me and of gossiping against me if those consequence would cause me great pain?" The reason for this attitude in me is that I deeply believed that if I was going to stand for truth so as to defeat lies--and when someone gossips behind someones back, then lies to cover that gossip are going to happen-- I might as well let the consequences of those lies grow to the maxium possible, because then the greatest victory against lies would be obtained. The higher the lies go, the bigger the crash when they fall, and the bigger the lessen to avoid lies. This strange attitude has been in me from a young child. Some how God created me to think this way from a young child. It is simply how God has designed me. And it shows how much I really hate lies. It shows that I am willing to suffer in a great way in order to defeat them. I love truth. Now, we are all capable of lying every day, I include my self in that statement. Yet, if someone hates lies, then the amount of lying that that person will do will be much less and usually much less serious--simply because a person who hates lies simply will not put him or her self in a situation so as to be forced to live a lie in order to hid it. A hater of lies comes clean pretty quickly because he or she can not tollerate the insecurity that

comes between that person and God and that person and other people as the attempt to live a lie is made. Also, a hater of lies is rather unlikely to put himself into a situation where he needs to lie anyway. For example, a true hater of lies may tell somebody that is beginning to gossip about somebody else, "Please stop, I do not want to hear it". The hater of lies will say this because he seeks to avoid in the future being required to lie in order to cover something he or she should not know in the first place. In any case, some lies will never be found out *until* judgment day. But they will be found out *on* judgment day. As we read:

Mt 10:26 Fear them not therefore: for there is nothing covered, that shall not be revealed; and hid, that shall not be known.

The idea in the minds of many people is that if something is true, then to tell it to others is not gossip. Well, there is some truth to that; but remember if you are hearing only one side of a situation, and are not hearing the other side of the situation from the person being gossiped against, you only have half the story. Even if the gossip's story sounds very convincing, if you have not heard the other side then you are taking quite a risk in believing what that gossip is saying. Oh, you say, "What risk is there in believing some story from some gossip about somebody else; how could that hurt me?" If you really think that in your heart, that is strong evidence that you are not a lover of truth. You will believe anything that tickles your ears and pleases you. What is hurting you is your whole attitude towards truth, or lack of love for truth. So what will hurt you is that you are going to end up in hell with that lack of love for truth and God will require of you the same attitude you showed towards others in the way you relished hearing one side of the story without hearing the other side of the story. Hell or the eternal lake of fire is a place where the second command to love your neighbor as your self is fulfilled by requiring all the inhabitants to experience the evil they did to others against themselves. The lies and un-defended-against statements you loved to hear of others in this life will be told of you in hell by others. So when you ask "how could that hurt me?", you are being seriously foolish, and are ignorantly, or even deliberately shaking your fist in the face of Almighty God, who is Truth himself. To be sure, somebody may tell us a story, and we may listen. But if we say in our heart, I am not sure that is true; I need to hear of the accused before I can even begin to be sure--then you are doing better. Notice, when Paul heard some gossip, he said "I partly believe it:"

1Co 11:18 For first of all, when ye come together in the church, I hear that there be divisions among you; and I partly believe it.

That statement "I partly believe it" means he suspects that there is some truth in what he heard, but it is not a wholesale commitment to something concerning which he has not heard from the accused side. Furthermore, in the context of this verse we understand that Paul is speaking directly to the accused in his letter to the Corinthians, because the church at Corinth or the people at that church are the accused. In this way, he is actually giving them a chance to hear what the accusation is against them. But the opposite, that is gossiping behind somebodies back and not giving them a chance to defend them self is vile, and God speaks of it as a direct violation of the second commandment to love one's neighbor as one's self. As we read:



Lev 19:11 ¶ Ye shall not steal, neither deal falsely, neither lie one to another.
12 And ye shall not swear by my name falsely, neither shalt thou profane the name of thy God: I *am* the LORD.
13 Thou shalt not defraud thy neighbour, neither rob *him*: the wages of him that is hired shall not abide with thee all night until the morning.
14 Thou shalt not curse the deaf, nor put a stumblingblock before the blind, but shalt fear thy God: I *am* the LORD.
15 Ye shall do no unrighteousness in judgment: thou shalt not respect the person of the poor, nor honour the person of the mighty: *but* in righteousness shalt thou judge thy neighbour.
16 Thou shalt not go up and down *as* a talebearer among thy people: neither shalt thou stand against the blood of thy neighbour: I *am* the LORD.
17 Thou shalt not hate thy brother in thine heart: thou shalt in any wise rebuke thy neighbour, and not suffer sin upon him.
18 Thou shalt not avenge, nor bear any grudge against the children of thy people, but thou shalt love thy neighbour as thyself: I *am* the LORD.

Notice Lev 19:17 says that we should rebuke our neighbor in order to help him with sin that we see or perhaps see in his life. This is in response to verse 16 that talks about gossiping against somebody; we should not go gossiping about that somebody; rather we should seek to help that somebody. But if the door of friendly correction is not open, then we can not apply Lev 19:17, and if there is not an honorable authority structure over that situation that we may *honestly* appeal to such as a reasonably honest government; then we may just have to give this situation to God and wait on God.

I admit, situations can be very ugly and painful, especially if third parties are being hurt. And the function of police is to protect just such third parties. In any case, if you go to the police concerning a situation, be sure never to speak as fact anything you have heard unless you have powerful verification that that anything is indeed fact. Rather, simply say I heard as gossip the following, and I do not know if it is true. Now, the police may mishandle that information and in a very evil way abuse the accused in some way so as to attempt to force the situation around the accused to match the gossip. Yet, the gossip could be entirely untrue. In this case the police have been manipulated and used as a weapon in the hand of the gossip to destroy a falsely accused person. So bringing police into a situation based on gossip only might turn out to be a very bad and unjust decision. Sometimes, if we have inadequate information, we are more honorable if we simply leave the situation up to God. God is always just, anyway.

And Jesus did say:

Mt 7:1 ¶ Judge not, that ye be not judged.
2 For with what judgment ye judge, ye shall be judged: and with what measure ye mete, it shall be measured to you again.
3 And why beholdest thou the mote that is in thy brother's eye, but considerest not the beam that is in thine own eye?
4 Or how wilt thou say to thy brother, Let me pull out the mote out of thine eye; and, behold, a beam *is* in thine own eye?
5 Thou hypocrite, first cast out the beam out of thine own eye; and then shalt thou see

clearly to cast out the mote out of thy brother's eye.
6 Give not that which is holy unto the dogs, neither cast ye your pearls before swine, lest they trample them under their feet, and turn again and rend you.

The reference to "dogs" and "swine" could include the unsaved police in the government over your head and over the head of the fellow Christian who is accused of some sin. And the fellow Christian, if he or she is a true believer, is actually a Saint, and a Saint is holy. That is what the word "saint" means. A saint is a true believer; all true believers are saints and all true believers are holy. Giving the holy unto the dogs could cause those dogs to eventually come after you as well; that is what Jesus is saying in Mt 7:6 above.

Also, we are not to go to secular (unsaved government) over our heads to have judged matters that should be judged within the church amongst believers only. As we read:

1Co 6:1 ¶ Dare any of you, having a matter against another, go to law before the unjust, and not before the saints?
2 Do ye not know that the saints shall judge the world? and if the world shall be judged by you, are ye unworthy to judge the smallest matters?
3 Know ye not that we shall judge angels? how much more things that pertain to this life?
4 If then ye have judgments of things pertaining to this life, set them to judge who are least esteemed in the church.
5 I speak to your shame. Is it so, that there is not a wise man among you? no, not one that shall be able to judge between his brethren?
6 But brother goeth to law with brother, and that before the unbelievers.
7 Now therefore there is utterly a fault among you, because ye go to law one with another. Why do ye not rather take wrong? why do ye not rather *suffer yourselves to* be defrauded?
8 Nay, ye do wrong, and defraud, and that *your* brethren.

Now back on the matter of me still seeking to find a wife. Believe it or not, even though I show in the paper a fairly deep understanding of human sexuality, I am still a virgin. I have never had sexual relations with any human being, woman, nor by homosexuality with men. I am an acutal virgin at the age of 49. I did get very close to losing my virginity when I was young, even around the age of 9 or 10; but God protected me and so I never lost my virginity. But in my heart I have suffered a long time over these many years wishing I had a wife. But I have not found a woman who is convincingly born again. Churches being apostate all around me force me into the situation where I must spiritually examine a woman very carefully before I can even begin to suppose that she is indeed a true believer. Furthermore, I have had very great difficulty in even seeing how a wife could fit into my life presently, both because of a difficult situation where I am helping in the care of a handicapped realitive, and also because I have been falsely accused of something the details of which I do not know--and the FBI, by my best perception, have interfered with the possibility of me meeting Christian women that may be appropriate to me--because any church I might go to in attempt to look for a wife, the FBI is there behind the scenes manipulating people and circumstances--because the FBI must think that I am some sort of dangerous person sexually. But I am not such. I am a

true saint, and I have been cast to the dogs, the FBI, by a fellow believer. The FBI may eventually desire to destroy that man who has falsely accused me and come against him because he cast that which is holy to the dogs, as Jesus speaks. Nevertheless, if circumstances go as I suppose God is likely to direct them, I will seek to protect that man when God gives to me adequate power in my situation to do exactly that. I will seek his good, even though he has sought evil towards me. You see, I believe that the secret investigation that I have perceived has come against me by the FBI is there because that man who apparently saw that I got aroused when tickling children most likely (I have not verified this by direct examintation of other people--because I have a promise to the man that false accused me to not seek witnesses against him; I gave to him that promise because I wanted to ease his fears and to drop the situation between him and me and to let the matter die with time) got very caught up in gossip against me, and because very fearful that I was going to pursue the matter of that gossip and perhaps sue him for slander. I have no such intent, and God help me, I will never do that. But such a lawsuit may be his fear. Consequently, I suspect that to make his gossip story convincing to protect him from any slander lawsuit, and to help him uncover any spies that he fears I may have relating to the situation (spies would be supposed friends of mine who have heard of the gossip who may be sufficiently friendly with me to reveil mine accuser's gossip against me), he created some false charge and with false evidence, or maybe just words by other people, I do not know, to give to the FBI sufficient cause to be interested. Now, I suppose that the accusation he spoke was tentative, and not too stong, simply out of fear of getting caught up in something he could not back out of later. So my situation went as follows. Because I have been so long desiring a wife, and God has not brought the right woman into my life, I have developed a modest problem with adult pornography. I am not into it in a heavy way. But occasionally I do have a bout of failure where I pursue it a little. Before the investigation was noticed by me, I would engage in it about once every two or three months, or longer between events. And I never paid money to gain access into a pornographic website; the only pornography I viewed was that which was viewable without paying money. This problem with pornography in my life is really an example of 1Co 7 verses 2 and 9. 1Co 7:1-9 says:

1Co 7:1 ¶ Now concerning the things whereof ye wrote unto me: *It is* good for a man not to touch a woman.

2 Nevertheless, *to avoid* fornication, let every man have his own wife, and let every woman have her own husband.

3 Let the husband render unto the wife due benevolence: and likewise also the wife unto the husband.

4 The wife hath not power of her own body, but the husband: and likewise also the husband hath not power of his own body, but the wife.

5 Defraud ye not one the other, except *it be* with consent for a time, that ye may give yourselves to fasting and prayer; and come together again, that Satan tempt you not for your incontinency.

6 But I speak this by permission, *and* not of commandment.

7 For I would that all men were even as I myself. But every man hath his proper gift of God, one after this manner, and another after that.

8 I say therefore to the unmarried and widows, It is good for them if they abide even as I.

9 <u>But if they cannot contain, let them marry: for it is better to marry than to burn</u>.

The details of how I noticed that there was an investigation against go as follows. There was a tract I wrote in 1998 entitled "The Apostate Church". (That tract, by the way, is included in this paper as the second to last section. You may extract the text of that tract and reformat it back into a format suitable for tract distribution if you wish. It is a short statement on the apostate church that would be much easier to distribute rather than this huge paper you are now reading. Also, I have reworded a small section to encourage people to exit any formal church and to seek to be a part of a fellowship that is not a formal church whatsoever. The former version was not as strongly worded in this regard.) That tract was seen by the man who I believe has falsely accused me of something I have yet to hear of the details concerning, but such a false accusation must exist because I have detected a secret investigation by the FBI in my life. Anyway, I had also given a copy of my "The Apostate Church" tract to people who live in Northern California when they visited down here in Southern California. These people, though they are not close friends of mine, are strong Christians who view the apostacy of the church the same way I do, and when I heard them say such things at a Christian meeting down here in Southern California. After the meeting I walked up to them and gave to them copies of my "The Apostate Church" tract, because I thought that they would like it. These people are actually strong witnesses for the true Gospel. Now, the man who I believe has falsely accused me also knows these people. And I suspect that somehow, either through some third parties or directly, the matter of the gossip against me came up as a way of disqualifying the validity of the words that I wrote in my "The Apostate Church" tract. In other words, that man who has falsely accused me--though I do not know the details of that accusation--thought I was such a confused student of the Bible that I must be incorrect in what I was saying, and he thought that that tract should be opposed. Or, maybe he was opposing that tract because he did not want anybody from Northern California to contact me and to thereby allow me to find out about his gossip against me. You see, this man who I believe has falsely accused me has friends up in Northern California who hold the same view of grace that he holds, a view so lopsided in my opinion that I think that they are turning the grace of God in lasciviousness. And surely he has communicated both his gossip against me with those friends of his, people who also know me, but which are not close to me, and has also communicated his disagrement with my "The Apostate Church" tract--I presume he disagrees with it simply because after I showed it to him he never said anything that showed any real agreement with it to me. Also, since we basically became enemies over the grace verses obedeance issue, I all-the-more assume his opposition to me in many areas. I admit I am reading into the situation, but many small clues together confirm my interpretation of events, at least in my mind. If I am operating the way a schizophrenic operates with suspiciousness that is out-of-control in your judgement, then consider that I have lived my life from the point-of-view of events around me, and you have not had that perspective. The North American Indian's have a saying: "Do not criticize some one until you have walked in that person's moccasins [or shoes]". It is a good saying. Now, some confirming details are worth mentioning. These persons to whom I gave my "The Apostate Church" tract to after hearing their views on the apostacy of the church are radio Bible teachers. Now, I do not know them closely, but their messages encouraged me to give to them a copy of my tract. One of the radio Bible teachers has a daily call-in radio program that I years ago listened to very often. And one day I turned on the radio

(I suspect that this event occurred somewhere in the years 1999 to 2001, probably the year 2000, to the best of my memory) for just a moment and heard comments from the Bible teacher that were along the lines of "...they just do not like what he has to say..." and I perceived that most likely he was talking about my tract to someone else calling in to the radio talk program about it. Also, years earlier, in the summer of 1995, when I went to a summer Christian conference in Northern California, the man who I perceive is the one who falsely accused me was also there, and other people that both that man and I also knew. Anyway, two people who I knew and who my likely accuser knew were standing in line for lunch or dinner, and they did not see me slowly walking towards them, and I over heard my name spoken and the sylible "ped..." I did not here the entire word "pediphile", but I suspect that was the word that I was hearing. These are just two such confirming pre-investigation details. The actual details that caused me to notice that I was being investigated occurred in April of 2001, and involved near simultaneous tampering with both my home computer via my modem (I used a stand-alone modem that may be externally powered off; this prevents undesired computer breakins--but when I was using the modem the lights began to show activity when I knew that no activity should be occuring, so then I immediately powered of the modem and cut the invader off--so they failed to extract much information via my 56K external modem), and evidence of tampering with my work computer; these April details motivated me to clean my home computer's hard drive because of my occasional problem with adult pornography--which probably made the FBI quite upset. These two events marked the start of the investigation, which technically I place on April 1, 2001, a pranksters day here in the USA called "April fools day"; it is a day when many people play jokes on each other and lie to each other and see who they can get to believe their lies. There are many other pre-investigation details as well; many of these other details have to do with a church that both my suspected accuser and I attented at the same time. But I will not go further into these details, because without strong direct evidence I will not make my case as convincingly as I need to do--and remember, I did make that promise to him not to seek for witnesses against him, and will hold to that promise until the day his accusation is made known to me by the legal authorities, that eventually I expect to arrest me. Then many confirming details will flow to me, with lies as well, since the accusation must be false, since I did not do anything to deserve this investigation. Finially, God, in the future will ensure that my accuser is forced to admit that he bore false witness against me. I will wait on God for this event--but God has given me the understanding of how to force this issue with my accuser, and that forcing has to do with the gift-giving mentioned in Rev 11:10, which says:

Rev 11:10 And they that dwell upon the earth shall rejoice over them, and make merry, and shall send gifts one to another; because these two prophets tormented them that dwelt on the earth.

I make the following proposal. After I get arrested by the FBI, I will force the legal situation with them by God's blessing, I will only suceed if God blesses me in my efforts, such that this paper is placed onto a high bandwidth web site server with a domain name such as www.2witnesses.org or some such equivalent name if that one is already taken. The idea will be that people will read this paper and download this paper from this web site, and then after reading it they will decide whether to give money to a trust fund associated with this web site...... (end of this document).

163

Readme

File PsPain.pdf is a personal statement by me, Daniel David Zuck, about the profound psychological abuse I have been subjected to by the FBI. I have given in this document advice that may help people resist some of the FBI psychological techniques.

Consequently, the only wise way to distribute this CD with these files is by copying the files on this CD onto two new CDs, and then by hand give out those two copies to other people. DO not distribute these files on the internet, as that may get the FBI's attention. This technique of giving these files out by giving out two copies to other people will take advantage of the magic of the power-of-2. As the number of disks keeps doubling as each new person gives out two more disks, eventually, in a mater of weeks or a few months, enough disks will have been given out to cover every person on earth. Be keen on giving these disks to people who are going onto international trips, so that they may give copies to people in other nations. This way these files will spread around the world, and no government will be able to stop them.

So Copy these files freely from this CD to two or more CDs that you are to give to other people.

Daniel David Zuck, born 12/14/57.

23Sep2007

161

CDimage

File Edit View Favorites Tools Help

Back Search Folders Norton AntiVirus

Folders

- Desktop
  - My Documents
  - My Computer
    - Local Disk (C:)
      - Bundle
      - Documents and Settings
      - EPSONREG
      - Intel
      - My Backup -- 29-02-03 1830
      - My Music
      - Program Files
      - temp
      - WINDOWS
      - WorkNew
        - AllCaseStuff
          - BackupNotebook4ThirdDelivery
          - FirstDelivery2Judge_bestGuess
            - AuthorshipDocOfPSPain
            - case
            - CDimage ←
            - Item1
            - Item2
            - Item3
            - Item4
            - Item5
            - Item6
            - Item7
            - Item8
            - Item9
            - Item13
            - Item15
            - Item16
          - Fractals

| Name | Size | Type | Date Modified |
|---|---|---|---|
| BiblicalHumanSexuality7254 | 9,327 KB | DOC File | 11/12/2007 11:51 PM |
| BiblicalHumanSexuality7254 | 16,840 KB | Adobe Acrobat Doc... | 11/12/2007 11:57 PM |
| PsPain | 92 KB | DOC File | 10/5/2007 2:23 AM |
| PsPain | 407 KB | Adobe Acrobat Doc... | 9/19/2007 1:10 PM |
| PsPain2 | 40 KB | DOC File | 10/5/2007 3:33 AM |
| PsPain2 | 175 KB | Adobe Acrobat Doc... | 10/5/2007 3:48 AM |
| PsPain2 | 34 KB | Text Document | 10/5/2007 4:21 AM |
| Readme | 2 KB | Text Document | 9/23/2007 2:42 PM |

8 objects (Disk free space: 19.7 GB) 26.2 MB My Computer

165

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof

My name is Daniel David Zuck, born 12/14/57. Due to an unidentified false accusation against me (see the later section of this document where I state some of my life history and how I got into this situation of being investigated by the FBI via a secret search warrant), I have been subject to a psychologically based investigation whereby the FBI is attempting to justify some accusation against me that must have something to do with pedophilia, to the best of my speculation--do not immediately fault me; please read my life history that lead up to this situation before you wrongly assume I must be guilty of something; this life history is a large section at the end of this document. The reason that I am writing this document is to expose these psychologically based techniques because I have experienced them as a form of deep psychological torture, and because these techniques amount to coercion and go very far beyond any just method of determining guilt or innocency in regards to any charged criminal action. These techniques are very benign looking to any observer on the outside, and a core theme to the techniques is the manipulation of the emotion of fear. Now, does fear of the police always imply that the person who is doing the fearing is guilty of something. Consider the fear of a surgeon who is known to make errors in the past, and you are being forced to submit to a difficult procedure done by the surgeon. Furthermore, what if the surgeon had a family relationship with your family that was unfriendly. His attitude just might let him make a deadly or harmful mistake. This is the situation with the FBI. Their attitude must be incorrect, since their use of the principles of the psychology of fear includes a presumption of guilt. The reason I say this is because their use of the principles of the psychology of fear are actually very psychologically painful, even as water torture is in fact very painful psychologically. No person viewing water torture would think that such a thing is psychologically painful if they have no understanding of psychology--it is just little drops of water, how could that hurt? But, subject such a foolish person to the water torture himself, then he will begin to understand. Because torture is such an evil thing, we here in the United States know such a thing should not be done to suspects before guilt is fully determined in a proper court of law. If someone falsely accused you of something, and if the FBI decided to pyschologically torture you with water torture to see if they could force a confession, that would be very unjust. Now, you might take the foolish view that you have done anything wrong, and so such a thing would never happen to you. This is a rather stupid statement, and you are being an utter fool. Do you not know that there are many, many people who lie in this world? Or, are you putting on rose colored glasses and supposing that some of these many liars in the world around you would never falsely accuse you? If one of these liars hates you, he just might accuse you of molesting his little girl, and seek to blackmail much money from you, or he may even be seeking to put you into prison, simply because he hates you--and all he has to do is cause the FBI to believe his lie and then have the FBI subject you to psychological water torture indefinitely until you confess to something in fact that you did not do. This senario is all together possible because this psychological torture is being used by the FBI before they have proven that you are guilty. If the law of our country prevented the use of torture before the estabilshment of guilt, then this evil situation could not have come upon you, as long as the FBI reasonably held to that law.

This approach imposes the suffering that should be done to a person only *after* said person has been found guilty. Torturing should not be used as a means of gathering a confession. If there ever is a justification for torture, it would be justified as punishment only *after* guilt has been determined. Hence, to use water torture to obtain a confession before guilt has been determined by a proper jury decision in the full court hearing process amounts to suffering before guilt has been determined. Now, our US constitution prohibits curel and unusual punishment. Do you suppose that this prohibition is to be applied only after the establishment of guilt, thereby protecting incarcerated people in prison who have been established as guilty? If someone is guilty of some crime and our constitution prohibits curel and unusual punishment after the determiniation of guilt, how much more should this prohibition protect someone *before* the determination of guilt by a court of law? A presumed inocent person must get even *more* protection from punishment all together, and especially torture, since they do not deserve any suffering until guilt has been established by a court of law. Hence, to torture someone with a subtile form of torture that mimics water torture in a psychological way must be ruled out as unconstitutional and a violation of the presumption of inocense until proven guilty.

Now I said that the psychological torture that I have in view involves fear. If someone said to you that you are going to be subjected to actual water torture, would that produce fear in you, even if you are inocent and did nothing to deserve that? Of course, that would produce much fear, especially if the statute of limitation of the crime were 5 years, and you were going to be subjected to this water torture endlessly for all 5 years in an attempt to extract a confession from you for something that you did not even do. You would be terified, and yet this torture involves mere little drops of water. Other fools may look at you while you are being tortured and say in their hearts: "he must have done something wrong, or he would not be in that evil situation". these fools have yet to experience one of 6 billion liars in this world coming up with some crafty false accusation against that fool so that that fool finds himself *unjustly* in that situtation.

Suppose that for the FBI in our day of understanding of psychology decided to use insults and psychological-suspicion-magnifying and anger and fear causing techniques as replacement for drops of water; that would still be a very evil form of water torture, but it would be even more difficult to perceive by the many fools of the world who think that such an evil situation could not happen to them. They would not even perceive the drops of water, let alone understand that any form or abuse or torture is occuring at all. Because of this inperceptable form of torture, the FBI could use such torture techniques to cause false confessions in the form of acting-out the behavior that the suspect reasonably speculates is the goal of his or her torturers, the FBI. In other words, the motivation of torture--give to my torturers what they want so that I can get out of this endless repeated cycle of rising and falling and excruciating pain, over and over again--would be injected into the suspect to cause an acting-out-confession that would then condemn that suspect in court, and the jury would not be convinced that any real torture at all occurred, and so the person who acted-out must indeed be guilty of the former charge, as well as the acting-out-event that most likely will also bring a new charge.

And suppose also that because you are now being investigated by the FBI because of a false accusation, and the FBI in all of their strident effort against you also notice many little events or technical law violations in your life that happen to people all the time, such as telling someone about a new health supplement or vitamin that may help with diabetes, and so the FBI logs that event as a violation of the laws in this country as an attempt to practice medicine with out a license to practice medicine. Consequently, because of this false accusation against you, you now have many, many likely future problems legally that you do not really deserve, simply because the law against practicing medicine is being applied against you in a draconian way, simply out of the spite of the heart of the FBI. They hate you and they are not only attempting to destroy you by psychological water torture, but they will apply other laws in an unjust draconian way to destroy you in any way that they can. The FBI has become an abuser of their power, just like a policeman on the street who over uses his gun against people who look guilty. Even as Chicago police during the times of Al Capone are known to of said: "shoot first, and ask questions latter". This attitude is not gone from our police system in our day. It is alive and well in the heart of the FBI. This is very real. This is absolutely no joke. Your civil rights are greatly threatened by this attitude in the FBI. All it takes is a false accusation by an enemy of yours, and you to could know the reality of what I am talking about. Do not underestimate the threat on your life and your civil rights of what I am saying.

Now, I am going to discuss, with my non-professional wording because I am not professionally trained as a psychologist (though I do pick up on some of their lingo and will use that lingo to the best of my ability), my best understanding of the psychological principles that the FBI has used against me in the psychological water-torture that they have applied against me. Then I will discuss the actions used by the FBI in my life to invoke those principles and to effect the psychological water torture that they have been doing against me. Remember, water torture does not look painful, but in fact it is extremely painful in a psychological sense. Do not underestimate this pyschological pain!! It is very real, and is just cause for a very powerful lawsuit against the inflictors--the FBI are the inflictors--of such psychological torture.

The psychological principle that they use seems to be best understood as a system to psychological pressures that put a person into a high defensive stance to goes to an extreme, and then that stance is broken down by repeated failure to succeed at maintaining the defensive position. There is a principle in human psychology that the human brain is designed to cause psychological pain whenever we fail at an intended goal. This principle must be in our brain because God designed it to encourage us to do better the next time, or if success becomes to elusive with too much repeated pain in the attempt, then to flee that goal and no longer attempt that goal. Either fight and try harder again so that success is obtained, or flee and avoid trying anymore at all. This repeated psychological pain motivates the human to do either of those two options. Fight or flight is what the psychologist call this feature of human psychology. Fighting or fleeing are options that are the most obvious. But, what if a person finds himself or herself in a torture situation where fighting and fleeing become impossible. Resistance to your torturers is a kind of fighting, but if fighting does not end in success where you are freed from the repeated pain because the repeated pain comes and comes and comes with no end in sight, and if you can not flee, then there is a third option to fighting and fleeing--give to your torturers what they want, because you conclude that only then will this horendous pain finally go away. That is the nature of torture; torture removes the two options of fighting and fleeing, thus forcing copitulation to your torturers. I could see this principle of attempting to fight and flee from the FBI in all of the psychological torture that the afflicted against me, and a decent into motivation to give something that would satisfy my torturers, the FBI.

Now, in order for the FBI to cause psychological pain, they must put a suspect into a battle stance psychologically, and then attack that battle stance so that that person's will to fight is destroyed by the repeated failure that the FBI causes in the life of that person as he or she attemps to fight and fails at many attempts; causing psychological pain at each failure--pain that accumulates over and over again. To make this senario possible, the person must be put into an extreme psychological battle stance that is unsustainable. This way the FBI can break down that person's unsustainable position over and over again. The FBI can motivate a person into such an unsustainable psychological position using tactics that cause fear. Then the repeated failures can actually, eventually cause fear themselves. Finially, fear itself takes over due to repeated failures so that the person begins to self destruct as his or her failures cause more fear, and the fear causes

166

repeated attempts to try again, and then more failure cause more pain and more fear. It becomes a very self-destructive psychological cycle that decends into increasing psychological pain. Finally, to escape this pain the person is likely to no longer fight, and because they can not flee, then they copitulate and give to the FBI what the FBI wants. This is all together unjust, especially if the person is falsely accused. Because this torture violates a presumption of inocence, it is actually wrong against people who are guilty, because it takes away from such guilty people room for a just defense--which even guilty people must be given in order to allow inocent people to have a just defense and to defend themselves as well.

Now the FBI's argument against this reasoning would go along the lines of the following: If a person is not guilty, then they have nothing to fear. If they have nothing to fear, then these fear causing techniques will not work on them. This is a smoke screen by the FBI as they blow smoke. It is a smoke screen because they will make a very subtile and very sustained effort to cause fear in the suspect--efforts that I believe will succeed in almost any suspect, even if that suspect is inocent. One of the key features of the FBI's effort to cause fear is the neverending nature of their attempts to cause fear. If they do not cause fear this year by daily insulting and reminding the suspect that he or she is being investigated, maybe by next year fear will begin to take hold. And if after two years of constant insults and reminders to the suspect that he or she is being investigated do not produce fear, then maybe after three years of constant insults and reminders he or she is being investigated will produce fear. This goes on and on with not mere reminders, but psychological insults also. Furthermore, understand that in the mind of an actually inocent suspect, a mere reminder that he or she is being investigated is a very great insult. It hurts much psychologically to be accused via reminders of an investigation against a person when that person is in fact inocent. Such reminders not only cause psychologically pain, they cause anger. That anger then causes a desire for revenge--and the desire for revenge leads to kind of pleasure seeking that is the opposite of all of these insults--as desire to see your opponents destroyed. And this successfully puts an inocent person into that battle stance that the FBI actually wants; thereby putting their suspect onto the FBI's psychological torture rack that will inflict more and more psychological pain. And so this anger will lead to the fear that the FBI is attempting to inflict. And it goes on and on with failure at attempts to take that extreme battle stance that may be taken when some fear sets in. Think about it, if you detected that the FBI was involved in a secret investigation against you, would you not have at least some fear, even if you were inocent. What if you knew that you had an enemy who may have falsely accused you, and was the cause for the F BI now in your life. If you tell yourself that you had absolutely no fear, I assert to you that you might as well go into heart surgery without any fear also. You are lying to yourself if you tell yourself that you would have no fear. Especially if you realized that the FBI is going to check out your entire life and begin to apply other laws to your life in order to comprimise you in all ways that they can by draconian interpretations and applications of the reems and reems of laws on the books in this country. And what if a person falsely accused of some sex crime has a difficulty in his or her thought life in the area of sexuality, but has nevertheless never committed any sex crime? These kinds of people are also inocent, and they do not deserve to have their presumption of inocense taken away by psychological torture. An incopetent removal of a person's presumption of inocense by constant insults and insulting reminders of being investigated will lead to deep anger and deep fear, even if a person is inocent. And the anger is even more likely in an inocent person than in a guilty person. So if fear does not get a person because he is inocent, then anger is going to cause that suspect to decend into such psychological desire for revenge that can not come that they then decend into fear him or her self.

Now, you may ask, if an inocent person is being investigated by a secret search warrant, then why does not that inocent person seek a lawer who might help with the situation? Well, early in my investigation I did call a lawer, and he blew me off by language that basically said there is nothing that he could do. This is very sensible, since he would have to break through the legal protections that protect a secret search warrant. And, in order to break through the legal protections that protect a secret search warrant the person being investigated must show that something evil is being done against that person. This is very difficult to do when we are talking about sutle psychological techniques that involve mere insulting reminders that he or she is being investigated, that go on year after year after year. How do you prove to other people that such is harmful, unless he or she being investigated is a psychologist who has sufficient understanding of what is being done against him or her in the first place? Most people could never mount a clear argument against such subtil psychological torture.

In order for the subtile insulting reminders to be effective, the FBI must grip the suspect psychologically using the principle of psychological suspicion. All humans use suspicion to protect themselves. Overly suspicious people become mentally ill as they fear everything around themselves. Underly suspicious people sometimes fail to protect themselves from some harm coming their way because they did not see the threat coming. Some reasonable level of suspicion is a necessary component of human psychology, not too much suspicion, and not too little suspicion. The way the FBI grips a person psychologically by the principle of suspicion is to do rediculous things around the suspect that are easy to interpret as actions of the FBI. They may even come by as an actual human being wearing a jacket that has the letters FBI on that jacket, as they did with me while I was a work one day. Anyway, to grip you psychologically, the will do what they need to do to raise your suspicions. Then, after your suspicions are higher, they will begin to make their observable reminders tinyer and tinyer over the months and years of the subsequent investigation. This eventually leads to completely irrational fears where the suspect begins to become suspicious of almost everything. This is part of the scheme by which the FBI attemtps to increase fear and promote fear based self-destruction in the suspect. God has helped me greatly through this kind of evil stuff applied against me by the FBI for over six years. I believe it really is promotion of the psychlogical processes underlying the mental illness of schizophrenia, with that condition's characteristics of fear and paranoia and suspicion. This is a very evil thing to do to a person. What if the suspect had a predisposition to such a condition, but had never fallen into that illness? If such a suspect were pushed upon by such an investigation, that could cause horendous psychlogical pain and damage to that person that may lead to the complete ruin of the remainder of that person's life--which would be an extra tragety if that person was indeed inocent of the accusation against that person. The FBI goes about causing damage, and then covers their trails by the power to do so. I wonder how may people have been very deeply damaged this way in the history of the FBI? I very strongly doubt that the answer to that question is zero. Surely some, and maybe many. These techniques are very evil by their subtility and psychological force; they are a form of torture that I would classify as curel and unusual. And, even if they are not termed curel and unusual, they must not be applied so as to violate the presumption of inocence.

Now I am going to give some advice to any person who thinks that they are being subjected to just such an investigation. There are psychological techniques that may be applied to help. You must deal with the following psychological concepts with real understanding. These concepts are

1) Anger
   Especially the anger desiring justice if you are falsely accused.
2) Fear
3) Pleasure
   Pleasure associated with nice things like sex and food.
   Pleasure associated with the desire for revenge.
4) Teasing (a combination mechanism involving anger and pleasure).
   Teasing tends to combine the above two types of pleasure mentioned above, at least
   the FBI worked to combine them in my case.
5) Confusion

To help deal with anger, you must recognize the source of your anger. If the FBI is frequently reminding you that you are being investigated (for me, that involved certain particular car stickers and arms out mostly the driver side window going to a from work. It also involved certain hand-face jestures duplicated from a relative in my life in other people in my life. these reminders came in other forms as well. Some reminders were ment to cause fear only. Some caused reminder of sexual things as well. Some were more focused on direct insults, etc...). So, the one very essential thing that helped me to reduce my anger involved prayer to that God would forgive the person putting that reminder or insult into my view--and also prayer that God would help me to forgive them sincerely as well from my heart.

To help deal with fear there is a very subtile feature of psychology that I only began to understand, and then got confirmed while reading a book on psychological techniques for training dogs. That principle I first discovered when I was attempting to use reverse training (As an electrical engineer, I have been for years interested in the engineering field called artifical neural networks. During my study of that engineering field, I did a paper on the concept of countradictory training set-data used to train neural networks wherein the data had inhearent countractictions. This study caused me to appreciate that the human brain must have some powerful and elegant method for dealing with such situations, because countradictory data can be very damaging to the training process of an artifical neural network.) on myself as the FBI was using their techniques against me. I discovered the counterintuitive observation, and I even used that word "counterintuitive", that I was helped when I rewarded my fear response with a treat such as a date or a raisin. I did not understand it though, and I could not put it to words beyond the word "counterintuitive". But, when I read this book on psychological techniques for training dogs, I came across a statement that used the very same word I used, namely "counterintuitive", and in that statement the author of that book said to relieve fear in a dog you should give to them some pleasure, such as a doggie treat that the dog loves to eat. This then opened the door in my understanding and began a cascade of deeper understanding into what the FBI was doing to me. If I eased the fear that they were causing me, then I grew braver and was less intimidated by their constant reminders. I eventually expanded this concept beyond what I learned in that book and realized by experiement that the psychological pain caused by the constant reminders and repeated failures (pain of reminders and pain of failures are actually not equal, but nevertheless, both types of pain responded) were relieved by giving to myself pleasure during the experience of the failure pain or during the experience of the reminder pain. Pleasure helped in both cases. This helped to relieve the fear. Now, something to note in dealing with this fear thing. This help by giving to yourself a treat is not the whole answer. To help further with the fear issue, you may use the treat approach to releave the pain; but to keep the repeated pain from coming back and overwhelming you (because the FBI will try harder if you try to use counter training, such as I was doing), you should understand that you have a good chance to reduce the repeated failure pain component if you just stop making goals for yourself that are unsustainable. It is those goals that you keep failing at, which goals the FBI will push you towards by using fear and intimidation to thereby make you try too hard and to fail at those attempts, which after a while becomes very intimidating and psychologically painful. You

167

instead need to be normal; not highly defensive. This advice on acting normal may not work if you are indeed truly accused and you have a sin weakness in a certain area such that if you act normal, then you may get caught up in what the FBI is attempting to catch you at. If you can afford a psychologist and get theorpy (the FBI will probably meddle with your psychologist, but if he or she is good, they may still be able to help some), that may help some. Another thing that can help if you go to a psychiatrist, very much in fact, are modern psychoactive medications that are used for relief of anxiety, such as the drug Abilify, and the drug Zyprexa. Abilify is more modern and has less side effects.

Rememer that the pleasure of the desire for revenge is dangerous, and you should recognize when that pleasure is being provoked by teasing techniques being used upon you. The FBI will attempt to join that pleasure for the desire for revenge with any pleasure associated with the accusation that may be against you. If you have been falsely accused of some sex related charge, then the FBI will be attempting to join your desire for revenge (by teasing you to elicite anger and by making you anger by repeated insults) with sexual desire. The desire for revenge can be very powerful, especially in an inocent person who has been falsely accused, and so that is why great importantce needs to be placed on seeking in your heart to forgive from your heart. Pray to God for help in this need to forgive your tormentors, the FBI, from your heart. Relieve your sexual desire in an honorable way such as with your wife or by private masterbation. Avoid situations wherein you have a weakness that is not honorable. Also, the FBI will attempt to deny you are simple pleasure, such a growing a garden--I believe the FBI has been nicking the blooms on my tomato plants to keep them from producing tomatos, for example. A little way to make me angery, and to deny me of an healthy simple pleasure.

Teasing is a powerful technique used by the FBI. They are surely desiring to lead you down the primrose path into some destructive behavior. Teasing is the rubber leash by which they will attempt to do that do you. The leash is rubber, and you need to recogize its pressure on your neck, but that it is streatchable. Dealing with this teasing is best done by recognizing the anger component and the pleasure components in it. The anger component involves hope of the pleasure of revenge as well as the separate and distinct subject pleasure that they are teasing you with, probably sexual sights such as scantily dressed women or whatever may be the subject of your investigation. Deal with the anger component again by seeking forgiveness. Deal with the subject pleasure in some proper outlet, as stated earlier, and mayby by pleaure substitution such as going for a nice hike (though, the FBI may attempt to interfere with your attempts at pleasure substitution).

If you show some understanding of what the FBI is doing around you and you attempt to resist them, they may mix things up in their actions around you in order to confuse you. You see, if you could just lower your suspicion and not pay attention to them--this is very hard to do, maybe impossible, because of the fear component powerfully based in the mere thought that you are being investigated--then they could not communicate with you, and so you could not be hurt by them. The only things that I have found that helps with lowering suspicion are the anti-anxiety drugs, and the pain relief by pleaure-rewards such as eating dates and rasins at pain moments--this reduces fear to some degree and consequently helps to reduce suspicion some. The drug approach is more powerful because the modern anti-anxiety drugs seem to keep the psychological pain from getting memorized, and hence the psychological pain does not build up event after event.

The technology that the FBI used against me is very awsome. The bugs they have are undetectable to me. I have yet to find one. Also, I believe that the vision bugs (bugs that can see--super tiny chips that operate like cameras) come in at least two flavors. One for visual light, and the other flavor for inferred light. The inferred light vision bugs are for seeing through clothing. The FBI wants to see through clothing so that they may see if a man is getting aroused. This is very important to them in sex related investigations. Because of many interactions with the FBI's manipulations around me, I believe that most likely they are even able to see slight blood flow increases in a man's scrotum, long before he becomes aroused. This kind of higly detailed feedback is used by the FBI to focus their psychological manipulation techniques to manipulate a man more effectively. For example, if a slight blood flow increase is detected by them as they are watching me in response to something that they have done around me, then as a psychological reward to me, they may remove some insulting feature of the situation around me, thus neurologically reinfocing my tendency to get aroused at whatever they are trying to trap me in. This is a kind of biofeedback that is very manipulative and very powerful and very unjust and counter to honest justice. Biofeedback and behavior modification techniques should only be used to encourage people to good behavior, not evil behavior after which the suspect is arrested for something he supposedly did of his own free will, when in fact he was powerfully manipulated.

Also, since I am an electrical engineer, I am very aware of technology. I know that there are very high-speed artificial neural network silicon chips that can process dual camera images to resolve sterioscopic focuses in milliseconds. This technoledgy is attached to the FBI visual bugs so that at the FBI headquarters the FBI is able to tell with very high precision where a person's eyes are looking. This technology is in use in modern fighter aircraft as piolts can aim wepons merely by looking with their eyes at a target. And the FBI is using this technology also against suspects. This is especially important in sex related investigations because the FBI wants to see where a suspect is looking at on other people's bodies. If a suspect looks in a certain location and gets aroused while looking at that location, then that is exactly the kind of evidence that the FBI is trying to get in order to cause you legal trouble.

I believe, after 6.5 years of investigation, that virutally all of the traffic lights are networked together across the entire USA so that the FBI can manipulate those traffic lights. This is very important for secret investigations because the FBI must always be able to keep their watching people near the suspect. Also, the FBI uses tricks with multiple cars and people so that you may not be followed to long by any one person. Thus, detecting that you are being followed is very difficult, if not impossible. Though, one time I pulled off of a freeway very quickly, and the FBI truck behind me was supprised and had quite a difficulty adjusting quickly and following me down that off-ramp.

The FBI has what I would call "reverse bugs". These devices are tiny little things that go well into a person's ear conal. These devices are radio receivers that speak a tiny voice that can only been heard in the ear of the person wearing such a device. This technology allows the FBI to direct people to say things in conversation to you. They can put words into a person's mouth. These devices also exist for use in dogs so that the FBI can direct dogs without outwardly audioable commands that other people can hear.

My life history. The following text is extracted from a paper I wrote, and so it may have some Bible verses in it that were put there for the purposes of that paper; this text gives my history that lead up to the investigation that I now find myself in. Reading this material will help you to understand where I am coming form and why I wrote this document.

My History:

Though my upbringing as a child did not involve reliable exposure to the Bible, it did involve some exposure. And because of the early exposure I am unable to say when in my life I seemed to have become saved. All I know is that over the 49 years of my life (I am writing this sentence at 14Sep2007) since my birth on Dec 14, 1957 I have had a slowly increasing awarness of God along with a slowing increasing closeness to the Bible. At about the age of 12 or so I began to attend church on a fairly repeated basis, but the church I went to had no depth, as far as I can remember. A few years later, at about the age of 14, when I started high school, I got exposure to a better church (just a little better, because the pastor at least attempted to teach through passages in the Bible) and began to attend that somewhat better church. That church taught the false doctrines of free will and dispensationalism, but nevertheless, some important true doctrine entered my heart from that church. But God eventually motivated me to leave that church because its free will doctrine was countering my effort to make my own calling and election sure. During my high school years I discovered a reformed Bible teacher on the radio. That man taught me a great deal of truth; not the least truth of which was how to study the Bible itself. Fish yourself and give that fish to somebody, and you feed that somebody for one meal. But teach that somebody how to fish, then that somebody will have many meals to come. The church I attented did not know how to study the Bible. But when I learned from that fine Bible teacher on the radio *how* to study the Bible, then now I was on the way to making real progress, by God's blessing, to understand the Bible. This would go a very long way in my need to make my calling and election sure; and it has done so all my life ever since. You can do the same; and because there are so many false teachers everywhere (and how do you know that your pastor is faithful if you do not check out what he says against the Bible yourself?), you really are nearly forced to do the same as I did by checking the Bible against what Bible teachers in my life taught.

I graduated from high shool in 1976. I then worked on getting a degree in engineering (electrical) a UC university here in California in the USA. In 1981 I graduated with that bachlars degree in enginnering and begain to work as an engineer in 1981. During my high school years there was a young woman my age I was a social friend with, and I had introduced her to that free will church I used to attend. She liked that church and so attented, quite independently of me for years thereafter. We had an understanding that I had setup that after I got my master's degree in computer science that I very likely would be interesting in marriage. I actually did a very evil thing to her in that during the time between when I got my bachlars degree in engineering and then later got my master's degree I lost interest in her, mainly because--even though I have very little communication with her--she never seemed to gain interest in the reformed Christian doctrines that I had changed to when I left that free will church that she was still attenting. In the very same month that I was to graduate with my master's degree in computer science she found my phone number and left a short message onto my answering machine. I returned her call by leaving a very terse and uninterested message on her answering machine, and so I rudely left her with no explainiation. She likely wasted years of her life hoping that I might marry her; but instead I showed to her a very cold shoulder by that terse phone message, and left the whole thing at that. If she is still alive and if she reads this sentence, she should know that I deeply appologize to her for this evil act I did against her. And, if, in the future God blesses me with a very strong bank account, I may give her a one time only payment of up to 3% of my bank account as an appology for that evil act I did to her. Right now, that 3% is very small, and I am suggesting that she not attempt to collect from me now if she is reading this. I fully expect, due to the way I expect the matter of the death and resurrection of the two witnesses to go, I think that Rev 11:10 where it mentions "gifts" is actually refering to huge sums of money, and I think that after all the dust settles after the two witnesses are resurrected I may have a large bank account from which that 3%

168

would be a very handsome sum. Then this appology would result in some money that may help to give to her some comfort for all the evil I did by leaving her hanging the way that I did. I actually believe that the situation that I now find myself in, which situation required me to write this paper, is chastisement from God for what I did to her in leaving her hanging the way I did years ago in 1994, the year I graduated with my master's degree in computer science. If I had just given to her a clear, honest explaination--rather than basically a mere non-informative cold shoulder--why I was no longer interested in her, then these things of God's chastisement against me, which I will discuss further below in this section, most likely would not have happened to me. I did, some years after 1994--I do not remember the exact year, but the it may be 1999 or so, I did attempt to get a letter to her through the human resources department of where I thought she still worked to give to her that explaination that I so rudly failed to give to her in 1994. But that small act of repentance was not enough to please God so as to beseach God successfully to take me out of the situation that was developing in my life the years after 1994. God had other ideas. So here I now am writing this paper.

When I gave that cold shoulder in 1994, I said in my heart, in effect, I was going to find someone else that would be more my choice for a wife. Now, for some more history of my life leading up to that moment in 1994 when I thought I was going to eventually find a wife: In the year 1981 when I began to work after completing my bachlars degree in engineering I began to re-attend that free-will, dispensational church that I had attended for years before. When I was working on my bachlars degree in the last two years of that work I did not live close to that church, so I could not attend it. During those two school years I attended a small free-will church near the UC school that I was studying at. Even though I knew free-will was a false doctrine, I knew that I needed to go somewhere because we must seek God every week in pursuit of God's truth and to share God's truth with other people. So church has been important to me ever since my high school years. When I completed my bachlars education I returned to my home city in southern California (Escondido, just north of San Diego) and resumed attending that free will church I had attended for years. After a few months, though, I finally came to that point when I said that I must leave this church because their false doctrine of free will was hindering my need to make my calling and election sure. And since I knew that fine radio Bible teacher attended a certain reformed denomination here in the USA, I decided to try that denomination. That denomination did have a church in my home city. So I began to attend that church. To my delight I met other people there who liked that same radio teacher. This was quite to my delight, because now I had found people with a love for the reformed doctrines of election and total depravity and limited atonement. Now, at this church there were a lady or two who showed interest in me who I could have gotten interested in marying. But two things held me back. One was the fact that I did not want a family (and I strongly believe that birth control is a serious sin) to support if I was going to pursue a masters degree eventually. The other was that the mother of the lady I was interested in clearly did not like me. I did not want to marry into a family with that sort of problem. Furthermore, daughters often grow up to be simular to their mothers; also this young lady made a small descision that I looked upon as a careless and unwise handeling of responsibility--which turned me off towards her even more. Noticing these things before marriage is much better than noticing them afterwords. Now, this young lady also had a sister that I was a little interested in as well. But this sister had a weight problem which made her unattractive to me. So for these reasons I did not find a wife at that church, even though I attended there for years. I was strongly demotivated towards marriage because I wanted to get that masters degree first, anyway. Now this family with these two sisters was and I am sure still is a very nice family. I still fondly remember that they sent to me a simple, but thoughtful card when my mother died in 1986. I do not remember anybody else from that church doing that. That church had fairly good doctrine, but they were a little cold socially towards people who did not have exactly the same cutural background as they had. So I did not mix in at that church very well any way, and that contributed even further towards me not finding a wife there. Now, the few people that I was close to there at that church were mostly not of that church's cultural background, and the total number of these people did not include any reasonable canidate for marriage with me. So I had some close friends at this church, but marriage was fairly locked out. I believe, ultimately, this was God's planning, anyway.

In 1987 I quit my engineering job and moved to another city in Southern California named El Cajon that was close to the university that I was going to attend in pursuit of my masters degree in computer science. There in El Cajon were other people that were realitives and friends of the few people that I was close to at the church in Escondido that I had been attending. One of those other people was a man with only a high school education that nevertheless had a clear understanding of how to study and understand the Bible. I could see that he had the wisdom of God in him, and still does, I am sure. If a person is truly born again, he can not lose his salvation--but serious sin can cause us to rightly doubt our salvation, even as we must always be seeking to make our calling and election sure. This man also liked that radio Bible teacher that I liked, and had learned from him as well how to study the Bible properly, by comparing verses with verses to better understand any particular verse one may be considering. For years (I took a long time to get my masters degree in computer science, 7 years to be exact, because I was crossing disciplines from engineering to computer science, amoung other reasons) I fellowshipped with this man and other people as well on Sundays after church; and we all attended the same reformed church as well. There was a chef amoung these friends who made truly fine salsa (a spicy tomoto preperation that is very nice on potato chips or corn chips), and he would bring a batch of his hand made salsa for our enjoyment Sunday afternoon as we all would talk about doctrine and the Bible for hours and hours, until time to go back to church for the Sunday evening service. I grew greatly over the years as I engaged myself in the conversations with these other people. They tended to take a doctrinal stance in one very important area that I strongly differed from them in, though. They strongly emphsized grace in a way that troubled me greatly. I strongly emphsized obedeance, to the point that I am sure troubled them greatly, probably to the point that they may have wondered if I had a works gospel. And to some degree I wondered if they had turned the grace of God in lasciviousness (a license for sin), as Jude 1:4 speaks. Sometimes in the middle of this 7 year time period I began to spend my Sunday afternoon time with other believers, some of which were more friendly to my stance on obedeance. This new location was with a old man who was a very talented advertisement writer--being a Christian, though, he was very careful to make sure his add-copy was truthful. This man loved the Bible greatly, and was a strong advocate for obedeance as well. I learned some important truths from him, not the least of which was his very powerful test for whether a doctrine is true or false: namely, if the doctrine does indeed glorify God, then it stands a very good chance of being true; and if it glorifies man, then it stands a sure chance of being a lie. Man deserves nothing, he is such filthy scum; so anything that glorifies him must be a lie. Now, a man may concoct some bogus doctrine that sounds like it glorifies God; we should at least check it out in the Bible to be sure that it is true before we deeply commit ourself to believing it. Also this man was very naturally talented with emotional wisdom in dealing with other people; and I, being an engineer that was more focused on how to make electronics and computer code operate properly, had things to learn from this man in this area. So he was a blessing in my life. Near the end of his life, the last two years in fact, I got involved with him and his family by doing gorcery (food) shopping per his wife for them both. I also came by early mornings to help with care giving during the last year or so of his life. He died in Dec 1996. I am looking forward to being spiritually reunited with that lovely man in heaven, along side Jesus, our savior.

Now, around April 1994 I was finishing my masters degree in computer science, and that is when that lady I knew from high school left her message on my answering machine, and that was the time when I returned her message with a message on her answering machine that was very cold, and which left her rudly hanging after years of her wondering if I might still be significantly interested in marrying her. So, likely within weeks after that rudly lacking message of mine I was invited to visit some friends by another friend (that man who had only a high school education, but which I believe, even to this day, had and has the true wisdom of God in him--that is, he was and is indeed a true believer). These other friends involved a large family that we both knew well and were mutual close friends to, each of us. Now these children I liked to play with by tickeling them. I enjoyed their laughter and they generally took it well. But there was a problem I had known only to myself. I regarded it in my heart as a rather small problem, but I knew it could be taken wrongly by giving the appearance of evil to other people. Sometimes, when I was tickling these children I would get aroused somewhat sexually. No one ever noticed because I generally tried to keep it hidden. But on this day that man with only the high school education seemed to notice. I saw the look of supprise and shock in his face. But because of a particular mindset that had developed in my mind towards that man because of the long debates over grace verses obedeance between him and me, and others and me, I knew that I now had lost the faith of a potential enemy who most likely hand a mind that was now indeed evil-affected towards me. Also, in these debates about grace verses obedeance I had long suspected that this friend I had now lost the faith of and had now become an enemy would most likely lie if I confronted him about what I suspected he had noticed. Surely, in his mind he now looked at me as some sort of evil hypocrite because of the way I talked about obedeance, but now here in my life he had noticed something that made me look evil in his eyes. Also, another factor that feed into my desire not to confront him on this matter was an attitude I had towards lying that had formed in my mind from a child. God made me in such a way that lying is not a strong sin weakness with me; I hate lying and generally avoid it most of the time--we, including me, are all capable of lying sometimes, but we should hate it and should avoid it, even if there is a high price to pay for telling the truth. In this hatred for lying I tended to have a hatred for others that had lying as a sin weakness. Now, this is a judgemental and non-forgiving attitude on my part because it lacks mercy. Yet we should hate sin of all sorts. One area of great challenge in life is working with the sin weaknesses of others in our life, as well as coping with the greater problem of our own sins. We are not to be a judge of sin in other people's life unless the door of allowance exists between us and the person in sin. That door might be to be a parent; in which case the door of allowance is the requirement by God that parents deal with sin in their children in a loving and wise way by confronting them in their sin, sometimes with chastisement. Or the door might be that we are a police man, and we are authorized to deal with sin. Or the door might be that we are a friend of the person who has committed a sin, and that friendship has an open understanding that we are permitted to help each other deal with sin. We are not in a position to go about judging other people arbitrarily because of sin we see in other people's life. As we read:

Jas 4:11 ¶ Speak not evil one of another, brethren. He that speaketh evil of *his* brother, and judgeth his brother, speaketh evil of the law, and judgeth the law: but if thou judge the law, thou art not a doer of the law, but a judge.

12 There is one lawgiver, who is able to save and to destroy: who art thou that judgest another?

So my attitude was judgmental in a strange way, and yet appropriate because I decided to let him have the consequences of his sin towards me and to not judge him, since I strongly susptected that he would lie to me anyway. Now his sin as I perceive it is that he did not come to me rather and attempt to deal with me; and that most likely he was destined to gossip behind my back for now on anyway. Maybe he also thought the door between him and me was not open, and that I would onlydeny my sometimes getting aroused when tickling children. Who knows, maybe I would have denyed it; but knowing myself, I suspect I would not have argued with him if he had confronted me--I would have admitted that what he thought he had observed was indeed true. But we will never know, that is not how things turned out. He said nothing to me, and I said nothing to him. But I clearly saw that stark look of supprise on his face everybit as clearly as he may have perceived that I had gotten aroused. These events happened in 1994, probably not long after my rudly lacking phone message in April to that lady from my high school days.

Now, you may be wondering: "Why would I let my friend have the consequences of his sin of not dealing with me and of gossiping against me if those consequence would cause me great pain?" The reason for this attitude in me is that I deeply believed that if I was going to stand for truth so as to defeat lies--and when someone gossips behind someones back, then lies to cover that gossip are going to happen-- I might as well let the consequences of those lies grow to the maxium possible, because then the greatest victory against lies would be obtained. The higher the lies go, the bigger the crash when they fall, and the bigger the lessen to avoid lies. This strange attitude has been in me from a young child. Some how God created me to think this way from a young child. It is simply how God has designed me. And it shows how much I really hate lies. It shows that I am willing to suffer in a great way in order to defeat them. I love truth. Now, we are all capable of lying every day, I include my self in that statement. Yet, if someone hates lies, then the amount of lying that that person will do will be much less and usually much less serious--simply because a person who hates lies simply will not put him or her self in a situation so as to be forced to live a lie in order to hid it. A hater of lies comes clean pretty quickly because he or she can not tollerate the insecurity that comes between that person and God and that person and other people as the attempt to live a lie is made. Also, a hater of lies is rather unlikely to put himself into a situation where he needs to lie anyway. For example, a true hater of lies may tell somebody that is beginning to gossip about somebody else, "Please stop, I do not want to hear it". The hater of lies will say this because he seeks to avoid in the future being required to lie in order to cover something he or she should not know in the first place. In any case, some lies will never be found out *until* judgment day. But they will be found out *on* judgment day. As we read:

Mt 10:26 Fear them not therefore: for there is nothing covered, that shall not be revealed; and hid, that shall not be known.

The idea in the minds of many people is that if something is true, then to tell it to others is not gossip. Well, there is some truth to that; but remember if you are hearing only one side of a situation, and are not hearing the other side of the situation from the person being gossiped against, you only have half the story. Even if the gossip's story sounds very convincing, if you have not heard the other side then you are taking quite a risk in believing what that gossip is saying. Oh, you say, "What risk is there in believing some story from some gossip about somebody else; how could that hurt me?" If you really think that in your heart, that is strong evidence that you are not a lover of truth. You will believe anything that tickles your ears and pleases you. What is hurting you is your whole attitude towards truth, or lack of love for truth. So what will hurt you is that you are going to end up in hell with that lack of love for truth and God will require of you the same attitude you showed towards others in the way you relished hearing one side of the story without hearing the other side of the story. Hell or the eternal lake of fire is a place where the second command to love your neighbor as your self is fulfilled by requiring all the inhabitants to experience the evil they did to others against themselves. The lies and un-defended-against statements you loved to hear of others in this life will be told of you in hell by others. So when you ask "how could that hurt me?", you are being seriously foolish, and are ignorantly, or even deliberately shaking your fist in the face of Almighty God, who is Truth himself. To be sure, somebody may tell us a story, and we may listen. But if we say in our heart, I am not sure that is true; I need to hear of the accused before I can even begin to be sure--then you are doing better. Notice, when Paul heard some gossip, he said "I partly believe it:"

1Co 11:18 For first of all, when ye come together in the church, I hear that there be divisions among you; and I partly believe it.

That statement "I partly believe it" means he suspects that there is some truth in what he heard, but it is not a wholesale commitment to something concerning which he has not heard from the accused side. Furthermore, in the context of this verse we understand that Paul is speaking directly to the accused in his letter to the Corinthians, because the church at Corinth or the people at that church are the accused. In this way, he is actually giving them a chance to hear what the accusation is against them. But the opposite, that is gossiping behind somebodies back and not giving them a chance to defend them self is vile, and God speaks of it as a direct violation of the second commandment to love one's neighbor as one's self. As we read:

Lev 19:11 ¶ Ye shall not steal, neither deal falsely, neither lie one to another.
12 And ye shall not swear by my name falsely, neither shalt thou profane the name of thy God: I *am* the LORD.
13 Thou shalt not defraud thy neighbour, neither rob *him*: the wages of him that is hired shall not abide with thee all night until the morning.
14 Thou shalt not curse the deaf, nor put a stumblingblock before the blind, but shalt fear thy God: I *am* the LORD.
15 Ye shall do no unrighteousness in judgment: thou shalt not respect the person of the poor, nor honour the person of the mighty: *but* in righteousness shalt thou judge thy neighbour.
16 Thou shalt not go up and down *as* a talebearer among thy people: neither shalt thou stand against the blood of thy neighbour: I *am* the LORD.
17 Thou shalt not hate thy brother in thine heart: thou shalt in any wise rebuke thy neighbour, and not suffer sin upon him.
18 Thou shalt not avenge, nor bear any grudge against the children of thy people, but thou shalt love thy neighbour as thyself: I *am* the LORD.

Notice Lev 19:17 says that we should rebuke our neighbor in order to help him with sin that we see or perhaps see in his life. This is in response to verse 16 that talks about gossiping against somebody; we should not go gossiping about that somebody; rather we should seek to help that somebody. But if the door of friendly correction is not open, then we can not apply Lev 19:17, and if there is not an honorable authority structure over that situation that we may *honestly* appeal to such as a reasonably honest government; then we may just have to give this situation to God and wait on God.

I admit, situations can be very ugly and painful, especially if third parties are being hurt. And the function of police is to protect just such third parties. In any case, if you go to the police concerning a situation, be sure never to speak as fact anything you have heard unless you have powerful verification that that anything is indeed fact. Rather, simply say I heard as gossip the following, and I do not know if it is true. Now, the police may mishandle that information and in a very evil way abuse the accused in some way so as to attempt to force the situation around the accused to match the gossip. Yet, the gossip could be entirely untrue. In this case the police have been manipulated and used as a weapon in the hand of the gossip to destroy a falsely accused person. So bringing police into a situation based on gossip only might turn out to be a very bad and unjust decision. Sometimes, if we have inadequate information, we are more honorable if we simply leave the situation up to God. God is always just, anyway.

And Jesus did say:

Mt 7:1 ¶ Judge not, that ye be not judged.
2 For with what judgment ye judge, ye shall be judged: and with what measure ye mete, it shall be measured to you again.
3 And why beholdest thou the mote that is in thy brother's eye, but considerest not the beam that is in thine own eye?
4 Or how wilt thou say to thy brother, Let me pull out the mote out of thine eye; and, behold, a beam *is* in thine own eye?
5 Thou hypocrite, first cast out the beam out of thine own eye; and then shalt thou see clearly to cast out the mote out of thy brother's eye.
6 Give not that which is holy unto the dogs, neither cast ye your pearls before swine, lest they trample them under their feet, and turn again and rend you.

The reference to "dogs" and "swine" could include the unsaved police in the government over your head and over the head of the fellow Christian who is accused of some sin. And the fellow Christian, if he or she is a true believer, is actually a Saint, and a Saint is holy. That is what the word "saint" means. A saint is a true believer; all true believers are saints and all true believers are holy. Giving the holy unto the dogs could cause those dogs to eventually come after you as well; that is what Jesus is saying in Mt 7:6 above.

Also, we are not to go to secular (unsaved government) over our heads to have judged matters that should be judged within the church amongst believers only. As we read:

1Co 6:1 ¶ Dare any of you, having a matter against another, go to law before the unjust, and not before the saints?
2 Do ye not know that the saints shall judge the world? and if the world shall be judged by you, are ye unworthy to judge the smallest matters?
3 Know ye not that we shall judge angels? how much more things that pertain to this life?
4 If then ye have judgments of things pertaining to this life, set them to judge who are least esteemed in the church.
5 I speak to your shame. Is it so, that there is not a wise man among you? no, not one that shall be able to judge between his brethren?
6 But brother goeth to law with brother, and that before the unbelievers.
7 Now therefore there is utterly a fault among you, because ye go to law one with another. Why do ye not rather take wrong? why do ye not rather *suffer yourselves to* be defrauded?
8 Nay, ye do wrong, and defraud, and that *your* brethren.

Now back on the matter of me still seeking to find a wife. Believe it or not, even though I show in the paper a fairly deep understanding of human sexuality, I am still a virgin. I have never had sexual relations with any human being, woman, nor by homosexuality with men. I am an acutal virgin at the age of 49. I did get very close to losing my virginity when I was young, even around the age of 9 or 10; but God protected me and so I never lost my virginity. But in my heart I have suffered a long time over these many years wishing I had a wife. But I have not found a woman who is convincingly born again. Churches being apostate all around me force me into the situation where I must spiritually

170

examine a woman very carefully before I can even begin to suppose that she is indeed a true believer. Furthermore, I have had very great difficulty in even seeing how a wife could fit into my life presently, both because of a difficult situation where I am helping in the care of a handicapped realitive, and also because I have been falsely accused of something the details of which I do not know--and the FBI, by my best perception, have interfered with the possibility of me meeting Christian women that may be appropriate to me--because any church I might go to in attempt to look for a wife, the FBI is there behind the scenes manipulating people and circumstances--because the FBI must think that I am some sort of dangerous person sexually. But I am not such. I am a true saint, and I have been cast to the dogs, the FBI, by a fellow believer. The FBI may eventually desire to destroy that man who has falsely accused me and come against him because he cast that which is holy to the dogs, as Jesus speaks. Nevertheless, if circumstances go as I suppose God is likely to direct them, I will seek to protect that man when God gives to me adequate power in my situation to do exactly that. I will seek his good, even though he has sought evil towards me. You see, I believe that the secret investigation that I have perceived has come against me by the FBI is there because that man who apparently saw that I got aroused when tickling children most likely (I have not verified this by direct examintation of other people--because I have a promise to the man that false accused me to not seek witnesses against him; I gave to him that promise because I wanted to ease his fears and to drop the situation between him and me and to let the matter die with time) got very caught up in gossip against me, and because very fearful that I was going to pursue the matter of that gossip and perhaps sue him for slander. I have no such intent, and God help me, I will never do that. But such a lawsuit may be his fear. Consequently, I suspect that to make his gossip story convincing to protect him from any slander lawsuit, and to help him uncover any spies that he fears I may have relating to the situation (spies would be supposed friends of mine who have heard of the gossip who may be sufficiently friendly with me to reveil mine accuser's gossip against me), he created some false charge and with false evidence, or maybe just words by other people, I do not know, to give to the FBI sufficient cause to be interested. Now, I suppose that the accusation he spoke was tentative, and not too stong, simply out of fear of getting caught up in something he could not back out of later. So my situation went as follows. Because I have been so long desiring a wife, and God has not brought the right woman into my life, I have developed a modest problem with adult pornography. I am not into it in a heavy way. But occasionally I do have a bout of failure where I pursue it a little. Before the investigation was noticed by me, I would engage in it about once every two or three months, or longer between events. And I never paid money to gain access into a pornographic website; the only pornography I viewed was that which was viewable without paying money. This problem with pornography in my life is really an example of 1Co 7 verses 2 and 9. 1Co 7:1-9 says:

1Co 7:1 ¶ Now concerning the things whereof ye wrote unto me: *It is* good for a man not to touch a woman.
2 Nevertheless, *to avoid* fornication, let every man have his own wife, and let every woman have her own husband.
3 Let the husband render unto the wife due benevolence: and likewise also the wife unto the husband.
4 The wife hath not power of her own body, but the husband: and likewise also the husband hath not power of his own body, but the wife.
5 Defraud ye not one the other, except *it be* with consent for a time, that ye may give yourselves to fasting and prayer; and come together again, that Satan tempt you not for your incontinency.
6 But I speak this by permission, *and* not of commandment.
7 For I would that all men were even as I myself. But every man hath his proper gift of God, one after this manner, and another after that.
8 I say therefore to the unmarried and widows, It is good for them if they abide even as I.
9 But if they cannot contain, let them marry: for it is better to marry than to burn.

The details of how I noticed that there was an investigation against go as follows. There was a tract I wrote in 1998 entitled "The Apostate Church". (That tract, by the way, is included in this paper as the second to last section. You may extract the text of that tract and reformat it back into a format suitable for tract distribution if you wish. It is a short statement on the apostate church that would be much easier to distribute rather than this huge paper you are now reading. Also, I have reworded a small section to encourage people to exit any formal church and to seek to be a part of a fellowship that is not a formal church whatsoever. The former version was not as strongly worded in this regard.) That tract was seen by the man who I believe has falsely accused me of something I have yet to hear of the details concerning, but such a false accusation must exist because I have detected a secret investigation by the FBI in my life. Anyway, I had also given a copy of my "The Apostate Church" tract to people who live in Northern California when they visited down here in Southern California. These people, though they are not close friends of mine, are strong Christians who view the apostacy of the church the same way I do, and when I heard them say such things at a Christian meeting down here in Southern California. After the meeting I walked up to them and gave to them copies of my "The Apostate Church" tract, because I thought that they would like it. These people are actually strong witnesses for the true Gospel. Now, the man who I believe has falsely accused me also knows these people. And I suspect that somehow, either through some third parties or directly, the matter of the gossip against me came up as a way of disqualifying the validity of the words that I wrote in my "The Apostate Church" tract. In other words, that man who has falsely accused me--though I do not know the details of that accusation--thought I was such a confused student of the Bible that I must be incorrect in what I was saying, and he thought that that tract should be opposed. Or, maybe he was opposing that tract because he did not want anybody from Northern California to contact me and to thereby allow me to find out about his gossip against me. You see, this man who I believe has falsely accused me has friends up in Northern California who hold the same view of grace that he holds, a view so lopsided in my opinion that I think that they are turning the grace of God in lasciviousness. And surely he has communicated both his gossip against me with those friends of his, people who also know me, but which are not close to me, and has also communicated his disagrement with my "The Apostate Church" tract--I presume he disagrees with it simply because after I showed it to him he never said anything that showed any real agreement with it to me. Also, since we basically became enemies over the grace verses obedeance issue, I all-the-more assume his opposition to me in many areas. I admit I am reading into the situation, but many small clues together confirm my interpretation of events, at least in my mind. If I am operating the way a schizophrenic operates with suspiciousness that is out-of-control in your judgement, then consider that I have lived my life from the point-of-view of events around me, and you have not had that perspective. The North American Indian's have a saying: "Do not criticize some one until you have walked in that person's moccasins [or shoes]". It is a good saying. Now, some confirming details are worth mentioning. These persons to whom I gave my "The Apostate Church" tract to after hearing their views on the apostacy of the church are radio Bible teachers. Now, I do not know them closely, but their messages encouraged me to give to them a copy of my tract. One of the radio Bible teachers has a daily call-in radio program that I years ago listened to very often. And one day I turned on the radio (I suspect that this event occurred somewhere in the years 1999 to 2001, probably the year 2000, to the best of my memory) for just a moment and heard comments from the Bible teacher that were along the lines of "...they just do not like what he has to say..." and I perceived that most likely he was talking about my tract to someone else calling in to the radio talk program about it. Also, years earlier, in the summer of 1995, when I went to a summer Christian conference in Northern California, the man who I perceive is the one who falsely accused me was also there, and other people that both that man and I also knew. Anyway, two people who I knew and who my likely accuser knew were standing in line for lunch or dinner, and they did not see me slowly walking towards them, and I over heard my name spoken and the sylible "ped..." I did not here the entire word "pediphile", but I suspect that was the word that I was hearing. These are just two such confirming pre-investigation details. The actual details that caused me to notice that I was being investigated occurred in April of 2001, and involved near simultaneous tampering with both my home computer via my modem (I used a stand-alone modem that may be externally powered off; this prevents undesired computer breakins--but when I was using the modem the lights began to show activity when I knew that no activity should be occuring, so then I immediately powered of the modem and cut the invader off--so they failed to extract much information via my 56K external modem), and evidence of tampering with my work computer; these April details motivated me to clean my home computer's hard drive because of my occasional problem with adult pornography--which probably made the FBI quite upset. These two events marked the start of the investigation, which technically I place on April 1, 2001, a pranksters day here in the USA called "April fools day"; it is a day when many people play jokes on each other and lie to each other and see who they can get to believe their lies. There are many other pre-investigation details as well; many of these other details have to do with a church that both my suspected accuser and I attented at the same time. But I will not go further into these details, because without strong direct evidence I will not make my case as convincingly as I need to do--and remember, I did make that promise to him not to seek for witnesses against him, and will hold to that promise until the day his accusation is made known to me by the legal authorities, that eventually I expect to arrest me. Then many confirming details will flow to me, with lies as well, since the accusation must be false, since I did not do anything to deserve this investigation. Finially, God, in the future will ensure that my accuser is forced to admit that he bore false witness against me. I will wait on God for this event--but God has given me the understanding of how to force this issue with my accuser, and that forcing has to do with the gift-giving mentioned in Rev 11:10, which says:

Rev 11:10 And they that dwell upon the earth shall rejoice over them, and make merry, and shall send gifts one to another; because these two prophets tormented them that dwelt on the earth.

I make the following proposal. After I get arrested by the FBI, I will force the legal situation with them by God's blessing, I will only succeed if God blesses me in my efforts, such that this paper is placed onto a high bandwidth web site server with a domain name such as www.2witnesses.org or some such equivalent name if that one is already taken. The idea will be that people will read this paper and download this paper from this web site, and then after reading it they will decide whether to give money to a trust fund associated with this web site...... (end of this document).

171

Psycholog[ical Ma]nipulation of Suspects by FBI and the Psychological Pain Thereof

I am an angry US citizen. Due to an unidentified false accusation against me, I have been subject to a psychologically based investigation whereby the FBI is attempting to justify some accusation against me that must have something to do with pedophilia, to the best of my speculation--do not immediately fault me; you must know my life history that lead up to this situation before you wrongly assume I must be guilty of something. The reason that I am writing this document and distributing in anonymously is to expose these psychologically based techniques because I have experienced them as a form of deep psychological torture, and because these techniques amount to coercion and go very far beyond any just method of determining guilt or innocency in regards to any charged criminal action. These techniques are very benign looking to any observer on the outside, and a core theme to the techniques is the manipulation of the emotion of fear. Now, does fear of the police always imply that the person who is doing the fearing is guilty of something? Consider the fear of a surgeon who is known to make errors in the past, and you are being forced to submit to a difficult procedure done by the surgeon. Furthermore, what if the surgeon had a family relationship with your family that was unfriendly. His attitude just might let him make a deadly or harmful mistake. This is the situation with the FBI. Their attitude must be incorrect, since their use of the principles of the psychology of fear includes a presumption of guilt. The reason I say this is because their use of the principles of the psychology of fear are actually very psychologically painful, even as water torture is in fact very painful psychologically. No person viewing water torture would think that such a thing is psychologically painful if they have no understanding of psychology--it is just little drops of water, how could that hurt? But, subject such a foolish person to the water torture himself, then he will begin to understand. Because torture is such an evil thing, we here in the United States know such a thing should not be done to suspects before guilt is fully determined in a proper court of law. If someone falsely accused you of something, and if the FBI decided to psychologically torture you with water torture to see if they could force a confession, that would be very unjust. Now, you might take the foolish view that you have done anything wrong, and so such a thing would never happen to you. This is a rather stupid statement, and you are being an utter fool. Do you not know that there are many, many people who lie in this world? Or, are you putting on rose colored glasses and supposing that some of these many liars in the world around you would never falsely accuse you? If one of these liars hates you, he just might accuse you of molesting his little girl, and seek to blackmail much money from you, or he may even be seeking to put you into prison, simply because he hates you--and all he has to do is cause the FBI to believe his lie and then have the FBI subject you to psychological water torture indefinitely until you confess to something in fact that you did not do. This scenario is all together possible because this psychological torture is being used by the FBI before they have proven that you are guilty. If the law of our country prevented the use of torture before the establishment of guilt, then this evil situation could not have come upon you, as long as the FBI reasonably held to that law.

This approach imposes the suffering that should be done to a person only after said person has been found guilty. Torturing should not be used as a means of gathering a confession. If there ever is a justification for torture, it would be justified as punishment only after guilt has been determined. Hence, to use water torture to obtain a confession before guilt has been determined by a proper jury decision in the full court hearing process amounts to suffering before guilt has been determined. Now, our US constitution prohibits curel and unusual punishment. Do you suppose that this prohibition is to be applied only after the establishment of guilt, thereby protecting incarcerated people in prison who have been established as guilty? If someone is guilty of some crime and our constitution prohibits curel and unusual punishment after the determination of guilt, how much more should this prohibition protect someone before the determination of guilt by a court of law? A presumed innocent person must get even more protection from punishment all together, and especially torture, since they do not deserve any suffering until guilt has been established by a court of law. Hence, to torture someone with a subtile form of torture that mimics water torture in a psychological way must be ruled out as unconstitutional and a violation of the presumption of innocence until proven guilty.

Now I said that the psychological torture that I have in view involves fear. If someone said to you that you are going to be subjected to actual water torture, would that produce fear in you, even if you are innocent and did nothing to deserve that? Of course, that would produce much fear, especially if the statute of limitation of the crime were 5 years, and you were going to be subjected to this water torture endlessly for all 5 years in an attempt to extract a confession from you for something that you did not even do. You would be terrified, and yet this torture involves mere little drops of water. Other fools may look at you while you are being tortured and say in their hearts: "he must have done something wrong, or he would not be in that evil situation". these fools have yet to experience one of 6 billion liars in this world coming up with some crafty false accusation against that fool so that that fool finds himself unjustly in that situation.

Suppose that for the FBI in our day of understanding of psychology decided to use insults and psychological-suspicion-magnifying and anger and fear causing techniques as replacement for drops of water; that would still be a very evil form of water torture, but it would be even more difficult to perceive by the many fools of the world who think that such an evil situation could not happen to them. They would not even perceive the drops of water, let alone understand that any form or abuse or torture is occurring at all. Because of this imperceptible form of torture, the FBI could use such torture techniques to cause false confessions in the form of acting-out the behavior that the suspect reasonably speculates is the goal of his or her torturers, the FBI. In other words, the motivation of torture--give to my torturers what they want so that I can get out of this endless repeated cycle of rising and falling and excruciating pain, over and over again--would be injected into the suspect to cause an acting-out-confession that would then condemn that suspect in court, and the jury would not be convinced that any real torture at all occurred, and so the person who acted-out must indeed be guilty of the former charge, as well as the acting-out-event that most likely will also bring a new charge.

And suppose also that because you are now being investigated by the FBI because of a false accusation, and the FBI in all of their strident effort against you also notice many little events or technical law violations in your life that happen to people all the time, such as telling someone about a new health supplement or vitamin that may help with diabetes, and so the FBI logs that event as a violation of the laws in this country as an attempt to practice medicine with out a license to practice medicine. Consequently, because of this false accusation against you, you now have many, many likely future problems legally that you do not really deserve, simply because the law against practicing medicine is being applied against you in a draconian way, simply out of the spite of the heart of the FBI. They hate you and they are not only attempting to destroy you by psychological water torture, but they will apply other laws in an unjust draconian way to destroy you in any way that they can. The FBI has become an abuser of their power, just like a policeman on the street who over uses his gun against people who look guilty. Even as Chicago police during the times of Al Capone are known to of said: "shoot first, and ask questions latter". This attitude is not gone from our police system in our day. It is alive and well in the heart of the [FB]I. This is very real. This is absolutely no joke. Your civil rights are greatly threatened by this attitude in the FBI. All it takes is a false accusation by an enemy of yours, and you to could know the reality of what I am talking about. Do not underestimate the threat on your life and your civil rights of what I am saying.

Now, I am going to discuss, with my non-professional wording because I am not professionally trained as a psychologist (though I do pick up on some of their lingo and will use that lingo to the best of my ability), my best understanding of the psychological principles that the FBI has used against me in the psychological water-torture that they have applied against me. Then I will discuss the actions used by the FBI in my life to invoke those principles and to effect the psychological water torture that they have been doing against me. Remember, water torture does not look painful, but in fact it is extremely painful in a psychological sense. Do not underestimate this psychological pain!! It is very real, and is just cause for a very powerful lawsuit against the inflictors--the FBI are the inflictors--of such psychological torture.

The psychological principle that they use seems to be best understood as a system to psychological pressures that put a person into a high defensive stance to goes to an extreme, and then that stance is broken down by repeated failure to succeed at maintaining the defensive position. There is a principle in human psychology that the human brain is designed to cause psychological pain whenever we fail at an intended goal. This principle must be in our brain because God designed it to encourage us to do better the next time, or if success becomes to elusive with too much repeated pain in the attempt, then to flee that goal and no longer attempt that goal. Either fight and try harder again so that success is obtained, or flee and avoid trying anymore at all. This repeated psychological pain motivates the human to do either of those two options. Fight or flight is what the psychologist call this feature of human psychology. Fighting or fleeing are options that are the most obvious. But, what if a person finds himself or herself in a torture situation where fighting and fleeing become impossible. Resistance to your torturers is a kind of fighting, but if fighting does not end in success where you are freed from the repeated pain because the repeated pain comes and comes and comes with no end in sight, and if you can not flee, then there is a third option to fighting and fleeing--give to your torturers what they want, because you conclude that only then will this horrendous pain finally go away. That is the nature of torture; torture removes the two options of fighting and fleeing, thus forcing capitulation to your torturers. I could see this principle of attempting to fight and flee from the FBI in all of the psychological torture that the afflicted against me, and a decent into motivation to give something that would satisfy my torturers, the FBI.

Now, in order for the FBI to cause psychological pain, they must put a suspect into a battle stance psychologically, and then attack that battle stance so that that person's will to fight is destroyed by the repeated failure that the FBI causes in the life of that person as he or she attempts to fight and fails at many attempts; causing psychological pain at each failure--pain that accumulates over and over again. To make this scenario possible, the person must be put into an extreme psychological battle stance that is unsustainable. This way the FBI can break down that person's unsustainable position over and over again. The FBI can motivate a person into such an unsustainable psychological position using tactics that cause fear. Then the repeated failures can actually, eventually cause fear themselves. Finally, fear itself takes over due to repeated failures so that the person begins to self destruct as his or her failures cause more fear, and the fear causes repeated attempts to try again, and then more failure cause more pain and more fear. It becomes a very self-destructive psychological cycle that descends into increasing psychological pain. Finally, to escape this pain the person is likely to no longer fight, and because they can not flee, then they capitulate and give to the FBI what the FBI wants. This is all together unjust, especially [if the] person is falsely accused. Because this torture violates a presumption of innocence, it is actually wrong against people who are guilty, because it takes away from such guilty people room for a just defense--which even guilty people must be given in order to allow innocent people to have a just defense and to defend themselves as well.

Now the FBI's argument against this reasoning would go along the lines of the following: If a person is not guilty, then they have nothing to fear. If they have nothing to fear, then these fear causing techniques will not work on them. This is a smoke screen by the FBI as they blow smoke. It is a smoke screen because they will make a very subtile and very sustained effort to cause fear in the suspect--efforts that I believe will succeed in almost any suspect, even if that suspect is innocent. One of the key features of the FBI's effort to cause fear is the never ending nature of their attempts to cause fear. If they do not cause fear this year by daily insulting and reminding the suspect that he or she is being investigated, maybe by next year fear will begin to take hold. And if after two years of constant insults and reminders to the suspect that he or she is being investigated do not produce fear, then maybe after three years of constant insults and reminders he or she is being investigated will produce fear. This goes on and on with not mere reminders, but psychological insults also. Furthermore, understand that in the mind of an actually innocent suspect, a mere reminder that he or she is being investigated is a very great insult. It hurts much psychologically to be accused via reminders of an investigation against a person when that person is in fact innocent. Such reminders not only cause psychologically pain, they cause anger. That anger then causes a desire for revenge--and the desire for revenge leads to kind of pleasure seeking that is the opposite of all of these insults--as desire to see your opponents destroyed. And this successfully puts an innocent person into that battle stance that the FBI actually wants; thereby putting their suspect onto the FBI's psychological torture rack that will inflict more and more psychological pain. And so this anger will lead to the fear that the FBI is attempting to inflict. And it goes on and on with failure at attempts to take that extreme battle stance that may be taken when some fear sets in. Think about it, if you detected that the FBI was involved in a secret investigation against you, would you not have at least some fear, even if you were innocent. What if you knew that you had an enemy who may have falsely accused you, and was the cause for the F BI now in your life. If you tell yourself that you had absolutely no fear, I assert to you that you might as well go into heart surgery without any fear also. You are lying to yourself if you tell yourself that you would have no fear. Especially if you realized that the FBI is going to check out your entire life and begin to apply other laws to your life in order to compromise you in all ways that they can by draconian interpretations and applications of the reams and reams of laws on the books in this country. And what if a person falsely accused of some sex crime has a difficulty in his or her thought life in the area of sexuality, but has nevertheless never committed any sex crime? These kinds of people are also innocent, and they do not deserve to have their presumption of innocence taken away by psychological torture. An incompetent removal of a person's presumption of innocence by constant insults and insulting reminders of being investigated will lead to deep anger and deep fear, even if a person is innocent. And the anger is even more likely in an innocent person than in a guilty person. So if fear does not get a person because he is innocent, then anger is going to cause that suspect to descend into such psychological desire for revenge that can not come that they then descend into fear him or her self.

Now, you may ask, if an innocent person is being investigated by a secret search warrant, then why does not that innocent person seek a lawyer who might help with the situation? Well, early in my investigation I did call a lawyer, and he blew me off by language that basically said

172

there is no[illegible] that he could do. This is very sensible, since he would have to break through the legal protections that protect a secret search warrant. And, in order to break through the legal protections that protect a secret search warrant the person being investigated must show that something evil is being done against that person. This is very difficult to do when we are talking about subtil psychological techniques that involve mere insulting reminders that he or she is being investigated, that go on year after year after year. How do you prove to other people that such is harmful, unless he or she being investigated is a psychologist who has sufficient understanding of what is being done against him or her in the first place? Most people could never mount a clear argument against such subtil psychological torture.

In order for the subtile insulting reminders to be effective, the FBI must grip the suspect psychologically using the principle of psychological suspicion. All humans use suspicion to protect themselves. Overly suspicious people become mentally ill as they fear everything around themselves. Underly suspicious people sometimes fail to protect themselves from some harm coming their way because they did not see the threat coming. Some reasonable level of suspicion is a necessary component of human psychology, not too much suspicion, and not too little suspicion. The way the FBI grips a person psychologically by the principle of suspicion is to do ridiculous and absurd things around the suspect that are easy to interpret as actions of the FBI. They may even come by as an actual human being wearing a jacket that has the letters FBI on that jacket, as they did with me while I was a work one day. Anyway, to grip you psychologically, the will do what they need to do to raise your suspicions. Then, after your suspicions are higher, they will begin to make their observable reminders tinier and tinier over the months and years of the subsequent investigation. This eventually leads to completely irrational fears where the suspect begins to become suspicious of almost everything. This is part of the scheme by which the FBI attempts to increase fear and promote fear based self-destruction in the suspect. God has helped me greatly through this kind of evil stuff applied against me by the FBI for over six years. I believe it really is promotion of the psychological processes underlying the mental illness of schizophrenia, with that condition's characteristics of fear and paranoia and suspicion. This is a very evil thing to do to a person. What if the suspect had a predisposition to such a condition, but had never fallen into that illness? If such a suspect were pushed upon by such an investigation, that could cause horrendous psychological pain and damage to that person that may lead to the complete ruin of the remainder of that person's life--which would be an extra tragedy if that person was indeed innocent of the accusation against that person. The FBI goes about causing damage, and then covers their trails by the power to do so. I wonder how may people have been very deeply damaged this way in the history of the FBI? I very strongly doubt that the answer to that question is zero. Surely some, and maybe many. These techniques are very evil by their subtlety and psychological force; they are a form of torture that I would classify as curel and unusual. And, even if they are not termed curel and unusual, they must not be applied so as to violate the presumption of innocence.

Now I am going to give some advice to any person who thinks that they are being subjected to just such an investigation. There are psychological techniques that may be applied to help. You must deal with the following psychological concepts with real understanding. These concepts are

1) Anger
   Especially the anger desiring justice if you are falsely accused.
2) Fear
3) Pleasure
   Pleasure associated with nice things like sex and food.
   Pleasure associated with the desire for revenge.
4) Teasing (a combination mechanism involving anger and pleasure).
   Teasing tends to combine the above two types of pleasure mentioned above, at least
   the FBI worked to combine them in my case.
5) Confusion

To help deal with anger, you must recognize the source of your anger. If the FBI is frequently reminding you that you are being investigated (for me, that involved certain particular car stickers and arms out mostly the driver side window going to a from work. It also involved certain hand -face gestures duplicated from a relative in my life in other people in my life. these reminders came in other forms as well. Some reminders were ment to cause fear only. Some caused reminder of sexual things as well. Some were more focused on direct insults, etc...). So, the one very essential thing that helped me to reduce my anger involved prayer to that God would forgive the person putting that reminder or insult into my view--and also prayer that God would help me to forgive them sincerely as well from my heart.

To help deal with fear there is a very subtile feature of psychology that I only began to understand, and then got confirmed while reading a book on psychological techniques for training dogs. That principle I first discovered when I was attempting to use reverse training (As an electrical engineer, I have been for years interested in the engineering field called artifical neural networks. During my study of that engineering field, I did a paper on the concept of contradictory training set-data used to train neural networks wherein the data had inherent contradictions. This study caused me to appreciate that the human brain must have some powerful and elegant method for dealing with such situations, because contradictory data can be very damaging to the training process of an artifical neural network.) on myself as the FBI was using their techniques against me. I discovered the counterintuitive observation, and I even used that word "counterintuitive", that I was helped when I rewarded my fear response with a treat such as a date or a raisin. I did not understand it though, and I could not put it to words beyond the word "counterintuitive". But, when I read this book on psychological techniques for training dogs, I came across a statement that used the very same word I used, namely "counterintuitive", and in that statement the author of that book said to relieve fear in a dog you should give to them some pleasure, such as a doggie treat that the dog loves to eat. This then opened the door in my understanding and began a cascade of deeper understanding into what the FBI was doing to me. If I eased the fear that they were causing me, then I grew braver and was less intimidated by their constant reminders. I eventually expanded this concept beyond what I learned in that book and realized by experiment that the psychological pain caused by the constant reminders and repeated failures (pain of reminders and pain of failures are actually not equal, but nevertheless, both types of pain responded) were relieved by giving to myself pleasure during the experience of the failure pain or during the experience of the reminder pain. Pleasure helped in both cases. This helped to relieve the fear. Now, something to note in dealing with this fear thing. This help by giving to yourself a treat is not the whole answer. To help further with the fear issue, you may use the treat approach to relieve the pain; but to keep the repeated pain from coming back and overwhelming you (because the FBI will try harder if you try to use counter training, such as I was doing), you should understand that you have a good chance to reduce the repeated failure pain component if you just stop making goals for yourself that are unsustainable. It is those goals that you keep failing at, which goals the FBI will push you towards by using fear and intimidation to thereby make you try too hard and to fail at those attempts, which after a while becomes very intimidating and psychologically painful. You instead need to be normal; not highly defensive. This advice on acting normal may not work if you are indeed truly accused and you have a sin weakness in a certain area such that if you act normal, then you may get caught up in what the FBI is attempting to catch you at. If you can afford a psychologist and get therapy (the FBI will probably meddle with your psychologist, but if he or she is good, they may still be able to help some), that may help some. Another thing that can help if you go to a psychiatrist, very much in fact, are modern psychoactive medications that are used for relief of anxiety, such as the drug Abilify, and the drug Zyprexa. Abilify is more modern and has less side effects.

Remember that the pleasure of the desire for revenge is dangerous, and you should recognize when that pleasure is being provoked by teasing techniques being used upon you. The FBI will attempt to join that pleasure for the desire for revenge with any pleasure associated with the accusation that may be against you. If you have been falsely accused of some sex related charge, then the FBI will be attempting to join your desire for revenge (by teasing you to elicit anger and by making you anger by repeated insults) with sexual desire. The desire for revenge can be very powerful, especially in an innocent person who has been falsely accused, and so that is why great importance needs to be placed on seeking in your heart to forgive from your heart. Pray to God for help in this need to forgive your tormentors, the FBI, from your heart. Relieve your sexual desire in an honorable way such as with your wife or by private masturbation. Avoid situations wherein you have a weakness that is not honorable. Also, the FBI will attempt to deny you are simple pleasure, such a growing a garden--I believe the FBI has been nicking the blooms on my tomato plants to keep them from producing tomatoes, for example. A little way to make me angry, and to deny me of an healthy simple pleasure.

Teasing is a powerful technique used by the FBI. They are surely desiring to lead you down the primrose path into some destructive behavior. Teasing is the rubber leash by which they will attempt to do that do you. The leash is rubber, and you need to recognize its pressure on your neck, but that it is stretchable. Dealing with this teasing is best done by recognizing the anger component and the pleasure components in it. The anger component involves hope of the pleasure of revenge as well as the separate and distinct subject pleasure that they are teasing you with, probably sexual sights such as scantily dressed women or whatever may be the subject of your investigation. Deal with the anger component again by seeking forgiveness. Deal with the subject pleasure in some proper outlet, as stated earlier, and maybe by pleasure substitution such as going for a nice hike (though, the FBI may attempt to interfere with your attempts at pleasure substitution).

If you show some understanding of what the FBI is doing around you and you attempt to resist them, they may mix things up in their actions around you in order to confuse you. You see, if you could just lower your suspicion and not pay attention to them--this is very hard to do, maybe impossible, because of the fear component powerfully based in the mere thought that you are being investigated --then they could not communicate with you, and so you could not be hurt by them. The only things that I have found that helps with lowering suspicion are the anti-anxiety drugs, and the pain relief by pleasure-rewards such as eating dates and raisins at pain moments--this reduces fear to some degree and consequently helps to reduce suspicion some. The drug approach is more powerful because the modern anti-anxiety drugs seem to keep the psychological pain from getting memorized, and hence the psychological pain does not build up event after event.

The technology that the FBI used against me is very awesome. The bugs they have are undetectable to me. I have yet to find one. Also, I believe that the vision bugs (bugs that can see--super tiny chips that operate like cameras) come in at least two flavors. One for visual light, and the other flavor for inferred light. The inferred light vision bugs are for seeing through clothing. [illegible]BI wants to see through clothing so that they may see if a man is getting aroused. This is very important to them in sex related investigations. Because of many interactions with the FBI's manipulations around me, I believe that most likely they are even able to see slight blood flow increases in a man's scrotum, long before he becomes aroused. This kind of highly detailed feedback is used by the FBI to focus their psychological manipulation techniques to manipulate a man more effectively. For example, if a slight blood flow increase is detected by them as they are watching me in response to something that they have done around me, then as a psychological reward to me, they may remove some insulting feature of the situation around me, thus neurologically reinforcing my tendency to get aroused at whatever they are trying to trap me in. This is a kind of biofeedback that is very manipulative and very powerful and very unjust and counter to honest justice. Biofeedback and behavior modification techniques should only be used to encourage people to good behavior, not evil behavior after which the suspect is arrested for something he supposedly did of his own free will, when in fact he was powerfully manipulated.

Also, since I am an electrical engineer, I am very aware of technology. I know that there are very high-speed artificial neural network silicon chips that can process dual camera images to resolve stereoscopic focuses in milliseconds. This technology is attached to the FBI visual bugs so that at the FBI headquarters the FBI is able to tell with very high precision where a person's eyes are looking. This technology is in use in modern fighter aircraft as pilots can aim weapons merely by looking with their eyes at a target. And the FBI is using this technology also against suspects. This is especially important in sex related investigations because the FBI wants to see where a suspect is looking at on other people's bodies. If a suspect looks in a certain location and gets aroused while looking at that location, then that is exactly the kind of evidence that the FBI is trying to get in order to cause you legal trouble.

I believe, after 6.5 years of investigation, that virtually all of the traffic lights are networked together across the entire USA so that the FBI can manipulate those traffic lights. This is very important for secret investigations because the FBI must always be able to keep their watching people near the suspect. Also, the FBI uses tricks with multiple cars and people so that you may not be followed to long by any one person. Thus, detecting that you are being followed is very difficult, if not impossible. Though, one time I pulled off of a freeway very quickly, and the FBI truck behind me was surprised and had quite a difficulty adjusting quickly and following me down that off-ramp.

The FBI has what I would call "reverse bugs". These devices are tiny little things that go well into a person's ear conal. These devices are radio receivers that speak a tiny voice that can only been heard in the ear of the person wearing such a device. This technology allows the FBI to direct people to say things in conversation to you. They can put words into a person's mouth. These devices also exist for use in dogs so that the FBI can direct dogs without outwardly audible commands that other people can hear. (end of document)

173