ConnectionTo652pPaper

The document with the file name

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

Was indeed written by Daniel David Zuck on Sep 19th, 2007,
And the file dates in pictures in this directory show that.

Also, further evidence is that back versions from before
Sep 19th, 2007, through to the latest version,
version 254 dated 12Nov2007 11:08PM, of my paper entitled

"The Holy Bible's True Spiritual Meanings of Marriage as Pictured
By the Details of Human Sexuality, which God Created"

include a section on my, Daniel David Zuck, born 12/14/57, life history
that lead up to the false accusation that I believe is against
me for which the FBI is investigating me.  That section, given number 15
in version 254 of my big paper, include references to "water torture".  That
term I coined during my theropy sessions with Dave Ferreira to refer
to what I think of as the psychological equivalent of
"Chinese water torture" where by some body is subjected to repeated
drops of water from which that person can not escape, continually
dropping onto their forhead.  By psychological equivalent of
"Chinese water torture" I mean the repeated psychological insults
and connections to my awareness that the FBI makes repetedly
reminding me that I am being investigated day after day for
the last 6.5 years.  These earlier versions of my paper have file dates
from before Sep 19th, 2007, and those versions include references
to water torture.  The first pdf version of this paper that includes
references to water torture has file name

BiblicalHumanSexualityv243.pdf

And is file dated 9/18/2007 with time 2:01AM

This is before Sep 19th when I wrote my docment documenting
the psychological pain that the FBI has been inflicting on me
for the last 6.5 years.  And in that document

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

my name is included at the beginning because I wrote it
to give it to a newspaper reported.  And I did give it to a newspaper inland
editor of the San Diego Union Tribune on Sep 19th, 2007 at 3:00 PM, whose name,
is "Jim Okerblom".  And in that document

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

I say much about water torture because that reference helps make
very clear why repeated insults and reminders by the FBI is a very evil
form of subtle psychological torture that should never be done
to any human being ever at all anywhere on earth by any government or
individual upon any other individual, period.  So I clearly am the
author of

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc

Also, I later made later versions of this document on Psychological Manipulation by
the FBI where I took my name out because I wanted to use those versions of that
for easy distribution to other people.  But I realized that any person that
I gave a copy to the FBI would remove that from that person.  So I was
at a great disadvantage in truly giving it out; in particular, what I was really
trying to do was anger the FBI into arresting me, because per my 652 page paper

Page 1

ConnectionTo652pPaper

I was, and still am, trying to force the FBI to arrest me because I
want to go to prision on the terms mentioned in by 652 page paper, maybe
with a few enhanced terms and improvements my lawer may help me to include.

Those later versions of this document on Psychological Manipulation by the
FBI were given a file name such as PsPain.pdf and PsPain.doc.  THen I made
an even shorter version of this PsPain document the removed a later portion
of that document that included my life history that lead up to the manipulation
by the FBI.  That later shorter version has file name PsPain2.pdf, and is computer
file dated at 10/5/2007 2:48AM.  The computer directory that this text file
you are now reading includes the following computer files, including this
file you are now reading given the file name "ConnectionTo652pPaper.txt" file
dated 11/15/2007 at around 6 something AM; those following computer files, by
name, are:

IMG_1531.jpg
IMG_1532.jpg
IMG_1533.jpg
IMG_1534.jpg
IMG_1535.jpg
IMG_1536.jpg
IMG_1537.jpg
IMG_1538.jpg
IMG_1539.jpg
IMG_1540.jpg
IMG_1541.jpg
IMG_1542.jpg
IMG_1543.jpg
IMG_1544.jpg
IMG_1545.jpg
IMG_1546.jpg
Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof.doc
PsPain2.pdf
PsPain.pdf
PsPain2.doc.bak
PsPain.doc.bak
Psychological Manipulation of Suspects by FBI and the Psychological Pain
Thereof.doc.bak
PsPain2.doc
PsPain.doc
ConnectionTo652pPaper.txt

The jpg image files show pictures of my laptop computer screen with file dates
and also a very important book my father, a retired veternarian, requested that
I read, and which I did read partially, about the psychology of dog training
that I also mention in my docment on psychological pain because that book gave to me
a very important insight relating to fear and pleasure.  THose jpg image files
have computer file dates of 11/15/2007 AM.

Daniel David ZUck, born 12/14/57.

(end of document ConnectionTo652pPaper.txt)

176





| | | |
|---|---|---|
| 3,635 KB | Wordpad Document | 9/16/2007 7:11 PM |
| 3,679 KB | Wordpad Document | 9/17/2007 12:37 PM |
| 3,705 KB | Wordpad Document | 9/18/2007 1:51 AM |
| 3,707 KB | Wordpad Document | 9/18/2007 11:26 AM |
| 3,710 KB | Wordpad Document | 9/18/2007 4:34 PM |
| 3,712 KB | Wordpad Document | 9/22/2007 11:51 AM |
| 3,718 KB | Wordpad Document | 9/23/2007 1:21 PM |
| 3,718 KB | Wordpad Document | 9/23/2007 1:25 PM |
| 3,761 KB | Wordpad Document | 10/6/2007 11:26 PM |
| 3,765 KB | Wordpad Document | 10/13/2007 10:29 AM |
| 3,766 KB | Wordpad Document | 10/14/2007 2:26 PM |
| 3,803 KB | Wordpad Document | 10/28/2007 5:08 PM |
| 9,316 KB | Wordpad Document | 11/12/2007 3:59 AM |
| 9,327 KB | Wordpad Document | 11/12/2007 10:51 PM |
| 34 KB | Wordpad Document | 10/6/2007 9:37 PM |
| 18 KB | Wordpad Document | 8/12/1991 10:12 AM |
| 40 KB | Wordpad Document | 10/5/2007 2:33 AM |
| 92 KB | Wordpad Document | 10/5/2007 1:23 AM |
| 92 KB | Wordpad Document | 9/19/2007 9:52 AM |
| 5,549 KB | Wordpad Document | 11/12/2007 2:16 AM |
| 5,549 KB | Wordpad Document | 11/12/2007 3:29 AM |

of legal Pain Thereof.doc

403 MB

 My Computer

4:50 A

191

BibleTracts

File  Edit  View  Favorites  Tools  Help

Back · × | Search | Folders | ☷

Name

| Size | Type |
|---|---|
| | Untitled Document |
| | Unitled Document |
| | Unitled Document |
| | Unitled Document |
| | Unitled Document |
| | Unitled Document |
| | Unitled Document |

163

The
# LOVED DOG

181

# The
# LOVED DOG

THE PLAYFUL NONAGGRESSIVE WAY TO
TEACH YOUR DOG GOOD BEHAVIOR

## TAMAR GELLER
WITH ANDREA CAGAN

SSE

SIMON SPOTLIGHT ENTERTAINMENT
New York London Toronto Sydney

185



# The LOVED DOG

THE COMPASSIONATE WAY TO
TRAIN A DOG AND CHANGE BEHAVIOR

## TAMAR GELLER

981



**SSE**

SIMON SPOTLIGHT ENTERTAINMENT
An imprint of Simon & Schuster
1230 Avenue of the Americas
New York, New York 10020

Copyright © 2007 by Turner Gaffer

All rights reserved, including the right of reproduction in whole or in part in any form.

SIMON SPOTLIGHT ENTERTAINMENT and related logo are trademarks of Simon & Schuster, Inc.

# Contents

|  | xvii |
| Stranger in a Strange Land | 1 |
| A Living Dream | 3 |
| The Lured Dog | 13 |
| From Abuse to Advocacy | 21 |
| My Two "Sons" | 31 |
| Fear and Pleasure | 37 |
| The She's Basic Needs | 45 |
| Play-Training | 61 |
| A Common Language | 63 |

Chapter Four | Using Treats | 79
Chapter Five | Socialization | 91
Chapter Six | The Power of Sit | 111
Chapter Seven | Jumping | 123
Chapter Eight | The Best Wolf Game | 131
Chapter Nine | The Power of Toys | 143
Chapter Ten | Come | 153
Chapter Eleven | Backing Off | 159
Chapter Twelve | Chilling Down | 167
Chapter Thirteen | The Secret of Stay | 175
Chapter Fourteen | Housebreaking | 185
Chapter Fifteen | Walking | 197
Chapter Sixteen | Barking | 205
Chapter Seventeen | Celebrate! | 213
Appendix | Puppy Mills | 219



## FOREWORD

When Tamar Geller asked me to write the foreword for this book, she did not need to reward me with a treat or some verbal affirmation as an inducement. I've come to know Tamar as an exceptional teacher and life coach for dogs and their people, and I have seen firsthand the extraordinary results of her work. And more than that, the beliefs that underlie her work, and her life, are perfectly aligned with the mission of The Humane Society of the United States—and it's a pleasure, on personal and professional levels, to be associated with this work.

Respect for all beings, kindness, not violence, an understanding of the intrinsic value of animals, appreciating a dog's deep, healing bond, celebration of people and dogs that will last a lifetime—that's what keeps dogs with their families, and out of our nation's shelters for humane animals, for a lifetime.

This is also what makes this book so much more than a dog training manual. To be sure, you'll find a trove of practical information and tips inside. But Tamar won't tell you how to teach your dog to sit or stay. It is teach you how to inspire your dog to want to sit. Like

xvii

## DESENSITIZATION

The situation and My Case with the FBI and the Omacor (Lovaza) Medication
(23Oct2007)

Note, you may not be able to see the pictures in this file unless you read the pdf version
of this file. This file was created with an inexpensive word processor that is not 100%
Word compatable. But you should be able to see the pictures just fine if you read the
pdf version of this file with your pdf viewer.

The document I wrote some weeks earlier on Sep 19th, 2007 about the psychological
pain that the FBI has been causing me over the last 6 years since the FBI investigation
against me started 6.5 years ago, where the psychological torture they have been putting
me through for at least the last 6 years of that 6.5 year period. This document should be
filled out further later. The summary point I wish to make is that Omega3 oils help a
person neurologically, and the FBI is covering up the attempt to mess with my Omega3
Oils dose via the Omacor medication, and the prescription as my memory strongly
recalls was for 360 oil capsules that would last three month at a rate of 4 capsules per
day. And per that understanding I clearly recall making my appointment to see my
doctor 3 months later when the prescription would run out. But, the records on the
pharmacy printings on the bottles and other printings show a supply that would last a
total of 5 months, one fill and 4 refills. I believe that this was done by the FBI in an
attempt to destroy the credibility of my memory. I do have a record of the appointment
card that shows the date for my next appointment three months after my last
appointment with my doctor on 15Oct2007. I believe that the FBI, using the State
Secretes Act or some such law--I am not sure of the exact name--is actually allowed to
lie and misrepresent things in court if they deem that is necessary. I also believe that the
State Secretes Act or Law must have secrete sections that state this fact that
misrepresentation in Court is allowed to protect state secretes. But my memory is very
clear that the prescription was for 360 capsules for three months. But the filling was for
a total of 5 months, or 600 capsules. The reason that they wish to destroy my credibility
in this way is that they must cover the fact (I believe it is a fact) that their psychological
manipulation techniques push a person by subtle water torture like psychological pain
into a direction that is similar to forces that move a person in the direction of
schizophrenia. These techniques could damage people permanently if weak people who
never became sick with schizophrenia are caused to become sick with schizophrenia
because of these very abusive and psychological techniques. The FBI desires very
greatly to hide this fact of psychological torture because is goes against the US
constitution against cruel and unusual punishment.
       The FBI, I believe, was behind the cause for the reduction of my Omacor
medication from 6 capsules per day down to 4 capsules per day some months ago. A

picture of older Omacor bottles shows this.



Notice the bottle on the left shows 3 capsules by mouth twice a day, and the bottle on the right shows 2 capsules twice a day.

This reduction in dose was given the cover story that the policy of the pharmacy was not to issue medication above the recommended maximum dose of the drug manufacturer. But I believe the truth is that the FBI was behind the reduction of dose because the FBI was frustrated by my continued resistance to their psychological torture techniques, and they hoped that the reduction in the neurologically helpful medication would reduce my resistance to their psychological techniques.

Also, when my doctor wrote the original prescription he did his normal thing of writing a prescription for enough medication for an entire year. But this last time I say my doctor on 15Oct2007 he wrote the prescription for 360 capsules, but the pharmacy filled is with associated printing that suggests that the original prescription was for 600 capsules. This I believe was done because I spoke openly to my doctor of the anti-schizophrenia benefits of omega3 oils and that the FBI lowered my dose out of interest in reducing my resistance to their techniques. In the face of this, my doctor left the exam room and returned with my colesterol blood test and showed me good numbers. I suspect, if I had not complained about the FBI messing with me and omega 3 and Omacor, then I suspect that the doctor would have returned with blood test results that would have suggested that omacor was not working, and that it should be discontinued.

193

The picture below shows my appointment card for three months later after the 15Oct2007 appointment when I confronted my doctor about the FBI issue. I clearly remember making that appointment for three months later because at three months later the 360 capsules I very clearly remember would run out at a rate of 4 capsules per day. 4x90 is 360. But the FBI is trying to destroy my credibility by confusing the documents so that the contradict my memory. This is done because of their powerful need to protect state secretes around torture that pushes a person in the direction of schizophrenia. In other words, they do not want me to have any supportive evidence suggesting that they were indeed reducing my omega 3 dose via Omacor. I also believe all people involved in this matter are allowed to lie in court in the name of state secretes. So my only hope of impressing a judge is via the reasonableness of this argument and the supporting pictures that I have. Next is a picture of that appointment card for my next appointment that I made deliberately at the time my supposed 360 capsule prescription was to run out:



Now, to help establish the earlier appointment date, notice that I got my new Omacor (Lovaza as Omacor's new name) filled on the same day after my 15Oct appointment:



I am done with this document for now.

Daniel David Zuck, born 12/14/57.





(b)







200



201

Stone# 9103

RPH: GEORGE YOUSEF
Org: 02/30/06
Date filled: 08/25/2006
Discard after:

This is a LIGHT YELLOW,
OBLONG-shaped CAPSULE
imprinted with REL 900 on the
front.

#9103 Ph: 760.480...
ZUCK, DANIEL
1346 ALTA LANE
ESCONDIDO, CA 82027-0000
PRESCRIBER: ZAMORA, KAMEN N

509124

KE 3 CAPSULES BY MOUTH
NCE A DAY

COR CAPSULE REL

le 7 times before 08-30-2007
ACEWELL, MICHELLE
d 02-05-2007   Drg Date 08-30-2006
med to 15-30°C (59°-86°F)
USP Controlled Room
erature. Do not freeze.

202



203



205



PROMISED: 05:27p
10-15-2007
# Scripts: 02

ZU WAITING
10-15-2007

#9103   Ph 760-489-1605

Date 10-15-2007   RPh J
07 0647481 00 0004000

Rx: 6474810 00

WAC:                    $07.25

PAY:        $40.00   Caps: Y

9\_ WEST EL NORTE PARKWAY
ESCONDIDO CA 92027-0000
760489??00

ZUCK,DANIEL
1348 ALTA LANE ESCONDIDO, CA 92027-0000
Ph 760-740-0342        DOB 12-14-1957
RELAY BARM

LOVAZA CAPSULE REL
TAKE 2 TABLETS 2 TIMES A DAY

NDC 65756-0425-27  Day Supply  30  Refills  4  Qty:120   CA

Prscbr: ZANOV,KAMEN N
DP 7114    GR:PPDPH
AUTH#07288619441 8027997

PRESCRIPTION SOLUTIONS

FG2873

209

210



TAKE 2 CAPSULES
TWICE A DAY

TABLETS BY MOUTH

211