Front page of blue Binder.

PLAINTIFF'S EXHIBIT #2
PENGAD 800-631-6989

**Pay to:**

**Centre For Health Care**
PO Box 28199
San Diego, CA 92198-0199
(858) 613-8920

Daniel D Zuck
1346 Alita Ln
Escondido, CA 92027

**Patient Receipt**
Thursday, January 24, 2008

| Amount Due | Amount Paid |
|---|---|
| $0.00 | $15.00 |

| Date | Description | Check # | Fee | Adjst | Insurance | Patient |
|---|---|---|---|---|---|---|
| | Daniel D Zuck(1386091) Kamen N Zakov MD/1004268 | | | | | |
| 01/24/2008 | Copayment Received from Zuck, Daniel D | | | | $0.00 | ($15.00) |
| | Balance: | | | | $0.00 | ($15.00) |

Your next appointment is on January 24, 2008 4:00PM with Kamen N Zakov MD at Centre For Health Care





Need Urgent Care? We are open 9 am to 9 pm

7 days a week weekends and holidays

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins Balance | Pat Balance |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | -$15.00 |

**Pay to:**

**Centre For Health Care**
PO Box 28199
San Diego, CA  92198-0199
(858) 613-8920

**Daniel D Zuck**
1346 Alita Ln
Escondido, CA  92027

## Patient Receipt
**Thursday, January 24, 2008**

| Amount Due | Amount Paid |
|---|---|
| **$0.00** | **$15.00** |

| Date | Description | Check # | Fee | Units | Insurance | Date |
|---|---|---|---|---|---|---|
| | Daniel D Zuck(1386091)/Kamen N Zakov MD/1004268 | | | | $0.00 | ($15.00) |
| 01/24/2008 | Copayment Payment from Zuck, Daniel D | | | | | |
| | | Balance: | | | $0.00 | ($15.00) |

*Your next appointment is on Thursday, January 24, 2008  4:00PM with Kamen N Zakov MD at Centre For Health Care RB.*



**CENTRE**
**FOR HEALTH CARE**
MEDICAL ASSOCIATES
**Poway Centre**
15611 Pomerado Road, Poway, CA 92064
(858) 675-3100
Calling about an APPOINTMENT? See back of card.

Daniel
Has An Appointment With
Dr. Zakov
Time: 4:30   Date: 1-14-08   Suite:
(Monday)   Tuesday   Wednesday   Thursday   Friday
If unable to keep appointment, kindly give us 24 hours notice.

**CENTRE**
**FOR HEALTH CARE**
MEDICAL ASSOCIATES
**Poway Centre**
15611 Pomerado Road, Poway, CA 92064
(858) 675-3100
Calling about an APPOINTMENT? See back of card.

Daniel
Has An Appointment With
Dr. Zakov
Time: 4:00   Date: 1-24-08   Suite:
Monday   Tuesday   Wednesday   (Thursday)   Friday
If unable to keep appointment, kindly give us 24 hours notice.

**CENTRE**
**FOR HEALTH CARE**
MEDICAL ASSOCIATES
**Poway Centre**
15611 Pomerado Road, Poway, CA 92064
(858) 675-3100
Calling about an APPOINTMENT? See back of card.

Daniel
Has An Appointment With
Dr. Zakov
Time: 4:15   Date: 5-29-08   Suite:
Monday   Tuesday   Wednesday   (Thursday)   Friday
If unable to keep appointment, kindly give us 24 hours notice.

**Need Urgent Care?  We are open 9 am to 9 pm        7 days a week w/modified hours on holidays.**

| | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat Balance |
|---|---|---|---|---|---|---|---|---|
| $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | -$15.00 |

Centre For Health Care * 15611 Pomerado Road Suite 400 * Poway, CA  92064 * (858) 675-3100

3

**Pay to:**

Centre For Health Care
PO Box 28199
San Diego, CA  92198-0199
(858) 613-8920

**Patient Receipt**
Thursday, January 24, 2008

| Amount Due | Am... |
|---|---|
| $0.00 | $15.00 |

Daniel D Zuck
1346 Alita Ln
Escondido, CA  92027

| | | | |
|---|---|---|---|
| 01/24/2008 | Daniel D Zuck(1386091)/Kamen N Zakov MD/1004266 Copayment Payment from Zuck, Daniel D | | |

Balance:                                    $0.00      ($15.00)
                                                $0.00      ($15.00)

*Your next appointment is on Thursday, January 24, 2008   4.00PM with Kamen N Zakov MD at Centre For Health Care RB*

CENTRE
FOR HEALTH CARE
MEDICAL ASSOCIATES

**Poway Centre**
15611 Pomerado Road., Poway, CA 92064
(858) 675-3100
Calling about an APPOINTMENT? See back of card.

Daniel
Has An Appointment With
Dr. Zakov
Time 4:30   Date 1-14-08   Suite:
(Monday)  Tuesday  Wednesday  Thursday  Friday
If unable to keep appointment, kindly give us 24 hours notice.

CENTRE
FOR HEALTH CARE
MEDICAL ASSOCIATES

**Poway Centre**
15611 Pomerado Road., Poway, CA 92064
(858) 675-3100
Calling about an APPOINTMENT? See back of card.

Daniel
Has An Appointment With
Dr. Zakov
Time 2:00   Date 1-24-08   Suite:
Monday  Tuesday  Wednesday  (Thursday)  Friday
If unable to keep appointment, kindly give us 24 hours notice.

CENTRE
FOR HEALTH CARE

**Poway Centre**
15611 Pomerado Road. Poway, CA 92064
(858) 675-3100
Calling about an APPOINTMENT? See back of card.

Daniel
Has An Appointment With
Dr. Zakov
Time 4:15   Date 5-29-08   Suite:
Monday  Tuesday  Wednesday  (Thursday)  Friday
If unable to keep appointment, kindly give us 24 hours notice.

**Need Urgent Care?  We are open 9 am to 9 pm**          **7 days a week w/modified hours on holidays.**

| 0-30 | 0-60 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins Balance | Pat Balance |
|---|---|---|---|---|---|---|---|---|
| $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | -$15.00 |

**Centre For Health Care * 15611 Pomerado Road Suite 400 * Poway, CA  92064 * (858) 675-3100**

5



Your permission Please

Dear Fax Owner,

Fax.Com, The Internet Emergency
ing you to help by receiving fax alerts
crem nationwide. Various Missing Ch.
is a variety of other Public Service
Fax.Com's nationwide database of f
tire cost of this program, we will be
commercial paid advertising. You w
far per week in a single-page format.

Fax.Com respects your right not to rec.
ing missing children, free of charge.
choose not to participate, please call u
and your number will be permanently

To find out more information on the f
above toll-free number to add your number to our databi

Remember, you can delete yourself from our program at no
by simply calling the toll-free number at the bottom of
we send out.

Yesterday, 21 June 200?, when going on
some men were using a strange sentinel that may
the FBI were listing and setting up a surveillance
system. Bill Crean. Maybe they wonder if Bill is involved
in my situation, although he is absolutely uninformed
and disinformed in my situation.

Last night we had two strange days failing
it? I noticed because my two screen display did
come back on? I asked my Dad who
was up watching TV. and he said yes. they hadn't
were on? We said yes, where good to see
animals to animals only, no one?

On case I still not record this event again,
when I can busily... there to be a deductive at
work so he was monitoring this medical problem, at
I made big point to him that the medical performon
supplying how the Surgeon sewed had to go outs
vitamin D deficiency some years ago to clinic that
having a subjugate because all I desired to
were going to be sitting with him to go outs
more breast feeding. Little fresh of their info
command is turning out that the MIS anyhow
happened to be sitting with... eye contact
quickly to bless the... the troubled away ve
through to be very heavy... I believe because it
was done. some of poverty which & our next.

# Your Permission Please...

fax.com ))) 

PublicService.org

Dear Fax Owner,

Fax.Com, The Internet Emergency Response Network, is asking you to help by receiving fax alerts that are finding missing children nationwide. Various Missing Children Organizations as well as a variety of other Public Service Organizations are utilizing Fax.Com's nationwide database of fax numbers. To help offset the cost of this program, we will be doing a limited amount of commercial paid advertising. You will receive no more than one fax per week in a single-page format.

Fax.Com respects your right not to receive this information. If you choose not to participate, please call us toll-free at 1-800-992-5329 and your number will be permanently removed from our database.

To find out more information on the program and assist us in finding missing children, log on to www.publicservice.org or call the above toll-free number to add your number to our database.

Remember, you can delete yourself from our program at any time by simply calling the toll-free number at the bottom of every fax we send out.




7

Events as I approximately recall them.

Around the middle of April 2001, I noticed at work that the icons of my work computer, after turning on my computer, were re-arraigned strangely, and furthermore, I noticed that when I clicked on a desired icon, that that icon failed to respond. Subsequently, I powered-off and back-on my computer, and that fixed that problem, with the icons now in their familiar locations. My experience with the Windows operating system is that such strange behavior suggests someone had been tampering with and/or examining my computer.

Very nearly the same day, at home, I noticed while on-line with my computer, my 56K modem was suddenly in operation at a moment of time whereat I was requesting no task of it whatsoever. In curiosity, I decided to click on the little modem icon in the lower-right corner, and the dialog box came up, *but when the dialog box appeared, the disconnect button on the dialog box has been greyed out (disabled).* This was very strange, and thereby indicated to me that someone was attempting to access my computer, and did not wish for me to disable it. Since my modem is an external modem, I merely reached over and turned off the power button to the modem, thereby stopping that access.

Now, with these two events occurring very nearly simultaneously, I concluded from the difficult situation that I had hoped was behind me from a church I had left a couple years ago, but which had dragged on afterwards in letters etc, may have blown up on me such that someone had perhaps gone to a Judge and thereby caused an investigation to start.

Further evidence continued both with my work computer and with my home computer. The evidence concerning my work computer involved two further little clues, one being that I noticed that the shutdown option had been changed from "Restart in MS-DOS mode" to "Restart", another being that the side panel on the computer looked jarred slightly one morning, suggesting to me that someone had be into the computer physically. In regards to the restart mode, probably MIS again, in order to make the computer more flexible in regards to powering it off and on remotely through the Ethernet connection. But I eventually informed MIS that my computer appeared to be a subject of unauthorized access, and at that time I mentioned the icon event discussed earlier above. The further evidence with my home computer involved more unexpected modem action, which I proceeded to disable by either turning off the modem or by disconnecting the modem using the dialog disconnect button. Also, I began to get strange messages on my answering machine. Some messages involved things like a computer firm that offered to repair one's computer in their house. (This I perceived as an attempt to enter the house to make a visual inspection.) Also, messages such as a carpet cleaning service, with what I perceive to be the same motive. But, with the computer repair service, I began to suspect that the effort involved attempts to make my home while, I notice that my trackball operated rather poorly in an unusual way, which suggested that some process was consuming excess cpu resource as an irritation. Since I use hard-drives to backup hard drives, outsiders were attempting to access my computer in order to falsely pin something on me. I decided that even though I was very confident that I am innocent of the matter for which I suspect I was being im cstigated, I felt that for privacy from people who may wrongly misconstrue data on my computer, I decided it was time to buy new hard drives and to clean the old hard drives, and to rebuild my home working environment onto those new hard drives. So I did that. But, when rebuilding my hard drives, I fest the favorites directory, which records noteworthy locations on the Web that I had found over time. I wonder if a subsequent unauthorized modem access that slipped my interception caused this loss, to thereby subsequently force me to do more browsing on the web to thereby give the investigator more opportunity to observe my actions. I had made an attempt to *not* loose my favorites; so this is why this loss appears deliberate.

Also, very early, within the first week or two, I went to browse on the internet, and I had just the day before also browsed, and had used my favorite search engine, "Dogpile", and the next day, when I attempted to use Dogpile, a strange web page appeared blocking my view of Dogpile. I felt this was some trick to cause me to click onto something very dangerous or compromising, so I decided to type directly the www.dogpile.com address into the browser and thereby go around that strange page.

At some point, maybe after about 4 weeks, maybe by the middle of the month of May, the strange phone calls had subsided, and I browsed the internet carefully. Then, one day, at about this time, or maybe at about 5 weeks (the third week of May), I typed into the browser address slot the web page www.altera.com, but accidently misspelled it as www.alteria.com. The correct first version is an electronics corporation that makes programmable logic and fpga integrated circuits, which I am interested in as an engineer, the incorrect version is something I don't know; but when the incorrect version came up with black background, I knew this had to be a bad web page, and that I had misspelled Altera as Alteria. So then I went to the correct spelling and thereby to the desired web page. But very quickly after that mistake, the next day or so, the phone calls started up and the "Repair your computer in your house" people again left a message on my answering machine. This time I recorded that message onto a cassette tape, and have kept it. Also, when doing a hard drive backup copy, very shortly after the errant visit to the wrong web page mentioned above, the destination hard drive had a very strange behavior with a windows message saying that something was wrong with the File Allocation Table, and did I still wish to go forward with the copying process. I suspected that the problem was merely a connector problem, and I thought that I would let the copying continue, and that I would re-partition the hard drive on a subsequent day and the recopy the backup to that hard drive subsequently. Well, when that subsequent day came, my Norton utilities jumped in and said that the partition had been corrupted, and did I want Norton to attempt to repair the damage. I choose yes, and let Norton do the best that it could do to repair it. Then, I subsequently attempted to repartition it again using the standard Windows FDISK utility, as this gives the hard drive a fresh start. To my utter surprise, the resulting partition, when used after formatting as a system drive, would not boot my computer as a system drive. This I had never ever seen before. Furthermore, such damage to a hard drive should have been prevented by my Norton Antivirous, but was not. I wonder if the unauthorized modem accesses included a virus like program that was designed to bypass Norton (perhaps by agreement between the law enforcement community and the Norton company) Antivirus, and access a special setting on the hard drive such that the drive would not function as a boot disk. This would be an effective dysfunctional state that would motivate most people to go and get their computer repaired. But, since this was only a backup drive, I could still recover by making my backup using one of my older drives, which I had cleaned, and which was not presently in use. So I did that.

By the first week of June strange phone calls again seemed to die down. But after loosing a hard drive, I decided to stop accessing the web. I was still downloading data into my computer using a non-web direct-dial modem connection to my data provider for Futures and Commodities. But, even that had its strange moments. After stopping the use of the web for data download, and thereby going to direct dial modem download, I experienced problems. Twice the download went slow (about 1% of the download per second); the slowness caught my attention. But, that was not so slow that I thought that something was necessarily wrong. Then, subsequently, other strange things happened. The next strange thing to happen was that the modem downloads suddenly got faster again (this time I counted time, and noticed that the normal speed was about 5% per second). So something had changed apparently. Then subsequently, I had a time when the data provider's phone remained busy for something that seemed like 50 attempts before it got through to down load data. The next day I had another strange modem attempt whereby the data provider phone rang and rang, but did not answer, and the call merely terminated without making a connection. I made a second attempt, and then the second attempt worked and I got the data download. I do not recall making too many phone calls that ring and ring, and then merely stop ringing; but this was one such call. The next day or maybe after a few subsequent days thereafter, I did another data download, and when the download was completed, the CD drive mis-functioned such that the drive would not allow the CD to be removed, and yet the data software could not find the CD. So the next day I called the data provider and had them terminate my account with them. When I made that phone call, the person answering the phone had an attitude that indicated that she would not argue with the statements that I was making about the problems I was having, and her attitude was such that she would gladly let my account be closed. This ease by which they let $45 per month go by the way-side suggested to me that this data provider firm was in fact involved in law investigator actions towards me, and she sheepishly did not wish to argue with me. At this point I decided to leave my phone off and my phone answering machine unplugged.

9

*Handwritten:* How easy False accusation can cause no violence

**B2**

# Domestic violence charges being weighed against judge

**By J. Harry Jones**
STAFF WRITER

The City Attorney's Office is considering whether to file domestic violence charges against a San Diego Superior Court judge who was arrested at his home in La Jolla and taken to jail.

Judge Geary Cortes was arrested about 8 o'clock the night of May 6 and booked into jail, accused by police with causing corporal injury to his wife, Deborah Brickner.

Attorney Brian Erickson said Cortes posted bail almost immediately. He said San Diego police investigated the case for a week before forwarding it to his office last Monday.

Cortes, 60, was on the bench yesterday in the downtown San Diego courthouse and declined to comment.

However, in interviews his lawyers and his wife denied any wrongdoing by the judge.

"Geary didn't do anything to me," Brickner said. "Geary wouldn't touch me. He is not that kind of a person . . . It's just completely untrue."

Erickson said he cannot comment about the details of the case because it is under review.

Brickner blamed the arrest on "a bunch of drunks" that she said falsely accused her husband after a confrontation in the street near their home.

She said that for several days three young men who live in the neighborhood had been drinking and getting obnoxious

---

## "Geary wouldn't touch me. He is not that kind of a person . . . It's just completely untrue."

*Deborah Brickner, wife of Judge Cortes*

---

by. She said a neighbor came to their door and asked Cortes and Brickner to accompany him down the street to confront the men, who the neighbor said had been throwing rocks into his swimming pool.

Brickner said Cortes and the men argued for some time, then Cortes and the neighbor left and Brickner stayed behind to talk to them, she said.

Brickner said Cortes later escorted her back to their home. She said the men then called police and told them lies.

Cortes' attorney, Brad Patton, said the men apparently told police that Cortes had abused his wife as he took her back to their home.

"There is absolutely no basis for the allegations," Patton said.

Brickner said police "barged" into the couple's home, even though they told them they were not needed and she was not hurt.

"All he did was come and take me home," Brickner added. "He didn't hurt me. He didn't do anything inappropriate."

Patton said Brickner told police during a follow-up interview that she had been drinking during the confrontation. "She had...

---

# Four apply to ...ant sea on trouble...







2001, When going
right near me
of that mi
of avalance

13

Inventory of Adult Pornography Purchased in the Last 8 Months before April 1st, 2008 by Daniel David Zuck.

In the interest of seeking to help establish my intention to be honest about details surrounding my FBI investigation that I detected started on April 1st, 2001, I give in this document an inventory of the adult pornography that I purchased in the last eight months before April 1st, 2008. Below each entry in the list below is a short statement concerning the pornographic contents and perhaps story contents of that entry.

1) Title: "Bandidas", © 2006 Europa Corp. This is rated PG13 and is a very mild form of pornography. The story is about to women bank robbers in Mexico getting reveng against other people that did them unjustly.
2) Title: "Titty Worship"distributed by Media Products Inc © 2006 White Ghetto. Adults Only. This is direct Adult pornography. A significant note is that one woman in this DVD is asked of a man about her breast development, and she said that her breasts began to develop at the age of 8, and continued to develop through the age of 14 or 15 or so, showing that a woman can be a woman quite early.
3)Title: "Sex and Lucia", © 2001 Sogepaq,S.A. (Spanish with English Subtitles). The plot in the rated R DVD is poor, and a note worthy detail is that though most of the picture involves adults, there is one scene that involves a child turning into a woman that I would estimate at the age of 13. During that scene I caused the DVD player (my laptop computer) to skip forward to avoid that scene (the sex oriented part), but during the first part of the scene and during the last part of the scene the young woman had one her cloths, and so I suppose that during the unscene portion she also her cloths on; but being investigated by the FBI made me quite concerned that in this ordinary R DVD (as I perceived it) there was something that may approach child pronogrpahy per the FBI's view of it, so I was concerned and that is why I skipped over that scene.
4) Title: "1strike", © 2006 Nectar Entertainment, LLC. This is what I suppose is again ordinary adult pronography. Nothing noteworthy about it.
5)Title: "Emmanuelle in Space, First Contact", © 1999 Concorde-New Horizons Corp. The plot in this movie is actually rather nice, with the ending including a reconcilleation of a broken marriage. It is really actually a very beautiful move, even with its sexual content being tastefully done, in my opinion.
6)Title: "Cosmopolitan", December 2007. Magazine. There is an article entitled "Deep Sex" that attracted me, and is why I bought it. Some of the ideas in this article may infact benifite couples for greater pleasure, as far as may speculate.
7) Title:"Penthouse", Novenber 2007. This magazine has some article(s) on helping to give the woman an orgasm. The article title is "Building a better Orgasm"
8) Title: "Playboy's Voluptuous Vixens" December 17,2007. The pictures in this magazine may be the most beautiful woman I have ever scene. They almost hurt your eyes they seem so beautiful and the pictures are very tastefully done.


Document written Feb 12th, 2008.


Daniel David Zuck

1

More on Omacor and Appointment Situation

The appointment that I had scheduled for Jan 14th, 2008 at 4:30pm was cancled because
my Dr. (Dr. Kamen N. Zakov) was sick that day. So I rescheduled for Jan 24th, 2008 at
4:00 pm. The attached picture with file name "IMG_1652.jpg" shows the printed receipt
that I was given as the outcome of paying the co-pay. Something very interesting
happened in the process of paying that co-pay, and I wish to recout that herein. The file
"IMG_1652.jpg" supports my recount--which is this document you are now reading--
written on Saturday, Jan 26th in the morning. When arriving for the appointment, I
walked up to the co-pay desk and began the process of seeking to pay my copay. I was
about to hand to her a $20 bill when she said that I had a credit, and that I did not need to
pay. So I let the money remain in my wallet. Then she noticed that the credit was only
$5, and I had also given her my new health insurance card which she copied on a photo
copyier. Then she said that I had not payed her the copay and that I needed to pay they
copay. I mistakenly said to her that I had already given to her the money--I said this
because the first memory of attempting to get the money out of my wallet was stronger
than the change when I let the $20 remain in my wallet. I believe this is a memory trick
that the FBI played on me, with a situation starting out one way, and then ending up
another way to confuse me. I wonder what studies in psychology support these kinds of
games with memory? Anyway, she looked for the money and could not find it, and so I
gave to her a $20 from my wallet. As I began to reflect on this event I realized that this
was a memory trick they played on me in an attempt to weaken my confidence in my
memory. And such techniques have been being used on me for months now, but I have
not really tried very much to record these events. The frequent nature of these events
include statements by other people with inhearent countraditions that appear to be
designed to shake my confidence in my memory because when I recall these situations
confusion results because of the inhearent countraditions that are imbeded in those
statements by other people. They have been doing these techniques to me, I believe,
from at least as far back as last October, 2007, maybe earlier. I believe that the reason
that they are doing these things is to cause such confusion and lack of confidence in my
memory that they can weaken my testamony that they are using ugly psychological
techniques that amount to psychological toture, as I have written in my documents on
psychological pain that they have been inflicting on me for almost last 7 years, since I
noticed the investigation on April 2, 2001, and surmized that it started on April 1, 2001,
a Sunday. The details that I noticed involving how the investigation started where how
my 56K external modem was running when I was using my Pentium II computer on line
such that the modem lights showed modem activity when there should not have been
such activity. This alarmed me and so I shut off my modem to force a disconnection.
Also, on Monday, April 2, 2001, I remember clearly that my work computer side access
panel was ajar (though that did happen easily, this was a Monday, and I remember that it
was not previously ajar, and no time had passed through the week for it to accidently get
bumped to become ajar again). I suspect I noticed the ajar side panel first, and than the
modem experience recounted above was likely on that Monday evening, since I am not
too inclined to use the Internet on Sundays. I did create a packet that includes a
statement of events that I wrote during 2001 while I was attempting to convince other
people that I was being investigated. That packet includes a printed document of my
statement of reasons why I thought I was being investigated, a May 16th, 2001
newspaper article my Dad found on problems that false accusations can cause, a May 13,

9

2001 newspaper article on Hackers and the FBI, a casset audio tape that I do not remember the contents thereof, but is included in that packet, a copy of a fax that a short-lived fax machine we had (my Dad and I) that was received near 12May2001, and an old computer harddrive that was in my home Pentium II computer that was tied in with the FBI and their attempts to break into my computer. I gave them a very hard time because of my external modem being manually capable of being turned off, and because of my harddrive dewars that make harddrive swapping and recovery fairly easy. I remember talking to a friend named Ed Frias about being investigated early on in 2001, and I have a hand written note that recordes an event where the FBI was deliberately making their presence known in my life with a survalence antennia, I now understand for intimidation and psychological torture purposes; that hand written document is dated June 21, 2001.

Anyway, back on the Omacor related issue. During the appointment with Dr. Zakov, I asked him to show if the amount for the perscription for the Omacor was for 360 capsels, and he showed in my chart that he keeps that the perscription was indeed for 360 capsels. So the appeareance is that the CVS pharmacy simply made a mistake in filling the perscription for 600 capsels, rather than for 360 capsels. I still assert that the FBI was attempting to set me up for another event to attack the reliability of my memory by having the CVS pharmacy fill it for 600 when they should have filled it for 360, and so I think that the FBI is merely attempting to cover their tracts because I am documenting and did document already this event fairly well in an attempt to expose them.

Strangely, the FBI also may be playing little games with me involving the availablity of the lastest appointment time. Notice that the Jan 14 appointment time is 4:30, but later they gave me a 4:00 appointment time on Jan 24th, and the subsequent appointment of May 29 at 4:15 is only the result of asking if they had yet a latter appointment time, because the attendent was going to give to me a time of 4:00, and then with my asking she gave me a time of 4:15. I think this is fools-bait that they want me to notice and rant about, but it does seem to show that they are messing around with my memory, since they wanted to see if I would recall that my previous time on Jan 14th was 4:30, and that if I would recall that and so insist on a time of 4:30. I did have a vague memory during this interaction with the attendent that 4:30 was an option, but when she gave to me 4:15 I decided not to quible, and so said nothing about 4:30.

Back on the old packet with the harddrive etc, I took digital pictures of the stated items and those pictures have file names:

IMG_1653.jpg through IMG_1663.jpg

Daniel Zuck
26Jan2008

(end of document)

More on the Psychological Torture Principles used by the FBI
written by Daniel David Zuck on Jan 29, 2008 at 5:37PM

This document augments my earlier document written on the psychological
pain caused by the FBI's psychological investigation techniques used on
me; that earlier document was origionally written by me, Daniel David
Zuck, on Sep 19th, 2007.

The concept of psychological manipulation by the FBI inorder to cause
coercive psychological force upon a suspect involves a fundamental
principle of psychological healing activated by the FBI in reverse to thereby
cause psychological sickness.

The principle is really best understood when one understands that the
psychological principle of denyal is actually a summary of any and all
psychological defense mechanisms.  In other words, psychological defense
mechanisims are each one a form of denyal.  If to many and/or too
deep/powerful defense mechanisms form in a person's psychology, that
person is infact in some state of denyal that those defense mechanisms are
allowing that person to maintain.  Those defense machinisms allow that
person to ignore some aspects of reality around him or her.  The principles
of psychological healing used in psychological theorpy involve techniques
that allow a person to slowly confront those defense mechanisms and to
slowly remove those defense mechanisms until that person is better able to
face reality, and to thereby heal.  Another treatement that leads to removal
of these unhealthy defense mechnisms involves a more direct theorpy where
a person is taught to see the incorrect behavior they are enguaging in an
encouraging way such that they begin to drop that incorrect behavior as
they begin to gain success at avoiding the bad behavior and to execute
proper behavior instead.  When they gain success at avoiding the bad
behavior and begin to taste success, then they begin to drop the defense
mechnisms that they were enguaging in that helped them to deny their bad
behavior and their guilt.  Both treatement schemes work, but the second
scheme is more brutal and less gentile, but much faster.  Nevertheless, some
circumstances require the more gentile approach, and some benifite from
the more direct approach.

The techniques of the FBI involve operating both treatement principles
mentioned above in reverse to cause sickness.  The FBI uses their ear-radio-
bugs that they put into people's ears to direct people's conversation towards
a suspect such that that suspect is confronted by comments that put the
suspect into an awackward situation so that inorder to answer/confront
those comments the person may have to mention the FBI in a context that

would make that person feel like a fool. This fear of looking or sounding like a fool then encourages the suspect to say something that denys the reality of the FBI in his or her life--thereby the FBI encourages denyal--this is a very wicked manipulation by the FBI that, over months and years of an investigation could propel a person into very real psychological sickness. To avoid this force towards sickness a person really benfites greately by seeing a psychological theorpists to whom the suspect may relive these rediculous situations that the FBI puts that person into such that that suspect may speak the truth without denyal to countervail the force towards denyal-caused-sickness that the FBI is attempting to put onto the suspect. Also, the other principle of gaining success at something that a person is attempting to do, but is frequently failing at which then leads to denyal in an attempt to run from that situation, the FBI uses also to cause denyal and sickness. In otherwords, the FBI attempts to cause a suspect to set up goals, such a controling of one's eyes (the FBI can tell very precisely where you are looking by their technology) to such an extreme level that the suspect is guaranteed to fail. Then the FBI manipulates the situation around the suspect to cause repeated failure, which then promotes the suspect towards a state a denyal as the repeated psychological pain of repeated failure ovecomes a person.

The anti-theorpy sickness-causing denyal-increasing processes that the FBI imposes upon a suspect are very capable of making a person so sick--if they do not understand what is happening to them--that the denyal may reach such a state that the sin-crime circumstance that the FBI is attempting to sting a person with may become a very greate temptation as the FBI also performs pleasure-seeking-refocusing techniques on a person using principles of teasing and such-like. If a person slips too deeply in such directions, that person's denyal may begin to cover such sinful behavior that they then add more denyal to their psychological mind-set such that they enter into a kind of tail spin by which they self destruct. This is the end-goal of the FBI's psychological sickness causing techniques. At reaching such a state of sickness, the FBI has achieved a state of afairs in that person that is completely indefesible for the person in court, since the person looks very sick to the judge, and the FBI will deny in court that the FBI used psychological manipulation techniques that are very capable of causing sickness. And with a person in such a sick state, the FBI can say to the judge that the words of claim by the person that the FBI's manipulation techniques caused their sickness will seem very slight and unconvincing, and so the FBI will have successfully destroyed a person in court, and the FBI has lied in court by presenting the situation so as to deny that the FBI caused that sickness.

I also wonder if the FBI uses some form(s) of hynotic techniqes by which they gently train a conversation-behavior with a person while a person (suspect) is asleep, thereby cause a person to talk in their sleep so as to reveil things that would not be said while awake.  This is a form of very intrusive search that must be a violation of the US constitution's rejection of unreasonable search and ceasure, because if such privacy is breached, nothing is off limits and prohibition of unreasonable search has no meaning.

Daniel David Zuck
29Jan2008



Glass Technology Website

– Kit prices

US Windshield Repair

– Kit prices

**CLASS PROGRAM**

NAME _____

ADDRESS _____

SCHOOL _____   CLASS _____

| TIME FROM TO | mod. 1 | mod. 2 | mod. 3 | mod. 4 | mod. 5 | mod. 6 | mod. 7 | mod. 8 |
|---|---|---|---|---|---|---|---|---|
| **MONDAY** SUBJECT | | | | | | | | |
| ROOM | | | | | | | | |
| INSTRUCTOR | | | | | | | | |
| **TUESDAY** SUBJECT | | | | | | | | |
| ROOM | | | | | | | | |
| INSTRUCTOR | | | | | | | | |
| **WEDNESDAY** SUBJECT | | | | | | | | |
| ROOM | | | | | | | | |
| INSTRUCTOR | | | | | | | | |
| **THURSDAY** SUBJECT | | | | | | | | |
| ROOM | | | | | | | | |
| INSTRUCTOR | | | | | | | | |
| **FRIDAY** SUBJECT | | | | | | | | |
| ROOM | | | | | | | | |
| INSTRUCTOR | | | | | | | | |
| **SATURDAY** SUBJECT | | | | | | | | |
| ROOM | | | | | | | | |
| INSTRUCTOR | | | | | | | | |

9¾ In. x 7½ In.
MADE IN U.S.A.

22



24

$$\Delta_H = \frac{\hat{c}_{1H} - \Delta_F}{\text{PCG} - 18_4 - (13_4)} \times 100$$

$$\Delta_H = (PCLO - PCLG)_2 N + N_{15}$$

$$\Delta_F = (N_F - 0) - PCLG/F_{15}$$

28





32

Brother Don,

The Bible gives us the lives & the character of woman-kind & mankind. It shows us character & nature, but in the Book, & mankind is the best of... from... Pure mankind you women & men... to the... children. And mankind reveals woman, men... true... Men are a picture of mankind, & woman are the picture of mankind... and mankind is... Satan and... Mankind has the seed of Satan and want... (cont.) "Being born again, not of corruptible seed, but of incorruptible, by the word of God, which liveth and abideth for ever."

1 Peter 1:23

Daniel D. Back
30 Apr 2006

Daniel D. Back    3 Apr 06

... 2006

i.e. they are depending on my
suspicion to correct their frequgerm-
malicious and insulting slanders to
me to the idea that I should
p... to them the destructive and
sadistic behavior they want out
me (to show sexual sa...on on
to children, which is not me normally).
They are inducing psychological pain
to motivate me to act as they
want me to act insofar to
destroy me. The FBI engages in a
psychological torture in a
country whose constitution forbids
cruel and unusual punishment.
I do not see how the FBI could
admit these things in court. No
jury would think well of this.
I fear God is going to let the
FBI destroy me this way. I
should put for the psychology of fear
but I am having a hard time with this. Ken

Daniel Dark 2006

34

Critical Situation

Judge the usefulness of our whole mechanism by our pros and experience of torture. Instead of us defense mechanisms we pressed them to feel them to ... suffer them. If we perceived ... to it we working by feeling the pain that we associate with them, then we take them down.

& the FBI funds psychological affliction (an arousal) techniques. psychological pain ... This organ they use to get me to eat my defense. It is a kind of trial the FBI is doing to me.

... this are using my suspicion to ... consult the pain they are causing me psychologically with my defense mechanisms.

Ramzi Yousef
13 July 2006

July 2006

...of the FBI, probably for at least
I well now have already achieved
this principle of impressing and
psychologically pushing me so that
deep down desire to please them.

They have and continue to have
stories in my motivation... more
want to please them in order to
end the psychological pain they
cause causing me day after day
most days. I need to come to
terms with this and try to deal
with it. In this case I fear they
want to harm me further
psychologically. This fear is a part
of the paranoia they have worked
to put into me, and have at least
succeeded somewhat. That is why I
deep down desire to please them. The
fear of fear and the fear of more
psychological pain. David B... 14 July 2006

36

continued evening 5:27PM

I notice that when the FBI makes
painful with booming car stereo
or with police sirens the
pain adds to my persuasion to
harm myself and give the FBI
the arousal response they want
I suspect. Every time they make
it painful they add to my general
level of the FBI and leave a
detrimental memory trace and emotional
damage → my thereby weakening
resistance to give the FBI what
they want. There for is to is
put me, as they have already done
also now, until my resistance
disses out of absolute terror of
what they attempt and slowly
cored in building it into me the
intense and deeply buried fear
want in me.   Signed Daniel 14 July 2008

37

Daniel Jack 15 July 2006

388



4.2

[illegible]

→ [illegible] confuses deliberately
the [illegible] a fear of failure with
[illegible] authorities. I do not
[illegible] fear authority, I have
[illegible] done anything wrong that
[illegible] would want to destroy me.
[illegible] they are inducing a fear
[illegible] by setting me up to
[illegible] them and then breaking
[illegible] my resistance of them
[illegible] the event of failure. [illegible]
[illegible] time (since 2001) they
[illegible] induced a profound sense
fear that demotivates me to
[illegible] them. I should [illegible]
[illegible] I have done nothing
wrong that they should destroy
me.

Daniel D. Guck

Jan 10, 2007 1:53 AM

44



- Entered Anger Event Probably before 1986.
- Mom Died Nov 2 (19..)
- Quitting Job alored for (?)
- Reactive Depression around Dec 25 1986
- Got Therapy from Dr. Ferretta ? in 1987 and 1988.

44





$82.00

669

5 July 2006
Integrity Online
Tax DSL

| | DOLLARS | CENTS |
|---|---|---|
| | 4000 | |
| | 4000 | |
| | 600 | |
| | 3400 | |

64



Winbeb2.exe

Command
Prompt (2)



d

Shortcut to
Sounds an...



Shortcut to
gaol

Shortcut to
Wireless...



Home Studio 2



ThinkFree
Office Write

start



# XANTREX TECHNOLOGY INC. - CAD

**PARTICIPANT STATEMENT**

**PERSONAL & CONFIDENTIAL**

Daniel Zuck
1346 Alita Lane
Escondido CA 92027
USA

**STATEMENT PERIOD**

FROM: 01/07/2007

TO:     31/12/2007

**TAX IDENTIFICATION**

203

## ACCOUNT SUMMARY

| PLAN | | | OPTIONS & RIGHTS | | | |
|---|---|---|---|---|---|---|
| Grant Date | Expiry Date | Exercise Price | Outstanding Balance | Unrealized Gain | Available For Exercise | Unrealized Gain |
| **Xantrex Incentive Share Option Plan** | | | | | | |
| 12/01/2007 | 11/01/2017 | $9.35 | 1,000.0 | $0.00 | 0 | $0.00 |
| Total | | | 1,000.0 | $0.00 | 0 | $0.00 |

Unrealized Gain of Options is the share value on statement date
minus Options exercise price multiplied by the number of Options.
If this calculation results in a negative amount, $0.00 will appear in this field

Share value on statement date: $9.21

**COMPUTERSHARE: Phone: 604-661-9400 ext 4298**
Fax: 1-866-628-2288 Email: bernie.krause@computershare.com

**C**omputershare

Page 1 of 1

## DISC 2 - SIDE A

### CORPUS EARTHLING

A doctor with a steel plate in his head questions his own sanity when he begins hearing the conversations of a strange race of alien-like creatures intent on conquering the world

### NIGHTMARE

A band of Earth soldiers is captured and ruthlessly tortured – both physically and psychologically – by their alien captors.

### IT CRAWLED OUT OF THE WOODWORK

An incredible being made of pure energy, erupts is the staff of a research laboratory and hides a deadly secret.

### THE BORDERLAND

A man trapping to contact his dead son becomes involved in an experiment designed to open a gateway to the fourth dimension

## DISC 2 - SIDE B

### TOURIST ATTRACTION

The capture of a dolphin-like creature stirs up trouble in a small republic as the country's dictator plans to use the living to attract tourists.

### THE ZANTI MISFITS

Exiles from the planet Zanti arrive on Earth and a startling truth is uncovered when two human renegades invade their prison.

### THE MICE

A convicted felon volunteers for an interplanetary cultural exchange program and chaos ensues when a bizarre alien materializes here on Earth.

### CONTROLLED EXPERIMENT

Two Martians conduct an investigation at the scene of a murder to try to determine why humans kill one another.

## DISC 1 - SIDE A

### THE GALAXY BEING

### THE HUNDRED DAYS OF THE DRAGON

### THE ARCHITECTS OF FEAR

### THE MAN WITH THE POWER

## DISC 1 - SIDE B

### THE SIXTH FINGER

### THE MAN WHO WAS NEVER BORN

### O.B.I.T.

### THE HUMAN FACTOR









CA 920 9-04

UPS 3 DAY SELECT
TRACKING# 1Z 991 E85 12 4851 3986

3

BILLING: P/P

2 LBS 1 OF 1

FROM:
MY GIFT ONLINE
803 446 000
1234 SHATTER STREET
COLUMBUS SC 29201

SHIP TO:
ZUCK, DANIEL
(760) 740-0342
1346 ALITA LN
ESCONDIDO CA 92027

58



45000D-001

SERIAL NUMBER: 16590736

MAC: 0000C5FD2790



NE185

6 66947 00659



Neopia, Inc.

3347W-RF

Wi-Fi Gateway Kit

802.11b, 4-pt sw

F/W v7.3.3r2



Made in Thailand



69





63















70



**verizon**wireless

```
հՍՈւ1ՈւՈւ1Ս11Ո111Ո1Ո1Ո1Ո1Ո1Ո1Ո1Ս1
```
DANIEL ZUCK
1346 ALTA LN
ESCONDIDO, CA 92027-4102

February 8, 2008

Account number: 0270071970-00091

Dear Daniel Zuck,

Thank you for your continued loyalty to Verizon Wireless. Due to recent changes made to your account, we are writing to provide you with a complete list of the active Included Features and Optional Services on each of the following lines on your account:

(760) 207-1986

Please review the enclosed information carefully and keep it for your records. If you have any questions, visit us at verizonwireless.com, dial *611 from your wireless phone, or call Customer Service at 1-800-922-0204 between 6 am and 11 pm. For voice - prompt instructions on using your features, please call our Customer Service number at anytime. To view a complete list of all Verizon Wireless Feature Terms and Conditions, visit us at www.verizonwireless.com/featuretermsandconds.

To easily manage your entire account online, visit www.verizonwireless.com/myaccount. It's fast, safe and convenient. Instantly access your account activity, pay your bills securely or change your calling features and other account information. Register today and start saving time and money.

Sincerely,
Verizon Wireless

**Important:** An updated directory of your services and features is located on the reverse side of this letter.

---

## Important Information Regarding Your Feature/Services

**Content Filtering**

Subject to Customer Agreement. The Content Filtering Service filters content accessible through the internet, V CAST Music and V CAST Video. Content from other sources, including Get It Now and TXT Messaging, is not filtered by the service at this time. No content filtering tool is 100% effective. The service may not block access to all unwanted or undesirable content. The service is not a substitute for adult supervision. The service may not work outside the National Enhanced Services Rate and Coverage Area. The service does not work on Blackberry devices, most Push to Talk devices and any device with a static Internet Protocol address. The internet filtering capabilities of the service do not work on phones using Mobile Web 1.0 or on devices that use the Verizon compression software, including phones tethered to PCs or PC cards, unless the compression software is turned off. The music filtering capabilities of the service do not work on phones with V CAST Music v10 software. Call 800-922-0204 or 611 from your handset if you are on a corporate calling plan to determine eligibility to use the service and to activate the service.

1 of 4

## Important Information Regarding Your

**Content Filtering**
Subject to Customer Agreement. The Content Filtering Service filters content accessible through the Internet. V CAST Music and V CAST Video. Content from other sources, including Get It Now and TXT Messaging, is not filtered by the service at this time. No content filtering tool is 100% effective. The service may not block access to all unwanted or undesirable content. The service is not a substitute for adult supervision. The service may not work outside the National Enhanced Services Rate and Coverage Area. The service does not work on Blackberry devices, most Push to Talk devices and any device with a static Internet Protocol address. The Internet filtering capabilities of the service do not work on phones using Mobile Web 1.0 or on devices that use the Venturi compression software, including phones tethered to PCs or PC cards, unless the compression software is turned off. The music filtering capabilities of the service do not work on phones with V CAST Music v1.0 software. Call 800-922-0204 or 611 from your handset if you are on a corporate calling plan to determine eligibility to use the service and to activate the service.

## Please review for accuracy and keep this letter for your records.

### Services/Features in effect for (760) 807-1906

| New and existing service/feature | Monthly Fee | New and existing service/feature | Monthly Fee |
|---|---|---|---|
| CONTENT FILTERING TEEN 13+ | $0.00 | TXT MSG W PER MSG CHARGES | $0.00 |
| STREAMLINED BILLING - $0 | $0.00 | PIX & FLIX PAY PER MSG - $0 | $0.00 |
| NEW EVERY TWO | $0.00 | CALLER ID | $0.00 |
| BUSY TRANSFER | $0.00 | 3-WAY CALLING | $0.00 |
| CALL WAITING | $0.00 | NO ANSWER TRANSFER | $0.00 |
| CALL FORWARDING | $0.00 | BASIC VOICE MAIL - $0 | $0.00 |
| NATIONAL ACCESS ROAMING | $0.00 | PDA/SMARTPHONE UNLIM1 $44.99 | $44.99 |
| IN-NETWORK CALLING 8393 MINUTES | $0.00 | | |

| Discontinued service/feature | | Effective Date |
|---|---|---|
| UNLIMITED NIGHT & WEEKEND MINS | | 02/22/2009 |

APL **Maxtor**® DiamondMax Plus 9
80GB ATA/133 HDD

Made under U.S. and foreign patents issued and pending.
For full warranty, patent or installation information, contact: **www.maxtor.com**
Maxtor is not responsible for consequential damages, including loss or recovery of data.

No Jumper = DS (SLAVE)

J50 J48 J46 J44 J42

DS (MASTER)
CS Enabled
Cap Limit

c ᴿᵁ us C E

N256

D33019

MIC

E-H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

3.5 SERIES

FRAGILE

*Hard drive from*
*computer that had*
*Integrity Online that*
*died. D.8.*

Code: YAR41BW0
N,F,C,A

SN: Y26TE2BE

6Y080P0422211

LBA: 160086528

ER:

+5V 670mA

+12V 960mA

AAA

Mfg.Date:03NOV2003

Made in Singapore (2) B 206



Organized by

AMSE, Association for the Advancement of
Modelling and Simulation techniques in Enterprises

Presented Before, AMSE Conference Neural Networks San Diego 91544,
May 29-31, 1991; Vol. 1, pp. 117-140

# DEFINING NUMERICALLY CONSISTENT AND DIFFERENT USABLE BACK-PROPAGATION NEURAL NET TRAINING DATA

By Daniel Bach

Computer Science Graduate Student

San Diego State University

May 21, 1991

Not just any data set may be used as training data for a back-propagation neural net. A very important consistency restriction, related to the essential definition of a function, exists on any truly usable data set. The nature of this restriction, as well as certain supplies consequences upon neural net performance if the restriction is not complied with, are discussed. Also discussed is a useful way to satisfy this restriction whenever one is in possession of certain partial knowledge about the correspondence to be taught to the net.

## Introduction

The following paper is on a topic that, at first thought, may seem obvious and unnecessary to bring up for consideration. But this research student believes that the issue herein discussed troubles many naive neural net researchers than one might at first

[references — illegible]

think.

Typical back-propagation neural nets [are] set forth by Rumelhart, deterministic neural net largely... McClelland, and the PDP Research Group, Walker at UC San Diego [1]. are essentially mechanisms for learning functions. Twenty-six this is ... nicely established by the work of Dr. Robert Hecht-Nielsen [2]. Nevertheless, overlooked by some researchers may be the theoretical difference between a function on one hand, and a general correspondence on the other hand. A true function is always a single-valued correspondence. A true function is never many-valued; that is, it never sends any one particular domain value to more than one range value. If such many-valued sending occurs, it should not be called a function, but merely a correspondence. See reference [1], at section 4.1.4.5, for a rigorous definition of a function. As will be shown more clearly, back-propagation neural nets are definitely unable to learn correspondences that fail to be functions.

The inverse function problem

Say one has a function, call it the forward function, for which finding a symbolic representation of the inverse correspondence is very difficult or impossible, and yet one wishes to train a back-propagation neural net that inverse correspondence. One might, perhaps, simply use the forward function, which is known symbolically, to generate training data. Let $y=f(x)$ represent the forward function. Then figure 1 helps show this approach to

know the inverse correspondence $f^{-1}$ to a neural net, when only $f$ is known.



Figure 1

The hidden difficulty is that unteachable' data can be generated if the forward function is not one-to-one.

To help understand how this is so called unteachable data--or better termed inconsistent or contradictory data--results, an example follows.

Consider the simple scalar function $y=h(x)=x^2$. We wish to teach a neural net to learn the inverse correspondence $h^{-1}$, and we will use data generated from the forward function, but present the inverse data as in figure 1 so that the net should learn the inverse correspondence. (Please excuse the simplicity of this example; this simplicity will help to make the point very obvious.) The following data set satisfies $y=x^2$:

---

The word 'unteachable' is being used here in the uncommon sense of describing material that, by its very nature, is impossible to present in a meaningful manner; rather than in the common sense of describing the recipient of the material as being unable to receive the material.

TABLE 1

| LINE# | Net Input Data (y values) | Net Output Data (x values) |
|-------|---------------------------|----------------------------|
| 1) | y = 1.00 | x = 1.00 |
| 2) | y = 1.21 | x = 2.10 |
| 3) | y = 4.00 | x = 4.00 |
| 4) | y = 9.00 | x = -2.00 |
| 5) | | x = -3.00 |

This data table, being as short as it is, should be easy to teach to a small back-propagation neural net. But look closely: the table's data is so inconsistent that no neural net could ever learn it. If the net learns output $x_i$ when input $y_i$ is presented, than the net cannot perform correctly when presented $y_j$ as input, simply because $y_i=y_j$ but $x_i \neq x_j$.

Before we consider what the net would do if we improved the table by removing line 4), we should ask: what would the net's symptoms be as it attempted to learn table 1 as given above? In answer, we can see that if the error for line 4) became small, then the error for line 3) would be large, and vice-versa. Such lack of error convergence causes training to go on and on, wasting cpu time, and causing neural net weights to become meaninglessly very large. In reality, most data sets used to train back-propagation neural nets are not as inconsistent as this data set. Typically they would not contain two totally contradictory lines. Such contradictory lines constitute a many-valued correspondence, and thereby disqualify the data in table 1 from representing a true function. A many-valued correspondence, as in table 1, is both the limiting and worse cases. Other less obvious, but closely related

inconsistency may still cause learning failure, as is subsequently discussed.

Failure to generalize

Now say line 4) is removed from table 1, and the net is trained to learn well (to a small error) the correspondence in this modified table.

After such training, would the net generalize well? In other words, would it have learned the intended correspondence $h^{-1}$, or did it learn something entirely different that just happen to pass through the points presented in the table? Let $x=g(y)$ represent whatever function the net actually learned after training. What is $g(1.105)$? Is it $\sqrt{1.0}$, or $-\sqrt{1.21}$, or perhaps the undesired value $\frac{\sqrt{1.0}-\sqrt{1.21}}{2}$? Because of the generalization capability of the back-propagation neural net, the net typically will attempt to interpolate between $\sqrt{1.0}$ and $-\sqrt{1.21}$, so that the result will, very likely, be close to $\frac{\sqrt{1.0}-\sqrt{1.21}}{2}$. But the result of this interpolation is not at all the intended result. From the perspective of the desired result, the net has not generalized. It completely failed on the input value of 1.105, on which it should have done well, seeing that it was trained on input values close to and directly on either side of 1.105. This failure to generalize

is one very serious consequence resulting from inconsistent data. i.e. in this case, data made inconsistent by inadvertent chasing of data from the $\sqrt{r}$ and $\sqrt{r}$ function.

**The effect of large $dy/dy$ on weight magnitudes**

In addition to a failure to generalize, $\frac{dy}{dy}$ would

unfortunately be very different from the desired result of $\frac{d(h^2)}{dy} = +\frac{1}{2}y^{-\frac{1}{2}}$. The nature of $\frac{dg}{dy}$ has very much to do with the

magnitudes of the weights stored in the neural net. Why is this? Consider $\left|\frac{dg}{dy}\right|$ as very large (for some values of input y); this

implies that small changes in the input cause very large changes in the output. In turn, this implies, by a simple gain or amplification argument, that some weights in the net are large. Large weights are often a sign of excessive learning caused by slow convergence. Was this slow convergence caused by a difficulty or fault in the data set?

The above example is further explored to lend support to this idea of large weights (associated with a large $\left|\frac{dg}{dy}\right|$) being a

symptom of a problem. Using differential approximations on data from table 1 above, consider that

$$\frac{dx}{dy} = \frac{\Delta x}{\Delta y} = \frac{x_2-x_1}{y_2-y_1} = \frac{(1-.2)}{(1.2)-(1.200)} = -10 \text{. , in contrast,}$$

$$\frac{d(h^2)}{dy}\bigg|_{y=1.2} = +\frac{1}{2}y^{-\frac{1}{2}}\bigg|_{y=1.2} = \pm 0.4757, \text{ which is very different from}$$

$$-10; \text{ that is } \left|\frac{dg}{dy}\right|_{y=1.2} >> \left|\frac{d(h^2)}{dy}\right|_{y=1.200}$$

The above large slope difference is a consequence of the net attempting to interpolate between two data points having very close input values $y_1$ and $y_2$, but very different output values $x_1$ and $x_2$; where point $(x_1,y_1)$ comes from $\sqrt{r}$, and the other point $(x_2,y_2)$ comes from $\sqrt{r}$. Such a pair of inconsistent data points introduce high-slope components. These are areas in the actual function--not necessarily the intended function--represented in the data where the slope has a very large magnitude. The limiting case is a vertical slope, which is the case of being truly many-valued; and as such, the data does not represent a true function (but merely a correspondence). An example of such a vertical-slope case is represented by lines 3) and 4) in table 1.

Now continuing with the discussion on lines 1) and 2). With inconsistencies caused by data such as lines 1) and 2), the net attempts to learn a function that swings wildly between representing either $\sqrt{r}$ for some input values, and $-\sqrt{r}$ for other input values, as those various input values occur in a random.

fixed order within the data set. Consequently the net will require inordinately large weights because of a need to provide very high-slope components. That is, the net must become very sensitive to small changes in input value on that its' output value may quickly swing from one input value that is associated with one output function, and then to a neighboring input value that is associated with a very different output function.

## Excessive teaching time

A third learning-difficulty symptom resulting from inconsistent data is excessive teaching time. This is a consequence of the mere fact that to generate the inordinately large weight values (required to provide the high-slope-components in the learning net's response), a large number of learning cycles are required to increment the weights to those large values.

## Other difficulties

After training, during use of the net, excessive sensitivity to input noise (due to the large weights causing $\frac{dg}{dy}$ to be very large) may be a further undesirable consequence.

Perhaps yet other less definable problems result from the large weights, such as learning oscillations, though for this a clear argument is difficult to give presently; yet one might suspect that the inherent feedback mechanism in the back-propagation learning algorithm could become unstable if the net had

excessively large weights, similar to how a control loop may become unstable if the gains are too large.

## Removing inconsistency from the training data set

As mentioned once before, the problem of generating inconsistent data for the training of an inverse correspondence is related to the forward function not being one-to-one. But under some circumstances sufficient knowledge may exist to allow the creation of a modified, one-to-one version of that non-one-to-one forward function. This modified function would allow the creation of consistent data useful for training a neural net to learn the inverse correspondence. The idea to be presented is very obvious, upon reflection; yet remaining unaware of this idea may prove quite inconvenient to some researchers. The idea is simply to increase the information going into the net so that it knows which inverse function to choose. (Recall, the problem in the first example was an inability to distinguish between $\sqrt{F}$ and $-\sqrt{F}$.) First some mathematics will be given to help the discussion.

## Some mathematics behind removing data inconsistency

Let $F=f(N)$ be a vector to vector function that is not one-to-one. By virtue of not being one-to-one, the inverse correspondence $f^{-1}$ is many-valued, and hence $f^{-1}$ is not a true function, but is merely a correspondence.

Yet note that $f^{-1}$ may be decomposed into a set of true

17

functions, any one element of which may be correctly learned by a neural net. Call this set the set of inverse functions.

For example, a set of inverse functions for y thus far is:

$$S_{f^{-1}} = \{ \sqrt{x}, -\sqrt{x} \}.$$

Consistent training data for any implicit inverse correspondence is created by guaranteeing that one, and only one element of $S_{f^{-1}}$ is represented in that data.

Given a non-one-to-one forward function y=f(x), sometimes a person may know both the number of elements, and some linearly independent information unique to each of those elements in $S_{f^{-1}}$ and yet not know explicitly any of those elements. In this case a simple technique exists for generating consistent training data using an extended version of the known forward function f. Two examples of this will be given. But first a little more mathematics to set up the discussion.

Let n represent the number of elements in $S_{f^{-1}}$. Ideally the n ranges for each of the elements of $S_{f^{-1}}$ partition the domain of f into n disjoint sub-domains. Now let p(x) be a function such that when fed a domain value, it returns an unique index indicating which of the n disjoint sub-domains that value is in. Then rewrite f(x)

thus $r = \lfloor \frac{x}{|x|} \rfloor$, $f_2(x) = \{ \frac{f(x)}{|p(x)|} \}$.

This function $f_2(x)$ is one-to-one, even though that original

function f(x) is not one-to-one, because each range value y in made unique by the inclusion of p(x). Being one-to-one implies that the set of inverse functions, $S_{f_2^{-1}}$, has exactly one element.

Hence, using the forward function $f_2(x)$ to generate data for training a neural net the inverse correspondence is quite safe (because random mixing of data from different elements in $S_{f^{-1}}$ is impossible--since $S_{f_2^{-1}}$ has only one element; the data will be consistent.

Practically, p(x) may be continuous or discrete; it need only provide information sufficiently unique, and of sufficient magnitude to unambiguously identify each element in $S_{f^{-1}}$; it need not provide a clean, discrete index mechanism. But apart from such a discrete index mechanism, clear proof of obtaining an one-to-one modified version of the forward function may be difficult, or impossible.

Also for some problems--due to the inherent complexity of whatever problem might be at hand--finding an appropriate p(x) may be practically impossible. Nevertheless, two examples follow showing the usefulness of finding an appropriate p(x).

Two examples of Modifying f(x), making it one-to-one

For the first example, consider yet again $y=|x|=x^2$. The elements of $S_{f^{-1}}$ which are $-\sqrt{x}$ and $\sqrt{x}$, have ranges which naturally

135

partition the domain of $h(\theta)$ into the two sub-domains $(-\infty,0)$ and $(0,+\infty)$. Looking at these two sub-domains, we may notice that a good partition function is $p(\theta)=sign(\theta)$. Then we may rewrite $h(\theta)$ thus: $r=\begin{bmatrix} x_1 \\ x_2 \end{bmatrix}=h_1(\theta)=\begin{bmatrix} x_1^2 \\ sign(\theta) \end{bmatrix}=h_2(\theta)$ is one-to-one.

and so its' inverse is a true function that may be successfully taught to a back-propagation neural net. Figure 2 displays where signals are attached to the net to get the desired operation.



Back-prop. net

$x_1=x^2 \rightarrow$ input output $\rightarrow x$
$y_2=sign(x)$

Figure 2

For the second, and more interesting example, consider the following function representing the forward kinematics of a single two joint, planar, robot arm:

$$x=\begin{bmatrix} x_1 \\ x_2 \end{bmatrix}=f(\theta)=\begin{bmatrix} \cos(\theta_1)+\cos(\theta_1+\theta_2) \\ \sin(\theta_1)+\sin(\theta_1+\theta_2) \end{bmatrix}.$$

since such a robotics arm can reach any one point $\begin{bmatrix} x_1 \\ x_2 \end{bmatrix}$ in its' workspace with its' elbow up using $\theta_{up}=\begin{bmatrix} \theta_1 \\ \theta_2 \end{bmatrix}$, or with its'

(that when using $\theta_1,\ldots,\theta_2,\theta_1$; then clearly $f(\theta)$ is not one-to-one. But a natural partition of the domain (values of $\theta$) exists, being based on the algebraic sign of $\theta_2$. Thus an extended, one-to-one version of $f(\theta)$ is:

$$\lambda=\begin{bmatrix} x_1 \\ x_2 \end{bmatrix}=f_1(\theta)=\begin{bmatrix} \cos(\theta)-\cos(\theta_1+\theta_2) \\ \sin(\theta)-\sin(\theta_1+\theta_2) \\ sign(\theta) \end{bmatrix}.$$

Generating data using $f_1(\theta)$ as the forward kinematics, and presenting that data per figure 3, proved successful in correctly training a back-propagation neural net the inverse kinematics of the two joint, planar robotic arm.



Back-prop. net

$x_1 \rightarrow$
$x_2 \rightarrow$ input output $\rightarrow \theta_1, \theta_2$
$x' \rightarrow$

Figure 3

Thus finding the equations for the inverse kinematics was not needed; the consistent training data generated using $f_1(\theta)$ was enough for the net to learn the inverse kinematics of the two joint arm.

Proceedings IJCNN, APSE. (conference) Neural Networks, San Diego (USA),
May 29-31, 1991, Vol. 1, pp. 141-150

# An Adaptive Lattice Architecture for Dynamic Multilayer Perceptrons

Andrew D. Back, and Ah Chung Tsoi.
Department of Electrical Engineering,
University of Queensland, St. Lucia, 4072 Australia.

## Abstract.

In this paper we present the Adaptive Lattice Multilayer Perceptron (AL MLP) and a learning algorithm which minimises the mean squared error. A Decomposition Principle is used to show that the error network is a combination of the global feedforward network and a set of local networks. The AL MLP is a model based on a lattice structure of adaptive IIR (infinite impulse response) lattice filters which are used in signal processing, however it does not easily follow from the Gram-Schmidt neural net developed recently by Orfanidis. In addition we present a number of algorithms for dynamic MLPs which has the capability of using the usual gradient descent. Simulation examples show that the AL MLP approximates dynamic nonlinear systems with a high degree of accuracy.

## 1. Introduction

A new neural network architecture, having a global feedforward local recurrent architecture was recently introduced (Back and Tsoi, 1990, 1991a). This network uses IIR (infinite impulse response) MLP filter synapses (back and Tsoi, 1991). The network is a generalisation of the global feedforward local feedforward model and uses a different approach to modelling compared with other forms of recurrent network (Robinson 1988, Williams and Zipser 1989, Jordan 1988, Elman 1988). The synaptic equation for an IIR Multilayer Perceptron is given by

$$\hat{y}(t) = \frac{\sum_{j=0}^{q} b_j z^{-j}}{1 - \sum_{j=1}^{p} a_j z^{-j}} \cdot u(t) \qquad (1)$$

where $\hat{y}(t)$ is the synaptic output, $b_j$ ($j = 0,1,...,q$) are the feedforward coefficients, $a_j$ ($i = 1,2,...,p$) are the feedback coefficients, and $z^{-1} u(t) = u(t-1)$.

Since the concept of IIR originates from linear filtering theory, and is in combination with MLP has been shown to have good performance in modelling a class of nonlinear dynamic systems, a natural question to ask is: Can we find a new structure in which the feedback coefficients during training would be easier to train. An overparametrisation of the synaptic structure, leading to the idea that adaptive lattice filters offer advantages such as reduced sensitivity to finite-precision effects, and increased convergence rates (depending on the eigenvalue spread of the input), over the direct form models for the realisation of digital filters. We propose the use of lattice filters to provide the feedback paths in the IIR MLPs (Back and Tsoi, 1991b) which provides an explanation for the internal representation of data within the basic model. The principle shown that the static nonlinear mapping is due to the particular solution of the synapses, while the dynamics of the model are due to the coefficients of the IIR filters. As the lattice is an orthogonal synapses, a static input can be applied to a dynamic synapse network and by allowing the synaptic outputs to reach steady state, it is possible to obtain the (static) nonlinear mapping of the network. On the other hand, an impulse function applied to the input can be used to obtain the dynamic behaviour of the network.

Another consequence of the Decomposition Principle is that we can now determine the effect of using any other filter within the network architecture. This is the subject of this paper. We develop a new dynamic MLP architecture which uses an adaptive lattice filter structure instead of the previously described FIR and IIR synapses. The lattice filter we employed for all synapses is a two-multiplier adaptive lattice form, though other structures could be used.

The outline of this paper is as follows: in section 2, a lattice network architecture is introduced. In section 3 a training algorithm is derived, and in section 4 we present a modular training algorithm which is applicable to any MLP architecture having dynamic synapses. Simulation examples are presented in section 5, and some conclusions are made in section 6.

## Conclusions

Whenever one is capriciously exercising difficulty in training a neural net, seeking other probable explanations.

A back-propagation neural net, using other probable explanations, is capable of learning true functions if it is not cleverly getting very fuzzy; or training inconsistency. If is to cope weights getting very fuzzy; or very poor requiring excessive time; or rather poor generalization, he might wonder if the training data is consistent.

Back-propagation neural nets are capable of learning inconsistent data (i.e. but they fail to correctly learn badly inconsistent data (a little inconsistency might be overlooked by the net). And one source of inconsistent data easily results from attempting to use a non-one-to-one function to generate data for training a net; the inverse correspondence of that non-one-to-one function. Whatever the source of suspected inconsistent data, consider increasing the amount of independent information, if such increase is available, that is fed into the net, to thereby coke the data consistent.

## Acknowledgements

--The basic problem and solution discussed in this paper was first presented to me by my thesis chairman, Dr. Mahmoud Tarokh, to whom I am thankful.
--Mr/Ms Michael Arbib, etc.
--This work was supported in part by a NASA NEUROLOGIC grant given to SDSU.

## References

[1] Rumelhart, D. E., Hinton, G. E., Williams, R. A.; English translation by ... , (c) 1985 English edition, Van Nostrand Reinhold Company, publisher.
[2] Mr/Ms Michael Arbib, ... , the Backpropagation Neural Net ... with IEEE Annual Meeting.
[3] McClelland, Rumelhart, and the PDP Research Group, "Parallel Distributed Processing", volume 1 and 2 (c) 1986; The Massachusetts Institute of Technology, publisher.

# UCSD Extension
## University of California, San Diego

*This is to verify that*

DANIEL ZUCK

*has completed 4.0 CEU at the:*

## Short Course on
## Artificial Neural Systems Design

August 4-8, 1986

Mary Lindenstein Walshok, Dean of UCSD Extension



95

# Palomar College

San Marcos, California

This certifies that

DWI ZUCK

was chosen to compete in the Palomar College

# Honors Day

in the field of

PHYSICAL SCIENCE

and is hereby granted this award in recognition of

## Superior Achievement

_Frederick R. Huber_
**President**

MAY 20, 1976
**Date**

96

**PALOMAR COLLEGE** San Marcos, California 92069 **PERMANENT REC**

Page 1 of 2

NUMBER  NAME  BIRTHDATE

75794    ZUCK DANIEL D.    GPA 3.58    12 14 57

| COURSE | CODE | GRADE | UNITS | GRADE POINTS |
|--------|------|-------|-------|--------------|

75794    SUMMER 75
READ 110 POWER READ    0840  B    3.0    9.0
SPCH A FUND    0853  B    3.0    9.0
GPA 3.00  ATTMPT 6.0 PASSED 6.0 G.P. 18.0

75794    FALL 1976
CHEM 1 GEN CHEM    1615  B    3.0    9.0
CHEM 1 GEN CHEM LAB    1615  B    3.0    9.0
ENG 1 THE ESSAY    1645  B    3.0    9.0
MATH 12 PRECALCULUS    5740  C    3.0    6.0
SEMESTR GPA 3.15 ATTMPT 13.0 PASSED 13.0 G.P. 41.0

75794    SPRING 1977
CHEM 2 GEN CHEM    1520  B    3.0    9.0
CHEM 2 GEN CHEM LAB    1520  B    3.0    9.0
MATH PRO CALCULUS    5550  C    3.0    6.0
PE 1 BEG ARCHERY    4255  A    1.0    4.0
ENG 1A COLLEGE ESSAY    6305  C    1.5    4.0
SEMESTR GPA 3.28 ATTMPT 12.5 PASSED 12.5 G.P. 41.0

00075794 SUMMER 1977
MATH 081 CALC/VEC II    0301  A    4.0    16.0
SEMESTR GPA 4.00 ATTMPT 4.0 PASSED 4.0 G.P. 16.0

00075794 FALL 1977
ENGR 025 ENG GRAPHICS    02755  B    2.0    8.0
PHYS 030 PRINCIPLES    0550  A    4.0    16.0
MATH 027 CALC/VEC III    0302  A    4.0    16.0
ST REC    0351  A    3.0    12.0
SEMESTR GPA 4.00 ATTMPT 13.0 PASSED 13.0 G.P. 52.0

00075794 SPRING 1978
CSIP 023 COMPUTR FUND    02290  A    3.0    12.0
PE 057 BEG RACKETBALL    03040  A    1.0    4.0
HIST 008 US SINCE REC    03630  B    3.0    9.0
ENGR 045 RKO MATERIALS    03930  A    3.0    12.0
MATH 089 CALC/DIFF    ATTMPT 14.0 PASSED 14.0 G.P. 46.0

00075794 FALL 1978
PHYS 031 PRINCIPLES    05035  A    4.0    16.0
ENGR 031 ENG MEASURE    02745  A    3.0    9.0
BIOL 010 GEN BIOLOGY    01905  A    4.0    16.0
ENGR 043 MECH STATICS    02185  A    2.0    8.0
CSIP 050 MATH/COMPUTR    A
PE 057 BEG RACKETBALL    04850  A    1.0    4.0
SEMESTR GPA 3.82 ATTMPT 17.0 PASSED 17.0 G.P. 65.0

00075794 SPRING 1979
ENGR 029 COMPOSITION    02735  B    3.0    9.0
PHYS 032 PRINCIPLES    04900  A    3.0    12.0
PE 058 PRIN RACQUETBALL    03667  A    1.0    3.0
MATH 092 ADV MATH/DYN    02600  A    3.0    12.0
ENGR 036 MECHANICS    ATTMPT 13.0 PASSED 13.0 G.P. 49.0
SEMESTR GPA 3.

A.A. DEGREE GRANTED
DATE:
MAJOR:

CERTIFICATE EARNED
DATE:
MAJOR:

| COLLEGES ATTENDED | ATT | EARN | CR P |
|---|---|---|---|
| | | | |

OTHER UNITS
MILITARY
CUM GPA

CAL STATE COLLEGE GENERAL
EDUCATION COURSES FULFILLED

| NATURAL SCIENCES | |
| SOCIAL SCIENCES | |
| HUMANITIES | |
| BASIC SUBJECTS | |
| ADDITIONAL REQUIREMENTS | |
| COMPLETE CERTIFICATION | |
| (40 UNIT MINIMUM) | |

GRADES AND GRADE POINTS
A04, BC3, C02, D01, F5,
I=INCOMPLETE, W=WITHDRAWAL,
CR=CREDIT,
(CR NOT COMPUTED IN G.P.A)

| DATE | TRANSCRIPT SENT TO: |
|---|---|
| 3/16/77 | FinAid-Palomar n/chg |
| 11-9-77 | self Unoff |
| 7/8/78 | self (uno) |
| 5-14-79 | Self Unoff |
| 5/22/79 | UC Irvine |
| 7/9/79 | UC Irvine |
| 5/16/80 | self off |
| 9/23/80 | self off |

I CERTIFY THAT THE ABOVE INFORMATION
IS CORRECT AND THAT THE STUDENT IS
ENTITLED TO HONORABLE DISMISSAL.

REGISTRAR    SEP 0 0 1980

PALOMAR COLLEGE    San Marcos, California 92069    **PERMANENT RECORD**

Page 2 of 2

| NUMBER | NAME | BIRTHDATE |
|--------|------|-----------|
| 75794 | ZUCK DANIEL D | 12-14-57 |

| COURSE | CODE | GRADE UNITS | GRADE POINTS |
|--------|------|-------------|--------------|
| 00075794 SUMMER 1980 | | | |
| ET 052 MICROCMPTR SRT | 80311 | A 3.0 | 12.0 |
| ET 053 MICROCMPTR LAB | 80312 | A 1.0 | 4.0 |
| SEMESTR GPA 4.00 ATTMPT 4.0 PASSED 4.0 G.P. 16.0 | | | |

**A.A. DEGREE GRANTED**

DATE:
MAJOR:

**CERTIFICATE EARNED**

DATE:
MAJOR:

| COLLEGES ATTENDED | ATT | EARN | GR |
|-------------------|-----|------|-----|
| | | | |
| | | | |
| | | | |
| | | | |

OTHER UNITS
MILITARY

**CUM GPA**

GRADES AND GRADE POINTS PER UNIT
A=4, B=3, C=2, D=1, F=0
NOT COMPUTED IN G P A
I = INCOMPLETE  W = WITHDRAWAL
CR = CREDIT  NCR = NO CREDIT

DATE          TRANSCRIPT SENT TO:

THIS DOCUMENT IS ISSUED IN STRICT
ACCORDANCE WITH PUBLIC LAW 93
IT IS INTENDED FOR YOUR USE ONLY
NO PERSONALLY IDENTIFIABLE INFO
ABOUT THIS RECORD MAY BE REL
WITHOUT THE STUDENT'S WRIT

I CERTIFY THAT THE ABOVE
IS CORRECT AND THAT TH
ENTITLED TO HONORABL

REGISTRAR
SEP 2 9

GRADUATE RECORD
SAN DIEGO STATE UNIVERSITY
SAN DIEGO, CALIFORNIA 92182

NOT AN OFFICIAL TRANSCRIPT
WITHOUT SIGNATURE AND
OFFICIAL UNIVERSITY SEAL

**SEE ONLINE RECORD**

A

ZUCKS, DANIEL DAVID

File No. 273_65b    Birth Date   12/14/57

Soc. Sec. No. 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

PALOMAR C    UC SAN DIEGO EXT

UC IRVINE, B56, 65/8X

FALL    1989

MATH 371    FALL  1985
    3.0  3.0
ZUCKS, DANIEL  DA.73
    3.0  3.0
MATH 573    AUTOMATA THEORY
    3.0  3.0
ZUCKS, DANIEL DAVID
    SPRING 1987
MATH 523    MATHEMATICAL LOGIC
MATH 573    AUTOMATA THEORY
    9.0  9.0

DISCRETE MATH COMP APPLIC 30  A    2.0
    3.0  12.0    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
    30  AU    0.0
    0.0    h.0    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
    30  12.0
    30  A-    11.1
    30  A    12.0
    b.0  b.0    23.1
    35.1

ISSUED TO STUDENT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND — HOLD AT AN ANGLE TO VIEW

89

# SAN DIEGO STATE UNIVERSITY
## TRANSCRIPT OF ACADEMIC RECORD

273656

PRINT DATE: 03/15/89
PAGE: 1

|  | STUDENT ID | BIRTHDATE |
|---|---|---|
| STUDENT NAME | 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 | 12/14/57 |
| ZUCK, DANIEL DAVID | | |

SDSU COURSE WORK PRIOR TO FALL SEMESTER 1987 APPEARS ON ACCOMPANYING DOCUMENT(S)

## GRADUATE RECORD

FALL 1987
| | | UA | UE GRADE PTS REP |
|---|---|---|---|
| MATH 0571 | DATA STRUCTURES | 3.0 | 3.0 A 12.0 |
| MATH 0572 | PROGRAMMING LANGUAGES | 3.0 | 3.0 A 12.0 |
| MATH 0681A | NUMERICAL ANALYSIS/COMPUT | 3.0 | 3.0 A- 3.9 |
| MATH 0696 | ARTIFICIAL INTELLIGENCE | 3.0 | 3.0 A+ 11.1 |

TERM TOTALS 12.0 12.0 43.0
SDSU CUMULATIVE TOTALS 21.0 21.0 80.1 GPA 3.81

SPRING 1988
| | | UA | UE GRADE PTS REP |
|---|---|---|---|
| MATH 0683 | SYSTEM PROGRAMMING | 3.0 | 3.0 A 12.0 |
| MATH 0696 | ROBOTICS | 3.0 | 3.0 A- 9.4 |

TERM TOTALS 3.0 3.0 12.0
SDSU CUMULATIVE TOTALS 24.0 24.0 92.1 GPA 3.83

ADJUSTMENTS TO ACADEMIC RECORD
| | | UA | UE GRADE PTS REP |
|---|---|---|---|
| MATH 1696 | ROBOTICS | 3.0 | 3.0 A 12.0 |

SDSU CUMULATIVE TOTALS 27.0 27.0 104.1 GPA 3.85

OFFICIAL SESSION SUMMER 1988
| | | UA | UE GRADE PTS REP |
|---|---|---|---|
| MATH 0451 | A D ADVNCD MATHMODS/SCI/E | 3.0 | 3.0 A 12.0 |

TERM TOTALS 3.0 3.0 12.0
SDSU CUMULATIVE TOTALS 30.0 30.0 116.1 GPA 3.87

FALL 1988
| | | UA | UE GRADE PTS REP |
|---|---|---|---|
| MATH 0724 | ADVANCED ROBOTICS | 3.0 | 3.0 A 12.0 |
| E E 0806 | TRANSISTOR CIRCUIT ANALYS | 3.0 | 3.0 B 9.0 |
| E E 0617 | FEEDBACK CONTROL SYSTEMS | 3.0 | 3.0 CR 0.0 |

TERM TOTALS 3.0 3.0 9.0
SDSU CUMULATIVE TOTALS 33.0 30.0 125.1 GPA 3.75

ADJUSTMENTS TO ACADEMIC RECORD
| | | UA | UE GRADE PTS REP |
|---|---|---|---|
| MATH 0724 | ADVANCED ROBOTICS | 3.0 | 3.0 A 12.0 |

SDSU CUMULATIVE TOTALS 30.0 30.0 137.1 GPA 3.68

## *** END OF ACADEMIC RECORD ***
SEE REVERSE SIDE FOR GRADING CODES

ISSUED TO STUDENT

ISSUED TO.

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND • THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK • HOLD AT AN ANGLE TO VIEW

SAN DIEGO STATE UNIVERSITY
OFFICE OF ADMISSIONS AND RECORDS
SAN DIEGO, CALIFORNIA 92182
(619) 594-6871



PAGE   01

PROGRAM: PGR651
RUN DATE: 08/25/17

SAN DIEGO STATE UNIVERSITY
GRADUATE DIVISION & RESEARCH

EVALUATION OF PROGRAM OF STUDY

SSN: 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

ZUCK DANIEL DAVID                                    MS      COMPUTER SCIENCE
1366 ALIYA LANE
ESCONDIDO              CA  92027

LISTED BELOW IS THE OFFICIAL PROGRAM APPROVED FOR YOU BY THE
GRADUATE DIVISION.  PLEASE CALL THIS OFFICE IF YOU HAVE ANY
QUESTIONS CONCERNING IT.

|     | YEAR TERM  | COURSE   | TITLE | UNITS |    |
|-----|------------|----------|-------|-------|----|
| 1.  | 87 SPRING R | MATH 523 | MATHEMATICAL LOGIC | 3.0 | A- |
| 2.  | 87 SPRING R | MATH 573 | AUTOMATA THEORY | 3.0 | A |
| 3.  | 87 FALL   R | MATH 576 | ARTIFICIAL INTELLIGENCE | 3.0 | A- |
| 4.  | 88 SPRING R | MATH 596 | ROBOTICS | 3.0 | A |
| 5.  | 88 FALL   R | CS 601A  | FORMAL LANG&SYNTACTIC ANA | 3.0 | A- |
| 6.  | 90 SPRING R | CS 601B  | FORMAL LANG&SYNTACTIC ANA | 3.0 | A |
| 7.  | 89 FALL   R | CS 609A  | COMPUTER ARCH & PROG SYST | 3.0 | A- |
| 8.  | 90 SPRING R | CS 609B  | COMPUTER ARCH & PROG SYST | 3.0 | A |
| 9.  | 88 FALL   R | MATH 700 | ADVANCED ROBOTICS | 3.0 | A |
| 10. |           R | CS 799A  | THESIS OR PROJECT | 3.0 |    |

FOREIGN LANGUAGE              NOT REQUIRED

FINAL DEPARTMENTAL EXAMINATION   NOT REQUIRED

PROGRAM BEGINS:  SPRING 87

PROGRAM EXPIRES:  SPRING 94

EVALUATED BY:  _Shirley White_____

SHIRLEY WHITE    594-1904



## *Appointment of Thesis/Project Committee*

Type or Print

---

**HUMAN SUBJECTS RESEARCH**

---

**ANIMAL SUBJECTS RESEARCH**

---

**FACULTY ENDORSEMENT OF RESEARCH**

## GRADUATE DIVISION AND RESEARCH
### San Diego State University

# OFFICIAL PROGRAM FOR THE MASTER'S DEGREE

PROGRAM MUST BE SUBMITTED IN TYPEWRITTEN FORM TO THE GRADUATE DIVISION, AD-200, FOR FINAL APPROVAL AND DISTRIBUTION
(Gold copy may be given to student as unofficial working work sheet)

NAME _____ SG# _____

ADDRESS _____ PHONE _____

DEGREE _____ MAJOR _____ CONCENTRATION _____

| Dept./No. | Course Title | Units | Grade |
|-----------|-------------|-------|-------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**TRANSFER OR EXTENSION CREDIT** Maximum of 9 units

College or University _____

Date Completed _____

THESIS OR COMPREHENSIVE EXAM

Plan A _____ Thesis _____

799A Prod. _____ Date _____

Plan B _____ Comprehensive examination in lieu of thesis _____

TOTAL _____

I have read and understand the proposed program of study _____ Date _____

RECOMMENDATION OF GRADUATE ADVISER _____ Date _____

APPROVAL FOR GRADUATE COUNCIL _____ Date _____

**To be completed by Graduate Division:**

Program begins _____

Program expires _____

Final departmental examination completed _____ (Date)

Foreign language or approved substitute requirement completed _____ (Date)

**COURSES ASSIGNED TO REMOVE DEFICIENCIES IN UNDERGRADUATE PREPARATION** (List only those courses not yet completed.)

| Dept./No. | Units | Grade |
|-----------|-------|-------|
|  |  |  |
|  |  |  |
|  |  |  |

**FOREIGN LANGUAGE REQUIREMENT**

___ Not required.

___ Reading knowledge of foreign language

Language _____ Local Exam _____
                 MLA _____
                 GSFLT _____

Other approved substitute in lieu of reading knowledge of foreign language

_____ (Specify Substitute)

**FINAL DEPARTMENTAL EXAMINATION**

___ Required

(Department will notify the Graduate Division Office on the appropriate form when required examination has been satisfactorily completed.)

___ Not required

n4b419

93

Daniel D. Zuck, B.S.E.
655 Emerald Ave #2
El Cajon, CA 92020-5035
(619) 447-0873 or (619) 745-8953.

(After May 1990:)
1346 Alita Lane
Escondido, CA 92027-1102

OBJECTIVE:    A research or design position requiring a combination
              of hardware and software skills.

EMPLOYMENT:   Elgar. Performed significant design enhancement work
  May 89 to   in both hardware and software (this was a temporary
  Aug 89      summer job to help with my school expenses).

  Jan 87 off  Analog Scientific, Inc. Performed part time design
  & on to     and prototype work. Contributed to design of thermo-
  Mar 89      couple signal conditioners, among other things.

  July 82 to  Action Instruments, Inc.; maker of industrial computers
  Jan 87      and signal conditioners. Performed a mix of digital
              design, analog design, and project engineering.

  July 81 to  Hardy Scales; maker of both electronic and mechanical
  June 82     weighing systems. Performed primarily digital design
              and project engineering.

EXPERIENCE
HIGHLIGHTS:   Elgar; extended the design of an automatic test
  Summer      station involving both software and hardware.
  1989        - Considerably extended the test algorithm, working
              in Turbo Pascal 5.0.
              - Wrote one and modified some other communication
              drivers all involving the National Instruments PC
              IEEE 488 instrument interface.
              - The hardware mostly involved hands-on building of a
              575 watt, 0.72 power factor, rectified AC load.

  Early       Analog Scientific; aided in hands-on building and
  1989        testing of an highly experimental medical instrument
              prototype.

  1986        Action Instruments; developed the mathematics for an
              auto-tuning PID algorithm.
              - Tested that algorithm by writing an extensive program
              in IBM PC compatible Basic that simulated an arbi-
              trary plant using the z-transform.

  1985        Action Instruments; designed an eight channel ther-
              mocouple multiplexed signal conditioner, with on-board
              cold junction compensation.

  1984        Action Instruments; designed a 68A09 microprocessor
              based board for installation into a 280 based system,
              whereby the 280 system and 68A09 board shared memory
              via a software transparent, state-machine-implemented
              DMA scheme into the 68A09 memory space.

(over please)                                    page 1 of 2

Various
Dates

**Summary of Programming Language Experience:**
C, Pascal, ADA, FORTRAN, BASIC, Common LISP, PL/1,
8051 assembly, Z80 assembly, and 8088 assembly.

Various
Dates

**Operating System Experience:**
UNIX, VMS, and PC/MSDOS.
- Particularly graduate course experience involving
system programming under UNIX in C.

EDUCATION:
presently
enrolled

**Masters of Science in Computer Science;** Course work
at San Diego State University is about 3/4 complete.
* Present Grade Point Average: 3.80
* A Graduate T.A. with on-going experience teaching
College Algebra to two classes of students at SDSU.
* Software Courses:
- Formal Languages & Syntactic Analysis;
- Computer Architecture & Programming Systems;
- Advanced Robotics;
- Introduction to Robotics;
- Artificial Intelligence;
- ADA Programming and Methodologies;
- Systems Programming;
- Programming Languages;
- Data Structures;
- Discrete Mathematics;
- Numerical Analysis.
* Recent (1988) Hardware Courses:
- Transistor Circuit Analysis;
- Feedback Control Systems.

1987

**IEEE First International Conference on Neural Networks,**
San Diego, California June 21-24.

1986

**Artificial Neural Systems Design,** UCSD Extension
course, August 4-8.

1981

**Bachelor of Science in Engineering,** University of
California at Irvine.
* Technical Course grade point average 3.45.
* Graduated with honors in Eta Kappa Nu engineering
honor society.
* Course emphasis was both in digital hardware and
in control systems.

REFERENCES:    Provided upon request.

**page 2 of 2**

ACADEMIC RECORD

ORANGE GLEN HIGH SCHOOL
ESCONDIDO UNION HIGH SCHOOL DISTRICT
2200 GLEN RIDGE ROAD
ESCONDIDO, CALIF. 92025

FULL NAME **ZUCK   DANIEL**    SEX **M**

PLACE OF BIRTH **Ohio**    DATE OF BIRTH **12-14-57**

PARENT OR GUARDIAN **David Zuck**

| ENTRANCE DATE | FROM | WITHDRAWAL DATE |
|---|---|---|
| 9/11/72 | Esc | |

**NINTH GRADE**

ZUCK DANIEL  02-73

| SUBJECT NAME | SEM MRK | SEMESTER YEAR CREDIT |
|---|---|---|
| HEALTH (2) | C | 5.0 |
| PHY SCI | C | 5.0 |
| ENG I (3) | B | 5.0 |
| BPE | B | 5.0 |
| DRAFT I | B | 5.0 |
| PRE ALG | | |
| TOT. | | 30.0 |

ZUCK DANIEL  06-73

| SUBJECT NAME | SEM MRK | SEMESTER YEAR CREDIT |
|---|---|---|
| HEALTH (2) | D | 5.0 |
| PHY SCI | C | 5.0 |
| ENG I (3) | B | 5.0 |
| BPE | B | 5.0 |
| DRAFT I | B | 5.0 |
| PRE ALG | B | |
| TOT. | | 30.0 |

GRADUATION DATE **JUN 10 1975**

RANK OF **100**  IN CLASS OF **377**

GRADE POINT AVERAGE (EXCLUDING P. E.)  **2.919**

OTHER COURSES

**TENTH GRADE**

ZUCK DANIEL  02-74

| SUBJECT NAME | SEM MRK | SEMESTER YEAR CREDIT |
|---|---|---|
| GERMAN I | D | 5.0 |
| ALG II(2ND YR) | B | 5.0 |
| BOYS PE | A | 5.0 |
| ENG IIA(2-3) | A | 5.0 |
| ELEC IA | A | 5.0 |
| TYPING I | C | 5.0 |
| TOT. | | 30.0 |

ZUCK DANIEL  06-74

| SUBJECT NAME | SEM MRK | SEMESTER YEAR CREDIT |
|---|---|---|
| GERMAN I | B | 5.0 |
| ALG II(2) | B | 5.0 |
| BOYS PE | B | 5.0 |
| ENG IIB(3) | A | 5.0 |
| ELEC IB | A | 5.0 |
| TYPING I | C | 5.0 |
| TOT. | | 30.0 |

ZUCK DANIEL  07-74

| SUBJECT NAME | SEM MRK | CREDIT |
|---|---|---|
| METAL SHOP | A | 5.0 |
| WOOD SHOP | B | 5.0 |

**ELEVENTH GRADE**

SCHOOL YEAR    1ST SEM

ZUCK DANIEL  01-75

| SUBJECT NAME | SEM MRK | SEMESTER YEAR CREDIT |
|---|---|---|
| ELECT II | B | 5.0 |
| US HIST | A | 5.0 |
| CHEM I | A | 5.0 |
| PLANE GEOM | B | 5.0 |
| BPE | A | 5.0 |
| ENGIIIF(3-4) | B | 5.0 |
| TOT. | | 30.0 |

ZUCK DANIEL  06-75

| SUBJECT NAME | SEM MRK | SEMESTER YEAR CREDIT |
|---|---|---|
| ELECT II | A | 5.0 |
| US HIST B | A | 5.0 |
| CHEM IB | A | 5.0 |
| PLANE GEOM B | A | 5.0 |
| BPE | A | 5.0 |
| ENG IIIA | C | 5.0 |
| TOT. | | 30.0 |

STATE AND LOCAL GRADUATION REQUIREMENTS

**TWELFTH GRADE**

ZUCK DANIEL  02-76

| SUBJECT NAME | SEM MRK | SEMESTER YEAR CREDIT |
|---|---|---|
| IA FOR ELECT | A | 5.0 |
| BILL A | A | 5.0 |
| PHYSICS A | B | 5.0 |
| ALGEBRA IIA | B | 5.0 |
| BPE | | |
| CIVICS A | B | 5.0 |
| TOT. | | 30.0 |

ZUCK DANIEL  06-76

| SUBJECT NAME | SEM MRK | SEMESTER YEAR CREDIT |
|---|---|---|
| IA FOR ELECT | A | 5.0 |
| CIVICS D | B | 5.0 |
| PHYSICS IB | A | 5.0 |
| ENG IIIH | A | 5.0 |
| BPE | A | 5.0 |
| ALGEBRA IIB | A | 5.0 |
| TOT. | | 30.0 |

State and local graduation requirements (checklist):
X  3 YEAR ENGLISH
X  1 YEAR SCIENCE
X  1 YEAR MATH
X  U S HISTORY
   CIVICS
   HEALTH & SAFETY
   U S CONSTITUTION
   CALIF STATE & LOCAL GOV

ALL O.G.H.S. CLASSES MEET 18 WEEKS IN THE FIRST SEMESTER
IN THE SECOND SEMESTER FOR 55 MINUTES EVERY DAY.

DATE **11-8-77**

SCHOOL OFFICIAL

| LAST NAME | FIRST | MIDDLE | ADDRESS | PHONE |
|---|---|---|---|---|
| ZUCK, DANIEL | | | 1346 Alita Lane | 745 8953 |

ZUCK, DANIEL

1976



| ATTENDANCE | | 9 | 10 | 11 | 12 | CITIZENSHIP | | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DAYS ABSENT — ILLNESS | | 5 | 2 | 3 | 5 | | | | | | |
| DAYS ABSENT — OTHER | | | 0 | 0 | 0 | | | | | | |

TRANSCRIPT SENT                                    DATE

TEST SCORES

ZUCK          DANIEL      UM 74 JR 40 51 131* 65 84 49

ZUCK          DANIEL D 11 JUN 75

43 48 52 32 37

LEGEND

AT-02-100
OP-05-90
OP-70-99
EP-73-77
LP-0-61
* = PARENT RECOMMENDED
PAILING MARKED
HONORS CLASS (H)

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    96035-348 U    ZECK,DANIEL DAVID              ENGR        ENGRG-ELECTRICAL
                                                            12/14/57      UNDERGRADUATE
RESIDENT              SEP  79    COLUMBUS, OH                          CMC   0   06/20/81

- SECONDARY SCHOOL  -    DATE GRADUATED -
  ORANGE GLEN HIGH SCHOOL    JUN  1976

- UNIVERSITY REQUIREMENTS -
  06/79 SUBJECT A-              REQT SATISFIED
  06/79 AMERICAN HISTORY-      REQT SATISFIED
  06/79 AMERICAN INSTITUTION-REQT SATISFIED

- DEGREES -
  BS ENGINEERING JUNE 17, 1981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PALOMAR COL, 8 YRS TO 06-79
TOTAL                    133.0U

FIRST SUMMER SESSION 1979
  ENGR SYSTM ANALYSIS  ENGINRG  100A  4.0 B   12.0
  INTRO THERMODYNAMIC  ENGINRG  101A  4.0 C+   9.2

FALL QUARTER 1979 -- DEANS HONOR LIST
  NETWORK ANALYSIS     ENGR     100G  4.0 B+  13.2
  ELEC ENGR ANA        ENGR EE  110   4.0 B   12.0
  LOWER DIV SEMINAR    MATH      9    1.0 A    4.0
  PROB & PROB SOLV S II  I&C SCI   2  4.0 A   16.0
  LAB FOR ICS S II     I&C SCI   2L   2.0 A    8.0

WINTER QUARTER 1980
  FLUID MECHS          ENGR     101B  4.0 A   16.0
  ELECTRONICS I        ENGR EE  110A  4.0 B   12.0
  SIGNAL THEORY        ENGR EE  120   4.0 B   12.0

SPRING QUARTER 1980
  ENGR MECHS           ENGR     100C  4.0 A   16.0
  ENGR ELECTROMAGS     ENGR     101D  4.0 B+  13.2
  ELECTRONICS II       ENGR EE  110B  4.0 B-  10.8

FALL QUARTER 1980
  LOG/SWITCH CIRS      ENGR EE  131   4.0 A   16.0
  INTRO CONTROL SYS    ENGR EE  140A  4.0 A   16.0
  HISTORY OF ART       ART HIS  40A   4.0 P   P/NP

WINTER QUARTER 1981
  LOG/ORG DIG COMP     ENGR EE  132   4.0 A   16.0
  SMP/DTA/DIG CONT SY  ENGR EE  140B  4.0 A   16.0
  HISTORY OF ART       ART HIS  40B   4.0 P   P/NP

SPRING QUARTER 1981
  COMMUNICATION SYS    ENGR EE  120A  4.0 A   16.0
  MICROPROC LAB        ENGR EE  133   4.0 B   12.0
  ENGR PROBABLTY       ENGR EE  184   4.0 B+  13.2
  HISTORY OF ART       ART HIS  40C   4.0 C    8.0

  79.0U ATTM  79.0U PSSD  247.6U G.P.   104.6 BAL

QUARTER CREDITS COMPLETED   192.0  UC GPA    3.307

OFFICIAL UC IRVINE TRANSCRIPT COMPUTER-PRODUCED ON 11/30/83

OFFICE OF THE REGISTRAR
UNIVERSITY OF CALIFORNIA, IRVINE
IRVINE, CA  92717

TO:

DANIEL DAVID ZUCK
1364 ALTA LANE
ESCONDIDO CA 92027

Transcripts for: ZUCK, DANIEL DAVID

This is to certify that

DANIEL DAVID ZUCK

has been admitted into membership in

# CHI EPSILON MU
# ENGINEERING HONOR SOCIETY

in recognition of excellent scholarship and exemplary character.



UNIVERSITY OF CALIFORNIA
IRVINE

GIVEN THIS 21ST DAY OF NOVEMBER, 1980

ADVISOR

ADVISOR

THE REGENTS OF THE

# University of California

ON THE NOMINATION OF THE FACULTY OF
THE SCHOOL OF ENGINEERING
HAVE CONFERRED UPON

## DANIEL DAVID ZUCK

THE DEGREE OF BACHELOR OF SCIENCE
WITH A MAJOR IN ENGINEERING
WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING

GIVEN AT IRVINE

THIS THIRTEENTH DAY OF JUNE IN THE YEAR
NINETEEN HUNDRED AND EIGHTY-ONE




CHANCELLOR AT IRVINE

DEAN OF THE SCHOOL

GOVERNOR OF THE STATE AND
PRESIDENT OF THE REGENTS

PRESIDENT OF THE UNIVERSITY

101



GRE®

Acknowledgment of
Additional Score Reporting

• As each of your Additional Score Report Requests, your GRE scores have been sent to the authorized recipient at each institution or fellowship sponsor named in the area ❶

• Your GRE score record is printed in the ❶ below. This "record" includes columns of score amounts. The score which each column of your record were sent to each recipient.

INSTITUTION OR FELLOWSHIP SPONSOR

SAN DIEGO ST UNIV SAN DIEGO

INST. CODE  DEPT CODE
4662-1 722 X

INSTITUTION OR FELLOWSHIP SPONSOR

INST. CODE   DEPT CODE

**Scores Reported**

1=All scores printed at the score left in this form were sent to the institution named.

2=Only your General Test scores were sent.

3=Only your Subject Test scores were sent

See Important NOTES on back.

If the codes for SCORES REPORTED shows a "2" and you have no Subject Test scores a "3" and you have no Subject Test scores, your score report has NOT been sent to the institution whose name and code number appear on that line. Your record specifies your scores should be sent, you may submit a new Additional Score Report Request Form to ETS.

Your GRE score record is printed at the left. If you asked to have scores reported prior to you had part of this record because of the urge, the making of these scores will be acknowledged separately. Subject Test code are on back.

10/13/85

GABRIEL ZUCK
1246 ALTIA LANE
ESCONDIDE          CA  9.027

Not provided before October 1977.

Special Note: Effective October 1981, the maximum obtainable General Test score is 800. Any verbal or quantitative scores higher than 800.

SCORES REPORTED shows a "2" and you have no Subject Test scores

| TEST DATE | | GENERAL TEST | | | |
|---|---|---|---|---|---|
| MO | YR | VERBAL | QUANTI TATIVE | ANALYT ICAL | |
| 05 | 84 | 590 | 730 | 91 | 610 76 |
| 12 | 92 | 380 | 680 | 81 | 420 26 |

| TEST DATE | | SUBJECT TEST | | | |
|---|---|---|---|---|---|
| MO | YR | CODE | TOTAL SCORE | SS1 | SS2 SS3 |
| 12 | 92 | 320 | 610 | 74 | 61 77 |



**Daniel D. Zuch**

has this day been admitted into Membership in

# Eta Kappa Nu Association

in recognition of excellent scholarship and other attainments by which interest and ability in the profession of Electrical Engineering have been manifested.

By

Zeta Omega Chapter

_Sydney R. Rahn_
International President

_21 November 1980_
Date

_Suzanne Sykes_
President of Chapter

_David Puula_
Secretary of Chapter



VACCINE PAPERS

104

is between Elim and Sinai, on the fifteenth day of the second month after they had departed out of the land of Egypt (Ex. 16:1).

You shall keep the feast of unleavened bread; as I commanded you, you shall eat unleavened bread for seven days at the appointed time in the month of Abib, for in it you came out of Egypt. None shall appear before me emptyhanded (Ex. 23:15). They set out from Rameses on the first month, on the fifteenth day of the first month; on the day after the passover the people of Israel went out triumphantly in the sight of all the Egyptians (Num. 33:3).

It is apparent from the above that Abib, the month in which the Israelites left Egypt, became the first month in the original Hebrew calendar. On the 14th day of this month at even, they celebrated the Passover, and very early on the morning of the 15th the exodus from Egypt began. One month later they arrived at the wilderness of Sin. During this 30 day period the company of men, women and children, with their flocks and herds, had traveled to the Red Sea, passed miraculously through it, rested briefly at Elim, and arrived at the wilderness of Sin. The journey to the Red Sea would have required at least ten days, and at least another ten days would have been required to trek to the wilderness of Sin. Obviously, then, the death of Thutmose III had to occur sometime between the 25th of the first month Abib and the 5th of the second month Ziv. Does the archeological record relate to this date? Indeed it does.

Let us first relate the Egyptian calendar to the Israelite calendar. The following correlation[13] between the Macedonian and Egyptian calendars is reported by Finegan:

13Jack Finegan, Handbook of Biblical Chronology, Princeton University Press, 1964.

146

## THE MACEDONIAN CALENDAR IN EGYPT
(Corresponding names of the month in sequence)

| | Macedonian | Egyptian | Julian Dates in a Com. year |
|---|---|---|---|
| 1. | Dios | Thoth | Aug. 29 - Sept. 27 |
| 2. | Appellaios | Phaophi | Sept. 28 - Oct. 27 |
| 3. | Audynaios | Hathyr | Oct. 28 - Nov. 26 |
| 4. | Peritios | Choiak | Nov. 27 - Dec. 26 |
| 5. | Dystros | Tybi | Dec. 27 - Jan. 25 |
| 6. | Zanthikos | Mechir | Jan. 26 - Feb. 24 |
| 7. | Artemisios | Phamenoth | Feb. 25 - Mar. 26 |
| 8. | Daisios | Pharmuthi | Mar. 27 - Apr. 25 |
| 9. | Panemos | Pachon | Apr. 26 - May 25 |
| 10. | Loos | Pauni | May 26 - June 24 |
| 11. | Gorpiaios | Epeiph | June 25 - July 24 |
| 12. | Hyperberetaios | Mesore | July 25 - Aug. 23 |
| | Epagomenal days | | Aug. 24 - Aug. 28 |

147

...ferred also to the same author for this earlier ... 'Macedonian Calendar in Palestine':

# THE MACEDONIAN CALENDAR IN PALESTINE

| Macedonian Months | Jewish Months | Julian Equivalents[14] |
|---|---|---|
| 1. Artemisius | Nisan | Mar./Apr. |
| 2. Daisios | Iyyar | Apr./May |
| 3. Panemos | Sivan | May/June |
| 4. Loos | Tammuz | June/July |
| 5. Gorpiaios | Ab | July/Aug. |
| 6. Hyperberetaios | Elul | Aug./Sep. |
| 7. Dios | Tishri | Sep./Oct. |
| 8. Appellaios | Marheshvan | Oct./Nov. |
| 9. Audynaios | Kislev | Nov./Dec. |
| 10. Peritios | Tebeth | Dec./Jan. |
| 11. Dystros | Shebat | Jan./Feb. |
| 12. Zanthikos | Akar | Feb./Mar. |

A careful appraisal of the above calendar correlations makes it obvious that the Macedonian month *Artemisius* is equivalent to the Egyptian month *Phamenoth* and to the Jewish month *Nisan*. Hence, the first month Nisan, or *Abib*

14The Julian equivalents in the above table are doubtful. It seems as if the Macedonian month "Artemisios" should be placed opposite the 14th Mar., equivalent as it appears in the Egyptian table. This is further suggested by the Early Roman Calendar depicted on p. 74 of Finegan's book, *Handbook of Biblical Chronology*, where March is shown as the first calendar month.

| | | | |
|---|---|---|---|
| 1. | Martius | 7. | Septembris |
| 2. | Aprilis | 8. | Octobris |
| 3. | Maius | 9. | Novembris |
| 4. | Junius | 10. | Decembris |
| 5. | Quintilis | 11. | Januarus |
| 6. | Sextilis | 12. | Februarius |

The logic behind this reasoning is clearly seen in the Latin prefixes and the corresponding numeral.

as it is rendered in the Hebrew, corresponds to the seventh month of the Egyptian calendar, Phamenoth.

We have now established therefore, from the Biblical record the fact that the Israelites left Egypt on the fifteenth day of the seventh Egyptian month Phamenoth, (the Hebrew Abib or Nisan) and that the Pharaoh must have died at the time of the crossing of the Red Sea somewhere between the 25th of Phamenoth and the fifth of the eighth month Pharmuthi (the Hebrew Ziv). What can we find from the secular record that relates?

Petrie has provided the following remarkable inscription which has direct bearing on the death of Thutmose III. It appears in early Egyptian records as the work of an officer named Amenemheb who served Menkheperra, (Thutmose III), (see p. 125 of Petrie's History of Egypt). It gives the significant truth that Thutmose III died on the 30th day of Phamenoth which is the 30th day of Abib.

Behold the king had ended his time of existence of many good years of victory, power, and justification from the 1st year to the 54th year. In the 30th of Phamenoth of the majesty of the king, Menkheperra deceased, he ascended to heaven and joined the sun's disc, the follower of the god met his maker.

When the light dawned and the morrow came, the disc of the sun arose and heaven became bright. The king Aa-kheperu-ra, son of the sun, Amenhotep, the giver of life, was established on the throne of his father, he rested on the ka name, he struck down all the thrust.

Thutmose III was a ruler in Egypt, Thutmose III was a great builder; Thutmose III died suddenly 1447 B.C. on the 30th of Phamenoth, the equivalent of the Hebrew Abib: the precise time when the Israelites went through the Red Sea. Thutmose III was the Pharaoh of the Exodus! The correlation of the Egyptian history and the facts as recorded by the Bible could not be more exact!

Case 3:08-cv-00476-H-LSP     Document 12-4     Filed 08/19/2008     Page 107 of 165

# ADAM WHEN?

## A Biblical Solution to the Time Table of the Earth

Can we know with complete accuracy the time table of the past all the way back to Adam and the creation of the earth? This book presumes to do this, utilizing the very safe principle that the Bible is infallible in all that it says. Once the Bible is properly understood, it becomes a fountainhead of truth which can help dramatically in understanding many puzzling and often unsolvable mysteries in the scientific evidence.

"The Bible not only agrees with the evidence produced by the scientist, but actually helps us to interpret such phenomena as the paucity of elements in ocean solution and the scarcity of ocean floor sediments. It shows us that the creation date was 11013 B.C., the flood date 4990 B.C., and that the continental division must have occurred about 3153 B.C.

Moreover, by inter-relating the scientific data with that of the Bible, we discover that the pre-flood climate was perhaps 10-15° F. warmer than today, while the immediate post-flood climate was 10-15° F. colder than today, thus offering a reason for the onset of the ice age. Scripture also suggests why written history is only 5000 years old and also helps us to see how man and animals are found on every continent.

May this book encourage further research into the marvelous reservoir of truth which is the Bible.

Mr. Camping received his B.S. in Civil Engineering in 1942 from the University of California. He is host of the "Open Forum" program, which is heard on a number of Family Radio stations. His first publication, "Feed My Sheep" (Presbyterian and Reformed Publishing Co., 1973), deals with the fall of Lucifer and the entrance of sin into the world. Out of this study, he, moreover, develops a Biblical directive for the believer's task in a world enslaved by Satan.



# ADAM WHEN?

Harold Camping

## A Biblical Solution to the Time Table of the Earth

Harold Camping

DANIEL D ZUCK
DAVID R ZUCK

Statement Date: August 9, 2006

## ☐ Checks Paid          * Gap in check sequence

| Date Paid | Number | Amount | | Date Paid | Number | Amount |
|-----------|--------|--------|---|-----------|--------|--------|
| 07/14 | 665 | $ 20.07 | | 07/19 | * 671 | 400.00 |
| 07/12 | * 667 | 80.32 | | 07/31 | 672 | 16.53 |
| 07/24 | 668 | 540.00 | | 07/31 | 673 | 20.79 |
| 07/28 | 669 | 582.00 | | Total of 7 Checks Paid | | $1,659.71 |

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|-------------|-------------|------------------|--------|
| | **Deposits and Credits** | | |
| 07/11 | Transfer from checking 01696-12229 on 07/10, Bank of America ATM #SCAD0452 (Card #358198034) | 007897 | $1,000.00 |
| 07/25 | Transfer from checking 01696-12229 on 07/25, Bank of America ATM #SCAD5083 (Card #358198034) | 009513 | 2,500.00 |
| | **Total Deposits and Credits** | | $3,500.00 |
| | **Withdrawals, Transfers and Account Fees** | 380818 | $44.67 |
| 07/10 | Purchase on 07/10 (Card #358198034), Arco Paypoint San Diego CA | 624157 | 120.38 |
| 07/10 | Purchase on 07/08 (Card #358198034), Vons Store Escondido CA | 624156 | 128.76 |
| 07/10 | Purchase on 07/08 (Card #358198034), Vons Store Escondido CA | 000007370 | 2.00 |
| 07/10 | Balance inquiry on 07/10, Non-Bank of America ATM #KB3058 (Card #358198034) | 005675 | 120.00 |
| 07/12 | Cash withdrawal on 07/11, Bank of America ATM #WCAD1571 (Card #358198034) | 926450 | 40.00 |
| 07/13 | Purchase on 07/13 (Card #358198034), 7-Eleven Escondido CA | 631009 | 46.07 |
| 07/17 | Purchase on 07/15 (Card #358198034), Vons Store Escondido CA | | 52.24 |
| 07/17 | Discover ARC   DES:Payments   ID:670 INDN:601100066027238utahar Co ID:1510020270 ARC Ref:020061984362825 | 638054 | 61.00 |
| 07/17 | Purchase on 07/17 (Card #358198034), Vons Store Escondido CA | 631010 | 63.67 |
| 07/17 | Purchase on 07/15 (Card #358198034), Vons Store Escondido CA | 017156 | 93.05 |
| 07/17 | Purchase on 07/15 (Card #358198034), Escondido Escondido CA | 003284 | 2,000.00 |
| 07/17 | Transfer to checking 01696-12229 on 07/15, Bank of America ATM #WCAD7681 (Card #358198034) | 377928 | 42.31 |
| 07/19 | Purchase on 07/19 (Card #358198034), Arco Paypoint Escondido CA | 001609 | 27.42 |
| 07/20 | Purchase on 07/19 (Card #358198034), Stater 140 Escondido CA | 521026 | 35.78 |
| 07/24 | Purchase on 07/24 (Card #358198034), 76 Escondido CA | 840165 | 86.58 |
| 07/24 | Purchase on 07/22 (Card #358198034), Vons Store Escondido CA | 005294 | 120.00 |
| 07/24 | Cash withdrawal on 07/22, Bank of America ATM #SCAD0010 (Card #358198034) | 003792 | 100.00 |
| 07/27 | Cash withdrawal on 07/27, Bank of America ATM #WCAD1571 (Card #358198034) | 027004 | 127.45 |
| 07/31 | Purchase on 07/29 (Card #358198034), Walgreen Compa Escondido CA | 649111 | 95.10 |
| 08/01 | Purchase on 07/31 (Card #358198034), Vons Store Escondido CA | 062906 | 72.30 |
| 08/02 | Purchase on 08/02 (Card #358198034), Target T0274 E Escondido CA | | 40.15 |
| 08/04 | Check Card Purchase on 08/02 (Card #358198034), Shell Oil 27429933305 San Diego CA Ref #24692166215000689515081 | | |

Continued on next page

California

DANIEL D ZUCK
DAVID R ZUCK

Statement Date: July 7, 2006

## ☐ Important Information About Your Account

Sign up for Keep the Change and add to your savings every time you make a purchase with your Bank of America Visa Check Card. Purchases are rounded up to the next dollar, and the difference is transferred from your checking to your savings account. Talk to any banking associate to learn more. Experience Higher Standards in Checking with Bank of America.

Make an ATM deposit today! You can now make deposits into any Bank of America ATM that accepts deposits, across the country. Now you have the ability to make a deposit near your home, office or next vacation spot-in most cases, even after regular business hours.

## ☐ Checks Paid          * Gap in check sequence

| Date Paid | Number | Amount | | Date Paid | Number | Amount |
|---|---|---|---|---|---|---|
| 06/16 | 661 | $ 80.99 | | 07/06 | * 664 | 90.00 |
| 06/21 | 662 | 65.63 | Total of 3 Checks Paid | | | $236.62 |

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Deposits and Credits** | | |
| 06/19 | Transfer from checking 01696-12229 on 06/19, Bank of America ATM #WCAD7375 (Card #358198034) | 008666 | $2,000.00 |
| 07/05 | Transfer from checking 01696-12229 on 07/05, Bank of America ATM #SCAD0022 (Card #358198034) | 009338 | 500.00 |
| | Total Deposits and Credits | | $2,500.00 |
| | **Withdrawals, Transfers and Account Fees** | | |
| 06/12 | Purchase on 06/12 (Card #358198034), 7-Eleven Escondido CA | 936688 | $42.22 |
| 06/12 | Cash withdrawal on 06/09, Bank of America ATM #SCAD0452 (Card #358198034) | 008368 | 200.00 |
| 06/13 | Purchase on 06/12 (Card #358198034), Trader Joe's # 10 Escondido CA | 135926 | 13.93 |
| 06/14 | Purchase on 06/13 (Card #358198034), Vons Store Escondido CA | 599184 | 87.08 |
| 06/16 | Cash withdrawal on 06/16, Non-Bank of America ATM #CA222092 (Card #358198034) | 000004655 | 101.50 |
| 06/16 | ATM withdrawal fee on 06/16, Non-Bank of America ATM #CA222092 (Card #358198034) | 000004655 | 2.00 |
| 06/16 | Balance inquiry on 06/16, Non-Bank of America ATM #CA222092 (Card #358198034) | 000004656 | 2.00 |
| 06/19 | Check Card Purchase on 06/16 (Card #358198034), 7 Eleven 22894 Q39 Escondido CA Ref #24610436169004103085111 | | 4.06 |
| 06/19 | Check Card Purchase on 06/17 (Card #358198034), 7 Eleven 27524 Q39 Escondido CA Ref #24610436169004090574572 | | 39.84 |
| 06/19 | Purchase on 06/17 (Card #358198034), Vons Store Escondido CA | 603238 | 41.98 |
| 06/21 | Cash withdrawal on 06/21, Non-Bank of America ATM #KB3058 (Card #358198034) | 000006534 | 101.50 |
| 06/21 | ATM withdrawal fee on 06/21, Non-Bank of America ATM #KB3058 (Card #358198034) ID:663 INDN:601100066027238utahar | 000006534 | 2.00 |
| 06/22 | Discover ARC    DES:Payments Co ID:1510020270 ARC Ref:02006173179328 | 768037 | 1,600.00 31.29 |
| 06/26 | Purchase on 06/26 (Card #358198034), Safeway Fuel Escondido CA | 502188 | 69.07 |
| 06/26 | Purchase on 06/26 (Card #358198034), Food Value Mar Escondido CA | | |

Continued on next page                    California                              Page 2 of 4

601





... [illegible text] ...

## ARTICLE V

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

## ARTICLE VI

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Confederation, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance

thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a qualification to any Office or public Trust under the United States.

## ARTICLE VII

The Ratification of the Conventions of nine States shall be sufficient for the Establishment of this Constitution between the States so ratifying the same.

Done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth. In Witness whereof We have hereunto subscribed our Names.

## AMENDMENT I [1791]

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the

freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

## AMENDMENT II [1791]

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

## AMENDMENT III [1791]

No Soldier shall, in time of peace, be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

## AMENDMENT IV [1791]

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## AMENDMENT V [1791]

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## AMENDMENT VI [1791]

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

## AMENDMENT VII [1791]

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

## AMENDMENT VIII [1791]

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## AMENDMENT IX [1791]

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## AMENDMENT X [1791]

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

## AMENDMENT XI [1798]

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any foreign State.

## AMENDMENT XII [1804]

The Electors shall meet in their respective States and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same State with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate;—The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;—The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such a majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the

parkzone

113





506

*1994?*

Let us now travel two [...] we [...]
through time starting with the same year [...]
the same year we have seen received [...]
Indeed Heaven was [...] by [...]
Canaan Heaven is [...] by [...]
doubling of the number so green [...]
fullest degree even we have 14 [...]
Indeed we are seeing that 14 A D must [...]
discovered.

[...several illegible paragraphs...]

## Beginning Point

| | Path | |
|---|---|---|
| 1 Creation. 11,013 B C | 13,000 years | |
| | 13 inches of | |
| | Deut 32.8 | |
| | -Israel saved by | |
| | Jacob at age 130 yrs | |

[remainder of page illegible]



**Shortcut to g-iol Properties**

General | Shortcut

Shortcut to g-iol

Type of file:   Shortcut

Description:   Shortcut to g-iol

Location:   C:\Documents and Settings\Owner\Desktop

Size:   534 bytes (534 bytes)

Size on disk:   4.00 KB (4,096 bytes)

Created:   Sunday, September 18, 2005, 5:37:02 PM

Modified:   Sunday, September 18, 2005, 5:37:02 PM

Accessed:   Today, February 24, 2008, 7:29:57 PM

Attributes:   ☐ Hidden    Advanced...



DANIEL D ZUCK
1346 ALITA LN
ESCONDIDO, CA 92027

669

16-66/1220
169

Date  5 July 2006

Pay to the
Order of  Integrity Online   $ 582.00

five hundred eighty two and xx/100 ———— Dollars

Bank of America

Escondido Main
220 S Escondido Blvd
Escondido CA
B&A 74.1970

Member Since
1998

For  fead DSL

Daniel D. Zuck

⑆122000661⑆ ⑈0690368⑉2218⑈  ⑇00000 58 200⑈

Account 67087

For Deposit Only
INTEGRITY ONLINE, INC.
0758166

380398801
7/26/2006
BANCORPSOUTH.
TUPELO, MS 38801



No Electronic Endorsements Found
No Payee Endorsements Found

122

Found

TUPELO, MS 38801

For Deposit Only
INTEGRITY ONLINE INC.
J0758166

Listing of Third Delivery to Judge Notebook Containing "Dash Z" Items

There are pages numbered 1-77, with "B" parts for some extra inserted pages after the pages were initially numbered.

Page 1 is picture of the cover of Harold Camping's book entitled "Adam When?".

Page 2 is picture of page 147 in "Adam When?" showing the Macedonian calandar's alignment with the Egyptian and Julian calandars.

Page 3 is picture of page 148 in "Adam When?" showing the Macedonian calandar's alignment with the fixed set and supposed Julian equivalents, where an important foot note, footnote #14, states that the Julian equivalents in this table are doubtful. Indeed, if the calandar alignments of page 147 and of page 148 are combined, via the Macedonian calandars, then the Julian equivalents on page 148 must be incorrect if the Macedonian alignments are to be trusted.

Page 4 contains this list you are reading.

Page 5 is a sheet protector containing two DVD's of "The OutetLimits" for the 1963 season. The noteworthy episodes to be watched because they make strong statements about the emotional impact of being "spyed on" and of "being on-to-your spies. The most important is the one entitled "O.B.I.T., which makes a strong statement about the emotional impact of being spyed on. The other is entitled "Corpus Earthling", which makes a strong statement about the emotional impact of "being on-to-your spies".

Page 6 is contains three computer data CDs holding files and jpeg images relating to my fractal stuff, useful to show my playfullness with mathematics, which has a bearing on my intelligence. Two of these three CDs are in a single dual-CD case, and the other CD is really a DVD holding about 1 gigabyte backing up the contents of this notebook of the items in this notebook with pictures and a few other files, such as this word processor document.

Page 7 is a sheet protector containing an actual paper cover copy of Harold Camping's book "Adam When?".

Page 8 is an invitation to an electronics show involving electronic neural net computers. An interesting side note is that a postal-address-redirection address lable is on this invetation dating the period when a moved from 1346 Alita Lane Escondido to 655 Emerald Ave Apt #4 as I was pursuing my master's degree in computer science. Pages 9 and 9B document my involvement with remote control airplanes. This information may be useful if the FBI messes with me in this area with harassment claims. Page 10 is a sheet protector containing two pocket CDs. On CD contains special files I call "whatever files" that if decoded properly show an attempt to cause the FBI to

arrest me on Nov 28th, 2007. The second pocket CD contains an electronic copy of my neural networks.

Page 11 is copy of the first 10 amendments of the US constitution copyied from the back of a college history book. Ammendments 1,4, and 5 have some bearing on my situation with the FBI.

Pages 11B and 12 show both the cover and internal pages 506 and 507 of Harold Camping's book "1994?" An important time line is given on pages 506 and 507 that may be useful for reference purposes. This picture also shows that I have owned this book from a long time past. I did infact buy four of 10 copies of the 1994 book and sent copies to realtives as gifts (probably Christmas).

Page 13 shows a fax sent to my Lawer relating to the fax transmission of 21 pages documenting my education from highschool to Palomar College to UCI to SDSU and some other details such as willing Honors Day in Physics competition.

Page 14 shows the cover fax to my Lawer that preceeded the 21 pages that document my education.

Page 15 is a copy of my signature page for my thesis showing that it is fully signed-off and accepted

Page 16 shows all Master's Degree course work leading up to my thesis work, and shows that only a thesis was needed in lieu of any exit testing.

Page 17 is a document that shows that my original thesis goal involved artifical neural networks and robotics. GPA 3.87. It

Page 18 is a copy of my UCI transcript. GPA 3.387. It would be higher if you remove a stupid C grade I got for an Art History course in the spring quarter

Page 19 and 20 show my Palomar College transcript. GPA 3.336.

Pages 21 and 22 show an old resume that documents my employment history upto about the time I completed my course work in 1990 and began to work on the thesis proper.

Pages 23-25 show a employment review by a manager that I definitely did not see eye-to-eye with. It is the most difficult relationship I ever had with a boss.

Pages 26-33 show an important research article in the subject of artifical neural networks that I wrote and which was submitted to conference proceedings "International AMSE Conference Neural Networks Methodolgies and Applications", my article is entitled "Defining Theoretically Consistent and Therefore Useable Backpropogation Neural Net Training Data", and is found on pages 127 through 140 in those proceedings, volume 1 of a three volume set.

Page 34 shows two certificates of note. One certificate documents the fact that I won "Superior Achievement" (really, first place) in a physics competition near the end of my senior year at high school, which competition was held at Palomar College where a more-hand-picked high school physics students gathered to compete by taking a test in the area of physics. I took first place. The

other certificate shows completion of a 40 hour course (8 hours per day over 5 days) on neural networks.

Page 35 shows my UCI diploma. (note, I have misplaced my SDSU masters degree diploma, but the fact that my thesis is signed a and that no other requirements were needed but for the thesis implies that I did graduate.

Page 36 and 37 shows a confirmation fax that was an abbreviated form of what I wanted, but which nevertheless confirms that all of my 21 pages of educational information was indeed handled by my Lawer and so presumably he did also transmit a like fax of those 21 pages to the Judge for safe keeping and evidence.

Page 38 as a full sheet protector showes the actual entire 22 page fax containing cover sheet and the 21 pages of educational information that was actually faxed by me to my lawer.

Page 39 is empty.

Pages 39B and 40 show a Integrity OnLine icon that is still on my laptop computer, and a computer dialog box documentating the date of that icon of Sep 18, 2005.

Previously to DSL I had a dial-up connection with IOL, and for a while before that I had no Internet Service Provider after I dropped my Internet Service Provider after doing battle with the FBI and my Windows 98 computer from April 1st, 2001.

Page 40B shows a picture of a cardboard box that I built with aluminum foil and cardboard to create an environment that I could look into wherein my laptop computer was placed such that I could also type on that computer with my arms through holes in that such that I hoped that the FBI could not see what I was typing. I could print out a file from that laptop computer to a printer in such a way that the printer was covered so that the FBI visual bugs could not read the printed output, then perhaps I could achieve private communication with other people via mail. The behavior was related to an effort on my part to try to force the FBI to arrest me.

Page 41 is empty.

Pages 41B and 42 shows a greeting card display with my greeting cards I made with my own personal fractal images on them. I was trying to create a greeting card business that support the financially so that I would have more time to support my handicapped father. I speculate that the FBI suppressed the success of this business, because the cards are very beautiful--yet I can not prove this came against the FBI.

Page 45 shows my Graduate Record Exame results at my second attempt at that test, with scors of being in the 80 percentil for verbal, the 91 percentil for quantitative, and 78 for analytical.

Pages 46 and 47 show two stock options I received over the years involving my work for Elgar and lately Xantrex, the one from Xantrex came shortely after I suceeded in synchronizing the RFP AC power modules to less than 1 microsecond.

Page 48 has an old SDSU transcript about the time I was transitioning to thesis work from course work.

Page 49 as sheet protectors contains two honor societies from UCI. The Eta Kappa Nu honor society required that I be in the top 25% of my engineering class before I could be in that honor society.

Page 50 contains an unpened copy of my UCI transcript.

Page 51 contains a copy of my highschool transcript and a copy of my birth certificate for my 12/14/57 birth.

Page 52 shows a vision plan enrolement I had while I was also a graduate TA during my graduate work at SDSU. I actually tought 5 sections of college algebra, and 2 sections of Fortran to SDSU undergraduate students.

Page 53 is a complex set of documents showing evidence of finical payment to Integrity Online back in July 2006 documenting my use of Integrity Online to provide protection from pornography, since I have a weakness towards adult pronography. I strongly suspect that the FBI caused my Integrity Online account to fail to protect me from pronography at a weak moment.

Page 54 shows a followup picture relating to my garden and tomato plant, which I believe the FBI interfeared with so that I failed to produce tomatos. But this picture does show a tomato. I believe that the FBI just could not let me produce a tomato or two as an evasive maneuver because I was "on-o-theam-and-their-psychological-techniques of pleasure refocusing"

Pages 55 and 56 documents adult pronography that I actually purchased. I need to be up-front about this stuff, so I hereal document it. My motives were mixed. I both have a natural weakness towards such content (though this is the first time in my life I ever purchased videos of adult pornography), and I was also trying to force the FBI to arrest me.

Page 57 and 58 documents when I added internet pornography filtering to my cell phone because my cell phone was becoming a real temptation involving adult pornography.

Pages 59 through 77B shows some of my more beautiful fractals and some of my greeting cards based on these fractals. This again documents both my playfullness with mathematics as well as my attempt to create a business to help support me so that I could in turn have more time to take care of my father. I did not work out for whatever reasons.

Also associated with this notebook is a full bound paper copy of my thesis, the Integrity Online modem and that modem's shipping box with matching serial # on it, the AMSE proceeding with my article of training with theoretically consistent training data, the actual pornographic materials I purchased and viewed, and the master document for my thesis.

124

Case 3:08-cv-00476-H-LSP    Document 12-4    Filed 08/19/2008    Page 126 of 165

Map Output

# Alita Lane



CITY OF
ESCONDIDO

**PUBLIC WORKS DEPARTMENT**
Engineering Division
pbarca@ci.escondido.ca.us

201 N. Broadway
Escondido, CA 920

**PAULA BARCA, P.E.**
Engineer II

(760) 839-4651
FAX (760) 839-4597

Printed by
Paula Barca
of Escondido
City Hall Eng.
Department.

on July 12, 2006
for Daniel Zuck

7/12/2006

http://giswebc/servlet/com.esri.esrimap.Esrimap?ServiceName=utility&ClientVersion=4.0&Form=True&Encode=False

















022231700



2231700



Academy of Model
Aeronautics
AMA

2231700





13 Feb 2008   14

Dear Brad,

The attached sheets are the preliminary to be referred to Judge + more specific. Please also refer it back to me (my fax is or 760-742-0522) so that I can get confirmation to the export counter referred to Judge + here (?).

The fax page is page 0.

page is correlated error or attached transcript

pages 2-3 shows course work transcript

page 4 UCI transcript

pages 5-6 points...

pages 7-11 a link remedies...

pages 12-19 A paper I wrote on medical neural networks that was published in ...

PL 2'
M2'
Defense

---

13

(my fax #15   22 page
760 740-0542)

Brad,

Did you get my 22 page fax numbered pages 0-21? Please fax back this page promptly and the other 0-21 pages when you have your cover letter ready for the judge. Thanks,

Daniel Zuck
Daniel Zuck
Feb 13, 2008   8:57 AM

Thanks.

Brad I never faxed back this page.

137



**ADAPTIVE KINEMATIC CONTROL ALGORITHMS FOR REDUNDANT AND NON REDUNDANT MANIPULATORS**

A Thesis

Presented to the

Faculty of

San Diego State University

by

Daniel D. Zuck

Spring 1994

Approved by:

_____ 4/11/94
Date

2231700



2231700



Daniel D. Rock, B.S.E.
455 Emerald Ave #2
El Cajon, CA 92020-5535
(619) xxx-xxxx or (619) xxx-xxxx

**OBJECTIVE:**
A research or design position requiring a combination of hardware and software skills.

**EMPLOYMENT:**

May 89 to Aug 89 — Eltec. Performed significant design of hardware and software. It was necessary to be familiar with my chosen application.

Jun 88 to Apr 89 — Unidac Systems, Inc. Performed part time design and evaluation work. Needed to be familiar with various interfaces.

July 88 to Jan 89 — Intime Instruments. ... test of industrial computers and digital circuits. Performed a mix of digital design, analog design, and project engineering.

July 81 to June 88 — ...al maker of both electronic and mechanical ... Performed primarily digital design and project engineering.

**EXPERIENCE HIGHLIGHTS:**
1989 — ...

Early 1989 — ...

1986 — ...

1985 — ...

1984 — ...

page 1 of 2
(over please)

2231700

231700

13

H 4 U

Brad
never
faxed
back
this
page.
D.Z.
2-24
-2008



page 0 # 4/4    36

13 Feb 2006

Dear Brad,

The attached sheets are the preliminary fax to be refaxed to Judge Rimerez (sp?). Please also refax it back to me (my fax is at 760-740-0382) so that I may get confirmation as to the exact contents refaxed to Judge Rimerez (sp?).

The fax page is page 0.

page 1 is signed-off sheet of captured data
pages 2-3 shows course work transcript
page 4 UCI transcript
pages 5-6 Palomar College transcript
pages 7-8 an old resume
pages 9-11 a work create from the roughest attempt I ever had
pages 12-19 a paper I wrote on artificial neural networks that was published in the San Diego Conf (USA) May 24-31, 1991 International SPASE Conference Neural Networks Methodologies and applications In cooperation with San Diego State University Editors G. Maracco Editors A. Zwrowski

PB 21
my
UCI
Diploma



THE REGENTS OF THE

# University of California

ON THE NOMINATION OF THE FACULTY OF
THE SCHOOL OF ENGINEERING
HAVE CONFERRED UPON

## DANIEL DAVID ZUCK

THE DEGREE OF BACHELOR OF SCIENCE
WITH A MAJOR IN ENGINEERING
WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING
GIVEN AT IRVINE
THIS THIRTEENTH DAY OF JUNE IN THE YEAR
NINETEEN HUNDRED AND EIGHTY ONE

35

31

Bro
new
fax
back
this
pag
0 to
2

For actual fax cover sheet for 45 page          38
                                        15 Feb 2006   H

Dear Brad,

The attached sheets are the preliminary fax to be refaxed to Judge Runeres(sp?).

Please also refax it back to me (or) fax is at 760-740-0542) so that I may get confirmation as to the exact content refaxed to Judge Runeres (sp?).

The fax page is page 0.

Page 1 is seventh - OP & sheet of approved thesis

pages 2-3 so shows course work towards thesis

page 4 UCI transcript

pages 5-6 Palomar College transcript

pages 7-8 an old resume

pages 9-11 a date taken from two haphtera unchanged
   I can find(?)

pages 12-19 A paper I wrote on artificial neural
networks that was published in
the "San Diego CALIF (USA)
May 20-3, 1981
International AMSE Conference
Neural Networks
Methodologies and applications
In cooperation with San Diego
State University"
Editors S. MESSARD
R. Saucerson

Pg. 21
UCI
Diploma

37

31

Bec new fax for this page Dec 2

This is to certify that

[illegible]

has been admitted into membership in

**CHI EPSILON MU**
**ENGINEERING HONOR SOCIETY**

in recognition of excellent scholarship
and exemplary character

UNIVERSITY OF CALIFORNIA
IRVINE

[illegible] day of November, [illegible]











