

























An extra notebook
shows pictures of
each item in this
notebook. D.J.

That notebook is entitled
"Extra Notebook with
pictures only."
D.J.
24 Feb 2008

























RECORD OF SURVEY
OF A PORTION OF
LOT 7, BLOCK 162
RANCHO RINCON DEL DIABLO
MAPS 655 & 123
COUNTY OF SAN DIEGO, CALIF.

o  Indicates point, found and recorded
   noted in each instance
●  Indicates set ½"×18" square steel pin
   stamped "L.S. 2804"

GRADY BOAZ L.S. 2804

190



















08.02.2006

ROAD CONSTRUCTION AHEAD

526

200



08-02-2006

529

201



08-02-2006

550

202



08 02 2006



08.02.2006

552

204



08.02.2006

SS3

205



08 02 2006

555

207

555

209

SS8

210







08-12-2006







08.12.2006



08-19-2006

220





R. OF S. MAP No. 6702

RECORD OF SURVEY

OF A PORTION OF

## LOT 7, BLOCK 162
### RANCHO RINCON DEL DIABLO
### MAP 655,723

COUNTY OF SAN DIEGO
STATE OF CALIFORNIA

SCALE: 1" = 50'

THE BASIS OF BEARINGS FOR THIS SURVEY IS the Westerly line of this survey, bearing N. 25°13'30"W as shown on R. OF S. 5416

LEGEND:

• Indicates points found and described hereon in each instance

○ Indicates set 1/2"× 18" square steel pin stamped L.S. 2804.

Fd. 6" Concrete Monument, no record. Accepted hereon as a point on line of Rancho Rincon Del Diablo.

Northeasterly Boundary of Rancho Rincon Del Diablo

LOT 5 JWOE'S SUB. MAP 303

S. 88°55'00" E. 577.17'

365.00'

1.97 Ac. Net

S. 85°19'06"E. 124.64'

104.64'

124.23'

0.33 Ac. Net

210.00'   105.00'

E. 174.00'

Reserved for Road

nc. Mon. FS. 5416.

223 b, MAP 555,723
162

91.00'
199

10.04.2006 18:47

224

10.04.2006 18:51

1003

225

11.04.2006 17:50

S401

226

11.04.2006 18:15

10476

227

11.04.2006 18:44

1047

228

11.04.2006 19:14

1048

229

11.04.2006 19:44

1049

230

11.04.2006 20:14

1050

231

11.04.2006 20:45

1501

232

11.04.2006 21:15

1052

233