



11.09.2006 05:47

1056

236

11.09.2006 05:48

1057

2 37

11.09.2006 05:48

11.09.2006 05:49

1059

239

11.09.2006 05:57

1091

240

11.09.2006 05:59

1097

142



1071

242

$$194'3" = 194.25$$

$$5 \ldots = 61.533$$

$$\frac{104"}{110.333} = 118.1667$$

$$118'2"$$

$$\cos^{-1}\left(\frac{a^2 - b^2 - c^2}{-2bc}\right) = \angle C = 27 \quad \cos^{-1}\left(\frac{(61.533)^2 - (104)^2 - \ldots}{-2*104*118}\right) = \quad = 27.9$$

$$118.1667$$

$$= 25.36$$

11.11.2006 04:54

1073

246



$-50' + 152 = 15'?.6$

for $50''$ ... ... and ... $5''$

21'

$29'0''$   $\theta_2$

$\theta_2 = 72.06°$

$|21.5''$

163.6'

$4\frac{1}{2}''$

Probably
$c(0.2...0)$
$161'$

$\theta_2 = Arccos \left[ \dfrac{(34.5 ... ... ... - (21.)^2}{-2 ... ...(21.0)} \right]$

$101.375 - 4\frac{1}{2}'' + 50 + 3'10.5''$

$40''9''$

$162.66 - 101.375$

$61.285$

$99.75'$

$\theta_1$ b

$-78.67-$

$\Theta = Arccos \left[ \dfrac{(99.75)^2 - (61.285)^2 - (78.67)^2}{-2 + (61.285) + (78.67)} \right] = 90.05°$

$135.167$

$3' 4'8''+4$

$4\frac{1}{3}'' + 50 + 50$

$19'4''$

$49'8''$

N 25.5 W

$4\frac{1}{8}'' + 50 + 0 + 15\frac{1}{2}''$

Rail + stake = ...

$159.83'$

Map 227-12
scup  $139.4'$

'ᴐ +15⁻2 = ...

21'

29'0"  8'

A₂

T = 9⁻.06°

$$\Theta_2 = \text{Arccos}\left[\frac{(29.5)^2 - (32.708)^2 - (21)^2}{-2\cdot(32.708)(21.0)}\right]$$

163.6'

Provide
Clos(2 4 0)
161'

47½"

101.375 = 47½" + 50 + 3'10.5"

40' 9"

163.66 - 101.375

6 1.285

3' 4'8"4"   1'9'4"

47½ + 50 + 50

47

35...

75...

$$\Theta = \text{Arccos}\left[\frac{...^2 - (61.285)^2 - (78.67)^2}{-2\cdot(61.285)\cdot(78.67)}\right] = 90.03°$$

46' 0"

split stake = 135.167 + 4.606 = 139.82    Map 227-12 fm 2
scap 139.91

2220

250







Polaris3

252

11.04.2006  20:00

Polavislayers3

253

$$c^2 = (95.0)^2 + (180.46)^2 - 2 * 95.0 * 180.46 * \cos(90°)$$

$$= 9025 + 32565.81 - 2*95.0*180.46 * 0$$

$$c^2 = 41590.81$$

$$c = \sqrt{41590.81} = 203.94'$$

254

25800



**Hercules**
**9000 BC**

- 28000 years
  to go around
- 1° 2' in 1937

$$\frac{2000\ years}{28000} * 360°$$

= 25.7° precession degrees

$$\frac{69\ years}{28000\ years} * 360 = 0.887$$
precession
degrees.

$$\frac{11.5\ earth\ degrees}{25.7\ precession\ degrees} = .447$$

.447 * 0.887 = 0.397°
earth
degrees.

Estimate is  1° 2' - K 0.397°

Let  K = 0.8        1° 2' - 0.6 * 0.397°
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
= 43' from North
celestial pole.

10/30/2006

255

JS 44 (Rev. 11/04)    ~~Copy for~~ *Serve Remi*t **CIVIL COVER SHEET**    [EMERGENCY] ! O.8

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)  PLAINTIFFS**

Daniel David Zuck

(b) County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

1346 Alta Lane, Escondido, CA
92027

(c) Attorney's (Firm Name, Address, and Telephone Number)   760-807-1986
*Voice and Fax  — 760-740-0342*

**DEFENDANTS**

Speculated to be F.B.I with
Secret Search warrent

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

'08 CV 476  H LSP

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☒ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
Title 42 U.S.C. 1983
Brief description of cause:
Profound Subtle Psychological Manipulative techniques of extreme psych pain.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY**  (See instructions)
JUDGE
DOCKET NUMBER

DATE  *Daniel H. Zuck*
SIGNATURE OF ATTORNEY OF RECORD  *Daniel H. Zuck*   14 May 2008

FOR OFFICE USE ONLY
AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

BACK OF LAST PAGE FOR SERVE DETAILS

256

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| DANIEL DAVID ZUCK,       EN PRO PER<br>1346 ALTA LANE<br>ESCONIDIDO, CA 92027<br>TELEPHONE NO: 760-807-1986   FAX NO. *(Optional):* 760-740-0342<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* EN PRO PER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  FEDERAL COURT
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:  SAN DIEGO, CA 92101
BRANCH NAME:

| PLAINTIFF/PETITIONER: DANIEL DAVID ZUCK | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FEDERAL BUREAU OF INVESTIGATION | '08 CV 476 H LSP |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐  summons
   b. ☑  complaint
   c. ☐  Alternative Dispute Resolution (ADR) package
   d. ☐  Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐  cross-complaint
   f. ☑  other *(specify documents):* CIVIL COVER SHEET

3. a. Party served *(specify name of party as shown on documents served):*
      FEDERAL BUREAU OF INVESTIGATION

   b. ☑  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      BRETT FENOGLIO, AUTHORIZED TO ACCEPT, AGENT, 33YRS., 6-1, 200, C,M,

4. Address where the party was served:
   9797 AERO DR., SAN DIEGO, CA
5. I served the party *(check proper box)*
   a. ☑  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)* 3/14/08    (2) at *(time):* 4:50PM
   b. ☐  **by substituted service.** On *(date):*         at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415 20). I mailed the documents on *(date):*        from *(city):*        or ☐  a declaration of mailing is attached.

      (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use<br>... of California<br>... ry 1 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

American LegalNet Inc<br>www.FormsWorkflow.com

257

| PLAINTIFF/PETITIONER: DANIEL DAVID ZUCK | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: FEDERAL BUREAU OF INVESTIGATION | '08 CV 476 H LSP |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:           (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. *(Code Civ. Proc., § 415.40.)*

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: FEDERAL BUREAU OF INVESTIGATION
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☑ 416.50 (public entity)    ☐ 415.46 (occupant)
                             ☐ other:

7. **Person who served papers**
  a. Name: JOHN RICE
  b. Address: 861 SOFTWIND RD., #7, VISTA, CA 92081
  c. Telephone number: 760-940-1138    *I actually paid $150 in cash ... fee $30*
  d. The fee for service was: $ 120.00    *discrepancy I realize ...*
  e. I am.
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).    *31 Mav 2008*
    (3) ☑ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor
      (ii) ☐ Registration No.: 1293
      (iii) County: SAN DIEGO

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3/21/08

JOHN RICE
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)

258

JS 44 (Rev. 11/04)   **CIVIL COVER SHEET**   EMERGENCY ! O.8

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Daniel David Zuck

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

1346 Alta Lane, Escondido, CA
92027

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS**

Speculated to be F.B.I with secret search warrent

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorney's

CV 476   H LSP

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship)

**PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)

|  | PTF | DEF |
|---|---|---|
| Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Foreign Nation | ☐ 6 | ☐ 6 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

# 148775   - SH

March 14, 2008
12:32:18

Civ Fil Non-Pris
USAO #.: 08CV0476
Judge..: MARILYN L HUFF
Amount.:         $350.00 CA

Total->   $350.00

FROM: ZUCK V. SPECULATED TO BE FBI
WITH SECRET SEARCH WARRENT

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodation
☐ 444 Welfare
☐ 445 Amer. w/Disab Employment
☐ 446 Amer. w/Disab Other
☒ 440 Other Civil Rights

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):   Title 42 USC 1983
Brief description of cause:   Profound Subtle Psychological Manipulative techniques + extreme psy. pain.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)   JUDGE ___   DOCKET NUMBER ___

DATE   Daniel D. Zuck   SIGNATURE OF ATTORNEY OF RECORD   Daniel D. Zuck   14 May 2008

FOR OFFICE USE ONLY

AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

259

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

*[handwritten:]* EMERGENCY! I.O.8

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

*Daniel David Zuck*

**(b)** County of Residence of First Listed Plaintiff  *San Diego*
(EXCEPT IN U.S. PLAINTIFF CASES)

*1346 Alta Lane, Escondido, CA 92027*

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  *760-807-1986
760-740-0342*

## DEFENDANTS

*Speculated to be F.B.F with secret search warrant*

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

*'08 CV 476  H LSP*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):  *Title 42 U.S.C. 1983*
Brief description of cause:  *Profound Subtle Psychological Manipulative techniques of extreme psy- [Edin.]*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions).    JUDGE _____    DOCKET NUMBER _____

DATE  *Daniel D. Zuck*    SIGNATURE OF ATTORNEY OF RECORD  *Daniel D. Zuck*    *14 May 2008*

**FOR OFFICE USE ONLY**

AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

*260*

Daniel David Zuck
1346 Alita Lane
Escondido, CA 92027

United States District Court
Southern District of California

Daniel David Zuck

v

Federal ~~Bear Bur~~ ~~Buerw~~ of Investigation
Burro (Q.3.)

(The FBI as we all know it)

'08 CV 476   H LSP

Case No _____

Complaint For Psychological
abuse by FBI during
Speculated Secret Search
Warrent

Plaintiff alleges:

To read complaint, please read
two attach sheets and further
20 attached Sheets.

261

[EMERGENCY] : ......... Mar 14, 2008

The complaint of Daniel David Zuck    Page 1 of 2

against the FBI. The FBI is strongly suspected by me (Daniel David Zuck) of operating under a secret search warrent and investigating me with subtle but abusive psychological techniques. I have evidence keept by a retired Judge with which I have communicated to back-packs of evidence documenting this psychological abuse, but the cheif document is (a 20 page document) e.g. attached to this document (complaint). My main concern is immediately urgent in that I believe a sitting judge prohibits collection of that evidence from the retired judge, that evidence may unavailable due to being -lassified by the FBI upon collection. The FBI is the crime maker, and they will obstruct justice if they collect this evidence. ..s is an emergency! A ... g judge ..st pro...t this evidence Before Mar .. th, or it may be unj.... collected. →

Page 2 of 2

I do have a lawer, but In my opinion he has been itimidated by the FBI and is infact likely cooperating with FBI. His name is Charles Bradley Patton, 760-438-3636 Fax 760-438-9700. Mr. Patton Knowes how to contact the retired judge holding my evidence. That judges name is "Rixerize" (sp?)

Please, judge, who ever you are, block the FBI from collecting that evidence! before Mar 17th. This is an EMERGENCY. Thank you!

Daniel D. Zuck
Daniel D. Zuck
Daniel D. Zuck
1346 Alita Lane          14 Mar 2008
Escrondido, CA
92027

Cell 760 807
-1986
Home and fax
760-740-0342
work
858-450-0385 x 884

263

Page 1 of 20    Item 1

Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof

My name is Daniel David Zuck, born 12/14/57. Due to an unidentified false accusation against me (see the later section of this document where I state some of my life history and how I got into this situation of being investigated by the FBI via a secret search warrant), I have been subject to a psychologically based investigation whereby the FBI is attempting to justify some accusation against me that must have something to do with pedophilia, to the best of my speculation--do not immediately fault me; please read my life history that lead up to this situation before you wrongly assume I must be guilty of something; this life history is a large section at the end of this document. The reason that I am writing this document is to expose these psychologically based techniques because I have experienced them as a form of deep psychological torture, and because these techniques amount to coercion and go very far beyond any just method of determining guilt or innocency in regards to any charged criminal action. These techniques are very benign looking to any observer on the outside, and a core theme to the techniques is the manipulation of the emotion of fear. Now, does fear of the police always imply that the person who is doing the fearing is guilty of something. Consider the fear of a surgeon who is known to make errors in the past, and you are being forced to submit to a difficult procedure done by the surgeon. Furthermore, what if the surgeon had a family relationship with your family that was unfriendly. His attitude just might let him make a deadly or harmful mistake. This is the situation with the FBI. Their attitude must be incorrect, since their use of the principles of the psychology of fear includes a presumption of guilt. The reason I say this is because their use of the principles of the psychology of fear are actually very psychologically painful, even as water torture is in fact very painful psychologically. No person viewing water torture would think that such a thing is psychologically painful if they have no understanding of psychology--it is just little drops of water, how could that hurt? But, subject such a foolish person to the water torture himself, then he will begin to understand. Because torture is such an evil thing, we here in the United States know such a thing should not be done to suspects before guilt is fully determined in a proper court of law. If someone falsely accused you of something, and if the FBI decided to pyschologically torture you with water torture to see if they could force a confession, that would be very unjust. Now, you might take the foolish view that you have done anything wrong, and so such a thing would never happen to you. This is a rather stupid statement, and you are being an utter fool. Do you not know that there are many, many people who lie in this world? Or, are you putting on rose colored glasses and supposing that some of these many liars in the world around you would never falsely accuse you? If one of these liars hates you, he just might accuse you of molesting his little girl, and seek to blackmail much money from you, or he may even be seeking to put you into prison, simply because he hates you --and all he has to do is cause the FBI to believe his lie and then have the FBI subject you to psychological water torture indefinitely until you confess to something in fact that you did not do. This senario is all together possible because this psychological torture is being used by the FBI before they have proven that you are guilty. If the law of our country prevented the use of torture before the estabilshment of guilt, then this evil situation could not have come upon you, as long as the FBI reasonably held to that law.

This approach imposes the suffering that should be done to a person only *after* said person has been found guilty. Torturing should not be used as a means of gathering a

(EMERGENCY)!   10:54AM   Mar 14th, 2008

The complaint of Daniel David Zuck   Page 1 of 2

against the FBI. The FBI is strongly suspected by me (Daniel David Zuck) of operating under a secret search warrent and investigating me with subtle but abusive psychological techniques. I have evidence keept by a retired Judge with which I have communicated to back-packs of evidence documenting this psychological abuse, but the cheif document is attached to this document (complaint). (a 20 page document e.g.)

My main concern is immediately urgent in that I believe a sitting judge prohibits collection of that evidence from the retired judge, that evidence may unavailable due to being classified by the FBI upon collection. The FBI is the crime maker, and they will obstruct justice if they collect this evidence. This is an emegency! A sitting judge must protect this evidence Before Mar 17th, or it may be unjustly collected. →

265

Page 2 of 2

I do have a lawer, but In my opinion he has been itimidated by the FBI and is infact likely cooperating with FBI.

His name is Charles Bradley Patton, 760-438-3636 Fax 760-438-9700. Mr. Patton Knowes how to contact the retired judge holding my evidence. That judge's name is "Rimerize" (sp?)

Please, judge, who ever you are, block the FBI from collecting that evidence! before Mar 17th. This is an EMERGENCY. Thank you!

Daniel D. Zuck

Daniel D. Zuck    14Mar 2008
1346 Alita Cane
Escondrido, CA 92027

Cell 760 807-1986
Home and fax
760-740-0342
work
858-450-0085 x 23

266

Federal Bureau on Investigation in San Diego - YELLOWPAGES.COM    Page 1 of 3

## AnyWho

 at&t

Finding People, Places,
and Businesses    **HOME    YELLOW PAGES    WHITE PAGES    REVERSE LOOKUP    H**

Federal Bureau of Investigation          San Diego, CA                    Q FIND

Business Name or Category                 City and State or ZIP Code
    **Search Tips**                      ☐ Set as Default Location

**We found 1 business for "Federal Bureau on Investigation" in the San Diego, (**

You can refine your search by selecting **Narrow By ZIP** Code below.

Federal Bureau of Investigation  |              **Read Reviews**
9797 Aero Dr
San Diego, CA 92123 Map
**(858) 565-1255**

Map It | E-mail It | Get Directions | Search Nearby

*[handwritten notes:]*

John Rice

NCAS      760
          940-1138

Called at 2:00PM.
For Service.
Due at 2:30.
office at ___
No ___

267

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Daniel David Zuck

vs

Federal Bureau
of Investigation

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 476 H LSP

TO: (Name and Address of Defendant)

Federal Bureau of Investigation
9797 Aero Drive
San Diego, CA ✱

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Daniel David Zuck

Home: 1346 Alita Lane     Work: ~~9276~~ 9250 Brown Deer Rd
       Escondido, CA    Msg 760-740-    San Diego, CA 92121
       Cell: 760 807-1986       0342

An answer to the complaint which is herewith served upon you, within ___60___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

_____
W. Samuel Hamrick, Jr.

CLERK

By _____ , Deputy Clerk

APR 0 4 2008

_____
DATE

Summons in a Civil Action

**Page 1 of 2**

::ODOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

An answer to the complaint which is herewith

vice of this summons upon you, exclusive of t

by default will be taken against you for

W. Samuel Hamrick, Jr.

CLERK

y

, Deputy Clerk

in a Civil Action

HA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

269

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Daniel David Zuck

vs

Federal Bureau
of Investigation

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 476 H LSP

TO: (Name and Address of Defendant)

Federal Bureau of Investigation
9797 Aero Drive
San Diego, CA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Daniel David Zuck
Home: 1346 Alita Lane    Work: ~~9212~~    9250 Brown Deer Rd
Escondido, CA    Msg 760-740-    San Diego, CA 92121
Cell: 760 807-1986    0342

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 0 4 2008

_____
W. Samuel Hamrick, Jr.
**CLERK**

J. HINKLE

By _____, Deputy Clerk

_____
DATE

Summons in a Civil Action

**Page 1 of 2**

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11 34am)

27D

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____

| Date | Signature of Server |
|---|---|
| | Address of Server |

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

271



CIVIL PROCEDURE
CASES AND MATERIALS
Ninth Edition

Jack H. Friedenthal
Arthur R. Miller
John E. Sexton
Helen Hershkoff

American Casebook Series®

2006
CIVIL PROCEDURE
SUPPLEMENT
FOR USE WITH
ALL PLEADING AND PROCEDURE CASEBOOKS

Jack H. Friedenthal
Arthur R. Miller
John E. Sexton
Helen Hershkoff

FOR MARGIN INDEX SEE BACK COVER

Merriam-
Webster's
Dictionary
of Law

THE LEGAL WORDS YOU NEED TODAY

YOUR EASY-TO-UNDERSTAND GUIDE
TO THE LANGUAGE OF LAW

More than 10,000 legal words and phrases

The clearest, most concise guide to legal words and phrases
Helpful guide to modern usage of terms and phrases

272



**********************
BORDERS REWARDS
MEMBERS ONLY

SAVE 30% OFF
1st Price of
One Item

Valid at Borders, 4/3 - 4/6/08

POS: This is a pre-owned coupon.
Just scan the barcode.

Certain exclusions apply. Coupon
cannot be combined with any other
in-store offer including "3 for 2,"
"Buy 3 Get 4 Free," "Buy 4 Get 5th
Free" or "Buy 1 Get 1 Half Price"
offers. One coupon per customer.
Excludes online & prior purchases,
non-stock special orders, gift cards,
electronics, Coupon books, comics,
periodicals, Rosetta Stone, and
digital downloads. Cannot be used
with other coupons or standard group
discounts. Cash value .01 cent. Not
redeemable for cash. No copies
allowed. Other uses constitute fraud.
***********************
BORDERS REWARDS
MEMBERS ONLY

Download
2 FREE
COMPUTER GAMES:
Chicago Towers Eternity &
Big Fish Games Sudoku

Plus, get 50% off
the #1 hit game,
Mystery Case Files: Huntsville

Download your games and learn more at:
www.bigfishgames.com/bordersrewards

STORE: 0172   REG: 03/11   TRN#: 8032
SALE          04/02/2008   EMP: 00054

COMPUTER GAMES:
Mahjong Towers Eternity &
Big Fish Games Sudoku

PLUS, get 50% Off
the #1 hit game,
Mystery Case Files: Huntsville

Download your games and learn more at:
www.bigfishgames.com/bordersrewards
x                                          x
STORE: C332    REG: 03/11    TRAN#: 8032
SALE           04/02/2008    EMP: 00054
*********************************************

THOMSON™

WEST

FOR I

274

Note: all odd # pages in this spiral bound notebook you are reading have my right thumb print near the page # in the upper right corner in Red.

This wire bound notebook contains the itemization of the white (and later also of the Blue) 3-ring binders for case 08-CV-476-H-LSP. This particular 3-ring binder (Notebook #1, 2 listed) contains 242 paginated pages. It also contains 10 plastic Jackets holding original faxes sent to my Lawer C. Bradley Patton that as a set document fairly well my effort to get evidence of FBI malconduct protected from FBI closure. This evidence was delivered to a retired Judge Rameriz (sp?) that Mr. Patton Knew and which was represented to me as able to protect that evidence from the FBI. At a later date I became suspicious that Judge Ramerie either did not intend on protecting that evidence from the FBI or at least could not do so. So I filed Lawsuit 08CV476HLSP on Mar 14th 2008 at United States District Court California South as my own representitive. This I did in an attempt to protect that evidence and to ensure my free speech rights to show to the World the great evils that the FBI does to people.

100 sheets exactly found manually numbered on each Side for a total of 200 pages.

Daniel M. Zirk
18 May 2008

275

3

This document "Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof" was originally filed in this lawsuit assigned filing of this lawsuit "08cv0476 LSP" and is included in the white binders at pages 144 thru. (63, 20) pages discipline

The following is a rough itemization of the pages in the white notebooks.

* Pages 1-24 are digital-camera-acquired reprints of the original faxes in These Jackets, Notebook #1 Only- Notebooks #2-#5 all have these digital-camera-acquired reprints of these original faxes.

* Pages 25-57 are digital camera copies of pictures of pages of a backup notebook. For the first of three deliveries of evidence to the retired Judge. That first delivery of evidence was in the form of a back-pack. Note that pages 29-30 give an itemization of that original delivery of evidence. Page 28 shows the front cover of this backup note book with a manolla envelope that envelope contains a data DVD documenting the picture set and evidence electronically as electronic jpeg files and *.DOC word processor files etc..

---

in this spinal bound plate no left print underneath the page + in black

Because this evidence I believe is highly damning to the FBI the FBI is consequently intent on interfering with my ability to make this material Known. There are four other white spiral bound note books with the same 212 paginated pages with all the same evidence on those pages.

Also there are five Blue note books that document more such damning evidence of the FBI's evil invitation techniques using a form of psychological techniques that are best understood as feud-accumulating techniques deluxe in a drip-drip water torture like fashion that can still add ... years needing to financial schmo-prison people who otherwise would never have gotten sick. The FBI destroys peoples lives with these techniques. And white notebooks document these techniques with a document I wrote entitled "Psychological Manipulation of Suspects by FBI and the Psychological Pain Thereof" in Sep 19th 2007 and authored by me, Daniel David Zuck.

# Your Social Security Statement

Prepared especially for [illegible]

## What Social Security Means to You

[The remainder of this page is too faded and rotated to reliably transcribe.]

277

# Help Us Keep Your Earnings Record Accurate

**xantrex**

PRODANCYCLE DIVISION OF
XANTREX TECHNOLOGY INC.
8999 PROGRESS ROAD
CONCORD CALIFORNIA 091-H-2234

**Earnings Statement**

ADP

DANIEL D. ZUCK
1945 ALTA LANE
ESCONDIDO, CA 92027

# Your Social Security Statement

**Prepared especially for Daniel D. Zuck**

September 8, 2005

A1 R 0847                    000236725 01 AT   0.292

DANIEL D. ZUCK
1346 ALITA LN
ESCONDIDO CA 92027-1102

Il..I..I.Ill...I.Il...I..II...Il..II.III....I.II..I.II...IIl

**See inside for your personal information ➔**

**What's inside ...**

▼ Your Estimated Benefits ................. 2

▼ Your Earnings Record .................... 3

▼ Some Facts About Social Security ......... 4

▼ If You Need More Information ............ 4

▼ To Request This *Statement* In Spanish ...... 4

*(Para Solicitar Una Declaración en Español)*

## ▼ What Social Security Means to You

This *Social Security Statement* will help you understand what Social Security means to you and your family. This *Statement* can help you better plan for your financial future. It gives you estimates of your Social Security benefits under current law. Each year, we will send you an updated *Statement* including your latest reported earnings.

Be sure to read this *Statement* carefully. If you think there may be a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of this *Statement* with your financial records.

**Social Security is for people of all ages ...**
It can help you whether you're young or old, male or female, single or with a family. It's there for you when you retire, but it's more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family when you die.

**Work to build a secure future ...**
Social Security is the largest source of income for most elderly Americans today. It is very important to remember that Social Security was never intended to be your only source of income when you retire. Social Security can't do it all. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

**About Social Security's future ...**
Social Security is a compact between generations. For more than 60 years, America has kept the promise of security for its workers and their families. But now, the Social Security system is facing serious future financial problems, and action is needed soon to make sure that the system is sound when today's younger workers are ready for retirement.

Today there are almost 36 million Americans age 65 or older. Their Social Security retirement benefits are funded by today's workers and their employers who jointly pay Social Security taxes — just as the money they paid into Social Security was used to pay benefits to those who retired before them. Unless action is taken soon to strengthen Social Security, in just 12 years we will begin paying more in benefits than we collect in taxes. Without changes, by 2041 the Social Security Trust Fund will be exhausted.* By then, the number of Americans 65 or older is expected to have doubled. There won't be enough younger people working to pay all of the benefits owed to those who are retiring. At that point, there will be enough money to pay only about 74 cents for each dollar of scheduled benefits. We will need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations as it has done in the past.

**Social Security On The Net ...**
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits, apply for retirement, spouse's or disability benefits, or subscribe to *eNews* for up-to-date information about Social Security.

*Jo Anne B. Barnhart*
Jo Anne B. Barnhart
Commissioner

* These estimates of the future financial status of the Social Security program were produced by the actuaries at the Social Security Administration based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

K99

090805R 12A1 44348

# ▼ Your Estimated Benefits

To qualify for benefits, you earn "credits" through your work — up to four each year. This year, for example, you earn one credit for each $920 of wages or self-employment income. When you've earned $3,680, you've earned your four credits for the year. Most people need 40 credits, earned over their working lifetime, to receive retirement benefits. For disability and survivors benefits, young people need fewer credits to be eligible .

We checked your records to see whether you have earned enough credits to qualify for benefits. If you haven't earned enough yet to qualify for any type of benefit, we can't give you a benefit estimate now. If you continue to work, we'll give you a benefit estimate when you do qualify.

**What we assumed** — If you have enough work credits, we estimated your benefit amounts using your average earnings over your working lifetime. For 2005 and later (up to retirement age), we assumed you'll continue to work and make about the same as you did in 2003 or 2004. We also included credits we assumed you earned last year and this year.

We can't provide your actual benefit amount until you apply for benefits. And that amount may differ from the estimates stated below because:
(1) Your earnings may increase or decrease in the future.
(2) Your estimated benefits are based on current law. The law governing benefit amounts may change.*
(3) Your benefit amount may be affected by military service, railroad employment or pensions earned through work on which you did not pay Social Security tax. Visit *www.socialsecurity.gov/mystatement* to see whether your Social Security benefit amount will be affected.

Generally, estimates for older workers are more accurate than those for younger workers because they're based on a longer earnings history with fewer uncertainties such as earnings fluctuations and future law changes.

These estimates are in today's dollars. After you start receiving benefits, they will be adjusted for cost-of-living increases.

| | | | |
|---|---|---|---|
| ▼ *Retirement | You have earned enough credits to qualify for benefits.  At your current earnings rate, if you stop working and start receiving benefits... | | |
| | At age 62, your payment would be about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,266 | a month |
| | If you continue working until. . . | | |
| | your full retirement age (66 and 6 months), your payment would be about . . $ | 1,823 | a month |
| | age 70, your payment would be about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 2,359 | a month |
| ▼ *Disability | You have earned enough credits to qualify for benefits.  If you become disabled right now... | | |
| | Your payment would be about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,640 | a month |
| ▼ *Family | If you get retirement or disability benefits, your spouse and children also may qualify for benefits. | | |
| ▼ *Survivors | You have earned enough credits for your family to receive the following benefits if you die this year. | | |
| | Your child . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,255 | a month |
| | Your spouse who is caring for your child . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,255 | a month |
| | Your spouse who reaches full retirement age . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,674 | a month |
| | Total family benefits cannot be more than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 2,929 | a month |
| | Your spouse or minor child may be eligible for a special one-time death benefit of $255. | | |
| ▼ Medicare | You have earned enough credits to qualify for Medicare at age 65.  Even if you do not retire at age 65, be sure to contact Social Security three months before your 65th birthday to enroll in Medicare. | | |

***Your estimated benefits are based on current law.  Congress has made changes to the law in the past and can do so at any time.  The law governing benefit amounts may change because, by 2041, the payroll taxes collected will be enough to pay only about 74 percent of scheduled benefits.**

---

**We based your benefit estimates on these facts:**

Your date of birth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 14, 1957
Your estimated taxable earnings per year after 2004 . . . . . . . . . . . $70,194
Your Social Security number (only the last four digits
are shown to help prevent identity theft) . . . . . . . . . . . XXX-XX-8203

# ▼ Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you are entitled.

▼ **Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

▼ **There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

▼ **Call us right away** at **1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. If possible, have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of Page 4.)

## Your Earnings Record at a Glance

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings | Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|---|---|---|
| 1975 | $ 205 | $ 205 | 1990 | $ 8,063 | $ 16,982 |
| 1976 | 0 | 0 | 1991 | 1,171 | 8,382 |
| 1977 | 0 | 0 | 1992 | 12,736 | 12,736 |
| 1978 | 154 | 154 | 1993 | 36,969 | 36,969 |
| 1979 | 0 | 0 | 1994 | 27,615 | 27,615 |
| | | | 1995 | 39,078 | 39,078 |
| 1980 | 0 | 0 | 1996 | 41,388 | 41,388 |
| 1981 | 9,948 | 9,948 | 1997 | 48,148 | 48,148 |
| 1982 | 20,490 | 20,490 | 1998 | 51,296 | 51,296 |
| 1983 | 23,750 | 23,750 | 1999 | 55,393 | 55,393 |
| 1984 | 27,099 | 27,099 | | | |
| 1985 | 30,319 | 30,319 | 2000 | 61,013 | 61,013 |
| 1986 | 32,444 | 32,444 | 2001 | 61,357 | 61,357 |
| 1987 | 4,485 | 4,485 | 2002 | 60,887 | 60,887 |
| 1988 | 0 | 0 | 2003 | 65,595 | 65,595 |
| 1989 | 8,502 | 10,736 | 2004 | 70,194 | 70,194 |

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

| Estimated taxes paid for Social Security: | | Estimated taxes paid for Medicare: | |
|---|---|---|---|
| You paid: | $48,476 | You paid: | $11,676 |
| Your employers paid: | $48,476 | Your employers paid: | $11,676 |

**Note: You currently pay 6.2 percent of your salary, up to $90,000, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.**

K99                                                                090805R 12A1 443482

# Some Facts About Social Security

### About Social Security and Medicare ...

Social Security pays retirement, disability, family and survivors benefits. Medicare, a separate program run by the Centers for Medicare and Medicaid Services, helps pay for inpatient hospital care, nursing care, doctors' fees and other medical services and supplies to people age 65 and older, or to people who have been receiving Social Security disability benefits for two years or more. Your Social Security covered earnings qualify you for both programs. For more information about Medicare, visit *www.medicare.gov* or call **1-800-633-4227 (TTY 1-877-486-2048** if you are deaf or hard of hearing).

*Here are some facts about Social Security benefits:*

▼ **Retirement —** If you were born before 1938, your full retirement age is 65. Because of a 1983 change in the law, the full retirement age will increase gradually to 67 for people born in 1960 or later.

Some people retire before their full retirement age. You can retire as early as age 62 and take your benefits at a reduced rate. If you continue working after your full retirement age, you can receive higher benefits because of additional earnings and special credits for delayed retirement.

▼ **Disability —** If you become disabled before full retirement age, you can receive disability benefits after six months if you have:
— enough credits from earnings (depending on your age, you must have earned six to 20 of your credits in the three to 10 years before you became disabled); and
— a physical or mental impairment that's expected to prevent you from doing "substantial" work for a year or more *or* result in death.

▼ **Family —** If you're eligible for disability or retirement benefits, your current or divorced spouse, minor children or adult children disabled before age 22 also may receive benefits. Each may qualify for up to about 50 percent of your benefit amount. The total amount depends on how many family members qualify.

▼ **Survivors —** When you die, certain members of your family may be eligible for benefits:
— your spouse age 60 or older (50 or older if disabled, or any age if caring for your children younger than age 16); and
— your children if unmarried and younger than age 18, still in school and younger than 19 years old, or adult children disabled before age 22.
If you are divorced, your ex-spouse could be eligible for a widow's or widower's benefit on your record when you die.

### Receive benefits and still work ...

You can continue to work and still get retirement or survivors benefits. If you're younger than your full retirement age, there are limits on how much you can earn without affecting your benefit amount. The limits change each year. When you apply for benefits, we'll tell you what the limits are at that time and whether work would affect your monthly benefits. When you reach full retirement age, the earnings limits no longer apply.

### Before you decide to retire ...

Think about your benefits for the long term. Everyone's situation is different. For example, be sure to consider the advantages and disadvantages of early retirement. If you choose to receive benefits before you reach full retirement age, your benefits will be permanently reduced. However, you'll receive benefits for a longer period of time.

To help you decide when is the best time for you to retire, we offer a free booklet, *Social Security — Retirement Benefits* (Publication No. 05-10035), that provides specific information about retirement. You can calculate future retirement benefits on our website at *www.socialsecurity.gov* by using the *Social Security Benefit Calculators.* There are other free publications that you may find helpful, including:

▼ *Understanding The Benefits* (No. 05-10024) — a general explanation of all Social Security benefits;

▼ *How Your Retirement Benefit Is Figured* (No. 05-10070) — an explanation of how you can calculate your benefit;

▼ *The Windfall Elimination Provision* (No. 05-10045) — how it affects your retirement or disability benefits;

▼ *Government Pension Offset* (No. 05-10007) — explanation of a law that affects spouse's or widow(er)'s benefits; and

▼ *Identity Theft And Your Social Security Number* (No. 05-10064) — what to do if you're a victim of identity theft.

We also have other leaflets and fact sheets with information about specific topics such as military service, self-employment or foreign employment. You can request Social Security publications at *www.socialsecurity.gov* or by calling us at **1-800-772-1213.**

---

**If you need more information**—Visit *www.socialsecurity.gov/mystatement* on the Internet, contact any Social Security office, call **1-800-772-1213** or write to Social Security Administration, Office of Earnings Operations, P.O. Box 33026, Baltimore, MD 21290-3026. If you're deaf or hard of hearing, call **TTY 1-800-325-0778.** If you have questions about your personal information, you must provide your complete Social Security number. If your address is incorrect on this *Statement,* ask the Internal Revenue Service to send you a Form 8822. We don't keep your address if you're not receiving Social Security benefit

**Para solicitar una *Declaración* en español, llame al 1-800-772-1213**

---

Form SSA-7005-SM-SI(01-2005)

44363



**"Remarkable"**
— *Entertainment Weekly*

**"Captivating"**

284

*The Pin-Up Sensation That Shocked The Nation.*

RENT BLOCKBUSTER FAVORITES

ONLY $1.99 Plus Tax

**TORONTO INTERNATIONAL FILM FESTIVAL OFFICIAL SELECTION 2005**

The **Notorious**

# BETTIE PAGE

*Gretchen Mol*



285



Exhibit #3
D.O.
8 Aug 2008

PLAINTIFF'S
EXHIBIT
#3

PENGAD 800-631-6989





Daniel David Zuck
1346 Alita Lane
Escondido, CA 92027
(760) 740-0342 home
(760) 807-1956 cell

Attorney for In-Pro-Per.

UNITED STATES
SOUTHERN:

Daniel David Zuck,
                    Plaintiff,
vs.
Federal Bureau of Investigation,
                    Defendant.

(font change from to)

Note: This motion being submitted on 7Aug2008
submitted yesterday, 6Aug2008. This re-submission
with the previous submission. The first page
of the 6Aug2008 motion, and the second page
accompanying Memorandum of Points
with the 6Aug2008 submission, namely a 652
the docket for this ... are not being re-subm
page paper and the sandwich print of the doc
"Aug2008 motion be struck. Court, thank
and "nderstanding.
End of ..is head note; now to the motion

To FBI's attorney Daniel Foore and

Notice is hereby given that I, Daniel Da
that (the plaintiff as In-Pro-Per) default judg
of this motion so as to thereby give to me (the
profound protection of my free speech. The 10
of the first amendment of the U.S. constitution
complaint for 08CV476HLSP—from any interfer

Attorney for In-Pro-Per

Daniel David Zuck
1306 Alita Lane
Escondido, CA 92027
(760) 740-0342 home
(760) 807-1996 cell

Attorney for In-Pro-Per.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Daniel David Zuck,           CASE NO. '08CV476HLSP
                Plaintiff,
vs.                          NOTICE OF MOTION AND MOTION
                             TO RENDER JUDGEMENT
Federal Bureau of Investigation,
                Defendant.   ) Date: Not scheduled yet
                             ) Time: . . . . . . . . . . . . . . . .

[font change from/to]

Note: This motion being submitted on 7Aug2008 is a re-submission of the motion
submitted yesterday, 6Aug2008. This re-submission is to correct two problems
with the previous submission. The first problem was a lack of signature at the end
of the 6Aug2008 submission, and the second problem was the lack of an
accompanying Memorandum of Points and Authorities. Two other items submitted
with the 6Aug2008 submission, namely a 652 page paper and a certified print of
the docket for this case are not being re-submitted, and the desire is that 652
p... paper and the certified print of the docket shall not be struck, but only the
6Aug...08 motion be struck. Court, thank you very much for your magnanimity
and un...standing.
End of this head note, now to the motion proper.

To FBI's attorney Daniel Foore and the Court mentioned above.

Notice is hereby given that I, Daniel David Zuck, am requesting of the Court
that I, the plaintiff (as In-Pro-Per) default judgement be rendered par the further text
of this motion so as to thereby give to me (the plaintiff) default judgement providing
profound protection of my free speech. The original complaint mentions a violation
of the first amendment of the U.S. constitution by the FBI in the original filing of the
of the first amendment of the U.S. constitution and interference covertly or overtly by the FBI.
complaint for 08CV476HLSP-from any interference covertly or overtly by the FBI.

1

Daniel Zuck



Daniel David Zuck
1346 Alita Lane
Escondido, CA 92027
(760) 740-0342 home
(760) 807-1986 cell

Attorney for In-Pro-Per.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

David Zuck,
    Plaintiff,

) CASE NO.   '08CV476HLS
)
) MEMORANDUM OF POINTS
)
) AUTHORITIES



BY _____ Dep.

Daniel David Zuck
1346 Alita Lane
Escondido, CA 92027
(760) 740-0342 home
(760) 907-1986 cell

Attorney for In-Pro-Per.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Daniel David Zuck,
          Plaintiff,

vs.

Federal Bureau of Investigation,
          Defendant.

)CASE NO.   '08CV476HLSP
)
)MEMORANDUM OF POINTS AND
)AUTHORITIES
)Date: Not scheduled yet...
)
)Time: ........

(font change from to)

The docket for this case shows that the defendant did not reply before or on the required date to prevent a default judgement as an outcome. And the point of this authority is the document that states "An answer to the complaint which is herewith Stated District Court that states "An answer to the complaint in _____ days (60 days). If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint." earned upon you, exclusive of the day of service. It was (60 days) after service of this summons upon you, within _____ days after service. If you fail to do so, judgment

The complaint states a violation of my 1st, 4th, and 5th amendment rights. I am seeking profound and extraordinary procedures, which I regard as a psychologically should have come to understand and unusual punishment, which techniques the FBI may then use to have to understand and unusual punishment, which techniques the FBI uses to weaken an based form of cruel and unusual punishment. I wish to expose these techniques concerning world-wide forms of cruel and innocence, wrong behavior that the FBI uses, and the original have a prescription of these behavior concerning this document and forfeitures filed taxed before a Person legally, I wish to expose that document and forfeitures filed compromise a Person legally. I wish to expose these natural cur forefathers filed fling of the complaint 08CV476HLSP right to hereby ensure the kind of evils our government. I also am WISH to protect my Person speech and evil techniques, the kind of every own government. I also am express to hold are now upon us the day by our very own closely related Europe to hold are now upon us the day of the associated motion other closely related seeking in this second submission of the associated motion other closely related

RATION OF SERVICE